Name and address:
Nicole Jennings Wade (pro hac vice pending)
L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402 | Facsimile: (404) 506-9111

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VERNON UNSWORTH | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| ELON MUSK | |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Wade, Nicole Jennings

*Applicant's Name (Last Name, First Name & Middle Initial)*                check here if federal government attorney ☐

L. Lin Wood, P.C.

*Firm/Agency Name*

| 1180 West Peachtree Street | (404) 891-1402 | (404) 506-9111 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |

*Street Address*

| Atlanta, Georgia 30309 | nwade@linwoodlaw.com |
|---|---|
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

| VERNON UNSWORTH | ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| USDC, Northern District of Georgia | July 6, 1995 | Yes |
| Georgia Superior and State Courts | July 6, 1995 | Yes |
| US Court of Appeals, 4th Circuit | September 28, 1998 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

No

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  9/17/18

Nicole Jennings Wade
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

CHATHAM, R. CHRISTOPHER

*Designee's Name (Last Name, First Name & Middle Initial)*

CHATHAM LAW GROUP

*Firm/Agency Name*

3109 W. Temple Ave

*Street Address*

Los Angeles, CA 90026

*City, State, Zip Code*

213-277-1800

*Telephone Number*          *Fax Number*

chris@chathamfirm.com

*E-mail Address*

240972

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated    9·/7·/8

R. CHRISTOPHER CHATHAM

*Designee's Name (please type or print)*

*[signature]*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Courts:
United States District Court for the District of Colorado, July 2001, YES
Supreme Court of the United States, January 2007, YES
3rd Circuit Court, Wayne County, Michigan, November 2016, YES
District Court, Clark County, Nevada, June 2018, YES
United States District Court, District of Nevada, April 2018, YES


# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Ms. Nicole Jennings Wade
L. Lin Wood PC
1180 W Peachtree Street NW Suite 2400
Atlanta, GA  30309

**CURRENT STATUS:**     Active Member-Good Standing
**DATE OF ADMISSION:**  07/06/1995
**BAR NUMBER:**         390922
**TODAY'S DATE:**       09/14/2018

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*
Official Representative of the State Bar of Georgia

| HEADQUARTERS | COASTAL GEORGIA OFFICE | SOUTH GEORGIA OFFICE |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-1225 | P.O. Box 1390 |
| 404-527-8700 • 800-334-6865 | 912-239-9910 • 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 • 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |