L. LIN WOOD, P.C.
L. Lin Wood (*will seek admission pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (*will seek admission pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (*will seek admission pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (*will seek admission pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
chris@chathamfirm.com

Attorneys for Plaintiff
VERNON UNSWORTH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048<br><br>**NOTICE OF LODGING OF PROPOSED ORDERS IN SUPPORT OF PRO HAC VICE APPLICATIONS**<br><br><br>Compliant Filed: Sept. 17, 2018 |

**TO ALL PARTIES, COUNSEL OF RECORD, AND THE COURT:**

Plaintiff, Vernon Unsworth, files this Notice of Lodging to submit the four proposed orders in support of the filed applications by non-resident attorneys L. Lin Wood, Nicole J. Wade, Jonathan D. Grunberg, and G. Taylor Wilson to appear Pro Hac Vice in this matter. The filed Applications appear as Docket Nos. 5 – 8 of the Docket in this matter.

Dated: September 17, 2018

**CHATHAM LAW GROUP**
Robert Christopher Chatham

By: */s/ Robert Christopher Chatham*
     Robert Christopher Chatham

Attorneys for Plaintiff
VERNON UNSWORTH