Name and address:
L. Lin Wood (pro hac vice pending)
Jonathan D. Grunberg (pro hac vice pending)
G. Taylor Wilson (pro hac vice pending)
L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402; Facsimile: (404) 506-9111

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VERNON UNSWORTH

v.

ELON MUSK

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:18-cv-08048

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wade, Nicole J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(404) 891-1402
*Telephone Number*

(404) 506-9111
*Fax Number*

twilson@linwoodlaw.com
*E-Mail Address*

of

L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
PLAINTIFF VERNON UNSWORTH

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: ____

**and designating as Local Counsel**

R. CHRISTOPHER CHATHAM
*Designee's Name (Last Name, First Name & Middle Initial)*

240972
*Designee's Cal. Bar No.*

213-277-1800
*Telephone Number*

*Fax Number*

chris@chathamfirm.com
*E-Mail Address*

of

CHATHAM LAW GROUP
Robert Christopher Chatham
CA State Bar No. 240972
chris@chathamfirm.com
3109 W. Temple Ave, Los Angeles, CA 90026
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[ ] DENIED:  [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: ____
      [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
      [ ] because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded   [ ] not be refunded.

Dated ____

U.S. District Judge/U.S. Magistrate Judge