# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH<br><br>v.                                    Plaintiff(s)<br><br>ELON MUSK<br><br>Defendant(s). | CASE NUMBER<br>2:18-cv-08048<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

WOOD, L. LIN                                    of    L. LIN WOOD, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*         1180 West Peachtree Street, Suite 2400
(404) 891-1402          (404) 506-9111                                   Atlanta, Georgia 30309
*Telephone Number*     *Fax Number*                                   404-891-1402
lwood@linwoodlaw.com                                                     404-506-9111 (fax)
*E-Mail Address*                                                          *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
PLAINTIFF VERNON UNSWORTH

*Name(s) of Party(ies) Represented*         ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

R. CHRISTOPHER CHATHAM                     of    CHATHAM LAW GROUP
*Designee's Name (Last Name, First Name & Middle Initial)*           Robert Christopher Chatham
240972          213-277-1800                                              CA State Bar No. 240972
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*    chris@chathamfirm.com
chris@chathamfirm.com                                                    3109 W. Temple Ave, Los Angeles, CA 90026
*E-Mail Address*                                                          *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
     ☐ for failure to complete Application: _____
     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** October 26, 2018

*/s/ Stephen V. Wilson*
**STEPHEN V. WILSON, U.S. District Judge**