# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VERNON UNSWORTH | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-08048 |
| v. | |
| ELON MUSK | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wade, Nicole J.  of  L. LIN WOOD, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*  1180 West Peachtree Street, Suite 2400
(404) 891-1402   (404) 506-9111  Atlanta, Georgia 30309
*Telephone Number*   *Fax Number*  404-891-1402
twilson@linwoodlaw.com  404-506-9111 (fax)
*E-Mail Address*  *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
PLAINTIFF VERNON UNSWORTH

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

R. CHRISTOPHER CHATHAM  of  CHATHAM LAW GROUP
*Designee's Name (Last Name, First Name & Middle Initial)*  Robert Christopher Chatham
240972   213-277-1800  CA State Bar No. 240972
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*  chris@chathamfirm.com
chris@chathamfirm.com  3109 W. Temple Ave, Los Angeles, CA 90026
*E-Mail Address*  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   October 26, 2018

*(signature)*
**STEPHEN V. WILSON, U.S. District Judge**