# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VERNON UNSWORTH

v.                                              Plaintiff(s)

ELON MUSK

Defendant(s).

| CASE NUMBER |
| --- |
| 2:18-cv-08048 |

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Grunberg, Jonathan D.

*Applicant's Name (Last Name, First Name & Middle Initial)*

(404) 891-1402                    (404) 506-9111

*Telephone Number*          *Fax Number*

jgrunberg@linwoodlaw.com

*E-Mail Address*

of

L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

PLAINTIFF VERNON UNSWORTH

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

R. CHRISTOPHER CHATHAM

*Designee's Name (Last Name, First Name & Middle Initial)*

240972                    213-277-1800

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

chris@chathamfirm.com

*E-Mail Address*

of

CHATHAM LAW GROUP
Robert Christopher Chatham
CA State Bar No. 240972
chris@chathamfirm.com
3109 W. Temple Ave, Los Angeles, CA 90026

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   ☐ for failure to complete Application: _____

   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**   October 26, 2018

**STEPHEN V. WILSON, U.S. District Judge**