# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH <br><br> v. <br><br> ELON MUSK <br><br> Plaintiff(s) <br><br> Defendant(s). | CASE NUMBER <br><br> 2:18-cv-08048 <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Wilson, G. Taylor of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(404) 891-1402   (404) 506-9111

*Telephone Number*   *Fax Number*

twilson@linwoodlaw.com

*E-Mail Address*

L. LIN WOOD, P.C.
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
PLAINTIFF VERNON UNSWORTH

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

and designating as Local Counsel

R. CHRISTOPHER CHATHAM of

*Designee's Name (Last Name, First Name & Middle Initial)*

240972   213-277-1800

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

chris@chathamfirm.com

*E-Mail Address*

CHATHAM LAW GROUP
Robert Christopher Chatham
CA State Bar No. 240972
chris@chathamfirm.com
3109 W. Temple Ave, Los Angeles, CA 90026

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated   October 26, 2018

*/s/ Stephen V. Wilson*

**STEPHEN V. WILSON, U.S. District Judge**