L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402
Facsimile: (404) 506-9111

*Attorneys for Plaintiff Vernon Unsworth*

HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Defendant Elon Musk*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) AND REGARDING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Complaint Served: September 27, 2018<br>Current Response Date: November 26, 2018 (Fed. R. Civ. P. 4(d)(3))<br>New Response Date: December 26, 2018 |

STIPULATION TO EXTEND TIME TO RESPOND PURSUANT TO L.R. 8-3

5426301

Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties") hereby stipulate pursuant to Central District of California Local Rule ("L.R.") 8-3 to extend the time for Defendant to respond to Plaintiff's Complaint for Defamation (Dkt. 1) ("Complaint") to, and including, December 26, 2018, and to schedule deadlines for Defendant's forthcoming motion to dismiss Plaintiff's Complaint ("Motion").

1. Plaintiff sent a Waiver of Service of Summons ("Waiver") to counsel for Defendant on September 27, 2018. (Dkt. 19.)

2. Counsel for Defendant signed the Waiver on October 3, 2018. (Dkt. 19.)

3. Pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, Defendant's responsive pleading or motion to dismiss the complaint is currently due on November 26, 2018.

4. The Parties agree and stipulate that Defendant's time to answer or otherwise respond to the Complaint shall be extended to December 26, 2018.

5. Per L.R. 8-3, because this extension "does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due," the extension "need not be approved by the judge" and is therefore effective by the filing of this stipulation.

6. The Parties also agree and stipulate, subject to the Court's approval, that the following briefing schedule is necessary for a full and fair discussion of the issues to be raised in Defendant's forthcoming Motion, particularly in light of the upcoming holidays:

   a. Defendant agrees to notice the hearing date for the Motion to be April 1, 2019 or, if unavailable, the first available motion hearing date after April 1, 2019.

|   |   |   |
|---|---|---|
| 1 | b. | Notwithstanding a hearing date of later than April 1, 2019, Plaintiff agrees to file his opposition to Defendant's Motion by February 25, 2019.  This complies with L.R. 7-9. |
| 4 | c. | Notwithstanding a hearing date of later than April 1, 2019, Defendant agrees to file his reply in support of the Motion by March 18, 2019.  This complies with L.R. 7-10. |

7.   The Parties have submitted herewith a proposed order for the Court's consideration to effectuate the agreed-upon briefing schedule for the Motion.

Dated:  November 21, 2018          Respectfully submitted,

L. LIN WOOD, P.C.


By:   ___/s/ L. Lin Wood_____

L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402
Facsimile: (404) 506-9111

-and-

CHATHAM LAW GROUP
Robert Christopher Chatham
State Bar No. 240972
chris@chathamfirm.com
3109 W. Temple St.
Los Angeles, CA 90026

*Attorneys for Plaintiff Vernon Unsworth*

HUESTON HENNIGAN LLP

By: /s/ Moez M. Kaba

John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Sourabh Mishra, State Bar No. 305185
smishra@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
523 West 6th Street, Suite 400
Los Angeles, California 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Defendant Elon Musk*

- 4 -
STIPULATION TO EXTEND TIME TO RESPOND PURSUANT TO L.R. 8-3

5426301