UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S FORTHCOMING MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Currently before the Court is a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3) and Regarding Briefing Schedule on Defendant's Forthcoming Motion to Dismiss Plaintiff's Complaint ("Stipulation"), filed by Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties"). In the Stipulation, the Parties seek Court approval for a briefing schedule on Defendant's forthcoming motion to dismiss Plaintiff's Complaint ("Motion").

This Court, having considered the Parties' Stipulation, and good cause appearing therefor, **GRANTS** the Stipulation. **IT IS HEREBY ORDERED** that:

1. Plaintiff's opposition brief shall be filed on or before February 25, 2019.
2. Defendant's reply brief shall be filed on or before March 18, 2019.
3. The hearing date for the Motion shall be April 1, 2019 or, if unavailable, the first available motion hearing date after April 1, 2019.

Dated: _____     _____
                                    Hon. Stephen V. Wilson
                                    U.S. District Court Judge