HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Sourabh Mishra, State Bar No. 305185
smishra@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:  (888) 775-0898

Attorneys for Defendant Elon Musk

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>        Plaintiff,<br><br>    vs.<br><br>ELON MUSK,<br><br>        Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  Sept. 17, 2018<br>Trial Date:  None set |

Pursuant to Civil Local Rule 7.1-1, Defendant Elon Musk, by and through counsel, hereby certifies that no persons, associations of persons, firms, partnerships, corporations, or other entities have: (1) a financial interest in the subject matter in controversy or in a party to the proceeding, or (2) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated: December 26, 2018                HUESTON HENNIGAN LLP

                                        By: /s/ Moez M. Kaba
                                            Moez M. Kaba
                                            Attorneys for Defendant Elon Musk