HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Sourabh Mishra, State Bar No. 305185
smishra@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Attorneys for Defendant Elon Musk

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S MOTION TO DISMISS PLAINTIFF VERNON UNSWORTH'S COMPLAINT**<br><br>Hearing Date: April 1, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 10A<br><br>Complaint Filed: Sept. 17, 2018<br>Trial Date: None set |

- 2 -

1    Before this Court is Defendant Elon Musk's Motion to Dismiss Plaintiff
2 Vernon Unsworth's Complaint.  After reviewing and considering the papers filed in
3 connection with the motion, and hearing the arguments from the parties, the Court
4 GRANTS Elon Musk's Motion to Dismiss.
5    IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-captioned
6 case is DISMISSED.

8 Dated: _____, 2019

   Hon. Stephen V. Wilson
9  Judge, United States District Court