# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vernon Unsworth<br><br>Plaintiff(s)<br><br>v.<br><br>Elon Musk<br><br>Defendant(s) | CASE NUMBER<br><br>2:18-cv-08048<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Spiro, Alexander B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-849-7000      212-849-7100
*Telephone Number    Fax Number*

alexspiro@quinnemanuel.com
*E-Mail Address*

of

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave
New York, NY 10010

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Elon Musk

*Name(s) of Party(ies) Represent*   — Plaintiff(s) — Defendant(s) — Other: _____

**and designating as Local Counsel**

Schwartz, Robert M
*Designee's Name (Last Name, First Name & Middle Initial)*

#117166      213-443-3675      213-443-3100
*Cal. Bar No.    Telephone Number    Designee's Fax Number*

robertschwartz@quinnemanuel.com
*E-Mail Address*

of

Quinn Emanuel Urquhart and Sullivan, LLP
865 S Figueroa St
Los Angeles, California 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application:

☐ pursuant to L.R. 83-2.1.3.2. ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   ☐ be refunded   ☐ not be refunded.

**Dated: May 8, 2019**

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)   **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* ☐   Page 1 of 1

Case 2:18-cv-08048-SVW-JC   Document 35   Filed 05/08/19   Page 3 of 3   Page ID #:260

G-64 Order (05/16)          (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 1 of 1