L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia  30309
Telephone:   (404) 891-1402
Facsimile:   (404) 506-9111

*Attorneys for Plaintiff Vernon Unsworth*

HUESTON HENNIGAN LLP
John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
523 West 6th Street, Suite 400
Los Angeles, California  90014
Telephone:   (213) 788-4340
Facsimile:   (888) 775-0898

*Attorneys for Defendant Elon Musk*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT**<br><br>Complaint Served: September 27, 2018<br>Current Response Date: May 10, 2019<br>New Response Date: May 13, 2019 |

Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties") hereby stipulate pursuant to Central District of California Local Rule ("L.R.") 8-3 to extend the time for Defendant to file his Answer to Plaintiff's Complaint for Defamation (Dkt. 1) ("Complaint") to, and including, May 13, 2019.

1.  The Court issued an order on April 26, 2019 denying Defendant's motion to dismiss.

2.  Pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendant's Answer is currently due on May 10, 2019.

3.  To accommodate Defendant's counsel's scheduling conflicts and other commitments, the Parties agree and stipulate, subject to the Court's approval, that Defendant's time to file his Answer to the Complaint shall be extended by three (3) calendar days to and including May 13, 2019.

4.  The Parties have submitted herewith a proposed order for the Court's consideration to effectuate the agreed-upon extension.

Dated:  May 8, 2019              Respectfully submitted,

                                 L. LIN WOOD, P.C.


                                 By:  ___/s/ L. Lin Wood_____

                                 L. Lin Wood (admitted *pro hac vice*)
                                 lwood@linwoodlaw.com
                                 Nicole J. Wade (admitted *pro hac vice*)
                                 nwade@linwoodlaw.com
                                 Jonathan Grunberg (admitted *pro hac vice*)
                                 jgrunberg@linwoodlaw.com
                                 G. Taylor Wilson (admitted *pro hac vice*)
                                 twilson@linwoodlaw.com
                                 1180 West Peachtree Street, Suite 2400
                                 Atlanta, Georgia 30309
                                 Telephone: (404) 891-1402
                                 Facsimile: (404) 506-9111

                                     -and-

                                 CHATHAM LAW GROUP
                                 Robert Christopher Chatham

| | |
|---|---|
| 1 | State Bar No. 240972 |
| 2 | chris@chathamfirm.com<br>3109 W. Temple St.<br>Los Angeles, CA 90026 |
| 3 | *Attorneys for Plaintiff Vernon Unsworth* |
| 4 | |
| 5 | HUESTON HENNIGAN LLP |
| 6 | |
| 7 | By:  ___/s/ Moez M. Kaba_____ |
| 8 | John C. Hueston, State Bar No. 164921<br>jhueston@hueston.com |
| 9 | Moez M. Kaba, State Bar No. 257456<br>mkaba@hueston.com |
| 10 | 523 West 6th Street, Suite 400<br>Los Angeles, California 90014 |
| 11 | Telephone:     (213) 788-4340<br>Facsimile:      (888) 775-0898 |
| 12 | *Attorneys for Defendant Elon Musk* |

- 3 -
STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT

5426301