1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   VERNON UNSWORTH,              Case No. 2:18-cv-08048
12          Plaintiff,              Judge: Hon. Stephen V. Wilson
13       vs.                        **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT**
14   ELON MUSK,
15          Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT

5428976

- 2 -

1      Currently before the Court is a Stipulation to Extend Time to File Defendant's Answer to Complaint ("Stipulation"), filed by Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties").

     This Court, having considered the Parties' Stipulation, and good cause appearing therefor, **GRANTS** the Stipulation. **IT IS HEREBY ORDERED** that:

1. Defendant's deadline to file his Answer to Plaintiff's Complaint is extended to and including May 13, 2019.

Dated: _____       _____
                                                     Hon. Stephen V. Wilson
                                                     U.S. District Court Judge