1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | VERNON UNSWORTH, | Case No. 2:18-cv-08048 |
|---|---|---|
| 12 | Plaintiff, | Judge: Hon. Stephen V. Wilson |
| 13 | vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE ANSWER TO COMPLAINT** |
| 14 | ELON MUSK, | |
| 15 | Defendant. | |

- 2 -

1   Currently before the Court is a Stipulation to Extend Time to File Defendant's
2   Answer to Complaint ("Stipulation"), filed by Plaintiff Vernon Unsworth and
3   Defendant Elon Musk (collectively, the "Parties").
4   This Court, having considered the Parties' Stipulation, and good cause
5   appearing therefor, **GRANTS** the Stipulation. **IT IS HEREBY ORDERED** that:
6       1.   Defendant's deadline to file his Answer to Plaintiff's Complaint is
7            extended to and including May 13, 2019.

Dated: May 10, 2019

_____
Hon. Stephen V. Wilson
U.S. District Court Judge