ALEXANDER B. SPIRO
alexspiro@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
Telephone: 212-849-7000
Fax: 212-849-7100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH<br><br>v.      Plaintiff(s)<br><br>ELON MUSK<br><br>Defendant(s). | CASE NUMBER<br>2:18-cv-08048<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

SPIRO, ALEXANDER B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-849-7000     212-849-7100
*Telephone Number     Fax Number*

ALEXSPIRO@QUINNEMANUEL.COM
*E-Mail Address*

of

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10010
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ELON MUSK
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

SCHWARTZ, ROBERT M.
*Designee's Name (Last Name, First Name & Middle Initial)*

117166    213-443-3675    213-443-3100
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

ROBERTSCHWARTZ@QUINNEMANUEL.COM
*E-Mail Address*

of

QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 SOUTH FIGUEROA STREET, 10TH FLOOR
LOS ANGELES, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded   ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1