QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice* pending)
 alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
 michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
 jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

HUESTON HENNIGAN LLP
John C. Hueston (Bar No. 164921)
 jhueston@hueston.com
Moez M. Kaba (Bar No. 257456)
 mkaba@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>             Plaintiff,<br><br>      vs.<br><br>ELON MUSK,<br><br>             Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DEFENDANT ELON MUSK'S ANSWER TO PLAINTIFF'S COMPLAINT** |

## THE NATURE OF PLAINTIFF'S CLAIM

1.     This lawsuit presents the sad case of the previously unknown Vernon Unsworth, a retired British businessman, now living in Thailand, who has traveled to California (or his lawyer has) to sue Elon Musk based on how Mr. Musk responded to a verbal spat that Mr. Unsworth inexplicably initiated.

2.     The matter arose in July 2018, in the wake of the successful rescue of a dozen Thai students and their soccer coach after they entered the Tham Luang cave system and became trapped for over two weeks.  Thousands of people from around the world had rushed to the scene to assist with the rescue operation.   Among them was Mr. Musk, who the Thai government later lauded for the impassioned donation of his and his employees' substantial effort, ingenuity, and financial resources.

3.     Mr. Unsworth was not a member of the dive team who risked their lives to rescue the students.  He participated by sharing his knowledge of the caves.  After the rescue succeeded, he wanted the acclaim and media spotlight to be pointed at him.  For reasons known only to Mr. Unsworth, Mr. Musk's involvement irritated him and his sense of self-importance.

4.     None of the events giving rise to this lawsuit would have happened but for what Mr. Unsworth then did.  During a July 13, 2018 interview on CNN, Mr. Unsworth condemned the efforts of Mr. Musk and his engineers as a mere "PR stunt."  Before Mr. Musk had said anything about Unsworth—or even knew who he was—Mr. Unsworth capped off his attacks **on Mr. Musk** with the terse suggestion that Mr. Musk take the miniature rescue submarine that he and his engineers had invented and built for the rescue and "stick it where it hurts."

5.     When Mr. Musk responded to the substance of Mr. Unsworth's false attacks, he referred to Mr. Unsworth as a "pedo guy."  Within a matter of days, however, Mr. Musk retracted his remarks and deleted his Twitter posts.  But Mr. Unsworth wasn't done.  In the weeks that followed, his attorney tweeted Mr. Musk and three reporters, tauntingly telling Mr. Musk to check his mail for a legal threat.

- 1 -

Provoked by these new tweets, reporters hounded Mr. Musk for additional information.  Mr. Musk then wrote off-the-record e-mails to a Buzz Feed reporter in which Mr. Musk said that the reporter should do his own investigation.  Instead, the reporter published the e-mails without Mr. Musk's knowledge or approval.  This lawsuit followed.

6.     One has to question Mr. Unsworth's motive in turning this into a federal case.  The libel laws exist to protect those whose reputations have been harmed by false assertions of fact.  In the case of Mr. Unsworth, who made himself a public figure, those assertions have to be made with constitutional malice.  Mr. Musk has already retracted what he said publicly.  Mr. Unsworth's claim is thus confined to what Mr. Musk said in private conversation.  Regardless, Mr. Unsworth and his reputation are no worse off.  After Mr. Musk's remarks, Mr. Unsworth continued to receive the adulation he craved from his involvement in the rescue.  He continues to give speeches about his work before enthusiastic audiences.  And in December 2018, the government of Her Majesty Queen Elizabeth II announced that she would be making Mr. Unsworth a member of the Order of the British Empire.  No, this lawsuit is not about restoring anything Mr. Unsworth claims to have lost.  The formerly unknown Mr. Unsworth remains the utterly undamaged Mr. Unsworth.  In reality, this case represents Mr. Unsworth's devious desire to milk the media coverage over what he instigated to reap a financial windfall from Mr. Musk, despite the absence of any injury.  Mr. Musk will fight that.

7.     As detailed below, Mr. Musk denies the allegations of defamation and specifically answers each paragraph of the Complaint.

## **INTRODUCTION**

8.     Defendant admits that the Court has diversity jurisdiction.  Defendant denies all other allegations in Paragraph 1.

9.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 2 and denies them on that basis.

10.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 3 and denies them on that basis.

11.     Defendant denies the allegations in Paragraph 4.

12.     Defendant denies that the Exhibit A referenced in Paragraph 5 contains an accurate or complete timeline of the events relevant to this action.

13.     Defendant denies the allegations in Paragraph 6.

## THE PARTIES

### Vernon Unsworth

14.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 7 and denies them on that basis.

15.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 8 and denies them on that basis.

16.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 9 and denies them on that basis.

17.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 10 and denies them on that basis.

18.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 11 and denies them on that basis.

19.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 12 and denies them on that basis.

20.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 13 and denies them on that basis.

21.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 14 and denies them on that basis.

### Elon Musk

22.     Defendant admits the allegations of Paragraph 15.

23.     Defendant admits the allegations of Paragraph 16.

24.     Defendant admits the allegations of Paragraph 17.

25.   Defendant admits the allegations of Paragraph 18.

26.   Defendant admits the allegations of Paragraph 19, although Defendant cannot vouch for the accuracy of the cited list.

27.   Defendant admits the allegations of Paragraph 20, although Defendant cannot vouch for the accuracy of the cited list.

28.   Defendant admits the allegations of Paragraph 21.

29.   Defendant admits the allegations of Paragraph 22.

## INTRODUCTION

### The Thailand Cave Rescue

30.   Defendant admits the allegations of Paragraph 23, based on Defendant's understanding of the relevant events.

31.   Defendant admits the allegations of Paragraph 24, based on Defendant's understanding of the relevant events.

32.   Defendant admits the allegations of Paragraph 25, based on Defendant's understanding of the relevant events.

33.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 26 and denies them on that basis.

34.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 27 and denies them on that basis.

35.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 28 and denies them on that basis.

36.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 29 and denies them on that basis.

37.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 30 and denies them on that basis.

38.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 31 and denies them on that basis.

39.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 32 and denies them on that basis.

40.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 33 and denies them on that basis.

41.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 34 and denies them on that basis.

42.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 35 and denies them on that basis.

43.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 36 and denies them on that basis.

44.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 37 and denies them on that basis.

45.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 38 and denies them on that basis.

46.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 39 and denies them on that basis.

47.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 40 and denies them on that basis.

48.    Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 41 and denies them on that basis.

49.    Defendant admits the allegations of Paragraph 42, based on Defendant's understanding of the relevant events.

50.    Defendant admits the allegations of Paragraph 43, based on Defendant's understanding of the relevant events.

51.    Defendant admits, based on his understanding of the relevant events, that the Boys were found on July 2, 2018.  Defendant lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 44 and denies them on that basis.

52.     Defendant admits, based on his understanding of the relevant events, that the Boys were found in the Cave System nine days after they went missing. Defendant lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 45 and denies them on that basis.

53.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 46 and denies them on that basis.

54.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 47 and denies them on that basis.

55.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 48 and denies them on that basis.

56.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 49 and denies them on that basis.

57.     Defendant admits, based on his understanding of the relevant events, that Mr. Gunan tragically lost his life on or about July 6, 2018 during the rescue effort.  Defendant lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 50 and denies them on that basis.

58.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 51 and denies them on that basis.

59.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 52 and denies them on that basis.

60.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 53 and denies them on that basis.

61.     Defendant admits the allegations of Paragraph 54.

62.     Defendant admits, based on his understanding of the relevant events, that the rescue operation began on July 8, 2018 and that the Boys were successfully rescued from the Cave System in the following days, which was the result of the work of many dedicated volunteers.  Defendant lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 55 and denies them on that basis.

63.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 56 and denies them on that basis.

64.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 57 and denies them on that basis.

65.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 58 and denies them on that basis.

66.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 59 and denies them on that basis.

67.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 60 and denies them on that basis.

68.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 61 and denies them on that basis.

69.     Defendant admits the allegations of Paragraph 62, that he offered to build (and did have built) a min-submarine to aid in the rescue effort, although it is inaccurate to describe it as having "several protruding parts."

70.     Defendant denies that the allegations in Paragraph 63 provide sufficient context and background and thus together fail to accurately describe the event. Defendant therefore denies them on that basis.

71.     Defendant admits the allegations of Paragraph 64.

72.     Defendant denies that the allegations in Paragraph 65 provide sufficient context and background and thus together fail to accurately describe the event. Defendant therefore denies them on that basis.

73.     Defendant admits the allegations of Paragraph 66, although Defendant cannot vouch for the accuracy of the reports.

74.     Defendant admits the allegations of Paragraph 67, based on Defendant's understanding of the relevant events.

75.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 68 and denies them on that basis.

76.     Defendant admits the allegations of Paragraph 69, although Defendant cannot vouch for the accuracy of the reports.

### Mr. Unsworth's CNN Interview

77.     Defendant admits that Mr. Unsworth appeared on CNN on July 13, 2018.  Defendant lacks sufficient knowledge to admit or deny the remaining allegations of Paragraph 70 and denies them on that basis.

78.     Defendant admits that Plaintiff made the statements quoted in Paragraph 71.  Defendant denies that this is a complete collection of Plaintiff's statements. Defendant specifically denies all allegations in footnote 4.

### Musk's Accusations

79.     Defendant denies the allegations in Paragraph 72.

80.     Defendant admits that he tweeted the quoted text in Paragraph 73.

81.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 74 and denies them on that basis.

82.     Defendant admits that he tweeted the quoted text in Paragraph 75.

83.     Defendant admits that he tweeted the quoted text in Paragraph 76.

84.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 77 and denies them on that basis.

85.     Defendant denies that Paragraph 78 includes a complete definition of the term pedophile.

86.     Defendant admits that he tweeted the quoted text in Paragraph 79. Defendant denies all other allegations in Paragraph 79.

87.     Defendant admits that he tweeted the quoted text in Paragraph 80. Defendant denies all other allegations in Paragraph 80.

88.     Defendant denies the allegations in Paragraph 81.

89.     Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 82 and denies them on that basis.

90.    Defendant admits that he tweeted the quoted text in Paragraph 83. Defendant denies all other allegations in Paragraph 83.

91.    Defendant denies the allegations in Paragraph 84.

92.    Defendant denies the allegations in Paragraph 85.

93.    Defendant admits that on or about August 28, 2018, BuzzFeed News and other publications published articles regarding Defendant's tweets.  Defendant denies all other  allegations in Paragraph 86.

94.    Defendant admits that on or about August 29, 2018, an individual purporting to be Mr. Unsworth's attorneys responded via Twitter with the quoted text in Paragraph 83.  Defendant denies all other allegations in Paragraph 87.

95.    Defendant admits that he sent an email to a reporter with the quoted text in Paragraph 88, specifically stating it was "off the record."  Defendant denies all other allegations in Paragraph 88.

96.    Defendant admits that he sent an email to a reporter with the quoted text in Paragraph 88, specifically stating it was "off the record."  Defendant denies all other allegations in Paragraph 89.

97.    Defendant admits that he sent an email to a reporter with the quoted text in Paragraph 88, specifically stating it was "off the record."  Defendant denies all other allegations in Paragraph 90.

98.    Defendant denies the allegations in Paragraph 91.

99.    Defendant admits that he sent an email to a reporter with the quoted text in Paragraph 92, specifically stating it was "on background."  Defendant denies all other allegations in Paragraph 92.

100.   Defendant admits that he sent an email to a reporter with the quoted text in Paragraph 92, specifically stating it was "on background."  Defendant denies all other allegations in Paragraph 93.

DEFENDANT ELON MUSK'S ANSWER TO COMPLAINT

1    101.   Defendant admits that he sent an email to a reporter with the quoted text
2    in Paragraph 92, specifically stating it was "on background."  Defendant denies all
3    other allegations in Paragraph 94.

4    102.   Defendant denies the allegations in Paragraph 95.

5    103.   Defendant denies the allegations in Paragraph 96.

6    104.   Defendant admits that he sent an email to a reporter with the quoted text
7    in Paragraph 97, specifically stating it was "off the record."  Defendant denies all
8    other allegations in Paragraph 97.

9                          **JURISDICTION AND VENUE**

10   105.   Defendant lacks sufficient knowledge to admit or deny the allegations of
11   Paragraph 98 and denies them on that basis.

12   106.   Defendant admits the allegations of Paragraph 99.

13   107.   Defendant denies the allegations in Paragraph 100.

14   108.   Defendant denies the allegations in Paragraph 101 that damages, if any,
15   exceed $75,000.00, exclusive of interest and costs.

16   109.   Defendant admits the allegations of Paragraph 102.

17   110.   Defendant denies the allegations in Paragraph 103.

18   111.   Defendant admits that he published the tweets-at-issue from California.
19   Defendant denies all other allegations in Paragraph 104.

20   112.   Defendant admits that he published the tweets-at-issue from California.
21   Defendant denies all other allegations in Paragraph 105.

22   113.   Defendant lacks sufficient knowledge to admit or deny the allegations of
23   Paragraph 106 and denies them on that basis.

24   114.   Defendant denies the allegations in Paragraph 107.

25   115.   Defendant denies that Mr. Unsworth has suffered any damages.
26   Defendant lacks sufficient knowledge to admit or deny the remaining allegations of
27   Paragraph 108 and denies them on that basis.

28

116.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 109 and denies them on that basis.

117.   Defendant admits the allegations of Paragraph 110.

118.   Defendant admits the allegations of Paragraph 111.

### CAUSE OF ACTION FOR DEFAMATION

119.   Defendant reasserts and incorporates by reference its denials to paragraph 1 through 111 of Plaintiff's Complaint as if fully restated herein.

120.   Defendant denies the allegations in Paragraph 113.

121.   Defendant admits the allegations of Paragraph 114.

122.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 115 and denies them on that basis.

123.   Defendant denies the allegations in Paragraph 116.

124.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 117 and denies them on that basis.

125.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 118 and denies them on that basis.

126.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 119 and denies them on that basis.

127.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 120 and denies them on that basis.

128.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 121 and denies them on that basis.

129.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 122 and denies them on that basis.

130.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 123 and denies them on that basis.

131.   Defendant lacks sufficient knowledge to admit or deny the allegations of Paragraph 124 and denies them on that basis.

132.   Defendant denies the allegations in Paragraph 125.

133.   Defendant denies the allegations in Paragraph 126.

134.   Defendant denies the allegations in Paragraph 127.

135.   Defendant denies the allegations in Paragraph 128.

136.   Defendant denies the allegations in Paragraph 129.

137.   Defendant denies the allegations in Paragraph 130.

138.   Defendant denies the allegations in Paragraph 131.

139.   Defendant denies the allegations in Paragraph 132.

140.   Defendant denies the allegations in Paragraph 133.

141.   Defendant denies the allegations in Paragraph 134.

142.   Defendant denies the allegations in Paragraph 135.

143.   Defendant denies the allegations in Paragraph 136.

144.   Defendant denies the allegations in Paragraph 137.

145.   Defendant denies the allegations in Paragraph 138.

146.   Defendant denies the allegations in Paragraph 139.

147.   Defendant denies the allegations in Paragraph 140.

148.   Defendant denies the allegations in Paragraph 141.

149.   Defendant denies the allegations in Paragraph 142.

150.   Defendant denies the allegations in Paragraph 143.

151.   Defendant denies that Plaintiff is entitled to any of the listed judgments or remedies on pages 20 and 21 of the Complaint.

## **AFFIRMATIVE DEFENSES**

Defendant has not knowingly or intentionally waived any applicable defenses. Defendant expressly reserves the right to plead additional affirmative defenses and other defenses should such defenses be revealed by discovery in this case. Defendant asserts the following defenses without assuming the burden of proof as to any issue that would otherwise rest with Plaintiff.

1                          **FIRST AFFIRMATIVE DEFENSE**

2                          (NON-ACTIONABLE OPINION)

3      1.     The Complaint fails to state a claim upon which relief can be granted,

4 including because the statements-at-issue are nonactionable opinion.

5                          **SECOND AFFIRMATIVE DEFENSE**

6               (FAILURE TO JOIN AN INDISPENSABLE PARTY)

7      2.     Plaintiff has failed to join an indispensable party, BuzzFeed, in their

8 Complaint.  In the absence of BuzzFeed, the Court cannot afford complete relief

9 among the parties.

10                        **THIRD AFFIRMATIVE DEFENSE**

11                              (TRUTH)

12      3.     Plaintiff cannot recover for defamation because the all or parts of the

13 statements-at-issue were true or substantially true.

14                        **FOURTH AFFIRMATIVE DEFENSE**

15                  (LACK OF ACTUAL MALICE)

16      4.     Plaintiff cannot prove that Defendant made the statements-at-issue with

17 knowledge that they were false or with reckless disregard of whether they were false

18 or not.

19                        **FIFTH AFFIRMATIVE DEFENSE**

20                  (NO ACTUAL DAMAGES)

21      5.     Plaintiff cannot prove any damages proximately caused by the

22 statements-at-issue, including to his reputation.

23                        **SIXTH AFFIRMATIVE DEFENSE**

24                 (ADEQUATE REMEDY AT LAW)

25      6.     Plaintiff's claim for equitable relief is barred because Plaintiff has an

26 adequate remedy at law.

27                      **SEVENTH AFFIRMATIVE DEFENSE**

28                      (FIRST AMENDMENT)

1       7.    Defendant's statements-at-issue are protected by the First Amendment

2 of the Constitution of the United States.

3 **EIGHTH AFFIRMATIVE DEFENSE**

4 (UNCLEAN HANDS)

5       8.    Plaintiff's claims are barred by the doctrine of unclean hands, as

6 Plaintiff initiated and provoked this dispute with Defendant.

7 **NINTH AFFIRMATIVE DEFENSE**

8 (COMMON INTEREST OR OTHER APPLICABLE PRIVILEGE)

9       9.    Defendant's statements-at-issue to BuzzFeed are not actionable

10 defamation because they are protected by the common interest or other applicable

11 privilege.

12 **TENTH AFFIRMATIVE DEFENSE**

13 (RETRACTION/APOLOGY)

14      10.    Plaintiff's claims are barred in part or in whole because Defendant

15 retracted and/or apologized for certain of the statements-at-issue.

16 **ELEVENTH AFFIRMATIVE DEFENSE**

17 (NO MITIGATION)

18      11.    Plaintiff's claims are barred, in whole or in part, because of his failure to

19 mitigate or reasonably attempt to mitigate its alleged damages, if any, as required by

20 law.

21 **ADDITIONAL DEFENSES**

22     Defendant hereby gives notice that he intends to rely upon any other defenses

23 that may become available or apparent during the discovery proceedings in this

24 matter, and hereby reserves the right to amend his Answer and to assert any such

25 defenses.  Defendant is entitled to, and claims the benefit of, all defenses and

26 presumptions set forth in or arising from any rule of law or statute of the United

27 States or the State of California or any other applicable law.

28

Dated:  May 13, 2019

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Alex Spiro
Robert M. Schwartz
Michael T. Lifrak
Jeanine M. Zalduendo

HUESTON HENNIGAN LLP
John C. Hueston
Moez M. Kaba

By: _____
Alex Spiro
*Attorneys for Defendant Elon Musk*

DEFENDANT ELON MUSK'S ANSWER TO COMPLAINT