# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH<br><br>v.<br>Plaintiff(s)<br><br>ELON MUSK<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-cv-08048-SVW-JC<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

SPIRO, ALEXANDER B.   of   QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   51 MADISON AVENUE
212-849-7000    212-849-7100   22ND FLOOR
*Telephone Number*   *Fax Number*   NEW YORK, NY 10010
ALEXSPIRO@QUINNEMANUEL.COM
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
ELON MUSK

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

SCHWARTZ, ROBERT M.   of   QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   865 SOUTH FIGUEROA STREET, 10TH FLOOR
117166    213-443-3675    213-443-3100   LOS ANGELES, CA 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
ROBERTSCHWARTZ@QUINNEMANUEL.COM
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
     ☐ for failure to complete Application: _____
     ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded   ☐ not be refunded.

Dated   May 14, 2019

*[signature]*
STEPHEN V. WILSON, U.S. District Judge