Name and address:

Matt C. Wood
Weisbart Springer Hayes, LLP
212 Lavaca Street, Suite 200
Austin, TX 78701

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VERNON UNSWORTH | | CASE NUMBER |
| | Plaintiff(s), | 2:18-CV-08048 |
| v. | | |
| | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| ELON MUSK | | |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Wood, Matt C.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*         *check here if federal government attorney* ☐

Weisbart Springer Hayes, LLP
_____
*Firm/Agency Name*

| | | |
|---|---|---|
| 212 Lavaca Street | 512.652.5780 | 512.682.2074 |
| *Street Address* (Suite 200) | *Telephone Number* | *Fax Number* |
| Austin, TX 78701 | mwood@wshllp.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

Vernon Unsworth        ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

                       ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| All Texas State Courts (Bar No. 24066306) | 11/07/2008 | Yes |
| U.S. District for the Western District of TX | 05/19/2011 | Yes |
| U.S. District for the Eastern District of MI | 07/21/2014 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| n/a | n/a | n/a | n/a |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

n/a

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☒ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  May 14, 2019

Matt C. Wood
_____
*Applicant's Name (please type or print)*

_____
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Chatham, R. Christopher
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

Chatham Law Group
_____
*Firm/Agency Name*

3109 W. Temple Ave.                              213.277.1800                    _____
_____        _____        _____
                                                *Telephone Number*              *Fax Number*

                                                chris@chathamfirm.com
_____        _____
*Street Address*                                *E-mail Address*

Los Angeles, CA 90026                           240972
_____        _____
*City, State, Zip Code*                         *Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated    **5·15·19**
        _____

                                        R. Christopher Chatham
                                        _____
                                        *Designee's Name (please type or print)*

                                        _____
                                        *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Courts:
U.S. District Court for the District of Nebraska, 11/12/2015, Yes
U.S. District Court for the District of Colorado, 04/26/2016, Yes
U.S. District Court for the Eastern District of Wisconsin, 02/12/2018, Yes
U.S. Court of Appeals for the 5th Circuit, 08/05/2014, Yes
U.S. Supreme Court, 11/14/2011 (Bar # 281508), Yes

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Matthew Carlton Wood**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of November, 2008.

I further certify that the records of this office show that, as of this date

**Matthew Carlton Wood**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 14th day of May, 2019.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 4549C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.