# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VERNON UNSWORTH | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:18-cv-08048-SVW-JC |
| v. | |
| ELON MUSK | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wood, Matt C.
*Applicant's Name (Last Name, First Name & Middle Initial)*
512.652.5780    512.682.2074
*Telephone Number    Fax Number*
mwood@wshllp.com
*E-Mail Address*

of WEISBART SPRINGER HAYES, LLP
212 Lavaca Street, Suite 200
Austin, TX 78701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Vernon Unsworth

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

R. Christopher Chatham
*Designee's Name (Last Name, First Name & Middle Initial)*
240972    213.277.1800
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
chris@chathamfirm.com
*E-Mail Address*

of CHATHAM LAW GROUP
3109 W. Temple Ave.
Los Angeles, CA 90026
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** May 16, 2019

*[signature]*
**STEPHEN V. WILSON, U.S. District Judge**