# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff(s) <br> v. <br><br> Defendant(s) | CASE NUMBER <br><br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

_____   ☐ Plaintiff  ☐ Defendant  ☐ Other   _____
*Name of Party*

to substitute _____ who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____
*Street Address*

_____                    _____
*City, State, Zip*                                                    *E-Mail Address*

_____        _____        _____
*Telephone Number*                      *Fax Number*                            *State Bar Number*

as attorney of record instead of _____
                                                    List **all** attorneys from same firm or agency who are withdrawing.

_____

_____

**is hereby**    ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                                 U. S. District Judge/U.S. Magistrate Judge