QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Alex B. Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402
Facsimile: (404) 506-9111

*Attorneys for Plaintiff Vernon Unsworth*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON UNSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**JOINT STIPULATION TO REQUEST RESCHEDULING OF TRIAL DATE**<br>[Filed concurrently with the Declaration of Alex B. Spiro, the Declaration of Michael T. Lifrak, and [Proposed] Order]<br><br>Complaint Filed: September 17, 2018<br>Trial Date: October 22, 2019<br>Requested Trial Date: December 2, 2019 |

Defendant Elon Musk and Plaintiff Vernon Unsworth (collectively, the "Parties") by and through their counsel of record, hereby stipulate pursuant to Central District of California Local Rules ("L.R.") 7-1 and 40-1 to request that the Court reschedule the trial date as follows:

1. WHEREAS, lead trial counsel for Mr. Musk from the firm of Quinn Emanuel Urquhart & Sullivan, LLP (Quinn Emanuel) appeared in this case for the first time on May 8, 2019.

2. WHEREAS, on May 14, 2019, the Court entered a Civil Trial Preparation Order, (DKT #46), setting a trial date in this matter for October 22, 2019.

3. WHEREAS, as described in the accompanying declarations, Mr. Musk's trial counsel from Quinn Emanuel have other trials set for the week of October 22, 2019, including a criminal trial in the Southern District of New York.

4. WHEREAS, counsel for Mr. Unsworth have extended the professional courtesy of stipulating to this request.

5. WHEREAS, this is the first request by the Parties to continue the trial date.

6. WHEREAS, the parties have agreed to request a new trial date of December 2, 2019, and are committed to having this date be a firm trial date.

7. WHEREAS, the Parties have submitted herewith a proposed Order for the Court's consideration to effectuate the agreed-upon requested change in trial date.

8. WHEREAS, the Parties agree to submit a discovery plan and Joint Rule 26(F) Report and also exchange initial disclosures within seven days of entry of this Order.

THEREFORE, the parties request that the trial date be rescheduled from October 22, 2019 to December 2, 2019.

Dated: June 5, 2019 Respectfully submitted,

L. LIN WOOD, P.C.

By: */s/ L. Lin Wood*
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402
Facsimile: (404) 506-9111

- and -

CHATHAM LAW GROUP
Robert Christopher Chatham
State Bar No. 240972
chris@chathamfirm.com
3109 W. Temple St.
Los Angeles, CA 90026
Telephone: (213) 277-1800

- and -

WEISBART SPRINGER HAYES LLP
Matt C Wood (admitted *pro hac vice*)
mwood@wshllp.com
212 Lavaca Street Suite 200
Austin, TX 78701
Telephone: (512) 652-5780
Facsimile: (512) 682-2074

*Attorneys for Plaintiff Vernon Unsworth*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: */s/ Michael T. Lifrak*
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Alex B. Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Defendant Elon Musk*