QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>              Plaintiff,<br><br>        vs.<br><br>ELON MUSK,<br><br>              Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF JOINT STIPULATION TO RESCHEDULE THE TRIAL DATE**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: October 22, 2019<br>Requested Trial Date: December 2, 2019 |

**I, Michael T. Lifrak, declare as follows:**

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Elon Musk. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of the parties Joint Stipulation to Reschedule the Trial Date to December 2, 2019.

3. On or about May 7, 2019, Quinn Emanuel was retained as lead trial counsel for Mr. Musk in the above titled action. I made my first appearance in this action on behalf of Mr. Musk on May 8, 2019 (DKT #38).

4. Prior to being retained by Mr. Musk, I had been serving as counsel in two prior-filed actions, which actions had already been set for trial in conflict with the October 22, 2019 trial date presently scheduled for this matter.

5. The first is an arbitration titled *Canon v. UC Block 3 Associates LP* set to begin on October 22, 2019, before Arbitrator Paul A. Bruno (JAMS) in San Francisco. This arbitration is scheduled to last two weeks.

6. The second is the action titled *Baptiste v. Goguen*, case number CIV 537691, in San Mateo Superior Court, which case was filed on March 8, 2016. Although the case has been delayed several times, trial is currently scheduled to begin on October 15, 2019. The trial in that case is expected to last several weeks.

7. I would be prepared to try this action starting on December 2, 2019.

8. On May 31, 2019, I conferred with Plaintiff's counsel, Mr. L. Lin Wood, regarding the request to continue the trial date to December 2, 2019. Mr. Wood confirmed that Plaintiff would not oppose such request.

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct and that this document was executed in Los
3  Angeles, California.

5  DATED: June 5, 2019

By _____
Michael T. Lifrak

- 2 -
DECLARATION OF MICHAEL T. LIFRAK ISO JOINT STIPULATION TO RESCHEDULE TRIAL DATE