QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>  vs.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DECLARATION OF ALEX B. SPIRO IN SUPPORT OF JOINT STIPULATION TO RESCHEDULE THE TRIAL DATE**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: October 22, 2019<br>Requested Trial Date: December 2, 2019 |

**I, Alex B. Spiro, declare as follows:**

1. I am a member of the bar of the state of New York and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Elon Musk. I have been admitted *pro hac vice* by the Court in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of the parties Joint Stipulation to Reschedule the Trial Date to December 2, 2019.

3. On or about May 7, 2019, Quinn Emanuel was retained as lead trial counsel for Mr. Musk in the above titled action. I filed an application to appear *Pro Hac Vice* in this action on behalf of Mr. Musk on May 13, 2019 (DKT #44). The Court granted this application on May 14, 2019 (DKT #47).

4. Prior to being retained by Mr. Musk, I had been serving as lead trial counsel in a criminal action in New York, which action had already been set for trial in conflict with the October 22, 2019 trial date presently scheduled for this matter.

5. The action, titled *USA v. Owens, et al.*, 1:18-cr-00693-RMB (known as the Panama Papers case), is set to begin trial on October 22, 2019 in the United States District Court for the Southern District of New York. I am representing Defendant Harald Joachin Von Der Goltz, who is facing charges of wire fraud, conspiracy to commit tax evasion, and money laundering conspiracy, among other charges. This trial is expected to last three weeks.

6. I would be prepared to try this action starting on December 2, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed in New York City, New York.

1  DATED: June 5, 2019

                                        By: _____
                                            Alex B. Spiro