1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VERNON UNSWORTH, | Case No. 2:18-cv-08048 |
|---|---|
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| vs. | **[PROPOSED] ORDER TO RESCHEDULE TRIAL DATE** |
| ELON MUSK, | |
| Defendant. | |

# [PROPOSED] ORDER

Currently before the Court is a Joint Stipulation to Reschedule the Trial Date, filed by Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties").

The Court, having read and considered the Joint Stipulation to Reschedule the Trial Date, and the Declarations of counsel in support thereof, and good cause appearing therefore, **GRANTS** the Stipulation. **IT IS HEREBY ORDERED** that:

1. The original trial date of October 22, 2019 scheduled for this action is vacated.

2. A new trial date is set for December 2, 2019.

Dated: June ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge