FILED
CLERK, U.S. DISTRICT COURT

JUN 12 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH<br><br>Plaintiff(s)<br><br>v.<br><br>ELON MUSK<br><br>Defendant(s) | CASE NUMBER<br><br>2:18-CV-8048<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

ELON MUSK      ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute ROBERT M. SCHWARTZ of QUINN EMANUEL URQUHART & SULLIVAN, LLP  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

865 South Figueroa Street, 10th Floor
*Street Address*

Los Angeles, CA 90017-2543                              robertschwartz@quinnemanuel.com
*City, State, Zip*                                       *E-Mail Address*

(213) 443-3000                                            117166
*Telephone Number*        *Fax Number*                   *State Bar Number*

as attorney of record instead of JOHN C. HUESTON, MOEZ M. KABA, SOURABH MISHRA, &
*List **all** attorneys from same firm or agency who are withdrawing.*
MICHAEL H. TODISCO of HUESTON HENNIGAN LLP

is hereby    ☒ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  6/12/19                                _____
                                               U. S. District Judge/U.S. Magistrate Judge