FILED
CLERK, U.S. DISTRICT COURT
JUN 12 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON UNSWORTH, Plaintiff, vs. ELON MUSK, Defendant. | Case No. 2:18-cv-08048<br>Judge: Hon. Stephen V. Wilson<br>**~~[PROPOSED]~~ ORDER TO RESCHEDULE TRIAL DATE** |

**~~[PROPOSED]~~ ORDER**

Currently before the Court is a Joint Stipulation to Reschedule the Trial Date, filed by Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties").

The Court, having read and considered the Joint Stipulation to Reschedule the Trial Date, and the Declarations of counsel in support thereof , and good cause appearing therefore, **GRANTS** the Stipulation. **IT IS HEREBY ORDERED** that:

1. The original trial date of October 22, 2019 scheduled for this action is vacated.

2. A new trial date is set for December 2, 2019, at 9:00 a.m.

3. Pretrial Conference is continued to November 25, 2019 at 3:00 p.m.

Dated: June 12, 2019

Honorable Stephen V. Wilson
United States District Court Judge