*Counsel Listed on Following Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**JOINT RULE 26(F) REPORT AND PROPOSED DISCOVERY PLAN**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: December 2, 2019 |

JOINT RULE 26(F) REPORT AND DISCOVERY PLAN

L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
  lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
  nwade@linwoodlaw.com
Jonathan D. Grunberg (admitted *pro hac vice*)
  jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
  twilson@linwoodlaw.com
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
(404) 891-1404

CHATHAM LAW GROUP
Robert Christopher Chatham (Bar No. 240972)
  chris@chathamfirm.com
3109 W. Temple Street
Los Angeles, California 90026

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
  mwood@wshlpp.com
212 Lavaca Street, Suite 200
Austin, TX 78701

*Attorneys for Plaintiff Vernon Unsworth*


QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

---

JOINT RULE 26(F) REPORT AND DISCOVERY PLAN

The parties, Plaintiff Vernon Unsworth ("Mr. Unsworth" or "Plaintiff") and Defendant Elon Musk ("Mr. Musk" or "Defendant"), by and through their respective counsel, respectfully submit their Joint Rule 26(f) Report and Discovery Plan as contemplated by Federal Rules of Civil Rule Procedure Rule 26(f) and Local Rule 26-1.

## I.   ITEMS REQUIRED BY FRCP 26(F)

### A.   Meeting of Counsel

On May 21, 2019, the parties' counsel conferred pursuant to Federal Rule of Civil Procedure 26(f)(2) and have worked cooperatively since then on this Joint Rule 26(f) Report and Discovery Plan.

### B.   Rule 26(a) Initial Disclosures

The parties do not believe there should be any changes made in the timing, form, or requirement for Initial Disclosures under Rule 26(a). The parties will exchange disclosures on June 20, 2019.

### C.   Discovery Issues

No discovery has been taken to date. The parties have agreed that fact discovery shall not be conducted in phases. The parties will adhere to the scope of discovery set out in Rule 26(b). The parties do not presently anticipate any unusual issues in discovery requiring orders from the Court at this time. The parties' joint scheduling proposal, including for the completion of discovery, is attached hereto as Exhibit A.

### D.   Electronically-Stored Information

The parties are not aware of any issues regarding disclosure, discovery, or preservation of electronically stored information requiring orders from the Court at this time. The Parties have agreed to negotiate a protocol regarding the form of production of hard copy documents and electronically stored information ("ESI").

The Parties have agreed to negotiate in good faith should they disagree initially as to the appropriate protocol for the production of hard copy documents and/or ESI.

### E. **Privileged Material**

The parties agree to follow the procedures set forth in Federal Rule of Civil Procedure 26(b)(5)(B) with respect to disclosures of privileged materials.

### F. **Limitations on Discovery**

The parties do not anticipate changes to the limitations on discovery imposed by the Federal and Local Rules.

### G. **Other Discovery Orders**

The parties contemplate submitting a proposed protective order pursuant to Rule 26(c) and request that the Court enter the parties' scheduling proposal pursuant to Rule 16(b).

## II. ITEMS REQUIRED BY LOCAL RULE 26

### A. **Complex Designation**

The parties do not believe the procedures of the Manual For Complex Litigation should be utilized in this case.

### B. **Motion Schedule**

The parties' joint scheduling proposal, including for the filing of dispositive or partially dispositive motions, is attached hereto as Exhibit A.

### C. **ADR**

The parties agree to "ADR PROCEDURE NO. 2 - the Court's Mediation Panel." The parties believe such session should occur once discovery has been completed.

### D. **Trial Estimate**

The parties preliminarily estimate the trial will take a total of no more than 5 Court days.

**E.    Additional Parties.**

The parties do not anticipate any additional parties joining this suit, either by motion of the parties or by third parties seeking to join of their own accord.

**F.    Expert Witnesses**

The parties' joint scheduling proposal, including relating to the disclosure of expert witnesses, is attached hereto as Exhibit A.

Dated: June 17, 2019

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Alex Spiro
Robert M. Schwartz
Michael T. Lifrak
Jeanine M. Zalduendo

HUESTON HENNIGAN LLP
John C. Hueston
Moez M. Kaba


By: */s/Alex Spiro*
Alex Spiro
*Attorneys for Defendant Elon Musk*


L. LIN WOOD, P.C.
L. Lin Wood
Nicole J. Wade
Jonathan D. Grunberg
G. Taylor Wilson

CHATHAM LAW GROUP
Robert Christopher Chatham

WEISBART SPRINGER HAYES, LLP
Matt C. Wood


By: */s/ L. Lin Wood*
L. Lin Wood
*Attorneys for Plaintiff Vernon Unsworth*

EXHIBIT A – PARTIES' JOINT PROPOSED SCHEDULE[1]

| Deadline/Event | Date |
|---|---|
| **Fact Discovery and Expert Disclosure** | |
| Fact Discovery Cutoff | September 13, 2019 |
| Expert Witness Disclosure | September 13, 2019 |
| Rebuttal Expert Disclosure | October 14, 2019 |
| | |
| **Summary Judgment/Adjudication** | |
| Dispositive Motions | September 16, 2019 |
| Oppositions | October 4, 2019 |
| Replies | October 14, 2019 |
| Hearing | October 28, 2019 |
| | |
| **Trial Preparation and Trial** | |
| Motions in Limine | November 4, 2019 |
| Motion in Limine Oppositions | November 11, 2019 |
| Motion in Limine Replies | November 18, 2019 |
| Pre-Trial Filings (Joint Final Pre-Trial Conference Proposed Order, Exhibit List, Witness List, Memorandum of Contentions of Fact and Law. Jury Instructions) | November 18, 2019 |
| Final Pre-Trial Conference | November 25, 2019 |
| Trial | December 2, 2019 |

---

[1] Any other deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules, and the Court's orders.

- 5 -
JOINT RULE 26(F) REPORT AND DISCOVERY PLAN