QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>              Plaintiff,<br><br>      vs.<br><br>ELON MUSK,<br><br>              Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DECLARATION OF ELON R. MUSK IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: December 2, 2019<br><br>Hearing Date:  October 28, 2019<br>Time:             1:30 p.m.<br>Courtroom:     10A |

**I, Elon R. Musk, declare as follows:**

1.      I am the defendant in this action.  I am the founder and CEO of Tesla, Inc., a publicly traded company, founder and CEO of Space Exploration Technologies Corp. ("SpaceX"), and founder of The Boring Company.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of my Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

### **Request for Assistance in the Thai Cave Rescue**

3.      On or around June 23, 2018, twelve members of a Thai youth soccer team and their coach went missing in the Tham Luang Cave System in Thailand's Chiang Rai province.  Shortly after they went missing, the Thai government started a search and rescue mission to locate and retrieve the soccer team.  I learned of and followed the efforts from press reports.

4.      On July 3, 2018, Twitter user @MabzMagz asked me to join the rescue efforts and tweeted at my account "if possible can you assist in anyway to get the 12 Thailand boys and their coach out of the cave."  A true and correct copy of that tweet is attached hereto as **Exhibit A**.

5.      On July 4, 2018, I responded in a tweet, "I suspect that the Thai govt. has this under control, but I'm happy to help if there is a way to do so."  A true and correct copy of that tweet is attached hereto as **Exhibit B**.

6.      Over the next day, several of my employees reached out to members of the Thai government, the United States Embassy in Thailand, private companies in Thailand, and members of the rescue dive team to see if there was a way for us to assist.

7.      After getting confirmation that our assistance would be useful, my team and I then got to work.

### Extensive Work to Develop Rescue Options

8.      I mobilized more than 50 of my top engineers, manufacturers, and logistical specialists at SpaceX, Tesla, and The Boring Company to help rescue the stranded soccer team.  I also immediately dispatched engineers to the cave system to obtain technical information about the rescue efforts and to assist in formulating a plan.

9.      Based on the information they obtained about the constantly changing conditions in the cave, my team and I worked on three rescue strategies: surveying the cave system to potentially drill to the trapped boys, providing back-up power sources and water pumps if the weather conditions worsened, and creating three different versions of a mini-submarine that could be used to ferry members of the soccer team through the flooded cave to safety.

10.      I communicated extensively with Richard Stanton, the leader of the British dive team at the rescue site, regarding the technical needs and specifications of the mission in order to effectively design and engineer the mini-submarine.  A true and correct copy of my email correspondence with Mr. Stanton is attached hereto as **Exhibit C**.

11.      On July 8, 2018, I emailed Mr. Stanton and stated that if the mini-submarine "isn't needed or won't help, that would be great to know."  Mr. Stanton responded that "it is absolutely worth continuing with the development of the system in as timely a manner as feasible.  If the ran holds out it may well be used." *See* Exhibit C.

12.      Later that day, Mr. Stanton emailed me that "[w]e're worried about the smallest lad please keep working on the capsule details."  *See* Exhibit C.

13.      Between Friday July 6 and Sunday July 8, I, along with a team of engineers from SpaceX worked on designing, manufacturing, and testing the mini-submarines.  We worked 24-hours a day, and most team members did not leave the Space X facility other than to obtain parts or perform pool tests.  Once we

completed the most promising versions of the mini-submarine, we flew them approximately 18 hours from Los Angeles to Chiang Rai, Thailand.

14.     Ultimately, the Thai Navy and dive team were able to rescue the soccer team without use of the mini-submarine.

15.     I donated the min-submarines and ten power cells to the Thai Navy for use in future rescue missions.  My team trained members of the Thai Navy on how to operate the mini-submarines.

16.     The Thai prime minister personally thanked me and my team for our assistance and efforts.  A true and correct copy of a letter that I received from the Thai prime minister is attached hereto as **Exhibit D**.

17.     On July 10, 2018, I read a BBC article quoting the former governor of Chiang Rai who claimed that the mini-submarine was "not practical with our mission" to rescue the soccer team.

18.     The governor was incorrect.  I responded to the article in a tweet that included excerpts of my communications with Mr. Stanton.  A true and correct copy of the tweet is attached hereto as **Exhibit E**.

## Unsworth's False and Derogatory Comments About Me

19.     On July 15, 2018, I saw a video of an interview that Vernon Unsworth gave to CNN International.

20.     In the video, the reporter asked Mr. Unsworth what he thought of my idea to use a mini-submarine to help rescue the stranded soccer team.  Mr. Unsworth responded that I "can stick his submarine where it hurts.  It just had absolutely no chance of working.  [I] had no conception of what the cave passage was like.  The submarine, I believe, was about 5 foot 6 long, rigid, so it wouldn't have gone round corners or round any obstacles.  It wouldn't have made the first fifty meters into the cave from the dive start point.  Just a PR stunt."

21.     Mr. Unsworth also falsely stated that I was asked to leave the rescue site "very quickly."

22.    After watching the video, I googled Mr. Unsworth.  I learned from my search that he was a British expatriate who lived in the Chiang Rai province of Thailand.  I googled Chiang Rai and read an article stating that it was a well-known hot spot for child prostitution and sex trafficking.

### My July 15, 2018 Tweets

23.    On July 15, 2018, I posted three tweets responding to Mr. Unsworth's false claims and attack on the effort and character of my team and me.  True and correct copies of the first three tweets that I posted in response to Mr. Unsworth's interview are attached hereto as **Exhibits F-H.**

24.    In the first tweet, I wrote "Never saw this British expat guy who lives in Thailand (sus) at any point when we were in the caves. Only people in sight were the Thai navy/army guys, who were great. Thai navy seals escorted us in – total opposite of wanting us to leave."  *See* Exhibit F.

25.    By referring to Mr. Unsworth as "sus," I did not intend to convey any facts.  I was simply expressing my opinion that Mr. Unsworth seemed suspicious and that he appeared to be a weird guy.

26.    In my second tweet, I wrote "Water level was actually very low & still (not flowing) – you could literally have swum to Cave 5 with no gear, which is obv how the kids got in. If not true, then I challenge this dude to show final rescue video. Huge credit to pump & generator team. Unsung heroes here."  *See* Exhibit G.

27.    In my third tweet, I wrote "You know what, don't bother showing the video. We will make one of the mini-sub/pod going all the way to Cave 5 no problem. Sorry pedo guy, you really did ask for it."  *See* Exhibit H.

28.    By referring to Mr. Unsworth as "pedo guy," I did not intend to convey any facts or imply that Mr. Unsworth had engaged in acts of pedophilia.  "Pedo guy" was a common insult used in South Africa when I was growing up.  It is synonymous with "creepy old man" and is used to insult a person's appearance and demeanor, not accuse a person of acts of pedophilia.

29.     I did not intend to accuse Mr. Unsworth of engaging in acts of pedophilia.  In response to his insults in the CNN interview, I meant to insult him back by expressing my opinion that he seemed like a creepy old man.

30.     Finally, in response to a tweet referencing the insults I directed to Mr. Unsworth, I sent a fourth tweet on July 15, 2018 that stated, "bet ya a signed dollar its true."  A true and correct copy of that tweet is attached hereto as **Exhibit I**.

31.     I deleted all four tweets on July 15, 2018, just a few hours after they were sent.

### My Apology to Unsworth

32.     On July 18, 2018, I sent two tweets apologizing to Mr. Unsworth.  True and correct copies of those tweets are attached hereto as **Exhibit J**.

### The Investigation of Unsworth

33.     In August 2018, Jared Birchall, the president of my family office Excession LLC, and a close trusted aide, retained James Howard, a private investigator and president of the investigation firm Jupiter Military & Tactical Systems, to conduct an investigation of Mr. Unsworth on my behalf.  In July, Mr. Howard sent me an unsolicited email in which he offered to conduct an investigation of Mr. Unsworth.  A true and correct copy of that email is attached hereto as **Exhibit N.**

34.     Mr. Birchall orally provided me with periodic updates regarding the investigation.

35.     Shortly after we retained Mr. Howard, Mr. Birchall provided me with disturbing information that the investigator uncovered.  For instance, before August 28, 2018, Mr. Birchall informed me that the investigator reported that Mr. Unsworth met and began a relationship with his alleged Thai wife when she around twelve years old.  Additionally, Mr. Birchall told me that Mr. Howard reported that Mr. Unsworth associated with Europeans who engage in improper sexual conduct in Thailand and had been traveling to Thailand since the 1980's.

36.    In addition, in August 2018, Mr. Birchall told me that the investigator learned that Mr. Unsworth frequented Pattaya Beach which is well known for prostitution and sex tourism, and that Mr. Unsworth was unpopular at the rescue site because other rescue workers thought that he was "creepy."

37.    The last statement was consistent with a report I received from one of my employees who was present at the rescue that the dive team did not want Mr. Unsworth at the rescue site.

38.    On August 28, 2018, in response to a tweet from TechCrunch reporter Drew Olanoff that my "dedication to facts and truth would have been wonderful if applied to that time when you called someone a pedo," I tweeted "You don't think it's strange he hasn't sued me?  He was offered free legal services."  A true and correct copy of the twitter exchange is attached hereto as **Exhibit K**.

39.    At the time I posted that tweet, I had already learned through Mr. Birchall about the investigator's troubling initial reports about Mr. Unsworth.

### My "Off The Record" Emails to BuzzFeed

40.    On August 29, 2018, Ryan Mac, a reporter for BuzzFeed News, sent me an email requesting a comment on a story that he was writing regarding a demand letter that Mr. Unsworth's attorney purportedly sent me.  I responded to Mr. Mac's email that morning.  A true and correct copy of my email exchange with Mr. Mac is attached hereto as **Exhibit L**.

41.    On the evening of August 30, 2018, after I learned from Mr. Birchall of the investigator's latest reports concerning Mr. Unsworth, Mr. Mac sent a follow-up email.  *See* Exhibit L.

42.    I replied with two emails to Mr. Mac that evening.

43.    I wrote "Off the record" at the top of my first email to Mr. Mac.  *See* Ex. L.  By writing "off the record," I explicitly instructed Mr. Mac not to publish the contents of my email.  I certainly did not authorize Mr. Mac or BuzzFeed to publish

1  the contents of the email nor did I intend or expect that they would, especially

2  without first independently verifying and confirming its information.

3      44.   I wrote that Mr. Mac should "stop defending child rapists." *See* Exhibit

4  L. My description of Mr. Unsworth as a child rapist was based on Mr. Birchall's

5  summary of the investigator's report that Mr. Unsworth began his relationship with

6  his wife when she was twelve years old.

7      45.   I wrote that Mr. Unsworth had been "traveling to or living in Thailand

8  for 30 to 40 years, mostly Pattaya Beach, until moving to Chiang Rai for a child

9  bride that was about 12 years old at the time." *See* Exhibit L. This statement was

10 based on Mr. Birchall's summary of the investigator's findings.

11     46.   I also wrote that "there's only one reason people go to Pattaya Beach.

12 It isn't where you go for caves, but it is where you'd go for something else." *See*

13 Exhibit L.  This statement was based on Mr. Birchall's summary of the

14 investigator's findings.

15     47.   I wrote that "Chiang Rai is renowned for child sex-trafficking." See

16 Exhibit L.  This statement was supported by and consistent with a Google search

17 that I provided in the email.

18     48.   I also wrote that "most of the actual dive team refused to hang out with

19 [Mr. Unsworth]." *See* Exhibit L. This statement was based on Mr. Birchall's

20 summary of the investigator's findings and the report of one of my employees that

21 the dive team did not want Mr. Unsworth at the site.

22     49.   At the time I sent the first email to Mr. Mac, I did not know or believe

23 that any statements in the email were false.  Nor did I entertain any serious doubts as

24 to their truth.

25     50.   I wrote "on background" at the top of my second August 30, 2018

26 email to Mr. Mac.  By writing "on background," I explicitly instructed Mr. Mac not

27 to publish the contents of my email.  I did not authorize Mr. Mac or BuzzFeed to

28 publish the contents of the email nor did I intend or expect that they would,

1   especially without first independently verifying and confirming its information.  A

2   true and correct copy of my second August 30, 2018 email to Mr. Mac is attached

3   hereto as **Exhibit M**.

4          51.    In my second email, I wrote that I "[n]ever saw Mr. Unsworth at any

5   point.  Was told he was banned from the site."  *See* Exhibit M.  My statement that I

6   never saw Mr. Unsworth was true and based on my own observations at the cave

7   rescue site.  My statement that I "was told he was banned from the site" was based

8   on the report of one of my employees that the dive team did not want Mr. Unsworth

9   at the site.

10         52.    At the time I sent the second August 30, 2018 email to Mr. Mac, I did

11   not know or believe that any statements in the email were false.  Nor did I entertain

12   any serious doubts as to their truth.

13         53.    I provided BuzzFeed and Mr. Mac with summaries of the information

14   about Mr. Unsworth that I learned through Mr. Birchall and the investigator so that

15   BuzzFeed could conduct its own investigation into Mr. Unsworth and corroborate

16   the information.

17         54.    On September 4, 2018, Mr. Mac replied to my August 30, 2018 emails.

18   Among other things, he wrote that he "didn't agree for the conversation to be off the

19   record" and he "tried to report out some of the accusations on [his] own but have not

20   found anything to corroborate the claims."  *See* Exhibit L.

21         55.    That same day, I responded in an email that "We haven't had a

22   conversation at all.  I sent you an off the record email, which very clearly and

23   unambiguously said, 'off the record.'  If you want to publish off the record

24   comments and destroy your journalistic credibility, that's up to you.  As for

25   answering more questions, I would be happy to do so, but not with someone who

26   just told me that they will not honor accepted rules of journalism."

27         56.    I was extremely surprised by Mr. Mac's suggestion that he would not

28   treat the August 30, 2018 emails as off-the-record.  Throughout my career, I have

had numerous off-the-record interactions with reporters.  In those interactions, reporters treated information as off-the-record and did not publish it whenever I identified it as such, regardless of whether or not we reached an explicit agreement before I shared the information.  Thus, I understood that by designating my emails to Mr. Mac as off-the-record and on background their contents would not be shared.

57.    Mr. Mac's suggestion and ultimate decision to not treat the emails as off-the-record because he did not agree to do so before they were sent is not consistent with my prior off-the-record interactions with reporters.

[Signature follows on next page]

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct and that this document was executed

3  in Los Angeles, California.

4

5  DATED: September 15, 2019

6

7

8                    By _____

9                         Elon R. Musk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| | |
|---|---|
| **From:** | Elon Musk |
| **To:** | Steve Davis |
| **Subject:** | Is there anything we could do short notice? |
| **Date:** | Wednesday, July 04, 2018 8:34:12 AM |

 **MabzMagz (@MabzMagz)**

7/3/18, 9:57 PM

Hi sir, if possible can you assist in anyway to get the 12 Thailand boys and their coach out of the cave. LRI@elonmuskPDI

Download the Twitter app

# EXHIBIT B

✕



Exhibit B, Page 12

# EXHIBIT C

**From:** Elon Musk
**To:** Thailand
**Subject:** Fwd: This is Elon Musk
**Date:** Sunday, July 08, 2018 10:45:30 AM

Begin forwarded message:

> **From:** Richard Stanton <resurgence42@gmail.com>
> **Date:** July 8, 2018 at 10:13:12 AM PDT
> **To:** Elon Musk
> **Subject: Re: This is Elon Musk**
>
> We're worried about the smallest lad please keep working on the capsule details
>
> Sent from my iPhone
>
> On 8 Jul 2018, at 08:48, Elon Musk       wrote:
>
>> Sounds good, will continue.
>>
>> Parts are being assembled and will undergo testing in water in a few hours. Will send pics and video. However, don't want to put it on a plane if you think there are important changes needed. Operating principle is same as spacecraft design — no loss of life even with two failures.
>>
>> On Jul 7, 2018, at 6:30 PM, Richard Stanton <resurgence42@gmail.com> wrote:
>>
>>> It is absolutely worth continuing with the development of this system in as timely a manner as feasible.
>>> If the rain holds out it may well be used.
>>>
>>> Sent from my iPhone
>>>
>>> On 8 Jul 2018, at 08:20, Elon Musk       wrote:
>>>
>>>> Understandable.
>>>>
>>>> Right now, I have one the world's best engineering teams who normally design spaceships and spacesuits working on this thing 24 hours a day. We are trying to get it right in a very short period of time.
>>>>
>>>> If it isn't needed or won't help, that would be great to know. Otherwise, it would be very helpful to have as much design direction as possible.
>>>>
>>>> On Jul 7, 2018, at 6:07 PM, Richard Stanton <resurgence42@gmail.com> wrote:
>>>>
>>>>> Apologies, as the tone of that didn't come across well. We are all still very much on board with the concept of a tube for safe evacuation.
>>>>> Though there does need to be a much more thorough investigation of all the matters mentioned in my previous mail.
>>>>> I'm not going to be available for the rest of the day
>>>>>
>>>>> Sent from my iPhone

Exhibit C, Page 13

MUSK_000693

On 8 Jul 2018, at 07:53, Elon Musk ▮▮▮▮▮▮▮▮
wrote:

> With respect, I am trying to be helpful. Please
> do not be rude.
>
> On Jul 7, 2018, at 5:51 PM, Richard Stanton
> <resurgence42@gmail.com> wrote:
>
>> With respect all I see is a tube,
>> albeit made of fancy materials.
>> We're ferrying in food in such a
>> thing.
>> The devil is in the detail.
>> Breathing systems, off board gas
>> venting systems, ballast trimming
>> arrangements etc adding
>> additional gas via Quick Release
>> SCUBA compatible fittings.
>> Why not have a long high
>> pressure cylinder between the
>> legs? Or a stepped tube with
>> wider body and thinner leg
>> section.
>>
>> Sent from my iPhone
>>
>> On 8 Jul 2018, at 02:13, Elon
>> Musk ▮▮▮▮▮▮▮▮  wrote:
>>
>>> Will have more info
>>> for you soon. It is 35
>>> cm in diameter and
>>> 160cm long. We can
>>> make more that are
>>> longer or shorter.
>>>
>>> Dual air ports on
>>> front and rear (so
>>> possible to attach up
>>> to four tanks at
>>> once). Front ports are
>>> recessed into metal,
>>> so not subject to
>>> front damage. All
>>> ports have secondary
>>> caps in case a leak
>>> develops.
>>>
>>> With the front caps
>>> on, this is strong
>>> enough to be used as
>>> a battering ram if
>>> need be. Nose is
>>> 2.5cm thick solid,
>>> high toughness 2219
>>> alloy aluminium.
>>>
>>> It is made from very
>>> high strength rocket-
>>> grade aluminium.

Cylinder section is
what the Falcon
rocket uses high
pressure liquid
oxygen transfer.

Weighs 35kg.

Will send pics in a
few hours. Anything
else that could be
helpful? I am talking
to the Prime Minister
later today. Is there
anything you would
like me to convey?

<image1.jpeg>

On Jul 7, 2018, at
6:58 AM, Richard
Stanton
<resurgence42@gmail.com>
wrote:

> It only
> needs to
> go to a
> water
> depth of
> 5m, plus
> some
> safety
> margin.
>
> Sent
> from my
> iPhone
>
> > On
> > 7
> > Jul
> > 2018,
> > at
> > 18:00,
> > Elon
> > Musk
> > ▮▮▮▮▮▮▮
> > wrote:
> >
> >
> > Ok
> >
> > > On
> > > Jul
> > > 7,
> > > 2018,
> > > at
> > > 3:54
> > > AM,

Richard
Stanton
<<u>resurgence42@gmail.com</u>>
wrote:

I'm
not
sure
about
the
rubber
cocoon
at
it
would
transmit
pressure
onto
the
child.

Rigid
is
better,
plus
O2
as
a
breathing
gas
rather
than
air.

Sent
from
my
iPhone

On
7
Jul
2018,
at
17:46,
Elon
Musk



wrote:

Ok

Building
both

a
pressure
resistant
aluminium
tube
and
a
dry
rubber
cocoon.

Baseline
requirement
is
that
whether
the
person
is
passed
out
or
having
a
panic
attack,
they
will
still
be
fine.
Also,
no
stray
hoses
that
can
get
caught
on
anything
or
pulled
out.

Basically
a
straightjacket
with
an
air
feed.

Is
this
roughly
the
right
direction?

On
Jul
7,
2018,
at
2:56
AM,
Richard
Stanton
<resurgence42@gmail.com>
wrote:

We
don't
have
this,
it
won't
mean
anything
without
scale.

If
you
make
a
capsule
which
tightly
encloses
a
15
year
old
boy,
and
no
bigger.
It
will
fit
through.

Sent
from
my
iPhone

On
7
Jul
2018,
at
16:13,
Elon

MUSK_000698

Musk

██████████

wrote:

Would
it
be
possible
to
send
me
a
video
segments
or
several
pictures
of
the
most
difficult
sections?
This
would
be
extremely
helpful.

On
Jul
6,
2018,
at
10:29
PM,
Richard
Stanton
<resurgence42@gmail.com>
wrote:

Thanks
for
the
chat
just
now,
we're
not
going
to
be
available
for
any
communication
for
a
short
while.

Will
review
any
ideas
or
concepts
you
come
up
with
and
get
back
to
you
later.

Sent
from
my
iPhone

On
7
Jul
2018,
at
02:54,
Elon
Musk

wrote:

Are
you
one
of
the
divers
who
understands
the
cave
geometry?
Trying
to
help
out,
but
need
to
know
the
details
of
the

most
problematic
areas.

MUSK_000701

# EXHIBIT D

Office of the Prime Minister,
Government House,
**BANGKOK**.

26 July B.E. 2561 (2018)

Dear Mr. Musk,

I wish to convey my deep appreciation to you and your engineering team for your expeditious and extraordinary efforts in constructing the Space-X mini-submarine "Wild Boar" to assist the rescue operation of the Moo Pa Academy Football team trapped in Tham Luang Cave, Chiang Rai Province.

I am particularly touched that you personally travelled to Thailand to deliver the "Wild Boar" Space-X mini-sub, which was made possible through your expertise and the cooperation with various experts involved with this highly complicated and urgent rescue operation. Your initiative and involvement indeed exemplifies the significance of compassion and ingenuity in responding to extremely complex and life-threatening situations. Furthermore, the endeavour of courage and determination by all who took part in this perilous operation, both Thai and foreign, is testament to what can be achieved in the face of seemingly unsurmountable odds. The rescue has inspired people around the world and reaffirmed our faith in the power of solidarity and cooperation in times of crises. Indeed, this historic episode of immediate assistance and resolve demonstrates humanity at its best.

Looking ahead, I hope that you will have a chance to visit Thailand again soon. I believe that there are many opportunities for us to cooperate on, especially on how to harness technology and innovation for the benefit of sustainable development and towards enhancing the well-being of all global citizens.

I would like to extend to you my best wishes for your good health and success.

Yours sincerely,

General *[signature]* (Ret.)
(Prayut Chan-o-cha)
Prime Minister of the Kingdom of Thailand

Mr. Elon Musk,
    Chief Executive Officer,
        Space Exploration Technologies Corporation,
            **CALIFORNIA**.

# EXHIBIT E



# EXHIBIT F



Elon Musk ✔
@elonmusk

Follow ⌄

Replying to @zeynep

Never saw this British expat guy who lives in
Thailand (sus) at any point when we were in
the caves. Only people in sight were the Thai
navy/army guys, who were great. Thai navy
seals escorted us in — total opposite of
wanting us to leave.

6:56 AM - 15 Jul 2018

344 Retweets  4,552 Likes   

○ 236    ⟲ 344    ♡ 4.6K    ✉

# EXHIBIT G



**Elon Musk** ✓ @elonmusk · 24m  ⌄

Never saw this British expat guy who lives in Thailand (sus) at any point when we were in the caves. Only people in sight were the Thai navy/army guys, who were great. Thai navy seals escorted us in — total opposite of wanting us to leave.

---

**Elon Musk** ✓
@elonmusk

( Follow )   ⌄

Replying to @elonmusk @zeynep

Water level was actually very low & still (not flowing) — you could literally have swum to Cave 5 with no gear, which is obv how the kids got in. If not true, then I challenge this dude to show final rescue video. Huge credit to pump & generator team. Unsung heroes here.

7:04 AM - 15 Jul 2018

**10** Retweets **134** Likes



💬 20     🔁 10     ♡ 134     ↨ 20



**Elon Musk** ✓ @elonmusk · 10m   ⌄

Replying to @elonmusk @zeynep

You know what, don't bother showing the video. We will make one of the mini-sub/pod going all the way to Cave 5 no problemo. Sorry pedo guy, you really did ask for it.

💬 34     🔁 10     ♡ 83     ↨ 34

# EXHIBIT H



Elon Musk ✓ @elonmusk · 56m

Never saw this British expat guy who lives in Thailand (sus) at any point when we were in the caves. Only people in sight were the Thai navy/army guys, who were great. Thai navy seals escorted us in — total opposite of wanting us to leave.

💬 156    🔁 197    ♡ 2.5K    ✉

Elon Musk ✓ @elonmusk · 48m

Water level was actually very low & still (not flowing) — you could literally have swum to Cave 5 with no gear, which is obv how the kids got in. If not true, then I challenge this dude to show final rescue video. Huge credit to pump & generator team. Unsung heroes here.

💬 34    🔁 24    ♡ 333    ✉

**Elon Musk** ✓
@elonmusk

( Follow )

Replying to @elonmusk @zeynep

You know what, don't bother showing the video. We will make one of the mini-sub/pod going all the way to Cave 5 no problemo. Sorry pedo guy, you really did ask for it.

4:10 AM - 15 Jul 2018

# EXHIBIT I



**Elon Musk** ✔
@elonmusk

Replying to @GossiTheDog

# Bet ya a signed dollar it's true

11:11 AM - 15 Jul 2018

**44** Retweets  **255** Likes          

# EXHIBIT J



Exhibit J, Page 28

# EXHIBIT K

 **drew olanoff** ⊘ @yoda · Aug 29, 2018 
Replying to @yoda and 3 others

one other thing, elon. your dedication to facts and truth would have been wonderful if applied to that time when you called someone a pedo.

 **Elon Musk** ⊘
@elonmusk

You don't think it's strange he hasn't sued me? He was offered free legal services. And you call yourself @yoda ... 

2:41 AM - Aug 29, 2018

♡ 1,551  ◯ 869 people are talking about this

# EXHIBIT L

| | |
|---|---|
| **From:** | |
| **To:** | Ryan Mac |
| **Subject:** | Re: BuzzFeed News: Unsworth legal letter |
| **Date:** | Tuesday, September 04, 2018 5:31:45 PM |

Get lost, you creep

On Sep 4, 2018, at 5:30 PM, Ryan Mac <ryan.mac@buzzfeed.com> wrote:

> Hey Elon,
>
> I'm sure you've seen the story at this point. Still happy to talk with you on
> whatever terms you want as long as we set them beforehand.  Let me know if you
> want to do a phone call.
>
> Best,
> R
>
>
>
> On Tue, Sep 4, 2018 at 1:18 PM, Elon Musk                           wrote:
>> Off the record
>>
>> I suggest you ask Unsworth to describe his whole ~30 year history of visiting
>> Thailand. What was he doing in Pattaya Beach for the better part of a decade
>> when there are no caves of note in the area?
>>
>> On Sep 4, 2018, at 12:22 PM, Ryan Mac <ryan.mac@buzzfeed.com> wrote:
>>
>>> Hi Elon,
>>>
>>> While I'd rather chat on the record, I'm happy to go off record with
>>> you moving forward so you can answer specific questions
>>> regarding the allegations you've made.
>>>
>>> Thanks,
>>> Ryan
>>>
>>>
>>>
>>> On Tue, Sep 4, 2018 at 10:53 AM, Elon Musk
>>> wrote:
>>>> Off the record
>>>>
>>>> We haven't had a conversation at all. I sent you an off the record
>>>> email, which very clearly and unambiguously said "off the

record". If you want to publish off the record comments and destroy your journalistic credibility, that's up to you.

As for answering more questions, I would be happy to do so, but not with someone who just told me that they will not honor accepted rules of journalism.

On Sep 4, 2018, at 8:49 AM, Ryan Mac <ryan.mac@buzzfeed.com> wrote:

> Hi Elon,
>
> I didn't agree for the conversation to be off the record, but appreciate the response. To follow up, I've tried to report out some of these accusations on my own but have not found anything to corroborate the claims. Are you able to share anything that you've found about Vernon Unsworth? Do you have any evidence or documentation showing he took a 12-year-old child bride, that he is a child rapist, or that he was kicked off the rescue site, as you stated in your other email? Also are you able to share your correspondence with Rick Stanton showing your discussion of the submarine specs?
>
> With regards to your statement about the legal threat not coming up until you raised the issue on Twitter, the legal letter was dated on Aug. 6 and sent to your Los Angeles home and to one of your SpaceX emails. Did you not see the letter prior to your tweets?
>
> Thank you,
> Ryan
>
>
> On Thu, Aug 30, 2018 at 6:43 PM, Elon Musk
>                           wrote:
> Off the record
>
> I suggest that you call people you know in Thailand, find out what's actually going on and stop defending child rapists, you fucking asshole. He's an old, single white guy from England who's been traveling to or living in Thailand for 30 to 40 years, mostly Pattaya Beach, until moving to Chiang Rai for a child bride who was about 12 years old at the time. There's only one reason people go to Pattaya Beach. It isn't where you'd go

for caves, but it is where you'd go for something else. Chiang Rai is renowned for child sex-trafficking.

He may claim to know how to cave dive, but he wasn't on the cave dive rescue team and most of the actual dive team refused to hang out with him. I wonder why ...

https://www.google.com/search?
q=chiang+rai+child+trafficking&ie=UTF-
8&oe=UTF-8&hl=en-us&client=safari

As for this alleged threat of a lawsuit, which magically appeared when I raised the issue (nothing was sent or raised beforehand), I fucking hope he sues me.

On Aug 30, 2018, at 6:07 PM, Ryan Mac <ryan.mac@buzzfeed.com> wrote:

> Hey Elon, just wanted to make sure I did my due diligence to research basic facts and follow up here.
>
> Thanks,
>
> 
>
> **Ryan Mac** | **BuzzFeed News** | Senior Technology Reporter Cell: (949) 315-9364 | Office: (415) 477-1620 | @rmac18 | 121 2nd Street, 3rd Floor, San Francisco, CA 94105 | https://www.buzzfeed.com/ryanmac
>
>
> On Wed, Aug 29, 2018 at 9:06 AM, Ryan Mac <ryan.mac@buzzfeed.com> wrote:
>> Hey Elon, thanks for getting back. Actually he prefers to be called a "spelunker" and we've confirmed that he actually does do cave diving. But do you have any comment on the letter your received?



**Ryan Mac** | **BuzzFeed News** | Senior
Technology Reporter Cell: (949) 315-
9364 | Office: (415) 477-1620 |
@rmac18 | 121 2nd Street, 3rd Floor,
San Francisco, CA 94105 |
https://www.buzzfeed.com/ryanmac

On Wed, Aug 29, 2018 at 8:38 AM,
Elon Musk ▮▮▮▮▮▮▮▮▮▮▮▮▮
wrote:

Have you actually done any
research at all? For example, you
incorrectly state that he is a diver,
which shows that you know
essentially nothing and have not
even bothered to research basic
facts.

On Aug 29, 2018, at 7:40 AM,
Ryan Mac
<ryan.mac@buzzfeed.com>
wrote:

Hi Elon,

Ryan from BuzzFeed
News here. We're
reporting a story out
about you receiving a
letter from a lawyer
representing British
diver Vernon
Unsworth. The letter,
dated August 6, was
sent to your Los
Angeles home and
discusses potential
legal proceedings
against you for libel.

Given the Twitter
conversation
yesterday, I was
hoping you could talk

Case 2:18-cv-08048-SVW-JC Document 60 Filed 09/16/19 Page 47 of 53 Page ID #:513

about the letter and whether you had seen it yet. I'm happy to chat on the phone if you want to call me at

Best,



**Ryan Mac** | **BuzzFeed News** | Senior Technology Reporter Cell: (949) 315-9364 | Office: (415) 477-1620 |

@rmac18 | 121 2nd

Street, 3rd Floor, San Francisco, CA 94105 | https://www.buzzfeed.com/ryanm ac

Exhibit L, Page 34

MUSK_000971

# EXHIBIT M

| | |
|---|---|
| **From:** | Elon Musk |
| **To:** | ryan.mac@buzzfeed.com |
| **Subject:** | Fwd: Letters |
| **Date:** | Thursday, August 30, 2018 7:16:04 PM |
| **Attachments:** | Scannable Document on Aug 30, 2018 at 6_55_21 PM.pdf<br>ATT00001.htm |

On background

Unsworth also said I was asked to leave by the Thai govt, which is utterly false. Thai Prime Minister thanked me personally per attached docs. I went all the way to area 3 with the Thai SEAL team, who were awesome. Never saw Unsworth at any point. Was told he was banned from the site.

It is also total bs that the mini-sub wouldn't fit through the caves. It was designed and built to specifications provided to me directly by Stanton and the actual dive team. The only reason it wasn't used was that they were able to drain almost all the water out of the caves, so the underwater portion was very short, and the monsoon arrived later than expected.

Those pumps were critical. Some of the Tesla team helped with electrical power, but major credit to whoever provided those pumps. They were amazing. I'm told they were from some company in India.

Begin forwarded message:

# EXHIBIT N

From:     Sam Teller
Sent:     Mon 7/15/2019 8:09 PM (GMT-07:00)
To:       Jehn Balajadia
Cc:
Bcc:
Subject:  Fwd: From James Howard - FAO Elon Musk - RE:Vernon Unsworth

Begin forwarded message:

**From:** Reyna Ortiz <reyna@spacex.com>
**Date:** July 17, 2018 at 8:00:56 PM EDT
**To:** Sam Teller <steller@spacex.com>
**Subject: Re: From James Howard - FAO Elon Musk - RE:Vernon Unsworth**

Nope don't believe so. Not sure how he got my email – just seemed a little odd what he mentioned.

**From:** Sam Teller <steller@spacex.com>
**Date:** Tuesday, July 17, 2018 at 4:59 PM
**To:** Reyna Ortiz <reyna@spacex.com>
**Subject:** Re: From James Howard - FAO Elon Musk - RE:Vernon Unsworth

Have we interacted with this person before?

On Jul 17, 2018, at 4:41 PM, Reyna Ortiz <reyna@spacex.com> wrote:

FYI – Fine to ignore?

**From:** Jupiter Private Office <info@jupiter-private.com>
**Date:** Tuesday, July 17, 2018 at 8:51 AM
**To:** Reyna Ortiz <reyna@spacex.com>
**Subject:** From James Howard - FAO Elon Musk - RE:Vernon Unsworth

Dear Reyna,
        I am having difficulty contacting Elon. Could you pass on the email below. Like Elon I think that Mr. Unsworth has skeletons in his cupboard.

Kind regards,
James Howard
CEO
Jupiter Military & Tactical Systems
+44 (0) 7917 401601
+44 (0) 7388 539104
info@jupiter-private.com

www.jupiter-private.com
<image001.jpg>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Jupiter Private Office [mailto:info@jupiter-private.com]
**Sent:** 17 July 2018 16:03
**To:** 'ElonMuskOffice@TeslaMotors.com'
**Subject:** From James Howard - Vernon Unsworth - Past & Present

Dear Elon,
        You may wish to dig deep and look into Mr. Unsworth past to prepare for his defamation claim. No smoke without fire!
I can discreetly assist & have a team in Bangkok.

If you wish to engage please call me.

Rgds,

James Howard
CEO
Jupiter Military & Tactical Systems
+44 (0) 7917 401601
info@jupiter-private.com
www.jupiter-private.com
<image001.jpg>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are

not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

 Virus-free. www.avast.com