| | |
|---|---|
| 1 | L. LIN WOOD, P.C. |
| | L. Lin Wood (admitted *pro hac vice*) |
| 2 | lwood@linwoodlaw.com |
| | Nicole J. Wade (admitted *pro hac vice*) |
| 3 | nwade@linwoodlaw.com |
| | Jonathan D. Grunberg (admitted *pro hac vice*) |
| 4 | jgrunberg@linwoodlaw.com |
| | G. Taylor Wilson (admitted *pro hac vice*) |
| 5 | twilson@linwoodlaw.com |
| | 1180 West Peachtree Street, Ste. 2040 |
| 6 | Atlanta, Georgia 30309 |
| | 404-891-1402 |
| 7 | 404-506-9111 (fax) |

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
mwood@wshlpp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

*Attorneys for Plaintiff Vernon Unsworth*

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Alex B. Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

*Attorneys for Defendant Elon Musk*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON UNSWORTH, | Case No. 2:18-cv-08048-SVW (JC) |
| Plaintiff | Judge: Hon. Stephen V. Wilson |
| v. | **JOINT STIPULATION TO REQUEST AMENDMENTS TO SCHEDULING ORDER** |
| ELON MUSK, | |
| Defendant. | Complaint Filed: Sept. 17, 2018 |
| | Trial Date: Dec. 3, 2019 |

Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties") by and through their counsel of record, hereby stipulate pursuant to Central District of California Local Rules ("L.R.") 7-1 to request that the Court amend the Scheduling Order (Doc. 54)[1] to permit at least six depositions to be taken after the close of discovery on September 13, 2019 and to permit Plaintiff to take in excess of ten (10) depositions, as follows:

1. WHEREAS, on June 17, 2019, the parties filed their Proposed Discovery Plan, which provided that fact discovery would close on Friday, September 13, 2019;

2. WHEREAS, the Parties have acted diligently in undertaking discovery, having exchanged written discovery and taken a total of seven (7) depositions to date;

3. WHEREAS, this is the first request by the Parties to amend deadlines in the Scheduling Order;

4. WHEREAS, the amendments requested in this Joint Stipulation will not delay the currently scheduled trial date of December 3, 2019 or any other scheduled date or deadline;

5. WHEREAS, both Parties agree to the amendment of the Scheduling Order as set forth herein;

NOW THEREFORE, the Parties agree and stipulate to the following:

1. The deposition of third-party witness Ryan Mac, who published certain statements at issue in this litigation, will take place after the close of discovery, as soon as can be arranged after resolution of his motion to quash the subpoenas served on him by both parties;

2. Defendant will make available for deposition Steve Davis, an employee of a Defendant-related entity whose deposition was initially noticed for September 9, after the close of discovery as soon as can be arranged in light of the ongoing medical condition that rendered him unable to attend his scheduled deposition;

---

[1] The Parties are treating the Proposed Discovery Plan that was attached as Exhibit A to the Joint Rule 26(F) Report and Proposed Discovery Plan submitted on June 17, 2019, (Doc. 54), as the "Scheduling Order." The Parties are not aware that the Court has actually issued a Scheduling Order based on that proposed plan but are proceeding on the assumption that the Proposed Discovery Plan is the currently operative Scheduling Order in this matter.

3. Defendant will make available for deposition third-party witness Sam Teller, who until very recently was employed by Defendant-related entities and who was identified in Defendant's Supplementary Interrogatory Responses served on August 21, after the close of discovery on a date to be agreed upon by counsel not later than October 11, 2019;

6. Plaintiff will subpoena for deposition third-party witness David Arnold, a former employee of a Defendant-related entity, who was identified as the result of the document production by third-party Tesla in response to a subpoena on September 11, after the close of discovery not later than October 11, 2019;

7. Plaintiff will subpoena for deposition third-party witness Juleanna Glover with Ridgely Walsh, LLP, who was identified as a result of the document production by third-party Tesla in response to a subpoena on September 11, after the close of discovery not later than October 11, 2019;

8. Plaintiff shall be permitted to take in excess of the statutory limit of ten (10) depositions solely to complete the depositions set forth herein;

9. The Parties have agreed that they will not seek any other depositions except those set forth herein absent exceptional circumstances;

The Parties have submitted herewith a proposed Order for the Court's consideration to effectuate the agreed-upon requested amendments to the Scheduling Order.

DATED: September 16, 2019

Respectfully submitted,
L. LIN WOOD, P.C.

By  /s/ Lin Wood
L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Ste. 2040
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

-and-

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

-and-

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
mwood@wshlpp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

*Attorneys for Plaintiff Vernon Unsworth*

| | | |
|---|---|---|
| 1 | DATED: September 16, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By    /s/ Michael T. Lifrak
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

Alex B. Spiro (admitted pro hac vice)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

*Attorneys for Defendant Elon Musk*

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

 /s/Nicole Jennings Wade