1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| VERNON UNSWORTH, | Case No. 2:18-cv-08048-SVW (JC) |
|---|---|
| Plaintiff | Judge: Hon. Stephen V. Wilson |
| v. | **[PROPOSED] ORDER AMENDING SCHEDULING ORDER** |
| ELON MUSK, | |
| Defendant. | |

**[PROPOSED] ORDER**

Currently before the Court is a Joint Stipulation to Request Amendments to the Scheduling Order filed by Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the Parties").

The Court, having read and considered the Joint Stipulation to Request Amendments to the Scheduling Order, and good cause appearing therefore, **GRANTS** the Stipulation. **IT IS HEREBY ORDERED** that:

The Scheduling Order (Attachment A to Doc. 54) is amended as set forth in the attached Joint Stipulation to Request Amendments to the Scheduling Order, which is hereby made the Order of this Court.

Dated: September ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge