QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DEFENDANT ELON MUSK'S ADMINISTRATIVE MOTION TO REMOVE A FILED DOCUMENT FROM ECF**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: December 2, 2019<br><br>Hearing Date:　October 28, 2019<br>Time:　　　　　1:30 p.m.<br>Courtroom:　　10A |

1  **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF**
2  **RECORD:**
3      PLEASE TAKE NOTICE that Defendant Elon Musk hereby files this
4  Administrative Motion to Remove a Filed Document from ECF as follows:
5      On September 16, 2019, Defendant filed the document entitled "Declaration
6  of Jared Birchall in support of Defendant's Motion for Summary Judgement or in
7  the alternative Partial Summary Judgment" ("Birchall Declaration"), as Dkt. No. 61.
8  Defendant respectfully requests that the court's clerk remove this document from
9  the docket, which inadvertently contained unredacted personal information relating
10 to Plaintiff in Exhibits D and E thereto.  This information should be redacted
11 pursuant to Federal Rule of Civil Procedure 5.2(a)(2) and Local Rule 5.2-1
12 (protecting birth date, address, and passport information).
13     Defendant's counsel was unaware that the personal information had been
14 filed until Plaintiff's counsel raised the issue on the evening on September 16, 2019
15 and requested its immediate removal.  Defendant's counsel responded that it would
16 comply with the request via the present motion.  Defendant has also filed a corrected
17 version of the Birchall Declaration, with the proper redactions, as Dkt. No. 65.
18     For the foregoing reasons, Defendant respectfully requests that the Court
19 grant Defendant's Administrative Motion to Remove A Filed Document from ECF.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 16, 2019 | Respectfully submitted, |
| 3 | | |
| 4 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 5 | | By  /s/ Alex Spiro |
| 6 | | Alex Spiro (admitted *pro hac vice*) |
| 7 | | alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor |
| 8 | | New York, New York 10010<br>Telephone: (212) 849-7000 |
| 9 | | |
| 10 | | *Attorneys for Defendant Elon Musk* |