QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION TO SEAL**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: December 2, 2019<br><br>Hearing Date: October 28, 2019<br>Time:             1:30 p.m.<br>Courtroom:   10A |

**I, Michael T. Lifrak, declare as follows:**

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Elon Musk. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendant Elon Musk's *ex parte* Application for an Order Permanently Sealing the Declaration of Jared Birchall in Support of Defendant's Motion for Summary Judgment or in the alternative Partial Summary Judgment (DKT #61). I have personal knowledge of the matters described below and I am competent to testify thereto.

3. On Monday, September 16, 2019, I directed the filing of Defendant's Motion for Summary Judgment, and the supporting declarations thereto. One such declaration was the Declaration of Jared Birchall in Support of Defendant's Motion for Summary Judgment or in the alternative Partial Summary Judgment (DKT #61) (the "Birchall Decl.").

4. At the time of filing, myself and counsel for Mr. Musk were unaware that two Exhibits to the Birchall Decl. were incompletely redacted, setting forth personal information regarding Plaintiff. This error was unintentional.

5. On the evening of September 16, 2019, Plaintiff's counsel wrote to me, and counsel for Defendant, that Plaintiff's personal information, including his date of birth, address, and passport number, were included unredacted, in Exhibits to the Birchall Decl.

6. I responded to Plaintiff's counsel that same evening that Defendant's counsel would take immediate steps to remediate the issue to protect Plaintiff's personal information.

7. On the evening of September 16, 2019, I directed the filing of an Administrative Motion to Remove the Document from ECF (DKT #66), and a redacted version of the Birchall Declaration (at DKT #65).

8. As it was after standard business hours, I also directed my colleague to email the clerk of this Court explaining what had happened and the steps that we had taken to remediate the issue.

9. The following morning, on September 17, 2019, the clerk responded that the proper method to address the inadvertent filing of personal information was via an application to permanently seal such material.

10. On Tuesday, September 17, 2019, my colleague emailed Plaintiff's counsel to provide notice that the instant *ex parte* Application would be forthcoming.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed in Los Angeles, California.

DATED: September 17, 2019

By _____
Michael T. Lifrak