1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ELON MUSK'S *EX PARTE* APPLICATION FOR AN ORDER PERMANENTLY SEALING DECLARATION OF JARED BIRCHALL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AT DKT 61** |

# [PROPOSED] ORDER

The Court, having reviewed and considered Defendant Elon Musk's *ex parte* Application for an Order Permanently Sealing the Declaration of Jared Birchall in Support of Defendant's Motion for Summary Judgement or in the alternative Partial Summary Judgment (DKT #61), and the Declaration of Michael T. Lifrak in support thereof, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. Defendant's *ex parte* Application is **GRANTED,** and that the Declaration of Jared Birchall in Support of Defendant's Motion for Summary Judgement or in the alternative Partial Summary Judgment (DKT #61) will be permanently maintained under seal.

Dated: October ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge