## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

VERNON UNSWORTH,

CASE NUMBER:

2:18-cv-08048-SVW (JC)

Plaintiff(s)

v.

ELON MUSK,

**STIPULATION REGARDING
SELECTION OF PANEL MEDIATOR**

Defendant(s).

**CHECK ONLY ONE BOX:**

☐ The parties stipulate that _____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☒ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : ___Defamation___

Dated: __9/18/19__

__/s/ L. Lin Wood__
Attorney For Plaintiff   __Vernon Unsworth__

Dated: _____

_____
Attorney For Plaintiff   _____

Dated: __9/18/19__

__/s/ Michael T. Lifrak__ (w/ express permission)
Attorney For Defendant   __Elon Musk__

Dated: _____

_____
Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.