1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| VERNON UNSWORTH, | Case No. 2:18-cv-08048-SVW (JC) |
| Plaintiff | Judge: Hon. Stephen V. Wilson |
| v. | **ORDER AMENDING** |
| ELON MUSK, | **SCHEDULING ORDER** |
| Defendant. | |

10
11
12
13
14

15      Currently before the Court is a Joint Stipulation to Request Amendments to the Scheduling

16   Order filed by Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the Parties").

17      The Court, having read and considered the Joint Stipulation to Request Amendments to the

18   Scheduling Order, and good cause appearing therefore, **GRANTS** the Stipulation.  **IT IS**

19   **HEREBY ORDERED** that:

20      The Scheduling Order (Attachment A to Doc. 54) is amended as set forth in the attached

21   Joint Stipulation to Request Amendments to the Scheduling Order, which is hereby made the

22   Order of this Court.

23

Dated: September 17, 2019

24

Honorable Stephen V. Wilson
United States District Court Judge

25
26
27
28

09172-00001/11075535.2                                      1