L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Ste. 2040
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
mwood@wshllp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

Attorneys for Plaintiff
VERNON UNSWORTH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048-SVW (JCx)<br><br>Judge:  Hon. Stephen V. Wilson<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  September 17, 2019<br>Trial Date:  December 3, 2019<br><br>Hearing Date:  October 28, 2019<br>Time:             1:30 p.m.<br>Courtroom:    10A |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 6(b) and L.R. 6-1, Plaintiff Vernon Unsworth hereby files his Unopposed Motion for Extension of Time to Respond to Defendant Elon Musk's Motion for Summary Judgment, showing the Court as follows:

1. On September 16, 2019, Defendant Elon Musk ("Musk") filed his Motion for Summary Judgment [Dkt. 58-62]. The Motion for Summary Judgment is set for a hearing on October 28, 2019. [Dkt. 58].

2. Pursuant to the parties' Joint Stipulation to Request Amendments to Scheduling Order [Dkt. 64], the Court's Order Amending Scheduling Order [Dkt. 69], and the original Scheduling Order [Dkt. 54 Attachment A], Plaintiff Vernon Unsworth's ("Unsworth") opposition to the Motion for Summary Judgment is currently due on Friday October 4, 2019, and Musk's reply is due Monday October 14, 2019.

3. As referenced in the parties' Joint Stipulation to Request Amendments to Scheduling Order, Unsworth is taking by agreement the depositions of four additional fact witnesses, including Sam Teller on September 30, 2019, Dave Arnold on October 1, 2019, Steve Davis on October 1, 2019, and Juleanna Glover on October 8, 2019.

4. To take depositions on September 30 and October 1, 2019, to obtain transcripts from those depositions, and to review and include the testimony from each, if necessary, in his opposition to Musk's Motion for Summary Judgment, Unsworth requests that the Court grant a three-day extension of his deadline to respond to the Motion for Summary Judgment from Friday October 4, 2019, to Monday October 7, 2019, as well as a reciprocal three-day extension of Musk's deadline to file his reply brief from Monday October 14, 2019, to Thursday October 17, 2019.

5. The parties recognize the importance of L.R. 7-10, providing that reply papers must be filed "not later than fourteen (14) days before the date designated for the hearing on the motion," but due to the shortened briefing schedule and discovery yet to be taken, Unsworth respectfully requests this brief extension.

6. Unsworth has confirmed with Musk that Musk does not oppose the relief sought herein as well as his agreement as to its form, so long as it does not disturb the October 28, 2019,

1

1 | hearing date.

2 | WHEREFORE, for good cause shown, Unsworth requests that the Court enter an order extending Unsworth's deadline to respond to the Motion for Summary Judgment through and including Monday October 7, 2019, and Musk's deadline to file his reply in support of the Motion for Summary Judgment through and including Thursday October 17, 2019. A proposed Order is attached hereto pursuant to L.R. 7-20 and 52-4.1.

Dated:  September 27, 2019   **L. LIN WOOD, P.C.**

By: */s/L. Lin Wood*
L. Lin Wood

Attorneys for Plaintiff
VERNON UNSWORTH