1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| VERNON UNSWORTH, | Case No. 2:18-cv-08048-SVW (JC) |
| Plaintiff | Judge: Hon. Stephen V. Wilson |
| v. | **[PROPOSED] ORDER EXTENDING BRIEFING DEADLINES** |
| ELON MUSK, | |
| Defendant. | |

**[PROPOSED] ORDER**

Currently before the Court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Motion for Summary Judgment ("Motion").

The Court, having read and considered the Motion, and good cause appearing therefore, **GRANTS** the Motion.  **IT IS HEREBY ORDERED** that:

Plaintiff Vernon Unsworth shall file his opposition to Defendant Elon Musk's Motion for Summary Judgment on or before October 7, 2019, and Defendant Elon Musk shall file his Reply in Support of Motion for Summary Judgment on or before October 17, 2019.  The hearing date shall remain October 28, 2019.

Dated: September ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge