1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10   VERNON UNSWORTH,                     Case No. 2:18-cv-08048-SVW (JC)

11                        Plaintiff       Judge: Hon. Stephen V. Wilson

12          v.                            **ORDER EXTENDING BRIEFING**
                                          **DEADLINES**
13   ELON MUSK,

14                        Defendant.

15

16       Currently before the Court is Plaintiff's Unopposed Motion for Extension of Time to

17   Respond to Motion for Summary Judgment ("Motion").

18       The Court, having read and considered the Motion, and good cause appearing therefore,

19   **GRANTS** the Motion.  **IT IS HEREBY ORDERED** that:

20       Plaintiff Vernon Unsworth shall file his opposition to Defendant Elon Musk's Motion for

21   Summary Judgment on or before October 7, 2019, and Defendant Elon Musk shall file his Reply

22   in Support of Motion for Summary Judgment on or before October 17, 2019.  The hearing date

23   shall remain October 28, 2019.

24
     Dated: September __30__, 2019
25
                                          Honorable Stephen V. Wilson
26                                        United States District Court Judge

27

28