1  L. LIN WOOD, P.C.
   L. Lin Wood (admitted *pro hac vice*)
2  lwood@linwoodlaw.com
   Nicole J. Wade (admitted *pro hac vice*)
3  nwade@linwoodlaw.com
   Jonathan D. Grunberg (admitted *pro hac vice*)
4  jgrunberg@linwoodlaw.com
5  G. Taylor Wilson (admitted *pro hac vice*)
   twilson@linwoodlaw.com
6  1180 West Peachtree Street, Ste. 2040
   Atlanta, Georgia 30309
7  404-891-1402
8  404-506-9111 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
mwood@wshllp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

10 *Attorneys for Plaintiff Vernon Unsworth*

11 QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
12 Alex B. Spiro (admitted *pro hac vice*)
13 alexspiro@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
14 New York, New York 10010
   Telephone: (212) 849-7000
15

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

17 *Attorneys for Defendant Elon Musk*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>ELON MUSK,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-08048-SVW (JCx)<br><br>Judge: Hon. Stephen V. Wilson<br><br>**JOINT STIPULATION TO REQUEST AMENDMENTS TO SCHEDULING ORDER**<br><br>Complaint Filed: Sept. 17, 2018<br>Trial Date: Dec. 3, 2019 |

Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties") by and through their counsel of record, hereby stipulate pursuant to Central District of California Local Rules ("L.R.") 7-1 to request that the Court amend the Scheduling Order (Docs. 54, 69) (the "Scheduling Order") to stipulate to certain expert discovery and to a brief extension of the motion in limine deadlines with respect to expert discovery, as follows:

1. WHEREAS, the Scheduling Order required initial expert disclosures on or before September 13, 2019 (Doc. 54 Ex. A);

2. WHEREAS, Plaintiff Vernon Unsworth disclosed two experts, Eric Rose (located in California) and Dr. Bernard Jansen (located in Qatar), and served their expert reports on September 13, 2019;

3. WHEREAS, Defendant Elon Musk's deadline to disclose rebuttal expert(s) and serve report(s) is October 14, 2019 (*id.*);

4. WHEREAS, the Scheduling Order does not state a cut-off for expert discovery but contains deadlines for motions in limine (*id.*);

5. WHEREAS, the current deadlines for all motions in limine is November 4, 2019, with oppositions to such motions due November 11, 2019, and replies to such motions due November 18, 2019 (*id.*);

6. WHEREAS, the Parties stipulate to the following dates for document and deposition discovery of Plaintiff's experts;

7. WHEREAS, to accommodate the availability of Plaintiff's international expert witness, the Parties seek short extensions of motions in limine briefing deadlines with respect to expert discovery only;

8. WHEREAS, the Parties have acted diligently in attempting to schedule and complete expert discovery;

9. WHEREAS, this is the first request by the Parties (and second by Plaintiff) to amend briefing deadlines in the Scheduling Order;

10. WHEREAS, the amendments requested in this Joint Stipulation will not delay other scheduled dates, including the filing of all pre-trial filings on November 18, the final pre-trial conference on November 25, 2019, and the currently scheduled trial date of December 3, 2019;

11. WHEREAS, both Parties agree to the amendment of the Scheduling Order as set forth herein;

NOW THEREFORE, the Parties agree and stipulate to the following:

1. Plaintiff Vernon Unsworth shall complete his document production for experts Eric Rose and Dr. Bernard Jansen on or before October 25, 2019;

2. Plaintiff Vernon Unsworth shall make available for deposition Mr. Eric Rose on November 1, 2019, at 10:00 a.m. at Defendant's counsel's offices in Los Angeles, CA;

3. Plaintiff Vernon Unsworth shall make available for deposition Dr. Bernard Jansen on November 4, 2019, at 10:00 a.m. at Plaintiff's counsel's offices in Atlanta, GA;

4. All deadlines relating to motions in limine excepting such motions relating to expert testimony shall remain as set forth in the current Scheduling Order;

5. The deadline for filings of motions in limine relating to expert testimony shall be extended from November 4, 2019, to November 8, 2019;

6. The deadline for filing oppositions to motions in limine relating to expert testimony shall be extended from November 11, 2019, to November 14, 2019;

7. The deadline for filings replies in support of motions in limine relating to expert testimony shall be extended from November 18, 2019, to November 21, 2019;

8. In the event Defendant discloses a rebuttal expert(s) on or before October 14, 2019, the Parties agree to cooperate in timely completing document and deposition discovery of said expert(s), but Plaintiff reserves his right to seek an extension of the motion in limine deadline for Plaintiff to challenge such expert(s), if necessary.

The Parties have submitted herewith a proposed Order for the Court's consideration to effectuate the agreed-upon requested amendments to the Scheduling Order.

[signature pages follow]

| | | |
|---|---|---|
| 1 | DATED:  October 3, 2019 | Respectfully submitted, |
| 2 | | L. LIN WOOD, P.C. |

By    */s/ Lin Wood*
    L. LIN WOOD, P.C.
    L. Lin Wood (admitted *pro hac vice*)
    lwood@linwoodlaw.com
    Nicole J. Wade (admitted *pro hac vice*)
    nwade@linwoodlaw.com
    Jonathan D. Grunberg (admitted *pro hac vice*)
    jgrunberg@linwoodlaw.com
    G. Taylor Wilson (admitted *pro hac vice*)
    twilson@linwoodlaw.com
    1180 West Peachtree Street, Ste. 2040
    Atlanta, Georgia 30309
    404-891-1402
    404-506-9111 (fax)

    -and-

    CHATHAM LAW GROUP
    Robert Christopher Chatham
    chris@chathamfirm.com
    CA State Bar No. 240972
    3109 W. Temple St.
    Los Angeles, CA 90026
    213-277-1800

    -and-

    WEISBART SPRINGER HAYES, LLP
    Matt C. Wood (admitted *pro hac vice*)
    mwood@wshllp.com
    212 Lavaca Street, Ste. 200
    Austin, TX 78701
    512-652-5780
    512-682-2074 (fax)

|   |   |
|---|---|
|   | *Attorneys for Plaintiff Vernon Unsworth* |
| DATED: October 3, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|   |   |
|   | By   /s/ Robert M. Schwartz<br>Michael T. Lifrak (Bar No. 210846)<br>michaellifrak@quinnemanuel.com<br>Robert M. Schwartz (Bar No. 117166)<br>robertschwartz@quinnemanuel.com<br>Jeanine M. Zalduendo (Bar No. 243374)<br>jeaninezalduendo@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br><br>Alex B. Spiro (admitted pro hac vice)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br><br>*Attorneys for Defendant Elon Musk* |

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer hereby attests that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

  /s/ L. Lin Wood