QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DECLARATION OF JARED BIRCHALL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: December 2, 2019 |

**I, Jared Birchall, declare as follows:**

1. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Mr. Musk's opposition to Mr. Unsworth's Motion to Compel.

3. Since 2016, I have worked with Defendant, Elon Musk, as the President and manager of Excession LLC. Excession is Mr. Musk's family office. As President of Excession, I help manage Mr. Musk's SpaceX and Tesla holdings, perform work related to Mr. Musk's companies Neuralink and The Boring Company, and assist Mr. Musk in personal matters.

4. On or about September 7, 2018, Mr. Musk's legal counsel at Cooley, LLP, hired an investigator to prepare for litigation with Vernon Unsworth.

5. On September 11, 2018, the investigator provided via email a copy of a national identity card for Woranan Ratrawiphukkun to Mr. Musk's counsel at Cooley, LLP and to myself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed in Los Angeles, California.

DATED: October 1, 2019

By 
Jared Birchall