1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON UNSWORTH, | Case No. 2:18-cv-08048-SVW (JCx) |
| Plaintiff | Judge: Hon. Stephen V. Wilson |
| v. | Magistrate Judge: Jacqueline Chooljian |
| ELON MUSK, | **[PROPOSED] ORDER GRANTING SECOND MOTION TO COMPEL** |
| Defendant. | |

# [PROPOSED] ORDER GRANTING SECOND MOTION TO COMPEL

This matter is before the Court on Plaintiff's Second Joint Stipulation on Plaintiff's Motion to Compel Defendant Elon Musk to produce text messages pursuant to Fed. R. Civ. P. 37 and Local Rule 37 ("Joint Stipulation"). (Dkt. 86).

The Court, having considered the parties' Joint Stipulation, the briefs filed by the parties relating thereto, the declarations and exhibits in support thereof, and good cause appearing, hereby **GRANTS** Plaintiff Vernon Unsworth's Motion as follows:

1. Defendant Elon Musk must search whichever cellphone or cellphones he was using during the period form July 2018 though September 2018 (the "Period"), and any backups thereof (including on iCloud), in order to uncover text messages that are responsive to Plaintiff Vernon Unsworth's requests for production of documents numbered 1, 7, 23, 24, 63, and 64. Said search shall be executed both by (a) conducting a text-by-text, eyes-on review of each text message sent during the Period; and (b) performing a keyword search using the terms in the table below.

| | | | |
|---|---|---|---|
| 1. Unsworth![1] | 2. Howard! | 3. Higgins! | 4. Pattaya |
| 5. Investig! | 6. Thai! | 7. Pod | 8. Tube |
| 9. Sub! | 10. Rescue | 11. Cave! | 12. Dive! |
| 13. Chiang | 14. Rai | 15. BuzzFeed | 16. Mac |
| 17. Stanton | 18. Tham | 19. Luang | 20. Rowena |
| 21. Consul | 22. Prime | 23. Minister | 24. Bangkok |
| 25. Off w/3 record | 26. Coach | 27. Soccer | 28. Apolog! |
| 29. Tweet | 30. Twitter | 31. Brickhouse | 32. Lin w/3 Wood |

2. On or before November 19, 2019, Defendant Elon Musk shall produce to Plaintiff Vernon Unsworth the responsive documents revealed by the search described above.

---

[1] The symbol "!" denotes a root expander.

2

3.     Plaintiff Vernon Unsworth is hereby granted his reasonable attorneys' fees and costs in litigating the Motion, and is granted leave to file a request for his fees before the undersigned on or before November 19, 2019.

Dated: November ___, 2019

_____
Honorable Jacqueline Chooljian
United States District Court Magistrate Judge