UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08048-SVW-JC | Date | October 28, 2019 |
|---|---|---|---|
| Title | Vernon Unsworth v. Elon Musk | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Terri Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| R. Christopher Chatham | Michael T. Lifrak |
| G. Taylor Wilson | Robert M. Schwartz |
| L. Lin Wood | |
| Nicole J. Wade | |
| Matthew Wood | |

**Proceedings:**   [58] MOTION for Summary Judgment as to Plaintiff's Claim for Defamation filed by Defendant

Hearing held the motion is submitted.  Order to issue.

|   | 1 | : | 04 |
|---|---|---|---|
| Initials of Preparer | | | PMC |