# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 1 TO EVIDENCE OF DEFENDANT'S UNRELATED TWEETS AND SEC SETTLEMENT AGREEMENT** |

# [PROPOSED] ORDER

Defendant Elon Musk's Motion in Limine precluding Plaintiff Vernon Unsworth from introducing evidence or argument regarding Mr. Musk's unrelated tweets and SEC Settlement Agreement, came for hearing before the Court on November 25, 2019.  After full consideration of all moving and opposition documents,  declarations in support thereof, the Court's record and file in this matter, and the arguments of counsel,

**IT IS HEREBY ORDERED** as follows:

Defendant's Motion in Limine to Exclude Evidence of Mr. Musk's Unrelated Tweets and SEC Settlement Agreement is **GRANTED,** and evidence, including testimony, regarding

1. Mr. Musk's August 7 tweet;
2. Mr. Musk's October 26 tweet;
3. the SEC investigation pertaining to the August 7 tweet;
4. the facts of the SEC Settlement, Amended SEC Settlement and the settlement amount; and
5. any other tweets by Mr. Musk unrelated to this case,

shall be excluded from trial in this case.

Dated: November ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge