# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF PURPORTED PRESS LEAKS** |

# [PROPOSED] ORDER

Defendant Elon Musk's Motion in Limine precluding Plaintiff Vernon Unsworth from introducing evidence or argument regarding purported press leaks by James Howard, came for hearing before the Court on November 25, 2019. After full consideration of all moving and opposition documents, declarations in support thereof, the Court's record and file in this matter, and the arguments of counsel,

**IT IS HEREBY ORDERED** as follows:

Defendant's Motion in Limine to Exclude Evidence of Purported Press Leaks is **GRANTED,** and evidence, including testimony, regarding purported press leaks by James Howard from trial in this case.

Dated: November ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge