QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
 alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
 michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
 jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH, | Case No. 2:18-cv-08048 |
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| vs. | **DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO 4 TO EXCLUDE THE EXPERT OPINION OF ERIC W. ROSE** |
| ELON MUSK, | |
| Defendant. | |
| | Complaint Filed: September 17, 2018 |
| | Trial Date: December 2, 2019 |
| | Hearing Date:  November 25, 2019 |
| | Time:  3:00 p.m. |
| | Courtroom:  10A |

**I, Michael T. Lifrak, declare as follows:**

1.      I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Elon Musk.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Mr. Musk's Motion in Limine No. 4 to Exclude the Expert Opinion of Eric W. Rose.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Eric W. Rose, served on Defendant on September 13, 2019.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the November 1, 2019 deposition of Eric W. Rose in this case.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the August 14, 2019 deposition of Vernon Unsworth in this case.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the September 26, 2019 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Eric W. Rose.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of BuzzFeed News' Standards and Ethics Guide in effect on August 30, 2018 and September 4,2018, produced as BuzzFeed002-1-10.

*//*

*//*

1    8.    Attached hereto as **Exhibit 6** is a true and correct copy of BuzzFeed

2  News' current Standards and Ethics Guide, as amended in November 2018.

3

4    I declare under penalty of perjury under the laws of the State of California that

   the foregoing is true and correct and that this document was executed in Los

5

6  Angeles, California.

7

8  DATED: November 8, 2019

9

10                                         By_____

11                                              Michael T. Lifrak

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
DECLARATION OF MICHAEL T. LIFRAK ISO DEFENDANT'S MOTION IN LIMINE NO. 4 TO EXCLUDE
THE EXPERT OPINION OF ERIC W. ROSE

# EXHIBIT 1



To:          L. Lin Wood and Jonathan Grunberg

From:        Eric W. Rose

Re:          Vernon Unsworth v. Elon Musk

This report has been prepared in connection with the proceeding referenced herein and is intended for no other use.

**Qualifications**

My name is Eric W. Rose. I am a Partner at Englander Knabe & Allen ("EKA"), the largest independent public affairs agency in Los Angeles County. Our firm has a national reputation for excellence in public affairs, crisis communications, and management of complex litigation communications matters. I practice my trade at the intersection of law, media, and public perception. These areas of trade allow me to bring a depth of critical understanding and a breadth of resources and experience that are unique in the public relations field. My report, in this case, is based on my communication and crisis experience amassed from over thirty years in both the public and private sector.

My experience includes working with elected officials, government organizations, corporations of varying size, and celebrities to provide reputation management, media relations, and crisis services. I work with the media daily on behalf of my clients. I have assisted various clients with everything from urgent crises to social media and reputation issues. During these engagements, I have often been asked to assist clients develop and implement effective strategies to repair existing damage or help rehabilitate reputations. I have also provided reputation counsel and related services to clients in a broad range of businesses, professional fields, industries, as well as nonprofit and government entities.

Since being court-qualified as an expert witness for Courtney Love in the first case of an individual in the U.S. to go to trial over an allegedly defamatory tweet, I have been retained to serve as an expert witness in other defamation cases. My experience is detailed in my Curriculum Vitae ("CV"). I am often asked to provide an opinion to determine if a person's

reputation was damaged and if so, how that person can repair his or her reputation/credibility and the costs associated. I have also been retained to provide analysis and offer my opinion regarding corporate communications, which sometimes involves assisting in a company's handling of a crisis after a product recall. I have served as an expert witness for both defendants and plaintiffs.

I have amassed a significant amount of experience and expertise in aiding and counseling individuals, businesses, and entities that were in trouble, conflict or have been harmed by communications that damaged their name, goodwill, image, reputation, brand, etc. For over a decade, clients have sought me out as an expert source and analyst for mass media on issues relating to crisis communications and damage to image or reputation. My CV provides additional details on my background and qualifications. My CV also lists cases in which I have testified as an expert at trial or by deposition within the preceding five years.

**Assignment**

The L. Lin Wood law firm retained me to provide my expert opinion and analysis in connection with litigation brought against the defendant. The law firm is paying my firm, Englander Knabe & Allen, $600.00 per hour for my work on this report. My compensation is not dependent upon the content of the opinions provided in this report or any subsequent expert testimony that I may offer.

I have been retained to address reputation repair for *Vernon Unsworth* as a result of the dissemination of false information. I was asked to provide an analysis, offer my opinion, and examine the potential impact and damage to *Vernon Unsworth's reputation* arising from defamation. Based on my experience providing counsel to individuals and companies as detailed in my CV, I was also asked to provide recommendations that Vernon Unsworth should pursue to recover his reputation.

In keeping our agreement upon the scope of work, my analysis of the situation is from a media, crisis management, and reputation recovery point of view. I will not be providing a comprehensive look at the legal issues that may exist in this case since I am not an attorney. While I may use legal terms, the opinions in this report should not be considered legal conclusions or arguments.

In this report, I will discuss the impact, effects, ramifications, and negative consequences resulting in damage to the plaintiff.  I will also provide the estimated cost to repair the damage to Mr. Unsworth's reputation.

I have no direct financial interest in the outcome of this matter. This report describes my work to date and summarizes my findings, opinions, and conclusions. I may update my views and conclusions if presented with new and different information before my testimony.

I conducted my analysis with the intent to be fair-minded. All of us have biases, but I know from experience working with numerous clients facing reputational issues that I must set them aside in favor of an approach that is objective. I examine facts and provide my opinion based on those facts and my extensive experience working on reputational issues.

**Research & Review**

My opinions are based on my reliance on the accuracy and authenticity of the evidence I have been provided, by my review of documents, independent research, and my years of experience helping companies and individuals deal with reputational issues. I have reviewed the complaint and other materials (see list below) in the previously mentioned method with particular attention to the reputational damage to the plaintiff. In connection with my preparation for this report, I reviewed the following documents:

- o Complaint filed in Federal Court; and
- o Excel Spreadsheet of links from Jim Jansen;
- o The material hyperlinked or embedded herein; and
- o Numerous media publications and/or links thereto, including internet news media, television, social media posts, videos, podcasts, and blogs.  (See Exhibit A).

The materials listed above, as well as the information detailed in my report, formed the basis for the findings, conclusions, and opinions I offer in this report.

**Overview of Complaint**

On June 28, 2018, a soccer team compiled of twelve Thai boys (the "Boys") and their coach, entered the Tham Luang cave ("Cave System"). They became trapped in the cave system until July 8-10[th] which resulted in a worldwide rescue effort by an international team of divers, cavers, and other rescuers.

Vernon Unsworth was already in Thailand and possessed firsthand knowledge of the Cave System from previous surveys he had conducted of the passageway. The day the boys became trapped in the cave system, Mr. Unsworth received telephone calls regarding the missing boys and was the first foreign rescuer to arrive at the cave system. He knew that the boys would not make it out alive without world-class divers.

As the world anxiously watched the plight of these young boys and their coach, Mr. Musk offered to build a mini-submarine – a metallic tube with several protruding parts (the "Tube") that he claimed could transport the victims out of the Cave System.

Meanwhile, the rescuers began extracting the Boys from the Cave on July 8 and continued until the final five boys were rescued on July 10. Because of the severe weather, the rescuers knew they must work quickly.

Mr. Musk and his team built the Tube, and Mr. Musk delivered it to Thailand on or about the night of July 9, 2018, or the morning of July 10, 2018. At this time, 8 out of the 12 boys had already been rescued and the final two were saved on July 10th.

On July 13, 2018, CNN requested an interview with Mr. Unsworth. When asked what he thought of the Tube Mr. Musk brought to help with the rescue, Mr. Unsworth stated, among other things,

that Musk's Tube was a "PR stunt," and that the Tube "had absolutely no chance of working." Mr. Unsworth added that Mr. Musk "had no conception of what the cave passage was like," adding that "[Musk] can stick his submarine where it hurts."

Musk embarked on a PR campaign to destroy Mr. Unsworth's reputation by publishing false and heinous accusations of criminality against him to the public. After the CNN interview, on July 15, 2018, Mr. Musk published the following tweet about Mr. Unsworth from his Twitter account to his approximately twenty-two million, five hundred thousand followers:

> Never saw this British expat guy who lives in Thailand (sus) at any point when we were in the caves. Only people in sight were the Thai navy/army guys, who were great. Thai navy seals escorted us in – total opposite of wanting us to leave.

On July 15, 2018, Mr. Musk subsequently published a second tweet from his Twitter account about Mr. Unsworth:

> Water level was actually very low & still (not flowing) – you could literally have swum to Cave 5 with no gear, which is obv how the kids got in. If not true, then I challenge this dude to show final rescue video. Huge credit to pump & generator team. Unsung heroes here.

On July 15, 2018, Mr. Musk subsequently published a third tweet from his Twitter account about Mr. Unsworth:

> You know what, don't bother showing the video. We will make one of the mini-sub/pod going all the way to Cave 5 no problemo. Sorry pedo guy, you really did ask for it.

When offered an opportunity on Twitter to clarify what evidence he possessed to support his accusation of pedophilia against Mr. Unsworth, Musk confirmed that he intended his accusation literally when he replied in a fourth July 15 tweet from his Twitter account saying, "Bet ya a signed dollar it's true."

Later, on July 18, 2018, Musk deleted his previous accusatory tweets and issued a lack-luster statement:

> As this well-written article suggests, my words were spoken in anger after Mr. Unsworth said several untruths & suggested I engage in a sexual act with the min-sub, which had been built as an act of kindness & according to specifications from the dive team leader.

> Nonetheless, his actions against me do not justify my actions against him, and for that I apologize to Mr. Unsworth and to the companies I represent as leader. The fault is mine and mine alone.

Then, on August 28, 2018, Mr. Musk tweeted that he found it odd Mr. Unsworth did not sue him for his previous remarks, insinuating that he must be guilty. Then, in an e-mail sent directly to a reporter at Buzzfeed News, Musk confirmed his earlier accusations of pedophilia and published

new false and defamatory allegations against Mr. Unsworth, including that Mr. Unsworth was a "child rapist" and had taken "a child bride who was about 12 years old at the time." Musk claimed that these new accusations were "off the record" but because the reporter had not agreed to before the statements, it was not.

**Media Coverage**

There were a massive number of news stories in connection with Mr. Musk's statements and/or this case, including internet news media, television, social media posts, videos, and blogs. I reviewed over 100 of the news stories about Mr. Musk's statements and/or this case that are available online. I watched videos and podcasts about this case and examined Tweets and Facebook posts. (See Exhibit A)

**Contact with the Media**

A significant portion of my practice and prior experience involves communicating with journalists who are reporting or seeking to report on my clients. Having interacted with journalists and news organizations for three decades, I am familiar with how news organizations work. I often work with clients to make sure that they know the difference between "on the record," "background," "deep background," and "off the record" before they have any contact with a reporter. More information about this issue can be found in an article I co-wrote titled The ABCs of Source Attribution – and Tips on Negotiating it. (See Exhibit B)

In the emails with Ryan Mac from BuzzFeed, which Mr. Musk Labeled "off the record", Musk stated Mr. Unsworth was an "old, single white guy from England who's been traveling to or living in Thailand for 30 to 40 years, mostly Pattaya Beach, until moving to Chiang Rai for a child bride who was about 12 years old at the time." He suggested Pattaya and Chiang Rai were hotspots of the child sex industry and added: "I f***ing hope he sues me."

Mr. Musk has been in the public spotlight for years, has been the CEO of several companies, and has had countless interactions with the media. Mr. Musk knows or should have known the rules regarding interactions with a reporter and that both parties must come to an agreement about how information is going to be used and sourced. Based on my experience working with executives who interact with the media, I find it difficult to believe that Mr. Musk does not know how "off the record works" when dealing with a journalist. Furthermore, his emails to BuzzFeed News which were made public and reported on belies the sincerity of his July 18, 2018 "apology" tweet and establish that his previous public tweets and statements reflect how he wanted the public to view Mr. Unsworth.

**Elon Musk's Credibility**

Years ago, the brokerage firm E.F. Hutton ran a series of television commercials that ended with the tag line, "When E.F. Hutton talks, people listen." Much like famous E.F. Hutton commercials, when Elon Musk talks, people listen. His influence over the public is presented below.

Mr. Musk's impact is so significant that in September 2018, the Securities and Exchange Commission (SEC) charged Elon Musk with securities fraud for a series of false and misleading tweets about a potential transaction to take Tesla private.  In one tweet, Musk claimed that he was considering taking Tesla private at $420 and that the funding was secured. In a second tweet, Musk stated, "Shareholders could either to sell at 420 or hold shares & go private." The price of $420 a share would have been a substantial premium to its trading price on August 7, 2018.



Most of this was untrue. An SEC investigation confirmed that Mr. Musk and Tesla had held discussions with investors to go private but had no plan for how to do so or at what price.

As detailed in an SEC press release, the SEC concluded that the original tweet, as well as the subsequent public statements, were "false and misleading." The SEC noted that due to his influence via social media, Musk's misleading tweets caused Tesla's stock price to jump over six percent on August 7, 2018, leading to significant market disruption.  Stephanie Avakian, Co-Director of the SEC's Enforcement Division, said "taking care to provide truthful and accurate information is among a CEO's most critical obligations. That standard applies with equal force when the communications are made via social media or another non-traditional form."  The SEC lawsuit was settled shortly after Mr. Musk was charged. In the settlement, Mr. Musk agreed to several conditions, including not to make public statements that could affect Tesla's stock price.

Nevertheless, after the settlement, Musk published a tweet about Tesla in February 2019: "Tesla made 0 cars in 2011 but will make around 500k in 2019." The SEC claimed that this was neither an approved nor accurate statement to be given to the public, and the SEC asked the court to hold Musk in contempt for violating the previous settlement agreement. The reasoning behind the SEC's action remained that Musk's tweets can influence people and change markets. The judge presiding over the case approved a settlement Musk and the SEC reached.  The new agreement clarified the previous settlement stating Musk must get approval before: Any information about Tesla's financial condition; Potential or proposed mergers; Production numbers or sales or delivery numbers; New or proposed business line is tweeted; or Nonpublic legal or regulatory findings or decisions. Tesla may also add to this list if they believe it would protect the interest of shareholders.

Mr. Musk must be well aware of the power of his words when used on Twitter; ironically, the allegations he made against Mr. Unsworth occurred in the same time frame as the SEC was holding him accountable for his use of Twitter.

**Elon Musk's Influence**

Elon Musk is a high profile executive with large spheres of influence. Mr. Musk is highly intelligent and has held a multitude of titles and positions in major companies:

•     Founder, CEO, Lead Designer – SpaceX
•     CEO, Product Architect – Tesla, Inc.
•     Co-founder, CEO – Neuralink
•     Founder – The Boring Company
•     Co-founder – Zip2
•     Founder – X.com (now PayPal)
•     Co-founder – OpenAI
•     Chairman – SolarCity

When people think of Elon Musk, "genius" comes to mind. He's a proven savvy investor who has delivered results and who has a tremendous amount of public credibility. As a result, when Mr. Musk comments, his followers listen. All 28.2 million of them (on Twitter).   Below is a chart from an October 2018 story that illustrates how Tesla's stock is impacted by Mr. Musk's tweets:

Exhibit 1, Page 9



A Wired magazine story details how Mr. Musk can move markets with his Tweets.

For instance, when Musk made the tweet about taking the company private it took the stock up 10%. Likewise, when he tweeted that Tesla went Bankrupt on April Fool's Day in 2018, the company stock fell by 7%.

However, unlike some of his "one-off" earlier tweets that might be considered an attempt at humor, in the Unsworth case, the initial tweet and the continued attacks that Musk made via other public comments demonstrate to the public that this was not idle or harmless banter.  Through his continued public statements against Mr. Unsworth, Mr. Musk demonstrated to those who heard his words that he wanted Mr. Unsworth to be viewed as a pedophile. As Mr. Musk said in another Tweet, "Some people use their hair to express themselves. I use Twitter."

With an estimated net worth of $19.7 Billion as of September 2019, Mr. Musk has garnered a large social media following where people admire, respect and listen to Mr. Musk. Simply, put what Musk says and does influence people.

8

Mr. Musk also holds a large amount of support from his fans because of his status and his "Wall Street bad boy" persona. This has been demonstrated by his "fan" reaction to negative stories about him.  For example, in May 2018, Erin Biba (a journalist) was negatively responded to by Musk. This response prompted Musk fans to harass her on Twitter, via email, and comment on her Instagram pictures. Rightly or wrongly, Musk has a massive following, is highly visible, and his word matters to many of his supporters.

With a well-established public persona and following, Elon Musk is a public figure with a unique ability to influence what the public believes, and a certain amount of credibility attached to his words. Having this credibility, it is especially harmful when Musk makes statements that are irrespective to whether it is believed to be accurate.

See Appendix for referenced SEC Media Coverage.

**Vernon Unsworth**

Vernon Unsworth is a British financial broker who splits his time between the UK and Thailand. Mr. Unsworth is also an accomplished caver who advised on the Thailand cave rescue. He is not a public figure like Mr. Musk. Mr. Unsworth has a long-time partner who has told reporters that she has been with Mr. Unsworth for more than seven years and that she has posted countless photos about their relationship on social media for several years.

Regularly I work with Five Blocks when my clients have digital reputation issues.  Five Blocks is a digital consulting and technology firm focused on reputation management. As detailed on their website, they work with corporations and high-profile individuals who want to build, promote, and defend their reputations. At my request, I asked them to provide me with screen captures of the current online reputation for Vernon Unsworth.  The unfavorable pages are highlighted in **red,** while favorable results are highlighted in **green**.  Neutral results are in gray.

I asked Five Blocks to provide me with the screen grabs because they have a network of hundreds of proxy computers situated around the United States and the world that enable them to capture accurate screenshots of search results that one would only see if they searched a particular keyword from a specific geographic location. I used this data to compare the local results by country and language.

The screenshots below show the way that Google displayed each search result in various locations. Many people are unaware that Google Search is customized countries and regions around the world. For example, if you do a Google search in England for Vernon Unsworth, you will get different results if you searched the same term in the United States.

I asked Five Blocks to use a tool they have and that I am familiar with called IMPACT to mark negative-leaning stories in red, and positive stories in green. The screenshots that they provided can be seen below. IMPACT can view over 100 different locations and various languages.

I use IMPACT with several clients and believe that IMPACT or a similar system should be used when Mr. Unsworth starts his repair program. It will allow him and those assisting Mr. Unsworth to see the results on an ongoing basis.  As seen below, IMPACT enables the user to visualize location results within an easy-to-read table, and the tool will be very important to monitor and adjust how the expected rebuilding/cleanup process goes.  As the reputation repair program progresses, I would

9

expect the largely red table to transform more and more into green indicating that Vernon Unsworth's online reputation is being rehabilitated through the introduction of relevant, positive, owned content, as well as by utilizing all of the opportunities available to the digital reputation specialists Mr. Unsworth retains.

This exercise can be performed for all locations individually, and different results will typically appear based on location and language.  Each column represents a single location; for example, the leftmost column shows that in Berlin searches for Vernon Unsworth yielded seven negative page one results in addition to two neutral results and a line of images. That same day, London showed at least two.  The reports below were created in May 2019.  The software does not have the ability to go back at previous search results.

10

**Google Page 1 results for "Vernon Unsworth" as seen in Los Angeles.**

Google

Vernon Unsworth

All News Images Videos Maps More Settings Tools

About 288,000 results (0.34 seconds)

Images for Vernon Unsworth

→ More images for Vernon Unsworth  Report images

**Elon Musk is going to trial for calling a cave diver a pedophile on ...**
https://www.theverge.com/.../elon-musk-vernon-unsworth-pedo-guy-tweets-defamatio...

May 10, 2019 - A defamation case involving Tesla CEO Elon Musk and a British cave diver will go to trial on October 22nd, according to recent court filings. **Vernon Unsworth** sued Musk for defamation last year after Musk repeatedly accused **Unsworth** of being a pedophile. ... **Unsworth**, who helped with ...

**Elon Musk to Cave Diver Vernon Unsworth in 'Pedo Guy' Suit: You ...**
https://www.thedailybeast.com/elon-musk-to-cave-diver-vernon-unsworth-in-pedo-gu...

May 14, 2019 - Musk, the billionaire entrepreneur behind companies like Tesla and SpaceX, is currently embroiled in legal battle against **Vernon Unsworth**. ...

**Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk Keeps Tweeting ...**
https://www.thedailybeast.com/vernon-unsworth-pedo-guy-lawsuit-elon-musk-keeps-t...

May 14, 2019 - **Vernon Unsworth** sued Musk for more than $75,000 in compensation plus punitive damages after the entrepreneur baselessly called him "pedo ...

**Elon Musk claims US constitutional right to call Thai-cave hero Vernon ...**
https://www.scmp.com › News › Asia › Southeast Asia
Elon Musk's lawyers say his comments about **Vernon Unsworth** were meant to be viewed as opinion, not fact. Unsworth, who took part in the rescue of ...

**Elon Musk files to dismiss 'pedo' defamation lawsuit by British diver ...**
https://www.theguardian.com/.../elon-musk-pedo-diver-vernon-unsworth-defamation-la...
Dec 27, 2018 - In a filing on Wednesday with the US district court in Los Angeles, Musk's lawyers said their client's comments about **Vernon Unsworth** were ...

**Vernon Unsworth vs. Elon Musk defamation lawsuit - WashingtonPost**
https://apps.washingtonpost.com/g/documents/business/vernon-unsworth-vs.../3207/
**Vernon Unsworth**, a Thai-cave rescue volunteer, sued Tesla chief executive Elon Musk for claiming that Unsworth is a "pedo" and "child rapist," ratcheting up the ...

**Vernon Unsworth | The Irish Times**
https://www.irishtimes.com/topics/topics-7.1213540?article...Vernon+Unsworth

Get up to date with the latest news and stories about the person **Vernon Unsworth** at The Irish Times. Breaking News at IrishTimes.com.

**British diver Vernon Unsworth, who helped rescue Thai boys from a ...**
https://www.nzherald.co.nz/world/news/article.cfm?c_id=2&objectid=12120646

Sep 6, 2018 - Elon Musk had accused **Vernon Unsworth** of being 'a paedo' during the rescue of 12 schoolboys from the Tham Luang Nang Non cave ...

**Vernon Unsworth - latest news, breaking stories and comment - The ...**
https://www.independent.co.uk/topic/vernon-unsworth

All the latest breaking news on **Vernon Unsworth**. Browse The Independent's complete collection of articles and commentary on **Vernon Unsworth**.

Related search
Elon Musk family

Talulah Riley | Justine Musk | Maye Musk | Errol Musk

Searches related to Vernon Unsworth

vernon unsworth **wife**
vernon unsworth **child bride**
vernon unsworth **wikipedia**
vernon unsworth **age**
vernon unsworth **wife age**
vernon unsworth **reddit**
vernon unsworth **thailand**
vernon unsworth **twitter**



**Google Page 2 results for "Vernon Unsworth" as seen in Los Angeles**

Google

Vernon Unsworth

All News Images Videos Maps More Settings Tools

Page 2 of about 288,000 results (0.28 seconds)

Elon Musk to go to trial over 'pedo' tweet about British diver Vernon ...
https://www.telegraph.co.uk › Technology Intelligence
May 11, 2019 - ... rejected Musk's attempt to dismiss a defamation lawsuit filed by British diver **Vernon Unsworth**. Mr Musk called Mr Unsworth a "pedo" in a July ...

Musk's new lawyer fights 'pedo guy' defamation lawsuit claims ...
https://techcrunch.com/.../musks-new-lawyer-fights-pedo-guy-defamation-lawsuit-clai...
May 14, 2019 - In court documents filed Tuesday, Musk's new lawyer Alex Spiro of Quinn Emanuel questioned the motive of **Vernon Unsworth**, the British cave ...

Elon Musk has a better chance against Vernon Unsworth's lawsuit in ...
https://qz.com/.../elon-musk-has-a-better-chance-against-vernon-unsworths-lawsuit-in-...
Sep 18, 2018 - Elon Musk has called **Vernon Unsworth**, a British diver who advised on the Thailand cave rescue, a "pedo," a "child rapist," and a participant in ...

Elon Musk WILL face defamation lawsuit from Brit hero diver he ...
https://www.thesun.co.uk/news/8955197/elon-musk-defamation-lawsuit-diver/
Apr 28, 2019 - BILLIONAIRE Musk tried to get a lawsuit filed by Brit hero **Vernon Unsworth** thrown out of court - but his request was rejected by an LA judge on ...

Thai girlfriend, 40, of Vernon Unsworth dismisses Elon Musk's 'paedo ...
https://www.thesun.co.uk/news/.../thai-girlfriend-vernon-unsworth-elon-musk-child-brid...
Sep 5, 2018 - Thai girlfriend, 40, of **Vernon Unsworth** dismisses Elon Musk's 'paedo' claims as she slams rumours Brit cave drama hero has 12-year-old child ...

Vernon Unsworth v. Elon Musk, 2:18-cv-08048 – CourtListener.com
https://www.courtlistener.com/docket/7887513/vernon-unsworth-v-elon-musk/
Docket for **Vernon Unsworth** v. Elon Musk, 2:18-cv-08048 — Brought to you by the RECAP Initiative and Free Law Project, a non-profit dedicated to creating high ...

Twitter Moments on Twitter: "Vernon Unsworth, the diver who helped ...
https://twitter.com/twittermoments/status/1041780589077118979?lang=en
**Vernon Unsworth**, the diver who helped save 12 boys from a flooded cave in Thailand in July, has filed a defamation lawsuit against Tesla CEO Elon ...

Elon Musk Requests Defamation Suit Dismissal Over 'Schoolyard Spat ...
https://www.forbes.com/.../elon-musk-requests-defamation-suit-dismissal-over-school...
Dec 30, 2018 - Elon Musk has filed a motion to dismiss the defamation lawsuit over his tweet calling British caver **Vernon Unsworth** a pedophile.

Elon Musk faces trial over 'pedo' tweet - BBC News
https://www.bbc.com/news/world-us-canada-48238576
May 11, 2019 - Composite image of **Vernon Unsworth** and Elon Musk ... The Tesla boss called Mr Unsworth a "pedo" in a Twitter post after the Briton said Mr ...

Tesla CEO Elon Musk to face trial for calling cave rescue diver 'pedo ...
https://www.businessinsider.com/tesla-ceo-elon-musk-faces-trial-for-pedo-insult-of-di...
May 11, 2019 - Musk called **Vernon Unsworth** a "pedo" when the diver called the Tesla CEO's attempts to save the team a "PR stunt."

Searches related to Vernon Unsworth

vernon unsworth **wife**
vernon unsworth **child bride**
vernon unsworth **wikipedia**
vernon unsworth **age**
vernon unsworth **wife age**
vernon unsworth **reddit**
vernon unsworth **thailand**
vernon unsworth **twitter**



**Google Page 1 results for "Vernon Unsworth" as seen in London**

Google

Vernon Unsworth

All News Images Videos Maps More Settings Tools

Page 2 of about 288,000 results (0.28 seconds)

Elon Musk to go to trial over 'pedo' tweet about British diver Vernon ...
https://www.telegraph.co.uk › Technology Intelligence
May 11, 2019 - ... rejected Musk's attempt to dismiss a defamation lawsuit filed by British diver **Vernon Unsworth**. Mr Musk called Mr Unsworth a "pedo" in a July ...

Musk's new lawyer fights 'pedo guy' defamation lawsuit claims ...
https://techcrunch.com/.../musks-new-lawyer-fights-pedo-guy-defamation-lawsuit-clai...
May 14, 2019 - In court documents filed Tuesday, Musk's new lawyer Alex Spiro of Quinn Emanuel questioned the motive of **Vernon Unsworth**, the British cave ...

Elon Musk has a better chance against Vernon Unsworth's lawsuit in ...
https://qz.com/.../elon-musk-has-a-better-chance-against-vernon-unsworths-lawsuit-in-...
Sep 18, 2018 - Elon Musk has called **Vernon Unsworth**, a British diver who advised on the Thailand cave rescue, a "pedo," a "child rapist," and a participant in ...

Elon Musk WILL face defamation lawsuit from Brit hero diver he ...
https://www.thesun.co.uk/news/8955197/elon-musk-defamation-lawsuit-diver/
Apr 28, 2019 - BILLIONAIRE Musk tried to get a lawsuit filed by Brit hero **Vernon Unsworth** thrown out of court - but his request was rejected by an LA judge on ...

Thai girlfriend, 40, of Vernon Unsworth dismisses Elon Musk's 'paedo ...
https://www.thesun.co.uk/news/.../thai-girlfriend-vernon-unsworth-elon-musk-child-brid...
Sep 5, 2018 - Thai girlfriend, 40, of **Vernon Unsworth** dismisses Elon Musk's 'paedo' claims as she slams rumours Brit cave drama hero has 12-year-old child ...

Vernon Unsworth v. Elon Musk, 2:18-cv-08048 – CourtListener.com
https://www.courtlistener.com/docket/7887513/vernon-unsworth-v-elon-musk/
Docket for **Vernon Unsworth** v. Elon Musk, 2:18-cv-08048 — Brought to you by the RECAP Initiative and Free Law Project, a non-profit dedicated to creating high ...

Twitter Moments on Twitter: "Vernon Unsworth, the diver who helped ...
https://twitter.com/twittermoments/status/1041780589077118979?lang=en
**Vernon Unsworth**, the diver who helped save 12 boys from a flooded cave in Thailand in July, has filed a defamation lawsuit against Tesla CEO Elon ...

Elon Musk Requests Defamation Suit Dismissal Over 'Schoolyard Spat ...
https://www.forbes.com/.../elon-musk-requests-defamation-suit-dismissal-over-school...
Dec 30, 2018 - Elon Musk has filed a motion to dismiss the defamation lawsuit over his tweet calling British caver **Vernon Unsworth** a pedophile.

Elon Musk faces trial over 'pedo' tweet - BBC News
https://www.bbc.com/news/world-us-canada-48238576
May 11, 2019 - Composite image of **Vernon Unsworth** and Elon Musk ... The Tesla boss called Mr Unsworth a "pedo" in a Twitter post after the Briton said Mr ...

Tesla CEO Elon Musk to face trial for calling cave rescue diver 'pedo ...
https://www.businessinsider.com/tesla-ceo-elon-musk-faces-trial-for-pedo-insult-of-di...
May 11, 2019 - Musk called **Vernon Unsworth** a "pedo" when the diver called the Tesla CEO's attempts to save the team a "PR stunt."

Searches related to Vernon Unsworth

vernon unsworth **wife**
vernon unsworth **child bride**
vernon unsworth **wikipedia**
vernon unsworth **age**
vernon unsworth **wife age**
vernon unsworth **reddit**
vernon unsworth **thailand**
vernon unsworth **twitter**



**Google Page 1 results for "Vernon Unsworth" as seen in Paris**

Google

Vernon Unsworth

Tous | Actualités | Images | Vidéos | Maps | Plus | Paramètres | Outils

Environ 348 000 résultats (0,30 secondes)

Elon Musk s'excuse d'avoir traité un spéléologue britannique de ...
https://www.bfmtv.com/.../elon-musk-s-excuse-d-avoir-traite-un-speleologue-britanniqu...
18 juil. 2018 - Le patron de Tesla avait mal pris que **Vernon Unsworth**, qui a participé au sauvetage des enfants thaïlandais coincés dans une grotte, ...

Images correspondant à Vernon Unsworth

Plus d'images pour Vernon Unsworth | Signaler des images inappropriées

Elon Musk is going to trial for calling a cave diver a pedophile on ...
https://www.theverge.com/.../elon-musk-vernon-unsworth-pedo-g... ▾ Traduire cette page
10 mai 2019 - Tesla CEO Elon Musk will go to court in October after calling British cave diver **Vernon Unsworth** a pedophile on Twitter. Musk and Unsworth ...

Elon Musk files to dismiss 'pedo' defamation lawsuit by British diver ...
https://www.theguardian.com/.../elon-musk-pedo-diver-vernon-unsworth-defamation-la...
27 déc. 2018 - In a filing on Wednesday with the US district court in Los Angeles, Musk's lawyers said their client's comments about **Vernon Unsworth** were ...

Elon Musk attaqué en justice par le sauveteur qu'il a qualifié de ...
https://www.numerama.com › Tech ▾
18 sept. 2018 - **Vernon Unsworth**, un des sauveteurs des 12 enfants coincés dans des grottes thaïlandaises en juillet dernier, vient de poursuivre Elon Musk ...

Elon Musk claims US constitutional right to call Thai-cave hero Vernon ...
https://www.scmp.com › News › Asia › Southeast Asia
Elon Musk's lawyers say his comments about **Vernon Unsworth** were meant to be viewed as opinion, not fact. Unsworth, who took part in the rescue of ...

Vernon Unsworth Wiki, Age, Wife, Net worth, Biography, Family & Facts
https://www.dreshare.com › Famous Personalities ▾ Traduire cette page
**Vernon Unsworth** aka "Vern Unsworth" (born June 23, 1955) is a British Rescue Worker, Cave Diver and Financial Broker from St. Albans, Hertfordshire. He is.

Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk Keeps Tweeting ...
https://www.thedailybeast.com/vernon-unsworth-pedo-guy-lawsuit... ▾ Traduire cette page
14 mai 2019 - **Vernon Unsworth** sued Musk for more than $75,000 in compensation plus punitive damages after the entrepreneur baselessly called him "pedo ...

Elon Musk présente ses excuses à un spéléologue traité de pédophile ...
https://www.20minutes.fr/.../2309559-20180718-elon-musk-presente-excuses-speleol... ▾
18 juil. 2018 - MEA CULPA Elon Musk et le spéléologue britannique **Vernon Unsworth** se sont pris le bec en marge du sauvetage des 12 enfants thaïlandais ...

Elon Musk to go to trial over 'pedo' tweet about British diver Vernon ...
https://www.telegraph.co.uk › Technology Intelligence ▾ Traduire cette page
11 mai 2019 - ... rejected Musk's attempt to dismiss a defamation lawsuit filed by British diver **Vernon Unsworth**. Mr Musk called Mr Unsworth a "pedo" in a July ...



**Google Page 1 results for "Vernon Unsworth" as seen in Berlin**

Google

Vernon Unsworth

Tous | Actualités | Images | Vidéos | Maps | Plus | Paramètres | Outils

Environ 348 000 résultats (0,30 secondes)

**Elon Musk s'excuse d'avoir traité un spéléologue britannique de ...**
https://www.bfmtv.com/.../elon-musk-s-excuse-d-avoir-traite-un-speleologue-britanniqu...
18 juil. 2018 - Le patron de Tesla avait mal pris que **Vernon Unsworth**, qui a participé au sauvetage des enfants thaïlandais coincés dans une grotte, ...

**Images correspondant à Vernon Unsworth**

Plus d'images pour Vernon Unsworth    Signaler des images inappropriées

**Elon Musk is going to trial for calling a cave diver a pedophile on ...**
https://www.theverge.com/.../elon-musk-vernon-unsworth-pedo-g... ▾ Traduire cette page
10 mai 2019 - Tesla CEO Elon Musk will go to court in October after calling British cave diver **Vernon Unsworth** a pedophile on Twitter. Musk and Unsworth ...

**Elon Musk files to dismiss 'pedo' defamation lawsuit by British diver ...**
https://www.theguardian.com/.../elon-musk-pedo-diver-vernon-unsworth-defamation-la...
27 déc. 2018 - In a filing on Wednesday with the US district court in Los Angeles, Musk's lawyers said their client's comments about **Vernon Unsworth** were ...

**Elon Musk attaqué en justice par le sauveteur qu'il a qualifié de ...**
https://www.numerama.com › Tech ▾
18 sept. 2018 - **Vernon Unsworth**, un des sauveteurs des 12 enfants coincés dans des grottes thaïlandaises en juillet dernier, vient de poursuivre Elon Musk ...

**Elon Musk claims US constitutional right to call Thai-cave hero Vernon ...**
https://www.scmp.com › News › Asia › Southeast Asia
Elon Musk's lawyers say his comments about **Vernon Unsworth** were meant to be viewed as opinion, not fact. Unsworth, who took part in the rescue of ...

**Vernon Unsworth Wiki, Age, Wife, Net worth, Biography, Family & Facts**
https://www.dreshare.com › Famous Personalities ▾ Traduire cette page
**Vernon Unsworth** aka "Vern Unsworth" (born June 23, 1955) is a British Rescue Worker, Cave Diver and Financial Broker from St. Albans, Hertfordshire. He is.

**Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk Keeps Tweeting ...**
https://www.thedailybeast.com/vernon-unsworth-pedo-guy-lawsuit... ▾ Traduire cette page
14 mai 2019 - **Vernon Unsworth** sued Musk for more than $75,000 in compensation plus punitive damages after the entrepreneur baselessly called him "pedo ...

**Elon Musk présente ses excuses à un spéléologue traité de pédophile ...**
https://www.20minutes.fr/.../2309559-20180718-elon-musk-presente-excuses-speleol... ▾
18 juil. 2018 - MEA CULPA Elon Musk et le spéléologue britannique **Vernon Unsworth** se sont pris le bec en marge du sauvetage des 12 enfants thaïlandais ...

**Elon Musk to go to trial over 'pedo' tweet about British diver Vernon ...**
https://www.telegraph.co.uk › Technology Intelligence ▾ Traduire cette page
11 mai 2019 - ... rejected Musk's attempt to dismiss a defamation lawsuit filed by British diver **Vernon Unsworth**. Mr Musk called Mr Unsworth a "pedo" in a July ...





fiveblocks IMPACT™
samm@fiveblocks.com
Current Client
Vernon Unsworth in all locations
VIEW:
LOCATIONS
2019
21 MAY - 21 JUN
Rating
Ownership
Authority
Show page 2
Time Resolution
June 21, 2019 Berlin 1
Vernon Unsworth
Vernon Unsworth | STERN.de
stern.de/panorama/weltgeschehen/themen/verno...
Elon Musk files to dismiss 'pedo' defamation law...
theguardian.com/technology/2018/dec/27/elon-m...
Elon Musk is going to trial for calling a cave diver ...
theverge.com/2019/5/10/18564625/elon-musk-ver...
Höhlendrama von Thailand: Taucher will gegen T...
berliner-zeitung.de/panorama/nach-hoehlendram...
Elon Musk claims US constitutional right to call T...
scmp.com/news/asia/southeast-asia/article/21797...
Vernon Unsworth | The Irish Times
irishtimes.com/topics/topics-7.1213540?article=tru...
Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk ...
thedailybeast.com/vernon-unsworth-pedo-guy-law...
Vernon Unsworth - latest news, breaking stories ...
independent.co.uk/topic/vernon-unsworth
Elon Musk to go to trial over 'pedo' tweet about ...
telegraph.co.uk/technology/2019/05/11/elon-musk...
June 21, 2019 London 1
Vernon Unsworth
Elon Musk is going to trial for calling a cave diver ...
theverge.com/2019/5/10/18564625/elon-musk-ver...
Thai cave rescue hero Vernon Unsworth girlfrien...
dailystar.co.uk/news/world-news/727790/elon-mu...
Vernon Unsworth | The Irish Times
irishtimes.com/topics/topics-7.1213540?article=tru...
Vernon Unsworth - who is the Thai cave rescue di...
thesun.co.uk/news/6792661/who-vernon-unswort...
Elon Musk files to dismiss 'pedo' defamation law...
theguardian.com/technology/2018/dec/27/elon-m...
Elon Musk claims US constitutional right to call T...
scmp.com/news/asia/southeast-asia/article/21797...
Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk ...
thedailybeast.com/vernon-unsworth-pedo-guy-law...
Girlfriend of diver Elon Musk dubbed 'pedo guy' r...
metro.co.uk/2018/09/05/girlfriend-of-hero-rescue-...
Elon Musk to go to trial over 'pedo' tweet about ...
telegraph.co.uk/technology/2019/05/11/elon-musk...
June 21, 2019 Los Angeles CA 1
Vernon Unsworth
Elon Musk is going to trial for calling a cave diver ...
theverge.com/2019/5/10/18564625/elon-musk-ver...
Elon Musk to Cave Diver Vernon Unsworth in 'Pe...
thedailybeast.com/elon-musk-to-cave-diver-verno...
Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk ...
thedailybeast.com/vernon-unsworth-pedo-guy-law...
Elon Musk claims US constitutional right to call T...
scmp.com/news/asia/southeast-asia/article/21797...
Elon Musk files to dismiss 'pedo' defamation law...
theguardian.com/technology/2018/dec/27/elon-m...
Vernon Unsworth vs. Elon Musk defamation laws...
apps.washingtonpost.com/g/documents/business/...
Vernon Unsworth | The Irish Times
irishtimes.com/topics/topics-7.1213540?article=tru...
British diver Vernon Unsworth, who helped rescu...
nzherald.co.nz/world/news/article.cfm?c_id=2&obj...
Vernon Unsworth - latest news, breaking stories ...
independent.co.uk/topic/vernon-unsworth
June 21, 2019 Paris 1
Vernon Unsworth
Elon Musk s'excuse d'avoir traité un spéléologue ...
bfmtv.com/international/elon-musk-s-excuse-d-av...
Elon Musk is going to trial for calling a cave diver ...
theverge.com/2019/5/10/18564625/elon-musk-ver...
Elon Musk files to dismiss 'pedo' defamation law...
theguardian.com/technology/2018/dec/27/elon-m...
Elon Musk attaqué en justice par le sauveteur qu...
numerama.com/tech/418725-elon-musk-attaque-e...
Elon Musk claims US constitutional right to call T...
scmp.com/news/asia/southeast-asia/article/21797...
Vernon Unsworth Wiki, Age, Wife, Net worth, Bio...
dreshare.com/vernon-unsworth/
Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk ...
thedailybeast.com/vernon-unsworth-pedo-guy-law...
Elon Musk présente ses excuses à un spéléologu...
20minutes.fr/monde/2309559-20180718-elon-mus...
Elon Musk to go to trial over 'pedo' tweet about ...
telegraph.co.uk/technology/2019/05/11/elon-musk...
June 21, 2019 Toronto 1
Vernon Unsworth
Elon Musk is going to trial for calling a cave diver ...
theverge.com/2019/5/10/18564625/elon-musk-ver...
Vernon Unsworth 'Pedo Guy' Lawsuit: Elon Musk ...
thedailybeast.com/vernon-unsworth-pedo-guy-law...
Elon Musk claims US constitutional right to call T...
scmp.com/news/asia/southeast-asia/article/21797...
Elon Musk files to dismiss 'pedo' defamation law...
theguardian.com/technology/2018/dec/27/elon-m...
Vernon Unsworth vs. Elon Musk defamation laws...
apps.washingtonpost.com/g/documents/business/...
Thai cave rescue hero Vernon Unsworth girlfrien...
dailystar.co.uk/news/world-news/727790/elon-mu...
Elon Musk to go to trial over 'pedo' tweet about ...
telegraph.co.uk/technology/2019/05/11/elon-musk...
Vernon Unsworth - who is the Thai cave rescue di...
thesun.co.uk/news/6792661/who-vernon-unswort...
Vernon Unsworth | The Irish Times
irishtimes.com/topics/topics-7.1213540?article=tru...
June 21, 2019 Berlin 2
Vernon Unsworth
Elon Musk asks judge to throw out Vernon Unsw...
finance.nine.com.au/business-news/elon-musk-ver...
Brit hero diver Vernon Unsworth files £57k lawsu...
thesun.co.uk/news/7280868/vernon-unsworth-elo...
Elon Musk WILL face defamation lawsuit from Bri...
thesun.co.uk/news/8955197/elon-musk-defamatio...
Verfahren gegen Elon Musk wegen Pädophilie-An...
faz.net/aktuell/wirtschaft/diginomics/verfahren-ge...
Vernon Unsworth vs. Elon Musk defamation laws...
apps.washingtonpost.com/g/documents/business/...
Musk's new lawyer fights 'pedo guy' defamation l...
techcrunch.com/2019/05/14/musks-new-lawyer-fig...
Elon Musk faces trial over 'pedo' tweet - BBC News
bbc.com/news/world-us-canada-48238576
Vernon Unsworth v. Elon Musk, 2:18-cv-08048 – C...
courtlistener.com/docket/7887513/vernon-unswor...
Elon Musk will Klage wegen Beleidigung von Höhl...
haz.de/Nachrichten/Panorama/Uebersicht/Elon-M...
Elon Musk nannte Höhlen-Retter pädophil – jetzt ...
bild.de/news/ausland/news-ausland/elon-musk-na...
June 21, 2019 London 2
Vernon Unsworth
Vernon Unsworth - latest news, breaking stories ...
independent.co.uk/topic/vernon-unsworth
Elon Musk: Tesla billionaire to face trial after calli...
news.sky.com/story/elon-musk-tesla-billionaire-to-...
Hero British diver Vernon Unsworth responds as ...
news.sky.com/story/hero-british-diver-vernon-uns...
Vernon Unsworth vs. Elon Musk defamation laws...
apps.washingtonpost.com/g/documents/business/...
Elon Musk sued for libel by British Thai cave resc...
bbc.co.uk/news/world-us-canada-45551895
Elon Musk faces trial over 'pedo' tweet - BBC News
bbc.co.uk/news/world-us-canada-48238576
Musk's new lawyer fights 'pedo guy' defamation l...
techcrunch.com/2019/05/14/musks-new-lawyer-fig...
Vernon Unsworth v. Elon Musk, 2:18-cv-08048 – C...
courtlistener.com/docket/7887513/vernon-unswor...
Twitter Moments on Twitter: "Vernon Unsworth, ...
twitter.com/twittermoments/status/104178058907...
Vernon Unsworth Archives - Sunday Post
sundaypost.com/tag/vernon-unsworth/
June 21, 2019 Los Angeles CA 2
Vernon Unsworth
Elon Musk to go to trial over 'pedo' tweet about ...
telegraph.co.uk/technology/2019/05/11/elon-musk...
Musk's new lawyer fights 'pedo guy' defamation l...
techcrunch.com/2019/05/14/musks-new-lawyer-fig...
Elon Musk has a better chance against Vernon U...
qz.com/1394843/elon-musk-has-a-better-chance-a...
Elon Musk WILL face defamation lawsuit from Bri...
thesun.co.uk/news/8955197/elon-musk-defamatio...
Thai girlfriend, 40, of Vernon Unsworth dismisses...
thesun.co.uk/news/7182963/thai-girlfriend-vernon...
Vernon Unsworth v. Elon Musk, 2:18-cv-08048 – C...
courtlistener.com/docket/7887513/vernon-unswor...
Twitter Moments on Twitter: "Vernon Unsworth, ...
twitter.com/twittermoments/status/104178058907...
Elon Musk Requests Defamation Suit Dismissal O...
forbes.com/sites/michellefabio/2018/12/30/elon-m...
Elon Musk faces trial over 'pedo' tweet - BBC News
bbc.com/news/world-us-canada-48238576
Tesla CEO Elon Musk to face trial for calling cave ...
businessinsider.com/tesla-ceo-elon-musk-faces-tri...
June 21, 2019 Paris 2
Vernon Unsworth
Elon Musk asks judge to throw out Vernon Unsw...
finance.nine.com.au/business-news/elon-musk-ver...
Vernon Unsworth | The Irish Times
irishtimes.com/topics/topics-7.1213540?article=tru...
Elon Musk WILL face defamation lawsuit from Bri...
thesun.co.uk/news/8955197/elon-musk-defamatio...
Vernon Unsworth - who is the Thai cave rescue di...
thesun.co.uk/news/6792661/who-vernon-unswort...
Vernon Unsworth vs. Elon Musk defamation laws...
apps.washingtonpost.com/g/documents/business/...
Vernon Unsworth - latest news, breaking stories ...
independent.co.uk/topic/vernon-unsworth
Vernon Unsworth v. Elon Musk, 2:18-cv-08048 – C...
courtlistener.com/docket/7887513/vernon-unswor...
Musk's new lawyer fights 'pedo guy' defamation l...
techcrunch.com/2019/05/14/musks-new-lawyer-fig...
"Pédophile", "violeur d'enfants": Elon Musk pour...
trends.levif.be/economie/entreprises/pedophile-vi...
Vernon Unsworth Profiles | Facebook
facebook.com/public/Vernon-Unsworth
June 21, 2019 Toronto 2
Vernon Unsworth
Vernon Unsworth - latest news, breaking stories ...
independent.co.uk/topic/vernon-unsworth
Vernon Unsworth v. Elon Musk, 2:18-cv-08048 – C...
courtlistener.com/docket/7887513/vernon-unswor...
Musk's new lawyer fights 'pedo guy' defamation l...
techcrunch.com/2019/05/14/musks-new-lawyer-fig...
Elon Musk faces trial over 'pedo' tweet - BBC News
bbc.com/news/world-us-canada-48238576
Twitter Moments on Twitter: "Vernon Unsworth, ...
twitter.com/twittermoments/status/104178058907...
Musk Must Face Cave Rescuer Lawsuit Over 'Ped...
bloomberg.com/news/articles/2019-04-26/musk-m...
Elon Musk has a better chance against Vernon U...
qz.com/1394843/elon-musk-has-a-better-chance-a...
Caver fights Musk bid to dismiss toxic tweet case...
bangkokpost.com/thailand/general/1633874/caver...
Elon Musk: Tesla billionaire to face trial after calli...
news.sky.com/story/elon-musk-tesla-billionaire-to-...
Vernon Unsworth Profiles | Facebook
facebook.com/public/Vernon-Unsworth

When examining the damage to a person or companies reputation, one tool to analyze coverage is Google Trends. Google Trends shows what people are searching for on the internet.  It can show:

1) The locations and languages where this person has family, friends, and business contacts.
2) It can show the places and languages worldwide for which there is the most significant number of searches. Google provides data on which countries saw relatively fewer or more searches of a topic. Some of the interest has come from non-obvious locations and in a variety of languages from Norwegian to Chinese to Dutch.
3) As detailed here, Google Trends is a search trend feature that shows how frequently a given search term is entered into Google's search engine relative to the site's total search volume over a given period. Trends only shows data for popular terms, so search terms with low volume appear as "0".  The "100" does not mean that only 100 people searched the term; it is a measure of how popular the search term was versus other searches and other locations. The chart does show that in several countries, there was a tremendous amount of interest in Mr. Unsworth as a result of Mr. Musk's comments.

Using the search term Vernon Unsworth on Google Trends, I found the interest in Mr. Unsworth to be far greater than one might anticipate and the chart below helps show that the damage to reputation his reputation took place in locations and languages that may not be obvious.

The first two searches below show worldwide interest in Mr. Unsworth in July 2018 and September 2018.



17



This cart shows interest over time.



The two charts below show interest by region from July 1, 2018 until July 1, 2019.



18

The chart below show interest by country from June 15, 2018 until July 28, 2018.



The screenshot below shows by subregion of the United States from June 15, 2018 until July 28, 2018



**Nature And Impact Of Negative Communications**

There are two methods of dissemination of negative information—controlled and uncontrolled. "Controlled" means everyone exposed to the information can be pinpointed (e.g., person-to-person remark, written communication to only certain people, speech to an audience at a single forum) in a contained environment. In this scenario, only these people have negative information and have not passed it on in any way (e.g., word of mouth, written communication). These instances provide an

19

opportunity to refute the negative information by presenting an opposing view to the input they had received.

"Uncontrolled" means that either the original recipients of the information have passed it on in various ways to others that cannot be identified or reached—or it was disseminated in such a way that there is no way of knowing precisely who received it or what they may have done with that information. In this instance, where the false information about Mr. Unsworth was disseminated on social media and repeated in the mainstream media, it is impossible to ensure that everyone exposed to the negative information has access to the opposing viewpoint. These instances are extremely damaging because in the absence of counter-information, in my professional experience, the original (negative) information is often accepted to be true.

Negative information which is disseminated can never be erased entirely or overcome. For example, consider the "best-case scenario"—controlled dissemination:

- In countering the initial (negative) information, the second source of information reaching a person may have less impact because the person may have already given credence to the first input. Alternatively, they may filter the second information through the original information received (e.g., it is not a "clean slate").

- Even if people receive conflicting information, they may be dubious about it, given what they were already told (e.g., "where there is smoke, there must be fire") and that fact that Mr. Musk is a person with credibility. In this case, the only smoke that exists was created by Mr. Musk.

- A person presented with both sets of information regarding Mr. Unsworth may feel unsure about which is accurate. In that case, in my professional experience, human nature often leads people to take the conservative approach: steering clear of Mr. Unsworth. The uncontrolled nature of the message delivery means the harm created by Mr. Musk will not be able to be thoroughly measured. For example, people who come in contact with Mr. Unsworth in the future, who may have heard Mr. Musk's statements that Mr. Unsworth is a sexual predator, may choose not to associate with him. The impacts/effects of harmful communications on Mr. Unsworth's image and reputation can be expected to last and may never go away completely.

- Negative information can also cause damage simply because there is insufficient and inadequate information to counter the false stories being produced.

The real damage occurs with both controlled and uncontrolled dissemination, but the uncontrolled accusations are the most difficult to repair.

- In the absence of counterbalancing or challenging information, people can be convinced to accept as accurate that which is told to them if it has an air of plausibility, either due to the content of the information or in the case of Mr. Musk, because of his stature and being the person delivering the information.

- Given the worldwide spread of the repeated false statements regarding Mr. Unsworth, the inability to identify who has received the information precludes the ability to ensure everyone who received the false claims is provided with the correct information that Mr. Unsworth is not a pedophile.

20

- When information isn't countered, the original story can be passed on by "word of mouth" and by social media. This is particularly dangerous and harmful because when passing from one person to the other, the original information can be misinterpreted, exaggerated, embellished, and distorted, potentially elevating the negativity of the information.

- Finally, and most importantly, the false statements (e.g., "pedo guy", "bet ya a signed dollar it's true," and telling a reporter that Mr. Unsworth is a "child rapist" who had moved to Thailand "for a child bride who was about 12 years old at the time") were not confined to a few people. Their spread has been proven to be international and broad, and because the defamation was spread on social and mainstream media, its existence and reach are prolonged and essentially permanent.

The false dissemination of statements by Mr. Musk on social media and to reporters who then reported Mr. Musk's statements falls into the uncontrolled distribution of information.  While Mr. Musk deleted his initial tweets regarding Mr. Unsworth, the fact remains that the comments were used in countless news stories and we don't know how often or where the uncontrolled dissemination was repeated to others. This compounds the harm because Mr. Unsworth is limited in his ability to provide factual information to every recipient of the false statements.

Even to those that do not know or have a strong opinion of Mr. Unsworth, after being exposed to the statements by a prominent person like Mr. Musk, based on my experience, it is my opinion people will still question Mr. Unsworth's character and question his reputation, simply by being exposed to the Musk allegations, irrespective of truth.

The negative impact of those tweets is only compounded by Mr. Musk continuing to resurrect and push his allegations, either by suggesting to reporters they are real, and Mr. Unsworth is worthy of investigation by a reporter, or by his charge that if the allegations weren't true he would "have already been sued" by Mr. Unsworth.  In particular, the charge that he "would have sued" if it weren't true would buttress in the mind of a typical reader the truth of the charge of pedophilia by suggesting that an "innocent" man would have immediately taken legal steps to challenge Mr. Musk's allegation.

**Message Crafting**

The documents and information I have reviewed related to this case illustrate what, in my professional opinion, is a carefully crafted statement of negative information by Mr. Musk spread widely in both a controlled and uncontrolled fashion, to cause the recipients to distrust, Mr. Unsworth.

The word choices and phrases used were designed to communicate the message that Mr. Unsworth is not who he claims to be and that he was a pedophile.  Moreover, he challenged at least one reporter to contact people in Thailand to confirm his claims and said Mr. Unsworth was "an old, single white guy from England who's been traveling to or living in Thailand for 30 to 40 years, mostly Pattaya Beach, until moving to Chiang Rai for a child bride who was about 12 years old at the time."

Many people are aware that Thailand has been known as a place where people travel to pay for sex with kids.  Mr. Musk's statement to Buzzfeed that Mr. Unsworth was a "child rapist" and that Mr. Unsworth frequented Pattaya Beach and moved to Chiang Rai was intentional message crafting, designed to reinforce his narrative that the person attacking him was a pedophile.

21

When the BuzzFeed reporter emailed Mr. Musk asking for him to comment in response to a comment from Mr. Unsworth's attorney, Mr. Musk doubled down with his disparagement of Mr. Unsworth with two separate emails to the reporter. Mr. Musk wrote the reporter and said, "I suggest that you call people you know in Thailand, find out what's actually going on and stop defending child rapists, you fucking asshole."  As detailed above, Mr. Musk wrote in his first email to the reporter "He's an old, single white guy from England who's been traveling to or living in Thailand for 30 to 40 years, mostly Pattaya Beach, until moving to Chiang Rai for a child bride who was about 12 years old at the time."

Mr. Musk then added, "As for this alleged threat of a lawsuit, which magically appeared when I raised the issue (nothing was sent or raised beforehand), I fucking hope he sues me."

As detailed in this article, BuzzFeed News could find no evidence to support Mr. Musk's allegations, and Mr. Musk did not provide any documentation to support his accusations.  It is my opinion that Mr. Musk intended that the public believe his charge against Mr. Unsworth. Mr. Musk chose to amplify his allegations that Mr. Unsworth was a pedophile by communicating with a reporter that charge. It is not just that the message was explicitly stated through the use of the words "pedo guy."  Mr. Musk put an exclamation point on his interaction with the reporter as to his charge that Mr. Unsworth was a pedophile via his frank and vulgar challenge to the reporter: "stop defending child rapists, you f----ing asshole."

If the reporter was not already getting the message, Mr. Musk summed up his view about Mr. Unsworth by stating, "There's only one reason people go to Pattaya Beach," Musk's email read. "It isn't where you'd go for caves, but it is where you'd go for something else. Chiang Rai is renowned for child sex- trafficking." How Mr. Musk's messages were delivered is also important, as Mr. Musk employed a communication strategy to try to lend "authenticity" to the claims made in his tweets.

Mr. Musk is a seasoned communicator with both the public and the reporter. It is clear that his interaction with the reporter was designed to send a message to the reporter, and hence the people who read any ensuing reporting, that the information Mr. Musk was peddling regarding Mr. Unsworth was accurate and not merely a one time "off the cuff" angry response to undermine Mr. Unsworth's statements about Mr. Musk.  It is clear from the record that Mr. Musk made false statements to retaliate against Mr. Unsworth for questioning his submarine plan.

A person presented with both sets of information regarding Mr. Unsworth may feel unsure about which is accurate. In that case, in my professional experience, people often take the conservative approach: steering clear of Mr. Unsworth.

**Distribution Method**

Because Mr. Musk initially used social media to push his claims regarding Mr. Unsworth, and those statements were picked up by the mainstream media, it impossible to know the exact number of people who were exposed to Mr. Musk's false statements about Mr. Unsworth.  The uncontrolled spread of Mr. Musk's attack took place in two ways. First, the tweets were put on Mr. Musk's Twitter page and second, the uncontrolled proliferation occurred as the media reported on Mr. Musk's claims.

As an experienced crisis and reputation management professional, it is my firm belief that a public attack on a person's ethics and integrity cannot go unchallenged. Because Mr. Unsworth did not have the platform that Mr. Musk has as a respected CEO, he could not take immediate action and reach the same number of people as Mr. Musk to challenge his claims.  Had he been at the same level as Mr.

22

Musk the day the first false statement was uttered, Mr. Unsworth would have been able to challenge Mr. Musk's statement.  When a person's integrity is called into question, they must respond and respond quickly. Unfortunately, Mr. Unsworth was not able to respond with the same outreach as Mr. Musk, and Mr. Musk took advantage of this fact and doubled down on his false claims.

The uncontrolled nature of the message delivery means the harm created by Mr. Musk cannot be able to be thoroughly measured. For example, people who come in contact with Mr. Unsworth in the future, who may have heard Mr. Musk's statements that Mr. Unsworth is a sexual predator, may choose not to associate with him.  The impacts/effects of harmful communications on Mr. Unsworth's image and reputation can be expected to last and may never go away entirely, regardless of their truth or falsity.

**Reputation And Impact**

A reputation is something that is built over a long period but can be destroyed in an instant. Warren Buffet, the Oracle of Omaha, understands the importance of a reputation. He has been quoted as saying: *"It takes 20 years to build a reputation and five minutes to ruin it. If you think about that, you'll do things differently."* He has also said, "Lose money and I will forgive you. Lose even a shred of reputation, and I will be ruthless. …… Wealth can always be recreated, but reputation takes a lifetime to build and often only a moment to destroy."  Buffet's message is simple: a person's reputation is essential.

The attack on Mr. Unsworth was centered on the allegation that he is a pedophile. The fallout from Mr. Musk's actions, in my professional view, besmirched the reputation of Mr. Unsworth not only in the United Kingdom but throughout the United States and the world. It is my opinion that Mr. Unsworth will never be able to altogether remove doubts about his character from those who saw the post, read or saw news stories about the claim or those who were subsequently informed of the Tweet and stories by those who viewed and read them. Likewise, anyone who chooses to search Mr. Unsworth in Google or other search engines will see comments by Mr. Musk. Based on my experience, it is my view that Mr. Unsworth suffered negative consequences of the post, including:

- Damage to his name, image, and reputation;
- Loss of goodwill;
- Reduced trust in working relationships with peers and future business partners;
- Embarrassment due to false accusations; and,
- Unnecessary costs (e.g., need to repair his reputation, legal fees, time spent refuting the false information).

The difference from defaming a person in prior years via printed articles in newspapers or other publications is immense.  First, the internet is a vast repository of content that is retained in a multiplicity of websites. Secondly, that content is easily found via search engines.  This is unlike prior years where a trip to a library and a search through microfiche would be required to read a defamatory story that might only be a few months old.  The internet has become a platform for eternal defamation, and as discussed below, only extensive efforts to correct defamatory information so that the corrected information appears at the same time or before the defamatory information can hope to repair a damaged reputation.

Today, when someone is defamed, the defamatory information is only a few clicks away, forever. That is because the Internet has changed the way that reputations are made and destroyed. The negative information continues to exist on the internet, where it can be found in a simple internet search. Indeed,

23

as of the writing of this report, over 600 new reports exist on the Internet that include the statements from Mr. Musk regarding Mr. Unsworth.

As recently as 1998 when Google was created, if you wanted to research a person (like Mr. Unsworth) you'd have to visit the basement of a library or other institution that kept microfiche or microfilm of old newspapers. A lot of great investigative journalism and historical research has been done just that way over the years, but the work required a tedious effort. With today's technology, which allows anyone to enter in a few key search terms, you can instantaneously find out something that would have been difficult to find as recently as two decades ago.

The fallout from Mr. Musk's actions in my professional view has besmirched the reputation of Mr. Unsworth. It is my opinion that Mr. Unsworth will never be able to completely remove doubts about his character from all who saw the news stories or heard from friends and colleagues about Mr. Musk's claim or all who were subsequently informed of the Tweet and stories by those who viewed and read them. Likewise, anyone who chooses to search Mr. Unsworth in Google or other search engines will see the comments by Mr. Musk.

**Response to Negative Communications**

Allegations of pedophilia are immediately toxic to a person's reputation. In my professional opinion, the actions of Mr. Musk created reputational harm. It is my expert opinion that Mr. Unsworth has been damaged and that a robust reputation repair program is advisable to address the harm done to his reputation.

Princeton researchers have documented that when people meet for the first time, they decide if the other person is trustworthy within a tenth of a second, and that bad first impressions are hard to overcome. Research also shows that it takes many more "good acts" to overcome a bad first impression. In short, a negative perception can be quickly created and hard to reverse.

In this case, the "bad first impression" of Mr. Unsworth as being an accussed sexual deviant had been created in the public sphere by Mr. Musk. Mr. Unsworth is not likely to have contact with the vast majority of people who have read these negative and false statements about him. Their opinion of him, a person heretofore generally unknown to the general public, is likely to be tainted if they have read and/or believe Mr. Musk's accusations. This cloud of suspicion that has been created in the public sphere will be challenging to overcome.

**Recovering And Repairing A Professional Reputation**

I have substantial experience in helping individuals and companies recover and repair reputations. For a person like Mr. Unsworth, there is no way to completely remove the stain caused by false accusations, but there are steps one can take to begin to repair the damage.

After fomer Secretary of Labor Ray Donovan was acquitted of criminal fraud charges, it was reported that he stood on the courthouse steps and asked, "which office do I go to get my reputation back?" There was no office he could go to get his reputation back. Unlike Secretary Donovan, after having his name dragged through the mud, we know exactly where Mr. Unsworth needs to go to start getting his well-earned reputation back after he leaves the courthouse: he needs to go to media outlets where Musk statements were spread worldwide.

24

The repercussions of having a false narrative will dog Mr. Unsworth for years because the accusations live online. One type of damage that can be quantified is the cost to attempt to repair Mr. Unsworth's reputation.   When a person's online reputation has been completely overtaken by libelous and otherwise damaging content, the recovery typically requires a great deal of work and may continue on an ongoing basis for a significant period. Throughout a reputation repair program, I would expect to see a substantial transformation in Mr. Unsworth's online reputation.  Today, when you use a keyword search, you are using a crawler. The crawler gets a list of websites and looks for copy and forwards the information to search engines to index and rank according to various aspects. Good crawlers can follow links they find on pages. Search engines crawl and index results in real-time, and ongoing work on Mr. Unsworth's digital reputation is critical to properly protect him from further unfavorable content. It will be necessary to initially look at the way Mr. Unsworth is presented online when searched in multiple different languages and locations. In each case, I would focus on search results, as seen in the local version of Google.

**Methodology**

The following are some of the primary focus methods that I would advise in a comprehensive digital reputation recovery program for Mr. Unsworth. The program I recommend could involve several different communication specialists, which will be detailed below.

- Owned: The program should look to maximize the impact of owned websites and other platforms where positive content appears or can be featured — for example, maintaining a personal page for Mr. Unsworth.
- Earned: The program should look to increase the prominence of the positive and neutral earned media, whether they are international, national, or local publications, or videos or news blogs. This will help displace the negative pieces while providing stakeholders with rich engaging content that puts Mr. Unsworth in a positive light.
- Social Media: The program should look at how profiles on Twitter, LinkedIn, Instagram, and other social media and video sites can be further leveraged toward building a positive reputation.
- Industry Sites: Identifying the specific opportunities in industry sites, for example, caving and cave diving sites of various types.
- Community: Wikidata, Crunchbase, and other community-built resources are important to leverage in helping control digital reputation.
- Algorithms: By understanding how search engines work and the specific technical cues they need, outside experts can ensure that the reputation repair program has the maximum effect; in this way, they would be utilizing, rather than fighting, the algorithms of Google and other popular search engines.

**Increasing Ownership**

I would recommend that Mr. Unsworth retain a public relations firm that has digital media experience to leverage greater ownership of positive search result. Mr. Unsworth's reputation has been damaged to the point where it doesn't just need an adjustment or the removal of an inaccurate news story. It should instead be proactively planned and built. The more results that are owned and controlled by Mr. Unsworth, the further searchers will need to go before they find the unfavorable news results.

25

The team retained to help Mr. Unsworth will have to secure domain names with his actual name and domain names similar to his name so that someone does not domain squat.  Some of the names that are available and should be secured are:

- VernonUnsworth.com
- VernonUnsworth.org
- VernonUnsworth.info
- VernonUnsworth.net
- VernonUnsworth.us
- VernonUnsworth.co.uk
- VernonUnsworth.biz
- VernonUnsworth.online

Promoting Mr. Unsworth's new profile on the newly-created personal website(s) is highly recommended. This can be accomplished by creating an Exact Match Domain (EMD) that contains a basic description of his career and links to other relevant content. This site would get a thorough Search Engine Optimization (SEO) review to ensure that multiple pages from that site appear prominently in all related searches. It also means optimizing internal linking within the site. Coupled with paid ads from Mr. Musk providing a sincere apology and retracting his statements, social media offers the next obvious opportunity to increase ownership for Mr. Unsworth to improve his reputation.

As noted above, the online reputation for Mr. Unsworth varies by location. This is especially true when you look at different languages. Each language and location will require separate tracking, while some of the same content will be useful in the program across languages.

**Online Reputation Management Program Recommendations**

Digital reputation management companies use technical SEO including use of Schema.org Markup, Google Webmaster Tools, and Google Search Console to fully optimize technical aspects of one's online reputation.  They use tools to help optimize results for search queries of keywords and to promote owned properties within the search results.  Part of the effort would be to identify relevant, positive content pieces from news sites, blogs and industry-related websites. Because the media coverage has generally repeated the false charges by Mr. Musk, any positive media coverage of Mr. Unsworth is currently appearing less prominently than it could. News content particularly will be useful in displacing the prominent negative content, which why full-page ads and created earned media around a public apology will be critical. As the case proceeds, it is likely to yield content that will be very helpful in building a positive reputation for Mr. Unsworth. For example, new articles that announce Mr. Musk renouncing his past claims against Mr. Unsworth and taking out ads apologizing will create new useful content. The new content pieces could be utilized at the end of the trial to displace negative content that presently populates the majority of search results.

Owned social media profiles tend to rank highly in search results and are a recommended tactic to begin exerting more control over digital reputation. This is sometimes possible even without being active on the channel, though prolonged activity is highly correlated with sustainable rankings. Wikidata is a database of notable people, places, and brands. It is used by Google, Bing, Facebook, and other online platforms to gather authoritative information about the relationships between sites and people, official titles, etc. Having a properly formed Wikidata entry will be extremely helpful in ensuring that relevant, timely content about Mr. Unsworth is presented prominently. I would

26

recommend that the team hired to assist Mr. Unsworth work with the Wikidata community and its editors
to create and properly populate an optimal profile.

Based on my experience, a long-term solution that helps clients get past one part of the damage done
(digital reputation damage), is to optimize owned content and creating new content.  Video content can
be key, and there is some positive video content to be found about Mr. Unsworth's heroism when
faced with the challenge of saving the boys trapped in the cave in Thailand. A successful campaign
will highlight this video content and ensure it is a key part of the online narrative. See the following
example:



**Activity Categories**

- **Analysis:** This is a set of activities that entails collecting all of the relevant data about the
  online reputation of the client. The digital experts then analyze the data to understand the
  situation and identify the best available solutions. The data is continuously updating, so this
  analysis and findings are ongoing.
- **Optimization:** The digital experts utilize the analysis along with their experience and
  technology to carry out the optimization efforts. These might include a diverse range of
  activities from content optimization to technical tweaks.
- **Monitoring:** Throughout their work, it is my experience working with a digital expert that they
  use unique technology tools to monitor and update their understanding of the situation regularly
  – and this feeds back into the analysis and optimization efforts.

Below I share specific activities that fit into each of these areas.

**Analysis Of Activities And Tools:**

- **Keyword Identification**
  Beyond the obvious client name keyword, the team working for Mr. Unsworth will need to
  analyze keyword traffic and trends using tools such as Google Trends, ahrefs, SEMRush and
  others.
- **Search Suggestions and Related Searches**
  These highly relevant related keywords are shared by Google and give great insight into how
  internet searches are changing. The digital team working for Mr. Unsworth will need to utilize
  these to determine the topics that content should contain to satisfy visitors – and the algorithm.
- **Search Engine Comparison**
  Since different search engines use different methods for creating search results, it is fascinating
  to compare the results that are seen say in Bing vs. Google. For example, if a specific video
  about Mr. Unsworth is appearing prominently in Bing, there are likely some characteristics that
  are very promising. This analysis could well lead to a decision to optimize the same video for
  Google.

27

- **Server Codes analysis**
  The digital team will need to look at the server response codes for important pages – they will need to detect changes – for example, a 302 redirect that could cause issues in rankings.
- **IMPACT**
  With previous clients, I have used IMPACT which happens to be a Five Blocks proprietary reputation management tracking and analysis tool. Other companies have similar tools which give the recipient more than just search engine rankings. The tools allow users to analyze search results across keywords, competitors, geographies, languages, etc. It enables the digital team to identify patterns such as which article or page is most likely to outperform a competing one. The tracking these tools create provides valuable progress reports for the account team. The tool would also show Mr. Unsworth data visualization to convey the differences in search results across different keywords, segments, locations, etc.
- **Google Analytics**
  Using Google Analytics, the digital team can identify many vital pieces of information about Mr. Unsworth's website(s) performance. For example, traffic sources, best performing content, location of visitors, time on site, bounce rates, conversion metrics, etc.  This information helps inform the digital team's plans and is a great way to measure progress on an ongoing basis.
- **Google Search Console**
  Formerly known as Google Webmaster Tools, Google Search Console provides specific information on the keywords that are generating traffic to a given page. It also shows the team keywords for which Mr. Unsworth's sites would rank.  Additionally, I have seen digital teams use the Search Console to check for errors in caching, potential malware, and other issues on an ongoing basis.
- **WikiAlerts**
  Wikipedia Monitoring is a tool that I know Five Blocks uses. Other digital companies have similar tools.  The tool would allow Mr. Unsworth to be constantly aware of changes that are occurring to pages of interest in Wikipedia and real-time alerts to changes in Wikipedia. The tool alerts the digital team to the nature of the change as well as the specific content added or removed - all in near real-time so that the appropriate action can be taken.
- **Google Trends**
  Most digital reputation firms utilize Google Trends to inform the team of upticks in keyword traffic to new related keywords. For example, if something leads searchers to begin looking up a variation of a popular term, Google Trends may be one of the first places we will see empirical evidence of the new trend.
- **Caving Community Analysis**
  One way to look at how Mr. Unsworth sites should be promoted is to analyze the websites of those involved in the caving community. It is important to understand the keywords that those in the caving community target and the types of engagement that they get. The digital firm Mr. Unsworth retains should look at how his site is promoted within Google and other engines – as these tactics or similar ones may be ones to consider. Beyond his specific location(s) it would make sense to look at the types of unfavorable third-party content – video, editorials, blog posts, etc. that currently occupy prominent spots.
- **SEO Optimization Tools**
  With the target of higher rankings, growing traffic, and increased engagement, all of Mr. Unsworth's websites should undergo a thorough SEO optimization regularly. Included in this review should be the use of Google Search Console or similar software to identify issues and opportunities. Additionally, I would recommend that the retained firm seek to change the content that is currently most seen, paying special technical attention to Schema.org, titles, and descriptions. Backlink profile and opportunities for backlink reclamation should also be

28

analyzed.  Often, efforts to rebrand a person or company after an adverse event stall due to
backing off of constant content optimization, technical SEO, term-relevant backlinking, and
utilization of partners to create incoming links and relevant content.   Several companies use
tools such as ahrefs, Screaming Frog, etc. to assess SEO optimization issues and opportunities.

- **Peer Analysis**
  I have found that peer analysis is an excellent way to identify the best opportunities for clients
  repairing their reputation to track similar people and analyze the specific websites that are
  performing best. In working with digital firms, it is my experience that you can improve a
  client's online presence by examining what peers are doing.  Since Google's algorithm changed
  several years ago, I find it worthwhile to keep tabs on what other people and firms are doing
  and how their online presence is being impacted so that Mr. Unsworth's online reputation is
  always optimal.

- **Location Influence**
  As noted in the charts, interest in Mr. Unsworth varies by location. When creating a digital plan
  for Mr. Unsworth, the team hired will need to address specific issues, and it will be necessary
  to ensure that their efforts address the various key locations.

- **Duplicate Content**
  The digital team retained will need to work on duplicate content issues to ensure that Google
  sees more of Mr. Unsworth's content (once they are varied) so that the team can more easily
  promote them the content.

**Optimization Tactics:**

Below are the tactics that I believe a digital firm will need to undertake on Mr. Unsworth's behalf.

- **Increasing Ownership**
  One crucial area that Mr. Unsworth needs assistance is creating and achieving leverage and
  ownership of the search results. The more results that are owned and controlled by Mr.
  Unsworth, the further searchers will need to go before they find the unfavorable news results.
  As part of creating and optimizing Mr. Unsworth's website(s), the digital team will need to
  establish these pages as anchors – this means a thorough SEO review of websites as they
  pertain to Mr. Unsworth to ensure that multiple pages from that site appear for Mr. Unsworth.

- **Technical SEO**
  Use of schema.org (microformats) markup, Google Webmaster Tools, and Google Search
  Console will be helpful in more fully optimizing technical aspects of Mr. Unsworth's online
  reputation, understanding search queries, and keywords, and better promoting owned properties
  within the search results.

- **Creating new websites**
  The digital team will need to work with Mr. Unsworth to create either specific sites all about
  him or some aspect of his life.

- **Third-party media content**
  The digital team will have to mine the few relevant, positive content from various sites that are
  currently appearing less prominently than it should and use the information.  News content
  created at the result of ads from Mr. Musk apologizing as well as Mr. Unsworth putting out a
  press release about the ads will generate media coverage and will be useful in displacing the
  prominent negative content.

- **Social Media Profiles**
  LinkedIn consists of working individuals who occupy top spots regardless of location. As part

29

of the analysis, the team should explore if social media profiles about Mr. Unsworth should be created. This is another area in which peers will be good indicators.

Owned social media profiles tend to rank highly in search results and are a recommended tactic to begin exerting more control over digital reputation. This is sometimes possible even without being active on the channel, though prolonged activity is highly correlated with sustainable rankings.

- **Crunchbase**
  [Crunchbase](#) has emerged as an excellent place for digital reputation companies to place executives and highlight their profile.  An optimal profile on this platform can not only win a top position in the search results but can be used to further promote other third-party content.
- **Positive Content**
  Seek and identify existing positive content and actively promote it digitally. Mr. Unsworth will need to work with a communications team to ensure prominence of relevant, optimized, positive content (when and where possible) and actively promote it.
- **Wikidata**
  Wikidata is a database of notable people, places, and brands. Google uses it, Bing, Facebook, and other online platforms to gather authoritative information about the relationships between sites and people, official titles, etc. Having an adequately formed Wikidata entry help ensure that relevant, timely content is presented prominently for searchers. It is important to work properly with the Wikidata community to ensure that the right information is included and that Google sees and uses it.
- **Wikipedia**
  Aside from being a very popular website for companies and prominent individuals, having an article in Wikipedia is an indication to Google, Bing, and others that the company or individual is notable. This leads to the company or individual having a Google or Bing Knowledge Panel – the info box that often appears on the top right side of a Google search results page. This section would include a photo of Mr. Unsworth and appropriate links to Mr. Unsworth's owned pages etc.

**Monitoring:**

- As mentioned in my report, Mr. Unsworth's team will need to begin their day by reviewing keywords and locations. For each keyword they look at, they will need to examine the current results being displayed and how those results have changed over the past 24 hours.  They should look for changes that indicate new opportunities as well as possible threats.  The team should utilize tools to continuously monitor the critical search properties and search queries on an ongoing basis. If traffic falls, for example, they should understand why so that the proper adjustments can be made.
- The information gleaned from the internal monitoring reports should be used in regular reports that are conveyed to Mr. Unsworth. This constant reporting will help Mr. Unsworth see measurable progress the reputation team is making and see that it is as a result of the digital activities being performed.

**Workflow & Expected Project Activities**

**Workflow**

While I don't know what digital reputation firm Mr. Unsworth will hire, it is my experience that firms handling this type of reputational repair campaign will assign a senior person in the firm to lead the

30

program. This will be someone who has recently worked on a similar situation and has been successful at achieving the program goals.  It is my experience that the senior person will be assisted by strategic lead and a daily account manager who will be responsible for the in-depth analysis for each keyword identified.  The team will then likely formulate a plan to reshape Mr. Unsworth's image and will probably use the tactics listed above to accomplish the program goals. It should be noted that it is my experience that the digital team typically works with a point person for the client – who in this case is Mr. Unsworth.  Because so many decisions have to be made, digital, advertising, public relations, etc., it is my opinion that Mr. Unsworth will have to retain a public relations professional to coordinate all the efforts and connect the digital team with Mr. Unsworth's webmasters/social media team, all who need to coordinate activities.

**Typical Project Activities**

Based on my experience, the following is a typical list of some of the key focus areas for similar programs. As the program progresses, the team lead will likely place an emphasis on the activities that help Mr. Unsworth most quickly achieve measurable success.

| |
|---|
| Technical SEO Review Of Corporate Sites |
| Owned Online Asset Review |
| Social Media Profile Review |
| Philanthropy Content |
| Implementation Of Technical SEO Changes To Site |
| Content Review Of Boilerplate Text And Bio For Duplicate Content |
| Link Profile Review |
| Improving Link Profiles – Internal External |
| Bloomberg, Crunchbase And Other Personal Profiles |
| Video Content Review And Recommendations |
| Establish Mr. Unsworth As A Notable Person |
| Schema.Org Markup Creation |
| Considering Additional Domain(s) To Launch |
| Identifying Third-Party Content To Elevate |
| Utilize Google Analytics To Identify What Website Is Not Generating More Traffic |
| Utilize Search Console To Identify Keyword Opportunities |
| Use Google Ads To Identify The Precise Traffic By Keyword And Location |
| Track Relevant Wikipedia Changes – Edits And Traffic |
| Peer Analysis – Identifying Opportunities |
| Ongoing Promotion Of Positive Content Within Search |
| Working With Client's PR/Comms To Ensure That Their Ideal Content Is Promoted |
| Reviewing Press Releases For Maximum Exposure Before They Are Released. |
| Ongoing Reporting & Tracking |

**Research**

Messaging is going to be critical for the reputation repair campaign. The glue that binds all phases of a reputation rehabilitation program is strategic research, which provides the foundation upon which all

31

messaging should be based. I would recommend that extensive qualitative and quantitative research be completed. In my experience, it is necessary to do qualitative research (via telephone survey) to fully understand the attitudes of the public, followed by in-depth quantitative opinion research (focus groups).

Based on my experience working with issues management researchers, I would recommend that the first phase of research be a survey involving a random sample of 1,100 people across the United States with a margin of error of plus or minus three percentage points.  Surveys generally ask closed-ended questions that may limit the feedback.  After the telephone survey is completed and the data is analyzed, the next step in the research I would recommend involves focus groups. Focus groups would allow Mr. Unsworth and his team to gain insights and test messages that would be used in the full-page ads and the digital media program. These focus groups could also help us understand the exact ways that people would search for Mr. Unsworth in Google and other search engines. For example, they might add Mr. Musk's name to the search or perhaps other modifiers. Planning reputation rehabilitation will require a knowledge of what the most likely searches would be.

When people are recruited for focus groups, they would not know what the subject matter was in advance. Given the nature of the issue, it would likely be necessary to have several focus groups in various locations across the United States.  Recruitment would be done by the chosen focus facility. Ideally, each session would include a diverse group of people mixed by age and geography who use social media, watch the news, and are aware of Mr. Musk. A focus group is most effective with 7-10 participants. This is the optimal size to promote discussion and enable the facilitator to keep the group on task. The firm used for testing would have to be one that operates in an unbiased manner. Depending on the locations across the United States, it is my experience that each participant will need to be compensated from $300 to $400 each. It generally takes two weeks to recruit the participants and prepare the focus group guide, so the research will take some time to complete.

**Reputation Repair Advertising Campaign**

The defamatory nature of Mr. Musk's statements and the harm that they have done to Mr. Unsworth's personal and professional reputation warrant a robust reputation repair advertising campaign to address the damage.  The campaign will require ads to be placed both locally and internationally.  Before going more in-depth on the different media outlets which will be implemented, there are some basics to advertising that must be understood. The terms presented are an integral part of the field and are used when dealing with all types of advertisements. The terms reach, impression, and frequency are three of the most commonly used words in the field that must be understood to understand my recommendations.

Reach refers to the number of people in the specific media market that the campaign wants to view the spot. It can also be expressed as a percentage, which indicates the percentage of the population that is exposed to at least one spot. An important concept about reach is that the entire viewership, readership or amount of social media followers a specific publication has, does not necessarily mean that the advertisement will reach every single one of those persons. In some cases, an individual might see a "spot" multiple times but reach only counts the number of unique individuals. So if a person saw a spot while watching the game on Thursday, the spot reached one person, but that same person sees the same spot when watching the next game on Saturday, the reach remains at one because he already saw that exact spot. It is important to remember though that reach is not the number of people who will actually be exposed to the ad, but rather the number of people who are exposed to the media and therefore have an opportunity to see the spot when it airs.

32

Impressions are the total number of exposures to an advertisement. Impressions are calculated by multiplying the number of spots by Average persons. So when a person saw the spot during the game for the second time, the impressions increase to two because the person has been exposed to the spot for the second time. This should not be interchanged with another common term, frequency. Frequency is the average number of times the advertisement will be presented to the reached population. If one wants to run a spot in a specific market, he may decide to run that spot twice during the nightly weekday news for two months. He would then get a frequency number by dividing the number of impressions in that market by the reach or by dividing GRPs by Reach Percentage.

While reach, impression, and frequency are key to determining an effective campaign, other formulas are needed to calculate the size of a campaign by a specific medium or schedule and the cost efficiency of advertising on one medium versus another. This is done by determining the Gross Rating Points (GRPs) and Cost per Point (CPP).

GRP is the measure of the size of an advertising campaign by a specific medium or schedule. It is calculated by multiplying the number of spots by rating. GRPs put impressions in the form of a percentage of the target population. This metric is used to measure the impressions in relation to the number of people in the target for a campaign. Since impressions are based on the total number of exposures to a spot, the GRP percentage can be greater than 100 if a large number of the target population were exposed to the campaign. GRP is calculated by multiplying the average rating of a T.V. show by the number of ads placed. If the show gets a 5 rating and ten ads are placed during that show, the ad will have 50 GRPs. Cost per point, on the other hand, measures the cost efficiency of the campaign, which will enable Mr. Unsworth's advertising team to compare the costs of one advertisement to others. The CPP's will assist Mr. Unsworth's team in planning the ad buys.

**Hiring A PR Firm To Oversee The Campaign**

Developing an effective reputation repair campaign for Mr. Unsworth will require putting together a team of people who can do research, craft a message, deliver that message, and make sure that the ad and digital repair campaign run smoothly throughout the life cycle. It is my experience that this is best accomplished by hiring a PR firm to oversee the entire campaign and to ensure that all the efforts are coordinated. In addition to overseeing the entire campaign effort I have described, the PR firm will need to be involved in the advertising, media statements, and market research to get a baseline public opinion from which to build off of, manage inquiries made to Mr. Unsworth and oversee the social media efforts. The firm will either do these tasks in-house or may need to outsource some tasks to other firms.

The costs of hiring a PR firm takes into account the different tasks that the firm can complete, the amount of time that those tasks will take to complete, and the size of the agency. In most situations, the firm will charge a retainer fee to keep the contract alive. Based on my experience, I expect the retainer would most likely be in the range of $18,000 per month and last a minimum of 18 months.

**Social Media**

The rise of social media has made it one of the more intriguing advertisement mediums because of the number of users they have. Twitter is the social media platform in which this campaign will focus because of its ability to reach the target audience. Twitter is an online microblogging service for distributing short messages (280 character limit) among groups of recipients via personal computer or mobile telephone. From April 2019, Twitter reported a monthly active user base of 330 million, with around 130 million daily active users. Twitter now only releases daily active users, and that is

33

measured based on the number of users who can view ads. Twitter provides multiple different avenues for advertising on its platform, Promoted Tweets, Promoted Accounts, and Twitter Ads. Promoted Tweets allow one's tweets to appear in the Twitter Streams or Twitter search results of specific users. Twitter is paid a flat monthly fee for as long as you're promoting a tweet. Twitter Ads uses multiple groups of tweets to accomplish a single goal for a business or personal brand. It can display your username in places other than a user's newsfeed, such as "Who to Follow" or "Trending in your area."

Another means of advertising on Twitter are Promoted Accounts. Promoted Accounts allow one to promote a profile, rather than a series of tweets, in one's target audience's newsfeeds and on the profile pages of the other accounts one cares about. First, Mr. Unsworth's team will need to pick a desired outcome for the campaign, and that would be to bring awareness to Mr. Unsworth's upstanding reputation despite the inflammatory remarks from Mr. Musk. The amount of exposure for this promoted account will depend on the daily and total budget to be used for the campaign. A higher budget would be best for this campaign to make sure the message is delivered each day, for an extended period, at set intervals. The goal with Promoted Accounts is to gain more followers. The campaign should use targeting to create an audience that will be interested in activities Mr. Unsworth wants to promote and then Twitter will suggest his account to them—in Home Timeline, Who to Follow, and search results. Like Promoted Tweets, Promoted Accounts will also have the "Promoted" label so as distinguish them from typically recommended accounts.

Placing the ads in specific parts of Twitter comes down to advertisers bidding on the available ad space. Advertisers will bid against each other to have their ads shown to the audience they are targeting. The ad is then automatically entered into an auction where it will compete against other ads where Twitter's auction algorithm will compare all the ads against each other to determine which ad will be shown to the users. Mr. Unsworth's repair campaign team will need to set a budget for how much they wish to bid on the various ad spaces available on the platform.

Twitter offers several types of advertising options – promoted tweets, promoted accounts and promoted trends. The first two cost between $.50 – $4.00 per engagement. As one media outlet reported, Twitter Promoted Trends cost approximately $200,000 for 24 hours.   I would estimate that Mr. Unsworth would need to spend a minimum of $1.5 million with a combination of Promoted Trends and regular Twitter advertising. A budget of this size would help ensure that Mr. Unsworth's campaign reaches a large percentage of Twitter's userers who follow Mr. Musk. In addition to using Promoted Trends, Mr. Unsworth's advertising team will need to aggressively bid on ad placements from the outset to improve the odds of reaching their desired audience.

Social media giant Facebook has a user base of over 2.2 billion, so it naturally is an exploding area for businesses and persons alike to advertise. Like Twitter, Facebook has multiple means of advertising which consist of a photo, video, slideshow, carousel, collection, dynamic, lead, and a messenger ad. Mr. Unsworth's campaign can decide where to place the ads or have Facebook place them automatically. Facebook will do so based on either the daily or lifetime budget that a campaign wishes to spend and the target audience information that has been given to Facebook. Facebook charges for advertisements based on the Costs Per Millie (CPM), Costs Per Click (CPC), and Cost Per View (CPV). CPM is the price an advertiser is charged every time the ad receives 1,000 impressions. The average CPM on Facebook across all industries is $11.20. That would come out about 1 cent per impression. However, it could be lower or higher depending on the chosen audience and the competition level for that audience. CPC is the price you pay for each click on your Facebook ad. Cost Per View charges advertisers for every view a video ad receives. Advertisers who have powerful messages and are looking to inform users on a certain topic or subject would use this type of ad. These three models should be evaluated by Mr. Unsworth's advertising team to see if they are helpful for the

34

repair campaign. The ads would need to be focused on making Facebook users aware of the reputation repair campaign (Mr. Unsworth's social media, the apology, and retraction from Mr. Musk, etc.) and then getting users to click away from Facebook to learn more. The average cost per click on Facebook across all industries is about $1.86

**Online**

As detailed in my report, another part of the internet based portion of the reputation repair campaign Mr. Unsworth's team will need to use will be online ads on blog posts, web-based articles, web-based news platforms, and other web content. This will necessitate advertising on search engines such as Google, and also through different websites which are popular among the target audience of Mr. Unsworth's repair campaign. The price for these types of ads will depend on the ad size, location, performance and market demand. For example, an ad that takes up a majority of the upper part of the screen will cost more than an ad that is a small square in the bottom part of the screen. Performance of the ad refers to the method of online-based advertising known as pay-per-click ads. Pay-per-click ads are those where the campaign is charged when an internet user clicks on the ad. Mr. Unsworth's team will have to pay an initial fee to have the ad placed on a website based on its size and desired location. Then they are charged based on the number of clicks the ad receives. The average cost of a pay per click ad is about $1.43 per click.

Many different services offer this type of advertising, but one of the wider-reaching ones is Google Ads. Also known as Google AdSense, it consists of a network of 3 million websites encompassing a wide array of different topics that span the Internet. These types of ads are known as display network ads where the website is trying to make money from displaying ads on websites that use Google AdSense. This would include websites such as YouTube, ehow.com, TechCrunch.com to name a few of millions of sites and blogs that run ADSense. Search network ads show up when you search a specific term through Google Searches.

The word term consists not only of single words but phrases such as "injury attorney" or "slip and fall". The costs of the search network term are based on the popularity of the word, the amount of words that are involved, and the size of the target audience the campaign is attempting to reach. Both of these types of ads are purchased through an auction and are based on the pay-per-click model. A detailed budget will need to be developed for how much Mr. Unsworth's campaign will need to spend on online ad space. Google's auctions for ad space are based on the geographic location in which the ad will appear, the location of the ad on a particular site, and the type of industry in which this ad is targeting. Mr. Unsworth's team will set a monthly budget and an amount for their highest desired bids on a specific ad space. Compared to traditional advertising (e.g., T.V. or print), online advertising budgets can be much smaller. A small business with just one website will typically spend between $9,000 and $10,000 per month on advertising with an average of $1.00 and $2.00 per click.

Due to the impact of Mr. Musk's statements and the prominence that they had online, I would estimate that Mr. Unsworth's team will need to spend a substantial amount of money on GoogleAds as part of their online reputation management. I could envision Mr. Unsworth's team spending at least $2,000,000 a year on the United States Google platform because that platform is used where Mr. Musk is located and also reaches more users than any of the Google platforms which are internationally focused. The team would use Google's targeting tools to match the ads with the people that they are targeting as part of the overall campaign.

I am sure that the reputation repair team Mr. Unsworth retains will develop ads that will lead an internet user to his personal website that will be created as a part of the reputation repair campaign.

35

Being able to control the message regarding Mr. Unsworth's personal achievements and upstanding character is key to this campaign. Developing a website is not an easy task and will take a team of various people across different disciplines for the website to be successful.

That will include hiring a team to design and run the website, a copywriter, plus domain registration of the website and a service provider to host the website. The project requirements demand high-level oversight, which means professional agencies, not consumer-level solutions such as GoDaddy. The domain registration and hosting maintenance will cost around $5,000, but that is a one-time fee. Then there is the cost of daily website maintenance along with any updates that need to be made to the site's infrastructure. Depending on the size of the website, these costs could increase, but I estimate that it will cost at least $75,000 to maintain and update the website. If Mr. Unsworth was to have a website in different languages that reached an international audience, the costs would go up significantly.

Multiple news-based websites in the United States posted stories regarding Mr. Musk's remarks on their sites, and those will be a focus of this campaign. Google Adsense has a network of over 3 million websites, and ads will be featured on those sites through Adsense. The campaign will likely explore placing ads on the sites that ran stories regarding Mr. Musk's tweets. As detailed in the media report, there are countless websites to consider. The price for these ads is based on a combination of ad size, location, market demand. Based on the factors that are used to calculate digital media, a minimum budget of $1 million would allow ads to be placed in some (not all) of the digital media that published stories regarding Mr. Musk's defamatory comments.

**Full Page Print Ads**

The defamatory nature of Mr. Musk's statements warrants a robust reputation repair campaign that includes a corrective advertising component to counter the false statements that are online. Mr. Musk created a broad audience across the United States and the world to label Mr. Unsworth a pedophile, among other things; therefore, it will take a significant campaign to fix the damage.

Since there has been a massive amount of media coverage, including over 600 news articles, the campaign will require ads to be placed in newspapers, social media, online media as well as radio and television.  Media coverage of a Musk apology in paid newspaper advertistments will garner media attention. The apology will likely appear prominently in news stories.   The news stories that mention the full-page print ads can then be used by the digital repair team to displace the current harmful material regarding Mr. Unsworth.  Full-page ads and the subsequent news stoires regarding the public apology will be critical for the reputation repair effort for Mr. Unsworth.

As the case proceeds, a favorable outcome is likely to yield content that will be very helpful in building a positive reputation for Mr. Unsworth. For example, new articles that announce Mr. Musk has truly renounced his past claims against Mr. Unsworth and is taking out ads apologizing will create new useful content. News stories about the apology could be utilized to displace harmful content that presently populates the majority of search results.

While online use and its functions have rapidly increased over the years, the traditional news media of print, television, and radio are still essential mediums to implement into a reputation repair campaign. Print media consists of the various local and national newspapers, and also the digital versions that are offered by some of those newspapers today. Newspaper organizations will combine the circulation numbers of their physical and digital publications to give a more comprehensive figure of their total audience. Similar to websites where ad costs are based on the size and location of the ad, newspapers are the same where the more space the ad takes up, the more that the ad will cost. If an ad runs multiple times, you will pay more overall but less for each ad. Color ads compared to black & white ads also

36

factor into the total price. Another element of the newspaper ad pricing formula is the circulation number for that particular newspaper. The higher the circulation, the more potential there is for a higher amount of persons to see the ad.  The amount of circulation factored in with the days of the week, and the section of the paper that the ad is placed in also plays an important role. Sundays are usually the most expensive day, regardless of national versus local newspapers.

Local and national newspapers use these factors in determining the rates of advertising in their respective paper. It would be my recommendation that a large focus of this campaign be full-page print ads in some of the major publications in which there were stories posted regarding Mr. Musk's remarks.  This will ensure that the audiences who potentially saw Mr. Musk's statements in these various publications will then see his apology and real retraction to the defamatory comments he made. The publications in which the remarks were covered include The Washington Post, New York Times, Los Angeles Times, and San Diego Union-Tribune just to name a few. A full-page ad in the national edition of the Wall Street Journal could run over $200,000.

The Los Angeles Times and Southern California News Group are two Southern California newspapers that I have placed ads in for clients in the last year.  I am familiar with their pricing.  A full-page ad in the Sunday Los Angeles Times can be purchased for $31,154 per ad. The same ad in the Saturday paper would run $26,480 per day. The Southern California News Group, which consists of several Southern California papers, has a daily circulation of 210,873 and a Sunday circulation of 442,319. A full-page Sunday ad costs $31,000. The rates will be somewhat lower if you advertise on a daily schedule, but they are still in this same price range.

Based on the media coverage of this case, I believe that to run an effective reputation repair campaign for Mr. Unsworth and to place ads in some (not all) of the newspapers and magazines that repeated/published Mr. Musk's comments about Mr. Unsworth, a minimum budget of at least $3 million will be necessary.  This would allow Mr. Unsworth's team to buy ads in various publications across the country to ensure that those exposed to Mr. Musk's false claims are reached with the apology and retraction.

**Television & Radio**

Television ads are similar to print ads in that the market is broken down into local and national. National television spots are by far the most expensive medium for advertising regardless of the type of campaign. Television commercials themselves cost anywhere from $50,000 to $750,000 to write, shoot and produce. Mr. Unsworth can expect to have to spend between $50 to upwards of $2 million for a 30-second spot, depending on if the spot is placed on a local cable system or if the ad is run during prime time. While the cost to produce a commercial is about the same, the rates for cable television spots are somewhat less than those on basic networks. Cable television refers to those T.V. channels that one must pay a monthly cable subscription to access.

Based on current ad costs, I would estimate that Mr. Unsworth team would have to spend a minimum of two million dollars to have an effective radio and television ad campaign that is integrated into the overall campaign.

**Summary of costs**

Based on the amount of media coverage the false accusations, I expect that the reputation repair campaign for Mr. Unsworth will cost a substantial amount of money, as detailed below, and will comprise multiple different mediums which include social media, online, print, television, and radio.

These mediums are crucial to making sure that the target audience not only is exposed to the campaign but is influenced by it. Social Media and online are not considered the same advertising medium, as social media pertains more towards specific networks such as Twitter and Facebook, whereas online pertains more towards websites, blog posts, and other web content.

**Analysis and Recommended Course of Action**

My review of the information shows that the accusations made by Elon Musk completely devastated Vernon Unsworth's online reputation. The results are made up almost entirely of reports of the claims and stories about the lawsuit. No one can search "Vernon Unsworth" without being overwhelmed by content with extremely negative headlines and connotations.  The campaign I am recommending will clean up and counter the pollution created by Mr. Musk's false statements. To begin to recover from this situation, I would propose a reputation program with the following elements:

- Conduct research to understand the best messages to use.
- Build owned properties (personal site, social media, profiles) that highlight Mr. Unsworth's biography, professional accomplishments, and other business or personal interests (i.e., caving, etc.)
- Promote the best content in ways that will help it outrank the negative content on an ongoing basis.
- Utilizing community-sourced content sources such as Wikidata, Wikipedia, Crunchbase, and others to ensure that factual and favorable content is seen as most relevant by the various search engines including Google.
- Highlighting positive third-party articles that the client helps identify – ensuring that these gain prominence over the negative pieces. Note that this will be an iterative process as new articles appear that can be further utilized.
- Utilize images and create video content to help ensure positive content is available and prominent.
- Attempt to identify every publication where stories of Mr. Musk's defamatory comments about Mr. Unsworth appeared and buy multiple full-page ads in each identified publication. The tailored ads crafted with the help of the research discussed in my report would appear in news outlets where the defamatory comments were repeated. The ads would have the effect of not only refuting the false story, but subsequently ensuring that the apology would appear in internet searches, and with the help of a professional digital team, show up higher in search results than the original allegations.

It is my view that an effective reputation management campaign, consistent with the tasks described herein, is necessary to mitigate the harm to reputation that naturally results from defamation. Based on my professional experience, the costs to repair Mr. Unsworth's reputation from the damage caused by Mr. Musk are estimated to a reasonable degree of professional certainty as follows:

**Estimated Campaign Costs**

Reputation management costs are based not only on creating and optimizing web content but moving multiple sites up in search results. Many resources will be needed for an effective reputation management campaign. I arrived at the figures in the above based on my professional experience implementing similar programs over the past 30 years in this business. It is not unusual to have reputation repair campaigns that exceed $500,000 per month, even for a single individual, To put the costs in perspective, in 2018 Michigan State University spent over $500,000 in one month with a

public relations firm to simply monitor the impact on Michigan State surrounding Larry Nassar, who
was convicted in the US Olympics gymnastics scandal.

| Task | Estimated Cost |
|---|---|
| Strategic research | $300,000/one time |
| Website creation, including registration and hosting. This does not include multiple languages | $5,000/one time |
| Website updates | $75,000/year |
| Newspaper Ads | $3,000,000/year |
| Online Twitter Ads | $1,500,000/year |
| News-based websites Ads | $1,000,000/year |
| GoogleAds | $2,000,000/year |
| PR Firm to implement reputation repair campaign | $216,000/year |
| Television & Radio ads | $2,000,000/year |
| Online Reputation Management Program Google.com in the US (English) | $750,000/year |
| Online Reputation Management in Google.co.uk in London (English) | $500,000/year |
| Online Reputation Management in Google.co.th in Thailand (Thai/English) | $500,000/year |
| Online Reputation Management in Google.fr in France (French/English) | $500,000/year |
| Online Reputation Management in Google.de in German (German/English) | $500,000/year |
| Additional Locations/languages Recommended: Singapore, New Zealand, Norway, Ireland, Australia, Hong Kong, Canada, Netherlands, Denmark, Portugal, Sweden, etc. | $500,000/year Each added location. |
| Creation of social media profiles and initial population | $75,000 one-time cost per language |
| **Note:** As part of the Online Reputation Management Program Google.com, the vendor selected would be responsible for the creation of social media profiles and the population of content after the sites are created. | |

The cost for the program I am recommending is a conservative estimate of costs for a comprehensive
reputation repair strategy for only one year of implementation. If I were implementing this repair
strategy, my advice would be that it would take at least two years to be effective and that the likely
numbers would be higher than my conservative estimates.

**Summary of Opinions**

I offer the following opinions based on the information I reviewed, which is detailed in this report
and/or referenced in the exhibits. A neutral and reasonable person would conclude from the record that
the reputation of Vernon Unsworth has been harmed irreparably and that he will forever live under a
cloud caused by the actions of Elon Musk.

There is obviously damage done to a reputation when negative statements are made in public about the
person.  However, if coverage of the negative information is more widespread—in this case because
the instigator of the negative information, Elon Musk, has a large public presence and his statements
are widely repeated—the damage is enhanced.  The level of counter-information must be such that it
matches coverage of the negative information in order to ameliorate the damage.  The measures I have
suggested will begin the process of ameliorating the damage done to Mr. Unsworth, and should also

39

include Mr. Musk publicly admitting his accusations were false and then to ensure widespread publicity attaches to his retraction because that would remove any credibility a third party might attach to his statements.

Based on my over 30 years of experience in media relations, communications, and crisis management, my professional opinions and conclusions are to a reasonable degree of professional certainty the following:

- Using his stature as a respected CEO, Mr. Musk attempted to buttress his sensational comments about Mr. Unsworth that by challenging reporters to investigate his claims.

- The false allegation that Mr. Unsworth is a pedophile and child rapists have been broadly spread across the United States and the world and have attached a strong taint of guilt to Mr. Unsworth.

- The internet provides eternal defamation, thanks to content retention.  One cannot search Mr. Unsworth's name without seeing Mr. Musk's comments calling him a pedophile.

- Allegations of pedophilia, child sexual abuse, and rape carry severe consequences for the accused. Any statement accusing another person of pedophilia, sexual abuse, and rape that is, in fact, false has obvious negative consequences to one's personal and professional reputation. Mr. Unsworth chose a public recourse to clear his name and prove his innocence by bringing a lawsuit for defamation to demonstrate that Mr. Musk knowingly communicated false information.

- A traditional reputation repair strategy would involve using social media and blogs to correct the many false statements. That strategy on its own is not enough because it will not likely reach all those exposed to the allegation or be able to deliver the desired impact in correcting the record. The campaign must be supplemented with full-page ads in newspapers and ads on social media platforms with a formal apology from Mr. Musk setting the record straight.  I would advocate for multiple full-page ads in each identified mainstream or online publication where the false and defamatory allegation(s) appeared or where there was news coverage of the allegations.  This would also entail running radio and television ads.  The tailored ads would have the effect of not only refuting the false story but subsequently increasing the likelihood that the apology would appear in internet searches, and likely higher in search results than the original allegations. I would recommend a social media program with the same messages being developed.

- Upon a verdict finding that defamation occurred, I would recommend that the campaign outlined in my report be implemented.

**Conclusion**

I offer the following conclusions and opinions to a reasonable certainty. The records support Mr. Unsworth's contention that his reputation has been diminished in a consequential way. A neutral and reasonable person would conclude from the record that there has been a negative impact on his reputation.

After reviewing all the documentation detailed in this report and its exhibits, it is clear that Mr. Unsworth has experienced harm both in the short and long term. As the adage goes, "The slate can

40

never be wiped clean." It is my opinion that the statements made by Mr. Musk were designed to cause hatred, contempt, and reputational injury to Mr. Unsworth. The evidence I reviewed indicates to me that Mr. Musk's actions included numerous efforts to challenge Mr. Unsworth by questioning him as a person, not on the merits of his criticisms of the submarine plan. The pushing for a journalist to publish false information about Mr. Unsworth and the tweets Mr. Musk made are prime examples of his efforts to cause public hatred, ridicule, and reputational injury to Mr. Unsworth.

The harm created by Mr. Musk's statements are multi-fold.  First, the fact that Musk has a large public presence, both via news coverage of him and his social media following, elevated the damage done.  Had a person without that public presence made such statements, the coverage of the statements and subsequent damage would have been far less.  Musk's public presence, combined with the credibility he has earned over the years amongst the public and his followers, enhances the damage done by these statements.

It is my view that the award must be sufficient for Mr. Unsworth to implement a reputation repair campaign as described in my report. It is my view that Mr. Unsworth should also be compensated for the damage to his reputation. I would hope that a jury would recognize the long and detailed process that Mr. Unsworth must now undertake to vindicate his good name.

I can say from my experience that it takes time and a sustained effort for the stress, hurt, and humiliation caused by reputational damage to go away. In my professional opinion, the record supports Mr. Unsworth's contention that his reputation was diminished in significant ways by the actions of Mr. Musk.

Noting that there may be further developments to come in this case, I reserve the right to supplement and/or amend these conclusions and opinions.

*Eric Rose*

**Eric W. Rose**
September 10, 2019

41



**Exhibit A - Media Coverage Unsworth Case**
**Media Coverage (Internet)**

o   https://trends.google.com/trends/explore?date=2018-07-10%202018-07-17&geo=US&q=vernon%20unsworth
o   https://www.theguardian.com/news/2018/jul/10/elon-musk-queries-expertise-of-thai-cave-rescue-officials
o   https://www.bloomberg.com/news/features/2018-07-13/-the-last-bet-the-company-situation-q-amp-a-with-elon-musk
o   https://www.telegraph.co.uk/news/2018/07/14/elon-musk-can-stick-submarine-hurts-says-british-diver-helped/
o   https://fortune.com/2018/07/15/elon-musk-thai-rescue-diver-pedo-guy/
o   https://www.theguardian.com/technology/2018/jul/15/elon-musk-british-diver-thai-cave-rescue-pedo-twitter
o   https://www.theguardian.com/uk-news/2018/jul/16/british-diver-in-thai-cave-rescue-stunned-after-attack-by-elon-musk
o   https://www.scmp.com/news/asia/southeast-asia/article/2155383/elon-musk-calls-british-diver-thai-cave-rescue-pedo-bizarre
o   http://fortune.com/2018/07/16/elon-musk-pedo-tweet-tesla-stock/
o   https://www.washingtonpost.com/technology/2018/07/16/elon-musks-pedo-attack-rattles-tesla-investors-this-thing-is-unraveling/?noredirect=on&utm_term=.1d0948a763d4
o   https://www.buzzfeednews.com/article/hazelshearing/musk-apologizes-for-the-cave-comments
o   https://www.dw.com/en/teslas-elon-musk-apologizes-for-pedo-comment-on-thai-cave-rescuer/a-44682805
o   http://time.com/5341647/elon-musk-british-cave-diver-apology-pedo/
o   https://www.nytimes.com/2018/08/16/business/elon-musk-interview-tesla.html
o   https://www.buzzfeednews.com/article/ryanmac/elon-musk-revisits-baseless-pedophile-claims
o   https://www.buzzfeednews.com/article/ryanmac/the-british-diver-elon-musk-called-a-pedo-threatened-to-sue#.bxggOOE8J
o   https://www.cnbc.com/2018/08/29/tesla-ceo-elon-musk-reignites-pedo-guy-cave-diver-controversy.html
o   https://www.buzzfeednews.com/article/ryanmac/elon-musk-thai-cave-rescuer-accusations-buzzfeed-email
o   https://www.dw.com/en/elon-musk-wont-stop-calling-diver-a-pedophile/a-45372611
o   https://www.quora.com/Whats-the-full-story-behind-Elon-Musks-involvement-with-the-Thai-cave-rescue-effort
o   https://qz.com/1380300/elon-musks-latest-rant-misses-the-point-on-sex-trafficking-in-thailand/
o   https://www.bloomberg.com/news/articles/2019-04-26/musk-must-face-cave-rescuer-lawsuit-over-pedo-guy-tweet

- https://www.dailymail.co.uk/news/article-6965825/Elon-Musk-face-British-diver-called-pedo-Twitter-Thai-cave-rescue.html
- https://thehill.com/policy/technology/443181-elon-musk-going-to-trial-for-calling-british-diver-a-pedo
- https://www.theverge.com/2019/5/10/18564625/elon-musk-vernon-unsworth-pedo-guy-tweets-defamation-lawsuit-trial-date-set
- https://www.independent.co.uk/news/world/americas/elon-musk-vernon-unsworth-thailand-pedo-paedophile-twitter-defamation-trial-a8909241.html.
- https://www.newser.com/story/275048/court-wants-musk-to-explain-calling-rescuer-a-pedophile.html
- https://www.thedailybeast.com/elon-musk-to-cave-diver-vernon-unsworth-in-pedo-guy-suit-you-started-it
- https://www.courtlistener.com/docket/7887513/vernon-unsworth-v-elon-musk/
- https://www.nytimes.com/2018/08/24/business/dealbook/tesla-elon-musk-sec.html
- https://www.npr.org/2018/09/27/652315858/sec-sues-tesla-ceo-elon-musk
- https://www.cnn.com/2019/04/26/tech/elon-musk-sec-settlement/index.html
- https://www.theverge.com/2018/9/27/17911428/sec-lawsuit-elon-musk-tesla-funding-tweet
- https://www.cnbc.com/2019/02/25/tesla-shares-fall-on-report-sec-asks-judge-to-hold-elon-musk-in-contempt-for-violating-deal.html
- https://www.wired.com/story/elon-musk-tesla-sec-lawsuit-twitter-court-filing/
- https://www.dw.com/en/tesla-deal-elon-musks-u-turn-wont-resolve-legal-woes/a-45245212
- https://www.cnbc.com/2019/03/19/tesla-and-elon-musk-lawsuits-overview.html
- https://www.wired.com/story/elon-musk-twitter-stock-tweets-libel-suit/
- https://www.theverge.com/2018/6/26/17505744/elon-musk-fans-tesla-spacex-fandom
- https://www.scribd.com/document/400499093/US-SEC-tries-to-hold-Elon-Musk-in-contempt-of-court-over-material-tweets-that-weren-t-pre-approved-by-Tesla-legal#from_embed?campaign=SkimbitLtd&ad_group=66960X1514734X66fe0db238a984682a8b472757ab972a&keyword=660149026&source=hp_affiliate&medium=affiliate
- https://www.investor.gov/additional-resources/news-alerts/press-releases/elon-musk-settles-sec-fraud-charges-tesla-charged
- https://www.sec.gov/news/press-release/2018-219
- https://www.inquisitr.com/5108963/billionaire-elon-musk-flips-the-script-wall-street-bad-boy-rewrites-the-rules/
- http://bigwnews.com/world-news/british-thai-cave-hero-vernon-unsworth-is-all-smiles-with-wife-40-hours-after-elon-musks-latest-outrageous-paedophile-accusations/
- http://california.nris.com/news/Elon-Musk-apologizes-for-calling-Thai-cave-rescue-diver-pedo-guy-10232
- http://celbestnews.com/world-news/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe/
- http://celbestnews.com/world-news/vernon-unsworths-girlfriend-40-reacts-with-fury-over-elon-musks-pedo-slur/
- http://divemagazine.co.uk/skills/8158-elon-musk-calls-rescue-diver-pedo
- http://divemagazine.co.uk/skills/8225-new-attack-on-rescue-diver-by-elon-musk
- http://divemagazine.co.uk/skills/8392-honours-for-thai-cave-rescue-team
- http://hotlifestylenews.com/world-news/thai-girlfriend-40-of-vernon-unsworth-dismisses-elon-musks-paedo-claims-as-she-slams-rumours-brit-cave-drama-hero-has-12-year-old-child-bride/
- http://merdekaid.com/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe/
- http://news.obiaks.com/180716080444/British-caver-says-considering-legal-action-after-Elon-Musk-'pedo'-tweet

2

- http://news.philippinecentral.com/british-caver-considering-legal-action-after-elon-musk-pedo-tweet/
- http://newsaltcoins.com/world-news/what-was-elon-musks-paedo-guy-tweet-about-thailand-cave-diver-vern-unsworth-and-what-has-he-said-now/
- http://newsneednews.com/world-news/thai-cave-boys-visit-buddhist-temple-honour-hero-navy-seal/
- http://nymag.com/intelligencer/2018/08/elon-musk-thinks-its-strange-pedo-rescue-diver-didnt-sue.html
- http://tmssmagazine.com/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo-in-baseless-attack/
- http://www.arabnews.com/node/1340161/business-economy
- http://www.atlanticbb.net/news/read/article/newserelon_musk_calls_key_player_in_thai_cave_rescue_a_p-rnewsersyn
- http://www.atlanticbb.net/news/read/category/Domestic/article/los_angeles_times-cave_diver_criticizes_musks_kidsub_rescue_plan_mus-tca-2
- http://www.buriramtimes.com/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo-in-baseless-attack/
- http://www.inc-asean.com/the-inc-life/if-youre-calling-someone-a-pedo-on-twitter-elon-musk-its-time-to-take-a-long-hard-look-at-your-life/
- http://www.infonews360.com/elon-musk-has-revisited-his-baseless-pedophile-claims/
- http://www.khaosodenglish.com/news/international/2018/07/17/thai-rescuer-pedo-tweet-may-be-bad-for-elon-musks-business/
- http://www.orazio.it/index.php/elon-musk-tweets-hell-bet-ya-a-signed-dollar-that-thai-cave-rescuer-is-a-pedo/
- http://www.parabolicarc.com/2018/07/16/musks-melts-thai-cave-rescue-story/
- http://www.saadahbahri.com/elon-musks-pedo-attack-rattles-tesla-investors-this-thing-is-unraveling/
- http://www.techthreat.co.uk/british-caver-could-sue-elon-musk-over-twitter-attack/
- http://www.thestandard.com.hk/section-news.php?id=197963&sid=6
- http://www.xinhuanet.com/english/2018-07/17/c_137330262.htm
- http://www.xinhuanet.com/english/2018-07/19/c_137335174.htm
- https://0nion.com/en/article/95599
- https://1045freshradio.ca/news/4332888/elon-musk-vern-unsworth-pedo/
- https://1045freshradio.ca/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- https://abcnews.go.com/Business/elon-musk-apologizes-british-cave-diver-derogatory-pedo/story?id=56658289
- https://althouse.blogspot.com/2018/09/in-new-email-elon-musk-accused-cave.html
- https://amedpost.com/brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musks-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death/
- https://arstechnica.com/tech-policy/2018/07/elon-musk-could-face-lawsuit-for-calling-cave-rescuer-a-pedo-guy/
- https://au.news.yahoo.com/elon-musks-latest-outburst-raises-doubts-leadership-011517788--spt.html
- https://auntymike.com/british-caver-could-sue-elon-musk-over-twitter-attack/
- https://austrian.economicblogs.org/zerohedge/2018/durden-twitter-meltdown-elon-musk-calls-thai-cave-diver-pedophile-deletes-tweet/
- https://bak.megam.info/news/article-5969485/Thai-cave-boys-visit-Buddhist-temple-honour-hero-Navy-SEAL-Brit-diver-flies-Bangkok.html

3

- https://beta.nbcnews.com/news/world/elon-musk-apologizes-blames-anger-calling-thai-cave-diver-pedo-n892296
- https://bgr.com/2018/09/04/elon-musk-cave-diver-yup-again/
- https://blogs.findlaw.com/injured/2018/07/possible-defamation-claim-against-elon-musk-for-pedo-guy-tweet.html
- https://boingboing.net/2018/08/28/elon-musk-again-insinuates-cav.html
- https://boingboing.net/2018/09/04/elon-musk-yep-again.html
- https://businessglitz.com/uk/british-divers-who-rescued-thai-boys-trapped-in-cave-are-rewarded-on-honors-list/
- https://canoe.com/news/world/elon-musks-pedo-tweet-about-thai-cave-rescuer-and-other-flame-wars-may-make-tesla-investors-wary
- https://chinapost.nownews.com/20180718-380472
- https://cisnfm.com/news/4335630/tesla-shares-fall-elon-musk-thai-cave-rescuer/
- https://cnnphilippines.com/world/2018/09/06/Elon-Musk-accusations.html
- https://coconuts.co/bangkok/news/elon-musk-calls-british-rescue-diver-a-pedo-while-defending-his-mini-sub/
- https://coconuts.co/bangkok/news/thai-girlfriend-of-british-diver-vern-unsworth-says-elon-musks-pedophile-accusation-is-laughable/
- https://country104.com/news/4337834/elon-musk-apology-cave-diver-pedo-guy/
- https://dailyasianage.com/news/131095/tesla-shares-fall-after-ceo-musk-abuses-british-caver
- https://dailyasianage.com/news/156334/thai-cave-divers-twiggy-and-monty-pythons-palin-on-uk-honours-list
- https://dbpost.com/british-cave-explorer-can-sue-musk-for-calling-him-pedo/
- https://defence.pk/pdf/threads/thai-cave-rescue-hero-elon-musk-can-stick-his-submarine-where-it-hurts.567724/
- https://dlisted.com/2018/07/19/elon-musk-is-sorry-for-calling-a-thai-cave-rescuer-a-pedo/
- https://edition.cnn.com/2018/07/16/asia/thai-cave-soccer-musk-rescuer-tweet-intl/index.html
- https://elotitv.com/thai-cave-boys-visit-buddhist-temple-to-honour-hero-navy-seal-as-brit-diver-flies-our-of-bangkok/
- https://en.mogaznews.com/World-News/1227350/Hero-British-diver-who-saved-Thai-youth-football-team-is-made-MBE.html
- https://en.mogaznews.com/World-News/970500/Thai-cave-boys-visit-Buddhist-temple-to-honour-hero-Navy-SEAL-as-Brit-diver-.html
- https://en.wikipedia.org/wiki/Elon_Musk
- https://energy953radio.ca/news/4332888/elon-musk-vern-unsworth-pedo/
- https://entertainment.inquirer.net/283867/elon-musk-slammed-for-calling-thai-cave-rescuer-pedo-in-twitter-rant#ixzz5vWcRlb5i
- https://expressdigest.com/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe/
- https://extra.ie/2018/07/16/news/world-news/video-thai-cave-diver-vernon-unsworth-may-sue-elon-musk-on-tweet
- https://extras.ie/2018/07/16news/world-news/vodeo-thai-cave-diver-vernon-unsworth-may-sue-musk-on-tweet
- https://feedimo.com/story/29871311/Elon-Musk-calls-British-diver-in-Thai-cave-rescue-a-pedo-in-baseless-attack/
- https://feedimo.com/story/32741759/Elon-Musk-Calls-Thai-Cave-Diver-Hero-A-Child-Rapist-As-He-Escalates-Baseless-Feud/
- https://finance.yahoo.com/news/british-caver-says-approached-u-british-lawyers-over-150859939--finance.html
- https://finance.yahoo.com/news/elon-musk-pedo-tweet-tesla-224906712.html

4

- https://finance.yahoo.com/news/uk-diver-called-pedo-musk-strong-defamation-case-142832286.html
- https://floridaactioncommittee.org/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/
- https://fortune.com/2018/07/15/elon-musk-thai-rescue-diver-pedo-guy/
- https://fortune.com/2018/07/16/elon-musk-pedo-out-of-control/
- https://fortune.com/2018/07/16/elon-musk-pedo-tweet-tesla-stock/
- https://fortune.com/2018/07/18/elon-musk-pedo-apology/
- https://fortune.com/2018/08/29/elon-musk-twitter-vern-unsworth/
- https://fortune.com/2018/09/04/elon-musk-pedo-tweet-pedophilia-accusations-diver/
- https://forum.thaivisa.com/topic/1048621-elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo-in-baseless-attack/
- https://forum.thaivisa.com/topic/1048705-video-british-cave-explorer-vern-unsworth-considers-legal-action-against-elon-musk/
- https://forum.thaivisa.com/topic/1048833-tesla-shares-fall-after-ceo-musk-abuses-british-caver/
- https://forum.thaivisa.com/topic/1055940-in-a-new-email-elon-musk-accused-a-thai-cave-rescuer-of-being-a-%E2%80%9Cchild-rapist%E2%80%9D-and-said-he-%E2%80%9Chopes%E2%80%9D-theres-a-lawsuit/page/3
- https://forum.thaivisa.com/topic/1056063-im-no-child-bride-thai-girlfriend-40-of-brit-cave-hero-vernon-unsworth-dismisses-elon-musk%E2%80%99s-%E2%80%98paedo%E2%80%99-claims/
- https://forum.thaivisa.com/topic/1106141-vernon-unsworth-who-helped-rescue-thai-football-team-from-tham-luang-cave-receives-mbe/
- https://fox61.com/2018/07/16/british-rescuer-in-thailand-cave-considers-legal-action-against-elon-musk-over-pedo-tweet/
- https://freethoughtblogs.com/pharyngula/2018/09/05/elon-musk-really-is-an-unpleasant-jerk/
- https://gadgets.ndtv.com/transportation/news/tesla-elon-musk-pedo-comments-share-price-dive-1884615
- https://gizmodo.com/elon-musk-gives-half-assed-apology-to-cave-diver-he-cal-1827680347
- https://globalnews.ca/news/4332888/elon-musk-vern-unsworth-pedo/
- https://globalnews.ca/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- https://globalnews.ca/news/4335630/tesla-shares-fall-elon-musk-thai-cave-rescuer/
- https://globalnews.ca/news/4435710/elon-musk-weed-tesla-shares-drop/
- https://gulfnews.com/world/asia/british-diver-in-thai-cave-rescue-stunned-after-attack-by-elon-musk-1.2252212
- https://heavy.com/news/2018/07/elon-musk-vernon-unsworth-pedo-guy/
- https://hienalouca.com/2018/09/05/elon-musk-calls-thai-cave-rescue-diver-vernon-unsworth-child-rapist/
- https://hotair.com/archives/ed-morrissey/2018/07/16/cave-rescue-hero-yes-ill-probably-sue-musk-calling-pedo/
- https://hush-mag.com/2018/07/16/twitter-slams-elon-musk-after-he-calls-thai-rescue-diver-a-pedo/
- https://inews.co.uk/news/british-cave-diver-elon-musk/
- https://inews.co.uk/news/elon-musk-british-diver-pedo-guy-twitter/
- https://inews.co.uk/news/elon-musk-thailand-cave-diver-vernon-unsworth-attack-twitter/
- https://inews.co.uk/news/elon-musk-thailand-cave-diver-vernon-unsworth-row-defamation-sued/
- https://interestingengineering.com/elon-musk-calls-british-diver-in-thai-cave-rescue-pedo-guy-on-twitter

5

- https://interestingengineering.com/tesla-shares-fall-after-elon-musks-pedo-twitter-comment
- https://irving.fortune.com/2018/07/18/elon-musk-pedo-apology/
- https://japantoday.com/category/world/british-caver-says-considering-legal-action-after-elon-musk-%27pedo%27-tweet
- https://japantoday.com/category/world/british-caver-says-considering-legal-action-after-elon-musk-'pedo'-tweet
- https://jerseyeveningpost.com/news/uk-news/2018/07/18/billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur/
- https://jerseyeveningpost.com/news/uk-news/2018/12/28/python-palin-and-dame-twiggy-joined-by-cave-rescue-divers-in-2019-honours-list/
- https://junkee.com/elon-musk-pedo/167930
- https://kiwifarms.net/threads/elon-musk-calls-british-caver-who-advised-thai-cave-kid-rescue-pedo-on-twitter.45501/page-15
- https://knappily.com/ethics/elon-musk-unsworth-pedo-controversy-498
- https://knowtechie.com/elon-musk-pedo-guy/
- https://kywnewsradio.radio.com/articles/news/british-rescuer-considers-legal-action-against-elon-musk-over-pedo-tweet
- https://kywnewsradio.radio.com/articles/news/elon-musk-makes-unfounded-accusation-against-thai-cave-rescuer
- https://lifeboat.com/blog/2018/07/british-caver-considering-legal-action-after-elon-musk-pedo-tweet
- https://loupventures.com/an-open-letter-to-elon-musk/
- https://m.inquirer.net/entertainment/283867
- https://magic106.com/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- https://markets.businessinsider.com/news/stocks/tesla-stock-price-elon-musk-rough-weekend-2018-7-1027371542
- https://mashable.com/article/british-rescuer-threatens-to-sue-elon-musk-following-pedo-tweet/
- https://mashable.com/article/elon-musk-apologizes-unsworth/
- https://mashable.com/article/elon-musk-parody-accounts/
- https://me.me/i/elon-musk-elonmusk-6h-replying-to-gossithedog-bet-ya-a-signed-0e2cfdb62fbc4c5785e8fbe28b5bfe82
- https://meaww.com/british-diver-thai-cave-rescuer-may-sue-elon-musk-over-pedo-remark
- https://metro.co.uk/2018/07/18/elon-musk-apologises-calling-british-rescue-diver-paedophile-7728953/
- https://metro.co.uk/2018/08/29/elon-musk-refuses-to-back-down-over-pedo-claim-against-uk-cave-diver-7893274/
- https://metro.co.uk/2018/09/05/elon-musk-attacks-pedo-guy-again-and-calls-him-a-child-rapist-in-baseless-outburst-7915315
- https://metro.co.uk/2018/09/05/girlfriend-of-hero-rescue-diver-elon-musk-dubbed-pedo-guy-reveals-truth-behind-child-bride-slurs-7916854/
- https://metro.co.uk/2018/12/28/british-divers-recognised-in-new-year-honours-list-for-brave-thai-cave-rescue-8290408/
- https://mg.co.za/article/2018-07-16-british-rescue-diver-threatens-elon-musk-with-lawsuit-for-pedo-tweet
- https://money.cnn.com/2018/07/15/technology/elon-musk-thai-cave-rescue/index.html
- https://money.cnn.com/2018/07/16/technology/business/elon-musk-tweet-controversy/
- https://money.cnn.com/2018/08/28/technology/elon-musk-new-york-times-interview-tears/index.html

6

- https://news.mb.com.ph/2018/07/17/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet/
- https://news.sky.com/story/british-cave-diver-mulls-legal-action-against-elon-musk-after-tycoon-brands-him-paedo-11438588
- https://news.sky.com/story/elon-musk-apologises-for-calling-british-cave-diver-a-paedo-11440370
- https://news.sky.com/story/elon-musk-calls-british-cave-diver-child-rapist-in-new-claim-11490910
- https://news.sky.com/story/hero-british-diver-vernon-unsworth-responds-as-elon-musk-revives-paedo-claim-11484854
- https://news.thaivisa.com/article/25458/im-no-child-bride-thai-girlfriend-40-of-brit-cave-hero-vernon-unsworth-dismisses-elon-musks-paedo-claims
- https://news.thaivisa.com/article/36411/vernon-unsworth-who-helped-rescue-thai-football-team-from-tham-luang-cave-receives-mbe
- https://news.yahoo.com/british-divers-helped-thai-cave-rescue-among-people-decorated-2019-new-year-honours-list-120602467.html
- https://news.yahoo.com/diver-helped-rescue-thai-kids-135907091.html
- https://news.yahoo.com/elon-musk-lashes-thai-cave-175229265.html
- https://news.yahoo.com/elon-musks-latest-outburst-raises-doubts-leadership-011517976.html
- https://news.ycombinator.com/item?id=17912985
- https://nextshark.com/elon-musk-calls-one-british-thai-cave-rescuers-pedo-guy-twitter/
- https://nypost.com/2018/07/15/furious-elon-musk-calls-thai-rescue-diver-a-pedo/
- https://nypost.com/2018/07/16/cave-diver-considers-suing-elon-musk-for-calling-him-a-pedo/
- https://nypost.com/2018/09/06/thai-cave-rescue-survivors-take-their-show-on-the-road/
- https://people.com/human-interest/elon-musk-controversial-tweets
- https://pk.shafaqna.com/EN/AL/7063
- https://power97.com/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- https://pressfrom.info/au/news/money/-73248-elon-musk-s-pedo-attack-rattles-tesla-investors-this-thing-is-unraveling.html
- https://pressfrom.info/us/news/world/-166162-british-diver-doesnt-rule-out-legal-action-against-musk-over-tweets.html
- https://pressfrom.info/us/news/world/-226761-british-divers-in-thai-cave-rescue-make-uk-honours-list.html
- https://qz.com/1330546/elon-musk-apologizes-for-calling-cave-diver-vernon-unsworth-a-pedophile/
- https://qz.com/co/1087900/in-new-email-elon-musk-accuses-cave-rescuer-of-being-a-child-rapist-and-hopes-for-a-lawsuit/
- https://sanfrancisco.cbslocal.com/2018/07/15/elon-musk-makes-unfounded-accusation-against-thai-cave-rescuer/
- https://sanfrancisco.cbslocal.com/2018/07/16/thai-cave-rescue-elon-musk-pedo-tweet-possible-legal-action/
- https://seekingalpha.com/news/3370901-musk-apologizes-british-cave-diver
- https://slate.com/technology/2018/07/elon-musk-calls-thai-cave-rescue-diver-a-sex-criminal.html
- https://southfront.org/in-twitter-meltdown-elon-musk-calls-thai-cave-diver-a-pedophile/
- https://sputniknews.com/viral/201808291067554742-musk-pedo-guy-tweet-again/
- https://sputniknews.com/world/201809051067754402-elon-musk-to-pedo-guy-sue-me/
- https://stopelonfromfailingagain.com/2018/08/01/after-elon-musks-pedo-tweet-tesla-shares-fall-4-as-some-investors-worry-about-his-erratic-behavior/

7

- https://stv.tv/news/international/1423353-british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo/
- https://techcrunch.com/2018/07/15/elon-musk-tweets-hell-bet-ya-a-signed-dollar-that-thai-cave-rescuer-is-a-pedo/
- https://techcrunch.com/2018/07/18/elon-musk-kinda-apologizes-for-calling-thai-cave-rescuer-a-pedo/
- https://techgrabyte.com/elon-musk-called-one-thai-cave-rescuers-pedophile/
- https://thehill.com/blogs/blog-briefing-room/397095-elon-musk-tears-into-british-cave-diving-expert-who-helped-rescue
- https://thehill.com/blogs/blog-briefing-room/news/448159-british-diver-who-rescued-thai-soccer-players-feuded-with-elon
- https://thehill.com/homenews/397152-british-diving-experts-considers-legal-action-against-elon-musk-for-attacking-him-as
- https://themorningbellbd/british-caver-could-sue-elon-musk-over-twitter-attack/
- https://thenewdaily.com.au/news/world/2018/07/17/thai-cave-diver-elon-musk-legal-action/
- https://thenextweb.com/opinion/2018/07/06/a-tale-of-two-elons-why-this-superhero-should-get-banned-from-twitter-but-wont/
- https://thenextweb.com/world/2018/07/16/dear-elon-musk-delete-your-twitter-account/
- https://thephagroup.com/insights/think-tweet-word-advice-musk/
- https://thesunbest.com/what-was-elon-musks-paedo-guy-tweet-about-thailand-cave-diver-vern-unsworth-and-what-has-he-said-now/
- https://theweek.com/speedreads/784912/elon-musk-calls-diver-who-helped-save-boys-thailand-pedo
- https://theworldnews.net/gb-news/brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musk-s-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death
- https://theworldnews.net/pk-news/elon-musk-s-latest-outburst-raises-doubts-on-leadership
- https://theworldnews.net/uk-news/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe
- https://time.com/5339219/elon-musk-diver-thai-soccer-team-pedo/
- https://time.com/5339501/elon-musk-pedo-tweet/
- https://time.com/5340621/thailand-cave-rescue-elon-musk-pedo-shares/
- https://time.com/5341647/elon-musk-british-cave-diver-apology-pedo/
- https://time.com/5387001/elon-musk-calls-vernon-unsworth-child-rapist
- https://travel.squibs.org/squib/6120853/brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musks-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death
- https://trendingpress.com/elon-musk-in-new-rant-at-thai-cave-rescuer/
- https://truepundit.com/elon-musk-renews-pedo-controversy-asks-if-its-strange-the-british-diver-hasnt-sued/
- https://twnews.co.uk/gb-news/elon-musk-appears-to-claim-brit-cave-hero-vern-unsworth-is-a-paedo-again-one-month-after-he-apologised-for-outrageous-slur
- https://wgntv.com/2018/07/16/british-rescuer-considers-legal-action-against-elon-musk-over-pedo-tweet/
- https://wonderfulengineering.com/elon-musk-calls-british-diver-in-thai-cave-rescue-pedo-guy-in-a-tweet/
- https://wreg.com/2018/07/16/caver-who-helped-in-thailand-rescue-considers-legal-action-against-elon-musk/
- https://www.2oceansvibe.com/2018/08/29/elon-musk-is-talking-about-paedophiles-again/
- https://www.9news.com.au/world/thai-cave-rescue-elon-musk-twitter-tirade/4ac65452-c8c9-47ca-afdd-1b687c9e213c

8

- https://www.abc.net.au/news/2018-07-16/elon-musk-calls-uk-diver-a-pedo-in-stunning-attack/9997606
- https://www.abc.net.au/news/2018-07-18/elon-musk-apologises/10009828
- https://www.abc10.com/article/news/nation-world/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-a-pedophile/507-575018316
- https://www.abcactionnews.com/news/national/elon-musk-thai-cave-rescuer-pedo-pedophile-tweet
- https://www.adelaidenow.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-pedo/news-story/65315c4a68e255f597f3aa1d6fdd87da
- https://www.apnews.com/0b149d80ae6f4b96ae4e699c77e3c100
- https://www.asiaone.com/world/thai-cave-rescue-british-diver-considering-legal-action-after-elon-musk-pedo-tweet
- https://www.autoblog.com/2018/07/16/elon-musk-calls-thai-cave-rescuer-pedophile-twitter/
- https://www.autoblog.com/2018/07/17/elon-musk-british-caver-lawyers/
- https://www.autoblog.com/2018/09/05/tesla-stock-and-bond-prices-drop-after-elon-musk-renews-attack-o/
- https://www.axios.com/elon-musk-tweet-apologize-thai-cave-rescuer-pedo-guy-af1d0efc-0a3e-401f-bd09-e301cd2b385b.html
- https://www.bangkokpost.com/thailand/general/1504438/uk-caver-considering-legal-action-after-elon-musk-tweet
- https://www.bangkokpost.com/thailand/general/1505670/elon-musk-apologises-to-british-caver-for-twitter-slur
- https://www.bangkokpost.com/thailand/general/1534626/elon-musk-viciously-attacks-chiang-rai-cave-diver
- https://www.barrons.com/articles/tesla-elon-musk-cave-diver-rapist-1536157636
- https://www.bbc.com/news/technology-45341822
- https://www.bbc.com/news/world-asia-44846945
- https://www.bbc.com/news/world-asia-44870303
- https://www.bbc.com/news/world-us-canada-45418245
- https://www.belfasttelegraph.co.uk/news/uk/new-year-honours-divers-who-took-part-in-thai-cave-rescue-honoured-for-their-bravery-37664008.html
- https://www.benzinga.com/analyst-ratings/analyst-color/18/09/12323552/gene-munster-telsa-still-holds-upside-potential-but-elo
- https://www.bloomberg.com/news/articles/2018-08-29/musk-s-rants-rekindle-concern-about-ceo-s-troublesome-tweeting
- https://www.breakingnews.ie/world/british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet-855539.html
- https://www.breakingviews.com/considered-view/elon-musk-outburst-puts-tesla-board-on-the-spot/
- https://www.breitbart.com/tech/2018/07/15/elon-musk-calls-thai-cave-rescue-hero-pedo-guy-in-bizarre-twitter-outburst/
- https://www.breitbart.com/tech/2018/07/16/british-cave-rescue-hero-considers-lawsuit-against-elon-musk-after-pedo-guy-tweet/
- https://www.briskoda.net/forums/topic/452797-tesla-boss-elon-musk-calls-britsh-cave-diver-a-pedo/
- https://www.businessdailyafrica.com/news/world/Tesla-shares-fall-after-CEO-abuses-cave-rescuer/4259366-4667554-3kuq07/index.html
- https://www.businessinsider.co.za/elon-musk-british-cave-diver-pedo-feud-thai-cave-rescue-2018-7

9

Exhibit 1, Page 52

- https://www.businessinsider.co.za/the-british-cave-rescue-diver-may-sue-elon-musk-over-pedo-comment-2018-7
- https://www.businessinsider.com/elon-musk-asks-why-the-diver-he-called-a-pedo-hasnt-sued-him-yet-2018-8
- https://www.businessinsider.com/elon-musk-british-cave-diver-pedo-feud-thai-cave-rescue-2018-7
- https://www.businessinsider.com/elon-musk-cave-diver-buzzfeed-2018-9
- https://www.businessinsider.com/elon-musk-shocking-quotes-tweets-2018-10
- https://www.businessinsider.com/elon-musks-tweets-could-create-problems-for-tesla-2018-7
- https://www.businessinsider.com/elon-musk-thai-cave-apology-to-vernon-unsworth-2018-7
- https://www.businessinsider.com/elon-musk-twitter-controversy-2018?utm_source=markets&utm_medium=ingest
- https://www.businessinsider.com/the-british-cave-rescue-diver-may-sue-elon-musk-over-pedo-comment-2018-7
- https://www.businessinsider.com/vern-unsworth-elon-musk-lawyers-2018-7
- https://www.businessinsider.in/elon-musk-has-apologized-for-defaming-a-british-cave-rescue-diver-who-threatened-to-sue-the-billionaire/articleshow/65036352.cms
- https://www.businessinsider.in/elon-musk-says-he-sees-twitter-as-a-meme-war-land-and-it-could-create-a-big-problem-for-tesla/articleshow/65043484.cms
- https://www.businessinsider.in/the-british-diver-from-the-thai-cave-rescue-who-was-called-a-pedo-by-elon-musk-says-hes-considering-suing-the-billionaire/articleshow/65006199.cms
- https://www.buzz.ie/news/thailand-resuce-diver-sue-elon-musk-pedo-292474
- https://www.buzzfeednews.com/article/remysmidt/elon-musk-attacks-diver-who-helped-rescue-thai-boys
- https://www.buzzfeednews.com/article/ryanmac/elon-musk-revisits-baseless-pedophile-claims
- https://www.buzzfeednews.com/article/ryanmac/elon-musk-thai-cave-rescuer-accusations
- https://www.bworldonline.com/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet/
- https://www.cars.com/articles/the-week-in-tesla-news-snoozing-on-autopilot-musk-off-twitter-and-the-ev-evolution-404477/
- https://www.carscoops.com/2018/07/elon-musk-apologizes-thai-cave-diver-called-pedo-guy/
- https://www.carscoops.com/2018/07/elon-musk-calls-thai-cave-rescue-diver-pedo-guy-pr-stunt-comment/
- https://www.carthrottle.com/post/elon-musk-calls-thai-cave-rescue-diver-a-pedo-in-bizarre-outburst-then-deletes-tweets/
- https://www.carthrottle.com/post/elon-musk-calls-thai-cave-rescue-diver-a-pedo-in-bizarre-outburst-then-deletes-tweets/?comments_page=3
- https://www.carthrottle.com/post/elon-musk-has-apologised-after-calling-a-hero-cave-diver-a-pedo/
- https://www.cbc.ca/news/business/elon-musk-apologizes-1.4751308
- https://www.cbsnews.com/news/elon-musk-apologizes-to-british-caver-for-pedo-tweet/
- https://www.cbsnews.com/news/elon-musk-british-caver-thailand-rescue-soccer-team-pedo-tweet-mini-submarine/
- https://www.cbsnews.com/news/elon-musk-renews-pedophilia-claims-against-diver-thai-cave-rescue
- https://www.channelnewsasia.com/news/asia/thailand-cave-rescue-elon-musk-10533930
- https://www.chiangraitimes.com/thailand-national-news/chiangrai-news/british-diver-instrumental-in-thai-cave-rescue-stunned-by-tesla-ceo-elon-musks-pedo-guy-tweet/
- https://www.chicagotribune.com/nation-world/ct-elon-musk-thai-rescue-20180715-story.html

10

- https://www.chinadailyhk.com/articles/20/33/104/1531804028186.html
- https://www.cnbc.com/2018/07/15/elon-musk-spars-with-thai-soccer-team-rescuer-in-blistering-tirade.html
- https://www.cnbc.com/2018/07/18/elon-musk-apologizes-to-british-cave-diver-followingbaseless-pedo-gu.html
- https://www.cnbc.com/2018/08/29/tesla-ceo-elon-musk-reignites-pedo-guy-cave-diver-controversy.html
- https://www.cnbc.com/2018/09/05/tesla-ceo-elon-musk-calls-british-cave-diver-child-rapist.htm
- https://www.cnbc.com/video/2018/07/16/elon-musk-calls-rescue-diver-pedo-guy.html
- https://www.cnet.com/news/elon-musk-apologises-for-pedo-guy-comment/
- https://www.cnet.com/news/elon-musk-seems-to-revive-pedo-claims-against-thai-cave-rescue-dive
- https://www.cnet.com/news/musk-renews-pedophilia-claims-against-diver-in-thai-cave-rescue/
- https://www.cnet.com/roadshow/news/tesla-investors-tell-elon-musk-to-apologize-for-pedo-twitter-remarks/
- https://www.coffscoastadvocate.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-ped1/3468027/
- https://www.complex.com/life/2018/07/elon-musk-apologizes-calling-thai-cave-rescuer-pedo-guy
- https://www.countypress.co.uk/news/national/16361182.billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur/
- https://www.cpr.org/2018/07/16/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue/
- https://www.ctvnews.ca/world/elon-musk-calls-british-cave-diver-who-helped-in-thailand-rescue-a-pedo-1.4014746
- https://www.dailydot.com/debug/elon-musk-pedo/
- https://www.dailymail.co.uk/news/article-5955753/British-caver-helped-save-Thai-boys-says-Elon-Musk-stick-submarine-hurt.html
- https://www.dailymail.co.uk/news/article-5963101/British-caver-labelled-pedo-guy-Elon-Musk-says-approached-UK-lawyers.html
- https://www.dailymail.co.uk/news/article-5965465/Elon-Musk-APOLOGISES-British-cave-diver-labelled-pedo-guy.html
- https://www.dailymail.co.uk/news/article-6108365/Elon-Musk-doubles-pedo-guy-claim-British-diver.html
- https://www.dailymail.co.uk/news/article-6132427/Elon-Musk-accuses-British-cave-diver-moving-Thailand-child-bride.html
- https://www.dailymail.co.uk/news/article-6537121/British-divers-rescued-Thai-boys-trapped-cave-rewarded-honours-list.html
- https://www.dailymail.co.uk/news/article-7133263/Hero-British-diver-saved-Thai-youth-football-team-MBE.html
- https://www.dailymercury.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- https://www.dailyrecord.co.uk/news/uk-world-news/billionaire-elon-musk-apologises-hero-12939336
- https://www.dailystar.co.uk/news/latest-news/750353/vern-unsworth-elon-musk-new-years-honours-mbe-thailand-cave-rescue
- https://www.dailystar.co.uk/news/world-news/726306/elon-musk-pedo-claims-british-diver-vern-unsworth

- https://www.dailystar.co.uk/news/world-news/745729/nasa-Jim-Bridenstein-elon-musk-spacex-cannabis-marijuana-joe-rogan-podcast
- https://www.datalounge.com/thread/21643012-increasingly-agitated-elon-musk-labels-diver-who-mocked-his-submarine-a-pedo-guy-
- https://www.dazeddigital.com/life-culture/article/40703/1/elon-musk-billionaire-slur-pedo-tweets-cave-trump-republican
- https://www.deseretnews.com/article/900045902/tesla-ceo-elon-musk-60-minutes-first-amendment-work-sec-settlement-marijuana.html
- https://www.digitalspy.com/showbiz/a861690/elon-musk-thai-rescue-british-diver-pedo-guy/
- https://www.digitaltrends.com/cool-tech/boring-company-spacex-thailand-rescue/
- https://www.driven.co.nz/news/lifestyle/elon-musk-apologises-for-calling-thai-rescue-diver-a-pedo/
- https://www.dw.com/en/elon-musk-wont-stop-calling-diver-a-pedophile/a-45372611
- https://www.dw.com/en/teslas-elon-musk-apologizes-for-pedo-comment-on-thai-cave-rescuer/a-44682805
- https://www.eastlothiancourier.com/news/national-news/16356964.british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet/
- https://www.entrepreneur.com/article/319612
- https://www.esquire.com/news-politics/a22150925/elon-musk-thai-cave-pedo/
- https://www.esquire.com/uk/latest-news/a22210623/unsurprisingly-tesla-shares-fall-after-elon-musk-calls-cave-rescuer-a-pedo-in-tweet/
- https://www.esquire.com/uk/latest-news/a22859993/heroic-cave-diver-pedo-guy-elon-musk/
- https://www.esquire.com/uk/latest-news/a22990313/elon-musk-has-now-called-the-british-cave-rescuer-a-child-rapist-yes-really/
- https://www.eurogamer.net/articles/2018-07-16-elon-musks-twitter-tirade-has-me-dreaming-of-a-mass-effect-patch
- https://www.euronews.com/2018/07/18/insiders-are-questioning-musk-s-leadership-ability-after-erratic-rant-n892471
- https://www.euronews.com/2018/08/29/elon-musk-reignites-pedo-claims-against-uk-cave-diver
- https://www.europebreakingnews.net/2018/09/who-is-vernon-unsworth-thai-cave-rescue-diver-called-paedo-guy-and-child-rapist-by-tesla-ceo-elon-musk-and-is-he-suing/amp/
- https://www.express.co.uk/news/uk/989486/thai-cave-rescue-elon-musk-british-diver-vern-unsworth-legal-action-pedo-guy
- https://www.express.co.uk/news/world/1013457/Elon-Musk-British-diver-Vernon-Unsworth-attack-Thai-cave-rescue
- https://www.express.co.uk/news/world/989406/elon-musk-pedo-guy-tweet-what-did-musk-say-why-attack-thai-cave-rescue-british-diver
- https://www.fastcompany.com/90202674/elon-musk-accuses-thai-cave-rescue-diver-of-being-a-pedophile
- https://www.fastcompany.com/90204203/elon-musk-apologizes-for-calling-thailand-cave-diver-a-pedo
- https://www.fastcompany.com/90229343/elon-musk-is-back-to-insinuating-thai-cave-diver-is-a-pedo
- https://www.fastcompany.com/90232058/elon-musk-goes-all-in-accusing-brit-cave-diver-of-being-a-child-rapist
- https://www.fbcnews.com.fj/world/british-caver-could-sue-elon-musk-over-twitter-attack/
- https://www.fin24.com/Economy/elon-musks-latest-outburst-raises-doubts-on-leadership-20180717

12

- https://www.financialexpress.com/market/elon-musk-cant-take-his-own-advice-and-tesla-falls-again/1247719/
- https://www.forbes.com/sites/davidthier/2019/06/18/elon-musk-deleting-twitter-and-the-case-of-the-nier-automata-video-game-fan-art/#2a865272bb2c
- https://www.fox23.com/news/national-news/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-apospedo-guyapos/792421164
- https://www.foxnews.com/tech/elon-musk-calls-diver-who-helped-save-thailand-boys-a-pedo-for-slamming-his-rescue-idea
- https://www.foxnews.com/tech/elon-musk-labels-hero-cave-diver-a-child-rapist-after-apologizing-for-calling-him-a-paedo
- https://www.foxnews.com/tech/elon-musk-renews-pedo-controversy-asks-if-its-strange-the-british-diver-hasnt-sued
- https://www.ft.com/content/7aeab606-aaf8-11e8-89a1-e5de165fa619
- https://www.ft.com/content/865bc7b0-8860-11e8-bf9e-8771d5404543
- https://www.ft.com/content/e89c8fd2-8a58-11e8-bf9e-8771d5404543
- https://www.gattonstar.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- https://www.gulf-times.com/story/599679/British-caver-says-considering-legal-action-after-
- https://www.her.ie/news/diver-involved-thai-cave-rescue-considers-legal-action-elon-musk-413890
- https://www.heraldsun.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-pedo/news-story/65315c4a68e255f597f3aa1d6fdd87da
- https://www.highsnobiety.com/p/elon-musk-pedo-twitter-reactions/
- https://www.highsnobiety.com/p/elon-musk-revives-pedo-comments/
- https://www.highsnobiety.com/p/elon-musk-thai-cave-pedo-twitter/
- https://www.hindustantimes.com/world-news/elon-musk-calls-thai-cave-rescuer-a-paedophile-may-face-legal-action/story-aDML0s8hGN4owOxvmoGiZI.html
- https://www.hollywoodreporter.com/news/elon-musk-apologizes-thai-cave-rescue-diver-pedo-slur-1127985
- https://www.hollywoodreporter.com/news/elon-musk-calls-british-diver-involved-thai-cave-rescue-pedo-guy-twitter-1127203
- https://www.htxt.co.za/2018/07/18/elon-musk-apologises-for-calling-british-diver-a-pedo/
- https://www.huffingtonpost.ca/entry/elon-musk-thai-cave-pedo-guy_n_5b4b7390e4b0bc69a7881148
- https://www.huffingtonpost.ca/entry/elon-musk-vernon-unsworth-child-rapist-accusation_n_5b8f593be4b0162f47282227
- https://www.huffingtonpost.co.uk/entry/elon-musk-brands-british-diver-who-helped-rescue-thai-boys-from-flooded-cave-a-pedo_uk_5b4c5836e4b0bc69a788bdd3
- https://www.huffingtonpost.co.uk/entry/elon-musk-calls-thai-cave-diver-hero-a-child-rapist-as-he-escalates-baseless-feud_uk_5b8f9c4ce4b0162f472883ee
- https://www.huffingtonpost.co.uk/entry/elon-musk-pedo-british-diver-vernon-unsworth-thai-football-team_uk_5b864d78e4b0511db3d2f353
- https://www.huffingtonpost.com.au/entry/elon-musk-apologizes-pedo_n_5b4eedfde4b0b15aba89e97d
- https://www.huffingtonpost.in/2018/07/15/elon-musk-lashes-out-at-thai-cave-rescuer-baselessly-calls-him-a-pedo-guy_a_23482633/
- https://www.huffpost.com/entry/elon-musk-cant-stop-calling-hero-cave-rescuer-a-pedophile_n_5b8583cde4b0511db3d22773

13

- https://www.huffpost.com/entry/elon-musk-sued-by-thai-cave-rescuer_n_5ba03013e4b046313fbe6090
- https://www.huffpost.com/entry/elon-musk-thailand-cave-rescuer-might-sue_n_5b86b766e4b0511db3d3b7b9
- https://www.huffpost.com/entry/elon-musk-vernon-unsworth-child-rapist-accusation_n_5b8f593be4b0162f47282227
- https://www.ibtimes.co.in/heres-why-elon-musk-calling-thai-cave-rescuer-paedophile-775070
- https://www.ibtimes.com/elon-musk-ramps-attacks-against-thai-cave-rescuer-calls-him-child-rapist-2714149
- https://www.ien.com/product-development/news/21013863/elon-musk-apologizes-for-cave-rescue-diver-tweet
- https://www.inc.com/bill-murphy-jr/if-youre-calling-someone-a-pedo-on-twitter-elon-musk-its-time-to-take-a-long-hard-look-at-your-life.html
- https://www.inc.com/erik-sherman/elon-musk-lashes-out-at-thai-cave-diver-ruins-good-will-he-could-have-had.html
- https://www.inc.com/justin-bariso/elon-musks-harmful-twitter-attack-is-a-major-lesson-in-emotional-intelligence.html
- https://www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-pedo-twitter-vern-unsworth-thai-cave-rescue-tesla-interview-a8512736.html
- https://www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-spacex-passengers-japan-billioniare-yusaku-maezawa-space-moon-a8542416.html
- https://www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-tesla-tweet-private-drugs-sleeping-pills-crying-new-york-times-a8495531.html
- https://www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-thai-cave-rescue-diver-vern-unsworth-pedo-guy-twitter-a8452216.html
- https://www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-thai-cave-rescue-pedo-guy-attack-vern-unsworth-latest-email-a8523346.html
- https://www.independent.co.uk/news/business/comment/elon-musk-apology-thai-cave-rescue-tesla-vernon-unsworth-gene-munster-loup-capital-a8452526.html
- https://www.independent.co.uk/news/business/news/tesla-shares-latest-elon-musk-interview-ceo-break-down-twitter-private-a8496336.html
- https://www.independent.co.uk/news/uk/home-news/new-year-honours-2019-list-twiggy-pullman-thai-cave-divers-jim-carter-michael-palin-christopher-a8702731.html
- https://www.independent.co.uk/news/world/asia/thai-cave-rescue-elon-musk-british-diver-vern-unsworth-twitter-pedo-a8448366.html
- https://www.independent.co.uk/voices/jack-dorsey-elon-musk-twitter-exciting-user-defamation-diver-social-media-tech-a8779951.html
- https://www.independent.ie/business/world/thailand-cave-rescuer-considers-legal-action-against-billionaire-elon-musk-after-pedo-tweet-37123214.html
- https://www.indiatoday.in/technology/news/story/elon-musk-apologises-thai-cave-rescuer-pedo-guy-1289109-2018-07-18
- https://www.indiatoday.in/technology/news/story/elon-musk-to-face-trial-for-calling-thai-cave-rescuer-a-pedo-guy-1522546-2019-05-11
- https://www.inquisitr.com/4986835/elon-musk-goes-on-twitter-rant-calls-british-diver-that-helped-in-thai-cave-rescue-pedo-guy/
- https://www.insider.com/elon-musk-british-cave-diver-pedo-feud-thai-cave-rescue-2018-7
- https://www.insider.com/the-british-cave-rescue-diver-may-sue-elon-musk-over-pedo-comment-2018-7
- https://www.inverse.com/article/47045-elon-musk-calls-hero-of-thai-cave-rescue-pedo

14

- https://www.inverse.com/article/47050-thai-cave-rescue-hero-considers-legal-action-after-elon-musk-pedo-tweet
- https://www.inverse.com/article/48450-elon-musk-keeps-implying-this-guy-is-a-pedophile
- https://www.investopedia.com/news/bad-week-tesla-just-got-worse/
- https://www.irishcentral.com/news/heroic-irish-cave-diver-slams-elon-musk-bizarre-twitter-rant-submarine
- https://www.irishexaminer.com/breakingnews/world/billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur-856009.html
- https://www.irishexaminer.com/breakingnews/world/british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet-855539.html
- https://www.irishtimes.com/business/innovation/why-are-high-flyers-prone-to-plumbing-depths-1.3580954
- https://www.irishtimes.com/business/markets/elon-musk-loses-the-plot-again-1.3572903
- https://www.irishtimes.com/business/technology/time-for-musk-to-delete-his-twitter-account-1.3611620
- https://www.irishtimes.com/news/world/asia-pacific/diver-in-thai-cave-rescue-considers-legal-action-over-musk-pedo-attack-1.3566493
- https://www.irishtimes.com/news/world/us/elon-musk-apologises-to-british-diver-for-calling-him-a-pedo-1.3568809
- https://www.irishtimes.com/news/world/us/elon-musk-calls-thailand-diver-child-rapist-in-latest-baseless-attack-1.3618947
- https://www.irishtimes.com/news/world/us/elon-musk-doubles-down-on-pedo-claims-against-cave-diver-1.3611199
- https://www.itv.com/news/2018-07-16/british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet/
- https://www.itv.com/news/2018-07-18/billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur/
- https://www.itv.com/news/2018-08-08/how-a-single-tweet-can-change-world-markets-the-story-of-self-made-billionaire-elon-musk/
- https://www.japantimes.co.jp/news/2018/07/16/asia-pacific/crime-legal-asia-pacific/british-cave-diver-says-hes-considering-legal-action-elon-musk-pedo-tweet/#.XUOLp-gzZPY
- https://www.japantimes.co.jp/news/2018/10/02/business/tesla-shares-surge-model-3-numbers-elon-musk-settling-row-regulators/#.XUa5z-gzZPY
- https://www.jihadwatch.org/2018/09/elon-musk-tilting-at-the-wrong-windmill
- https://www.joe.ie/news/elon-musk-diver-remark-633356
- https://www.kiiitv.com/article/news/nation-now/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/465-4608abd6-b461-43fb-b383-0059f436bd45
- https://www.king5.com/article/news/nation-world/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-a-pedophile/507-575018316
- https://www.kqed.org/news/11680781/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue
- https://www.kvue.com/article/news/nation-now/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/465-4608abd6-b461-43fb-b383-0059f436bd45
- https://www.latimes.com/business/autos/la-fi-hy-musk-pedo-suit-20180829-story.html
- https://www.letsrun.com/forum/flat_read.php?thread=8920431
- https://www.libertyproject.com/elon-musk-sec-settlement-2609322355.html
- https://www.lipstickalley.com/threads/elon-musk-calls-thai-cave-rescuer-a-child-rapist-after-a-child-bride-in-new-emails-to-buzzfeed.1810338/

Exhibit 1, Page 58

- https://www.lipstickalley.com/threads/missing-thai-boys-football-team-coach-are-found-alive-in-a-cave-all-are-out-safe.1682768/page-14
- https://www.marketwatch.com/discover?url=https%3A%2F%2Fwww.marketwatch.com%2Famp%2Fstory%2Fguid%2Ff17ad066-b08a-11e8-ae87-d18245ae6241&link=sfmw_tw#https://www.marketwatch.com/amp/story/guid/f17ad066-b08a-11e8-ae87-d18245ae6241?mod=dist_amp_social
- https://www.marketwatch.com/story/elon-musk-apologizes-to-british-diver-for-calling-him-a-pedo-2018-07-18
- https://www.marketwatch.com/story/elon-musk-calls-thailand-cave-rescue-diver-a-pedo-in-twitter-outburst-2018-07-15
- https://www.mediafirst.co.uk/our-thinking/five-lessons-from-musks-costly-twitter-meltdown/
- https://www.mercurynews.com/2018/07/16/has-elon-musk-gone-too-far-with-tweet-about-thai-cave-rescue-diver/
- https://www.mercurynews.com/2018/07/16/musk-insisting-he-helped-in-thai-cave-rescue-calls-actual-rescuer-a-pedo/
- https://www.mercurynews.com/2018/07/18/elon-musk-apologizes-for-pedo-tweet-about-british-cave-diver/
- https://www.metro.news/elon-musk-apologises-for-wrongly-calling-british-rescuer-a-pedo-guy/1148976/
- https://www.mirror.co.uk/news/politics/new-year-honours-list-2019-13786682
- https://www.mirror.co.uk/news/world-news/elon-musk-calls-hero-brit-12925681
- https://www.mirror.co.uk/news/world-news/elon-musk-claims-british-cave-13194719
- https://www.mirror.co.uk/news/world-news/elon-musk-questions-brit-cave-13156213
- https://www.mirror.co.uk/news/world-news/hero-british-diver-sue-elon-12928500
- https://www.motherjones.com/politics/2019/02/jack-dorsey-elon-musk-twitter/
- https://www.mysanantonio.com/technology/businessinsider/article/Elon-Musk-asks-why-the-diver-he-called-a-pedo-13191002.php
- https://www.naracoorteherald.com.au/story/5531579/musk-goes-too-far-with-thai-cave-tweet/?cs=11147
- https://www.narcity.com/gossip/elon-musk-called-one-of-the-british-divers-from-the-thai-cave-rescue-a-pedo-and-the-drama-since-has-been-baffling
- https://www.nbc26.com/news/national/elon-musk-thai-cave-rescuer-pedo-pedophile-tweet
- https://www.nbcnews.com/business/autos/insiders-are-questioning-musk-s-leadership-ability-after-erratic-rant-n892471
- https://www.nbcnews.com/news/world/elon-musk-apologizes-blames-anger-calling-thai-cave-diver-pedo-n892296
- https://www.nbcnews.com/news/world/elon-musk-calls-thai-cave-rescue-diver-vern-unsworth-pedo-n891651
- https://www.nbcwashington.com/news/tech/Thai-Rescue-Diver-Mulls-Legal-Action-After-Elon-Musk-Calls-Him-Pedo-Guy--488263091.html
- https://www.ndtv.com/world-news/elon-musk-insists-he-helped-in-thai-cave-rescue-calls-actual-rescuer-a-pedo-1883791
- https://www.news.com.au/technology/billionaire-elon-musk-calls-thai-rescuer-a-pedo/news-story/4f7283517f53c3b3f19a952a636fccd2
- https://www.news.com.au/technology/innovation/elon-musk-apologises-for-calling-thai-rescue-diver-a-pedo/news-story/606b3fc050064b9b5d39b7db133a46f1
- https://www.news.com.au/technology/online/social/elon-musk-has-gone-full-donald-trump-with-his-latest-twitter-outburst/news-story/f4e9c4b696c01343e401214051fd8e9f

16

- https://www.news.com.au/technology/science/space/elon-musks-scary-rant-tops-off-a-bizarre-week-for-the-tech-billionaire/news-story/5bf4ab4b06956ce400a15e00a97a21d4
- https://www.news18.com/news/tech/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet-1813191.html
- https://www.news18.com/news/tech/elon-musks-latest-outburst-raises-doubts-on-leadership-1814075.html
- https://www.news18.com/news/world/uk-honours-divers-who-helped-rescue-thai-cave-boys-1986609.html
- https://www.news24.com/World/News/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet-20180716
- https://www.newscabal.co.uk/family-of-british-thai-cave-hero-slam-elon-musks-paedo-accusations-as-unbelievable-and-completely-untrue/
- https://www.newscentermaine.com/article/news/nation-now/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/465-4608abd6-b461-43fb-b383-0059f436bd45
- https://www.newscentermaine.com/article/news/nation-now/thai-cave-rescue-diver-may-sue-tesla-ceo-elon-musk-for-calling-him-a-pedo-in-tweet/465-0df24822-4396-4b43-8536-a3768b165f0b
- https://www.newser.com/story/261992/elon-musk-calls-thai-cave-rescuer-pedo-deletes-tweet.html
- https://www.newser.com/story/263936/elon-musk-not-done-tweeting-about-diver-he-called-pedo.html
- https://www.newstalk.com/news/elon-musk-apologises-for-calling-thai-cave-diver-a-paedo-501707
- https://www.newstalkzb.co.nz/news/world/elon-musk-apologises-for-calling-thai-rescue-diver-a-pedo/
- https://www.newstalkzb.co.nz/news/world/thai-cave-rescuer-considers-suing-elon-musk-over-pedo-tweets/
- https://www.newstatesman.com/science-tech/2018/07/elon-musk-spoiled-teenager-trapped-body-billionaire
- https://www.newsweek.com/elon-musk-again-goes-after-british-cave-diver-he-called-pedo-twitter-1094048
- https://www.newsweek.com/elon-musk-not-done-british-diver-calls-cave-rescuer-child-rapist-1105293
- https://www.newsweek.com/pedo-guy-elon-musk-fires-back-british-diver-who-led-rescue-thai-soccer-team-1025516
- https://www.nhregister.com/technology/businessinsider/article/Dear-Elon-Tusk-It-s-time-to-delete-your-Twitter-13649960.php
- https://www.northernstar.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- https://www.nova969.com.au/news/social-media-slams-elon-musk-calling-diver-who-played-crucial-role-thai-rescue-pedo
- https://www.npr.org/2018/07/16/629348178/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue
- https://www.npr.org/2018/07/18/630130125/elon-musk-apologizes-to-diver-in-cave-rescue-for-words-spoken-in-anger
- https://www.nst.com.my/world/2018/07/391321/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet
- https://www.nydailynews.com/news/ny-news-elon-musk-thai-diver-child-bride-20180904-story.html

17

- https://www.nytimes.com/2018/07/18/business/elon-musk-vern-unsworth-pedo-guy.html
- https://www.nytimes.com/2018/08/16/business/elon-musk-interview-tesla.html
- https://www.nytimes.com/2018/08/18/business/elon-musk-tesla-timeline.html
- https://www.nytimes.com/2018/08/28/business/elon-musk-tesla.html
- https://www.nzherald.co.nz/business/news/article.cfm?c_id=3&objectid=12091265
- https://www.nzherald.co.nz/world/news/article.cfm?c_id=2&objectid=12089619
- https://www.nzherald.co.nz/world/news/article.cfm?c_id=2&objectid=12090255
- https://www.ocregister.com/2018/07/16/musk-labels-diver-a-pedophile-in-spat-over-thai-cave-rescue/
- https://www.omanobserver.om/they-cant-just-jeopardise-a-billion-dreams/
- https://www.onenewspage.com/n/Business/1zj8wihl74/Elon-Musk-latest-outburst-raises-doubts-on.htm
- https://www.pedestrian.tv/news/elon-musk-diver-legal-action/
- https://www.philstockworld.com/2018/07/16/thai-caverescue-hero-plans-to-sue-musk-over-pedophile-accusations/
- https://www.prdaily.com/elon-musk-apologizes-for-pedo-comment/
- https://www.pressdemocrat.com/business/8541640-181/elon-musks-social-media-conduct
- https://www.proactiveinvestors.com/companies/news/200869/fur-flies-after-tesla-ceo-elon-musk-calls-british-diver-in-thai-cave-rescue-pedo-in-twitter-tirade-200869.html
- https://www.prweek.com/article/1488144/two-views-elon-musks-pedo-guy-tweet-subsequent-apology
- https://www.qt.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- https://www.qt.com.au/news/elon-musk-deletes-racy-miley-cyrus-tweet/3478862/
- https://www.quora.com/What-did-Elon-Musk-mean-when-he-referred-to-the-Thailand-rescue-dive-expert-Vern-Unsworth-as-pedo-guy-What-exactly-was-he-saying
- https://www.quora.com/Whats-the-full-story-behind-Elon-Musks-involvement-with-the-Thai-cave-rescue-effort
- https://www.quora.com/Whats-your-reaction-to-Musk-calling-the-British-diver-a-pedophile
- https://www.quora.com/Why-did-Elon-Musk-accuse-the-cave-diver-Vern-Unsworth-who-masterminded-the-Thai-cave-rescue-of-being-a-pedophile
- https://www.rappler.com/technology/news/207505-elon-musk-pedo-tweet-investor-effects-tesla-stock
- https://www.rappler.com/world/regions/asia-pacific/207446-vernon-unsworth-considering-legal-action-against-elon-musk
- https://www.resetera.com/threads/diver-attacked-by-elon-musk-as-%E2%80%98pedo-guy%E2%80%99-is-prepping-a-libel-suit.65308/
- https://www.reuters.com/article/us-tesla-ceo/tesla-shares-fall-after-ceo-musk-abuses-british-diver-idUSKBN1K62H7
- https://www.reuters.com/article/us-thailand-accident-cave-tesla/british-caver-says-he-approached-by-u-s-british-lawyers-over-musks-comments-idUSKBN1K71VX
- https://www.reuters.com/article/us-thailand-accident-cave-tesla/teslas-musk-apologizes-for-his-comments-on-british-caver-idUSKBN1K80M5
- https://www.rnz.co.nz/news/world/361982/british-caver-could-sue-elon-musk-over-twitter-attack
- https://www.rnz.co.nz/news/world/362131/elon-musk-apologises-to-thai-cave-diver-for-twitter-attack
- https://www.rt.com/business/437121-elon-musk-tweet-pedo/
- https://www.rt.com/news/433322-elon-musk-pedo-sue/
- https://www.rt.com/news/437649-musk-british-diver-pedophilia-claims/

- https://www.rt.com/usa/437199-musk-lawsuit-libel-pedo-guy/
- https://www.sbs.com.au/news/british-caver-considering-legal-action-after-elon-musk-pedo-tweet
- https://www.sbs.com.au/news/elon-musk-calls-thai-cave-rescuer-a-pedo-for-mocking-submarine
- https://www.scmp.com/news/asia/southeast-asia/article/2155383/elon-musk-calls-british-diver-thai-cave-rescue-pedo-bizarre
- https://www.scmp.com/news/world/europe/article/2179965/british-divers-involved-years-dramatic-thai-cave-rescue-make-uk
- https://www.scmp.com/news/world/united-states-canada/article/2155552/tesla-shares-fall-and-elon-musk-loses-us295-million
- https://www.sfchronicle.com/business/article/In-Elon-Musk-s-world-brakes-are-for-cars-not-13198077.php
- https://www.shortlist.com/news/elon-musk-thai-rescue-diver-libel-argument-twitter
- https://www.sltrib.com/news/nation-world/2018/07/16/thai-cave-rescuer/
- https://www.smartcompany.com.au/people-human-resources/leadership/after-calling-thai-cave-rescuer-a-pedo-heres-how-elon-musk-went-from-idolised-tech-god-to-erratic-online-abuser/
- https://www.spaceflightinsider.com/organizations/space-exploration-technologies/is-spacexs-elon-musk-conducting-a-twitter-war/
- https://www.sportbreakingnews.com/2018/07/elon-musks-latest-outburst-raises-doubts-on-leadership/
- https://www.standard.co.uk/news/uk/british-diver-who-helped-rescued-thai-football-team-from-cave-receives-mbe-at-buckingham-palace-a4165846.html
- https://www.standard.co.uk/news/world/british-diver-branded-a-pedo-by-elon-musk-after-thai-cave-rescue-threatens-to-sue-spacex-boss-a3888011.html
- https://www.standard.co.uk/news/world/elon-musk-brands-thailand-cave-diver-child-rapist-in-latest-baseless-attack-following-backlash-over-a3927746.html
- https://www.standard.co.uk/news/world/new-year-honours-2019-hero-brit-divers-decorated-for-thai-cave-rescue-that-gripped-the-world-a4026546.html
- https://www.standard.co.uk/news/world/thailand-cave-rescue-theresa-may-meets-british-hero-divers-who-helped-rescue-trapped-bo-a3895431.html
- https://www.straitstimes.com/asia/se-asia/british-caver-says-he-approached-by-us-british-lawyers-over-elon-musks-comments
- https://www.straitstimes.com/world/elon-musk-insults-thai-cave-rescue-diver-5-other-headline-grabbing-moments-involving-the-tech
- https://www.straitstimes.com/world/united-states/tesla-chief-elon-musk-insisting-he-helped-in-thai-cave-rescue-calls-actual
- https://www.straitstimes.com/world/united-states/tesla-chief-elon-musks-latest-outburst-raises-doubts-on-leadership-rattles
- https://www.stuff.co.nz/world/105529980/elon-musks-pedo-slur-british-cave-diver-considers-legal-action
- https://www.sunshinecoastdaily.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-ped1/3468027/
- https://www.sunshinecoastdaily.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- https://www.takingonissues.com/cave-rescue-hero-yes-ill-probably-sue-musk-for-calling-me-a-pedo/
- https://www.tech-arena.co.uk/elon-musk-has-revisited-his-baseless-pedophile-claims/

19

- https://www.techspot.com/community/topics/elon-musk-responds-to-thai-cave-divers-criticism-by-calling-him-a-pedo.247815/
- https://www.techspot.com/news/75511-elon-musk-responds-thai-cave-diver-criticism-calling.html
- https://www.telegraph.co.uk/men/thinking-man/eating-elon-musk/
- https://www.telegraph.co.uk/news/2018/07/15/elon-musk-launches-baseless-attack-thai-cave-rescue-diver/
- https://www.telegraph.co.uk/news/2018/07/16/british-caver-considering-legal-action-elon-musk-pedo-tweet/
- https://www.telegraph.co.uk/news/2018/07/18/elon-musk-apologises-british-cave-rescuer-falsely-called-pedo/
- https://www.telegraph.co.uk/news/2018/12/28/sir-michael-palin-celebrate-knighthood-glass-horlicks-early/
- https://www.telegraph.co.uk/technology/2018/07/16/elon-musk-went-tech-superhero-internet-villain/
- https://www.telegraph.co.uk/technology/2018/08/28/elon-musk-renews-attack-british-caver-accused-paedophile/
- https://www.telegraph.co.uk/technology/2018/09/05/elon-musk-brands-british-diver-thai-rescue-child-rapist-feud
- https://www.telegraph.co.uk/technology/2018/09/05/elon-musk-brands-british-diver-thai-rescue-child-rapist-feud/
- https://www.theadvocate.com.au/story/5527214/musk-labels-uk-thai-cave-rescuer-a-pedo/
- https://www.theage.com.au/national/victoria/elon-musk-s-pedo-slur-british-cave-diver-considers-legal-action-20180716-p4zrtv.html
- https://www.theatlantic.com/technology/archive/2018/08/twitter-loves-elon-musk/567026/
- https://www.theatlantic.com/technology/archive/2018/09/elon-musk-buzzfeed-off-the-record-vernon-unsworth/569437/
- https://www.theaustralian.com.au
- https://www.theblaze.com/news/2018/07/16/elon-musk-calls-thai-cave-rescuer-pedophile-might-face-legal-action
- https://www.thecitizen.co.tz/news/business/Musk-s-outburst-raises-leadership-doubts/1840414-4669454-vu9hop/index.html
- https://www.thecut.com/2018/07/elon-musk-thai-cave-rescue-pedo.html
- https://www.thecut.com/2018/09/elon-musk-thai-cave-rescuer-pedo-accusation.html
- https://www.thedailybeast.com/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo
- https://www.thedailybeast.com/elon-musk-renews-pedophilia-attacks-on-british-diver
- https://www.thedailybeast.com/elon-musk-to-cave-diver-vernon-unsworth-in-pedo-guy-suit-you-started-it
- https://www.thedailystar.net/world/elon-musk-apologises-to-british-caver-vernon-unsworth-for-pedo-slur-1607290
- https://www.thedetroitbureau.com/2018/07/tesla-ceo-musk-lashes-out-at-british-diver-in-latest-round-of-odd-behavior/
- https://www.thedrive.com/news/22972/report-teslas-elon-musk-confesses-the-worst-is-yet-to-come
- https://www.thedrive.com/news/23361/tesla-ceo-elon-musk-doubles-down-on-child-rapist-claims-curses-out-reporter-in-email
- https://www.theglobeandmail.com/business/international-business/us-business/article-tesla-shares-fall-after-elon-musk-insults-diver-involved-in-rescue-of/

- https://www.theguardian.com/business/nils-pratley-on-finance/2018/jul/18/the-lesson-for-elon-musk-dont-rely-on-fan-club-directors
- https://www.theguardian.com/commentisfree/2018/aug/08/elon-musk-capitalist-rolatile-investors-tesla
- https://www.theguardian.com/technology/2018/aug/29/elon-musk-doubles-down-on-pedo-claims-against-uk-cave-dive
- https://www.theguardian.com/technology/2018/jul/15/elon-musk-british-diver-thai-cave-rescue-pedo-twitter
- https://www.theguardian.com/technology/2018/jul/17/tesla-elon-musk-thailand-diver-pedo
- https://www.theguardian.com/technology/2018/sep/04/elon-musk-claims-diver-in-thai-cave-rescue-is-child-rapist-without-evidence
- https://www.theguardian.com/uk-news/2018/dec/28/thai-cave-rescue-british-divers-receive-gallantry-awards
- https://www.thehansindia.com/posts/index/International/2018-07-18/Thai-rescue-Elon-Musk-apologises-to-British-caver-for-pedo-remark/399206
- https://www.thehindu.com/news/international/british-caver-says-hes-considering-legal-action-after-elon-musk-pedo-tweet/article24432041.ece
- https://www.thehindubusinessline.com/news/world/british-caver-considering-legal-action-after-elon-musk-pedo-tweet/article24439906.ece
- https://www.thejournal.ie/vernon-unsworth-elon-musk-4129834-Jul2018/
- https://www.themarysue.com/elon-musk-is-an-asshat/
- https://www.thenational.ae/world/asia/british-cave-rescuer-considers-suing-elon-musk-over-tweet-1.750751
- https://www.thepeninsulaqatar.com/article/18/07/2018/Elon-Musk-apologizes-for-comments-about-cave-rescue-diver
- https://www.thescottishsun.co.uk/news/3673867/brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musks-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death/
- https://www.thesouthafrican.com/news/elon-musk-thai-cave-rescuer-you-are-a-child-rapist/
- https://www.thesouthafrican.com/news/what-did-elon-musk-call-thai-cave-diver/
- https://www.thestar.com/business/2018/07/17/elon-musks-social-media-conduct-may-be-bad-for-his-business.html
- https://www.thestar.com/business/technology/2018/08/17/tearful-elon-musk-recounts-excruciating-year-and-fateful-tweet.html
- https://www.thestar.com/news/world/2018/07/16/elon-musk-could-face-legal-action-after-calling-thai-cave-rescuer-a-pedo.html
- https://www.thestar.com/news/world/2018/07/18/the-fault-is-mine-and-mine-alone-elon-musk-apologizes-to-thai-cave-diver-over-pedo-guy-comment.html
- https://www.thestudentroom.co.uk/showthread.php?t=5480380&page=4
- https://www.thesun.co.uk/money/7043751/are-wheels-falling-off-tesla-musk/
- https://www.thesun.co.uk/news/2264790/elon-musk-worth-tesla-amber-heard-grimes-vernon-unsworth-suing/
- https://www.thesun.co.uk/news/6785422/elon-musk-paedo-thai-cave-diver-vernon-unsworth-trapped-boys/
- https://www.thesun.co.uk/news/6806299/elon-musk-apologises-to-brit-cave-hero-for-calling-him-a-paedo/
- https://www.thesun.co.uk/news/7179350/elon-musk-vernon-unsworth-child-rapist/
- https://www.thesun.co.uk/news/7180122/elon-musk-thai-cave-rescuer-vernon-unsworth-paedo/
- https://www.thesun.co.uk/news/7182963/thai-girlfriend-vernon-unsworth-elon-musk-child-bride

21

- https://www.thesun.co.uk/news/7189384/vernon-unsworth-thai-cave-diver-rescue-wife-elon-musk-paedophile/
- https://www.thesun.co.uk/news/8067575/thai-cave-boys-diver-vern-unworth-defies-elon-musk/
- https://www.thesun.co.uk/news/8078260/british-divers-george-medal-new-years-honours/
- https://www.thesun.co.uk/news/worldnews/6824949/elon-musk-twitter-tesla-share-price-thailand-cave-rescue/
- https://www.thesun.co.uk/news/worldnews/7121986/elon-musk-british-cave-hero-vern-unsworth-paedo-again/
- https://www.thetimes.co.uk/article/elon-musk-attacks-british-cave-rescue-diver-vern-unsworth-again-tbz0lwxkg?utm_campaign
- https://www.thetimes.co.uk/article/elon-musk-brands-thai-boys-rescuer-vern-unsworth-a-paedophile-x7wfgs7qh
- https://www.thetruthaboutcars.com/2018/07/elon-musk-apologizes-to-diver-as-leadership-worries-grow/
- https://www.thetruthaboutcars.com/2018/07/tesla-model-3-rollover-mirrors-elon-musks-weekend/
- https://www.theverge.com/2018/7/19/17588574/elon-musk-twitter-cave-rescue-investors-tesla
- https://www.timeslive.co.za/news/world/2018-07-16-thai-cave-rescuer-considering-legal-action-after-elon-musk-pedo-tweet/
- https://www.tnp.sg/news/world/billionaire-musks-latest-outburst-raises-leadership-doubts
- https://www.todayonline.com/world/british-caver-considering-legal-action-after-elon-musks-pedo-tweet
- https://www.toledoblade.com/opinion/editorials/2018/12/15/elon-musk-general-motors-tesla-securities-exchange-commission/stories/20181214004
- https://www.tribuneindia.com/news/world/musk-slammed-for-calling-thai-cave-rescuer-pedo/621416.html
- https://www.tribuneworldall.com/2018/12/29/british-divers-who-rescued-thai-boys-trapped-in-cave-are-rewarded-on-honours-list/
- https://www.tvnz.co.nz/one-news/world/elon-musk-lashes-thai-rescue-diver-calls-him-pedo-and-says-hell-prove-his-submarine-viable
- https://www.tweeddailynews.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-ped1/3468027/
- https://www.upr.org/post/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue
- https://www.usatoday.com/story/news/nation-now/2018/07/16/thai-cave-rescue-diver-may-sue-elon-musk-calling-him-pedo/787313002/
- https://www.usatoday.com/story/news/world/2018/07/18/elon-musk-apologizes-thai-cave-rescue-diver/794873002/
- https://www.usatoday.com/story/tech/nation-now/2018/07/15/elon-musk-thai-cave-rescue-diver-pedophile-twitter/786527002/
- https://www.usatoday.com/story/tech/news/2018/08/29/elon-musk-tesla-pedo-controversy-thai-diver/1130933002
- https://www.vice.com/en_asia/article/ne5b48/elon-musk-called-one-of-the-divers-in-thailand-a-pedo
- https://www.vice.com/en_us/article/vbjeky/elon-musk-vernon-unsworth-pedo-claim
- https://www.vietnambreakingnews.com/2018/07/elon-musks-latest-outburst-raises-doubts-on-leadership/
- https://www.vox.com/2018/7/15/17573950/elon-musk-pedo-guy-cave-boys
- https://www.vox.com/2018/7/18/17576302/elon-musk-thai-cave-rescue-submarine

22

- https://www.vox.com/business-and-finance/2018/9/22/17890400/elon-musk-podcast-tesla-investigation-board
- https://www.washingtonpost.com/news/worldviews/wp/2018/07/15/elon-musk-insisting-he-helped-in-thai-cave-rescue-calls-actual-rescuer-a-pedo/?utm_term=.2d3a3d3cb69b
- https://www.washingtonpost.com/technology/2018/07/16/elon-musks-pedo-attack-rattles-tesla-investors-this-thing-is-unraveling/?utm_term=.df7813dc5b16
- https://www.wibw.com/content/news/Elon-Musk-calls-Thai-cave-diver-a-pedo-after-expert-calls-his-sub-a-PR-stunt-488294491.html
- https://www.wionews.com/world/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo--152013
- https://www.wired.co.uk/article/elon-musk-apologises-pedo-guy-tweet
- https://www.wired.co.uk/article/podcast-378
- https://www.wkyc.com/article/news/nation-now/elon-musk-revives-thai-cave-diver-pedo-incident-says-its-strange-rescuer-hasnt-sued/465-a508ddeb-d0c8-4daa-bc5d-092617a8ef6f
- https://www.wsj.com/articles/elon-musk-apologizes-for-calling-british-cave-explorer-a-pedophile-1531904504
- https://www.wsj.com/articles/tesla-ceo-elon-musk-lashes-out-at-critic-in-latest-twitter-outburst-1531752197
- https://www.yahoo.com/entertainment/elon-musk-called-one-thai-174000761.html
- https://www.yahoo.com/news/elon-musk-calls-diver-thai-165830683.html
- https://www.ypradio.org/post/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue#stream/0
- https://www.zerohedge.com/news/2018-07-15/twitter-meltdown-elon-musk-calls-thai-cave-diver-pedophile
- https://zeenews.india.com/world/elon-musk-slammed-for-calling-thai-cave-rescuer-pedo-2124991.html
- https://teslamotorsclub.com/tmc/threads/elon-is-still-throwing-out-pedophile-accusations-he-has-learned-nothing.127144/

**Videos/Podcasts**

- Cave Rescuer Slams Elon Musk's Submarine Idea | CNN
  https://www.youtube.com/watch?v=1TmjpIkVDrU
- Elon Musk calls British Thai cave rescue diver 'pedo' | CBC News
  https://www.youtube.com/watch?v=N43WomfUix8
- Tesla stock drops after Musk's Twitter attack on Thai cave rescue organizer
  https://www.youtube.com/watch?v=EofULpIJRWU
- Elon Musk Apologizes to British Cave Diver for Calling Him a 'Pedo' | Time
  http://time.com/5341647/elon-musk-british-cave-diver-apology-pedo/
- Elon Musk reignites 'pedo guy' controversy, says it's 'strange' cave diver hasn't sued him |
  CNBC https://www.cnbc.com/video/2018/08/10/elon-musk-trump-twitter.html
- https://www.cbsnews.com/news/elon-musk-sued-by-thai-cave-rescuer-he-accused-of-being-a-pedophile/
- https://www.cbsnews.com/news/elon-musk-ignores-tesla-board-and-keeps-tweeting/
- https://www.youtube.com/watch?v=N43WomfUix8
- https://www.youtube.com/watch?v=Q6s-yo6AJYw

23

- o   https://www.youtube.com/watch?v=EofULpIJRWU
- o   https://www.youtube.com/watch?v=ww_zKNJujT4
- o   https://www.youtube.com/watch?v=6oXpre9mkWE
- o   https://www.youtube.com/watch?v=p_3L5-cHre8
- o   https://www.youtube.com/watch?v=xXtPkL4RGOA (wow, 1.545 Million views)
- o   https://www.youtube.com/watch?v=Q6s-yo6AJYw
- o   https://www.youtube.com/watch?v=ix8PcfPPqd8
- o   https://www.youtube.com/watch?v=olIuc-Hlav8
- o   https://www.youtube.com/watch?v=GxiKLIkozVs

**Twitter**

Note:  The spelling errors in the Tweets below were not corrected.

- o   The former Thai provincial governor (described inaccurately as "rescue chief") is not the subject matter expert. That would be Dick Stanton, who co-led the dive rescue team. This is our direct correspondence:



https://twitter.com/elonmusk/status/1016684366083190785

- o

Exhibit 1, Page 67



(Since Deleted)

- o Musk's reach is huge. He's a prominent public figure. It's one thing to be called a poedo by some random arsehole on Twitter, it's another to be called that by someone like Musk. If Musk says something, given how intelligent he is, I'm naturally going to assume he's right. https://twitter.com/cvnerve/status/1042161982915444742
- o Pretty weird hill for "journalists" to set up camp if we're honest. Do you really think Musk is going to risk these statements without knowing he can defend them if necessary? https://twitter.com/tokuingoa/status/1037239319310651392
- o Because when Musk first called him a "pedo" the guy said he was going to sue him.  Then Musk went quiet, now a few months later Musk had started again which means he is not bothered if the guy tries to sue because .....   He must have proof ! https://twitter.com/_RAB___/status/1037407978821967872
- o My proof is that people wouldn't suspect Vern in pedophilia if there wouldn't be any ground for it...Elon Musk call him pedo not just because Vern diminished his team super effort to help , he called him so mainly because he's got an information that Vern is pedophile! https://twitter.com/IrinaAntony/status/1037391436134666242
- o But is dude a pedophile? Maybe Elon Musk has proof that he is or saw something. No one calls another person a "pedo" for nothing. https://twitter.com/EbonyApplePy/status/1019578552851795970
- o With so much pedo activity coming to light lately wouldn't surprise me and wouldn't Musk already be in the know of a lot of this? After all he is rubbing elbows in at the highest level because of his wealth, pedo swirls at that level, so my guess more truth than reactivity https://twitter.com/CryptoJunkiesCO/status/1018593851173269504
- o I don't support Elon's accusation without evidence. However, Britain has a problem of Paedophiles who hide in plain sight and who even got knighted. Jimmy Saville for example. I wouldn't be surprised if someone were to really dig and find Unsworth not that different from Saville. https://twitter.com/OfficialABQ/status/1038186366906064896

25

- o It might be hard for him to produce evidence. But he's obviously been tipped off about something. Don't assume you know the truth.
  https://twitter.com/MacMopsus/status/1041856893646299136
- o Elon must know something everyone else doesn't....
  https://twitter.com/mindthreat/status/1041817354160820225
- o "Integrity is the most important value in my life and the facts will show I never compromised this in any way" -Elon Musk https://twitter.com/heikki_anttila/status/1078387281399083009
- o Oh, sorry, he's calling the guy who found the children a pedo. Real classy, @elonmusk.
  https://twitter.com/GossiTheDog/status/1018513062855364608
- o It's now acceptable to slander the guy for being a pedophile without having any fucking proof at all!
  https://twitter.com/SkullAberration/status/1018533960287125509
- o Elon has money and is smart. You don't know if he has proof. This guy can turn around and

  sue him for lots of money so let's see how this plays out. If no lawsuit then 🤷🏽‍♀️
  https://twitter.com/marindmode/status/1018540765239103489
- o Elon Musk has 22 million followers, many of them fanboys. When he calls someone a child rapist because they challenge him online, his stans listen. Incredibly messed up. Incredibly dangerous.
  https://twitter.com/studentactivism/status/1018537553727774721
- o I honestly thought we were maybe misinterpreting the "pedo" comment but turns out..... We were not
  https://twitter.com/ashleyfeinberg/status/1018517150259179522
- o What I don't understand is all the attack? he was asked for help told them know until they kept pushing and pushing so he finally built an invention that despite what you might read actually works, then gets pissed on by everyone. How are you so quick to judge?
  https://twitter.com/Dom879879/status/1018556117612261376
- o I would welcome assistance from expert divers, not a con man whose cars set themselves on fire at charging stations, lol.
  https://twitter.com/BirchandMaple/status/1018546813962371074
- o Absolutely contemptible behavior, Elon Musk an ignorant clown.
  https://twitter.com/EuanDBriggs/status/1018514451790811136
- o How very childish of you @elonmusk ! I see you've deleted the tweet.......might be appropriate to apologies as well.
  https://twitter.com/twistedsista74/status/1018589283618316293
- o I think it is admirable that he wanted to help but it is irresponsible & defamatory to make a gay slur against the guy on social media when he has no proof of that & it's like high school in years past when u want to try and "hurt" someone you call them GAY like it's a bad thing
  https://twitter.com/gkgguy/status/1018553188503511040
- o The guy who found them has nothing to say about the coach who took them there but want to talk sh$t about people trying to help.
  https://twitter.com/marindmode/status/1018539096686227456
- o Because the rescuers of the "Thai Boys "[sic] question his motives and called it a "publicity stunt" on behalf of Musk. He even stooped to call the British Ex Pat a pedophile for living in Thailand....irresponsible, defamatory and childish
  https://twitter.com/gkgguy/status/1018524797301673985
- o Not saying Vern didn't contribute, maybe he did, but the only source of his contribution is his own interview with CNN. Hard to see a guy tooting his own horn as a credible source of info.

26

https://twitter.com/antarpreetsingh/status/1018562737092227072

o You fail to understand whether or not Rick contributed, is irrelevant. Musk called him a pedo without probable cause.
https://twitter.com/DMalekM/status/1018899345251315712

o Check full video. Elon just returned more vivid insult from the diver... sometimes ppl say things not fully thought trough
https://twitter.com/Fl_r/status/1018563243705536520

o ... and thank u for lovely image in all this crap Musk has kicked up. I don't know if the sub would have worked, from an empirical point, they did not need it as the got them out. It is not about the BEST solution - it's about getting the job done. But WTF idiot Musk
https://twitter.com/stevehomeruk/status/1018693853988171776

o How could anyone in his/her right mind ever call a "guy who found the children" a pedo? Because that's totally not what they do and stuff.
https://twitter.com/bennett_im/status/1018570237422153728

o What abt the unproven allegation of PR stunt. This guy has helped more ppl than you ever will, from Puerto Rico to Flint. As Asian i can vouch tht many white westerners exploit kids nwomen when staying in Asia. Verns comment abt Thai divers shows wat a condescending prick he is.
https://twitter.com/horselover868/status/1018667734928781312

o If he was trying to help, I'm pretty sure he'd be overcome with relief that the boys got rescued, as opposed to petty points scoring and name calling with folks who helped.
https://twitter.com/alister667/status/1018531698261286912

o Musk is a sh*thead billionaire, who is still terribly disappointed he couldn't be the big Thai rescue hero with his impractical toy sub. A limelight addict with no idea about the cave situation. Calling Unsworth a pedo was disgusting.
https://twitter.com/Sherlizz/status/1018932749560934400

o Very disappointed in @elonmusk during this Thai episode. Jumped on a PR opportunity, throws his expensive toy out the pram when told it *so obviously* wouldn't work and now disrespecting heroes involved who clearly did a super human feat in rescuing boys.
https://twitter.com/FitzmauriceRich/status/1018834414615322625

o As this well-written article suggests, my words were spoken in anger after Mr. Unsworth said several untruths & suggested I engage in a sexual act with the mini-sub, which had been built as an act of kindness & according to specifications from the dive team leader.
https://twitter.com/elonmusk/status/1019471467304513537

o Nonetheless, his actions against me do not justify my actions against him, and for that I apologize to Mr. Unsworth and to the companies I represent as leader. The fault is mine and mine alone.
https://twitter.com/elonmusk/status/1019472152796381185

o Knowing you @elonmusk as a good man, I was sure that you would make apologises. We, your supporters, are proud of you in this action. You have be pushed back to the wall by all critics and hatters, you lost control. Keep head up. We are around you to love you.⇩
https://twitter.com/LilFrenchie6/status/1019655350369292294

o Respect you Mr @elonmusk ... it takes a real man to admit his error and apologize... even if to others the error appears justified #behumble #takethehighroad #bebetterthanthem
https://twitter.com/CraigGriebenow/status/1019829050896998400

o You are the bigger man, he doesn't deserve an apology, but that's OK, some people may see it that way. Either way, life goes one, and that old sun keep coming back to tell us there's work that needs to be done. In this big game, you are a big piece of it. Cheers!
https://twitter.com/penguininfire/status/1019650505520402433

o   We all get angry sometimes! You were trying to help and it didn't seem appreciated. I'd be angry too. Don't worry about it, we still love you.
    https://twitter.com/Wigpidgeon/status/1019668279634333697
o   I never follow this account before until I read about this mess in the news. There really are something wrong with all the critics. How come being a leader of company mean you need to lose your right of being upset by people's statement? WTF is wrong with you all people?
    https://twitter.com/Roytjandra88/status/1020394472700432384
o   Surely you're intelligent enough to realize, that the diver that Elon referred to as a 'pedo' verbally abused Elon first? Elon retaliated, and has admitted that he should not have, and has since apologized. However it is important to note whom acted first.
    https://twitter.com/ryt0ke/status/1020838463849967620
o   You don't think it's strange he hasn't sued me? He was offered free legal services. And you call yourself @yoda …
    https://twitter.com/elonmusk/status/1034481160783585280
o   Dude, are you seriously daring someone to sue you for defamation, and taking his inaction as encouragement to defame him more? Have you completely lost your moral compass here? Don't punch down.
    https://twitter.com/LloydWaldo/status/1034546197376237568
o   How about just human....and not so self-centered as to try and protect his own image. Personally, I find him refreshing and very endearing! Which is even more of a bonus on top of what I already knew of him which was a respectable hard working visionary...
    https://twitter.com/peoplesbutler/status/1034586161535234049
o   Dude. Elon. I'm an Electrical Engineer and majorly respect the vision and accomplishments of your companies. But this is fucking embarrassing and pathetic. Don't demoralize your followers and the thousands that work for you with this nonsense.
    https://twitter.com/anxious_herzog/status/1034544742980235264
o   Elon Musk sent me an email last week. In it, he accused a British cave rescuer of being "a child rapist" who took a "12-year-old bride." He didn't provide any evidence of those claims. He also called me a "fucking asshole."
    https://twitter.com/RMac18/status/1037084428147642369
o   I'm one of many Tesla investors who will say @elonmusk, right or wrong, no more of this Thai rescuer feud drama please! Just keep building awesome EVs and rockets.
    https://twitter.com/scottwww/status/1037168744387108864
o   Unsworth was willing to accept Musk's apology like a gentleman. Then Musk double-downed and started up again. There are considerable financial implications in bringing a lawsuit against a multimillionaire. Musk pushed it too far and now he's getting sued.
    https://twitter.com/nataliecvincent/status/1037322795707981835
o   Hueston Hennigan LLP is withdrawing from representing Elon Musk in his defamation case that's being brought by British cave rescuer Vernon Unsworth.
    https://twitter.com/RMac18/status/1136050769038151680



o

**Facebook**

o   https://www.facebook.com/news6/posts/10156747267722210?comment_tracking=%7B%22tn%22%3A%22O%22%7D
o   https://www.facebook.com/ConsciousAwarenessForAll/posts/-tesla-ceo-elon-musk-accuses-thai-cave-diver-vernon-unsworth-of-being-a-pedophil/1954019667992366/
o   https://www.facebook.com/FOX10News/posts/10156829941338944
o   https://www.facebook.com/MichaelYonFanPage/posts/10155760235885665?comment_id=10155760250945665&reply_comment_id=10155760290015665&comment_tracking=%7B%22tn%22%3A%22R%22%7D
o

**Reddit**

o   Elon bets someone a signed dollar that a hero diver is a pedophile
o   Elon Musk calls British diver who helped rescue Thai schoolboys 'pedo guy' in Twitter outburst
o   Elon Musk calls British diver who helped rescue Thai schoolboys 'pedo guy' in Twitter outburst
o   Elon Musk doubles down on 'pedo' claims against UK cave diver

29

**Photo** ✕



Plan B, Jul 15, 2018                                                                    #72

> CorneliusXX said: ↑
>
> It's likely there is no evidence. Elon was probably out blowing off some steam after a long 6 months of production hell and tweeted under the influence.

Maybe but that's such an odd, serious thing to say about someone without any facts.

Haters gonna hate
Haters be hating!

**Plan B**
Active Member

Joined:      May 8, 2015
Messages:       3,898
Location:      EARTH

👍 Like x 1

**Photo** ✕



commasign, Jul 15, 2018                                                                 #74

> Plan B said: ↑
>
> Maybe but that's such an odd, serious thing to say about someone without any facts.

Agree. Oddly specific insult. There are plenty of other insults he could have used.

**commasign**
Tesla Superfan

Joined:      Aug 31, 2013
Messages:       2,177
Location:      Davis, CA

👍 Like x 1

30



DaveT, Aug 29, 2018                                                                          #4

He probably has some decent evidence from the guy's past or else he wouldn't push it like he is.

**DaveT**
Searcher of green pastures

Joined:   Nov 15, 2012
Messages:   3,216
Location:   San Diego

🖒 Like x 3

---

DaveT, Aug 29, 2018                                                                          #7

> Tam said: ↑
> His priority is all messed up.
> He needs to go to police to report the pedo, and not Twitter.
> This case reflects poorly on his leadership!

His approach is definitely controversial, and I'm not denying that. But it appears this is important to him and he's not going to let it go. Also, perhaps there's possibility that it's something from the past and it's already been reported and prosecuted by the authorities... thus that's how he knows and why he's surprised nobody has looked into it.

**DaveT**
Searcher of green pastures

Joined:   Nov 15, 2012
Messages:   3,216
Location:   San Diego

🏆 Informative x 2   👍 Helpful x 1   🖒 Like x 1

---

SSonnentag, Aug 29, 2018                                                                     #9

I can't see anyone calling someone a "pedo" without some reason. It's not a common term when name calling. Elon most likely saw or knows something that is eating at him. What do we actually know about Vern Unsworth's past? Why has he opted to spend so much time in the sex capitol of the world? Are the caves there really that unique from all of the rest of the world's caves?

**SSonnentag**
Supporting Member

Joined:   Apr 11, 2017
Messages:   657
Location:
Peeples Valley, Arizona

🖒 Like x 1

Exhibit 1, Page 74

**Exhibit B**

**The ABCs of Source Attribution — and Tips on Negotiating It**
https://www.summitas.com/officeblog/3400413977678063420

In a recent post, we explained that you can't impose the confidentiality of information on a journalist — confidentiality is negotiated and agreed upon. In addition, you must negotiate how that information will or won't be attributed. For example, is it "not for attribution" or "on background"? The problem is, no one agrees what these words mean.

It's best to clarify the terms of an interview *before* the interview (preferably by email), or everything the source says is automatically on the record. Unless the entire interview is on the record, any other arrangement (for example, going off the record for the answer to one question) must be clarified. It's important to understand exactly what the reporter will do with this information and how it will be attributed.

For example, "off the record" status can't be granted retroactively. Will a journalist sometimes allow that? Of course, but it all depends on the relationship between reporter and source and whether that reporter wants to use the source in the future.

Because there's so much confusion about what these attribution terms mean, it's important to spell out your understanding. For example, you might say to a reporter, "I can tell you this 'not for attribution,' meaning you can quote it but only from an anonymous source."

And it's best to agree on how the anonymous source will be identified in the piece. Remember that the reporter has to disclose enough information to show that the source is knowledgeable — that she has the authority to speak on the subject — and, increasingly, to show why she doesn't want to be identified.

For example, what provoked our previous post on this subject was an email written to *The Washington Post* by a bystander to the marital capers of Amazon founder Jeff Bezos. In a March 2 *New York Times* article on that situation, reporter Amy Chozick separately cited "a person in Mr. Bezos's camp, who was not authorized to speak on the record" and "one former Amazon executive, who signed a nondisclosure agreement and could discuss the company only anonymously."

Another tip: It's never a good idea to switch frequently between on the record and off the record. Journalists are human and, in taking notes, can make mistakes labeling the information. (An off-topic tip: If you want to increase your chances of being quoted correctly, talk slower.)

**Brief Discussion**

Here's a further, brief discussion of the attribution terms:

Exhibit 1, Page 75

<u>On the record</u>: This is the default status of all interviews if a journalist has identified herself as a reporter. Everything you say can be quoted, either directly or indirectly, and attached to your name for the public to see.

<u>Off the record</u>:  Most people accept "off the record" to mean that the information cannot be used in any fashion or attributed to the source. Some people also use it to mean that the journalist can use the information and not attribute it directly to your name, but to some sort of identifying information about you, for example, an employee at a company who did not want to reveal his name for fear of losing his job. Using information from a source attributed anonymously is also known as "not for attribution."

<u>On background</u>: Some people take this to mean that a reporter may use and attribute information to a person's name but not directly quote them. Others take it to mean that the information can be used in the piece but not attributed to the source.

<u>On deep background</u>: A reporter may use the information to inform further reporting (e.g., going to another source who can give the same information on the record), but cannot report the information nor attribute it to the original source in any fashion.

There are other permutations such as "deep deep background," but no one really knows what that means.

— Eric Rose and Thom Weidlich



# ERIC W. ROSE
## Curriculum Vitae
## Court Qualified Expert Witness

**Nationally Recognized Media and Communications Expert**

Eric Rose is a veteran executive in public relations, marketing, and communications with over thirty years of experience, including ten years as a partner in the largest independent public relations firm in Southern California. Eric has provided counsel to hundreds of clients in a broad range of industries including business, government, and non-profit at the local, national, and international levels.

Eric is a nationally recognized expert in law and litigation, crisis communications, reputation management and image repair and counseling.  Eric has created public relations and marketing/communications programs for the legal profession and has provided litigation support throughout the United States.  Additionally, for the past several years, Eric has served as an expert witness and for decades, has functioned as an expert information source and analyst for the mass media on issues relating to crisis communications, image repair and reputation management.  He is a respected court-qualified expert witness and has opined on issues relating to crisis communications, defamation, damaged image, and reputation prevention and repair.

**Areas of Expertise**

- Crisis Communications
- Reputation Management
- Brand Management
- Strategic Communications
- Corporate Civic Engagement
- Social Media
- Defamation
- Public Relations

Eric specializes in communicating complex litigation issues so they are understandable, tangible, and compelling to the targeted audience. His most successful work includes formulating communication strategies in preparation for and during litigation and previewing potential outcomes to key audiences in order to create and shape an environment favorable to the client's position. Eric has also been very successful in preparing post-verdict communications strategies to publicize favorable verdicts, diminish unfavorable verdicts, and present his clients and their attorneys in the best possible light.

801 S. Figueroa St., Ste. 1050 Los Angeles, CA 90017

## Professional Experience

**Englander Knabe & Allen, 2008–Present**

*Partner*, Los Angeles, CA

Englander Knabe & Allen is a strategic communications firm specializing in lobbying, public affairs, crisis communications, and litigation support. The firm practices its trade at the intersection of law, media, and public perception, which brings a depth of critical understanding and a breadth of resources and experience that are unique in the public relations field. The *Los Angeles Business Journal* consistently ranks EKA as the largest Los Angeles–based independent public relations agency. EKA has a national reputation for excellence and, as a result, many of the firm's clients are Fortune 500 companies.

Eric Rose is the practice leader of crisis and litigation practice. He works with a specifically tailored team of attorneys, media and public affairs specialists, and experts pertaining to the field of inquiry who are carefully selected to meet the client's needs. Eric's team connects case facts with legal or policy arguments designed to both inform and persuade audiences.

Eric advises clients on corporate reputation and special issues including environmental and safety issues, major litigation (such as class actions and fraud), natural and man-made disasters, labor disputes, product recalls, layoffs/plant closures, as well as crisis management and social media vulnerabilities. With more than twenty-five years of experience handling print and television investigative reporters, Eric successfully prevents hostile stories from appearing in print, television, and on the internet.

## Expert Witness Work

Because of Eric's background in working with law firms and being involved in litigation communication, often involving their clients who were in trouble (i.e. defendants), or in a crisis (i.e. plaintiffs), Eric has amassed a great amount of experience and expertise in aiding and counseling people, business, and other entities who are in a crisis. While Eric primarily focuses on long-term client engagements, he also provides expert witness testimony. The bulk of the cases have primarily been in the areas of libel, slander, defamation, reputation repair, and damage to a future professional career.  Eric has never been disqualified as an expert.

**Rhonda Holmes v. Courtney Love**
Eric provided expert testimony in a precedent-setting case involving Courtney Love, who was sued for posting a tweet about her former attorney. This was the first trial in the United States involving allegations of defamation on Twitter. Eric provided expert witness testimony regarding crisis communication, media relations, and reputation management. After an eight-day trial, a jury decided that Courtney Love should not be held liable for a tweet directed at her former attorney Rhonda Holmes**.**  California, January 2014

**Jacob Haiavy v. Theodora "April" Morris**
Eric was an expert witness for a well-known doctor who sued his patient for defamatory comments on social media websites. Eric provided expert opinion and analysis on how it is nearly impossible to remove defamation from the internet. His analysis included a detailed

Exhibit 1, Page 78

overview of the steps necessary for content removal and the cost of rehabilitating the doctor's good name and businesses. Eric examined the impact and dissemination of the comments on social media websites and how those comments harmed the doctor's professional reputation and economic condition. Eric's client won the case and was awarded the amount Eric recommended for rebuilding the doctor's reputation. California, February 2016

**Dr. Jose Lopez v. Healthcare Group and OptumRx**
Dr. Lopez sued two insurance companies after his patients began informing him that their pharmacists would no longer fill their prescriptions. Over six-months, the patients were being falsely informed by the defendants that Dr. Lopez was a sanctioned provider by the federal government and unable to write prescriptions. Eric was retained to address the effects of the dissemination of false information to the doctor's professional reputation in order to determine the appropriate standard of care/crisis response that should have taken place, while provided an overview of action necessary to recover the doctor's good professional reputation. A three-judge binding arbitration panel heard the case and they awarded Dr. Lopez $1.5 million dollars. Florida, November 2016

**Dr. Henry Higgins & Dr. Nathaniel v. Dr. Rena Salyer**
Dr. Henry Higgins and Dr. Nathaniel Greenwood sued Dr. Rena Salyer for damage to their reputation after Dr. Salyer allegedly spreading false and defamatory information to employees, patients, the community and the media. Eric was retained to address the effects of disseminating false information on the doctor's and practice's professional reputations. Eric was asked to provide analysis, offer an opinion on the potential impact and damage to their image, and examine the impacts to the practice as a result of the alleged acts and offer his expert opinion on the steps the plaintiffs should consider taking to recover their good professional reputation and lost business.   The case is pending.  Texas, January 2018

**Carter v. Louisiana Pacific Corporation**
Cassandra Carter and her friend were on a second story deck with a concrete patio below when without warning—the deck gave way underneath and they fell to the concrete patio below, where they suffered serious injuries.  Carter sued the manufacturer (Louisiana-Pacific Corporation), the contractor, the wholesaler and the distributor Taiga.  Taiga retained Eric and he provided analysis and offered an opinion regarding corporate communication, crisis management, and the recall instructions to Taiga.  Eric offered his views on the reports of the other experts who attempted to shift the blame to Taiga. The day after Eric's deposition, Louisiana-Pacific Corporation settled the case and Eric's client did not have to pay any damages. Nevada, April 2018

**CMFG Life Insurance Company et al. v. Banc Insurance Agency, Inc**
Plaintiffs CUNA Mutual and TruStage Insurance Agency, LLC sued Defendants Banc Insurance Agency, Inc., and Jeffrey Chesky for defamation and tortious interference based on false and defamatory statements which Defendants communicated to CUNA Mutual's current and potential customers with the intent of trying to convince those customers not to do business with CUNA Mutual. It is alleged that the defendants repeatedly and intentionally communicated false statements to CUNA Mutual customers regarding its business practices. The CEO publicly asserted false and defamatory communications with intent to harm CUNA Mutual's reputation and interfere with its current contractual and customer relationships.

3

Eric was asked to provide analysis and offer an opinion on the potential impact and damage to CUNA Mutual's reputation.  He was asked to offer his opinion regarding the steps CUNA Mutual should take to repair the harm to its good professional reputation and to offer his professional opinion on damages associated with repairing the damage to CUNA.  The Federal Court case settled in May 2018.

**Johnney Bennerson vs. Shelley Stevens**
Johnney Bennerson, Shelley Stevens and others were celebrating at a company dinner and afterwards, Ms. Stevens became intoxicated and exceedingly flirtatious with several males. Following dinner, the group broke up and Mr. Bennerson eventually retired to his room. Ms. Stevens, perhaps embarrassed by her drunken displays and flirtatious behavior, concocted a false and defamatory story that evening about Mr. Bennerson coming onto and propositioning her. Ms. Stevens then spread malicious lies within the company about Mr. Bennerson for the explicit purpose of retaliating and wrecking Mr. Bennerson's reputation. Eric was asked to provide an analysis regarding the reputational harm to Mr. Bennerson and to address the effects of disseminating false information. After a jury trial, Mr. Bennerson was awarded $150,000.

**Steven Krawatsky et al. v. Rachel Avrunin et al.**
Rabbi Steven Krawatsky was fired from a private Jewish school in Pikesville, amid allegations he abused boys at a camp. He denied the allegations and was never charged with a crime. Rabbi Steven Krawatsky and his wife, Shira, filed a lawsuit claiming several parents engaged in an effort to destroy his reputation and ability to earn a living.  He sued the New York Jewish Week for defamation, invasion of privacy, and intentional infliction of emotional distress.  Eric was retained to address the effects on Rabbi Steven Krawatsky's professional reputation as a result of the dissemination of false information. Eric was asked to provide an analysis and offer his opinion on the potential impact and damage to the Rabbi's image and examine the impacts to his reputation arising from defamation. Furthermore, Eric provided his expert opinion regarding the reporting of this information based on my lengthy experience working with reporters to correct false and misleading stories. Eric was also asked to provide recommendations on the steps Rabbi Krawatsky and his wife should consider to recover the Rabbi's professional reputation.  The case is pending in Maryland state court.

**Tammy Na vs. Joo Chan Kim**
Tammy Na was at her apartment pool when she encountered Joo Chan Kim.  Mr. Kim assaulted Na by throwing a beer bottle towards Ms. Na after yelling that she had splashed him with water.  Mr. Kim then used profanity and threatened to kill Ms. Na.  Unknown to Ms. Na who is a highly respected artist, Mr. Kim took photos of Ms. Na and posted photos of her on a popular Korean website. The post contained offense language and accused Na of engaging in sexual acts with a large number of people, all of which was not true.  Eric was retained to address the effects on Na's personal reputation as a result of the dissemination of false information. Eric was asked to provide an analysis and offer his opinion on the potential impact and damage to Ms. Na's image and examine the impacts to her reputation. After the first day of a jury trial, the case was settled to the satisfaction of Ms. Na.

4

**McGlothlin v. Hennelly**
James McGlothlin is a founding member of The United Company, which is the parent company of Scratch Golf, LLC. The company owns the Hilton Head National Golf Club.  Mr. Hennelly posted a link on Facebook to an article about a corruption investigation involving then Virginia Governor Bob McDonnell and monies Gov. McDonnell's wife received as a consultant to The United Company. Mr. Hennelly was also accused of making defamatory comments on Facebook about Mr. McGlothlin.  Eric was retained to provide an analysis of reputational harm and offered his professional opinion on damages associated with repairing the damage to Mr. McGlothlin's reputation caused by the dissemination defamatory information.  The case is pending in US District Court for the District of South Carolina.

**Gish v. Le Sage**
Dr. Robert G. Gish sued his former spouse Celeste E. Le Sage for defamation and to overturn portions of their divorce settlement.  In the lawsuit, Dr. Gish alleges that his ex-wife sent emails to 80 friends, business associates and relatives stating among other things that Dr. Gish was abusing alcohol and was a danger to his patients.  Dr. Gish alleges that his business and reputation was impacted as a result of libelous comments.  Eric was retained as rebuttal expert witnesses to counter the assertion that Dr. Gish reputation was permanently damaged.   The case is pending in Superior Court in San Diego County.

<div align="center">

**Litigation Support**

</div>

Eric has provided litigation or communications for clients represented by multiple law firms, including:

Arnold & Porter LLP
Armbruster Goldsmith & Delvac LLP
Baker Donelson Bearman Caldwell and Berkowitz
Baltimore Trial Lawyers
Boies, Schiller & Flexner LLP
Bryan Cave LLP
Burke Williams & Sorenson
Cox Castle & Nicholson
Brown Winfield
Canzoneri & Abram, Inc.
Dongell Lawrence Finney LLP
Finch, Thornton & Baird LLP
Garber & Associates
Gibson Dunn & Crutcher
Greenberg Trauig

Jackson Tidus
Jeffer Mangels Butler & Mitchell
Katten Muchin
Kaufman Law Group
Lanier Law Firm
Latham & Watkins
Law offices of Kevin J. Keenan
Lemons, Grundy & Eisenberg
Loeb & Loeb
Manatt, Phelps & Phillips
Mary Dale Law Firm
McDermott, Will & Emery
McKenna Long & Aldridge
McNaul Ebel Nawrot & Helgren PPLC
Meister Law Offices
Miller Barondess, LLP

Morgan, Lews & Bockius LLP
Morrison & Foerster
Parris Law Firm
Pillsbury Winthrop Shaw Pittman, LLP
Rheuban & Gresen
Ryu Law Firm, APC
Seki, Nishimura & Watase, LLP
Seyfarth Shaw LLP
Skadden Arps
Stone, Busailah, LLP
Squire Patton Boggs
Straussner Sherman
Weekley Schulte Valde
Weston Benshoof Rochfort Rubalcava & MacCuish (now Alston & Bird)
***(Partial List)***

<div align="center">5</div>

**Examples of Work**

**Intellectual Property and Technology**

Data breaches are among the worst kind of modern corporate crisis because they financially and emotionally impact large numbers of individual customers. Protecting reputation is not necessarily about the crisis, but about how the crisis is handled and the actions that are taken to restore trust.  When consumers are personally threatened or affected by a breach, they can become powerful influencers of public perception the minute their stories are amplified across social networks. When millions are individually threatened, their reaction can severely damage an entire business, regardless of size. Eric has worked on several cases in the healthcare industry, helping national healthcare companies institute comprehensive response programs to both repair damage and restore customer trust after a data breach.

**Hazing Death**

When a student died in a fraternity hazing incident, a major university hired Eric to help the university deal with crisis communication and crisis management immediately. Eric assisted the university immediately after the incident, during the formal investigation, and through the conclusion of the incident (which had attracted national attention).

**Food Recall**

Eric has assisted several major brands with food product recalls. In one case, Eric received a call from an international food company after they received reports, from various places in the United States, that customers reported illness resulting from consuming their product. The biggest initial challenge was to determine the scope of the recall in the face of incomplete information. Eric worked with the company's CEO, legal counsel, and sales team to assess the facts, substantiate the accuracy of information, and subsequently relay that information in a concise and transparent way to the public and other stakeholders. Eric drafted scripts for the company's reference when assisting customers and drafted releases addressing both wholesale and consumer recalls. In the end, a full recall was avoided, and an escalating crisis was halted within five days of the initial call.

**Outbreak Response Plan**

When a large Southern California hospital identified a person who had been diagnosed with active tuberculosis (TB), Eric worked with the hospital and the County Health Department.  Eric developed a detailed outreach plan in order to determine the health status of patients and staff who were identified as being in close contact with the person diagnosed with TB.  As part of the plan, Eric created a comprehensive Outbreak Response Plan (ORP), which included composition of the response team, detailed notification procedures, local and state public health responsibilities, data management, communication, training, educating, community partnerships and identification of all possible ways to disseminate the outbreak and testing information to the public, stakeholders, and partners.  The most critical component of the plan was to ensure that every potentially impacted person was identified and notified. Topic fact sheet (e.g., description of an outbreak investigation, transmission of TB, treatment, were also created.

**Criminal Issues & Government Investigations**

When a national university discovered that a member of the faculty had committed academic fraud involving multiple college athletes, the school hired Eric to assist with formally notifying

6

the NCAA of the violations, developing an approach to get everything out in the open, and creating a process for rehabilitation of the sports program. Eric's strategy began with the premise that if the school does not tell its story on their terms, someone else will tell it for them. The university leadership did not want to "conceal and cover up" what occurred or mislead the public. Eric developed a "reveal and reform" strategy which resulted in the NCAA accepting the university's self-imposed sanctions.

**Sexual Harassment/Employment Discrimination/Labor**
Eric has applied the same philosophy and principals of proactive media management and scrupulous honesty when clients came to us as sexual harassment allegations and stories broke across the nation.

- A highly respected television producer who had been honored multiple times for his leadership on women's issues learned that a prominent lawyer was going to publicly accuse him of sexual harassment. Eric preemptively issued a statement for our client and publicly exposed the situation, which resulted in the media casting doubt on veracity of the claims.

- When a legendary entertainment executive was faced with assault charges, Eric assisted in crafting his unequivocal denial regarding the allegations to the media and the entrepreneur in shaping the announcement that he would be stepping down from his various businesses to protect hundreds of employees. He also committed himself to continuing his personal growth, spiritual learning, and listening.

- When a major NYC restaurateur was accused of sexual harassment and was alleged to have subjected employees to unwanted sexual advances, public groping, and lewd text messages, Eric was retained to protect the brand and assist the client in restoring the restaurateur's reputation. Eric then put an action plan in place to defend the client against personal attacks, customer complaints and blatant falsehoods.

- When *The New York Times* contacted a famed director about a notorious movie mogul's alleged sexual assault of the director's former girlfriend, Eric helped the director get ahead of the issue by detailing his account of how he confronted the executive over the casting of his next movie and describing what he hopes the entertainment industry will do to reform itself in the wake of an ongoing harassment and abuse scandal. The headlines that followed all portrayed our client in a positive light and focused on the abuses of the executive and the industry in general.

- When a California school district began hearing complaints from a large group of parents and a Legal Aid Law Center alleging significant Title IX issues at the high school as related to male and female locker rooms, the superintendent retained Eric's services. Eric designed a communication program to address the issues and avoid potentially costly litigation. He advised the superintendent to personally inspect the facilities with a few parents to assess the needs and viability for upgrades. Eric's communication plan included an overview and outline of changes the school would

make to achieve Title IX compliance. In addition, he worked with the district to publicly announce the new women's locker room makeover and to highlight four new women's sports at the school: water polo, golf, tennis, and soccer. The plan to proactively inform the community that all students had equal access to facilities and an equal opportunity to participate in sports demonstrated that the district was committed to Title IX. The plan worked and costly litigation was avoided.

- Numerous police officers filed a lawsuit claiming years of race and gender-based harassment, discrimination, and retaliation. The police department immediately placed a gag order on all plaintiffs. Working with the police officers' legal team, Eric constructed a communications theme and successfully placed stories in all local papers, which resulted in extensive traditional and social media coverage. In addition, he arranged for media coverage of the gag order itself, which shaped public opinion and put the police department on defense. This ultimately required the department to respond to both the complaint and the attendant media coverage of the allegations.

**Threatened Litigation**

After a teacher at a Norther California Jewish school was cleared by authorities of inappropriately touched a student, the parent retained legal counsel and threatened to bring a civil lawsuit.  Eric created a communication strategy that included a media statement, statement to parents and faculty, and subject points if a lawsuit was filed.

**Hotel Labor Issue**

For two years, Eric assisted a well-known hotel Los Angeles with their ongoing labor dispute. The hotel was involved a labor dispute, which involved numerous workers filing complaints with the California Labor Commissioner's Office.  For over six months,, the employees (who were union assisted) engaged in regular picketing and other activities while demanding that management agree to card-check, which does not ensure true employee free choice.  Eric developed communication strategies to inform the public that the hotel supported the secret ballot election process conducted by the National Labor Relations Board to protect employees' right to vote in a neutral, private environment.  Eric worked with the hotel and their legal team to petition the National Labor Relations Board to hold supervised secret-ballot elections.

**Celebrity Horse Trainer**

When seven horses died in a 21-month period, a Hall of Fame trainer received massive attention that harmed his reputation. Eric implemented a communication strategy that had three objectives: (1) highlight the trainer's commitment to horse safety and his history of success with minimal injuries, (2) protect his well-earned reputation, and (3) set the tone for the debate as opposed to responding to false charges. Eric was able to achieve these objectives by demonstrating a desire for solutions, showing that the horses died of factually unclear reasons, and demonstrating that the trainer was also seeking conclusive results for the cause of death. We pushed outside agencies to conduct independent investigations, perform their own necropsies, and look for other causes, including contaminated soil and air quality. Three months after the campaign began, the trainer and his staff were cleared of any wrongdoing by the Horse Racing Board.

**Horse Racing Deaths**

After the death of two-dozen horses at a horse racing track, Eric helped his client with media and crisis communications.  Eric worked with executives to announce stricter standards, including a "zero tolerance" stance on race-day medication and stricter rules on the use of riding crops. The changes resulted in praise from critics who called the move "a historic moment for racing."  In addition, Eric oversaw communications to key stakeholders and the announcement that the track would provide money to help horsemen impacted by the decision with the rehabilitation, retraining, rehoming, and aftercare of any horses unable to race as a result.

**National Railroad Company**

From 2008 to present, Eric has worked with a large national railroad company to manage the communications involving a highly controversial $900 million expansion project. Eric works closely with the company's general counsel and prepares messages for a variety of internal and external audiences, including employees, customers, vendors, and the financial/investment communities. Eric also monitors traditional media, blogs, websites, and trains company spokespeople in effective communication response.

**National Construction Company**

For the last several years, Eric has worked with one of the largest publicly traded, diversified infrastructure providers and construction companies in the nation.  Eric worked with the company on media relations, crisis communication, and internal communications to help protect their reputation regarding border security work.

**Threated Nurses Strike**

When nurses at a large Southern California threated a ten-day strike, Eric created a comprehensive communication campaign aimed at hospital employees, the media, community stakeholders, and the union. The threatened strike involved conflicts over compensation, benefits, and staff workloads. Understanding that a strike could hurt the hospital's reputation, finances, and patient care, Eric created a variety of communications to inform all parties know that delivering safe, high-quality care to the community was a top priority.  Though a series of press releases and fact sheets, the hospital made it clear that it had taken the necessary steps to fulfill their responsibilities to the community and had contracted with qualified and experienced replacement RNs in the event of a strike occurred. After months of tense negotiations and recognizing striking nurses would be replaced, a strike was averted.

**Class Action Lawsuit**

When a major utility company overcharged customers over $70 million following the rollout of a flawed billing system, Eric provided strategic communication services to the out-of-state law firm that brought a class action lawsuit asserting claims for fraud, negligent misrepresentation, breach of contract, unjust enrichment, and violations of the California Legal Remedies Act and California Unfair Competition Law. Eric worked with the law firm, both pre and post settlement, ensuring that customers and the media understood the settlement provisions which included the return of funds owed to customers. The settlement also required that the utility company implement specific customer service performance metrics and submit to court oversight even after all funds were repaid to the customers.

**Threatened Environmental Litigation**
When an exclusive private school discovered potentially carcinogenic materials had
contaminated their campus, school officials were deeply concerned that misinformation would
incite panic and decimate enrollment. Highly visible environmental mitigation work, including
drilling and restricted access, made it imperative that the community were informed of the
situation in a way that made them feel confident, comfortable, and safe. Eric set up a social
media monitoring effort and worked closely with the school's legal and technical experts to
develop and implement a series of meetings and outreach activities to communicate the facts and
address parent fears and concerns. The environmental mitigation program was successfully
completed, and school enrollment was not affected. Through proactive efforts, the school was
able to avoid any mention of the issue in both traditional and social media outlets.

**Environmental Justice**
Rattled by high levels of carcinogenic hexavalent chromium in their city, residents waged a
campaign with local regulators and the media in an effort to stop our client from expanding their
medical waste treatment plant operations to seven days a week. Our client's operations are
located about 700 feet from the nearest home and under 1,000 feet from an elementary school.
Despite going through extensive permitting, evaluations, assessments, and reviews before being
granted a permit to originally operate the plant, the community used my clients desire to expand
operations at a rallying cry for environmental justice. Eric was retained by the medical waste
company to protect their reputation, develop and implement a comprehensive communications
plan, and work with the public affairs team to prepare them for public meetings.  As part of the
campaign, Eric developed a bi-lingual PowerPoint and convinced the plant operators to open the
operations for organized tours.  In addition, Eric created a detailed bi-lingual Myths and Facts
booklet that addressed the popular myths about the plant and dispel said myths with verifiable
facts from independent third parties.  As a result, the plant received the necessary permits to
operate seven days a week.

**Product Defect Case**
When a Japanese multinational engineering, electrical equipment, and electronics company was
sued by a large California utility for $7.6 billion for delivering equipment that ultimately led to
the permanent closure of a plant, Eric was retained by the Japanese company to develop a
comprehensive communications plan. Three years after the case was filed, his client scored a
major victory when the plaintiffs were awarded $125 million, which was less than the liability
limit under the contract. Eric worked very closely with the company's lawyers and in-house
public relations team and approached the challenge from three perspectives: public relations,
government relations, and legal. Eric identified the most probable scenarios likely to play out,
and then developed a detailed plan to deal with messaging for each scenario. When the award
was announced, the story was picked up by over 250 newspapers and trades worldwide and our
client's stocked soared.

**Unfair Competition Lawsui**t
After losing a large fraction of market share to a competitor who misrepresented his product to
the public, Eric's client brought suit in federal court seeking damages and an injunction against
false advertising. Eric mobilized public opinion by coordinating public interest groups, which
adversely affected individual consumers, public health specialists, and regulatory agencies in

support of the client's position. He successfully placed news stories nationwide, questioning the honesty of the competitor's advertising and raising legitimate concerns about the safety of the competitor's product. The competitor agreed to settle out of court following a public hearing by an influential legislative committee. Settlement terms are confidential, but the competitor changed his advertising practices to eliminate the false claims that were relevant from Eric's client's lawsuit.

**The Invisible Plume**
In October of 2015, a massive gas leak was discovered adjacent to the residential community of Porter Ranch. Over 30,000 residents had to relocate after suffering illnesses caused by the natural gas leak. The media interest in the issue was sparse because, even though it was the single worst man-made gas accident in history, the problem was not discernable to the public eye. Eric was retained by several law firms to make the issue a front-page story. He convinced the clients to obtain infrared footage of the leak—which made the invisible gas visible. Immediately upon releasing the video, the story gained worldwide attention. Headlines described the situation as a "catastrophe" and a "disaster," and the lawyers who released the video were highly sought after by news organizations around the world.

**Municipal Crisis Communications**
When two people died, and twelve others were injured after a runaway car carrier slammed into a bookstore and coffeehouse, Eric helped the municipality manage its communications. Within hours of the accident, Eric worked with city officials to offer sympathies to the loved ones of the two-people killed in the collision. As a result, Eric issued numerous demands to the state addressing the significant and ignored safety issues the city raised over the years.  Eric provided reporters and editors with a timeline and key documents showing that the state had been put on notice and that warnings were ignored. Eric made city officials accessible to reporters and quickly organized a news conference with local and state officials. Using tested crisis techniques, Eric assisted the city in being responsive during the first 72 hours of the crisis and not operating on a 9-to-5 schedule. The city called for the state to ban trucks on the highway and when reporters called the State for comment, there was no immediate response. As a result, news stories the night of the incident laid out the facts from the city and immediately shifted attention to where it properly belonged.

**Personal Injury Litigation Appeal**
Eric managed litigation communications following a horrific traffic accident involving a publicly traded transportation company. The incident involved nearly fifty vehicles and resulted in multiple fatalities. Eric's work focused on directing traditional and social media attention to the primary cause of the accident (faulty road design and management) and reducing speculation concerning the client's involvement. His research on the flaws of road-construction, speed limits, and safety warnings enabled him to persuade the media to reverse their initial conclusions and to withhold judgment on the ultimate cause of the accident.

**Western Sugar Cooperative v. Archer-Daniels-Midland, Co**
For over four years, Eric handled litigation communications for the plaintiff in a $1.6 billion-dollar misleading advertising case. Eric worked for the producers (plaintiff) of table sugar who sued the inventor of high fructose corn syrup (HFCS), alleging that the defendant ran a television

and print campaign that contained false representations about HFCS. These representations constituted false advertising under the Lanham Act and a violation of the California's Unfair Business Practices Act. Eric worked closely with the legal team and was responsible for framing key issues and ensuring proper perceptions as the case moved to trial. Halfway through the dispute, the sugar processors and the inventors of HFCS announced a secret out-of-court settlement.

**Western Sugar Cooperative v. Johnson & Johnson**
For several years, Eric handled all the litigation communications for the plaintiffs in a false-advertising lawsuit against the company that makes the sweetener Splenda. Filed by five US sugar companies, the Lanham Act litigation focused on the claim that Johnson & Johnson deliberately misled consumers with its "made from sugar, tastes like sugar" advertising campaign. The plaintiffs alleged that the defendants not only intentionally misled consumers about whether Splenda was natural, but also continued the advertising campaign knowing that people were confused. The two sides settled the day before jury selection in federal court.

**Post-Verdict Defamation Lawsuit**
Eric's clients filed a defamation and intentional infliction of emotional distress case against a prominent businessman. Following a successful verdict, Eric implemented a traditional and social media strategy, which arranged for media coverage that included stories on the verdict as well as the success of the litigator. The story was covered worldwide. In addition, the successful litigator was named "Litigator of the Week" in several publications.

**SpaceShipOne**
In 2004, Eric was responsible for the public relations efforts surrounding the launch of SpaceShipOne, the first privately developed spacecraft to reach suborbital space with the first ever civilian astronaut. After multiple visits to the Mojave Airport to tour onsite facilities, Eric coordinated the PR, logistics, and event staging to host over 600 credentialed journalists. In addition to event press materials, Eric created detailed hypothetical crisis materials, including speeches and press releases to be disseminated in the event of a disaster. Media outlets from Chile to China and around the world reported on the SpaceShipOne launch. Over 300 local and international newspapers featured the flight, with many including coverage as a front-page story.

**Airline Crash**
In October 2000, an airline jet crashed while attempting to take off under poor weather conditions. Eighty-three of the one-hundred seventy-nine passengers were killed aboard the flight headed to Los Angeles. Eric moved quickly to assemble a team of crisis and media specialists to assist the airline company with managing the flow of information to passengers, family members, employees, government officials, key stakeholders, media reporters, and the general public.

**September 11 Terrorist Attacks**
In the hours after the tragedy of September 11th, Eric led the external proactive media outreach efforts for a major U.S airline and airport. His work included crisis and public relations support, offline and online media monitoring, and subject research. Additionally, Eric implemented pre-

approved crisis-related media materials/messages and developed new messages for the airport staff and the Los Angeles Mayor. The success of the effort resulted in the City of Los Angeles retaining Eric to develop and coordinate a massive post–September 11th event for the airport.

## Reactive Litigation Communication

### Qui Tam Lawsuit

When a hospital chain reached an agreement with the U.S. Department of Justice to settle a whistleblower (qui tam) lawsuit filed by a former employee, Eric drafted the press release for the hospital and developed communications documents to be used with employees, key stakeholders, and elected officials.

### California Proposition 65 Lawsuit

When an environmental organization presented California Proposition 65 (which requires the state to publish a list of chemicals known to cause cancer or birth defects) against most major manufacturers of chocolate products, Eric helped ensure that the announcement was a "one-day wonder" that gained no media traction. Before the announcement, he prepared key documents, selected and secured third-party advocates, hired media-trained spokespeople, and produced B-roll. Eric conducted extensive opinion research to test the messages and to evaluate which spokespeople would be most credible among key audiences. At the plaintiff's press conference, he distributed the client's statement, subsequently providing B-roll and, to select media, a spokesperson. The plaintiff's case was successfully characterized as a "sham". There was limited media follow-up, the minimal settlement went unreported and chocolate sales were unaffected.

### Product Liability Appeal

Eric was hired after a client was hit with a multi-billion dollar compensatory and punitive damages award. Until the verdict, the media had ignored the case. As a result, the subsequent media coverage focused on the size of the award while assuming the truth of the allegations against the company. Eric's litigation communication team was retained to bring balance to the coverage in advance of post-trial motions. Eric's team changed the terms of the debate, focusing on rulings by the judge that prevented the company from putting on a complete defense. He worked with eminent third parties to formulate/disseminate public policy arguments on his client's side, and also worked with national organizations to set up conferences to discuss litigation abuses. The articles that appeared before and after the post-trial motions were generally balanced and helped garner positive coverage of the eventual appeal.

### Federal Antitrust

Charges were filed against Eric's client by numerous State Attorney Generals and private attorneys after accusations of attempted monopolization and price fixing were made by federal regulators. Initial press coverage, before he was retained, highlighted the allegations and included only a boilerplate denial of wrongdoing by the company. Eric's client decided, among other things, to challenge the federal agency's authority to bring suit. Eric's team used this argument to put the agency on trial. Articles were written, op-eds placed, and conferences held that shifted the focus of the coverage away from the alleged actions of the company. By the time the court ruled against the company, the case was in discovery and the media had lost interest.

13

**Private Antitrust**

A leading inkjet printing company faced several lawsuits from smaller competitors and refillers alleging anticompetitive practices. Since public sympathy appeared to be on the side of the "plucky little fellow" challenging a "bullying behemoth," Eric was hired to make the company's case more sympathetic to the general public. Working closely with the client's legal team, he developed a series of communications themes that his testing demonstrated, would resonate with audiences outside the courtroom. By stressing that his client provided the assurance of quality and improved consumer choice, Eric successfully blunted the opponents' campaign to paint his client as an enemy of the public interest.

*The cases above represent a partial list of crisis communication work Eric has done through his career.*

## Reputation Management

**Corporate Reputation Management**

With electricity bills spiking sharply in California, the public outcry became a daily newspaper story, and a Fortune 500 company turned to our team for help. The client wanted to calm local opinion, accustom people to the long-term reality of higher bills and educate them on the wider issue of a broken wholesale market and lack of power supply. Eric was also tasked with garnering support for efforts to improve the situation and to guard against a public and political backlash against deregulation or other harmful measures. As the energy crisis began to grip the whole state of California, our client needed to maintain a major place in the debate without being seen in the same light as the much more troubled electricity providers.

After conducting exhaustive research with electricity customers and a media audit of electricity coverage, Eric led a team that implemented plans that allowed the company to weather the electricity crisis. Tactics included placing numerous op-eds, scheduling editorial board meetings, writing press releases, placing paid media, creating new marketing materials and developing ratepayer assistance programs. The insights gained from the focus groups and media audit guided the development of the materials. The multiyear effort succeeded in calming public and media hostility in gaining acceptance of the broad power crunch and in providing an understanding of why bills rose so high. The reputation effort refocused debate away from the utility and toward the underlying, broader issues. Eric's team successfully kept attention away from our client except where it mattered—among legislators and other officials and on Wall Street. We not only protected the client's corporate image, but enhanced it.

**Medical Diagnostics Company**

When a business associate was indicted by the U.S Attorney for allegedly scamming insurance companies out of nearly $300 million, the company's management team and highly qualified doctors retained Eric to help ensure that the crisis (that did not involve an employee) did not disrupt business operations, damages their reputation, or negatively impacts their relationships in the medical industry

14

**Environmental Management Company**
Eric provided a media relations and reputation management company to a national
environmental compliance and remediation construction company. This happened when a
reporter for a large newspaper sought an interview regarding the failure to execute a contract
with a government agency for the cleanup of contaminated properties, despite being awarded the
bid though an RFP process.

**Tax Services**
In 2005, the dominant provider of tax services with a national network standing for quality and
reliability reputation and integrity was under attack by consumer activists, government officials,
and the media. Eric helped develop and assemble a team to implement a comprehensive brand
reputation and image program. The campaign was successful and helped to protect and enhance
the firm's legacy as a high-quality, high-integrity provider of sophisticated tax/financial services
for middle Americans.

**Holding Company**
When a holding company in the utility field wanted to institute a branding initiative that would
help to increase stock market valuation of the company and achieve positive recognition for the
company and the executives, Eric helped develop the plan and oversaw the team which
implemented the strategy.

**Major Utility**
A major natural gas company was perceived as aloof and did not have an integrated community-
outreach program. Eric developed a long-term systematic outreach plan to key community
stakeholders. Because of Eric's efforts, they now monitor social media platforms and proactively
address reputation issues.

**Music Promoter**
Following the drug overdose death of a fifteen-year-old attending a rave, Eric was hired to assist
the national company that hosted the event with a reputation of building and repositioning the
campaign. The campaign's purpose was to deflate and deflect negative misconceptions tied to the
company's festivals and events, namely the perceived connection to illegal drug use. Critical
to the success of Eric's efforts was ensuring that the campaign worked across multiple platforms:
traditional media, social media, and inter-personal communications. The campaign was a success
and the company was able to grow and maintain their leadership position in the industry.

**Family Spokesperson**
Eric was hired by a family who owned hotels and an NBA basketball team to handle the negative
attention they were receiving in both mainstream and local media. Eric created and implemented
a strategy for the family that allowed them to maintain fan loyalty and garner respect from their
business partners, concurrently selling the team for a record profit.

**Union Campaign**
When the Service Employees International Union (SEIU) identified a major hospital chain as its
primary target and began attacking the core values and community service records of several
hospitals because they refused to allow a card check for organizing, Eric developed a

15

communications strategy to disclose the facts and protect the hospitals' reputation. While the hospital chain was not opposed to union organizing efforts, the management felt a secondary voice was necessary to combat the SEIU's misinformation. We developed a multi-disciplinary campaign to challenge the SEIU's claims and provided employees with accurate information about the potential impact and costs of union representation. To rebuild pride in the hospitals, we developed a few key initiatives focused on employee morale. At the same time, the hospitals launched a targeted and aggressive education campaign, which provided accurate information about union organization to constituents (i.e., religious community, elected officials, patients, medical staff, hospital communities and the public).

Elements of the campaign included a poster series, featuring employees who represented the true spirit of the hospitals and a series of communications pieces featuring community service outreach programs (sponsored by the hospitals and a series of morale-building events during the holidays to recognize employee contributions). In addition, the campaign included a brochure focused on the hospital chains mission and its commitment to the underserved individuals to combat the SEIU's attacks on those issues. The strategy, to highlight individual programs rather than debate directly with the union, helped neutralize the issues. As a result of Eric's efforts, the service employees overwhelmingly rejected union membership in favor of maintaining their direct relationship with management.

**Labor Dispute**

For two years, Eric directed the effort of an independently owned hotel chain in Los Angeles with a labor dispute. Eleven workers filed complaints with the California Labor Commissioner's Office alleging they had missed breaks required by law. Several weeks later, workers went on an all-day strike to protest these allegations. For over six months, workers engaged in regular picketing and other activities while demanding that management agree to card-check. Eric developed communications to inform the public that the hotel supported the secret ballot election process conducted by the National Labor Relations Board to protect employees' right to vote in a neutral, private environment. The union refused to participate in an election process and began a "corporate campaign". Eric worked to aggressively counter claims by touting the hotel's industry-leading wages and benefits packages, its outstanding workplace-safety record, and its role as a recognized leader in promoting a diverse workforce. Eric worked with the hotel and its legal team to petition the NLRB to hold supervised secret-ballot elections. Two years after the dispute began, the owner decided to sell the hotel and asked Eric to develop a plan to allow for a union. The client then told prospective buyers they would be purchasing a hotel with a unionized workforce and that the ongoing labor dispute had been settled.

**International Food Manufacturer**

For the last three years, Eric has been working on a project for an international food manufacturer that makes olive oil. The project includes monitoring a variety of social media sites and developing responses to consumer and media concerns. Eric's job was to determine when and how the company should respond to traditional and social media stories.

**Municipal Communications**

When a City learned that a popular restaurant and market decided to not move forward with the proposed restaurant and market and the developers placed the blame on the City

16

Council, Mayor and City Manager, the City hired Eric to develop communications to show that the applicants abandoned the project and were looking for a scapegoat. Eric's efforts highlighted the cities remarkable job of balancing enthusiasm & excitement for the project with the legal obligation to protect the public interest. In the end, the community understood that the City was committed to the project from day one and that the developer abandoned the project for financial reasons.

*The reputation examples represent a partial list of the reputation work Eric has done over his career.*

### Crisis Communication

Among many and varied assignments, Eric has assisted clients on all aspects of dealing with national media, including *60 Minutes, Dateline, 20/20, Fortune*, *The Los Angeles Times*, *New York Times* and many local media outlets. Eric has counseled clients on product recalls, guided clients on public image problems arising from legal disputes or government investigations, coordinated readiness plans, and conducted crisis simulations for global corporations.

Eric has counseled clients on protecting their reputations in the wake of rogue employee actions. He has also trained company spokespeople facing hostile questions from investigative reporters or a wary investor community. He has prepared CEOs to testify before legislative bodies and also provided responsive, on-the-ground support when a crisis has occurred.

As part of his crisis communication practice, Eric has helped companies develop ironclad policies and practices for handling personal, confidential, and sensitive information in the workplace. For a client in the medical field, Eric assisted the company in developing responsible data-handling practices, workplace privacy policies, and the implementation of regular training programs for employees.

*The examples above represent a partial list of hundreds of reputation and communication programs Eric has developed and implemented throughout career.*

### Development of Crisis Communication Plans

Throughout his career, Eric has developed outreach and communications plans for a broad range of local, national and international clients. Plans developed include:

- A crisis communication plan for a large Japanese electronics company that is one of the world's largest manufacturers of computer printers and information and imaging-related equipment
- A crisis communication plan for an American multinational toy manufacturing company headquartered in Southern California
- A crisis communication plan for an international company that exports olive oil to the United States

17

- A management, communications, and total guest satisfaction crisis plan for an international cruise line brand founded in Norway, based in Miami, Florida
- A recall and crisis plan for an American biopharmaceutical company that has discovered and developed numerous commercialized therapeutics
- A crisis communication program and plan for a waste management and environmental services company headquartered in Texas

*The examples of the work above represent a partial list of dozens of crisis communication plans Eric has developed throughout his career.*

## Media Training for Senior Executives

Eric conducted media training workshops, seminars and individual coaching sessions for senior executives. Eric has taught over 475 individuals on how to shape a media message so that they can say everything you need to say in 30 seconds or less and how to get quoted exactly the way they want, on the messages they want..

## Publications

Throughout Eric's professional career, he has written on a wide variety of subjects related to public relations, crisis communications and reputation management for business as well as for specialty areas (e.g. legal marketing/litigation support).  Eric has written many articles for a variety of local, regional and national general, business, publications, including newspapers and websites.   A sampling can be found below.

- Branders: What to do when things go wrong, Branders Magazine – March 7, 2018, https://issuu.com/brandersmag/docs/branders_issue_9/28
- Not Her Mother's Daughter: The lessons of Lisa Bloom, City Watch – October 23, 2017, http://www.citywatchla.com/index.php/los-angeles-for-rss/14241-not-her-mother-s-daughter-the-lessons-of-lisa-bloom
- When Cops Get 'Lit Up' – Reacting to a Law Enforcement Crisis, American Police Beat – December 12, 2014, https://apbweb.com/cops-get-lit-reacting-law-enforcement-crisis/

## Seminars & Speaking Engagements

Throughout his professional career, Eric has spoken, written, and lectured on a wide variety of issues regarding public relations, crisis communications, litigation support, and social media.

- Crisis Communications Training – California Bar Association – MCLE Credit
- Guest lecturer on crisis and litigation communication at the University of Southern California (USC)
- Guest lecturer on reputation management at the California State University Northridge, (CSUN)
- Seminar for LAPD management regarding social media, mass communication, and mass gatherings

- Seminar for the San Diego County District Attorney's Office on crisis management in the digital era
- Seminar for the Ventura County District Attorney's Office on social media for communications
- Seminar of the California Police Chief's Association responding to social media and reputation management issues

## Media

Eric is a frequent media commentator on crisis and reputation management issues and is a frequent guest expert on CNN, Fox News, and KCBS/KCAL television. Topics range from the current political stories of the day to crisis communication issues. Eric is also frequently quoted in local and national newspapers regarding crisis and reputation issues.

## Career Achievements

- Sabre Award Winner, Public Affairs
- PRSA Silver Anvil Award Winner, Corporate Reputation/Brand Equity

## Education

California State University, Northridge, Political Science

19

**List of Publications**

- The ABCs of Source Attribution – and Tips on Negotiating it
  https://www.summitas.com/officeblog/34004139776780634205
- Bezos Affair Saga Raises Issue of Confidentiality in Journalism
  https://www.summitas.com/officeblog/33755139776780633956
- LA Sheriff's Office Fails in Its Comms Over Shooting Hoax
  https://www.summitas.com/officeblog/43238139776780643439
- Op-Ed:  The False Claim Of An LA County Sheriff's Deputy Being Shot by A Sniper Leads To A Classic Fail In Crisis Communication
  https://witnessla.com/op-ed-the-false-claim-of-an-la-county-sheriffs-deputy-being-shot-by-a-sniper-leads-to-a-classic-fail-in-crisis-communication/
- How a Crime Hoax Taught a Lesson in Crisis Communications
  https://thecrimereport.org/2019/09/09/how-a-crime-hoax-taught-a-lesson-in-crisis-communications/
- What to do when things go wrong:  protecting the brand
  https://www.ekapr.com/branders-what-to-do-when-things-go-wrong/
  https://issuu.com/brandersmag/docs/branders_issue_9/28
- Not Her Mother's Daughter:  The Lessons of Lisa Bloom
  https://www.citywatchla.com/index.php/los-angeles-for-rss/14241-not-her-mother-s-daughter-the-lessons-of-lisa-bloom
- When Cops Get 'Lit Up' – Reacting to a Law Enforcement Crisis
  https://apbweb.com/cops-get-lit-reacting-law-enforcement-crisis/
- Shopper Alert!! Hidden Restocking Fees Draw Consumer Anger
  https://www.citywatchla.com/index.php/archive/4218-shopper-alert-hidden-restocking-fees-draw-consumer-anger
- Why Police Need ShotSpotter
  https://thecrimereport.org/2015/03/24/2015-03-why-police-need-shotspotter/

**Other Media Appearances**

- https://www.ekapr.com/media-appearances/

Exhibit 1, Page 96

# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

---oOo---

VERNON UNSWORTH,

      Plaintiff,

vs.                                        No. 2:18-cv-8048-SVW

ELON MUSK,

      Defendants.

_____/

VIDEOTAPED DEPOSITION OF

ERIC ROSE

November 1, 2019

Stenographically reported by NICOLE HATLER

CSR No. 13730

Job: 47148

ERIC ROSE
November 01, 2019

```
 1        A.   Yes.
 2        Q.   Knowing that the jury may rely on your CV,
 3   you wouldn't want there to be anything in there
 4   that could mislead the jury about you in any way?
 5        A.   That's correct.
 6        Q.   All right.  Is your resume completely -- or
 7   your CV -- completely accurate?
 8        A.   To the best of my knowledge, it is.
 9        Q.   And your CV doesn't exaggerate anything?
10        A.   I don't believe it does.
11        Q.   Now, what years did you attend college?
12        A.   1984 through '89.
13        Q.   Okay.  And you attended Cal State
14   Northridge?
15        A.   Yes.
16        Q.   Did you attend, or have you attended, any
17   other colleges or universities?
18        A.   No.
19        Q.   Why did you not complete your degree?
20        A.   I'm not good in math, and I couldn't pass
21   the math class.  I didn't want to take an
22   additional three math classes to pass the math
23   class.
24        Q.   The -- your field of study at Northridge
25   was political science, correct?
```

Exhibit 2, Page 98

ERIC ROSE

November 01, 2019

```
 1        A.   Yes.
 2        Q.   You don't hold any degrees in psychology,
 3   psychiatry, or medicine, do you?
 4        A.   I do not.
 5        Q.   And you aren't licensed to practice
 6   psychology or psychology or medicine in any state,
 7   are you?
 8        A.   No, I'm not.
 9        Q.   Do you hold any professional licenses or
10   certificates?
11        A.   I do not.
12        Q.   What do you do for a living?
13        A.   I do -- on a daily basis -- crisis
14   management, litigation communication, reputation
15   repair, and media relations.
16        Q.   So are you a media and public relations
17   expert?
18        A.   I consider myself one.
19        Q.   Okay.  Explain to me what you do in the
20   field of crisis management, or just, what is the
21   field of crisis management?
22        A.   I help companies who are facing immediate
23   issues manage those issues in a variety of ways,
24   whether it would be media relations, protecting the
25   reputation.  It really varies depending on the
```

Exhibit 2, Page 99

ERIC ROSE

November 01, 2019

1    incident.  But, as a general rule, what it comes to

2    crisis communications, it's an immediate need for a

3    company who has a reputational issue, and I assist

4    those companies --

5        Q.  Okay.

6        A.  -- or individuals.

7        Q.  Or individuals.

8            How much of your practice involves

9    representing companies versus individuals, in the

10   last few years?

11       A.  I would say that -- I'm -- I'm

12   guesstimating here, probably --

13       Q.  Let me -- I apologize.  Let me clarify the

14   question.

15       A.  Yeah.

16       Q.  If you were to talk about allocating your

17   time --

18       A.  Okay.

19       Q.  -- how much of your time in the last three

20   or four years was spent doing work for individual

21   persons versus corporate clients or others?

22       A.  I would say that the -- probably 90 percent

23   of my time would be working for corporate clients,

24   and 10 percent would be working for individuals.

25   That's just a guesstimate.

Exhibit 2, Page 100

ERIC ROSE

November 01, 2019

```
 1   say it's three hours.  And I'm guessing.  I don't
 2   have the time entry.  I enter it --
 3       Q.  Correct.
 4       A.  -- literally as I do it.  It will be all in
 5   preparing for this deposition.
 6       Q.  Okay.  So let's see -- can you multiply
 7   that by 600 for me?  I think it's going to be
 8   around $20,000, but that doesn't seem right.  We
 9   got 15, 18, 6 -- 18, 5 -- I think it's 18,450.
10   These three bills will add up to 18450, but
11   somebody's going to tell me that in a second.
12           Do you have an estimate of the --
13   approximately the total amount of compensation you
14   will be paid for your work in this case?
15       A.  No.
16       Q.  Okay.
17       A.  It all depends on, you know, how many
18   hours.  I thought the case would settle by now.
19       Q.  Why did you think that?
20           18450.  That's what I said.
21           Why did you think the case would have
22   settled by now?
23       A.  I thought it was pretty clear that Mr. Musk
24   defamed Mr. Unsworth, and that the case that I laid
25   out in my report was very clear, and that the --
```

Exhibit 2, Page 101

ERIC ROSE

November 01, 2019

```
 1    that Mr. Musk would have admitted it and -- and
 2    figured out a way to settle with Mr. Unsworth, the
 3    damage he caused to his reputation.  I just -- I
 4    didn't expect it -- I didn't expect to be deposed
 5    today.
 6        Q.  Got it.  All right.  So the -- the total of
 7    these three invoices is $18,450.  Does that sound
 8    right to you?
 9        A.  It sounds correct.
10        Q.  And if you add another $1,800 for the month
11    of October, we're a little shy of -- we're at about
12    $20,250, I think.  Does that sound about right?
13        A.  It sounds close.  Again, I don't have a
14    college degree because I couldn't do math.
15        Q.  I -- I -- my major was economics, not math,
16    but I guess there was a lot of math in economics.
17    All right.  So let's move on.
18            Have you spoken to Mr. Unsworth about this
19    case?
20        A.  I have not.
21        Q.  Okay.  Approximately, how many times have
22    you spoken with Mr. Unsworth's lawyers about this
23    case, putting aside the mechanics of things like,
24    you know, the engagement letter or travel
25    arrangements or whatever?  I'm talking about, how
```

Exhibit 2, Page 102

ERIC ROSE

November 01, 2019

```
 1   many times have you spoken with Mr. Unsworth's
 2   lawyers about the substance of the case?
 3       A.  Very little.  They were reflects in -- in
 4   my time.  I'd have to go look here.  I spent the
 5   most time speaking to the law firm two days ago in
 6   preparing for this deposition.
 7       Q.  Right.  But -- so let's put aside the
 8   deposition preparation for a minute, and let's talk
 9   about the period of time between when you first
10   agreed to serve as an expert in this case and you
11   completed your report.
12           Approximately how many times did you speak
13   with Mr. Unsworth's lawyers?
14       A.  I'd have to -- can I consult with -- yeah.
15       Q.  If you need to, absolutely.
16       A.  From the record, it shows two times, and
17   there might have been an additional call or two
18   that was more of asking questions for substance
19   about, you know, what the deadlines were.
20   Everything else would have been brief.  I -- as a
21   rule, if I spend five minutes or less on a call, I
22   don't bill for the time.  So if I'm calling to ask
23   for basic information or something that's
24   procedural, I don't -- I don't enter my time.
25       Q.  Okay.  Did Mr. Unsworth's lawyers provide
```

Exhibit 2, Page 103

ERIC ROSE

November 01, 2019

```
1    if you took a survey, the most reputable survey you
2    could design, in the -- in the country of France,
3    whether anyone in France believes anything Elon
4    Musk said about Vern Unsworth?  Do you know that,
5    what that survey would show?  Would it show that
6    anybody believes anything bad about Vern Unsworth
7    or that they believe anything Mr. Musk had to say
8    about him?
9              MS. WADE:  Object to the form.
10             THE WITNESS:  It -- it's my opinion that
11   if you took a survey in France about what Mr. Musk
12   said about Mr. Unsworth, that people would believe,
13   or there would be a percentage of people who
14   believe, Mr. Musk.  Mr. Musk is a -- is a credible
15   person; he is a world-renowned person; he has
16   credibility.  And so, if you were -- if you
17   presented to someone this is what Elon Musk said
18   about Vern Unsworth in France, it's my belief that
19   the research would show that right now, a
20   significant number of people would believe Mr. --
21   would believe Mr. Musk.
22   BY MR. SCHWARTZ:
23        Q.  All right.  Well, what if you don't tell
24   people up front what Mr. Musk said about
25   Mr. Unsworth before asking them what they thought
```

Exhibit 2, Page 104

ERIC ROSE
November 01, 2019

```
 1    about it.  That's not the survey I'm talking about.
 2         A.  You --
 3         Q.  Let me ask you the survey -- about the
 4    survey I'm talking about --
 5         A.  Right.
 6         Q.  -- and have you answer this question.  See
 7    if you can do this.
 8         A.  Okay.
 9         Q.  You go to France next week with the best
10    research firm you can find.
11         A.  Okay.
12         Q.  Money is no object.
13             How many people in France are aware that
14    Elon Musk said anything about Vernon Unsworth;
15    good, bad, or horrible, or indifferent.  How many
16    people in France?  What percent of the French
17    population is aware that Elon Musk had anything to
18    say about Vern Unsworth?  Can you tell me that?
19             MS. WADE:  Hold on.  I'm going to object
20    to the form.  It's compound, and I object to the
21    preparatory comments, because I think he did answer
22    your question.
23             But go ahead.
24             THE WITNESS:  The start of your question
25    was the key part.  Bring a reputable firm to France
```

Exhibit 2, Page 105

ERIC ROSE

November 01, 2019

```
 1    to ask people, in a blank slate, what they feel or
 2    know about Vernon Unsworth.  That's your baseline.
 3    And so, you -- you said in your own question, bring
 4    the best firm there to find out.  That's exactly
 5    what I would do.
 6    BY MR. SCHWARTZ:
 7         Q.  Have you done that?
 8         A.  No.
 9         Q.  All right.  Do you -- as you sit here
10    today, can you tell me what the results of that
11    research would show in terms of telling us what
12    percent of people in the country of France are even
13    aware that Elon Musk said something about Vern
14    Unsworth?
15              MS. WADE:  Object to the form.
16    BY MR. SCHWARTZ:
17         Q.  You don't know, do you?
18         A.  I don't know.  And if I could -- if I could
19    do that, I would -- I would be the richest person
20    around, because you would never need a research
21    firm to tell you anything.
22         Q.  But as you sit here today, you just don't
23    know what percent of the population of France was
24    even aware that Elon Musk had something to say
25    about Vernon Unsworth?
```

Exhibit 2, Page 106

ERIC ROSE

November 01, 2019

```
1              MS. WADE:  Object to the form.
2              MR. SCHWARTZ:  And his answer was --
3              MS. WADE:  Now go ahead.
4              THE WITNESS:  That's correct.
5   BY MR. SCHWARTZ:
6         Q.  And as you sit here today, you don't know
7   what percent of the population of France even knows
8   who Vern Unsworth is, do you?
9         A.  That's correct.
10        Q.  And as you sit here today, you don't know
11   what percent of the population of France thinks
12   Vern Unsworth's reputation has been harmed by Elon
13   Musk, do you?
14        A.  That's correct.
15        Q.  In fact, you don't know that for any
16   country in the world, do you?
17        A.  That's correct.
18        Q.  You don't know, just to be clear, what
19   percent of any country in the world -- the
20   population of any country in the world -- whether
21   they are aware or the extent to which they are
22   aware Elon Musk said something about Vern you
23   Unsworth, do you?
24        A.  That's correct.
25        Q.  And you don't know what percent of the
```

ERIC ROSE

November 01, 2019

```
 1   population in any country in the world knows

 2   whether Elon Musk said something unfavorable or

 3   harmful about Vern Unsworth, do you?

 4       A.  I couldn't answer the percent, but what I

 5   could tell you today is that there was strong

 6   interest in Vern Unsworth after Mr. Musk made

 7   comments, and that interest was worldwide.

 8       Q.  And as --

 9       A.  And I --

10       Q.  Go ahead.

11       A.  And I -- and I could tell you that if you

12   did a search for Vern Unsworth prior to Mr. Musk

13   introducing him to the world in the way he did,

14   that no one had ever -- I don't want to say no one.

15   There was insignificant or little interest in Vern

16   Unsworth prior to Mr. Musk making him famous.

17       Q.  Okay.  Just so I understand your question,

18   you're saying, before Mr. Musk said what he said

19   about Mr. Unsworth, there was an insignificant or

20   little interest in Vern Unsworth in the world; is

21   that right?

22       A.  Yes.

23       Q.  That's what you said?

24       A.  That's -- that's what I said.

25       Q.  Okay.  Let's go back to what I was asking
```

ERIC ROSE

November 01, 2019

```
 1   you about before, though.
 2           As you sit here today, can you tell me what
 3   percent of the population of any country in the
 4   world, or the world as a whole, thinks
 5   Mr. Unsworth's reputation has been harmed by
 6   something Mr. Musk said?
 7           MS. WADE:  Object to the form.
 8           THE WITNESS:  I cannot.
 9   BY MR. SCHWARTZ:
10       Q.  Okay.  And what I hear you telling me is
11   that's the kind of research you're recommending
12   Mr. Unsworth conduct before he execute his --
13   the -- the program outlined on Page 39 of your
14   report?
15       A.  Yes.
16       Q.  Okay.
17       A.  But, I would also add to make myself
18   clear -- because I don't know that I articulated it
19   as well as I could have -- if you look at my report
20   on Page 17, which is a Google Trends analysis --
21       Q.  Yes.
22       A.  -- and to understand Google Trends, it's --
23   it's a snapshot.  So if it has a zero, in interest
24   over time, it doesn't mean that -- it doesn't mean
25   that no one was looking, and 100 doesn't mean only
```

Exhibit 2, Page 109

ERIC ROSE

1    **and then there is a chart that does break out by**

2    **country.**

3         Q.  We'll get there in a second.

4         **A.  Okay.**

5         Q.  Let's just start with the three charts.

6    And I --

7         **A.  Okay.**

8         Q.  And so, just so we understand each other,

9    those are for the world entirely, not an individual

10   country, those first three charts; is that right?

11        **A.  I -- yes.**

12        Q.  Okay.  And Google Trends, what it shows you

13   is for the period of time you asked Google to look

14   at, relative to each day within that period, where

15   was the most activity for a certain search,

16   correct?

17        **A.  That's correct.**

18        Q.  All right.  It doesn't give you the number

19   of searches that anybody ran, does it?

20        **A.  That's correct.**

21        Q.  So what this tells us -- the first chart on

22   the bottom tells us that for Google searches -- by

23   the way, the search term you put in was what,

24   "Vernon Unsworth"?

25             I think you said, Using the search term

ERIC ROSE

November 01, 2019

```
 1    Vernon Unsworth; is that right?
 2         A.   That's correct.
 3         Q.   Okay.  So what this tells us is on a
 4    worldwide basis, searches for Vernon Unsworth
 5    during the period of July 2018 peaked around the
 6    15th or so of the month, and then trailed off,
 7    correct?
 8         A.   That's correct.
 9         Q.   Okay.  This doesn't tell us how many people
10    searched Vernon Unsworth during that period, does
11    it?
12         A.   It does not.
13         Q.   Okay.  You have no idea, as you sit here
14    today, the number of people that ran those
15    searches, do you?
16         A.   I do not.
17         Q.   Could be ten; could be ten million; could
18    be some other number, as far as you know, right?
19         A.   You're correct.
20         Q.   Okay.  And that's true also for the
21    charts -- on the top and the middle of the Google
22    Trends charts -- on the top of Page 18 and the
23    top -- and the middle of Page 18, correct?
24         A.   You are correct.
25         Q.   Okay.  You do not know, as you sit here
```

Exhibit 2, Page 111

ERIC ROSE

November 01, 2019

```
 1   today, how many people actually ran the searches

 2   that are reflected on those charts?

 3        A.   That's correct.

 4        Q.   You don't know if it's five people, 500

 5   people, 500,000 people, or some other number, do

 6   you?

 7        A.   That's correct.

 8        Q.   Okay.  Now, let's look at the bottom chart,

 9   the -- of Page 18.  This seems to do a geographic

10   breakdown for the period -- is it July 1, 2018, to

11   July 1, 2019?

12        A.   That's correct.

13        Q.   All right.  And so, what is this purporting

14   to tell us with respect to Singapore, Norway,

15   Ireland, New Zealand, and the United Kingdom?

16        A.   It's a snapshot of countries and interest,

17   and it shows that Singapore was, at least for the

18   time period, a country that had a higher number of

19   searches for Vernon Unsworth.

20        Q.   Is there a -- is there some kind of direct

21   proportionality, in other words, during this point

22   in time, 71 percent of the people who ran

23   searches -- at 71 percent -- start again.

24            The number of people who ran searches in

25   Norway were 71 percent of the number of people who
```

Exhibit 2, Page 112

ERIC ROSE

November 01, 2019

```
 1   ran searches on Mr. Unsworth in Singapore?
 2        A.   You know, I don't believe that's what
 3   Google Trends is -- is telling us.  It's an
 4   imperfect tool, and I readily admit it.  It just
 5   means that of the popularity of searches, with 100
 6   being a kind of a very high popularity, 71 percent,
 7   and Google Trends is just what it is.  Just a trend
 8   and a snapshot of interest.
 9        Q.   I know.  But can you -- I'm asking you to
10   explain to me, what's the significance of 71 versus
11   100 for Norway versus Singapore.  Can you tell me?
12        A.   There's a higher interest --
13             MS. WADE:  Object form.
14             Go ahead.
15             THE WITNESS:  -- there was a higher
16   interest in Singapore than there was in Norway.
17   BY MR. SCHWARTZ:
18        Q.   How much higher?
19        A.   Well, it appeared to be just -- roughly
20   30 percent.  Yeah, 30 percent.
21        Q.   So maybe we're saying the same thing.  Does
22   it tell us that the -- the frequency of searches
23   for Vern Unsworth in this period in Norway was
24   71 percent of what it was in Singapore?  Which is
25   why it's 71 versus 100?
```

Exhibit 2, Page 113

ERIC ROSE

November 01, 2019

1        A.   Yes.   But -- but the other -- the other

2    issue here -- and the reason why it's kind of an

3    imperfect tool -- is it's of all the searches that

4    were being done in Google in that country.   So for

5    example, a population that has a higher rate of

6    people using Google, and more searches, you're --

7    the number is going to fall down significantly

8    because there's, just proportionately, there's a

9    lot more categories and interests and things that

10   people are searching.   It just -- and perhaps I'm

11   not making myself -- so you would expect, and I

12   think the numbers show it, that the United States

13   has a lower Google Trends number than Singapore.

14        Q.   What does that tell us?

15        A.   It tells us that in the United States

16   there's -- people have a lot of interest over a lot

17   of subjects, and when it -- relatively speaking,

18   Vernon Unsworth -- when it comes to the popularity

19   for that particular term was, for that period of

20   time, wasn't as popular as other searches.

21        Q.   Okay.   Now, I've heard everything you've

22   said.   It sounded very reasonable.   I'm utterly

23   confused.

24             What is the 100 for Singapore tell us?

25   Does that mean that 100 percent of the people in

Exhibit 2, Page 114

ERIC ROSE

November 01, 2019

```
 1        Q.  Just tell me, how many people had to search
 2   for Vern Unsworth in the United Kingdom during this
 3   period to generate a -- a score of 55?
 4            MS. WADE:  Object.  Asked and answered.
 5   You can ask again --
 6            MR. SCHWARTZ:  I haven't heard an answer
 7   yet.
 8            MS. WADE:  His answer is, he doesn't know.
 9   He said it six times.
10            MR. SCHWARTZ:  Just tell me you don't
11   know, and we'll move on.
12            THE WITNESS:  I don't know, and I've said
13   it numerous times.  So I apologize that -- again, I
14   apologize that I'm unable --
15            MS. WADE:  Don't apologize to him.  He's
16   asking you the same question.
17            MR. SCHWARTZ:  Okay.
18            MS. WADE:  Let's take a break.
19            Mr. Schwartz:  That's a great idea.  We've
20   been going for a while.  Let's go off the record.
21            THE VIDEOGRAPHER:  The time is 11:30 a.m.
22   We are off the record.
23      (A recess was held form 11:30 a.m. to 11:45 a.m.)
24            THE VIDEOGRAPHER:  This commences Media
25   No. 2.  The time is 11:45 a.m.  We are on the
```

Exhibit 2, Page 115

ERIC ROSE

November 01, 2019

```
 1    record.

 2    BY MR. SCHWARTZ:

 3        Q.   Okay.  We're back looking the at Page 18 of

 4    your report, and I think I understand what Google

 5    is doing here, and I'm going to ask you if I'm

 6    right.

 7             So, did -- did a little thinking and

 8    researching about this.  The -- the bottom chart,

 9    Singapore 100.  What I think Google is telling us

10    here is that among the countries listed here, the

11    five countries, the percent of Google users who ran

12    searches for Vern Unsworth was most prevalent in

13    Singapore.  They had the highest percent of Google

14    users who ran searches for Vern Unsworth.  And then

15    in descending order relative to that was Norway,

16    Ireland, et cetera.

17             Is that what's going on here?

18        A.   You're almost there.  It's telling you

19    relative to all other searches that were done in

20    that country for terms.

21        Q.   Right.  Right.  Wait.  Okay.  Yes.  So in

22    other words, relative to all searches that were

23    done in this year-long period you looked at in

24    these different countries, more people in Singapore

25    searched for Vern Unsworth than any other country
```

Exhibit 2, Page 116

ERIC ROSE

November 01, 2019

 1    in the world, as a percentage of people who were

 2    who were running Google searches?

 3        A.   That would be correct.

 4        Q.   Right.   Now, Google doesn't tell us what

 5    that percentage is, right?

 6        A.   That's correct, as well.

 7        Q.   And we don't know that.   And Google doesn't

 8    tell us how many people -- and Google doesn't tell

 9    us what that percentage for any country, not just

10    Singapore, but for any of the countries listed in

11    the chart on top of Page 19, right?

12        A.   That is correct, as well.

13        Q.   And Google also doesn't tell us the number

14    of users that ran searches for Vern Unsworth in any

15    of these countries during this period either,

16    correct?

17        A.   That is correct, as well.

18        Q.   So all they're telling us is the

19    percentage, whatever it was, of people in the world

20    who were searching for Vern Unsworth was highest in

21    Singapore?

22        A.   Among the search terms that people were

23    using in Singapore, that's correct.

24        Q.   Yes.   And -- right.   Well, obviously, it

25    doesn't matter what search terms they were using.

Exhibit 2, Page 117

ERIC ROSE

November 01, 2019

```
1    It's just telling us -- yeah.  We're in agreement.
2    Okay.  Now I think I understand what's going on.
3          So as you sit here today, you don't know
4    what any of these percentages were for any Google
5    user in any country, correct?
6         A.   That's correct.
7         Q.   So even though Singapore had the highest
8    percentage of Google users who were searching for
9    Vern Unsworth, among all search terms they were
10   searching for in Singapore, for all we know, it
11   could be anywhere from 100 percent to .00001
12   percent, for all we know, right?
13        A.   That's correct, as well.
14        Q.   That's true for every country in the world.
15   We had no idea what percent of Google users
16   searched for Vern Unsworth in the period of
17   June 15th, 2018, until July 28, 2018, on the top of
18   Page 18, right?
19        A.   That's correct.
20        Q.   And it's also true for the -- the period
21   under Study on the bottom of Page 18, July 1 to
22   July 1, 2018 to 19?
23        A.   That's correct.
24        Q.   Okay.  Now next question.
25              The -- the chart, I'm looking at the chart
```

Exhibit 2, Page 118

ERIC ROSE

```
 1   BY MR. SCHWARTZ:

 2       Q.  You can answer.

 3       A.  That would be correct.

 4       Q.  Okay.  I don't see the United States

 5   listed.  Is it -- is it because it -- it -- it's --

 6   would be to the right of Mexico, were it to be

 7   included on this chart?

 8       A.  That would be my belief.  I -- so the

 9   answer is, yes, which is anticipatory, and I was

10   very clear about the search terms, why I think it's

11   important to look at the chart underneath this at

12   the bottom --

13       Q.  But before we get to that chart --

14       A.  Yes.

15       Q.  -- I just want to make sure I'm

16   understanding the chart on the top of Page 19.

17           The Unites States isn't on that chart,

18   correct?

19       A.  That's correct.

20       Q.  And if it were -- if you were to include

21   the United States on this chart, you would have to

22   expand it to the right of Mexico.  In other words,

23   it would be a smaller percentage of than whatever

24   Mexico's percentage was, correct?

25           MS. WADE:  Object to the form.
```

ERIC ROSE

1          THE WITNESS:  That would be my belief.

2    BY MR. SCHWARTZ:

3        Q.  And as you sit here today, do you know how,

4    in effect, far to the right of Mexico the United

5    States would be if you had included it in your

6    chart?

7        A.  I do not.

8        Q.  Okay.  I also -- I see -- I don't see the

9    United Kingdom on this chart.  I see Ireland, but

10   not the United Kingdom.  Is -- is -- do you see --

11   did I miss it?  Do you see it on this chart?

12       A.  I do not.

13       Q.  All right.  So, is it correct, also, that

14   the United Kingdom would be -- if it were to be

15   included on this chart, would have a -- a number or

16   a score smaller than Mexico's score?

17          MS. WADE:  Object to the form.

18          THE WITNESS:  One would -- one could

19   assume that safely.

20   BY MR. SCHWARTZ:

21       Q.  All right.  Now, these charts on Pages 17,

22   18, and 19, do they tell us whether anybody

23   believed anything Elon Musk said about Vernon

24   Unsworth?

25       A.  These charts do not.

ERIC ROSE

November 01, 2019

1        Q.  Do these charts tell us whether

2   Mr. Unsworth's reputation has been harmed to any

3   degree as a result of anything Elon Musk said about

4   him?

5        A.  These charts do not.  Which is the reason

6   why I specifically recommend the strategic research

7   to determine the amount of harm that was done.

8        Q.  Right.  Okay.  All right.  Then, let's look

9   at the map of the United States on the bottom, sort

10  of, portion of Page 19.

11        Do you see that?

12        A.  I do.

13        Q.  All right.  And so, this was -- this is a

14  Google analytic for the period July 15 to

15  August 28, 2018, correct?

16        A.  That's correct.

17        Q.  And is this telling us within the

18  individual states in the United States where --

19  well, actually, why don't I just ask you to tell

20  me.

21        What is this telling us as to the

22  individual states represented here for Google

23  activity during the period studied?

24        A.  It's telling me that there is a higher

25  percentage of people who were searching for the

Exhibit 2, Page 121

ERIC ROSE
November 01, 2019

```
 1   term "Vernon Unsworth" in the states that are in
 2   blue, and -- and I'm not sure -- and I can't -- I'm
 3   not saying that it's the highest -- you'll see one
 4   is a much darker blue in the map?
 5       Q.  Yes.  It looks like the state of Indiana.
 6       A.  Yeah.  And I'm not -- and I'm not going to
 7   say that that means that was a -- the highest.
 8   I -- I honestly don't know why that one turned out
 9   a higher blue, and I couldn't get an explanation
10   from Google.  But what it's telling me, as you're
11   pointing together a reputation and repair program,
12   the states that have no blue are the states that --
13   where you would not want to concentrate your
14   advertising campaign the most.  You -- you would
15   want to concentrate your advertising campaign and
16   your repair campaign primarily in the states that
17   have blue.  Not to say that you would disregard the
18   states that don't have blue, but that's where you
19   would focus your research, your repair campaign.
20       Q.  Okay.  Just so I understand, though, the --
21   there's no legend, if you will, to this map.  Does
22   the fact that Indiana appears to be dark blue --
23   can -- can we tell from this map how many searches
24   were run on Vern Unsworth in the United States
25   during this period?
```

Exhibit 2, Page 122

ERIC ROSE

November 01, 2019

```
 1        A.  We cannot.
 2        Q.  Can we -- does this tell us how many people
 3   read anything about Vern Unsworth during the
 4   period?
 5        A.  This map does not.
 6        Q.  Does it tell us whether anybody believed
 7   anything, whether they read anything Elon Musk said
 8   about Vern Unsworth during the period?
 9        A.  It does not.
10        Q.  Okay.  So it just tells us what relative --
11   one state relative to the other -- what percent of
12   the population in that state who was using Google
13   for searches used Vern Unsworth as a search term?
14        A.  Yes.
15        Q.  But we don't know how many people were
16   running the searches, or even what the highest
17   percent in any given state, such as Indiana, was,
18   do we?
19        A.  We do not.
20        Q.  So, Indiana could be blue even if
21   .00001 percent of the Google users were searching
22   for Vern Unsworth, among all the terms they were
23   using, for all you know, right?
24        A.  The way you -- you stated that, I'm -- I'm
25   not sure exactly.  So let me put it into my words.
```

Exhibit 2, Page 123

ERIC ROSE

November 01, 2019

```
 1    That the blue represents, among the search terms
 2    that people were searching for in the United
 3    States, Vernon, or Vernon Unsworth -- I'm not sure
 4    which they used -- was a more popular term in the
 5    states that are coming up blue.
 6        Q.  Right.  In the -- more popular in the sense
 7    that in that state, a higher percentage of users
 8    were using Vern Unsworth to conduct searches than a
 9    state that didn't get as dark a color?
10        A.  That's correct.
11        Q.  Right.  What I'm saying is -- but Google
12    isn't telling us that 5 percent of the people in
13    Indiana, for example, ran Vern Unsworth searches
14    during this period, correct?
15        A.  That's correct.
16        Q.  And so, Indiana could qualify, as it did
17    here, for the most -- the highest percentage of
18    Vern Unsworth searches, even though it may turn out
19    to be the case that the percent of people in
20    Indiana who ran Vern Unsworth as a search term
21    during this period, as compared to all Google
22    users, was .00001 percent, could still end up --
23    Indiana could still have been the highest, right?
24        A.  That's possible.  That's correct.
25        Q.  Okay.  And what -- you don't know, one way
```

Exhibit 2, Page 124

ERIC ROSE

November 01, 2019

```
1   about message crafting; I'd want to talk about
2   distribution method; I'd want to talk about
3   recovering one's professional reputation -- kind of
4   all the highlights here.  I would want to talk
5   about the -- while we're given the opportunity,
6   hold on -- control -- I don't have it in front of
7   me, but I know it -- controlled and uncontrolled
8   method of how information is spread.
9            So I'm not sure that I have those outlined
10  in the summary opinions as clearly as I have it in
11  other parts of the report, so I just want to make
12  it clear that I would think that I would be asked
13  to expand about -- upon how I came to the
14  conclusions that I did.  And so, those would be
15  examples of things that I would want to opine upon.
16       Q.  I see.  Okay.  I think I understand what
17  you're saying.  Just so we're clear, in other
18  words, you're saying your opinion -- the opinions
19  and testimony you're giving in this case are not
20  confined to the information on Pages 38 through 40.
21  They include material earlier in the report on
22  which you base the opinions that you ultimately
23  present on those pages, as well?
24       A.  You articulated that much better than I
25  did.
```

Exhibit 2, Page 125

ERIC ROSE

November 01, 2019

```
1        Q.  You're -- you're really good at
2   communicating, aren't you?  I meant that very
3   sincerely.  You know how to give a compliment.
4   Anyway, never mind.  Thank you.  Let's move on.
5            But just so we go back to my prior
6   question.  I just wanted to make sure I understand
7   things you may -- that confirm you're not giving
8   opinions on other things.  So for example, you're
9   not going to be offering any opinions that
10  Mr. Unsworth lost any business as a result of what
11  Mr. Musk said about him, are you?
12       A.  I am not.
13       Q.  And you're not going to be testifying as to
14  the dollar amount of any damages to Mr. Unsworth
15  because of any emotional injury or embarrassment or
16  hurt feelings, are you?
17       A.  I am not.
18       Q.  Okay.  And so, other than the -- at least
19  in terms of any opinions you may give in this case
20  with a dollar associated with it -- is it correct
21  that the opinion is confined to the cost of
22  repairing Mr. Unsworth's reputation?
23       A.  Yes.
24       Q.  All right.  Are you offering any opinion as
25  to whether it was reasonably foreseeable that
```

Exhibit 2, Page 126

ERIC ROSE

November 01, 2019

```
 1   BuzzFeed would re-publish Mr. Musk's August 30,
 2   2019, e-mail to Ryan Mac?
 3       A.  I think I would.
 4       Q.  And what is your opinion?
 5       A.  It's absolutely reasonable.
 6       Q.  What -- what's absolutely reasonable?
 7       A.  That -- that Ryan Mac would re-publish the
 8   e-mail that -- that Mr. Musk assumed was off the
 9   record.
10       Q.  Okay.  And why do you believe it was
11   reasonably foreseeable that -- to Mr. Musk -- that
12   BuzzFeed would re-publish Mr. Musk's August 2018
13   e-mail to Mr. Mac?
14       A.  Well, it -- I'm glad you asked that
15   question.  It's interesting.  I've actually written
16   articles on that very issue about on the record,
17   off the record, background, deep background.
18           Simply put, Mr. Musk is not a virgin when
19   it comes to dealing with the media.  He's had
20   interactions with the media for a number of years;
21   he has spoken to the media; he's talked to
22   reporters.  Anyone who has had experience in
23   dealing with the media and who has PR people around
24   him, which Mr. Musk has had at a variety of his
25   companies, I would expect to know the difference
```

Exhibit 2, Page 127

ERIC ROSE

November 01, 2019

1    between on the record, off the record, and the

2    rules that surround those terms that are used.

3        Q.  Okay.  Is there any other basis for your

4    opinion that it was reasonably foreseeable to

5    Mr. Musk that BuzzFeed would re-publish his

6    August 2018 e-mail, other than what you just told

7    me?

8        A.  I would -- I would add that simply telling

9    a reporter that something is off the record without

10   getting a prior agreement that something is off the

11   record, or even on background, presumes that an

12   agreement is in place.  And so, that didn't occur

13   here.  And so, based upon Mr. Musk experience in

14   dealing with the media, I would expect that he

15   would know, if you will, the rules that surround

16   interactions with reporters.

17       Q.  Okay.  Just to be clear, though, have you

18   now told me all of the bases, the grounds, on which

19   you are going to express the opinion in this case,

20   that it was reasonably foreseeable that BuzzFeed

21   would re-publish that e-mail?

22       A.  Yes.

23       Q.  Okay.  All right.  Could you -- you have

24   your report in front of you -- could you look --

25   let's start at Page 3 and -- and so, you see

ERIC ROSE

1   there's a section, Research and Review.  Do you see

2   that, Page 3?

3       A.  Yes.

4       Q.  Okay.  And there's -- there are four bullet

5   points in the middle of that section, and the lead

6   in it says, I reviewed the following documents.

7           Do you see that?

8       A.  Yes.

9       Q.  Okay.  Are these all of the documents

10  you've reviewed in -- as part of your work in this

11  case?

12      A.  So the answer is yes, but I think I also

13  make it clear that throughout the report, there are

14  hyperlinks of other documents that I reviewed.  So

15  instead of listing them, I hyperlinked them.

16      Q.  Okay.

17      A.  So I want to make it clear this isn't the

18  exhausted list of everything.  It includes the

19  hyperlinks; it includes the exhibits that were --

20  are at the back of my report, as well.

21      Q.  Okay.  So did you review any depositions of

22  any testimony of any witness in this case?

23      A.  No.

24      Q.  Do you know that Mr. Unsworth was deposed

25  in this case a few weeks ago?

ERIC ROSE

November 01, 2019

1      A.  I -- I don't know that I know Mr. Unsworth

2   was, but I've continued to follow the case, and I

3   know Mr. Musk was.  So I'm going to answer, I

4   wasn't aware that Mr. Unsworth was.  I'm -- no

5   one's told me.

6      Q.  All right.  And you did say a moment ago

7   you were aware Mr. Musk has been deposed in this

8   case, right?

9      A.  Yes.

10      Q.  Did you, at any point, ask to see a copy of

11   the transcript of Mr. Musk's deposition?

12      A.  No.

13      Q.  Did you -- why not?

14      A.  Because I don't want it to color or

15   influence my opinion looking at this from an

16   outside perspective.  I mean, I think I would

17   before trial to have a full understanding of his

18   thought process.  I've read stories subsequently

19   that have been published that kind of outline

20   the -- the deposition, but I have not read his

21   deposition, nor have I sought his deposition.

22      Q.  Okay.  All right.  What about any other

23   documents, for example, that aren't referenced

24   either in this -- these four bullet points or that

25   are specifically identified or hyperlinked in your

Exhibit 2, Page 130

ERIC ROSE

November 01, 2019

```
 1   report, have you reviewed any other documents?
 2        A.  No.
 3        Q.  So just so we're clear, do you know that
 4   the parties have produced documents to one another
 5   from their files?
 6        A.  I would -- as a normal course of
 7   litigation, I would assume that.  I don't know
 8   that, but that would be my assumption.
 9        Q.  Have you seen any of those documents?
10        A.  I have not.
11        Q.  Now then, continuing on Page 3, there's a
12   section that begins, Overview of the complaint, and
13   it goes on Page 3, 4, and 5, right?
14        A.  Yes.
15        Q.  Okay.  So is this background information
16   that you wanted to put in here, or are there --
17   is -- are these opinions that you're going to
18   testify to at trial, as well?
19        A.  It's a combination -- it's a combination
20   of -- of both.  Some are -- well, let me back up.
21   Just the way I think, and the way I just typically
22   write reports -- whether it be for an expert
23   witness, which I've done very few of, as you can
24   see from my CV, or what I do for clients, I kind of
25   try to get a big picture of what occurred so I can
```

Exhibit 2, Page 131

ERIC ROSE

November 01, 2019

1    was a pedophile; that he married a teenager; that

2    he traveled to Thailand often to have -- to have

3    sex with underaged people.

4        Q.  Right.  Let me -- maybe -- maybe there's a

5    better way to ask this.

6            Do you view yourself as an advocate for

7    Mr. Unsworth in this case?

8        A.  Absolutely not.

9        Q.  Okay.

10       A.  I view myself as a person who would advise

11   him how to repair your reputation after your

12   reputation has been damaged, and I believe that the

13   record shows that his reputation is damaged.

14       Q.  So when you were doing your work in this

15   case and preparing your opinions, you were trying

16   to approach this, to gather all of the facts and

17   produce an objective, fair assessment of the

18   situation, correct?

19       A.  In the most unbiassed fashion possible,

20   because I often tell my clients when they're --

21   they're wrong and when they -- what they need to do

22   to right a wrong.  So as part of the -- kind of

23   the -- as you talked about earlier, the crisis

24   management reputation aspect, I often talk to

25   clients about what you need to do when you've made

Exhibit 2, Page 132

ERIC ROSE

 1    a mistake.

 2         Q.  Okay.  So you -- you're -- you don't view

 3    your testimony as biased in favor of Mr. Unsworth

 4    in any way, do you?

 5         A.  I think the very nature -- the answer is

 6    no.  But the very nature of saying that someone has

 7    done something to harm someone and intentionally

 8    harm someone would appear to be taking sides.

 9         Q.  And -- but you don't believe your role is

10    to take sides here, is it?

11         A.  I don't believe it is.

12         Q.  And -- and you don't intend to, do you?

13         A.  I don't intend to take a side in the

14    dispute.

15         Q.  Right.

16         A.  I intend to talk about what I think are

17    facts and my -- my review of what I would believe.

18    Would be harmful based upon my experience,

19    information that's out there and how one would --

20    would repair that.  The -- so I think that calling

21    someone a pedophile has natural implications when

22    it's -- if it's not true -- on someone's

23    reputation.

24         Q.  Okay.  In offering the opinions in this

25    case concerning Mr. Unsworth's reputation and the

Exhibit 2, Page 133

ERIC ROSE

November 01, 2019

```
 1    impact of Mr. Musk's statements on them, are you
 2    required to follow any rules or standards issued by
 3    any professional organizations?
 4         A.  I am not.
 5         Q.  Did you do anything before finishing your
 6    report and coming here to testify in this
 7    deposition to confirm that there are no
 8    professional standards or regulations that govern
 9    your work?
10         A.  I did not.
11         Q.  The -- are there any constraints that
12    govern the opinions that you're giving in this
13    case?
14         A.  Yes.  To -- to be honest and not to -- to
15    make up facts that don't exist.
16         Q.  Okay.  Does any book, article, or website
17    exist that says, If you're going to take steps to
18    repair a person's reputation, here's how one should
19    do that.  Here's how it's done.
20         A.  There are numerous books out there that
21    talk about reputation, crisis communications.  So
22    there's no one-shop place to -- to go.  There's no
23    definitive bible.  It's not like the law, where you
24    have codified rules, and these are the steps that
25    you can take.  It's not like being a doctor where
```

Exhibit 2, Page 134

ERIC ROSE

November 01, 2019

```
 1    you can diagnose something and say, This is the
 2    treatment.  If -- if you went to a variety of -- of
 3    people who do what I do, it's my belief that they
 4    would come to a similar conclusion.
 5         Q.  Did you do anything before you finished
 6    your report or come here today to testify in this
 7    deposition to confirm that the program you've
 8    proposed for Mr. Unsworth is comparable to what
 9    other professionals in the field, or others who
10    have written about it in the field, would
11    recommend?  Did you do that -- take that step?
12         A.  Not -- not precisely as -- as you said, as
13    you described.  What I did do is take the step to
14    find out, okay, if you are going to do a digital
15    reputation program -- which is a significant part
16    of what I'm recommending -- what are the costs
17    involved?  And so, I ask the firm I'm familiar with
18    about the costs, and they gave me some estimates.
19    And then I also looked online.  I see that a person
20    who is trying to fix her digital reputation right
21    now is spending $70,000 a month.  I look to
22    find that -- I think I have it in my report -- to
23    Michigan State, and I know it seems like an
24    outrageous amount of money because it is, spend
25    $500,000 in 1 month -- 1 month -- to do an analysis
```

Exhibit 2, Page 135

ERIC ROSE
November 01, 2019

```
 1          MR. SCHWARTZ:  Right.  We'll let the court
 2   sort it out.
 3   BY MR. SCHWARTZ:
 4      Q.  Did Mr. Musk make any public statements
 5   about Mr. Unsworth between July 28th and
 6   August 25th, 2018?
 7      A.  Well, your definition of "public
 8   statements" and mine may be different.  So he
 9   didn't have any more Twitter activity, but he was
10   currently -- and he was communicating with the
11   reporter, who subsequently published his public
12   statement.  So he was -- and when I use the word
13   "obsessed," it's my word and may not be the -- the
14   best word, but it's the CEO of a -- of a -- of --
15   of significant companies that have a lot of things
16   going on.  For him to be worried about a statement
17   that Vernon Unsworth, an unknown cave diver at the
18   time, made about Mr. Musk and his submarine and his
19   plan and called it a PR stunt, I would say it's
20   obsessive to worry about it, to be tweeting about
21   it, and to be communicate with a reporter about it.
22   But that's my view.
23      Q.  Okay.  Do you know that in expressing your
24   view, are you taking into account the fact that
25   during that period Mr. Unsworth hired a lawyer who
```

Exhibit 2, Page 136

ERIC ROSE

November 01, 2019

```
 1   wrote a letter to Mr. Musk threatening a lawsuit if
 2   he didn't come to some settlement?
 3            MS. WADE:  Object to the form of the
 4   question.  Assumes facts not in evidence.
 5            THE WITNESS:  I'm -- I'm aware that there
 6   was a letter that was written.
 7   BY MR. SCHWARTZ:
 8       Q.  And in your view, does that not --
 9   you're -- are you taking that into account when
10   you're thinking that  Mr. Musk was acting in some
11   inappropriate way during this period of time by
12   focussing on Mr. Unsworth?
13       A.  Well, in taking --
14            MS. WADE:  Object to the form of the
15   question.  Sorry.
16            Go ahead.
17            THE WITNESS:  In taking into account
18   that -- that he -- he said during this period of
19   time to -- and I will use -- leave out the
20   expletive here -- to sue him if it wasn't true.
21   And then I think the record shows from my -- from
22   the work that I did -- and it's in the appendix --
23   there are a lot of people who believe Mr. Musk when
24   he made those statements.  And -- and arguably, he
25   hadn't sued -- he hadn't filed a lawsuit at that
```

Exhibit 2, Page 137

ERIC ROSE
November 01, 2019

```
 1   time.  It was a letter, as I understand it,
 2   threatening to sue or asking for correction.  I
 3   haven't seen the letter, so I don't know what it --
 4   what it said precisely, taking -- we'll leave it at
 5   taking legal action.  But there were a number of
 6   people at that period of time that believed what
 7   Mr. Musk was saying.
 8   BY MR. SCHWARTZ:
 9       Q.  How many?
10       A.  We don't know, and we won't know until we
11   do the research.
12       Q.  And by the research, you mean the surveys
13   to find out how many people out in the world heard
14   about what Mr. Musk said about Mr. Unsworth and
15   thought the damage to Mr. Unsworth's reputation --
16       A.  Right.
17       Q.  -- that's the research.
18       A.  But the research I'm talking about, the
19   answer is yes.  And obviously would be more
20   significant to do the world.  My cost for the
21   research are confined to the United States.
22       Q.  When you conclude or -- or -- or opine --
23   or use the term that Mr. Musk was "obsessed" with
24   Mr. Unsworth --
25       A.  Right.
```

November 01, 2019

```
 1        Q.  -- is that some special expertise you bring
 2   to bear, that you're offering in this case?
 3        A.  I would say, based upon my experience in
 4   dealing with CEOs who run large companies, they
 5   generally don't focus on what a individual tweets
 6   or says about them, who is an unknown person.  And
 7   so, therefore, it's my opinion that he was
 8   obsessed --
 9        Q.  Right.
10        A.  -- based upon my experience in dealing with
11   CEOs who have negative things said about them all
12   the time.
13        Q.  Obsessed meaning what, in this case?
14        A.  Obsessed meaning that he spent more --
15   first of all, that he responded to the comment
16   that, I believe -- I don't have the evidence to
17   show it.  I would like to see a deposition to see
18   how he came about it -- but that someone showed him
19   a statement that Vernon -- or he found a statement
20   that Vernon Unsworth said about him, and decided
21   that it was so over the top and offensive to him
22   that he decided to take to Twitter to allege that
23   he was a sexual deviant.
24        Q.  What was it that Mr. Unsworth said about
25   Mr. Musk that you believe caused Mr. Musk to say
```

Exhibit 2, Page 139

ERIC ROSE

November 01, 2019

```
 1   comment?

 2       A.  No comment, I'll give you a little -- a

 3   lesson --

 4       Q.  Just yes or no.

 5           Have you ever advised your clients to say,

 6   No comment?

 7           MS. WADE:  Well, he can explain his

 8   answer.  After --

 9           THE WITNESS:  Actually, I've advised my

10   clients many times on the use of the word "no

11   comment" and what the appropriateness of it is and

12   when to use it and when not to use it.

13   BY MR. SCHWARTZ:

14       Q.  Have you ever used -- have you ever told a

15   reporter, no comment?

16       A.  I have never used that term speaking to a

17   reporter that I can ever recall.

18       Q.  I'm sorry.  You've never used a term?

19       A.  The term "No comment."

20       Q.  Oh, well, have you ever, in sum or

21   substance, said, You know, I'd rather not answer

22   that question, or deflected a question?

23           Have you ever done that in 30 years of

24   media work?

25       A.  Actually, what I have done in all my time
```

Exhibit 2, Page 140

ERIC ROSE

November 01, 2019

```
1    is to answer questions in the most honest way that

2    I can answer a question for a reporter, and using

3    the word no comment is not in my vocabulary.

4         Q.  Those -- that was your -- that -- that's

5    your word about what Mr. Musk didn't do -- or

6    Unsworth didn't do.  Forget that.

7              He didn't have to answer that question, did

8    he?  He could have said, You know, I'd rather not

9    say, and smiled.

10             He could have done that, right?

11             MS. WADE:  Object to form.

12             Go ahead.

13             THE WITNESS:  In -- in your world, he

14    could have done that, but --

15    BY MR. SCHWARTZ:

16        Q.  How about in the world of CNN?

17             MS. WADE:  Hold on -- hold on -- let him

18    finish.

19             THE WITNESS:  There was no reason for

20    Mr. Unsworth not to offer his opinion about a

21    high-profile person coming in and offering a

22    submarine.  He was an expert on caves.  He's an

23    expert on cave rescues.  He's asked a question in

24    an interview about whether or not he thinks that

25    this high-tech, arguably very innovative capsule
```

Exhibit 2, Page 141

ERIC ROSE

November 01, 2019

```
 1   would be successful in rescuing the kids in this

 2   specific cave, and he gave an answer to what he

 3   thought about it, including adding that it was a PR

 4   stunt and that -- what he could do with it.

 5   BY MR. SCHWARTZ:

 6       Q.  Did Mr. Unsworth have to add the statement,

 7   it was a PR stunt, in order to answer the

 8   reporter's question?

 9       A.  He didn't have to, but I think it was an

10   honest answer and an honest view of what he

11   believed was occurring at the time.

12       Q.  Did he have to say, in order to answer the

13   reporters question, Mr. Musk can stick the sub

14   where it would hurt?

15       A.  I would never advise him to have said that,

16   and I think that was -- wasn't necessary.

17       Q.  Was it -- is that the most -- the -- the

18   most -- the harshest criticism you can level

19   against saying that, it wasn't necessary?  It was

20   an appalling thing to say, wasn't it?

21           MS. WADE:  Object to the form.

22           THE WITNESS:  Well, I think that he was

23   careful not to use vulgar language, like Mr. Musk

24   does with reporters in talking about -- about

25   Mr. Unsworth.  But I think that it was clearly
```

Exhibit 2, Page 142

ERIC ROSE

November 01, 2019

 1   not -- not -- it wasn't -- it wasn't a smart thing

 2   to say.  It was stupid.  But it also, to the world,

 3   put into -- at least in -- I believe in

 4   Mr. Unsworth's mind, kind of summarized what he

 5   thought about the whole idea.

 6   BY MR. SCHWARTZ:

 7       Q.  That -- that to summarize what Mr. Unsworth

 8   thought about the whole idea, you think--

 9       A.  It was a PR -- it was a PR stunt --

10          MS. WADE:  Hold on.  Let him finish.

11   BY MR. SCHWARTZ:

12       Q.  Not a PR stunt, the stick it where it would

13   hurt.  Why was -- why do you believe that it was

14   not smart and -- and not -- what was the other term

15   you said?  You said -- you -- let's start again.

16          Why was it not a smart thing and, in fact,

17   a stupid thing for Mr. Unsworth to say to the CNN

18   reporter that Mr. Musk could stick his sub where it

19   hurts?

20          MS. WADE:  Object to the form.

21          Go ahead.

22          THE WITNESS:  Because I think that

23   Mr. Unsworth could have ended his thought at, It

24   was a PR stunt.  There was no reason, in my mind,

25   for Mr. Unsworth then to go on and -- and say

Exhibit 2, Page 143

ERIC ROSE

November 01, 2019

```
1    something that is crude.  It just -- it's -- to me,
2    wasn't -- wasn't a good move, but he's also not
3    a -- a polished speaker, you know.  He's given some
4    TV interviews, but he hasn't given a lot.  He's
5    just -- he -- he was giving an honest view and said
6    something off the top of his mind that -- I think
7    that -- I would assume that he would even regret.
8    But it doesn't under -- it doesn't diminish the
9    fact that -- going back to your previous question
10   to how we got to this question about why I think he
11   was on a campaign, no executive of a company the
12   size of -- in my view, of Mr. Musk companies would
13   learn about a statement that a cave diver made and
14   then go on a war to call him a pedophile.
15        MR. SCHWARTZ:  Okay.  I'm going to move to
16   strike that last part as non-responsive.
17   BY MR. SCHWARTZ:
18     Q.  But let me ask you this:  The term that
19   Mr. Musk used in the tweet was "pedo guy."
20     A.  Right.
21     Q.  You don't know -- you have no personal
22   knowledge whether Mr. Musk intended that to be an
23   insult or to be a -- to mean "pedophile," do you?
24     A.  Well, actually, I believe I do.  So --
25     Q.  So you're a language expert, as well, is
```

Exhibit 2, Page 144

ERIC ROSE

November 01, 2019

```
 1   my -- my view may have been clouded.  And the news

 2   story say that -- from what I've read, that --

 3   depending on what day he said it, Mr. Musk has

 4   talked about it being a South African term that is

 5   slang.  He's also, according to news stories, said

 6   that -- or rephrase that -- I don't know that he

 7   has said that it was pedophile.  I know from news

 8   stories that I've read, subsequent to my filing of

 9   the report, that he has regretted using the term

10   and regretted hiring a private investigator to try

11   to dig up dirt on him.

12       Q.  Okay.  Let's see if we got an answer.

13           You've never asked, obviously, Mr. Musk,

14   what did you mean when you said -- used the term

15   pedo guy?

16       A.  I'd love to ask him, but I've never asked

17   him.

18       Q.  And why don't we leave it at that, and

19   let's just ask -- let me ask a few questions --

20       A.  Okay.

21       Q.  -- close this out, and then take a break.

22           All right.  Let's go back to Page 4.  You

23   write at the bottom of Page 4, August 28, 2018,

24   Mr. Musk tweeted that he found it odd Mr. Unsworth

25   did not sue him for his previous remarks,
```

Exhibit 2, Page 145

ERIC ROSE

November 01, 2019

```
1    insinuating that he must be guilty.  So you're
2    thinking is -- that's what you wrote there, right?
3        A.  That's correct.
4        Q.  And he, being Mr. Unsworth, and guilty,
5    meaning guilty of pedophilia?
6        A.  Yes.
7        Q.  Okay.  The -- that's your interpretation of
8    Mr. Musk's tweet, correct?
9        A.  Yes.
10       Q.  And do you believe that it is -- that's
11   clear from the -- the tweet, such that anybody
12   would reach that same conclusion?
13       A.  I think it's clear that many people reached
14   that conclusion.  Because as the evidence in my
15   report shows in the appendix, people made it clear
16   that Mr. Musk was calling Mr. Unsworth a pedophile.
17       Q.  Right.  And just to clarify, though, as you
18   sit here today, you don't know how many people in
19   the world believe that, do you?
20       A.  That's correct.
21       Q.  Or what percentage of the world's
22   population believes that?
23       A.  That's what research will tell us.
24       Q.  Tell you what, why don't we go off the
25   record.
```

Exhibit 2, Page 146

ERIC ROSE

November 01, 2019

```
 1       A.  Okay.
 2       Q.  I think we have lunch for you next door.
 3  Then we can keep it and eat it in your breakout
 4  room so it's more efficient.
 5          THE VIDEOGRAPHER:  The time is 12:49 p.m.
 6  We are off the record.
 7    (A recess was held from 12:49 p.m. to 1:39 p.m.)
 8          THE VIDEOGRAPHER:  This commences Media
 9  Number 3.  The time is 1:39 p.m.  We are on the
10  record.
11  BY MR. SCHWARTZ:
12       Q.  Mr. Rose, do you have any -- are there any
13  opinions that you're planning to offer at trial or
14  any testimony at trial that's not in your report?
15       A.  No.
16       Q.  Did you write any notes while you were
17  doing your work?
18       A.  No.
19       Q.  Is that just a practice or happenstance?
20       A.  I can't read my own writing.  So as a
21  practice, I don't generally take notes.
22       Q.  So I just want to make sure you understand,
23  this deposition is my only chance on behalf of
24  Mr. Musk to ask you questions about your testimony
25  before trial.  You understand that?
```

Exhibit 2, Page 147

ERIC ROSE

1    **advantage of his celebrity in this way.  I haven't**

2    **spoken to him, but just the same way that Sully**

3    **Sullenberg took advantage of his heroic acts with**

4    **the flight that went down; the same way that the**

5    **three gentlemen who helped saved and rescue and**

6    **stop a terrorist attack in Paris, a movie was made**

7    **about them; the same way a movie was made about**

8    **lone survivor.  I don't think any of these people**

9    **got into doing something in a positive way or being**

10   **involved in something significant that garnered**

11   **worldwide attention where -- where at some back --**

12   **in the back of their mind, at some future date**

13   **after the act had finished, that they thought that**

14   **they could capitalize on it.**

15       Q.  The first few words of your answer were,

16   You certainly hope that that's what Mr. Unsworth

17   wants, but my question was different.

18        Do you know what Mr. Unsworth wants in that

19   regard?  So let me ask the question again.  Okay?

20       **A.  Okay.**

21       Q.  To your knowledge, is Mr. Unsworth someone

22   who wants to make money from fame and celebrity?

23        MS. WADE:  I'm just going to object to the

24   form.

25        Go ahead.

ERIC ROSE

November 01, 2019

```
 1              THE WITNESS:  I believe I've answered.  I
 2   haven't ever spoken to Mr. Unsworth.  I can't
 3   purport to know what he wants to do.
 4   BY MR. SCHWARTZ:
 5       Q.  Okay.  Now, looking at the -- the -- your
 6   reputation repair plan on Pages 39 and 40 of your
 7   report and -- have you ever planned or carried out
 8   a reputation repair plan of the scope and cost of
 9   what you are suggesting for Mr. Unsworth for anyone
10   who was not a celebrity or a well-known person?
11       A.  I've been involved in reputation repair
12   campaigns.  Have I ever personally put together a
13   campaign?  Is that the question?
14       Q.  That's the import of it, just to clarify.
15   In other words, I'm asking if you have ever planned
16   or carried out a reputation repair plan of the
17   scope and cost of what you're recommending in your
18   report be done here for someone who was not a
19   celebrity or a well-known person.
20       A.  Are we limiting?  I want to be clear,
21   because I want to answer your question accurately.
22   Are we limiting it to individuals?
23       Q.  Yes.
24       A.  No.
25       Q.  Have you ever planned or carried out a
```

Exhibit 2, Page 149

ERIC ROSE

November 01, 2019

```
1    reputation repair plan of the scope and cost of
2    what you recommend in your report for Mr. Unsworth
3    for anyone without knowing how many people might
4    believe the bad things that have been said or
5    reported about that person?
6        A.  No.  But this is a different situation, and
7    I don't think the answer truly lends itself to a
8    yes-or-no answer.
9            In this case, and similar cases to this,
10   the glue that underlines, kind of, the reputation
11   repair campaign would be the strategic research,
12   and that research would be necessary to understand
13   to the extent in which someone's reputation would
14   need to be repaired, meaning where you need to
15   focus, what would the messages be.  So I don't know
16   if that answers your question or not, and I
17   apologize if I didn't.
18       Q.  Until the you do the kind of research that
19   you're talking about and that you -- you don't know
20   which of the steps in your repair program are
21   necessary or the extent of which you need to take
22   those steps or for how long or how much you need to
23   spend, correct?
24       A.  Actually, I think that I'm very confident
25   about the steps that need to be taken to repair
```

Exhibit 2, Page 150

ERIC ROSE
November 01, 2019

```
 1   someone's reputation.  The only thing that I can't
 2   truly give a hard figure to is the complete cost of
 3   the campaign, and that's why I erred on the
 4   conservative side.  Because the campaign -- I think
 5   that the -- the numbers that I gave are -- and I
 6   think I said this earlier -- at the floor, not the
 7   ceiling, because you could -- there could be more
 8   money necessary in one area than I've allocated.  A
 9   experienced media buyer could negotiate better
10   rates in one area than another.  So there's a lot
11   of factors that play into it.
12       Q.  But isn't it true that until you do the --
13   the research to find out where Mr. Unsworth's
14   reputation has been harmed, if it's been harmed
15   anywhere, to what extent, what countries, how many
16   people, you don't know that all of those steps are
17   actually necessary, do you?
18       A.  Well, actually, I believe that based upon
19   what I've seen and what my analysis is to where
20   the -- in my view -- the reputational harm is on --
21   to Mr. Unsworth, I think I believe that those steps
22   are all necessary.
23       Q.  When you say those steps are all necessary,
24   you mean all of the steps laid out on the chart on
25   Page 39 of your report?
```

Exhibit 2, Page 151

ERIC ROSE

November 01, 2019

```
 1        A.  Yes.
 2        Q.  And you say that even without having
 3   conducted the research, conducting surveys or focus
 4   groups in each of the countries you're recommending
 5   that these repair steps be taken?
 6        A.  That's correct.
 7        Q.  So what if it turns out that you do -- well
 8   let me start a different question.
 9             The -- the market research that you say is
10   necessary, that's the first step, right -- not
11   market research -- the research, correct?
12             That's the first step, right?
13        A.  Yes.
14        Q.  And that involves, what, focus groups and
15   surveys?
16        A.  That's correct.
17        Q.  All right.  And would you do those in each
18   of the 22 countries, potentially, at issue here?
19             MS. WADE:  Object to the form.
20   BY MR. SCHWARTZ:
21        Q.  Is that what you're recommending in your
22   report that Mr. Unsworth do?
23        A.  If -- if I -- if I thought there were
24   unlimited resources available and you were a
25   corporation, absolutely, I would say, yes, in
```

Exhibit 2, Page 152

ERIC ROSE

November 01, 2019

```
 1    all -- in every -- every major country.  However,
 2    in my report, I believe that you can do it in the
 3    United States alone for the cost that I have
 4    provided and -- and use that information that I
 5    believe, in my experience, it will be very similar
 6    to messaging and understanding of what people
 7    believe, that you can apply that to all the other
 8    countries.  So I give -- I -- for this -- again,
 9    when I say conservative cost, and others may
10    disagree and think you need to do it in every
11    country.  I know one researcher who I've worked in
12    the past who would say, No, you need to do it in
13    every country.  I believe that the information that
14    you'll glean from the research will be significant
15    that you can apply the lessons and information
16    learned to all the countries.
17         Q.  So that we're clear, then, the first item
18    on your task list, Strategic research at a cost
19    estimate of $300,000, that's for just in the United
20    States?
21         A.  Yes.
22         Q.  All right.  So -- and if you did that
23    research and you asked the focus group participants
24    or the survey participants, What's the name of the
25    person that Elon Musk called a pedo guy, or said
```

Exhibit 2, Page 153

ERIC ROSE

November 01, 2019

```
 1   other bad things about, what percent of the
 2   participants would say, Vernon Unsworth?
 3          MS. WADE:  Object to the form of the
 4   question.
 5          THE WITNESS:  I don't speculate.  I
 6   wouldn't want to hazard a guess.
 7   BY MR. SCHWARTZ:
 8      Q.  And what's the percent of that group, if
 9   they were asked, Who is Vernon Unsworth, would
10   know -- would be able to say they actually knew who
11   he was?
12          MS. WADE:  Object to the form of the
13   question.
14          THE WITNESS:  Precisely the reason why the
15   research needs to be done.  I couldn't give you an
16   answer.
17   BY MR. SCHWARTZ:
18      Q.  What percent would say that Vern Unsworth
19   is the person Elon Musk said bad things about?
20          MS. WADE:  Object to the form of the
21   question.
22          THE WITNESS:  The same answer I've given
23   before.  I wouldn't want to hazard a guess.
24   //
25   BY MR. SCHWARTZ:
```

Exhibit 2, Page 154

ERIC ROSE

November 01, 2019

```
 1        Q.  You don't know?
 2        A.  I don't know.
 3        Q.  Okay.  What percent would say that they
 4   believe the things Mr. Musk said about
 5   Mr. Unsworth?
 6            MS. WADE:  Object to the form of the
 7   question.
 8            THE WITNESS:  The research would tell us
 9   that, so I don't have an answer to that.
10   BY MR. SCHWARTZ:
11        Q.  What percent would say that they thought
12   Mr. Unsworth's reputation was hurt by what Mr. Musk
13   said about Mr. Unsworth?
14            MS. WADE:  Object to the form of the
15   question.
16            THE WITNESS:  I can't give you a
17   percentage.
18   BY MR. SCHWARTZ:
19        Q.  Can you tell me anything about it, even if
20   you can't give me a percentage?  Do you have any
21   idea how many people, or what percentage, or by any
22   other measure, would say they believed that
23   Mr. Unsworth's reputation was hurt by what Mr. Musk
24   said about Mr. Unsworth?
25            MS. WADE:  Object to the form of the
```

Exhibit 2, Page 155

ERIC ROSE

November 01, 2019

```
 1   question.
 2          THE WITNESS:  Again, I would not want to
 3   give you a number or percentage of people, but I
 4   can tell you, based upon the research that I have
 5   and the documentation in my report where people
 6   have commented, that Elon Musk must know something
 7   that we don't know; otherwise, he would not have
 8   tweeted it out and made those statements.  I
 9   believe there is a percentage, and we just don't
10   know how much ^ CK still believe the accusations
11   that are out there.
12   BY MR. SCHWARTZ:
13       Q.  Is the sample size of -- that you've -- of
14   the people you've seen who said that statistically
15   significant for purposes of -- of doing the kind of
16   work necessary to determine whether, in fact,
17   that's a -- a reliable measure of what people are
18   thinking about whether Mr. Unsworth's reputation
19   was harmed by what Mr. Musk said?
20          MS. WADE:  Object to form of the question.
21          THE WITNESS:  It's a complicated question,
22   but let me try to answer it.  It gives me -- it's
23   enough information for me to recommend that you
24   need strategic research.  And it's not
25   statistically -- there's -- there's no -- no one
```

Exhibit 2, Page 156

ERIC ROSE
November 01, 2019

```
 1   who would ever believe that the people that I was
 2   able to find and look at the internet on a very --
 3   not a detailed review of every single comment --
 4   there's enough people out there that believe that
 5   the comments that Elon Musk made are true, that it
 6   requires strategic research to find -- to get a
 7   better understanding of what the real population
 8   number is.
 9   BY MR. SCHWARTZ:
10      Q.  So you're saying that it is or isn't a
11   statistically reliable method of determining
12   whether people think Mr. Unsworth's reputation has
13   been harmed?
14          MS. WADE:  Object to the form of the
15   question.
16          THE WITNESS:  It's not a statistically
17   reliable method, which is the reason why you need
18   to have the research conducted.
19   BY MR. SCHWARTZ:
20      Q.  The -- before you recommend to Mr. Unsworth
21   that he undertake reputational repair work in a
22   country outside the United States, wouldn't you
23   want to know first whether a meaningful number of
24   people in each of those countries even knows who he
25   is, or whether that Mr. Musk said anything about
```

ERIC ROSE
November 01, 2019

```
 1    interest could be varied.  I don't know.  Do I
 2    think he has a -- has a right to have his -- his
 3    reputation and his slate clean by that?  So if --
 4    using your answer, if only three people knew in
 5    that country and three people had a negative view
 6    or believed Mr. Musk's statements about
 7    Mr. Unsworth, I would say, spend some money in the
 8    country and have your reputation fixed.  There's no
 9    reason to -- to just allow his reputation to be
10    soiled because only a handful of people in that
11    country, in my view, know about it.
12         Q.  I see.  So if there were three people in
13    Denmark that knew Vern Unsworth, knew Elon Musk had
14    said things about him, knew they were bad, and
15    thought Mr. Unsworth's reputation would be harmed
16    by it, how much, minimum, would be reasonable, in
17    your view, for Mr. Unsworth to spend to repair his
18    reputation in Denmark?
19              MS. WADE:  Object to the form of the
20    question.
21              THE WITNESS:  I don't even -- your
22    question is how many people knew Vern Unsworth?
23    I'm not even saying that people have to know him.
24    He got introduced to the world -- I would say he
25    got introduced to the world, that people were
```

Exhibit 2, Page 158

ERIC ROSE

November 01, 2019

```
 1    aware -- the word would be aware of Vern Unsworth
 2    and what occurred, and that -- that reputation
 3    repair program would have to be customized.
 4    BY MR. SCHWARTZ:
 5         Q.  Well, do we know -- do you know, as you sit
 6    here today, whether anyone in Denmark is aware of
 7    Vern Unsworth?
 8         A.  I do not know.
 9         Q.  Do you know whether anyone in Denmark
10    thinks Mr. Unsworth's reputation has been harmed by
11    Mr. Musk?
12         A.  I don't know that.
13         Q.  So in this market research that your --
14    survey research, focus group research -- that you
15    believe should be done at the start of the
16    reputation repair program, what minimum percentage
17    of survey respondents would have to tell you that
18    they knew who Mr. Unsworth was before you would
19    conclude that Mr. Unsworth even has a reputation in
20    a particular country like the US or somewhere else?
21         A.  I don't know that I would put a percentage
22    on it.  I would say that if they were aware of the
23    accusations against him and -- and it was above one
24    person, he has a right to have his reputation
25    repaired.
```

Exhibit 2, Page 159

ERIC ROSE

November 01, 2019

```
 1       Q.  Okay.  I'm asking you slightly different
 2    question, and my question did not go to anything
 3    Mr. Musk said or anything -- any damage to
 4    Mr. Unsworth's reputation.  We're just at the point
 5    trying to figure out if anybody knows who
 6    Mr. Unsworth is, if he has a reputation for
 7    anything in a given country.
 8          So my question is:  What minimum percentage
 9    of survey participants would have to tell you that
10    they knew who Mr. Unsworth was before you would
11    conclude that Mr. Unsworth even has a reputation in
12    a given country like the US or any of the other
13    countries on Page 39?
14       A.  I couldn't --
15          MS. WADE:  Object to the form of the
16    question.
17          THE WITNESS:  I can't answer that
18    question.
19    BY MR. SCHWARTZ:
20       Q.  Okay.  What minimum percentage of survey
21    respondents or focus group respondents would have
22    to tell you that they believed what Mr. Musk had
23    said about Mr. Unsworth before you would conclude
24    that Mr. Unsworth's reputation was in need of
25    rehabilitation in that country?
```

Exhibit 2, Page 160

ERIC ROSE

```
 1        A.  I couldn't tell you that, either.
 2        Q.  Is there some treatise, guide book,
 3   professor somewhere who has expressed opinions on
 4   this, to your knowledge?
 5        A.  To my knowledge, no.
 6        Q.  Okay.  Would the amount of money you
 7   thought Mr. Unsworth needed to spend in a given
 8   country depend on the percentage or percent of
 9   people who said they believe what Mr. Musk had said
10   about Mr. Unsworth?
11        A.  No.
12        Q.  So in other words, if -- you'd spend the
13   same amount of money in a given country if
14   95 percent of the people said they believed what
15   Mr. Musk had said, versus -- or you'd spend that
16   amount of money at 95 percent, you'd spend that
17   same amount of money if 2 percent of the people
18   said they believed what Mr. Musk had said about
19   Mr. Unsworth?  Is that what you're saying?
20        A.  And maybe I am, again, not making myself
21   clear.  I kind of put it into buckets.  I think
22   that the top portion of the recommendations need to
23   be implemented no matter what.  Then there can be
24   decisions made about additional digital repair --
25   reputation management repair -- in different
```

ERIC ROSE

November 01, 2019

```
 1    countries depending on his desire to fix his
 2    reputation in those countries.
 3        Q.  Why would you feel it necessary to spend
 4    any money in a country where an insignificant
 5    percentage of the population believes that
 6    Mr. Unsworth's reputation has been damaged by
 7    Mr. Musk?
 8            MS. WADE:  Object to the form of the
 9    question.
10            THE WITNESS:  That's a question that
11    Mr. Unsworth would have to answer about how
12    important it is to have the slate wiped clean for
13    him across the world.
14    BY MR. SCHWARTZ:
15        Q.  What -- what if -- would you recommend a
16    client spend money to wipe the slate clean in a
17    country where the slate doesn't even exist because
18    few, if any, people in that country either know who
19    the client is or believe their reputation has been
20    harmed?
21        A.  I would not recommend it.
22        Q.  Okay.  Now, going back to the survey
23    research for purposes of design and repair plan,
24    what minimum percentage of survey respondents would
25    have to tell you they thought Mr. Unsworth's
```

Exhibit 2, Page 162

ERIC ROSE

November 01, 2019

```
 1   reputation was hurt by what Mr. Musk said about him
 2   before you would conclude that Mr. Unsworth's
 3   reputation was in need of rehabilitation in that
 4   country?
 5        A.  I couldn't --
 6             MS. WADE:  Object to the form of the
 7   question.
 8             THE WITNESS:  I apologize.  I couldn't
 9   give you an answer.
10   BY MR. SCHWARTZ:
11        Q.  Okay.  All right.  Have you heard of a term
12   "Q score" or "Q rating"?
13        A.  I've heard of it.
14        Q.  Do you know what it means?
15        A.  No.
16        Q.  Do you know how it's calculated?
17        A.  No.
18        Q.  You haven't undertaken any Q score or Q
19   rating research in this case, have you?
20        A.  Not at all.
21        Q.  Okay.  Is there any quantitative measure
22   that you're aware of -- of a person's reputation
23   that people in the reputation rebuilding business
24   use?
25        A.  Not that I'm aware of.
```

Exhibit 2, Page 163

ERIC ROSE

November 01, 2019

```
 1   report.
 2          Responding further, Rose directs Defendant
 3   to Rose's report in this matter which will not be
 4   reproduced.
 5          Do you see that?
 6      A.  I do.
 7      Q.  Okay.  And then if you look at the answer
 8   to No. 7, it's substantially in the same form on
 9   Page 7, lines 12 through 15.
10          Do you see that, as well?
11      A.  Yes.
12      Q.  Okay.  What I want to do is mark some
13   documents and have you tell me one way or the other
14   whether those are the documents that you and
15   Mr. Unsworth's counsel had in mind when you were
16   saying what you were going to produce?
17      A.  Okay.
18      Q.  Thank you.  So our next exhibit -- this
19   is -- that should be 115 and this --
20          THE REPORTER:  This is 119.
21          MR. SCHWARTZ:  Oh, sorry.  Sorry.  Sorry.
22   I'm giving you bad information.  The first one is
23   119, and the second one is 122.
24          (Exhibits 119, 120, 121, and 122 were
25          marked for identification.)
```

Exhibit 2, Page 164

ERIC ROSE

November 01, 2019

1    BY MR. SCHWARTZ:

2        Q.   So we placed before you Exhibits 119

3    through 122.   These are, as you can see,

4    Mr. Unsworth's counsel has put a stamp on the lower

5    right corner of each page with your name on it and

6    then it just keeps going numbers higher and higher

7    with each page.

8            Do you see that?

9        A.   I do.

10       Q.   So they did that so we would know what

11   documents -- what documents they were producing

12   from your files in response to our request, right?

13       A.   That's correct.

14       Q.   Okay.   So can you tell me whether these

15   documents, exhibits which we've marked as Exhibits

16   119, 120, 121, and 122, are the documents that are

17   referred to as being produced in response to

18   Requests No. 6 and 7?

19       A.   So the answer is -- is not a

20   straight-forward answer.   Because it says, Any and

21   all documents constituting a reputation recovery

22   program as so identified on Page 25 of the report

23   that you, Englander, Knabe and Allen, have

24   performed in the last ten years.

25           That is not the reason why I looked or

ERIC ROSE

November 01, 2019

```
 1    referred to these documents for my report.  I
 2    reviewed these documents for one purpose and one
 3    purpose only, and that was to see if my estimates
 4    for the -- what I believe the advertising costs are
 5    would be correct.  That is the sole purpose I
 6    looked at these documents -- looked at advertising
 7    costs alone.  That's it.
 8        Q.  Got it.  So are the documents identified as
 9    Exhibits 119 through 121 reputation recovery
10    plan -- plans or documents that concern reputation
11    recovery plans?
12        A.  No.
13        Q.  All right.  So what I'm going to do now,
14    unfortunately, unless counsel knows --
15            Counsel, do you know what documents you're
16    referring to that you're producing to us in those
17    responses?
18            MS. WADE:  It's my understanding it's
19    those documents.  So I'm not sure.
20            MR. SCHWARTZ:  Okay.  So I'm at least on
21    the same page as Mr. Unsworth's counsel.  Good to
22    know.
23            Are there --
24            MS. WADE:  I will say, I'm not the one who
25    put them together.  So I'm --
```

Exhibit 2, Page 166

ERIC ROSE

November 01, 2019

```
 1              MR. SCHWARTZ:  That's okay.
 2              MS. WADE:  I'm kind of the same spot that
 3   you are.
 4              THE WITNESS:  And I didn't write this.
 5   So --
 6   BY MR. SCHWARTZ:
 7       Q.  All right.  So do you know what --
 8              MS. WADE:  I'm not sure he's really
 9   answering your question, but to the extent that
10   helps.
11              THE WITNESS:  Let -- let me perhaps
12   shortcut this a little.
13   BY MR. SCHWARTZ:
14       Q.  Please go ahead.  Shortcuts are good.
15       A.  I did -- we did not produce any -- I did
16   not produce any documents that -- that relate to
17   reputational programs that I or EKA have ever
18   undertaken.  I said no, and our general counsel
19   agreed with me.  I just did not produce those.
20       Q.  Okay.  And that's -- can you tell me why?
21       A.  Because we have strict confidentiality with
22   our clients to not discuss their -- the programs
23   we've worked on beyond what we've put on in our --
24   in my CV.
25       Q.  I see.
```

Exhibit 2, Page 167

ERIC ROSE

November 01, 2019

1        A.   And that's the reason why unless I

2   so-identified the client by name in my CV, they're

3   vague.

4        Q.   Okay.  So can we go off the record for a

5   second?

6        A.   Yeah.

7             THE VIDEOGRAPHER:   The time is 2:21 p.m.

8   We are off the record.

9     (A recess was held from 2:21 p.m. to 2:35 p.m.)

10            THE VIDEOGRAPHER:   The time is 2:35 p.m.

11  We are on the record.

12  BY MR. SCHWARTZ:

13       Q.   All right.  So we -- we went off the

14  record.  I just want to give you an opportunity to

15  clarify your prior answer so it makes some sense.

16       A.   Okay.

17       Q.   I had shown you some exhibits, 119 through

18  122, and one of the questions I asked you was, did

19  these constitute repair -- reputation repair

20  recovery plans or documents that concern them or

21  alike.  You said they do not constitute reputation

22  repair recovery plans and that you consulted with

23  these solely to ascertain the advertising costs,

24  figures that you put into your report.  Then we

25  went off the record.  Now we're back on the record.

Exhibit 2, Page 168

ERIC ROSE

November 01, 2019

1    that he undertake the steps on Page 39 of your

2    report, and you remember earlier you sort of drew a

3    line underneath television and radio ads and there

4    were steps and costs above that and steps and costs

5    below that?

6         A.   Yes.

7         Q.   Do you remember talking about that?

8              And I think you've testified that -- let me

9    see if I have this right.  So there are nine tasks

10   in that upper group between strategic research and

11   television radio ads, right?

12        A.   That's correct.

13        Q.   Okay.  And it's your opinion that

14   regardless of the results of the strategic

15   research, that is to say, the survey and focus

16   group research, and to the extent in which people

17   in the United States knew who Mr. Unsworth was,

18   believed his reputation had been damaged by

19   Mr. Musk, you -- you'd still recommend Mr. Unsworth

20   undertake those first nine tasks?

21        A.   I would.  But I'd also add that the online

22   reputation management should be done in one of the

23   countries.

24        Q.   Which one?

25        A.   Well, I -- I would recommend the United

ERIC ROSE

November 01, 2019

```
 1    States.
 2        Q.  Oh, I see what you're saying.  You're
 3    saying, regardless in addition to doing the top
 4    nine tasks --
 5        A.  That's correct.
 6        Q.  -- regardless of what that survey or
 7    strategic research shows, you'd also recommend
 8    doing the online reputation management program in
 9    the United States?
10        A.  That's correct.
11        Q.  All right.  So I've added up, just
12    ballparking on the first year, anyway, the costs of
13    doing the top nine is about $10 million.  If you do
14    the top nine plus the next one, it's -- it's a
15    little under $11 million.  So why don't we just
16    call it $11 million for discussion sake?
17        A.  That sounds about right.
18        Q.  So what you're saying is that you would
19    recommend Mr. Unsworth spend $11 million regardless
20    of what the results are of the strategic research?
21        A.  That's correct.
22        Q.  And if, after doing the research, it showed
23    that nobody believed Mr. Musk and nobody believed
24    that Mr. Unsworth's reputation had been harmed by
25    what Mr. Musk said about him, would you still
```

Exhibit 2, Page 170

ERIC ROSE

November 01, 2019

```
 1    recommend that Mr. Unsworth undertake those 9, 10

 2    tasks?

 3        A.  I think the key word that you used is "no

 4    one."  So the answer is if not a single person

 5    answered and replied in the strategic research that

 6    they believed Mr. Musk's statements or that it has

 7    no influence on -- on their opinion, I'd be less --

 8    I would -- I would feel differently about the

 9    campaign I would recommend.  I'm not saying that he

10    shouldn't have to do something.  I think that still

11    his reputation has been harmed and it's still

12    pretty evident from the research that when you

13    Google him, the first things you find are negative

14    information, but I think that the program that I've

15    recommended would be different.  And that's the

16    reason why I was conservative in estimates.  I

17    think that -- and I think your number of 11 million

18    could go up significantly and be more expensive if

19    the research came out where a high number of

20    people -- the majority of people -- who were

21    surveyed just have really negative feelings about

22    Vernon Unsworth.

23        Q.  So what's -- let's start with the

24    hypothetical as I laid it out --

25        A.  Okay.
```

Exhibit 2, Page 171

ERIC ROSE

November 01, 2019

```
 1        Q.  -- but then move away from it.
 2            But let's start with the one that I laid
 3   out, which was no one believes Mr. Unsworth's
 4   reputation has been damaged.  That's the conclusion
 5   of the strategic research.
 6            What is the minimum amount of money you
 7   would, nonetheless, recommend Mr. Unsworth spend in
 8   the -- at least the first year?
 9        A.  Well, I think that you would -- it is
10   difficult for me to give a number.  Because I think
11   a number of the steps need to be taken in order to
12   move down into Pages 5, 6, 7 on Google results --
13   or lower -- the -- the negative comments.  I think
14   that you're -- you're still going to have to have
15   an online reputation program.  I think you're still
16   going to need full-page newspaper ads.  Maybe not
17   as many, but you're still going to need them.
18   You're still going to need to do online Twitter.
19   You're still going to need to do some -- so I think
20   the -- the elements of the campaign to clean up
21   what is out there right now, irrespective of if
22   anyone believed them, are still the same.
23        Q.  So you would want to do the things you just
24   said in your answer, even if no one believed that
25   Mr. Unsworth's reputation had been harmed by what
```

Exhibit 2, Page 172

ERIC ROSE

November 01, 2019

```
 1    Mr. Musk said?
 2         A.   That's correct.
 3         Q.   So now in terms of -- let's say you don't
 4    get a zero result from the strategic research.  And
 5    so, go back to what you were talking about before,
 6    which was that you felt that you still want to do,
 7    at a minimum, the first 10 steps on the plan in the
 8    first year and cost of about $11 million.  I want
 9    to focus on that.
10         A.   Okay.
11         Q.   So what is the minimum percent of people
12    the strategic research would need to show believe
13    that Mr. Unsworth's reputation was at all damaged
14    by Mr. Musk before you would want to spend that
15    $11 million in the first year?
16              MS. WADE:   Object to the form.
17              THE WITNESS:   I wouldn't want to put a
18    minimum number on there because I think the -- what
19    I would point to is that the results show right now
20    that the -- the stories out there about
21    Mr. Unsworth being a sexual predator, marrying a
22    person who was a minor, are still out there and
23    prevalent; that he has a right not to have that be
24    the first thing that people ever see about him the
25    rest of his life when they do a search on the
```

Exhibit 2, Page 173

ERIC ROSE

November 01, 2019

 1  internet.

 2  BY MR. SCHWARTZ:

 3      Q.  But what -- what -- well, I -- I -- just so

 4  I understand your answer, are you saying that once

 5  you get above, like, one person in the strategic

 6  research thinking Mr. Unsworth's reputation has

 7  been harmed by Mr. Musk, or the smallest percent

 8  over zero, you think it's necessary for

 9  Mr. Unsworth to spend that $11 million in the first

10  year?

11          MS. WADE:  Object to the form.

12          THE WITNESS:  I think it's important to

13  take a step back and understand what the strategic

14  research would be used for.  You're trying to put

15  percentages on to determine whether or not it's

16  necessary to implement a program.  I think it's

17  necessary to implement a program based upon the

18  evidence in my report.  The strategic research is

19  going to do something completely different.

20  What -- what do people know about Vernon Unsworth?

21  What do they know about Elon Musk?  Would you be

22  more apt to believe -- this is on a telephonic

23  survey, a kind of big picture stuff -- you want a

24  big picture questions to get an understanding of

25  believability, and then understand and then the --

Exhibit 2, Page 174

ERIC ROSE

November 01, 2019

```
 1        A.  I --

 2             MS. WADE:  Object to the form.

 3             THE WITNESS:  I don't -- I don't believe

 4    that.  I think the evidence that I've presented in

 5    my report with the search results indicate what

 6    needs to be corrected and what the -- kind of the

 7    start of the campaign.  That's not the goal of the

 8    strategic research, so I would -- I would tell a

 9    jury no.

10    BY MR. SCHWARTZ:

11        Q.  So you're saying that without knowing

12    whether a meaningful number or percentage of people

13    think they know who Mr. Unsworth is, they think

14    Mr. Musk said something about him, they believe it,

15    they think it could be true, or Mr. Unsworth has

16    been harmed -- his reputation has been harmed at

17    all by what Mr. Musk said -- you'd proceed to or

18    you recommend that Mr. Unsworth proceed to spend a

19    minimum of $11 million in the first year to repair

20    his reputation?

21        A.  Mr. Unsworth isn't running for office.  If

22    he were running for elective office, he'd want to

23    know percentage of people, likability, not

24    likability, who believe messages who have heard it.

25    I think the evidence here is that it's -- it's
```

Exhibit 2, Page 175

ERIC ROSE

November 01, 2019

 1    widespread that right now any time you go to look

 2    up Vernon Unsworth, you'll find a preponderance of

 3    negative stories, including stories that call him a

 4    pedophile.  I think the campaign that I'm

 5    recommending is to help identify and understand

 6    where it's -- where it's necessary to start the

 7    program, what messages would be effective.

 8         Q.  Right.  I -- I understand that would be

 9    part of the research.  I'm asking you, in addition

10    to the research, what I hear you telling me is that

11    you don't -- you would not do any research to -- to

12    understand whether or not anybody thinks

13    Mr. Unsworth's reputation has been harmed before

14    proceeding with your plan?

15         MS. WADE:  Object to the form of the

16    question.

17         THE WITNESS:  I think fundamentally the

18    answer is yes.  I don't think it's necessary.

19    BY MR. SCHWARTZ:

20         Q.  And you say the evidence is widespread

21    regarding the harm to Mr. Unsworth's reputation.

22    What -- what you told me that, as you sit here

23    today, you can't tell me whether anybody in the

24    world thinks Mr. Unsworth's reputation -- or what

25    percentage of the people in the world think

Exhibit 2, Page 176

ERIC ROSE

November 01, 2019

```
 1    Mr. Unsworth's reputation has been harmed by what
 2    Mr. Musk said, right?
 3        A.  That's right.
 4        Q.  So making progress.
 5        A.  Okay.
 6        Q.  Okay.
 7        A.  I'm more amazed that you don't write upside
 8    down, being a lefty.
 9        Q.  What's that?
10        A.  I'm more amazed that you don't write upside
11    down or --  I have two brothers who are left
12    handed, and I'm --
13        Q.  Oh, I don't know what I write.
14        A.  -- they twist everything.
15        Q.  All right.  So you haven't done any focus
16    group testing or strategic research in this case
17    yet, have you?
18        A.  I have not.  And nor if Mr. Unsworth were
19    successful, I want to make it clear, I wouldn't do
20    it.
21        Q.  Okay.
22        A.  I wouldn't -- I wouldn't be a participant
23    in any way, shape, or form.
24        Q.  Right.  Have you done any analysis about
25    Mr. Musk's public perception or reputation as part
```

Exhibit 2, Page 177

ERIC ROSE

November 01, 2019

```
 1   of your work in this case?
 2        A.  Beyond what's in my report?
 3        Q.  Well, why don't we start with that.  Beyond
 4   what's in your report?
 5        A.  Okay.
 6        Q.  Have you, beyond what's --
 7        A.  Beyond what's in my report?  No.
 8        Q.  Okay.  Is there some part in your report
 9   you can direct me to where you've told me whether
10   the public -- what percentage of the American
11   public like Mr. Musk, dislike Mr. Musk?  Is that
12   research you've undertaken or reported upon in your
13   report?
14        A.  No.  But what my report does point out is
15   the fact that Mr. Musk has -- is a -- is a
16   believable person, and that when Mr. Musk makes a
17   statement, that people believe what he says.  And I
18   would -- I would go to Page 5 of my report where I
19   talk about it.  So I -- I did not do any
20   independent research, to answer your question, but
21   I certainly discussed his credibility and
22   believability on Page 5 --
23        Q.  Right.
24        A.  -- beginning on Page 5.
25        Q.  Starts on Page 5 and continues on Page 6.
```

Exhibit 2, Page 178

ERIC ROSE
November 01, 2019

1      A.  Can I -- just -- the word "harassment" to

2   me is something like where people are personally

3   attacking him, but I think that the broader sense

4   is -- and I think it identified -- where people

5   talk about, well, if Elon Musk said it, relative to

6   being a pedo guy, that it must be true.  He must

7   have some evidence.  To me, that is harassing in

8   the very broadest sense.  But to answer your

9   question, I have no specific knowledge of a person

10  harassing Vernon Unsworth.

11      Q.  Beyond the tweets and photos and

12  information in Exhibit A, can you -- actually

13  withdraw that.

14          Focussing on the tweets that Mr. Musk sent

15  or posted or tweeted about --

16      A.  And deleted.

17      Q.  -- and deleted -- but, all the tweets that

18  Mr. Musk made that in any way, shape, or form have

19  anything to do with Vern Unsworth, do you know what

20  percent of people believe what Mr. Musk wrote?

21      A.  I do not.

22      Q.  With respect to the e-mails that Mr. Musk

23  wrote to BuzzFeed, including the August 28th

24  e-mail, do you know what percent of people believed

25  that what Mr. Musk was saying about Mr. Unsworth

ERIC ROSE

November 01, 2019

1    was true?

2        A.  I do not.

3        Q.  Do you know what percent of people in the

4    world think that Vern Unsworth is a pedophile or a

5    child rapist or married a child bride?

6        A.  I have no clue.

7        Q.  All right.  You consulted with a company

8    called Five Blocks as part of your work, right?

9        A.  Yes.

10       Q.  Did you produce to us your correspondence

11   and communications with them?

12       A.  I believe I did.  I -- so it was very

13   limited to -- to -- I was on the phone with a

14   person from Five Blocks.  I asked him if he could

15   run a couple of reports for me.  He said yes and

16   e-mailed them to me.  So there's -- there's not a

17   lot -- there's no correspondence back and forth.  I

18   just -- I happened to be working with Five Blocks

19   for another client and interacting with them, and I

20   knew they had a capability that I did not have.

21       Q.  Right.  Did -- you didn't personally

22   conduct the Five Blocks an analysis reflected in

23   your report, did you?

24       A.  I did not.

25       Q.  And you didn't supervise any of the Five

Exhibit 2, Page 180

ERIC ROSE

November 01, 2019

 1   Blocks analysis reflected in your report, did you?

 2       A.  I didn't.

 3       Q.  So let's go to Page 9 of your report.  And

 4   you write -- where is this?

 5           Okay.  So if you look -- you see the

 6   heading, Vernon Unsworth?

 7       A.  Yes.

 8       Q.  And skip that first paragraph.

 9       A.  Yes.

10       Q.  Go to the next paragraph.

11       A.  Yes.

12       Q.  And around the middle of that paragraph you

13   wrote, quote, At my request, I asked them -- and

14   that's Five Blocks, right?

15       A.  That's correct.

16       Q.  Okay.  So I'm just going to say, At my

17   request I asked Five Blocks to provide me with

18   screen captures of the current on online reputation

19   for Vernon Unsworth.

20           Do you see that?

21       A.  I did.

22       Q.  Did you ask Five Blocks to do that?

23       A.  I did.

24       Q.  Okay.  And then you -- let's skip to the

25   next paragraph.  You wrote in your report, quote, I

ERIC ROSE

```
 1   asked Five Blocks to provide me with the screen
 2   grabs because they -- they, that's Five Blocks,
 3   right?
 4       A.   That's correct.
 5       Q.   -- have a network of hundreds of proxy
 6   computers situated around the United States and the
 7   world that enable them to capture accurate
 8   screenshots of search results that one would only
 9   see if they searched a particular key word from a
10   specific geographic location.  I use this data to
11   compare the local results by country and language.
12          Do you see that?
13       A.   I do.
14       Q.   Okay.  How did -- and then the prior
15   paragraph for the last sentence we skipped over, it
16   says, The unfavorable pages are highlighted in red,
17   while favorable results are highlighted in green,
18   neutral results are in gray.
19          Do you see that?
20       A.   I do.
21       Q.   How did Five Blocks determine whether a
22   given news story should be highlighted in red,
23   green, or neutral?
24       A.   I don't ask them for this specific case,
25   but what their methodology is with other clients
```

ERIC ROSE

November 01, 2019

```
 1    that I work on is, they look at the headline, and

 2    they look at the story, and they assign whether

 3    they think it's a positive or a negative story.

 4        Q.  All right.  So they did that work.  You

 5    didn't?

 6        A.  That's correct.

 7        Q.  What criteria or criterion -- whatever the

 8    right word is -- did Five Blocks apply when they

 9    looked at the headline or the story to decide

10    whether it should be rated or graded as favorable,

11    unfavorable, or neutral?

12        A.  I can't tell you specifically how they did

13    it in this case.  I can only tell you what they've

14    done for other clients where I've worked with them

15    on and currently working with them on.

16        Q.  Well, as best you can, tell me what

17    criteria Five Blocks uses, if not in this case,

18    generally speaking, when they review a story to

19    decide whether to give it a favorable, unfavorable,

20    or neutral rating?

21        A.  Generally speaking, they look at the

22    headline to find out if it's talking about a

23    controversial subject or it uses language that

24    repeats negatives.  So if you look here, the --

25    they -- they call -- the first story here -- let's
```

Exhibit 2, Page 183

ERIC ROSE

November 01, 2019

1    just look at, if we can, Page 11.  And at the top

2    one, because I think it's illustrative of all the

3    other ones.  So I think we could save some time

4    here.

5         Elon Musk is going to trial for calling a

6    cave diver a pedophile on -- and I don't know what

7    the rest of the headline is.  The fact that it --

8    it talks about pedophile and then the story in

9    itself talks about Vernon, they would consider

10   negative.  I just know that's how they -- they

11   work.  This is a subjective analysis.  It's not a

12   scientific analysis.

13        Q.  Does the --

14        A.  But --

15        Q.  I'm sorry.

16        A.  Because I want to make clear -- it also

17   highlighted where they have decided that something

18   was positive.  And so, the headline, British diver

19   Vernon Unsworth who helped rescue Thai boys from --

20   I don't know what the rest of that story said or a

21   headline, but they made a determination that

22   whatever that story was, was positive.

23        Q.  Okay.  And then how -- what would cause the

24   Five Blocks system to grade something neutral?

25        A.  Generally speaking, if it's -- and I -- and

Exhibit 2, Page 184

ERIC ROSE

November 01, 2019

```
 1    I don't know here, but in -- with other cases I've
 2    done, if it brings a person back to a website or
 3    home page that they've created, they -- they
 4    generally have called that neutral.
 5        Q.  You mean that the subject of the story
 6    created?
 7        A.  Right.  Or yes.  That's -- exactly.  Or
 8    there's just something very factual and dry or has
 9    minimum amount of information.  Again, I -- I don't
10    know, and I should have asked here and I can ask
11    what their analysis was, but it was done by a human
12    being, not by a machine.
13        Q.  Right.  Does -- does more than -- in -- in
14    the Five Blocks analysis that was performed for you
15    for this case, did more than one person review the
16    stories?
17            In other words, they divvied the work up
18    among more than one person to --
19        A.  No.  As -- as I understand it, one person
20    did the work.
21        Q.  And did that person know who had hired
22    them?  Like, it was Vern Unsworth, or someone
23    working for Vern Unsworth, requested this?
24        A.  I was very clear that I -- so the answer is
25    yes.  I told them that -- what I was doing and
```

Exhibit 2, Page 185

ERIC ROSE

November 01, 2019

```
 1    what, because I asked them to do me a favor and

 2    provide screenshots and to give their analysis.

 3         Q.  So is this done by a piece of software or

 4    by a human being or both, in order to produce the

 5    results on Pages 11 and 12 and --

 6         A.  The -- this is done by a human being.  They

 7    have the ability to -- back up.  There's something

 8    I don't have the ability to do.

 9              So if you do a Google search -- well, I

10    don't know if you know this already.

11              If you do a Google search for a person in

12    Los Angeles, and you do on the exact same day a

13    Google search for that person in New York, the

14    results that you're going to get on your page will

15    be different.  You're not going to see the same

16    order.  And because I know that from working with

17    other clients, I wanted Five Blocks to do screen

18    captures because they have proxy servers in

19    different cities around the country and around the

20    world.  They have ability to fool the system to

21    believing that they are -- I don't know if they

22    physically have them there.  I'm not positive how

23    it works.  But they have the ability to get the

24    results as though they were in that city.

25         Q.  I understand.  I was asking something
```

Exhibit 2, Page 186

ERIC ROSE

November 01, 2019

```
 1   different, though.
 2        A.   Okay.
 3        Q.   So did a human being apply the pinkish red,
 4   the green, and the gray --
 5        A.   Yes.
 6        Q.   -- to this page and send it to you?
 7        A.   Yes.
 8        Q.   And that was based on another human -- same
 9   or some other human being's review of the headline
10   and the content of each of those stories?
11        A.   Yes.
12        Q.   And you said, in order to -- to assign the
13   green, red, or neutral evaluation to the story,
14   it's a subjective standard, not a scientific
15   standard; is that correct?
16        A.   That's correct.
17        Q.   And subjective meaning, it's in the eye of
18   the person who is reading the story to decide if
19   they think it's favorable, unfavorable, or neutral?
20        A.   That's correct.
21        Q.   Is the Five Blocks criteria written down
22   somewhere?
23        A.   Not that I'm aware of.
24        Q.   Did Five Blocks explain to you what sort of
25   training the person that makes these judgements was
```

Exhibit 2, Page 187

ERIC ROSE

November 01, 2019

```
 1   given before they made the assessments in this case
 2   of whether to give a green, red, or neutral rating
 3   to these stories?
 4        A.  They did not.
 5        Q.  Do you know whether the person who made
 6   these assessments of red, green, and neutral in
 7   your report had any specialized training?
 8        A.  No.
 9        Q.  Do you know whether the person who made
10   these determinations has any degree in journalism
11   or English?
12        A.  No.
13        Q.  Can you tell me anything about the person
14   who made these assessments --
15        A.  It's --
16        Q.  -- other than they were an employee of Five
17   Blocks?
18        A.  It's a person who is the CEO and founder of
19   Five Blocks who implements digital reputation
20   programs.
21             THE REPORTER:  Digital --
22             THE WITNESS:  Reputation programs.  So
23   it's -- you know, this is what he does for a living
24   in order to help move down or eliminate negative
25   content --
```

Exhibit 2, Page 188

ERIC ROSE

November 01, 2019

```
 1    BY MR. SCHWARTZ:
 2        Q.  Right.
 3        A.  -- as -- as they perceive it.
 4            It's -- it's subjective.  It's -- it's not
 5    scientific, as you've said.  It's based upon
 6    headlines and a belief that the person has that
 7    this is not a headline.
 8        Q.  So you said a bit earlier that something
 9    would be assigned a neutral -- I think I heard you
10    right.  If it was the -- the story redirected to a
11    website maintained by the person who was the
12    subject of the article.  Is that -- did I hear that
13    right?
14        A.  It's one of the criteria that I know with
15    other clients that they used, or if the article
16    just was very -- was short, bland, and factual.  So
17    it's -- again, it's in a -- it's a subjective
18    viewpoint by the person looking at the site.
19        Q.  Okay.  Well, let's take a look at some of
20    these for a second.
21        A.  Okay.
22        Q.  So I'm looking at Page 13 of your report.
23    It says, Google Page 1 results for Vernon Unsworth
24    as seen in London.
25        A.  Yes.
```

Exhibit 2, Page 189

ERIC ROSE

November 01, 2019

```
 1      Q.  Is that what it says?
 2      A.  Yes.
 3      Q.  And are you certain, as you sit here today,
 4  that these are the search results that Google would
 5  generate if someone ran a search for Vernon
 6  Unsworth in London on the date the search was run?
 7      A.  I'm reasonably certain.
 8      Q.  Okay.  Take a look at the prior page, which
 9  is labeled Google Page 2 results for Vernon
10  Unsworth as seen in Los Angeles --
11      A.  Yes.
12      Q.  -- and tell me if you can identify any
13  difference between the search results and the color
14  codings between those two pages.
15          They should be different, right?
16          You told me earlier that if you went --
17      A.  Can be different.
18      Q.  Can be different?
19      A.  Not are.  Can be different.
20      Q.  All right.  So Page 2 of the search results
21  for Los Angeles, to me, looks identical to the
22  page -- what purports to be Page 1 results as seen
23  in London, even down to, if you look under the
24  rainbow magnifying glass and the word all, Page 1
25  results for London say Page 2.
```

Exhibit 2, Page 190

ERIC ROSE

November 01, 2019

```
 1        A.  Where -- that's true.

 2        Q.  So this really isn't Page 1 result for

 3   London, is it?

 4        A.  That would be correct.

 5        Q.  Okay.  So as you sit here, there's nothing

 6   in your report that tells us what the Page 1

 7   results for Vern Unsworth are in London, England,

 8   is there?

 9        A.  Well, not here.  And unless I have --

10   didn't capture it correctly.  So the answer is no.

11        Q.  All right.  Let's -- let's look at Page 2,

12   as seen in Los Angeles --

13        A.  Okay.

14        Q.  -- Page 12 of your report.  So looking at

15   the bottom item, it's a gray, and the headline is,

16   Tesla CEO Elon Musk to face trial for calling cave

17   rescue diver pedo.

18        A.  Right.

19        Q.  Do you see that?

20        A.  Yes.

21        Q.  That's from a publication called Business

22   Insider on May 11, 2019 --

23        A.  Yes.

24        Q.  Right.  Okay.  Now looking at the top item

25   on this page, and the headline is, Elon Musk to go
```

Exhibit 2, Page 191

ERIC ROSE

November 01, 2019

```
 1   to trial over pedo tweet about British diver

 2   Vernon.

 3           Do you see that?

 4       A.  I do.

 5       Q.  That's from the Telegraph website on the

 6   same day as the Business Insider, right?

 7       A.  Yes.

 8       Q.  Why -- the headlines are almost identical,

 9   not quite, but they're very similar.

10           Do you agree?

11       A.  I agree.

12       Q.  Why did Five Blocks assign a last one a

13   neutral rating and the top one an unfavorable, or

14   red, rating?

15       A.  I couldn't tell you.  I would be

16   speculating.

17       Q.  Can you tell me why, given that -- you see

18   the next one up from the bottom is from the BBC, it

19   says, Elon Musk faces trial over pedo tweet.

20           Do you see it?  That's a neutral.  Second

21   from the bottom.

22       A.  Yes.

23       Q.  All right.  Can you tell me why that's a

24   neutral, and the top three ones are red?

25       A.  I can't tell you, but I -- now looking at
```

Exhibit 2, Page 192

ERIC ROSE

1    it in more detail, I would have -- I would have

2    probably marked it a red, not a neutral, but I

3    don't know how that happened.

4        Q.  You're saying that you would have marked

5    the BBC, Elon Musk faces trial, a red one?

6        A.  I would, but I don't know what the

7    underlying story is or why they decided that was

8    neutral.

9        Q.  Got it.  Do you -- and that's true for all

10   of the Google Five Blocks results.  You don't know

11   the underlying story --

12       A.  That's correct.

13       Q.  -- for any of them, do you?

14       A.  No, I do not.

15       Q.  Now you discuss on Page 9 of your report

16   something called an "impact tool."

17       A.  Right.

18       Q.  And was that something Five Blocks used

19   or --

20       A.  That's --

21       Q.  -- is that separate?

22       A.  That's a Five Blocks tool.

23       Q.  Okay.  And did you use impact, yourself, in

24   your work in this case?

25       A.  No.  But I -- I put a screenshot in on Page

ERIC ROSE

November 01, 2019

1    16 of what he sent me, which is their -- it's

2    really small -- I need better eyes -- of their --

3    their tool that shows the tool they used.

4         Q.  All right.  So Page 16 of your report, at

5    the top, it says, Five Blocks impact.  Do you see

6    that at the top?

7         A.  Yes.

8         Q.  And there are --

9         A.  What?  I'm sorry.  What?  Page 16 we're

10   talking about?

11        Q.  Page 16 of your --

12        A.  Okay.

13        Q.  And then it looks like there are ten pages,

14   or like, thumbnails of ten pages; is that right?

15        A.  That's correct.

16        Q.  And what are those thumbnails of?

17        A.  They're -- they're supposed to be of the

18   screen grabs of -- from their tool, and I -- of

19   what the results are.  And I can't tell if it's

20   Page 1 of the Google results, or it says, Show Page

21   2.  So I would have to -- I would have to ask.  I

22   don't know.

23        Q.  All right.  Putting aside whether it's Page

24   1 or Page 2 --

25        A.  Okay.  Right.

Exhibit 2, Page 194

ERIC ROSE

November 01, 2019

```
 1        Q.  -- are you telling me that your
 2   understanding is that there are five different
 3   cities, as I am seeing it -- two pages per city,
 4   right?
 5        A.  That's correct.
 6        Q.  Berlin, London, Los Angeles, Paris,
 7   Toronto, and there's two pages for each.  And then
 8   each page has a series of about eight or nine links
 9   with headlines of stories, right?
10        A.  That's correct.
11        Q.  And then somebody has gone in and graded
12   them red for unfavorable, green for favorable,
13   or -- or gray for neutral, right?
14        A.  That's correct.
15        Q.  That's not something you did, is it?
16        A.  It is not.
17        Q.  That is something that Five Blocks did for
18   you?
19        A.  Yes.
20        Q.  And did Five -- do you -- do you know
21   whether the criteria Five Blocks -- let's start
22   again.
23            Do you know whether the process Five Blocks
24   undertook to make these assignments -- red, green,
25   gray -- on Page 16 is the same that they used for
```

Exhibit 2, Page 195

ERIC ROSE

November 01, 2019

```
 1   the Google page results on Pages 11 through 15 of
 2   your report?  Do you know?
 3       A.  I believe it is, but I don't know.  But I
 4   would -- I would say -- having not spoken to them
 5   about that, I would imagine the answer is yes.
 6       Q.  All right.  Do you know -- so whatever you
 7   know or don't know that you testified to in your
 8   prior answers about how the Five Blocks process
 9   works would apply to what Five Blocks did on Page
10   16?
11       A.  That would be correct.
12       Q.  Okay.  And as far as you know, the process
13   is the same on Page 16 as it is on the prior pages?
14       A.  Yes.
15       Q.  Okay.  Now as you sit here now, you don't
16   know the extent to which anybody -- let me start
17   again.
18           These are searches that Five Blocks
19   personnel ran, right?
20       A.  Right.
21       Q.  So you don't know the extent to which
22   anybody in these different cities actually ran
23   searches of Vern Unsworth on these days, or any
24   other days, do you?
25       A.  That would be correct.
```

Exhibit 2, Page 196

ERIC ROSE

November 01, 2019

1      Q.  So in your report, you say that Five Blocks
2   software doesn't have the ability to go back in
3   time and -- and generate a -- a set of search
4   results --
5      A.  Right.
6      Q.  -- in an earlier date than the date they
7   run the reports; is that right?
8      A.  That's correct.
9      Q.  That's your understanding of how the
10  software works?
11     A.  That's correct.
12     Q.  So in your report on Page 10 -- you can
13  look at that.  There's not a lot on Page 10, but if
14  you look at the very -- the second to last
15  sentence, they say the reports below were created
16  in May 2019, right?
17     A.  That's correct.
18     Q.  Right.  So that means they couldn't have
19  been prepared June, July, August.  You couldn't
20  prepare these reports today, could you?
21     A.  No.
22     Q.  You couldn't prepare them in June, either,
23  could you?
24     A.  No.  But can I also -- can I -- can I add
25  something?  And clearly it's all in my mistake, not

Exhibit 2, Page 197

ERIC ROSE

November 01, 2019

```
 1    Five Blocks.
 2            If you go to Page 16, I believe they have
 3    the accurate -- and I'll double-check this -- I
 4    they have the accurate Page 1 for London, which is
 5    clearly not accurate here, because it says 2, even
 6    though it says Page 1, but I -- I'll get that.
 7        Q.  Okay.  All right.  So let's go back to
 8    where we were.
 9        A.  And just to be clear --
10        Q.  Okay.
11        A.  -- and I apologize.  If there's a mistake
12    on the labeling here, that's not Five Blocks.
13    That's me.
14        Q.  Okay.
15        A.  Okay.
16        Q.  Thanks for clarifying.
17            So what we were talking about is -- so if
18    you -- if you look at the Five Blocks reports --
19    what's the date on them -- I can don't think they
20    do.  You don't know the actual day in May that
21    these Google searches were run to generate the
22    reports on Pages 11 through 15, do you?
23        A.  I don't, as we're sitting here, but I'm
24    sure I could find out.
25        Q.  So here's -- I'm having a little hard time
```

Exhibit 2, Page 198

ERIC ROSE

November 01, 2019

```
 1   following what we're saying, and I'm going to ask
 2   you to try and help me out here.  You've said that
 3   these Five Blocks reports were created in May 2019,
 4   right?
 5       A.  That's correct.
 6       Q.  You told us that -- or that they -- and
 7   that they purport -- necessarily purport to show
 8   Google results on the day they were run, right?
 9       A.  That's correct.  They -- well, I can tell
10   you the day that they --
11       Q.  Not Page 16.  I'm talking about the ones
12   from Pages 13 to 15.
13       A.  Let's see what they -- they -- Pages 13
14   through --
15       Q.  15.
16       A.  -- 15?
17       Q.  Right.  So you wrote on your report, the
18   reports below were created in May 2019, right?
19       A.  That was my understanding.  Yes.
20       Q.  Yes.  Okay.  But you testified earlier that
21   you weren't hired and didn't begin doing any work
22   in this case until sometime in June, right?
23       A.  That's correct.
24       Q.  So how would Five Blocks have known weeks
25   before were you hired to work on this case to run
```

Exhibit 2, Page 199

ERIC ROSE

November 01, 2019

```
 1   searches involving Vern Unsworth?
 2        A.  Well, that's -- they would not have known.
 3   So I don't --
 4        Q.  So what's going on when you write on Page
 5   10 of your report, these searches -- reports were
 6   created in May 2019?
 7        A.  I don't know.  I can't answer that
 8   question.
 9        Q.  Okay.  Did you personally review each of
10   the articles in the Five Blocks work product on
11   Pages 11 to 16 to determine whether you agreed or
12   disagreed with the -- their assignments?
13        A.  I did not.
14        Q.  Okay.  Let's -- I want to move to something
15   else.
16        A.  Okay.
17        Q.  I need your undivided attention --
18        A.  Okay.
19        Q.  -- so I need you to close your report.
20            Let's have the reporter mark this --
21            (Exhibit No. 123 was marked for
22            identification.)
23   BY MR. SCHWARTZ:
24        Q.  All right.  I'm showing an article from The
25   Telegraph.  Well, we printed it out yesterday.  I
```

Exhibit 2, Page 200

ERIC ROSE

```
 1   don't see the date on it.  I have a feeling --
 2   well, in the corner it tells us the day May 11,
 3   2019.
 4        A.  Okay.
 5        Q.  And the title of the article is, Elon Musk
 6   to go to trial over pedo tweet about British diver
 7   Vernon Unsworth.
 8            Do you see that?
 9        A.  I do.
10        Q.  Okay.  If Five Blocks had been processing
11   this article or viewing this article, is it your
12   judgement they should have determined this to be
13   favorable, unfavorable, or neutral?
14        A.  Well, I -- I would have labeled it
15   unfavorable.
16        Q.  Okay.  Thank you.  Okay.  Here's another
17   one, please.
18            (Exhibit No. 124 was marked for
19             identification.)
20   BY MR. SCHWARTZ:
21        Q.  All right.  This is an article from Forbes.
22   The headline is, A British cave rescuer is
23   officially suing Elon Musk for calling him a
24   pedophile.
25            How would you -- if you were --
```

ERIC ROSE
November 01, 2019

```
 1        A.   Okay.

 2        Q.   You told me what you -- that they were --

 3   they like to print sensational stories.  Then you

 4   said that reinforces your belief that that's why

 5   Mr. Musk singled them out to provide the

 6   unflattering information about Mr. Unsworth,

 7   because in your judgement, they would be more

 8   likely to publish something like that.

 9             Do you remember your telling me that?

10             MS. WADE:  I'm going to object to the

11   form.  That completely misstates testimony that

12   just went before.

13   BY MR. SCHWARTZ:

14        Q.   You can answer the question.

15        A.   Well, I think she articulated, that's not

16   what I -- what I said or testified to, and I think

17   the record is clear about what I testified to.

18        Q.   Well, let me read -- this is on page -- the

19   rough transcript, this is your answer on Page 186

20   starting on line 17 -- actually, line 20.

21             Mr. Musk sought out the BuzzFeed reporter

22   because he knew that BuzzFeed had a reputation for

23   writing sensational stories and publishing

24   information.  So it's my view that I don't think it

25   was accidental that of all the reporters in the
```

Exhibit 2, Page 202

ERIC ROSE

November 01, 2019

```
 1   world that -- or publications that -- he went to --
 2   that he sought out BuzzFeed.
 3          That was your testimony, was it not?
 4          MS. WADE:  All right.  Hold on.  I'm going
 5   to object.  You've read part of his answer.  You
 6   jumped into the middle of an answer to a question
 7   that was several lines before.  I mean, if we're
 8   going to go back and read out loud what was said
 9   before, according to this rough transcript, I
10   suppose you can waste your time doing that.  But I
11   object because you have not read his entire answer;
12   you have not read your question.
13          Go ahead.  If you can answer his question,
14   do it.
15          THE WITNESS:  And I know I'm not allowed
16   to object, but I'll object because you didn't read
17   my correction of the -- of my own -- my correction
18   of my own statement, which said, I don't know that
19   he sought out BuzzFeed.  But I did say, it was
20   clear that I thought that BuzzFeed -- that -- that
21   I could understand why he would want to give
22   information to BuzzFeed, whether he sought them out
23   or not, or was responding to a question that was
24   unflattering regarding Mr. Unsworth.
25   BY MR. SCHWARTZ:
```

Exhibit 2, Page 203

ERIC ROSE
November 01, 2019

1        Q.  Right.  But you don't know whether that, in

2    fact, happened here, do you?

3        **A.  That's correct.**

4        Q.  Okay.  Now you don't know what Mr. Musk's

5    prior history or practices with BuzzFeed had been

6    before the August 2018 e-mail, do you?

7        **A.  I do not.**

8            MS. WADE:  Object to the form.

9    BY MR. SCHWARTZ:

10       Q.  And you don't know what people within his

11   companies' prior practices, and the history had

12   been, Tesla, for example, with BuzzFeed, and

13   whether they, for example, would or wouldn't honor

14   saying off the record before coming to an agreement

15   with the reporter.  You don't know anything about

16   that, do you?

17       **A.  I do not.**

18       Q.  Now you do know, we look at --

19       **A.  Can I -- can I add one thing?**

20       Q.  Do you need to?

21       **A.  I do.**

22           **Off the record, background, deep**

23   **background, or on the record, in my experience, are**

24   **not a one-time issue, meaning that it has to be**

25   **done each and every time you speak to a reporter**

Exhibit 2, Page 204

ERIC ROSE

November 01, 2019

```
 1    about a -- a subject.  You don't get a -- it's not
 2    like a contract with -- like a legal contract where
 3    everything is always off the record, or always on
 4    background, or always on deep background.  It's, in
 5    my experience, something that must occur with each
 6    and every interaction with not only the
 7    publication, but with the reporter, so you have an
 8    understanding of the agreement you have in place.
 9         Q.  That -- that sounds like a best practice.
10    Is that a matter of legal principle?
11         A.  It's --
12         Q.  It's not a legal principle, is it?
13         A.  It's clearly not a legal principle, but
14    it's a well-understood principle among people who
15    participate in -- in interaction -- in regular
16    interactions with the media.
17         Q.  Other than your own exhibit with practices
18    about off the record and the like -- which I'm
19    going to ask you some questions about -- are you
20    aware of any standards, treatises, learned articles
21    by journalism professors, that tell us what you
22    just said?
23         A.  I'm not aware, as we speak, but I'm
24    absolutely certain that I could find some.
25         Q.  But as you sit here now, you can't give me
```

Exhibit 2, Page 205

ERIC ROSE

November 01, 2019

```
 1   the name of any journalism, treatise, learned

 2   article, or anything, that tells you that unless

 3   the reporter agrees ahead of time that something's

 4   going to be off the record, it's not off the

 5   record, can you?

 6       A.  As I made clear, I can't articulate now,

 7   but I'm absolutely confident that I could find that

 8   very easy.  I would find it both in articles that

 9   have been written by others, and I'm -- and I'm

10   fairly confident that I could find it in some sort

11   of best practices among journalists.

12       Q.  Okay.  Let's go back to what we're talking

13   about, though, with respect to --

14           MS. WADE:  While you're shifting gears,

15   can we take a break?

16           MR. SCHWARTZ:  Yeah.  We'll take a break

17   now.  There's no reason not to.

18           THE VIDEOGRAPHER:  The time is 3:45 p.m.

19   We are now off the record.

20     (A recess was held from 3:45 p.m. to 4:01 p.m.)

21           THE VIDEOGRAPHER:  This commences Media

22   No. 4.  The time is 4:01 p.m.  We are on the

23   record.

24   //

25   BY MR. SCHWARTZ:
```

Exhibit 2, Page 206

ERIC ROSE
November 01, 2019

```
 1  portion of your report at the -- why is it not --
 2  it's not paginated, but it comes after Exhibit A,
 3  and it's - this is what it looks like, and it's
 4  called the --
 5         MS. WADE:  It's just before your CV if
 6  that helps.
 7         THE WITNESS:  Oh, okay.
 8         MR. SCHWARTZ:  Can we mark this as a
 9  separate exhibit so it will be easier to find?
10  It's not paginated.  I'm just wondering, can we get
11  some other copies of it?  Actually, you know what,
12  That's all right.  That's okay.
13  BY MR. SCHWARTZ:
14     Q.  So this -- this is Exhibit B.  It's two
15  pages in your report, and you put it in there,
16  right?
17     A.  I did.
18     Q.  And you call it -- by the way, who is
19  Thom -- I'm not going to pronounce --
20     A.  Weidlich.
21     Q.  -- Weidlich?  Who is he?
22     A.  He is a crisis communications specialist, a
23  former reporter, and a person who I work with on
24  crisis communications issues.  He has, kind of, a
25  business background.  He is a business reporter.
```

Exhibit 2, Page 207

ERIC ROSE
November 01, 2019

1        Q.  And the Exhibit B is titled, The ABCs of

2   Source Attribution and Tips on Negotiating It,

3   right?

4        **A.  Yes.**

5        Q.  And then there's a -- a link -- a web link

6   below that, summitas.com.  Do you know what that

7   is?

8        **A.  It's -- it's -- I don't know where that**

9   **came from, but I can explain why the whole article**

10  **is here.  It was behind -- it was on a website**

11  **behind a pay wall.**

12       Q.  Okay.  And whose -- whose pay wall or

13  website was it behind?

14       **A.  It was posted on crisis -- I believe**

15  **crisisresponsepro.com.**

16       Q.  And they gave you permission to put this

17  into your report?

18       **A.  Well, I wrote it -- I was the principle**

19  **author of it, so I didn't ask for permission.**

20       Q.  Okay.

21       **A.  Nor will I ask for forgiveness.**

22       Q.  Okay.  So you write in the third paragraph,

23  For example, Off the record can't -- status --

24  can't be granted retroactively.  Do you see that?

25       **A.  I do.**

Exhibit 2, Page 208

ERIC ROSE

November 01, 2019

```
 1        Q.  Is there some law that forbids a reporter
 2   from agreeing to treat something as off the record
 3   after it's been disclosed?
 4        A.  Of course not.
 5        Q.  So a reporter like Ryan Mac could have
 6   treated Mr. Musk's e-mail as off the record?
 7        A.  Could have.
 8        Q.  And then you write, Will the journalist
 9   sometimes allow that, and by that you mean treating
10   something off the record after the fact?
11        A.  Yes.
12        Q.  And you write, quote, Of course, but it all
13   depends on the relationship between the reporter
14   and source and whether that reporter wants to use
15   the source in the future.
16            Did you write that?
17        A.  I did.
18        Q.  Okay.  Now am I correct that what you're
19   describing in this paragraph of your post on the
20   ABCs of source attribution is where the person --
21   the source -- says something to the reporter
22   without saying anything about off the record, and
23   then tries to get the reporter to treat it as off
24   the record; is that right?
25        A.  That's correct.
```

Exhibit 2, Page 209

ERIC ROSE

November 01, 2019

1        Q.   Okay.   That's not the situation that was

2    taking place with Ryan Mac and BuzzFeed with

3    respect to Mr. Musk's e-mail, was it?

4        A.   It wasn't.   But I think that -- that some

5    context is important here for that.   So -- and I

6    wrote -- I wrote that line -- I happen to know I

7    wrote that line; although, Thom edited the piece.

8             When I wrote that line --

9        Q.   I'm not sure what you mean by "that line."

10   I'm sorry.

11        A.   I apologize.   About can't -- actually,

12   let's take the paragraph, for example, off the

13   record status can't be granted retroactively.   Will

14   a journalist sometimes allow that?   Of course.

15   When I wrote the "of course," I was thinking --

16   because I'm the author of this -- that we're really

17   talking about people who are novices interacting

18   with the media, who don't have experience.

19        Q.   Okay.   Let's go back to what I was asking.

20        A.   Okay.

21        Q.   The situation with Mr. Musk was not a

22   situation where he wrote an e-mail to Ryan Mac that

23   said nothing one way or the other about whether it

24   was off the record --

25        A.   Right.

Exhibit 2, Page 210

ERIC ROSE

November 01, 2019

1       Q.  -- and then said, Hey, I'd like you to
2   treat this off the record.
3           That's not the situation, is it?
4       A.  No.  That is not the situation.
5       Q.  Instead, the situation is, Mr. Musk, in
6   fact, affirmatively did write off the record on the
7   e-mail, and the issue from your point of view is
8   whether that means anything because, in your view,
9   he needed to get Mr. Mac to agree to that before he
10  said whatever he was going to say, right?
11      A.  That's correct.
12      Q.  Okay.  Now -- but notwithstanding that, you
13  recognize that a journalist will sometimes agree to
14  treat something off the record under those
15  circumstances, correct?
16      A.  That's correct.
17      Q.  And it depends -- or I should say, it all
18  depends in your judgement on the relationship
19  between reporter and source and whether that
20  reporter wants to use the source in the future,
21  correct?
22      A.  That is -- yes.  That is correct.
23      Q.  If you --
24      A.  Not -- not -- not alone, but that --
25  when -- I didn't go through a laundry list of

Exhibit 2, Page 211

ERIC ROSE

November 01, 2019

1   reasons.  That's a principle reason.

2      Q.  So it could -- whether a reporter would

3   treat something as off the record after it's been

4   disclosed could depend on other things, as well?

5      A.  That's correct.

6      Q.  Okay.  And what other things could that --

7   I'll retract that and start with a new question.

8          When Mr. Musk wrote to Mr. Mac his

9   August 30, 2018, e-mail and wrote, off the record,

10  before Mr. Mac had said okay or not, there's

11  nothing that would have forbidden Mr. Mac from

12  treating it as off the record, is there?

13     A.  Of course not.

14     Q.  And -- and do you or your clients have

15  relationships -- I'll separate it.

16         Do any of your clients have relationships

17  with reporters where, whether for the reasons

18  you've written here on Exhibit B or otherwise, it

19  isn't necessary to get the reporter to agree before

20  making the statement to the reporter that it will

21  be treated as off the record?

22     A.  I don't have any clients because -- that

23  I'm aware of that have that relationship.  It's

24  probably principally because I make it very clear

25  to clients who are ever going to face the media

Exhibit 2, Page 212

ERIC ROSE

November 01, 2019

```
 1   that it has to be done each and every time for each
 2   and every issue you're going to discuss with them,
 3   and it's not a blanket.  So -- and I don't know the
 4   case here.  If Mr. Musk had an agreement with a
 5   prior interaction with Mr. Mac for off the record,
 6   then -- on a completely different issue, then
 7   switched gears and then writes to him off the
 8   record, that doesn't mean that they -- in my
 9   understanding in working with reporters, my
10   experience -- that doesn't mean that it carries
11   over.
12        Q.  But it depends on what the relationship is
13   with the given reporter and the given source,
14   doesn't it?
15        A.  Absolutely.
16        Q.  And do you -- and in preparing your
17   testimony on this point, do you know what
18   Mr. Musk's or Tesla's prior interactions and
19   relationships were with BuzzFeed or any of its
20   reporters --
21             MS. WADE:  Objection.
22   BY MR. SCHWARTZ:
23        Q.  -- on the issue of how to treat -- of
24   whether a prior agreement was necessary before
25   treating something disclosed as off the record
```

Exhibit 2, Page 213

ERIC ROSE

November 01, 2019

 1    would be honored off the record?

 2        A.  I do not.

 3            MS. WADE:  Object to form.

 4    BY MR. SCHWARTZ:

 5        Q.  If there were a practice that BuzzFeed

 6    would treat information disclosed to it labeled

 7    "off the record" by the person who was sending the

 8    information to BuzzFeed, they would -- they would

 9    honor the designation of the information as off the

10    record, wouldn't that affect Mr. Musk's expectation

11    about whether BuzzFeed would treat his e-mail

12    labeled off the record, Exhibit 42, off the record?

13            MS. WADE:  Objection to the form.

14            THE WITNESS:  That -- that's speculation.

15    But as you described and we discussed previously,

16    it's not a contract.  It's not a codified law.

17    It's a general understanding among people who

18    practice media relations, people who talk to

19    reporters.  So it changes all the time.  It changes

20    by publication.  It changes by the author at the

21    publication.

22    BY MR. SCHWARTZ:

23        Q.  Right.  But what I want -- the import of my

24    question --

25        A.  Okay.

ERIC ROSE

November 01, 2019

```
1        Q.  -- the focus of my question was whether the
2   practices and patterns and everything we've just
3   been talking about would affect Mr. Musk's
4   expectations when he e-mailed Ryan Mac on
5   August 30, 2018, and wrote "off the record,"
6   whether that would -- this -- this prior -- the
7   prior history of dealings between Mr. Musk or other
8   people at Tesla or other people at BuzzFeed, would
9   that affect his expectation as to whether Mr. Mac
10  would treat the e-mail he wrote "off the record"
11  as, in fact, being off the record.  Wouldn't it
12  have some affect on what Mr. Musk expected?
13        MS. WADE:  Object to the form.  Improper
14  hypotheticals.
15        Go ahead.
16        THE WITNESS:  Let me answer it this way.
17  It's a speculative question.  I can't say.  All --
18  all I can say with certainty is that each and every
19  interaction with a reporter -- and I don't know
20  Mr. Musk's style or knowledge or training.  I would
21  suspect that dealing with reporters, he'd have
22  some, but I don't know that to be true.  But the
23  practice is each and every time you have to get an
24  agreement.  That's the practice I live by, and
25  that's the practice that most reporters live by.
```

ERIC ROSE

November 01, 2019

```
 1            MR. SCHWARTZ:  Okay.  Move to strike as

 2     non-responsive.

 3     BY MR. SCHWARTZ:

 4        Q.  But -- I don't want to keep asking the same

 5     question over.  Is that the best answer you can

 6     give me?

 7        A.  That's the best answer I can give you.

 8        Q.  So the -- is it your testimony that when

 9     Mr. Musk wrote off the record, he was actually

10     lying and didn't want this to be off the record?

11            MS. WADE:  Object to the form of the

12     question.  That is not what he testified to.

13            MR. SCHWARTZ:  I know.  I'm asking if he

14     is.

15            THE WITNESS:  Actually, I think that

16     Mr. Musk had every expectation, clearly every

17     expectation, that it was off the record.  The

18     problem with that is, expectations meet reality,

19     and the reality is he didn't have an agreement, at

20     least in the eyes of Mr. Mac, for off the record.

21     BY MR. SCHWARTZ:

22        Q.  Okay.  I understand what you're saying.

23     Before you prepared your report, or even before you

24     came here today, did you review BuzzFeed's

25     standards and ethics guidelines -- guides --
```

Exhibit 2, Page 216

ERIC ROSE

November 01, 2019

 1   governing source attribution?

 2      A.  No.

 3      Q.  When you prepared your report, did you know

 4   that when Mr. Musk sent his August 30, 2018, e-mail

 5   to BuzzFeed, BuzzFeed's policies did not state that

 6   interviews are always on the record until a

 7   reporter agrees to go off the record or on

 8   background?

 9      A.  No.

10      Q.  Did you know when you prepared your report,

11   or as you sit here today, that BuzzFeed added that

12   provision to its standards ethics and guidelines

13   after it published Mr. Musk's e-mail that he had

14   labeled off the record?

15      A.  No.

16      Q.  Do you know what the Society of

17   Professional Journalists is?

18      A.  I'm aware of them.  I'm not obviously a

19   member, but they -- they do put together best

20   practices.  So I'm aware of their -- their

21   existence.  But beyond that, I've never

22   participated or interacted with them.

23      Q.  Do you know it's the oldest organization of

24   professional journalists in America?

25          MS. WADE:  Object to the form.

Exhibit 2, Page 217

ERIC ROSE

```
 1              THE WITNESS:  I'll take your word for it.
 2     I don't know it.
 3     BY MR. SCHWARTZ:
 4         Q.  Do you know it was founded over 100 years
 5     ago?
 6              MS. WADE:  Object to the form.
 7              THE WITNESS:  I'll take your word for it.
 8     So was the NFL.  I think about that every week.
 9     BY MR. SCHWARTZ:
10         Q.  Do you know that the Society of
11     Professional Journalists has more than 300 chapters
12     around the country and 6,000 members?
13              MS. WADE:  Object to the form.
14              THE WITNESS:  I'll take your word for it.
15              MS. WADE:  Do you want to just testify
16     about it.
17              THE WITNESS:  I do -- I do now.
18     BY MR. SCHWARTZ:
19         Q.  Do you know that -- do you have any reason
20     to doubt those backgrounds facts about the Society
21     of Professional Journalists?
22         A.  I have no reason to doubt that you would
23     provide me with anything that wasn't accurate.
24              MS. WADE:  I'll object to all of that.
25              Go ahead.  Question and answer.
```

Exhibit 2, Page 218

ERIC ROSE

November 01, 2019

```
 1   give rise to this lawsuit, Mr. Unsworth spoke to
 2   agents and publishers and movie studios about film
 3   rights to his story related to the Thai cave
 4   rescue?
 5        A.  No.
 6        Q.  Did you know, before you prepared your
 7   report and before you came here to testify in this
 8   deposition today, that after Mr. Musk had said
 9   everything about Mr. Unsworth that gives rise to
10   this lawsuit, he was invited to speak at an event
11   by the -- I don't remember the name of the exact
12   Thai organization -- at the -- to describe his
13   efforts and involvement in the Thai cave rescue
14   held at the Hard Rock Cafe in Thailand?
15        A.  No.
16        Q.  Do you know, before you prepared your
17   report and came here to testify today in this
18   deposition, that Mr. Unsworth is not alleging any
19   harm to his business on account of anything
20   Mr. Musk said about him?
21        A.  No.
22        Q.  On Page 21 of your report, you -- let's
23   see.  In the middle of the page, there's a
24   paragraph that says, Even to those that do not know
25   or have a strong opinion of Mr. Unsworth, after
```

Exhibit 2, Page 219

ERIC ROSE

November 01, 2019

```
1    being exposed to the statements by a prominent
2    person like Mr. Musk, based on my experience, it is
3    my opinion people will still question
4    Mr. Unsworth's character and question his
5    reputation simply by being exposed to the Musk
6    allegations, irrespective of truth.  Do you see
7    that?
8         A.  I do.
9         Q.  And that's your opinion, right?
10        A.  Strongly.
11        Q.  Okay.  You don't know whether that's
12   actually happened, though, do you?
13        A.  I do not.
14        Q.  And you don't know if it will happen in the
15   future, do you?
16        A.  I do not.
17        Q.  So this is not -- well, withdraw that.
18            You didn't conduct any survey, research,
19   poll, or focus group to determine whether this is
20   true, did you?
21        A.  I did not.
22        Q.  And you didn't conduct any survey,
23   research, or focus groups or any kind of
24   information gathering like that on any issue
25   related to Mr. Unsworth and what Mr. Musk said
```

Exhibit 2, Page 220

ERIC ROSE

November 01, 2019

 1    about him and damage to his reputation before

 2    preparing your report or coming here today, did

 3    you?

 4        A.   I did not.

 5        Q.   Why not?

 6        A.   It wasn't necessary for me to prepare the

 7    opinions I've laid out.

 8        Q.   Wouldn't you want to know, before you

 9    express the opinion that Mr. Unsworth should spend

10    10 or $11 million a year on repairing his

11    reputation, whether any meaningful number of people

12    in the world think either he has a reputation or

13    that it's been damaged by Mr. Musk?

14        MS. WADE:   Object to the form of the

15    question.

16        THE WITNESS:   Actually, I think it's

17    important for Mr. Unsworth to be able to wipe the

18    slate clean and have any taint or allegation about

19    pedophilia, marrying an underage person, and all

20    the other allegations or claim.  His family, his

21    grandkids if he has grandkids, his friends should

22    be able to go into any search engine, any day, and

23    type in his name and not find him linked to being a

24    sexual deviant.

25    BY MR. SCHWARTZ:

Exhibit 2, Page 221

ERIC ROSE

November 01, 2019

1    Q.  Well, do any of the stories that -- let me
2  stop for a second.
3         So is your answer to my question no?
4    **A.  You have to repeat your question.  I**
5  **apologize.**
6    Q.  It is important to answer them.
7         Wouldn't you want to know before you
8  expressed the opinion that Mr. Musk -- Mr. Unsworth
9  should spend $10 or $11 million a year on repairing
10  his reputation, whether any meaningful number of
11  people in the world think either he has a
12  reputation, or that it's been damaged by Mr. Musk?
13         MS. WADE:  And I object to the form.
14  BY MR. SCHWARTZ:
15    Q.  And so, my question -- I heard your
16  answer --
17    **A.  The answer is no.  I'll give it to you in a**
18  **word.  No.**
19    Q.  So your answer is no?
20    **A.  Yes.**
21    Q.  Correct?
22    **A.  Correct.**
23    Q.  Okay.  The -- if something could be done to
24  cause Google search results when someone runs a
25  search Vern Unsworth to -- I don't like that

ERIC ROSE

November 01, 2019

```
 1   question -- I don't -- we'll get there later.  I'm
 2   going to skip ahead.  Okay.
 3           How much would it have cost you to hire a
 4   research firm to do an online survey of a
 5   statistically significant number of online
 6   participants to determine whether anyone in the
 7   United States or anyone else in the world thinks
 8   Mr. Unsworth's reputation has been harmed by what
 9   Mr. Musk wrote?
10       A.  I don't know.
11       Q.  Do you know the cost -- what it costs to do
12   any online surveys, do you have any information you
13   can tell me you know about doing online surveys or
14   surveys with online panels?
15       A.  I don't.  Because it's -- I don't -- I
16   don't use online surveys or tools.
17       Q.  What would it have cost you to do a
18   telephone survey across the United States to get a
19   significantly -- statistically significant number
20   of people, to find out whether -- or to find out
21   whether, and if so, what percentage of the survey
22   population think Mr. Unsworth's reputation has been
23   harmed by Mr. Musk?
24       A.  Based upon my experience, the telephonic
25   survey was a plus or minus 3 percent, depending on
```

Exhibit 2, Page 223

ERIC ROSE

November 01, 2019

```
 1    a number of questions because it's based upon

 2    length of the questions.

 3         Q.  One question.

 4         A.  But I have to -- in order for me to explain

 5    the cost --

 6         Q.  All right.  Go ahead.  Sorry.

 7         A.  -- $85,000.

 8         Q.  Okay.  We should talk after the deposition.

 9    I can help you out on that, and your clients.

10              So the -- all right.  Looking at 20 -- Page

11    20 of your report, there's the middle of the page

12    we were looking at this before, I should have asked

13    you at the time, the third bullet point in that

14    list in the middle of the page says, quote, A

15    person presented with both sets of information

16    regarding Mr. Unsworth -- and by that, I think you

17    mean positive and negative information -- may feel

18    unsure about which is accurate.  In that case, in

19    my professional experience, human nature often

20    leads people to take the conservative approach,

21    steering clear of Mr. Unsworth.

22              Do you see that?

23         A.  I do.

24         Q.  And that's your opinion that you're going

25    to give in this case, right?
```

ERIC ROSE

November 01, 2019

```
 1        A.   Yes.

 2        Q.   And then you say, For example, people who

 3   come in contact with Mr. Unsworth in the future who

 4   may have heard Mr. Musk's statements that

 5   Mr. Unsworth is a sexual predator may choose not to

 6   associate with him.

 7        Do you see that?

 8        A.   I do.

 9        Q.   And that's your opinion, too?

10        A.   It is.

11        Q.   Okay.  And this -- these opinions are not

12   based on any studies or focus groups or any other

13   research that tells you that these things have

14   occurred, correct?

15        A.   These opinions are based upon my

16   interactions with clients who have dealt with

17   accusations of sexual misconduct.

18        Q.   Well, has anybody told you that they're

19   not -- they want to steer clear of Mr. Unsworth

20   because of what Mr. Musk had to say about him, or

21   for any other reason?

22        A.   No.

23        Q.   Okay.  Has anybody told you that they don't

24   want to associate with Mr. Unsworth because they've

25   heard he's a sexual predator, or because of what
```

Exhibit 2, Page 225

ERIC ROSE

November 01, 2019

```
 1   Mr. Musk has said, or for any other reason?
 2       A.  No.
 3       Q.  Have you read -- I guess I need to change
 4   this.  You've told me you did not read
 5   Mr. Unsworth's deposition testimony, correct?
 6       A.  I have not seen it.
 7       Q.  Okay.  But you don't have any knowledge
 8   that anyone has steered clear of Mr. Unsworth, do
 9   you?
10       A.  I do not.
11       Q.  Or that anyone has chosen not to be
12   associated with him?
13       A.  I do not.
14       Q.  Whether on account of Mr. Musk's comments
15   or at all?
16       A.  That's correct.
17       Q.  Okay.  Page 23.  Where was that -- oh, here
18   it is.  Sorry.  The middle paragraph.  Let's see.
19   You wrote, quote, The attack on Mr. Unsworth was
20   centered on the allegation that he is a pedophile.
21       A.  What paragraph?
22       Q.  Sorry.  Page 23, the one, two, three --
23   fourth paragraph on the page.
24       A.  Okay.
25       Q.  Let me start again.  You wrote, quote, The
```

ERIC ROSE

November 01, 2019

```
 1   attack on Mr. Unsworth was centered on the
 2   allegation that he is a pedophile.  The fallout
 3   from Mr. Musk's actions, in my professional view,
 4   besmirched the reputation of Mr. Unsworth, not only
 5   in the United Kingdom, but throughout the United
 6   States and the world.  It is my opinion that
 7   Mr. Unsworth will never be able to altogether
 8   remove doubts about his character from those who
 9   saw the post, read or saw news stories about the
10   claim, or those who were subsequently informed of
11   the tweet and stories by those who viewed and read
12   them.
13            That's your opinion, right?
14        A.  It is.
15        Q.  But you've conducted no surveys, no
16   research to know whether that's true?
17        A.  Correct.
18        Q.  Can you tell us how many people this
19   affects?  In other words, how many people will be
20   unable to remove these doubts about Mr. Musk?
21        A.  I can't tell you a number.
22        Q.  Okay.  What percentage of the people who
23   saw the post, to quote your testimony, read or saw
24   news stories about the claim, or were subsequently
25   informed of the tweet by those who viewed and read
```

Exhibit 2, Page 227

ERIC ROSE

November 01, 2019

```
 1   them, to quote your report, what percentage of
 2   those people will Mr. Unsworth ever see, ever meet,
 3   ever be asked to meet, or have any other form of
 4   contact with?
 5        A.  I couldn't tell you.
 6        Q.  Why does it matter what people who will
 7   never come in contact with Mr. Unsworth or think
 8   about doing business with him or meeting with him
 9   or having dinner with him or consider even having
10   him as a friend think about what Mr. Musk said
11   about him?
12        MS. WADE:  Object to the form of the
13   question.
14        THE WITNESS:  I think every person has a
15   reason to believe that they will not be unfairly
16   smeared.  There's no reason that his friends,
17   family, grandchildren if he has any, will -- should
18   be able or be required to forever associate him
19   with the accusation of pedophilia.
20   BY MR. SCHWARTZ:
21        Q.  Okay.  So you -- you if what you wrote is
22   true here, that it will never -- Mr. Unsworth will
23   never be able to all together remove doubts --
24        A.  Fully, I believe.  And I'm not even looking
25   at it.
```

Exhibit 2, Page 228

ERIC ROSE

November 01, 2019

```
 1        Q.  Well, let's see.  Let's go back to Page 20
 2   and make sure we get it right.  Where is it?
 3        A.  Altogether.
 4        Q.  Altogether.  So let me read it.  Quote, It
 5   is my opinion that Mr. Unsworth will never be able
 6   to altogether remove doubts about his character
 7   from those who saw the post, et cetera.
 8           Focussing on that, the -- the portion of
 9   your opinion that he will never be able to all
10   together remove -- why would you recommend that he
11   spend 10, 11, or $35 million on a PR campaign?
12        A.  Because I think it's important that
13   Mr. Musk fully, clearly tell the world that he had
14   no basis for the accusations he made; that he fully
15   apologize so that he -- when you -- when you search
16   Mr. Unsworth's name in the future, the only thing
17   that will populate highly up is a full apology,
18   retraction, unequivocal, not parsed in legal words,
19   that I made up a story about Mr. Unsworth that
20   wasn't true.  I apologize.  And discuss what his
21   attributes -- that he was instrumental or involved
22   in the successful rescue of kids who were trapped
23   in a cave.
24        Q.  What I'm hearing a lot of your answers is
25   that the purpose of the reputation repair plan --
```

Exhibit 2, Page 229

ERIC ROSE

November 01, 2019

```
 1   or I shouldn't say purpose -- but a main purpose is
 2   to change the results people will see when they use
 3   a search engine to search for Vern Unsworth, so it
 4   no longer shows stories that, in your judgment, are
 5   negative or unfavorable about Mr. Unsworth?
 6        A.  It's a component --
 7            MS. WADE:  Object to the form.
 8            Go ahead.
 9            THE WITNESS:  I apologize for -- taking
10   your time.
11            It's a component of the program.  It's to
12   fully and unequivocally clear his name across both
13   the digital world and the media world; that there
14   is no doubt that tells the world that Elon Musk,
15   who has a lot of credibility, who is a highly
16   successful and highly educated and highly talented
17   person, made up a story about someone and spread it
18   across the world to -- beginning with his 20
19   million followers, and it's been picked up
20   thereafter by radio, television, newspaper reports,
21   and online.
22        Q.  So if Mr. Unsworth wins this case, do you
23   expect that a lot of stories would be written about
24   that?
25        A.  Yes.  And that would be a -- a significant
```

Exhibit 2, Page 230

ERIC ROSE

November 01, 2019

```
 1    component to the beginning of the repair campaign.
 2        Q.  Right.  So even before any -- any of the
 3    steps highlighted on Page 39 of your report or
 4    anywhere in your report --
 5        A.  Right.
 6        Q.  -- just the mere fact -- let's take it a
 7    step at a time.
 8            If Mr. Unsworth wins this case -- and by
 9    wins this case, I mean a jury finds that -- in his
10    favor on his claim for defamation.  Without regard
11    to the amount of damages they might choose to
12    award, just the mere fact that they find in favor
13    of Mr. Unsworth.  That's all we know.  Okay.
14    There -- you would expect a lot of stories to be
15    written about that, correct?
16        A.  Yes.
17        Q.  And a lot of those stories would show up on
18    the search results pages of Google or other search
19    engines if someone after that date searched for
20    Vernon Unsworth, right?
21        A.  That's correct.
22        Q.  Can you tell me -- in fact, I think that's
23    something you agree with and even write on Page 36
24    of your report.  Let's check it out.  But I didn't
25    highlight it, so we won't bother.
```

Exhibit 2, Page 231

ERIC ROSE

November 01, 2019

1          I think you wrote a favorable outcome is

2     likely to yield content that will be very helpful

3     in building a positive reputation for Mr. Unsworth;

4     is that correct?

5          A.  That's correct.

6          Q.  If you did nothing else, there's jut a

7     favorable jury verdict, we don't know how much they

8     award -- maybe they award a dollar -- but it's

9     Mr. Unsworth wins this case against Mr. Musk, and

10    there are a lot of stories, would you expect that a

11    lot of stories would displace or push down lower on

12    the Google search page results the negative

13    stories?

14         A.  Well, it's a complicated answer.  It will

15    have an impact, and it definitely is going to have

16    a positive impact.  But in order to report the

17    story accurately, it's my view that reporters are

18    going to have to repeat the negative.  It's like a

19    correction in the newspaper.  Sometimes I argue to

20    my clients, you don't want a correction in the

21    newspaper.  Because in order to correct the

22    mistake, they have to repeat the -- they have to

23    repeat the accusation.  So in this case, it's going

24    to have some affect because it will populate high

25    up.  But I think the key -- the kind of glue of the

Exhibit 2, Page 232

ERIC ROSE

1    program that I'm talking about is that there needs

2    to be a full apology.  There needs to be a full,

3    complete, real apology, not the, quote/unquote,

4    apology that's been given; that Mr. Musk owns up to

5    the fact that he lied.

6        Q.  Okay.  Couple questions for you.

7            First of all, as you sit here now, you

8    can't predict what the Google search results would

9    be for Mr. Unsworth if he wins this case at trial;

10   the jury awards him a nominal amount of damages, a

11   dollar --

12       A.  Right.

13       Q.  -- whatever.

14           You can't tell us what those Google search

15   results will look like, can you?

16       A.  I cannot.

17       Q.  You can't tell us whether the stories that

18   will be written about Mr. Unsworth winning his

19   trial against Mr. Musk would displace the negative

20   stories to a place on the page of the Google search

21   results, or a page number that people are just not

22   likely to very often, if ever, get to.  You just

23   don't know, do you?

24       A.  I don't.

25       Q.  Could happen, though.  You just don't know?

Exhibit 2, Page 233

ERIC ROSE

November 01, 2019

```
 1   have full-page newspaper ads that describe, without

 2   his -- without putting words in his mouth, that a

 3   federal jury declared that the statements that

 4   Mr. Musk made were not true about -- I'm not

 5   attempting to write the ad copy now.  I'm just

 6   trying to tell you the big picture what you would

 7   do.  You would take the money and you would,

 8   essentially, run the campaign without the words

 9   that would be more helpful.

10       Q.  So part of what you're proposing for

11   Mr. Unsworth is that he spend maybe $3 million a

12   year on newspaper ads, and maybe millions more on

13   TV ads, that would say, Meet the man that a federal

14   jury cleared of allegations by Elon Musk, and

15   exonerated the false allegations that Mr. Musk made

16   against him?

17           MS. WADE:  Object.  Object to the form of

18   the question.

19           THE WITNESS:  I also think it -- I that it

20   mischaracterizes what I said earlier.  I think you

21   need the newspaper ads for one year, or kind of a

22   one-time, big splash that encompasses the money

23   than a year.

24   //

25   BY MR. SCHWARTZ:
```

Exhibit 2, Page 234

ERIC ROSE

November 01, 2019

1      Q.   Right.   I'm focussing on the content.

2      **A.   You said -- you said, per year.**

3      Q.   Okay.   Per year.   So you're recommending

4   that Mr. Musk -- Mr. Unsworth spend $3 million on

5   newspaper ads introducing himself to people as the

6   guy who a federal jury ruled in his favor in this

7   defamation case brought by Elon Musk?

8      **A.   Well, the research and the messaging may**

9   **tell us differently.   The messaging and research**

10  **may tell you that you want to have a complete --**

11  **completely different messaging about the full-page**

12  **ads.   I don't know what it -- what it might say --**

13  **I don't want to purport to know what it might say.**

14  **So the research and the focus groups will help**

15  **determine the more precise ad copy that would be**

16  **helpful to make Vernon Unsworth into a name that's**

17  **not immediately associated with pedophilia.**

18     Q.   So as you sit here today, you can't tell me

19  what the contents of any of the ads would consist

20  of, whether the TV ads, the newspaper ads, or any

21  other form of advertising?

22     **A.   That's correct.**

23     Q.   You'd wait to get the results from this

24  strategic research to guide you?

25     **A.   That's correct.**

Exhibit 2, Page 235

ERIC ROSE

November 01, 2019

1    Q.  How do you know that the ads wouldn't

2  backfire, that people -- well, how do you know they

3  wouldn't backfire and make the problem worse, make

4  people suspicious of Mr. Unsworth?

5    **A.  I'm assuming a -- for purposes of my report**

6  **and the campaign -- I'm presuming that a jury would**

7  **find in favor of Mr. Unsworth, and I'm pretty**

8  **certain that if that is the case, then the ads can**

9  **be crafted in a way that makes it clear who**

10  **Mr. Unsworth is and who he is not.**

11    Q.  But you just told me that you don't know

12  what the content of the ads is going to be.

13    **A.  I don't know the precise content of the**

14  **ads.**

15    Q.  Well, can you tell me anything about the

16  content of the ads until you do the strategic

17  research?  Can you tell me whose pictures are going

18  to be in the ads?  What they're going to say?  What

19  the subject of the ads?  Can you tell me those

20  things as you sit here --

21    **A.  I cannot.**

22    MS. WADE:  Object to the form of the

23  question.

24  //

25  BY MR. SCHWARTZ:

Exhibit 2, Page 236

ERIC ROSE

November 01, 2019

```
 1   BY MR. SCHWARTZ:
 2       Q.  Are you aware that -- that sometimes
 3   tobacco companies or vaping companies or other
 4   businesses that try and create these positive ad
 5   can campaigns when they're being criticized, like
 6   maybe even Chipotle, which had some serious
 7   problems with the bacterial contamination of their
 8   food, people just don't believe it and it makes it
 9   worse.  That -- that -- you've seen that, right?
10       A.  I have.
11       Q.  That could happen here.  You can't rule
12   that out, can you?
13           MS. WADE:  Object to the form of the
14   question.
15           THE WITNESS:  I can't rule it out, but I
16   don't -- I think the probability of comparing this
17   case to tobacco, to United Airlines, to any number
18   of the number of full-page ads we've seen out there
19   offering apologies -- to Boeing, for example,
20   offering apologies -- is so farfetched, it's not
21   even the same realm.
22   BY MR. SCHWARTZ:
23       Q.  But you're assuming then, that Mr. Musk
24   would cooperate with your ad campaign and agree to
25   do an apology, aren't you?
```

Exhibit 2, Page 237

ERIC ROSE

November 01, 2019

```
 1            MS. WADE:  Object to form.
 2            THE WITNESS:  I'm not assuming anything.
 3     It would be -- hope that he would, but I think the
 4     campaign can run with or without his cooperation,
 5     assuming there was a verdict in Mr. Unsworth's
 6     favor.
 7     BY MR. SCHWARTZ:
 8        Q.  Okay.  So if all we know is there is a
 9     verdict in Mr. Unsworth's favor, we know nothing
10     else, we know that strategic research will be done
11     and ad campaigns will be designed and money will be
12     spent.  That's all we know.
13            As you sit here today, you can't tell me --
14     on those facts, you can't -- that you can assure
15     us, Mr. Unsworth and the jury in this case, that
16     that won't backfire and actually make the situation
17     worse for Mr. Unsworth.  You can't tell us that
18     right now, can you?
19            MS. WADE:  Object to the form of the
20     question.
21            THE WITNESS:  I can't tell you that, but
22     what I can tell you is that Mr. Unsworth has every
23     right to pursue that as a remedy and to take the
24     recommendations that I have offered in this report
25     and find a firm to implement.
```

Exhibit 2, Page 238

ERIC ROSE

```
 1              MR. SCHWARTZ:  Move to strike that portion
 2    of the answer after, You can't tell me that.
 3              MS. WADE:  I'm going to object to that
 4    because that was clearly responsive, but --
 5    BY MR. SCHWARTZ:
 6        Q.  All right.  Let's see where we were.  Oh,
 7    okay.  Where is this?  Oh, yes.  Please turn to
 8    Page 23.  All right.  You're there?
 9        A.  Yes.
10        Q.  And -- okay.  So there's some text leading
11    into five bullet points, sort of in the middle of
12    the page.  Do you see that?
13        A.  I do.
14        Q.  All right.  So let me just read the lead-in
15    text.  You wrote, quote, Based on my experience, it
16    is my view that Mr. Unsworth suffered negative
17    consequences of the post including, and then there
18    are five things.
19              Those are your opinions, right?
20        A.  They are.
21        Q.  Okay.  The first one is damage to
22    Mr. Unsworth's name, image, and reputation, right?
23        A.  Yes.
24        Q.  Can you quantify that damage in any way, as
25    you sit here today?
```

ERIC ROSE

November 01, 2019

```
 1        A.  I cannot.

 2        Q.  Can you put a dollar amount on the damage

 3   you believe he may have sustained?

 4        A.  I cannot.

 5        Q.  Are you planning on doing that in this

 6   case?

 7        A.  No.

 8        Q.  Okay.  The next is loss of good will.

 9            How are you defining "good will" here?

10        A.  I'm defining good will by the people --

11   his -- his -- his ability to sell himself as a

12   person who is not associated with accusations of

13   wrongdoing.

14        Q.  Okay.  And can you quantify the loss to

15   Mr. Unsworth's good will in this case?

16        A.  No.

17        Q.  Can you put a dollar amount on the loss to

18   Mr. Unsworth's good will?

19        A.  No.

20        Q.  Are you planning on attempting to do that

21   in this case?

22        A.  I'm not.

23        Q.  The next is, Reduced trust in working

24   relationships with peers and future business

25   partners.
```

Exhibit 2, Page 240

ERIC ROSE

November 01, 2019

```
 1              Do you see that?
 2         A.  I do.
 3         Q.  Before stating this opinion on Page 23 in
 4    this case -- in this report -- and coming to this
 5    deposition, did you speak with any of
 6    Mr. Unsworth's peers to find out what they thought
 7    about him?
 8         A.  I did not.
 9         Q.  Did you ask them whether they would place
10    any less trust in Mr. Unsworth because of what
11    Mr. Musk said about him?
12         A.  As I just previously said, I didn't speak
13    to anyone.  So I didn't have that ability to ask
14    them.
15         Q.  Did you speak with any of Mr. Unsworth's
16    past or present business partners to ask whether
17    they would place any less trust in him because of
18    anything Mr. Musk said or did?
19         A.  No.
20         Q.  Are you aware of any evidence that
21    Mr. Unsworth's business has been hurt?
22         A.  No.
23         Q.  Okay.  The next bullet point is
24    embarrassment due to false accusations.  I think it
25    logically follows from the fact that you have not
```

Exhibit 2, Page 241

ERIC ROSE

November 01, 2019

```
 1   spoken to Mr. Unsworth, that you haven't spoken to
 2   him about this embarrassment, correct?
 3        A.   Correct.
 4        Q.   And can you quantify or assign a value to
 5   this purported embarrassment?
 6        A.   I cannot.
 7        Q.   Can you put a dollar amount on any
 8   embarrassment that Mr. Musk -- Mr. Unsworth has
 9   suffered?
10        A.   I cannot.
11        Q.   Are you planning on trying to do that in
12   this case?
13        A.   I am not.
14        Q.   The last bullet point is in necessary
15   costs; for example, need to repair his reputation,
16   legal fees, time spent refuting false information.
17             Do you see that?
18        A.   I do.
19        Q.   Okay.  I think the -- your report goes into
20   detail about the cost of repairing Mr. Unsworth's
21   reputation.  And so, I don't want to repeat the
22   entirety of this deposition here.  I want to take
23   that out and just ask you:  In terms of legal fees
24   and time spent refuting the false information, are
25   you putting a dollar amount on that in this case?
```

First Legal Deposition-Calendar@firstlegal.com
L.A. 855.348.4997

279

Exhibit 2, Page 242

ERIC ROSE

November 01, 2019

 1      A.  I am not.

 2      Q.  All right.  So as I understand your

 3  testimony, your opinions about the damage to

 4  Mr. Unsworth's reputation from what Mr. Musk said

 5  about him is based on a large number of articles

 6  and posts and blogs and other information that

 7  you've reviewed; is that correct?

 8      A.  Yes.

 9      Q.  Can you tell us how much of the damage to

10  Mr. Unsworth's reputation is the result of

11  articles, blogs, tweets, and other information that

12  concern this lawsuit?

13      A.  No.

14      Q.  How many fewer -- I'm sorry?

15      A.  Can you repeat the question?

16      Q.  Yes.  Can you tell us how much of the

17  damage to Mr. Unsworth's reputation is the result

18  of articles, postings, blogs, tweets, and other

19  information that concern this lawsuit?

20      A.  It would be my opinion that 100 percent of

21  the negative information that people have or any

22  negative view they have Vernon Unsworth is -- is a

23  result of this particular case and lawsuit.

24      Q.  Okay.

25      A.  We're talking the broad -- I'm not talking

ERIC ROSE

November 01, 2019

1    about his immediate friends or family, or any

2    business relationships -- I'm talking about the

3    broad perception of Mr. Unsworth, in the world, is

4    as a direct result of this of -- of the statements

5    that Mr. Musk made.

6        Q.  Right.  Your -- your answer shifted in the

7    middle.  I didn't ask you about the statements that

8    Mr. Musk made.  I asked you about the lawsuit so

9    just so you have this in mind, I'll just read back

10   your answer.  It would be my opinion that

11   100 percent of the negative information that people

12   have, or any negative they have of Vernon Unsworth,

13   is a result of this particular case and lawsuit.

14   We're talking about the broad -- I'm not talking

15   about his immediate friends and family or any

16   business relations.  I'm talking about the broad

17   perception of Mr. Unsworth in the world is as a

18   direct result of this of -- of -- of the statements

19   that Mr. Musk made.

20       A.  Right.

21       Q.  So I just want you to go back and get you

22   to clarify your answer --

23       A.  Okay.

24       Q.  -- so let me ask you the question again.

25           Can you tell us how much of the damage

Exhibit 2, Page 244

ERIC ROSE

November 01, 2019

1    Mr. Unsworth or his reputation have suffered as the
2    result of articles, postings, blogs, tweets, or
3    other information, that concern this lawsuit?
4          MS. WADE:  And I'm going to object because
5    I don't think it's clear what this lawsuit means.
6    I think he's answering a different question than
7    you're asking.  So I'm going to object.
8    BY MR. SCHWARTZ:
9       Q.  Well, how about it this way:  That concern
10   the filing -- prosecution of this lawsuit.  Does
11   that help?
12       **A.  I can't assign a percentage.**
13       Q.  Well, how many fewer articles, postings,
14   blogs, tweets, and other information would there be
15   about what Mr. Musk said about Mr. Unsworth if
16   Mr. Unsworth had not filed this lawsuit?
17       **A.  That -- that would be speculative.  I**
18   **couldn't quantify the number, but it also goes back**
19   **to the challenge that was made by Mr. Musk of**
20   **challenging him to sue him if it wasn't true.**
21       Q.  That wasn't my question.
22       **A.  I know it wasn't.**
23       Q.  So I'm going to move to strike as
24   non-responsive.
25           So can you tell me how many articles,

Exhibit 2, Page 245

ERIC ROSE

November 01, 2019

1   postings, blogs, tweets, and other information

2   would be about Mr. Musk said about Mr. Unsworth if

3   Mr. Unsworth had not filed this lawsuit?

**4       A.  I cannot.**

5       Q.  All right.  Do you agree that there would

6   have been a lot fewer articles written about blogs

7   and other information out there concerning what

8   Mr. Musk said about Mr. Unsworth if Mr. Unsworth

9   had not filed this lawsuit?

**10      A.  Logically, I would agree that there would**

**11   be less articles had the lawsuit not been filed.**

12      Q.  Right.  And in fact, if you look at Page 11

13   of your report -- and we can do that -- we're

14   looking at the search results from Google as seen

15   in Los Angeles on Page 11 of your report.  Each of

16   the negative articles about Mr. Unsworth on this

17   page is an article about this lawsuit, isn't it?

**18      A.  Yes.**

19      Q.  So none of those articles which are the

20   first six search results on Mr. Unsworth's search

21   page on Google, each of which Five Blocks --

22   your -- the company you worked with -- called

23   unfavorable to Mr. Unsworth, would have been

24   written if Mr. Unsworth hadn't filed this lawsuit?

**25      A.  That would be correct.**

Exhibit 2, Page 246

ERIC ROSE

November 01, 2019

1    Q.   In reaching your opinions in this case

2   about the state of Mr. Unsworth's reputation as a

3   result of the media coverage Mr. Musk said about

4   him, to what extent did you filter out media

5   coverage of Mr. Unsworth's lawsuit?

6    **A.   I didn't.   Because I don't think you can**

7   **separate the two.**

8    Q.   Okay.  So let me pause it -- a

9   hypothetical.  You're an expert, and we get to ask

10   experts hypotheticals, and they're allowed to

11   testify hypothetically.

12       Let's say that the story of what Mr. Musk

13   said about Mr. Unsworth ended before Mr. Musk wrote

14   his August 25th e-mail to BuzzFeed that BuzzFeed

15   then published.  In other words, the state of play

16   is we have Mr. Musk's original August July 15th

17   tweets, we have the statement he made a few days

18   later, and we have some follow-up tweets and the

19   like, but we never get to the point where Mr. Musk

20   writes, or BuzzFeed re-publishes, his August 28th

21   e-mail.

22       With me so far?

23    **A.   I am.**

24    Q.   Okay.  Would Mr. Unsworth or his reputation

25   have been damaged any less than to whatever extent

Exhibit 2, Page 247

ERIC ROSE

November 01, 2019

```
 1        Q.  I don't want to interrupt --
 2        A.  So I -- we can go through all of them.
 3   I --
 4        Q.  -- but is there?
 5            My question was:  Do you see anything in
 6   there that actually is a statement in the headline
 7   that says Vernon Unsworth is a pedophile?
 8        A.  No.
 9            MS. WADE:  Object to the form.  You asked
10   him if the -- any of those headlines conveyed that
11   Mr. Unsworth is a pedophile --
12            MR. SCHWARTZ:  All right.
13            MS. WADE:  -- and he answered your
14   question --
15            MR. SCHWARTZ:  Okay.  Let me --
16            MS. WADE:  -- and then you changed your
17   question.
18            MR. SCHWARTZ:  All right.  Then let me ask
19   the question a different way.
20   BY MR. SCHWARTZ:
21        Q.  Do any of these headlines state, on the
22   first three pages of Mr. Unsworth's Google search
23   results from this morning, that Mr. Unsworth is a
24   pedophile?
25        A.  No.
```

Exhibit 2, Page 248

ERIC ROSE

November 01, 2019

1      Q.  Do any of them state that Mr. Unsworth is a

2   child rapist?

3      A.  No.

4      Q.  Sitting here today, you don't know with any

5   certainty what the current state of what

6   Mr. Unsworth's reputation is, do you?

7      A.  I do not.

8      Q.  And you don't know what the public thinks

9   about him, do you?

10      A.  I do not.

11      Q.  And you don't know how much or the extent

12   to which his reputation will improve by virtue of

13   winning this lawsuit, you don't know that?

14      A.  I don't know it, but based upon my

15   experience in -- in implementing a campaign to

16   improve his reputation, it would improve.

17      Q.  Winning the lawsuit would improve

18   Mr. Unsworth reputation -- standing alone, just

19   that fact?

20      A.  Prevailing in this case, yes.

21      Q.  Even if the jury awards him only $1?

22      A.  Yes.

23      Q.  How much would Mr. Unsworth's reputation

24   improve if that happens?

25          MS. WADE:  Object to the form of the

Exhibit 2, Page 249

ERIC ROSE

November 01, 2019

```
 1   question.
 2          THE WITNESS:  I don't think that it would
 3   be improved enough to eliminate all the headlines
 4   that are all -- that I consider to be negative
 5   about Mr. Unsworth.  I think that you're -- he's
 6   going to need to implement a reputation repair
 7   program to truly -- to truly clean up the online
 8   reputation and the perception there is about him
 9   right now, based upon the statements that Mr. Musk
10   has made.
11   BY MR. SCHWARTZ:
12      Q.  But as you sit here now, without knowing
13   how many stories might get written about
14   Mr. Unsworth prevailing in this case and what
15   affect they would have on the Google search engine
16   algorithm, you don't know whether they would or
17   would not -- those stories would or would not --
18   eliminate all the negative stories about
19   Mr. Unsworth, do you?
20          MS. WADE:  Object to the form.
21          THE WITNESS:  Using another analogy that
22   I'm sure the young people at the table will not
23   have any idea what I'm talking about, I'm not
24   Karna.  I can't predict the future, so I don't
25   know.
```

Exhibit 2, Page 250

ERIC ROSE
November 01, 2019

```
 1   and controversy, or whatever formulations you're
 2   worried about, may never encounter a story in which
 3   it's reported that Elon Musk said anything harmful
 4   about Vern Unsworth.  You don't know?
 5           MS. WADE:  Object to the form.
 6           THE WITNESS:  I don't know.
 7   BY MR. SCHWARTZ:
 8       Q.  And without knowing that, you really don't
 9   know if whether Mr. Musk were to issue apology,
10   tweet it out to his 22 million followers, and news
11   stories were written about him, there would be any
12   need to do any ad campaign to repair Mr. Unsworth's
13   reputation, among the people that -- whose
14   impressions of Mr. Unsworth are based on what
15   they've read or heard about what Mr. Musk said
16   about him, right?
17           MS. WADE:  Object to the form of the
18   question.
19           THE WITNESS:  That's a complex question.
20   I -- I don't know where you're going with it.  I
21   think that that testimony is pretty clear that I
22   think that he needs a reputation repair campaign to
23   clean up his name and that an apology alone is not
24   going to suffice.
25   BY MR. SCHWARTZ:
```

Exhibit 2, Page 251

ERIC ROSE

November 01, 2019

```
 1        Q.  Even under the circumstances that I just
 2   described to you?
 3        A.  Yes.
 4        Q.  Why?
 5        A.  Because I think that there will always be
 6   doubt about -- about Vernon until he takes
 7   completes control of his reputation digitally, and
 8   also controls how people learn about the verdict in
 9   this case, assuming for -- for point of reference,
10   since we're doing hypotheticals, that he -- that
11   the jury says that he was wronged and that he
12   prevails.
13        Q.  But as you sit here today, you don't know
14   whether there's any doubt in anyone's mind in the
15   world, or any significant percentage of anyone's
16   mind in the world, that anybody thinks Mr. Unsworth
17   is a pedophile, a child rapist, married a child
18   bride, or did any of the things or is any of the
19   kind of person Mr. Musk said about him, do you?
20        A.  I --
21             MS. WADE:  Object to the form.
22             THE WITNESS:  I do not.
23   BY MR. SCHWARTZ:
24        Q.  Okay.  So let's zero in on the ads --
25   newspaper ads in any way -- what newspaper should
```

Exhibit 2, Page 252

ERIC ROSE

November 01, 2019

```
 1   Mr. Unsworth run in the United States?

 2        A.  Well, I think that that would be something

 3   that an ad buyer would want to look at and

 4   determine.  You would want to buy -- I would

 5   think -- in publications, you want to look --

 6   there's a variety of things you would do in making

 7   that assessment.  So I'm not coming up with a

 8   specific set.  So publications that carry a number

 9   of stories, national publications, you would want

10   to look at state-by-state coverage and see if there

11   were newspapers in the states where there was a lot

12   of attention.  The newspaper ads are a way to help

13   the rest of the campaign.  They -- they lay a

14   foundation for the statements that Mr. Unsworth

15   wants made about him, that can drive traffic to the

16   a website.  It may not be one ad.  It may be a

17   series of ads that -- that correct and draw

18   attention to newly created websites.

19        So I -- I can't tell you a list of

20   publications, and I also think at -- frankly, as I

21   look at it today and think about what -- what the

22   cost of advertisements are, that's probably a low

23   figure, and a media buyer may say that that, in

24   fact, although looks like it's a big figure, may

25   not be sufficient to -- to do what the goal of the
```

Exhibit 2, Page 253

ERIC ROSE

November 01, 2019

```
 1    campaign is, which is ultimately repair his

 2    reputation.

 3        Q.  So you're saying the $3 million in your

 4    report may turn out to be too low a number?

 5        A.  Yes.

 6        Q.  Right.  But as you sit here today you can't

 7    really tell me which newspapers in the United

 8    States these ads should be running, can you?

 9        A.  I can't.  I have ideas in my own mind of

10    what they might want to look at.

11        Q.  That's what I'm asking you.  Can you tell

12    me -- tell me the best information you can give me

13    about which newspapers --

14        A.  Only --

15            MS. WADE:  Let him finish.

16            THE REPORTER:  Hold on.

17    BY MR. SCHWARTZ:

18        Q.  -- which newspapers Mr. Unsworth should run

19    these ads?

20        A.  I would want or recommend or think that an

21    ad buyer and a campaign as it's put together, may

22    want to look at purchasing newspaper ads, more than

23    one, in publications such as USA Today, which has a

24    national reach.  You may want to publish it in the

25    New York Times.  You may want to publish articles
```

Exhibit 2, Page 254

ERIC ROSE

November 01, 2019

```
 1    in the Los Angeles Times.  You may want to publish

 2    articles in Financial Times Places, where Mr. Musk

 3    and his business are associated with.  So I think

 4    that there's going to have to be some thoughtful

 5    planning, because you could spend an enormous

 6    amount of money buying ads in major newspapers, and

 7    the budget I have here wouldn't even begin to cover

 8    it.

 9         Q.  And as you sit here today, assuming

10    Mr. Musk doesn't participate or cooperate with this

11    ad campaign, can you -- can you tell me what --

12    let's say, for example, the Los Angeles Times or

13    the USA Today ad, at some point in the year, an ad

14    gets taken out -- full-page ad -- I'm turning the

15    paper, and I get to the point I see the ad that

16    Mr. Unsworth has purchased at your recommendation.

17    What am I seeing in that ad?

18         MS. WADE:  Object to the form of the

19    question.

20         THE WITNESS:  Well, I've already

21    previously answered several times that I don't know

22    what the ad would precisely say, because I think it

23    would be research-based.  So I'm not going to --

24    I'm not going to sit here and hazard a guess, and

25    what I would say beyond what I already testified
```

Exhibit 2, Page 255

ERIC ROSE

November 01, 2019

 1   to.

 2   BY MR. SCHWARTZ:

 3       Q.  Even if you can't tell me what the ad

 4   precisely say, can you tell me anything about what

 5   the viewer of -- or the reader of -- that newspaper

 6   would see when you turn to the full-page ad that

 7   you recommend Mr. Unsworth take out?

 8           MS. WADE:  Object to the form of the

 9   question.  We went through this.

10           Go ahead.

11           THE WITNESS:  I've answered it previously,

12   several times.

13   BY MR. SCHWARTZ:

14       Q.  My -- my understanding of your answer is

15   you can't tell me what it is until you do the

16   strategic research; is that right?

17           MS. WADE:  Object to the form.  That was

18   not his answer.

19           MR. SCHWARTZ:  Well, then, that's why you

20   can clarify if that's not your answer.

21           MS. WADE:  It was clear before.

22           Go ahead.

23           THE WITNESS:  I've said it so many times

24   in so many different ways, and I apologize that

25   you're not following what I think should happen.

Exhibit 2, Page 256

ERIC ROSE

November 01, 2019

```
 1   First of all, the outcome of the case and what

 2   occurs will drive some of the content of the ad.

 3   So that -- and the research will drive some of the

 4   content of the ad.  There would be also, most

 5   likely, times in which an ad would draw people to

 6   websites that Mr. Unsworth wants them to see, or

 7   statements he wants them to see, so I can't presume

 8   to know precisely what the ads might say.

 9   BY MR. SCHWARTZ:

10      Q.  Okay.  Even if you can't tell me precisely

11   what's in these ads, seems to me, what you're

12   telling me, though, is only what -- what the

13   drivers of the content of the ads are.  I hear you

14   telling me that, and you don't need to repeat that.

15   I'm staring at a blank page in the LA Times that

16   Mr. Unsworth spent a lot of money to buy.  Can you

17   tell me anything, right now, about what's going to

18   be -- or what the reader's going to see in that ad?

19          MS. WADE:  Object to the form of the

20   question.

21          THE WITNESS:  Beyond what I've already

22   answered numerous times, no.

23   BY MR. SCHWARTZ:

24      Q.  You haven't told me anything yet.  You just

25   told me what the drivers are.
```

ERIC ROSE

November 01, 2019

```
 1              MS. WADE:  Hold on.
 2    BY MR. SCHWARTZ:
 3        Q.  What have you told me that a reader is
 4    going to see?  Is he going to see a picture of
 5    Mr. Unsworth?  Is he going to -- actually, I take
 6    that back.
 7              You told me there could be links to
 8    websites that Vern Unsworth wants to drive traffic
 9    to.  Is there anything else you can tell me about
10    these ads and what I'm going to see?
11              MS. WADE:  Other than what he's already
12    told you?
13              MR. SCHWARTZ:  Yes.
14              THE WITNESS:  Beyond what I've already
15    told you?  And I think I already told you earlier,
16    there might be graphics.  I don't know the layout
17    of the ad.  I don't know the content of the ad.
18    And it would be irresponsible to -- to kind of lay
19    out the -- the details of what the ad might say
20    beyond this is a critical component of the repair
21    campaign.
22    BY MR. SCHWARTZ:
23        Q.  Okay.  And the websites that you described
24    that Mr. Unsworth might want to drive traffic to,
25    do you know whether Mr. Unsworth has any interest?
```

Exhibit 2, Page 258

ERIC ROSE

November 01, 2019

```
 1   Has anybody told you whether Mr. Unsworth has any
 2   interest in operating or paying anybody else to
 3   operate websites that he would own that traffic
 4   would be drived -- or driven to?
 5        A.   And I think I previously told you that I
 6   haven't spoken to Mr. Unsworth.  I don't know
 7   whether he would move forward with a campaign.  I
 8   can't presume to speak to Mr. Unsworth.  I haven't
 9   spoken to him.
10        Q.   Okay.  The TV ads, can you tell us what
11   people would be seeing in these television ads that
12   you suggest Mr. Unsworth pay for to produce and air
13   in the United States in the first year of his
14   campaign?
15        A.   No.
16        Q.   Can you tell us what television stations or
17   networks Mr. Unsworth should run these ads on, as
18   you sit here today?
19        A.   I cannot.  And that would be part of a
20   media planner and media plan, in conjunction with a
21   public relations firm, laying out a complete
22   strategy for the reputation repair.
23        Q.   All right.  Let's talk about Google ads.  I
24   believe in your report, on Page 35, you talk about
25   how much web --
```

Exhibit 2, Page 259

ERIC ROSE

November 01, 2019

```
1        A.  I'm sorry.  What page?

2        Q.  Page 35.  I'm sorry.

3            Are you generally familiar with the

4   operation of Google ads or Google AdSense?

5        A.  In the most basic way, I hired people to

6   buy ads and -- for Google with previous clients.

7        Q.  Okay.  So it looks like on Page 35, the

8   second full paragraph up from the bottom, I just

9   want to understand the -- the activity you're --

10  you're suggesting Mr. Unsworth engage in.

11           The -- the budget for the first -- at least

12  the first year is $2 million, right?

13       A.  Correct.

14       Q.  Okay.  And you're assuming that that budget

15  will be spent on clicks that Mr. Unsworth will have

16  to pay 1 to $2 per click for?

17       A.  That's correct.

18       Q.  So I think that means you're expecting, in

19  order for Mr. Unsworth to spend $2 million on for

20  clicks on Google ads, that somewhere between one to

21  two million people per year would run a Google

22  search for Mr. Unsworth, see an ad for a Vernon

23  Unsworth website, and then click through to that

24  website?

25       A.  I -- if that's what you're getting from it,
```

Exhibit 2, Page 260

ERIC ROSE

November 01, 2019

```
 1    then that's not correct.  Because you can buy
 2    Google ads that that have to deal with Elon Musk or
 3    adjacent to Elon Musk name and get people to be
 4    interested in Elon Musk and then drive traffic
 5    to -- you can buy ads on any website adjacent to
 6    any news story so you wouldn't have to put a search
 7    term for Vernon Unsworth.  You could put a search
 8    term for "Tesla."  You could put in a search term
 9    for "Elon Musk."  It would be up to the ad buyer
10    and some research to figure out the best way to
11    spend a very limited amount of money that -- and by
12    the way, even by your numbers, that let's say it's
13    two million people who would click through -- that
14    dwarfs the over 20 million, 22 million people who
15    might view or see his Twitter, or who read his
16    stories.
17         Q.  All right.  Just -- but -- all right.
18    So -- but in order for Mr. Unsworth to spend
19    $2 million a year on Google ads, somewhere between
20    one to two million people would need to click on
21    those ads, however they came to see them.  Whether
22    it was on a Google search result or a website for
23    Thai -- Air Thailand or whatever, right?
24         A.  That's true.
25         Q.  Okay.  What's the basis on which you
```

Exhibit 2, Page 261

ERIC ROSE

November 01, 2019

```
 1   believe one to two million people would be

 2   sufficiently interested in a Vernon Unsworth

 3   advertisement to click on it to go to wherever that

 4   ad is going to take them?

 5        A.  Again, I'm not a -- the creative person,

 6   but I could just think of the top of my head -- you

 7   wouldn't need, in your ad, to necessarily use

 8   Vernon's name as the lead.  You might want to have

 9   something creative.  Find out the truth about what

10   Elon Musk -- find out the truth about Elon Musk, or

11   Elon Musk statements.

12        Q.  I see.

13        A.  Free thinking.  It doesn't have to say, if

14   you think that I wrote this, and if I wrote it

15   incorrectly that implying that it has to say Vernon

16   Unsworth in the underlying creative copy to get

17   people to click to find something that you want

18   them to find about Vernon Unsworth then I -- I

19   didn't do my job.

20        Q.  Okay.  So you're assuming that the creative

21   people associated or that would be hired by

22   whoever's running this campaign would come up with

23   ads that would be sufficiently interesting to one

24   to two million people in the first year to click

25   through?
```

Exhibit 2, Page 262

ERIC ROSE

November 01, 2019

```
 1        A.  Right.  And in -- in the vernacular -- I
 2   don't like the vernacular, but it is what it is.
 3   It's called clickbait.
 4        Q.  Right.  And -- but as you sit here now, you
 5   don't know that one to two million people would
 6   take the bait and click on an ad that Mr. Unsworth
 7   paid Google to create or to -- would post on a
 8   website, do you?
 9        A.  I don't know that.
10        Q.  And if it turns out that far fewer than one
11   to two million people clicked on those ads, then
12   Google wouldn't be Mr. Unsworth $2 million for
13   them, would it?
14        A.  That's correct.
15        Q.  And so, he wouldn't need that money unless
16   that volume of people clicked on those ads, right?
17        A.  That would be correct.
18        Q.  Okay.  You also recommend that Mr. Unsworth
19   spend a million dollars a year on news-based
20   websites ads, right?
21        A.  Yes.
22        Q.  Okay.  And again, you can't tell us now --
23   is the idea that these would be ads similar to the
24   Google ads, but they would just be elsewhere on
25   news sites that people would see something of
```

Exhibit 2, Page 263

ERIC ROSE

November 01, 2019

1    interest to them, they click on it, and it would

2    take them to some content that Mr. Unsworth

3    created, or someone created on his behalf, that

4    would improve his reputation?

5         A.  You've accurately described it.

6         Q.  All right.  And -- but as you sit here now,

7    you can't tell us what, from a "creative

8    standpoint" I think is the term ad agencies use,

9    but since this is being heard by a jury of

10   non-advertising agency people -- you can't tell us

11   what the content of those ads would look like, can

12   you?

13        A.  I cannot.

14        Q.  And you can't tell us what news sites those

15   ads should be put on, can you?

16        A.  No.

17        Q.  All right.  So you also recommend that

18   Mr. Unsworth spend 1.5 million per year on online

19   Twitter ads, right?

20        A.  That's correct.

21        Q.  How did you arrive at 1.5 million?

22        A.  You have to go to the portion of my report

23   that talks about Twitter, and you go to Page 34,

24   and then you go to the fourth paragraph.  It talks

25   about Twitter offering several different types of

Exhibit 2, Page 264

ERIC ROSE

November 01, 2019

```
 1    advertising options, including promoted tweets as
 2    one.  And depending on the type of Twitter ads you
 3    purchase, you can spend between $0.50 and $4 per
 4    engagement, or you can do a promoted Twitter buy,
 5    and there is ample evidence that promoted Twitter
 6    buys, where it's pushing content onto different
 7    sites, could cost up to $200,000 per day.
 8        Q.  Okay.
 9        A.  So I think that this -- this and Mr. Musk
10    is wildly popular on Twitter.  So I think that
11    Twitter was a natural place to purchase ads to run
12    the campaign, again, not knowing what the creative
13    might be that causes people to see the ads.
14        Q.  So -- but just so I understand, in general,
15    what you're saying is that, as with other forms of
16    online advertising, this would be within the
17    Twitter sphere or the Twitter app, or if people use
18    Twitter on a web browser, within Twitter you're
19    recommending that Mr. Unsworth spend a million five
20    on ads to Twitter users to -- to try and attract
21    Twitter users to content that would help rebuild
22    Mr. Unsworth's reputation?
23        A.  That's correct.
24        Q.  Okay.  But as you sit here now, you don't
25    know what the -- the Twitter ads would look like or
```

Exhibit 2, Page 265

ERIC ROSE

November 01, 2019

```
 1   what the content that they would be supposably

 2   clicking through to view would be, do you?

 3        A.  I do not.

 4        Q.  And how do you know, then, that any of that

 5   aspect of the work -- that content, the ad campaign

 6   on Twitter -- would have any positive effect on

 7   Mr. Unsworth's reputation among Twitter people --

 8   Twitter users?

 9        A.  You can never be certain that an ad

10   campaign will be successful, period.

11        Q.  Okay.  But how do you know if -- I mean, it

12   could be with respect to any of these forms of

13   advertising, the Google ads, the news-based

14   websites ads, Twitter ads, any of these -- it could

15   end up being just a waste of money because it has

16   no effect on Mr. Unsworth's reputation, right?

17        A.  That's always possible, but I have

18   confidence that he would select a person who has

19   experience in handling reputation repair who could

20   put together a proper team including creative

21   people that would implement a program similar to

22   this that would -- would improve his -- his image,

23   but there is no guarantees --

24        Q.  Okay.

25        A.  -- and that's in this -- in this business,
```

Exhibit 2, Page 266

ERIC ROSE
November 01, 2019

1    and that's one of the -- one of the kind of

2    unknowns.  There are no guarantees.  You don't get

3    a guarantee that if you pay this money, you will

4    get this result.  I think that there's sufficient

5    evidence among different campaigns and different

6    agencies that are out there that their -- their

7    campaigns are successful.

8         Q.  All right.  Let's stick with Twitter --

9         A.  Okay.

10        Q.  -- for a moment.

11             We don't know -- you don't know -- I should

12   say, as we sit here today, whether and how many of

13   Mr. Musk's followers believed any of his statements

14   about Mr. Unsworth?

15        A.  That's correct.

16        Q.  Would you want your initial strategic

17   research to find that out before you recommended to

18   Mr. Unsworth that he spent money within the Twitter

19   environment?

20             MS. WADE:  Object to the form of the

21   question.

22             THE WITNESS:  It might be -- it might be a

23   subset of the research, but it might be a push

24   question.  But -- so the answer is, it's not

25   critical.  It would be important to know so you

Exhibit 2, Page 267

ERIC ROSE

November 01, 2019

```
 1  plan to defend the client against personal attacks,
 2  customer complaints, and blatant falsehoods.
 3      A.  That's correct.
 4      Q.  So the falsehoods weren't about whether
 5  your client had engaged in sexual harassment and
 6  other groping and other things?  There were other
 7  falsehoods?
 8      A.  Falsehoods related to that -- and I've got
 9  to be careful not to reveal the client.  There were
10  claims of things that he did that he admitted to,
11  and there were claims of things that he did that
12  were complete fabrications.
13      Q.  And did -- he came to you and said,
14  Mr. Rose, Eric -- I assume maybe he called you by
15  your first name -- I need your help repairing my
16  reputation.
17      A.  That's correct.
18      Q.  Did you design a repair reputation program
19  for this New York restauranteur who was accused of
20  sexual harassment, including public groping and
21  lewd text messages?
22      A.  That wasn't the scope of my assignment.
23      Q.  Repair -- restoring or repairing his
24  reputation wasn't part of your assignment?
25      A.  Well, the engagement was limited to making
```

Exhibit 2, Page 268

ERIC ROSE

November 01, 2019

1    it clear about what he had done and what he had not

2    done.  So I think in a broad sense, repairing his

3    reputation was part of it.  But there wasn't a

4    reputation management plan put in place for him

5    that I've described here, because that wasn't his

6    goal.  His goal was to have stories written that

7    more accurately reflected what he was doing, what

8    he admitted to, and how he was moving on.

9        Q.  I see.  Okay.  But you recognize your words

10   that you were retained to protect the brand and

11   assist the client in restoring the restauranteur's

12   reputation.  That's how you described it.

13       A.  That's correct.

14       Q.  Okay.  Approximately -- did -- did the --

15   approximately, how long ago did this happen?  Was

16   this, like, in the last few years?

17       A.  Yes.

18       Q.  Okay.  And did -- as part of your -- your

19   plan for this client -- did it involve spending

20   money on any ads or any media activity?

21       A.  It did.

22       Q.  How much total spend and money did your

23   client spend, pursuant to your recommendations?

24       A.  Well, none.

25       Q.  Okay.  So let's look at the legendary --

Exhibit 2, Page 269

ERIC ROSE

November 01, 2019

```
 1        A.  But there has to be -- I can't just leave
 2    it at none.  I gave him a plan; he chose not to
 3    follow the plan.  And as a result of not following
 4    the plan, his reputation is actually not improved
 5    as significantly as it could --
 6        Q.  I'm sorry.
 7        A.  -- has not improved as significantly as it
 8    could have had he, in my view, implemented the
 9    plan.
10        Q.  Okay.  Had he implemented the plan, how
11    much money would he have spent?
12        A.  I don't know.  Because we never -- he
13    didn't want me to lay out a plan and come up with
14    estimates for -- he wasn't interested in spending
15    any money beyond putting out statements and
16    retaining me to help him.
17        Q.  Okay.  All right.
18        A.  And he made it very clear that when --
19    careful here -- he didn't have the financial
20    resources to implement what was necessary.
21        Q.  Had Mr. Whatever or Ms. Restauranteur --
22        A.  Yeah.
23        Q.  -- had the financial resources -- had --
24    had this person, this restauranteur, come to you
25    and said, Eric, I'm in your hands.  I -- I want you
```

Exhibit 2, Page 270

ERIC ROSE

November 01, 2019

```
 1   to give me a reasonable plan to restore my
 2   reputation, how much would you have told him he
 3   would have needed to spend?
 4        A.  Everything case-specific.  I would have to
 5   do the sort of research that I've done here to help
 6   figure out what the best mix is --
 7        Q.  Okay.
 8        A.  -- so I can't give you the dollar figure.
 9        Q.  All right.  So let's go back to the other
10   two.  You've got -- the first one was the
11   television producer engagement --
12        A.  Yes.
13        Q.  -- who was about to be accused of sexual
14   harassment.
15            Did you -- did this person engage in any
16   form of media campaign or reputation-related
17   campaign?
18        A.  Well, I think -- I think the statement of
19   what I did for him speaks for itself.
20        Q.  Can you just tell -- help me out here.  Did
21   they or not?
22        A.  Did they have a paid campaign?
23        Q.  Did they, yes or no.
24        A.  No.
25        Q.  Okay.  Then the legendary entertainment
```

Exhibit 2, Page 271

ERIC ROSE

November 01, 2019

1   engagement -- did this person engage in any form of

2   media campaign related to their reputation?

3        A.   A paid campaign?

4        Q.   Paid or unpaid.  Did they?

5        A.   You'll --

6        Q.   All right.  Fine.  Paid.  Let me ask it a

7   full question.

8        A.   "Paid" meaning in the -- because I want to

9   be clear.  Paid in the terms of similar campaigns

10  that I've recommended that Mr. Unsworth --

11       Q.   Well, I don't mean similar in scope,

12  necessarily, but any form of paid.  Let me ask it

13  as a complete question.

14       A.   Yeah.

15       Q.   In connection with your work for the

16  legendary entertainment executive who was faced

17  with assault charges, did that person engage in any

18  form of paid media campaign related to their

19  reputation?

20       A.   No.

21       Q.   Okay.  Did any of the people in the sexual

22  harassment employment -- I guess there was three

23  more cases here.

24            Did any of your clients here engage in any

25  paid media campaigns related to their reputations?

Exhibit 2, Page 272

ERIC ROSE
November 01, 2019

```
 1        A.  No.
 2        Q.  All right.  So I want you to go back and
 3   look at Exhibits 124 and 125.  Do you have those
 4   out?
 5        A.  I have 124.
 6        Q.  124 is a BuzzFeed article --
 7        A.  Yep.
 8        Q.  -- and 125 is CNN article.  Do you have
 9   those?
10        A.  Yep.
11        Q.  Do you remember earlier in your deposition
12   you reviewed them?
13        A.  Yes.
14        Q.  And your testimony was these were
15   unfavorable towards Mr. Unsworth.  Do you remember
16   telling me that?
17        A.  Yes.
18        Q.  Okay.  I'll do them separately.  What's our
19   next exhibit?
20            (Exhibits 128, 129, 130 were marked for
21            identification.)
22   BY MR. SCHWARTZ:
23        Q.  Okay.  Do you now have Exhibits 128, 129,
24   and 130 in front of you?
25        A.  I do.
```

Exhibit 2, Page 273

ERIC ROSE
November 01, 2019

```
 1        Q.  Okay.  So let's first look at Exhibit 130.
 2   This is a printout from the Twitter page of Lynn
 3   Wood.
 4        Do you recognize that?
 5        A.  I do.
 6        Q.  And you see that Mr. Wood has over 30,000
 7   followers?
 8        A.  I do.
 9        Q.  Okay.  And do you recognize where it says
10   some of the followers are listed there including
11   Mr. Mac?  Do you see that, under the 30,000.5
12   followers?
13        A.  Yes, I do.
14        Q.  And that -- do you have any reason to doubt
15   that's Ryan Mac from BuzzFeed?
16        A.  I believe it would be.
17        Q.  And Jonathan Martin, he's a reporter from
18   the New York Times?
19        A.  That's correct.
20        Q.  And Asawin Suebsaeng, do you know what
21   paper that person writes for?
22        A.  Not familiar.
23        Q.  The Daily Beast.  Do you recognize that
24   person from the Daily Beast?
25        A.  I don't -- I don't recognize the name from
```

Exhibit 2, Page 274

ERIC ROSE

November 01, 2019

1   a group in Thailand about the cave rescue.  Do you

2   recall those questions?

3        **A.  I do.**

4        Q.  Has -- has any -- do any of those things

5   that were listed, or frankly, anything else

6   Mr. Schwartz has asked you today, change your

7   opinion at all as set forth in your report?

8        **A.  No.**

9        Q.  Do any of those things -- any of those

10  items or anything else that Mr. Schwartz has

11  mentioned or represented to you today make you

12  think that you need additional information to

13  support your opinions?

14       **A.  No.**

15       Q.  Okay.  That's all I have.

16            MR. SCHWARTZ:  All right.  Briefly, I'm

17  allowed a little redirect.

18  EXAMINATION BY MR. SCHWARTZ:

19       Q.  Counsel for Mr. Unsworth asked you whether

20  it was your opinion that by filing the lawsuit, and

21  therefore generating more articles about the whole

22  incident, that Mr. Unsworth has further damaged his

23  reputation.  You said no.  The first -- just so I

24  understand, did you understand that when

25  Mr. Unsworth's counsel used the word "incident,"

Exhibit 2, Page 275

ERIC ROSE

November 01, 2019

```
1    she was referring to the various statements that
2    Mr. Musk either tweeted or e-mailed or otherwise
3    said about Mr. Unsworth?
4        A.  Yes.
5        Q.  All right.  And your previous testimony was
6    that numerous articles written about this lawsuit
7    were unfavorable to Mr. Unsworth's reputation,
8    right?
9        A.  That's correct.
10       Q.  Including all of the articles that showed
11   up on Pages 11 through, I think it is 15, of your
12   report, all of the Five Blocks assessments of the
13   articles that were negative about Mr. Musk that you
14   put into your report -- all of those articles --
15   each of those articles is about this lawsuit, isn't
16   it?
17       A.  Of the ones we reviewed, yes.
18       Q.  And each of those is negative, yes?
19       A.  They are negative.
20       Q.  And if the lawsuit didn't exist, those
21   articles wouldn't have been written.  They're about
22   the lawsuit, right?
23       A.  I think that you are confusing the -- the
24   attempt for Mr. Unsworth to repair his name and
25   reputation by taking legal action that he was
```

Exhibit 2, Page 276

ERIC ROSE

November 01, 2019

1    challenged to do by Mr. Musk somehow was -- was his

2    fault and that the reputation is -- is -- that he

3    is responsible for the damage to his reputation.

4    No.  The damage to his reputation solely lies with

5    Mr. Musk for the statements that he made, the

6    underlying statements we've gone through today, and

7    then the challenging of him to file a lawsuit if he

8    thought that -- that they were not true.  So the

9    damage to Mr. Unsworth's reputation rests with

10   Mr. Musk.

11        Q.  That's -- that's your opinion, right?

12        A.  That's my opinion.

13        Q.  That -- that's -- sounds like a legal

14   conclusion that a lawyer would make, as opposed to

15   something that's based on fact.  Do you have any

16   research to back you up, that says, for example,

17   that people who think ill of Mr. Unsworth or think

18   he has a bad reputation think so not on account of

19   anything that he heard about or read about this

20   lawsuit or the stories about the lawsuit that

21   repeated what Mr. Musk had said about Mr. Unsworth,

22   but only based on what stories were written or what

23   they heard before the lawsuit was filed?

24        A.  I --

25             MS. WADE:  Object to the form.

Exhibit 2, Page 277

ERIC ROSE

November 01, 2019

```
 1            THE WITNESS:  I have no evidence.
 2    BY MR. SCHWARTZ:
 3        Q.  I have nothing further.  Thank you very
 4    much.
 5        A.  Thank you very much.
 6            THE VIDEOGRAPHER:  This concludes today's
 7    testimony.  The time is 7:00 p.m.  We are off the
 8    record.
 9            THE REPORTER:  And did you both want rough
10    drafts, as well?
11            MR. BERGJONS:  Yes, please.
12            MS. WADE:  Yes, please.
13        (Whereupon proceedings concluded at 7:00 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Exhibit 2, Page 278

ERIC ROSE

November 01, 2019

```
 1                REPORTER'S CERTIFICATE

 2

 3

 4          I, NICOLE HATLER, a Shorthand Reporter,

 5   State of California, do hereby certify:

 6          That ERIC ROSE, in the foregoing deposition

 7   named, was present and by me sworn as a witness in

 8   the above-entitled action at the time and place

 9   therein specified;

10          That said deposition was taken before me at

11   said time and place, and was taken down in

12   shorthand by me, a Certified Shorthand Reporter of

13   the State of California, and was thereafter

14   transcribed into typewriting, and that the

15   foregoing transcript constitutes a full, true and

16   correct report of said deposition and of the

17   proceedings that took place;

18          That before completion of the proceedings,

19   review of the transcript [X] was [] was not

20   requested.

21          IN WITNESS WHEREOF, I have hereunder

22   subscribed my hand this 5th day of November 2019.

23

24          NICOLE HATLER, CSR NO. 13730

25               State of California
```

Exhibit 2, Page 279

# EXHIBIT 3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


VERNON UNSWORTH,

        Plaintiff,

        vs.                  Case No. 2:18-cv-8048

ELON MUSK,

        Defendant.
_____/



VIDEOTAPED DEPOSITION OF

VERNON UNSWORTH

BEVERLY HILLS, CALIFORNIA

AUGUST 14, 2019



Reported By:
PATRICIA Y. SCHULER, CSR No. 11949

Job No.: 41370

Exhibit 3, Page 280

VERNON UNSWORTH

August 14, 2019

 1            Do you see that?

 **2      A.   Yes.**

 3       Q.   You wrote: "For your eyes only and not to

 4   be reported on."

 5            Did you discuss that with Mr. Head before

 6   you sent this to him?

 **7      A.   Not that I recall.**

 8       Q.   And was it your expectation that, by

 9   writing "For your eyes only and not to be reported

10   on," that he wouldn't put this into a story?

**11      A.   As I say in the email, it's just for his**

**12   eyes only.**

13       Q.   Meaning?

**14      A.   For his eyes only.**

15       Q.   Is the implication of that that you were

16   telling him that he was not to include this

17   information in a story?  When you say "and not to

18   be reported on," is that what you meant?

**19      A.   Yes.**

20            MR. WOOD:  Are you done with 8?

21            MR. SCHWARTZ:  Yes, we are done with 8.

22   BY MR. SCHWARTZ:

23       Q.   So if you look in the interrogatories,

24   that's Exhibit 2 -- your answers to the

25   interrogatories.  I want to ask you a question

Exhibit 3, Page 281

VERNON UNSWORTH

August 14, 2019

```
 1   about that.  So let me know if you see that in the
 2   pile.
 3           Do you have now Exhibit 2?
 4           MR. WOOD:  Is there a specific
 5   interrogatory you want him to go to?
 6           MR. SCHWARTZ:  I'll direct him to it.  I
 7   just wanted to make sure.  You do have Exhibit 2?
 8           THE WITNESS:  Yes.
 9   BY MR. SCHWARTZ:
10       Q.   Let's see.  Where is this?
11           So if you look at page 3 of Exhibit 2,
12   there is a response to Interrogatory No. 1.
13           You let me know when you are on page 3.
14       A.   I am on page 3.
15       Q.   Okay.  And at lines 15 and 16, I'll read
16   it, and you can read along as I read it aloud.
17   Your answer to Interrogatory 1 -- by the way, just
18   for context asks for you to describe all harm you
19   have suffered, if any, as a result of the false and
20   defamatory accusations you identify in your
21   complaint, et cetera.  And the part of the answer I
22   want to focus you on is on lines 15 through 16, and
23   I will read it as follows:
24           "Plaintiff is not seeking damages for
25   lost wages or earning opportunities, or any other
```

Exhibit 3, Page 282

VERNON UNSWORTH

August 14, 2019

```
1   special financial damages."
2           Do you see that?
3       A.   Yes.
4       Q.   And is that correct?
5       A.   Yes.
6       Q.   Why aren't you seeking any damages for
7   any lost wages or earning opportunities or any
8   other special financial damages?
9       A.   Because I've not really lost any monies
10  in respect of wages or earning opportunities.
11      Q.   You have more income-earning
12  opportunities now than you did before the cave
13  rescue; is that right?
14      A.   Yes.
15      Q.   And in that sense, the cave rescue has
16  been good for you financially?
17      A.   So far not to the extent where it has
18  changed anything that I do.
19      Q.   Well, even it if it may not have changed
20  anything you do, do you agree with me that the cave
21  rescue has been good for you financially?
22      A.   I would not say that, no.
23      Q.   You haven't received any money from any
24  source in connection with any aspect of your
25  involvement in the cave rescue?
```

Exhibit 3, Page 283

August 14, 2019

```
 1        A.   I have.

 2        Q.   Approximately total how much?

 3        A.   Approximately 2,400 pounds.

 4        Q.   What do you currently do for a living?

 5        A.   I am an insurance and finance consultant.

 6        Q.   Do you do any insurance and financial

 7   consulting in Thailand?

 8        A.   No.

 9        Q.   How many hours a week do you spend

10   working as an insurance and financial consultant?

11        A.   Probably certainly Monday to Friday

12   8 hours a day, and then weekends as and when is

13   needed.

14        Q.   How is it you are able to -- well, strike

15   that.

16             Do you currently do anything else for a

17   living?

18        A.   No.

19        Q.   Do you have a job in Thailand?

20        A.   No.

21        Q.   Have you ever worked for Tik's parents?

22        A.   No.

23        Q.   Other than working as a self-employed

24   insurance and financial consultant, do you have any

25   other current sources of income?
```

# EXHIBIT 4

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Vernon Unsworth | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   2:18-cv-08048 |
| Elon Musk | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                                        Eric Rose

*(Name of person to whom this subpoena is directed)*

☛ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Schedule A attached hereto

| Place: Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017 | Date and Time:<br>10/10/2019 at 10:00 a.m. |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   9/26/2019

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Elon Musk
                                                                                                , who issues or requests this subpoena, are:
See Schedule B attached hereto

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit 4, Page 285

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:18-cv-08048

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) For a Trial, Hearing, or Deposition.** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) For Other Discovery.** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) Avoiding Undue Burden or Expense; Sanctions.** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) Command to Produce Materials or Permit Inspection.**
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) Quashing or Modifying a Subpoena.**
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) Producing Documents or Electronically Stored Information.** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) Claiming Privilege or Protection.**
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# SCHEDULE A

Notwithstanding any definition below, each word, term, or phrase used in these Requests for Production are intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

1.      The term "communication" means any record, report, conversation, discussion, letter, memorandum, note, e-mail, voice mail, or other transfer of information, whether written, oral, electronic, or by any other means, and includes any document or other medium which abstracts, digests, records, or transcribes any such communication, or any subsequent review or discussion of such communication, whether occurring at meetings or otherwise.

2.      The term "document(s)" is used in the broadest sense to include everything contemplated by Rule 34(a)(1)(A) of the Federal Rules of Civil Procedure and by Rule 1001 of the Federal Rules of Evidence, and include, without limitation, any written material (including communications), whether typed, handwritten, printed or otherwise, and whether in draft or final form, of any kind or nature, or any photograph, photostat, microfilm or other reproduction thereof, including, without limitation, each note, memorandum, letter, telegram, telex, circular, release, article, report, prospectus, memorandum of any telephone or in-person conversation, any financial statement, analysis, drawing, graph, chart, account, book, notebook, draft, summary, diary, transcript, computer database, computer printout or other computer generated matter, and other data compilations, and any other documents or electronically stored information in any medium from which information can be obtained, whether directly or, if necessary, after translation to English.  Electronic mail, voice mail and any pictures, video, or sound recorded by any means are included within the definition of the terms "document" or "documents." A draft or non-identical copy, including a copy with handwritten notes, is a separate Document within the meaning of the term.

3.     The term "electronically stored information," abbreviated herein as "ESI," has the meaning given it in Fed. R. Civ. Pro. 26(b) and 34.

4.     "Refer or Relate to" means any and all of the following terms and their synonyms:  refer to, relate to, discuss, constitute, evidence, pertain to, mention, support, contradict, negate, bear on, touch on, contain, embody, reflect, identify, state, deal with, concern, comment on, respond to, relevant to, or describe.

5.     "Report" means the Expert Report prepared by Mr. Rose in the above captioned action, signed by Mr. Rose on September 10, 2019 and served on September 13, 2019.

6.     "Unsworth" means Plaintiff Vernon Unsworth as well as all of Mr. Unsworth's agents, representatives, attorneys, and other persons acting on his behalf.  This definition specifically includes L. Lin Wood, Howard Kennedy LLP, and any of the attorneys currently representing Mr. Unsworth acting in any capacity.

7.     "You," "Your," and "Mr. Rose" means Eric Rose.

## INSTRUCTIONS

1.     In complying with the Subpoena, You are required to produce all Documents described below that are in Your possession, custody, or control.

2.     For the purpose of reading, interpreting, or construing the scope of the Requests in this Subpoena, the terms used should be given their most expansive and inclusive interpretation.

3.     Unless instructed otherwise, each Request should be construed independently and not by reference to any other Request for the purpose of limitation.

4.     If any portion of a document or communication is responsive to any Request, the entire document or communication should be produced.

5.      If You object to any Request, in whole or in part, state the grounds of Your objection with specificity and produce documents responsive to the remainder of the Request.

6.      If, in answering this Subpoena, You encounter any ambiguities when construing a Request, Instruction, or Definition, Your response shall set forth the matter deemed ambiguous and the construction used in responding. For the avoidance of doubt, this instruction does not in any way limit Your obligation to give terms their most expansive and inclusive interpretation when reading, interpreting or construing the scope of the Requests in this Subpoena.

7.      Where a claim of privilege or other protection from discovery is asserted in objecting to any Request, You should identify the nature of the privilege or protection (including work product protection) that is being claimed. In such case, You should also indicate, as to the information requested, whether (a) any documents exist, and (b) also provide the following information for each such document in a "privileged documents log" or similar format:

a.      the type of document;

b.      the general subject matter of the document;

c.      the date of the document;

d.      the author(s) of the document;

e.      any recipient(s), copyee(s) or blind copyee(s) of the Document; and

f.      the custodian of the document, where applicable.

8.      Unless otherwise noted, the Subpoena and the Requests contained herein call for the search for, collection and production of all responsive documents created or obtained by You since June 1, 2018 through the present. If, after an initial production, You obtain or become aware of additional documents existing as of the date for compliance with this Subpoena that are responsive to this Subpoena, You are required to promptly produce such additional documents.

9.     The search will include both hard copies and electronically stored information. Compliance with this Subpoena requires a search of all documents in Your possession, custody, or control, whether or not such documents are on Your premises.

10.     Documents produced pursuant to this Subpoena should be produced as they are kept in the ordinary course of business, including electronically stored information. Electronic materials, information, and data that are electronically searchable should be produced in a form that does not remove or degrade this feature.

11.     Documents in electronic form, including, but not limited to, e-mail, should be produced in color in single page tagged image file format ("TIFF"). TIFFs shall show all text and images that would be visible in the original electronic format (native format), including redlines and speaker notes, and Defendant reserves the right to make a reasonable request for the production of any documents in native format. An associated load file linking the images to the corresponding document should be provided. All metadata associated with any electronically stored information shall be produced in text format linked to the associated document. Extracted text or, if extracted text is not available, optical character recognition (OCR) text should be provided in document-level text files.

12.     In order to bring within the scope of this Subpoena all information that might otherwise be construed to be outside of its scope, the following rules of construction apply: (i) the singular includes the plural and vice versa; (ii) the masculine, feminine or neuter pronoun does not exclude other genders; (iii) the connectives "and" and "or" should be read either disjunctively or conjunctively as necessary to bring within the scope of the Subpoena all documents that might otherwise be construed to be outside of its scope; (iv) the terms "any," "all," and "each" should be read to mean any, all, each, and every; (v) the word "including" should be read to mean including without limitation; (vi) the present tense should be

construed to include the past tense and vice versa; and (vii) references to employees, officers, directors, or agents include both current and former employees, officers, directors, and agents.

13.     Defendant makes these Requests without waiver of, but instead expressly reserving, all defenses it may assert in this matter, including without limitation all arguments relating to market definition.

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

### **REQUEST FOR PRODUCTION NO. 1**

Any and all documents that refer or relate to compensation or invoices for Report or related work.

### **REQUEST FOR PRODUCTION NO. 2**

Any and all documents identifying facts or data that Unsworth or his attorney(s) provided and that you considered in forming the opinions to be expressed and/or the opinions, conclusions, and statements in your report.

### **REQUEST FOR PRODUCTION NO. 3**

Any and all documents identifying assumptions that Unsworth or his attorney(s) provided and that you relied on in forming the opinions to be expressed and/or the opinions, conclusions, and statements in your report.

### **REQUEST FOR PRODUCTION NO. 4**

Any and all documents that you relied on in formulating your opinions, conclusions, and statements in your report.

**REQUEST FOR PRODUCTION NO. 5**

Any and all documents that refer or relate to the cost figures and estimates provided in your Report, including the basis for those figures and estimates.

**REQUEST FOR PRODUCTION NO. 6**

Any and all documents constituting reputation recovery programs, as so identified on page 25 of your Report, that you or Englander Knabe & Allen have performed in the last ten years.

**REQUEST FOR PRODUCTION NO. 7**

Any and all documents that refer or relate to the cost, scope, results, or client feedback from the reputation recovery programs, as so identified on page 25 of your Report, that you or Englander Knabe & Allen have performed in the last ten years.

**REQUEST FOR PRODUCTION NO. 8**

Any and all reports, statements, or declarations that you prepared as an expert witness in other litigation, including but not limited to reports, statements, or declarations prepared by you in *Rhonda Holmes v. Courtney Love, Jacob Haiavy v. Theodora "April" Morris, Dr. Jose Lopez v. Healthcare Group and OptumRx, Dr. Henry Higgins & Dr. Nathaniel v. Dr. Rena Salyer, Carter v. Louisiana Pacific Corporation, CMFG Life Insurance Company et al. v. Banc Insurance Agency, Inc, Johnney Bennerson vs. Shelley Stevens, Steven Krawatsky et al. v. Rachel Avrunin et al., Tammy Na vs. Joo Chan Kim, McGlothlin v. Hennelly, Gish v. Le Sage.*

**REQUEST FOR PRODUCTION NO. 9**

Any and all transcripts and/or recordings of testimony, including deposition, hearing, and trial testimony, that you gave as an expert witness in other litigation, including but not limited to transcripts and/or recordings of testimony gave by you

in *Rhonda Holmes v. Courtney Love, Jacob Haiavy v. Theodora "April" Morris, Dr. Jose Lopez v. Healthcare Group and OptumRx, Dr. Henry Higgins & Dr. Nathaniel v. Dr. Rena Salyer, Carter v. Louisiana Pacific Corporation, CMFG Life Insurance Company et al. v. Banc Insurance Agency, Inc, Johnney Bennerson vs. Shelley Stevens, Steven Krawatsky et al. v. Rachel Avrunin et al., Tammy Na vs. Joo Chan Kim, McGlothlin v. Hennelly, Gish v. Le Sage.*

**REQUEST FOR PRODUCTION NO. 10**

Any and all documents constituting publications authored or edited by you that refer or relate to public relations, crisis management, reputation, imaging, branding, social media, and/or defamation.

1

## **<u>SCHEDULE B</u>**

2
3
4
5

Quinn Emanuel Urquhart & Sullivan, LLP
Michael T. Lifrak
Michaellifrak@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3000

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-8-

Case No. 2:18-cv-08048

SCHEDULE A TO SUBPOENA OF ERIC ROSE

# EXHIBIT 5



## The BuzzFeed News Standards And Ethics Guide

**We published this guide to keep BuzzFeed News writers, reporters, and editors accountable to our readers.**

Originally posted on January 30, 2015, at 2:58 p.m.

Updated on January 5, 2018, at 9:02 a.m.

Be one of the first to comment

Shani O. Hilton
BuzzFeed Head of US News





BuzzFeed News has the opportunity to help shape a new set of standards for a new generation of media. We are offering these standards to our staffers and to our readers as a first attempt at articulating the goal of merging the best of traditional media's values with deep shifts in the forms of media and communication. Our intent with this document is to provide context and support for BuzzFeed News staffers in making smart, responsible, and ethical choices as we tell the most honest, troublemaking, revelatory, heartwarming, gripping, and entertaining stories we can.

These standards were shaped in conversations with our writers and editors and colleagues in the industry, and we expect them to evolve as they're tested. BuzzFeed News is still growing up too, and these are aimed at helping us on our way, and at reflecting the kind of media company we want to be. We are making this document public to keep BuzzFeed News' writers, reporters, and editors accountable to our readers.

The document is separated into four sections: 1) Sourcing, 2) Corrections, Updates, Deletions, and Errors, 3) Legal and Ethics, and 4) The Editorial and Business Relationship. The guidelines in this document apply to BuzzFeed's global news operation for entertainment content.

Finally, this guide is intended to provide principles rather than offer specific answers to every possible ethical question that arises. Writers and editors make tough editorial decisions every day, and the hardest and most important calls rarely have obvious answers.



## Sourcing

### Embeds

We often embed Instagram images and tweets in news and entertainment. But in the case of sensitive subjects — sexual assault, LGBT issues, and racial bias, for example — we should be aware and respectful of the fact that many ostensibly public Twitter users consider themselves part of distinct communities. *Outside of breaking news situations*, writers are encouraged to contact Instagram and Twitter users when embedding a photo or a tweet on a sensitive subject. Contacting the user has the added benefit of giving the story more context for the reader. In cases where identifying the user is inappropriate but the content is still newsworthy, screenshots with the name and image blurred are fine.

### Fact-Checking

Fact-checking can be provided for deep narrative features and investigative projects. Reporters are expected to be accurate, and editors are expected to flag any questions they have for their writers before publishing. Additional accurate information can always be added after publishing — removing bad information is more difficult (see Corrections and Updates for more information).

### Information and Facts

Information — excluding common knowledge — should come from a verified source. Wikipedia, IMDb, and other websites that anyone can edit should never be used as sources in a story; they are places to begin research, not to finish it. Acceptable verified sources include interviews, legal documents, research by experts, academic journals, databases, and, with attribution, stories from trusted news organizations.

### Plagiarism

To plagiarize is to trick the reader. Nothing may be copied, pasted, and passed off as one's own work, including press releases.

### Polls and Other Studies

When considering reporting on a study or poll, ask these questions: Have the authors included a detailed methodology? How many people did they study? (For most studies, be skeptical of anything below 100; for polls, anything below 1,000.) Do the authors have any conflicts of interest? For medical studies: Was the study performed on humans, or other animals? (Drugs, for example, that work in mice might fail in humans.) For polls: How, precisely, were the questions worded? Never take information directly from a press release. Instead, ask the authors for a copy of the actual study or poll. When you're asking readers to vote for fun, don't suggest that results reflect a scientific sample. The data journalism team is available to assist staffers who have questions about data.

### Press Releases

Reporters may quote from press releases and should make the source clear — "said in a press release." With that said: Interviews are always better.

### Quotes

• *Anonymous quotes:* Anonymous quotes are permitted, though writers should always try to get a source on the record before agreeing to let them be anonymous. Staffers should spell out why their source is anonymous and include an explanatory line in the story that the reader will understand. When possible, writers should share the source's identity with their editor, unless it's a very extreme case, in which case the editor-in-chief should be consulted prior to publication. We don't have an arbitrary number of anonymous sources required to verify a story: One well-placed anonymous source is worth more than four anonymous sources who are all repeating the same rumor.

Writers should also take precautions not to reveal the identity of confidential sources, including avoiding putting a source's name in writing on unsecured channels.

• *Attribution*: All quotes are to be attributed. Quotes that have been given directly to a BuzzFeed News staffer should be noted as such by using the words "told BuzzFeed News" (or in some cases, "BuzzFeed Health" or "BuzzFeed Reader") at least once in the story. Quotes from other outlets should be attributed to that outlet: "told the Guardian," etc., with a link to the article. Quotes that come from the wire services we subscribe to should also be attributed: "told the Associated Press" or "the Associated Press reported."

• *Quote approval*: As a general rule, BuzzFeed writers are not permitted to have quotes approved by sources or share story drafts with their subjects. As a courtesy, or to double-check their work, a writer may choose to call or email a source and describe how they are quoted in a story. "No surprises" letters are also a welcome way of letting sources and subjects know what will be in a story: Sending a note to the subject that includes allegations or a description of what will be published is a reporting tool that also acts as a safeguard for the reporter. There are rare exceptions to the quote-approval rule, particularly in countries where that practice is the norm — but writers should push back as a first response, and discuss with an editor before agreeing.

• *Quote disputes*: If a source disputes a quote as published, the writer and their editor may review the writer's notes and recordings to determine if the complaint is warranted. If warranted, the quote will be updated and a correction issued. If a source disputes the way their position was characterized, rather than a specific quote, an editor should determine whether the complaint is valid.



## Corrections, Updates, Deletions, and Errors

### Body Copy

Changes to body copy may require a notification to the reader via an update or correction. Stories that are ongoing with breaking news can be updated with information as it becomes available — by using either subheads with a manual timestamp or the breaking news template with an automatic timestamp to alert the reader to updates.

### Corrections and Updates

There are a number of ways to add updates for clarity and context to written news articles: using the update option in the CMS, writing through the body copy with the additional information, or adding the latest news to the top of the post. Consult with your editor to choose the best option.

Fixing incorrect copy should be done using the correction subbuzz. For full information on how and when to write corrections or updates, see the BuzzFeed Style Guide. Corrections are flagged to the copydesk; if you have questions on wording or styling, email (or walk over and visit!) them for guidance.

Distributed platforms will not always offer these tools for corrections, but we should strive for clarity and transparency in the spirit of these rules, given the options the platform makes available.

### Deletions

News items should not be deleted for reasons related to their content, or because a subject or stakeholder has asked you to do so. If a technical or — like a broken photo — can be fixed without a small business owner. If your source is complicated and requests a change to a schedule, remove it from all site promotion and ask bugs to unpublish it for you. If two people inadvertently created a post on the same subject, both posts should be left on the site.

If some information in a post is incorrect or obsolete, it is acceptable to delete that information and add a brief correction or update explaining what was removed.

Getting hoaxed should be avoided through diligence and reporting, but if an entire post is incorrect or if it has turned out to be a hoax, 1) append "— Updated" to the end of the headline and note in the deck that the story is false, and 2) add a correction subbuzz to the top of the post. The rest of the copy may stand as it did originally.

There are two cases in which deletions may be necessary: First, on some distributed platforms, editing content is not an option, in which case content may be deleted and in some cases edited and reposted, with an explanation on that platform in either case. Second, in some countries, the law requires the deletion of content in some cases. In those cases, we will comply with local law.

The deletion process for Community posts differs from editorial standards. For more information, review our Community Guidelines and Terms of Service.

**Display Copy**

Updating display copy — headlines, decks, and photo captions — for clarity, spelling, or style does not require a correction. Factual errors do require a correction.

**Images**

For information on updating images, contact the photo desk.

## Legal and Ethics

### Activism

We firmly believe that for a number of issues, including civil rights, women's rights, anti-racism, and LGBT equality, there are not two sides. But when it comes to activism, BuzzFeed editorial must follow the lead of our editors and reporters who come out of a tradition of rigorous, neutral journalism that puts facts and news first. If we don't, it makes it harder for those reporters to do their jobs.

### Allegations

Legal counsel should review stories with serious or potentially damaging allegations in them; if there is any doubt, do not hesitate to contact them. Writers are also encouraged to send a "no surprises" letter to subjects of investigative reports prior to publication, giving them time to comment. Any questions on how to word the letter should be run by your editor. For information on libel or conducting privileged conversations, contact general counsel.

### Animal Visitors

We seek to follow the Humane Society of the United States' suggestion that you should "never put an animal in a situation that you wouldn't want to see your newborn baby in." Staffers should never purchase or rent wild animals, or bring exotic animals into the office. When we have animal guests visiting, they should be treated like any other guest — i.e., their needs for food, water, rest, and personal space should all

be met. Handlers should accompany animals who come into BuzzFeed spaces, and staffers should always follow the guidelines that handlers provide.

**Awards**

We are pleased when our colleagues' work is honored by their peers, and we apply for leading journalism awards. We do not apply for or accept awards from advocacy organizations we cover, and staffers should not apply for those awards — though if anyone chooses to call attention to or honor our work, we welcome it. If you wish to submit your work for an award independently, talk to your manager about it.

**Compensating Sources**

We do not pay sources for interviews. If an interview incurs costs to a source through travel or work compensation lost, we may be able to reimburse them, but check with your editor before agreeing to do so.

**Conflict of Interest and Disclosure**

If you're asking yourself, "Is this a conflict of interest?" it likely is. Readers are also a good barometer for this; take a moment to consider whether the reader would see a conflict of interest. Writers and editors should disclose if they have a financial or personal stake — Is the subject a friend or significant other? Have you disclosed this? — in the issue they are covering. Reporters should not have a financial stake in a company in the industry they cover. Check with your editor about whether disclosure is enough, or whether the story should be reassigned.

**Customer Service Complaints**

Reporters and editors should not use their work-related email accounts, social media accounts, or other BuzzFeed-related platforms to seek customer service assistance. It's fine, however, to tweet in general about issues with, say, the subways or other private or public services, as long as you aren't seeking — or receiving — special treatment. For example:

*Okay*: "The face unlock on my new iPhone X never works."

"The seats on @FlyFrontier Airlines are too close together for normal human legs."

*Not okay*: "@apple, I can't get face unlock working on my iPhone X. Little help?"

"@frontiercares I paid for extra legroom but my knees are *completely* jammed up against the seat in front of me."

**Disclosing Provided Materials**

We should note when items such as clothing or appliances have been furnished to us for review. When an item or items was/were provided and used in the test kitchen or as part of a photo shoot, but not reviewed, writers should disclose that at the bottom of the post.

**Fundraising**

Reporters and editors should not fundraise for organizations BuzzFeed News covers, with the exception of professional groups and organizations you're a member of. If you must make charitable contributions to groups you cover, you should do so privately. Of course there is of course no reason not to give charitable contributions, staffers should obviously be aware that those may not remain private.

## Gifts

Gifts that aren't review material (books, music, DVDs) or edible typically should be returned or donated. A rough guide — though imperfect — for determining if you can keep a gift is whether the item costs $25 or less. If it costs more than $25, talk to your editor.

## Graphic Content

While it ultimately comes down to the calls of the newsroom managers on duty, we concluded that BuzzFeed.com is not an artificial wall between our readers and graphic content. Generally speaking, we will embed or link to the graphic content we are writing about. On our owned-and-operated platforms, we also have technical tools that give our readers the opportunity to opt in to view graphic content. Marking a post NSFW in the CMS prevents it from going into our 13+ BuzzFeed app.

• *Profanity*: We speak the language of the internet — which is often hilarious and often profane. As such, profanity is permitted on BuzzFeed; but see the BuzzFeed Style Guide for more information on how to style it responsibly.

• *Sex and nudity*: Nudity or sex should be avoided if it's prurient or pornographic. Newsworthy or artistic nudity or instructional sexual content can be posted as long as the post has been clearly marked NSFW in the deck and in the CMS.

• *Violence*: Images that show blood, gore, or violent abuse should be covered with the graphic overlay tool, allowing readers to click if they wish to see the images. These posts should be marked "sensitive" in the CMS. When covering extreme violence or death, use discretion when embedding — sometimes it's best to link out.

If you have questions about whether you should post something because of its graphic nature, talk to your editor and/or the manager on duty.

## Interviews

Giving a subject a general sense of the direction of the interview is fine, but we should decline to provide questions to subjects in advance of an in-person interview. Interviews conducted over email, Facebook Messenger, or Gchat are permitted — but in-person, video, and telephone interviews are often more valuable.

## Opinion

When BuzzFeed News publishes opinion pieces, they should be clearly labeled as opinion, both on the article page and in any social promotion. Our publication of these pieces does not mean an endorsement of the views contained within them. However, we seek to publish only opinion pieces that we believe were written in good faith, by people who we believe have a credible history of good-faith participation in the public sphere, and add a unique voice to the public debate around a topic of news value.

Our opinion section welcomes commentary from people with diverse political views, but it is not a place for trolls, dishonesty, or spin.

## Outside Income

BuzzFeed News staffers who make money for work done outside of the company should disclose that information when they are hired. We discourage most freelance writing because we love your work and would like to publish the best things you write on BuzzFeed, but there are occasional exceptions. If you're doing something BuzzFeed would publish — pretty much anything but a novel or a screenplay — we'd like to run it. Please consult your manager if you think we should make an exception, and we'll consider it on a case-by-case basis.

We try to accommodate all book deals and will in most cases offer up to six months of unpaid book leave. If you're thinking of writing a book, please consult your manager first. Contract work and paid speaking engagements will be considered on a case-by-case basis.

also be cleared with your manager and PR. Staffers who do outside work related to the field they cover should adhere to the ethical guidelines of this publication. And if there is a conflict with a staffer's work at BuzzFeed — for instance, if a staffer covers a client — that staffer is not permitted to write about that company.

Staffers are also not permitted to invest in companies they cover. BuzzFeed News staff may not buy, sell, or in any way trade in stocks based on stories BuzzFeed News will publish. Staffers may not short any stocks.

### Photography

Our original photography and image selection should not attempt to deceive the reader in any way. Subjects should be shown in the reality of the moment they are captured in. Materially manipulating images — such as reversing, distorting, or adding/removing people — is not allowed except in the cases of creating a photo illustration, which the caption will note. Minor adjustments to cropping, color, sharpening, etc., that do not materially change the photograph are permissible.

### Political Speech

Reporters and editors should refrain from expressing partisan opinions about candidates, policy, and other public issues that BuzzFeed News covers. News staffers are not permitted to donate money or volunteer time for political candidates or campaigns, or to participate in demonstrations.

We do, however, expect reporters to engage in conversations on social media, legacy media, events, and street corners on subjects in which they have expertise or interest. In all those contexts, reporters should avoid saying things they wouldn't say in a news article or broadcast — that is, statements they can't back with reporting. And reporters should generally consider the value of commentary that may make their colleagues' work harder on specific beats. (Culture writers, whose work may be more overtly political or opinionated, should hold their comments to the same standards they do in their work.)

### Privacy

Digital media — the ubiquity of recording, the vast quantity of speech on social media, the power of search — has changed how regular people think about the principles of free speech. We believe deeply in those principles and in our right to report public information. But we also believe journalists must adjust to changing norms, and focus on defending and defining the right to reveal the secrets that matter.

We expect our reporters to consider context in three categories of privacy decisions, and to be particularly sensitive when it comes to minors:

• *Search engine indexing*: In some cases, we may identify a person by a version of their name other than the one that is widely used in searches, or anonymize them entirely, if it can be done in a way that does not substantially distort the reporting and may protect that person from having, for instance, the worst day of their life perpetually define their online identity.

• *Social media*: We should be attentive to the intended audience for a social media post, and whether vastly increasing that audience reveals an important story — or just shames or embarrasses a random person. We should not automatically or even typically comply with a poster's original intention — but we should be aware of it.

• *Hacked data* — We would only publish hacked material or material culled from a dataset if there is an overwhelming public interest in doing so, based on a major piece of history, and to maintain a high bar for news value and context of potentially embarrassing personal information that is being weaponized.

### Products

BuzzFeed News writers can accept and may request samples of consumer products for evaluation or for photo shoots (as props or construction material). These materials should stay at the office or at BuzzFeed's photo studios.

BuzzFeed News staffers should request media that they are potentially interested in writing about (books, screeners, albums, etc.). Physical materials are often provided for review purposes, like concert tickets, DVD screeners, etc.

### Pseudonyms

Freelancers and regular contributors should write under their own names or their professional pen names. We may make occasional exceptions for freelancers writing on important but sensitive topics, or for correspondents working on countries where journalism is dangerous or illegal. If you don't feel comfortable publishing under your own name, there are likely problems with the story that need to be addressed.

### Selfies

Selfies are fantastic and you should take them as often as possible with friends and loved ones. But BuzzFeed News reporters should use good judgment when taking images with their subjects. Ultimately, all staffers should answer this question when it comes to photographs: "Would taking a photo with this subject undermine the work I'm doing?"

### Source Meetings Over Meals or Drinks

BuzzFeed staffers should seek to pay costs incurred over the course of an interview or source meeting over a meal or drink.

### Travel, Junkets, and Set Visits

We are happy that we are able to send staffers to report and cover events. If there is a journalistic reason for a BuzzFeed News reporter to accept travel and/or lodging provided for or arranged by a source, BuzzFeed News will reimburse the source with an amount equivalent to what we would have paid for commercial travel. Where this isn't feasible, we will disclose where we've accepted travel or lodging.

### The Editorial and Business Relationship

BuzzFeed News relies deeply on the trust of our readers that we are bringing them accurate reporting, great storytelling, and useful service — and so we maintain a strict and traditional separation between advertising and editorial content.

### Ad Campaigns

We don't write about ads that are running on BuzzFeed unless they are genuinely newsworthy.

### BuzzFeed Entertainment Group

As BuzzFeed expands, we're going to be in more situations where BuzzFeed News is covering projects of people who have an affiliation with BuzzFeed Entertainment Group or other aspects of the company. When we're writing about someone who is affiliated with BFEG in any capacity, we should disclose that relationship.

*Disclosure: [Name] is an adviser [or another title] to the BuzzFeed Entertainment Group, which is part of the same company as BuzzFeed News.*

**BuzzFeed Investors**

Our investors have no influence on our reporting, and reporters should not take any special note of investors' views or interests. When we cover people who are investors in BuzzFeed, typically it is because of their other business interests. Editors, not reporters, are responsible for noting whether a subject is an investor. In those cases, we should disclose that relationship with a parenthetical sentence in the running text after mentioning their name: "*([Name/company] is an investor in BuzzFeed.)*"

**Cross-BuzzFeed Collaboration**

BuzzFeed News maintains a divide between advertising and editorial staff. However, management-level editorial employees may be asked to vet certain sponsorships or projects. Some forms of advertising — including video integrations and advertisements in podcasts — may also involve staffers' participation in a clearly disclosed form.

**Distribution Partners**

BuzzFeed has business relationships with platforms ranging from social networks to television channels, under which BuzzFeed is paid for content, shares in advertising revenue against that content, or has some other arrangement. BuzzFeed News staffers should disclose these distribution relationships when we are writing about the specific product or program involved in the relationship. For instance, we should disclose that BuzzFeed has a Snapchat Discover channel when we are writing about Snapchat Discover as a product, or about Snapchat's strategy around media partnerships. It is not necessary to disclose this relationship at every mention of the partner. Editors, not reporters, are responsible for noting whether a subject is a partner.

**UPDATE**

December 31, 1969, at 7:00 p.m.

This post now includes updated guidelines on customer service complaints, fundraising, and political speech, as well as new guidelines on privacy and opinion.

Shani Hilton is the VP of news and programming for BuzzFeed News and is based in New York.
Contact Shani O. Hilton at shani.hilton@buzzfeed.com.

Got a confidential tip? Submit it here.

# Create your own post!

This post was created by a member of the BuzzFeed Community. You can join and make your own posts and quizzes.

Sign up to create your first post

News moves fast. Keep up with the BuzzFeed News daily email!

| Your email address | Sign up |

# EXHIBIT 6

 **BuzzFeed News**

REPORTING TO YOU

# The BuzzFeed News Standards And Ethics Guide

**We published this guide to keep BuzzFeed News writers, reporters, and editors accountable to our readers.**

 **Shani O. Hilton**
BuzzFeed Head of US News

Last updated on September 12, 2019, at 6:58 p.m. ET
Posted on January 30, 2015, at 2:58 p.m. ET



*BuzzFeed News*

BuzzFeed News has the opportunity to help shape a new set of standards for a new generation of media. We are offering these standards to our staffers and to our readers as a first attempt at articulating the goal of merging the best of traditional media's values with deep shifts in the forms of media and communication. Our intent with this document is to provide context and support for BuzzFeed News staffers in making smart, responsible, and ethical choices as we tell the most honest, troublemaking, revelatory, heartwarming, gripping, and entertaining stories we can.

These standards were shaped in conversations with our writers and editors and colleagues in the industry, and we expect them to evolve as they're tested. BuzzFeed News is still growing up too, and these are aimed at helping us on our way, and at reflecting the kind of media company we want to be. We are making this document public to keep BuzzFeed News' writers, reporters, and editors accountable to our readers.

The document is separated into four sections: 1) Sourcing, 2) Corrections, Updates, Deletions, and Errors, 3) Legal and Ethics, and 4) The Editorial and Business Relationship. The guidelines in this document apply to BuzzFeed's global news operation for entertainment content.

Finally, this guide is intended to provide principles rather than offer specific answers to every possible ethical question that arises. Writers and editors make tough editorial decisions every day, and the hardest and most important calls rarely have obvious answers.



## Sourcing

**Embeds**

We often embed Instagram images and tweets in news and entertainment. But in the case of sensitive subjects — sexual assault, LGBT issues, and racial bias, for example — we should be aware and respectful of the fact that many ostensibly public Twitter users consider themselves part of distinct communities. *Outside of breaking news situations*, writers are encouraged to contact Instagram and Twitter users when embedding a photo or a tweet on a sensitive subject. Contacting the user has the added benefit of giving the story more context for the reader. In cases where identifying the user is inappropriate but the content is still newsworthy, screenshots with the name and image blurred are fine.

**Fact-Checking**

Fact-checking can be provided for deep narrative features and investigative projects. Reporters are expected to be accurate, and editors are expected to flag any questions they have for their writers before publishing. Additional accurate

information can always be added after publishing — removing bad information
is more difficult (see Corrections and Updates for more information).

## Information and Facts

Information — excluding common knowledge — should come from a verified
source. Wikipedia, IMDb, and other websites that anyone can edit should never
be used as sources in a story; they are places to begin research, not to finish it.
Acceptable verified sources include interviews, legal documents, research by
experts, academic journals, databases, and, with attribution, stories from
trusted news organizations.

## Plagiarism

To plagiarize is to trick the reader. Nothing may be copied, pasted, and passed
off as one's own work, including press releases.

## Polls and Other Studies

When considering reporting on a study or poll, ask these questions: Have the
authors included a detailed methodology? How many people did they study? (For
most studies, be skeptical of anything below 100; for polls, anything below
1,000.) Do the authors have any conflicts of interest? For medical studies: Was
the study performed on humans, or other animals? (Drugs, for example, that
work in mice might fail in humans.) For polls: How, precisely, were the questions
worded? Never take information directly from a press release. Instead, ask the
authors for a copy of the actual study or poll. When you're asking readers to vote
for fun, don't suggest that results reflect a scientific sample. The data journalism
team is available to assist staffers who have questions about data.

## Press Releases

Reporters may quote from press releases and should make the source clear —
"said in a press release." With that said: Interviews are always better.

## Quotes

• *Anonymous quotes:* Interviews are always on the record until a reporter agrees
to go off the record or on background. Anonymous quotes are permitted, though
writers should always try to get a source on the record before agreeing to let

them be anonymous. Staffers should spell out why their source is anonymous and include an explanatory line in the story that the reader will understand. When possible, writers should share the source's identity with their editor, unless it's a very extreme case, in which case the editor-in-chief should be consulted prior to publication. We don't have an arbitrary number of anonymous sources required to verify a story: One well-placed anonymous source is worth more than four anonymous sources who are all repeating the same rumor.

Writers should also take precautions not to reveal the identity of confidential sources, including avoiding putting a source's name in writing on unsecured channels.

• *Attribution*: All quotes are to be attributed. Quotes that have been given directly to a BuzzFeed News staffer should be noted as such by using the words "told BuzzFeed News" (or in some cases, "BuzzFeed Health" or "BuzzFeed Reader") at least once in the story. Quotes from other outlets should be attributed to that outlet: "told the Guardian," etc., with a link to the article. Quotes that come from the wire services we subscribe to should also be attributed: "told the Associated Press" or "the Associated Press reported."

• *Quote approval*: As a general rule, BuzzFeed writers are not permitted to have quotes approved by sources or share story drafts with their subjects. As a courtesy, or to double-check their work, a writer may choose to call or email a source and describe how they are quoted in a story. "No surprises" letters are also a welcome way of letting sources and subjects know what will be in a story: Sending a note to the subject that includes allegations or a description of what will be published is a reporting tool that also acts as a safeguard for the reporter. There are rare exceptions to the quote-approval rule, particularly in countries where that practice is the norm — but writers should push back as a first response, and discuss with an editor before agreeing.

• *Quote disputes*: If a source disputes a quote as published, the writer and their editor may review the writer's notes and recordings to determine if the complaint is warranted. If warranted, the quote will be updated and a correction issued. If a source disputes the way their position was characterized, rather than a specific quote, an editor should determine whether the complaint is valid.

## Corrections, Updates, Deletions, and Errors

**Body Copy**

Changes to body copy may require a notification to the reader via an update or
correction. Stories that are ongoing with breaking news can be updated with
information as it becomes available — by using either subheads with a manual
timestamp or the breaking news template with an automatic timestamp to alert
the reader to updates.

**Corrections and Updates**

There are a number of ways to add updates for clarity and context to written
news articles: using the update option in the CMS, writing through the body
copy with the additional information, or adding the latest news to the top of the
post. Consult with your editor to choose the best option.

Fixing incorrect copy should be done using the correction subbuzz. For full
information on how and when to write corrections or updates, see the <u>BuzzFeed
Style Guide</u>. Corrections are flagged to the copydesk; if you have questions on
wording or styling, email (or walk over and visit!) them for guidance.

Distributed platforms will not always offer these tools for corrections, but we
should strive for clarity and transparency in the spirit of these rules, given the
options the platform makes available.

**Deletions**

News items should not be deleted for reasons related to their content, or because
a subject or stakeholder has asked you to do so. If a technical issue arises — like a
duplicate post or an incorrect URL — email bugs or your manager. If a post was
published ahead of schedule, remove it from all site promotion and ask bugs to
unpublish it for you. If two people inadvertently created a post on the same
subject, both posts should be left on the site.

If some information in a post is incorrect or obsolete, it is acceptable to delete
that information and add a brief correction or update explaining what was
removed.

Getting hoaxed should be avoided through diligence and reporting, but if an entire post is incorrect or if it has turned out to be a hoax, 1) append "— Updated" to the end of the headline and note in the deck that the story is false, and 2) add a correction subbuzz to the top of the post. The rest of the copy may stand as it did originally.

There are two cases in which deletions may be necessary: First, on some distributed platforms, editing content is not an option, in which case content may be deleted and in some cases edited and reposted, with an explanation on that platform in either case. Second, in some countries, the law requires the deletion of content in some cases. In those cases, we will comply with local law.

The deletion process for Community posts differs from editorial standards. For more information, review our Community Guidelines and Terms of Service.

**Display Copy**

Updating display copy — headlines, decks, and photo captions — for clarity, spelling, or style does not require a correction. Factual errors do require a correction.

**Images**

For information on updating images, contact the photo desk.

## Legal and Ethics

**Activism**

We firmly believe that for a number of issues, including civil rights, women's rights, anti-racism, and LGBT equality, there are not two sides. But when it comes to activism, BuzzFeed editorial must follow the lead of our editors and reporters who come out of a tradition of rigorous, neutral journalism that puts facts and news first. If we don't, it makes it harder for those reporters to do their jobs.

**Allegations**

Legal counsel should review stories with serious or potentially damaging allegations in them; if there is any doubt, do not hesitate to contact them. Writers are also encouraged to send a "no surprises" letter to subjects of investigative reports prior to publication, giving them time to comment. Any questions on how to word the letter should be run by your editor. For information on libel or conducting privileged conversations, contact general counsel.

**Animal Visitors**

We seek to follow the Humane Society of the United States' suggestion that you should "never put an animal in a situation that you wouldn't want to see your newborn baby in." Staffers should never purchase or rent wild animals, or bring exotic animals into the office. When we have animal guests visiting, they should be treated like any other guest — i.e., their needs for food, water, rest, and personal space should all be met. Handlers should accompany animals who come into BuzzFeed spaces, and staffers should always follow the guidelines that handlers lay out.

**Awards**

We are pleased when our colleagues' work is honored by their peers, and we apply for leading journalism awards. We do not apply for or accept awards from advocacy organizations we cover, and staffers should not apply for those awards — though if anyone chooses to call attention to or honor our work, we welcome it. If you wish to submit your work for an award independently, talk to your manager about it.

**Compensating Sources**

We do not pay sources for interviews. If an interview incurs costs to a source through travel or work compensation lost, we may be able to reimburse them, but check with your editor before agreeing to do so.

**Conflict of Interest and Disclosure**

If you're asking yourself, "Is this a conflict of interest?" it likely is. Readers are also a good barometer for this; take a moment to consider whether the reader

would see a conflict of interest. Writers and editors should disclose if they have a financial or personal stake — Is the subject a friend or significant other? Have you disclosed this? — in the issue they are covering. Reporters should not have a financial stake in a company in the industry they cover. Check with your editor about whether disclosure is enough, or whether the story should be reassigned.

**Customer Service Complaints**

Reporters and editors should not use their work-related email accounts, social media accounts, or other BuzzFeed-related platforms to seek customer service assistance. It's fine, however, to tweet in general about issues with, say, the subways or other private or public services, as long as you aren't seeking — or receiving — special treatment. For example:

*Okay*: "The face unlock on my new iPhone X never works."

"The seats on @FlyFrontier Airlines are too close together for normal human legs."

*Not okay*: "@apple, I can't get face unlock working on my iPhone X. Little help?"

"@frontiercares I paid for extra legroom but my knees are *completely* jammed up against the seat in front of me."

**Disclosing Provided Materials**

We should note when items such as clothing or appliances have been furnished to us for review. When an item or items was/were provided and used in the test kitchen or as part of a photo shoot, but not reviewed, writers should disclose that at the bottom of the post.

**Fundraising**

Reporters and editors should not fundraise for organizations BuzzFeed News covers, with the exception of professional groups and organizations primarily advocating the defense of a free press. Reporters shouldn't give money to groups they cover. And while there is of course no reason not to give charitable contributions, staffers should obviously be aware that those may not remain private.

**Gifts**

Gifts that aren't review material (books, music, DVDs) or edible typically should be returned or donated. A rough guide — though imperfect — for determining if you can keep a gift is whether the item costs $25 or less. If it costs more than $25, talk to your editor.

**Graphic Content**

While it ultimately comes down to the calls of the newsroom managers on duty, we concluded that BuzzFeed.com is not an artificial wall between our readers and graphic content. Generally speaking, we will embed or link to the graphic content we are writing about. On our owned-and-operated platforms, we also have technical tools that give our readers the opportunity to opt in to view graphic content. Marking a post NSFW in the CMS prevents it from going into our 13+ BuzzFeed app.

• *Profanity*: We speak the language of the internet — which is often hilarious and often profane. As such, profanity is permitted on BuzzFeed; but see the BuzzFeed Style Guide for more information on how to style it responsibly.

• *Sex and nudity*: Nudity or sex should be avoided if it's prurient or pornographic. Newsworthy or artistic nudity or instructional sexual content can be posted as long as the post has been clearly marked NSFW in the deck and in the CMS.

• *Violence*: Images that show blood, gore, or violent abuse should be covered with the graphic overlay tool, allowing readers to click if they wish to see the images. These posts should be marked "sensitive" in the CMS. When covering extreme violence or death, use discretion when embedding — sometimes it's best to link out.

If you have questions about whether you should post something because of its graphic nature, talk to your editor and/or the manager on duty.

**Interviews**

Giving a subject a general sense of the direction of the interview is fine, but we should decline to provide questions to subjects in advance of an in-person interview. Interviews conducted over email, Facebook Messenger, or Gchat are

permitted — but in-person, video, and telephone interviews are often more
valuable.

## Mass Shootings

Do not be gratuitous with a shooter's name, photo, and video in posts, headlines,
thumbnails and social shares, and on platforms; because it exists doesn't mean
we automatically run it. Don't censor the facts/news when naming a shooter, or
using a photo, or discussing the motive when it is necessary in the moment and
during follow-up reporting. Use judgment each time.

## Opinion

When BuzzFeed News publishes opinion pieces, they should be clearly labeled as
opinion, both on the article page and in any social promotion. Our publication of
these pieces does not mean an endorsement of the views contained within them.
However, we seek to publish only opinion pieces that we believe were written in
good faith, by people who we believe have a credible history of good-faith
participation in the public sphere, and add a unique voice to the public debate
around a topic of news value.

Our opinion section welcomes commentary from people with diverse political
views, but it is not a place for trolls, dishonesty, or spin.

## Outside Income

BuzzFeed News staffers who make money for work done outside of the company
should disclose that information when they are hired. We discourage most
freelance writing because we love your work and would like to publish the best
things you write on BuzzFeed, but there are occasional exceptions. If you're
doing something BuzzFeed would publish — pretty much anything but a novel
or a screenplay — we'd like to run it. Please consult your manager if you think we
should make an exception, and we'll consider it on a case-by-case basis.

We try to accommodate all book deals and will in most cases offer up to six
months of unpaid book leave. If you're thinking of writing a book, please consult
your manager first. Contract work and paid speaking engagements will be
considered on a case-by-case basis and should also be cleared with your manager
and PR. Staffers who do outside work related to the field they cover should
adhere to the ethical guidelines set forth in this document for their personal

work as well. If a staffer is making outside income from a specific company, that staffer is not permitted to write about that company.

BuzzFeed News staffers should not cover any individual, organization, or service in which they have a financial interest. Staffers are not permitted to invest in companies they cover. Staff may not buy, sell, or in any way trade in stocks, funds, or currencies based on stories BuzzFeed News will publish. Staffers may not short any financial instruments.

### Photography

Our original photography and image selection should not attempt to deceive the reader in any way. Subjects should be shown in the reality of the moment they are captured in. Materially manipulating images — such as reversing, distorting, or adding/removing people — is not allowed except in the cases of creating a photo illustration, which the caption will note. Minor adjustments to cropping, color, sharpening, etc., that do not materially change the photograph are permissible.

### Political Speech

Reporters and editors should refrain from expressing partisan opinions about candidates, policy, and other public issues that BuzzFeed News covers. News staffers are not permitted to donate money or volunteer time for political candidates or campaigns, or to participate in demonstrations.

We do, however, expect reporters to engage in conversations on social media, legacy media, events, and street corners on subjects in which they have expertise or interest. In all those contexts, reporters should avoid saying things they wouldn't say in a news article or broadcast — that is, statements they can't back with reporting. And reporters should generally consider the value of commentary that may make their colleagues' work harder on specific beats. (Culture writers, whose work may be more overtly political or opinionated, should hold their comments to the same standards they do in their work.)

### Privacy

Digital media — the ubiquity of recording, the vast quantity of speech on social media, the power of search — has changed how regular people think about the principles of free speech. We believe deeply in those principles and in our right

to report public information. But we also believe journalists must adjust to changing norms, and focus on defending and defining the right to reveal the secrets that matter.

We expect our reporters to consider context in three categories of privacy decisions, and to be particularly sensitive when it comes to minors:

• *Search engine indexing*: In some cases, we may identify a person by a version of their name other than the one that is widely used in searches, or anonymize them entirely, if it can be done in a way that does not substantially distort the reporting and may protect that person from having, for instance, the worst day of their life perpetually define their online identity.

• *Social media*: We should be attentive to the intended audience for a social media post, and whether vastly increasing that audience reveals an important story — or just shames or embarrasses a random person. We should not automatically or even typically comply with a poster's original intention — but we should be aware of it.

• *Hacked material*: We should be particularly attentive with hacked material to treat the intention of the hacker as a major part of the story, and to maintain a high bar for news value and context of potentially embarrassing personal information that is being weaponized.

## Products

BuzzFeed News writers can accept and may request samples of consumer products for evaluation or for photo shoots (as props or construction material). These materials should stay at the office or at BuzzFeed's photo studios.

BuzzFeed News staffers should request media that they are potentially interested in writing about (books, screeners, albums, etc.). Physical materials are often provided for review purposes, like concert tickets, DVD screeners, etc.

## Pseudonyms

Freelancers and regular contributors should write under their own names or their professional pen names. We may make occasional exceptions for freelancers writing on important but sensitive topics, or for correspondents working on countries where journalism is dangerous or illegal. If you don't feel

comfortable publishing under your own name, there are likely problems with the story that need to be addressed.

### Selfies

Selfies are fantastic and you should take them as often as possible with friends and loved ones. But BuzzFeed News reporters should use good judgment when taking images with their subjects. Ultimately, all staffers should answer this question when it comes to photographs: "Would taking a photo with this subject undermine the work I'm doing?"

### Source Meetings Over Meals or Drinks

BuzzFeed staffers should seek to pay costs incurred over the course of an interview or source meeting over a meal or drink.

### Travel, Junkets, and Set Visits

We are happy that we are able to send staffers to report and cover events. If there is a journalistic reason for a BuzzFeed News reporter to accept travel and/or lodging provided for or arranged by a source, BuzzFeed News will reimburse the source with an amount equivalent to what we would have paid for commercial travel. Where this isn't feasible, we will disclose where we've accepted travel or lodging.

## The Editorial and Business Relationship

BuzzFeed News relies deeply on the trust of our readers that we are bringing them accurate reporting, great storytelling, and useful service — and so we maintain a strict and traditional separation between advertising and editorial content.

### Ad Campaigns

We don't write about ads that are running on BuzzFeed unless they are genuinely newsworthy.

**BF.com (BFDC)**

As BuzzFeed expands, we're going to be in more situations where BuzzFeed News is covering projects of people who have an affiliation with BuzzFeed.com or other aspects of the company. When we're writing about someone who is affiliated with BFDC in any capacity, we should disclose that relationship.

This should be done in italics at the bottom of a post in the following way:

*Disclosure: [Name] is an adviser [or another title] to BuzzFeed.com, which is part of the same company as BuzzFeed News.*

**BuzzFeed Investors**

Our investors have no influence on our reporting, and reporters should not take any special note of investors' views or interests. When we cover people who are investors in BuzzFeed, typically it is because of their other business interests. Editors, not reporters, are responsible for noting whether a subject is an investor. In those cases, we should disclose that relationship with a parenthetical sentence in the running text after mentioning their name: "*([Name/company] is an investor in BuzzFeed.)*"

**Cross-BuzzFeed Collaboration**

BuzzFeed News maintains a divide between advertising and editorial staff. However, management-level editorial employees may be asked to vet certain sponsorships or projects. Some forms of advertising — including video integrations and advertisements in podcasts — may also involve staffers' participation in a clearly disclosed form.

**Distribution Partners**

BuzzFeed has business relationships with platforms ranging from social networks to television channels, under which BuzzFeed is paid for content, shares in advertising revenue against that content, or has some other arrangement. BuzzFeed News staffers should disclose these distribution relationships when we are writing about the specific product or program

involved in the relationship. For instance, we should disclose that BuzzFeed has a Snapchat Discover channel when we are writing about Snapchat Discover as a product, or about Snapchat's strategy around media partnerships. It is not necessary to disclose this relationship at every mention of the partner. Editors, not reporters, are responsible for noting whether a subject is a partner.

## UPDATE

November 2, 2018, at 11:36 a.m.

This post now includes guidelines on covering mass shootings, as well as updated guidelines on outside income and sourcing.

## UPDATE

January 5, 2018, at 6:02 a.m.

This post now includes updated guidelines on customer service complaints, fundraising, and political speech, as well as new guidelines on privacy and opinion.



Shani Hilton is the VP of news and programming for BuzzFeed News and is based in New York.

Contact Shani O. Hilton at shani.hilton@buzzfeed.com.

Got a confidential tip? Submit it here.