# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELON MUSK,<br><br>　　　　Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE NO. 4 TO EXCLUDE THE EXPERT OPINION OF ERIC W. ROSE** |

**[PROPOSED] ORDER**

Defendant Elon Musk's Motion in Limine No. 4 to Exclude the Expert Opinion of Eric W. Rose, came for hearing before the Court on November 25, 2019. After full consideration of all moving and opposition documents, declarations in support thereof, the Court's record and file in this matter, and the arguments of counsel,

**IT IS HEREBY ORDERED** as follows:

Defendant's Motion in Limine No. 4 to Exclude the Expert Opinion of Eric W. Rose is **GRANTED.**

The Court hereby **ORDERS** that, pursuant to Fed. R. Evid. 701, 702, and 403, the testimony of Eric W. Rose shall be excluded in its entirety.

Dated: November ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge