QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
 alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
 robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
 michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
 jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DECLARATION OF MICHAEL T. LIFRAK IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO 5 TO EXCLUDE THE EXPERT OPINION OF DR. BERNARD J. JANSEN**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: December 2, 2019<br><br>Hearing Date:  November 25, 2019<br>Time:          3:00 p.m.<br>Courtroom:     10A |

**I, Michael T. Lifrak, declare as follows:**

1.     I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendant Elon Musk.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.     I submit this declaration in support of Mr. Musk's Motion in Limine No. 5 to Exclude the Expert Opinion of Dr. Bernard J. Jansen.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. Bernard "Jim" Jansen, served on Defendant on September 13, 2019.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the November 4, 2019 deposition of Dr. Bernard "Jim" Jansen in this case.

5.     Attached hereto as **Exhibit 3** is a true and correct copy of Exhibit 152 to the November 4, 2019 deposition of Dr. Bernard "Jim" Jansen, *Elon Musk calls British diver in Thai cave rescue a 'pedo' in baseless attack*, FEEDIMO (July 15, 2018), https://feedimo.com/story/29871311.

6.     Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 153 to the November 4, 2019 deposition of Dr. Bernard "Jim" Jansen, Bill Murphy Jr., *If You're Calling Someone a 'Pedo' on Twitter, Elon Musk, It's Time to Take a Long, Hard Look at Your Life*, INC.COM (July 16, 2018), https://www.inc.com/bill-murphy-jr/if-youre-calling-someone-a-pedo-on-twitter-elon-musk-its-time-to-take-a-long-hard-look-at-your-life.html.

7.     Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 147 to the November 4, 2019 deposition of Dr. Bernard "Jim" Jansen, Adrienne LaFrance, *The Internet Is Mostly Bots*, THE ATLANTIC (January 31, 2017), https://www.theatlantic.com/technology/archive/2017/01/bots-bots-bots/515043/.

8.     Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 150 to the November 4, 2019 deposition of Dr. Bernard "Jim" Jansen, Patrick Langridge,

*How Accurate Are Website Traffic Estimators?*, SCREAMING FROG (June 13, 2016), https://www.screamingfrog.co.uk/how-accurate-are-website-traffic-estimators/.

      9.     Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 151 to the November 4, 2019 deposition of Dr. Bernard "Jim" Jansen, Joshua Hardwick, *Find Out How Much Traffic a Website Gets: 3 Ways Compared*, AHREFS (August 16, 2018),  https://ahrefs.com/blog/website-traffic/.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed in Los Angeles, California.

DATED: November 8, 2019

By_____
      Michael T. Lifrak

# EXHIBIT 1

## I.   <u>INTRODUCTION</u>

1.      I have been retained by the law firm of L. Lin Wood, P.C. to provide expert analysis and opinion on behalf of Mr. Vernon Unsworth in the case Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant, Case No. 2:18-cv-8048, which is pending in the United States District Court, Central District of California.

## II.   <u>QUALIFICATIONS</u>

2.      I am an adjunct professor at the College of Information Sciences and Technology at The Pennsylvania State University (Penn State), University Park, Pennsylvania, since 2017, where I have been employed since 2001. I was a tenure-track professor at Penn State from 2002 through 2016, departing as a tenured full professor in 2017 to become a principal research scientist at the Qatar Computing Research Institute (QCRI). I was a Senior Fellow at the Pew Internet & American Life Project, which is part of the Pew Research Center, from 2010 through 2012. I was a University Expert at the National Ground Intelligence Center from 2011 through 2014. Prior to my employment at Penn State, I was a Lecturer in the Computer Science Program at the University of Maryland (Asian Division) for 1 year, and before that, I was an Assistant Professor in the Department of Electrical Engineering and Computer Science at the United States Military Academy (USMA), a.k.a. West Point, for three years.

3.      In addition to my academic credentials, my professional experience includes 20 years of practice in the U.S. military, serving in the Infantry as an enlisted soldier and then as a communications officer, working primarily in a variety of information technology-related positions.

4.      I am currently the editor-in-chief of the international academic journal, <u>Information Processing and Management</u>, which is a top-ranked journal in the information science field, and

1

former editor-in-chief of the journal, Internet Research, a top-ranked journal in the web science domain.

5.      I have authored approximately 350 academic publications, focusing on the areas of Web data, digital analytics, Web analytics, Web searching, Web search engines, social media, and related areas. Approximately 250 of my publications address aspects of search analytics, Web analytics, online advertising, search engines, or Web searching. Some of my recent research work focuses on online news analytics, which is the investigation of the online qualitative and quantitative attributes of news stories with other digital content, and social computing analytics, which is the investigation of social behavior using algorithmic methods. I have authored, co-authored, or co-edited four books, including Web Search: Public Searching of the Web (2007), Understanding User – Web Interactions via Web Analytics (2009) and Understanding Sponsored Search (2011). A copy of my complete curriculum vitae, which includes a list of all publications I have authored in the past ten years, is attached as **Appendix A**.

6.      My fields of professional expertise include web analytics, search engines, web searching, social media, online advertising, and related computer science and data science areas. In the course of my academic career, I have worked with a variety of search engines and information searching applications to understand user searching behavior on the Web and other environments. For example, as part of my Master's program in Computer Science, I designed and coded a text-based search engine. For my Doctorate program in Computer Science, I developed a program interface for Web search engines and implemented it on the Gigabyte search engine. In subsequent research, I have worked with the Microsoft Internet Information Services (IIS) and Verity commercial searching systems.

Exhibit 1, Page 4

7.     As a computer scientist, I have engaged and am experienced with classic computer science areas, such as programming, software development, algorithms, and networking. I have taught a wide variety of computer courses, including micro-computing, programming (in various programming languages), and the Web/Internet, at both the undergraduate and graduate level.

8.     Concerning user searching behaviors on the Web and web analytics, I have worked directly with real-user searching data from several web search engines. I have also analyzed web data of visitor traffic and other attributes from a variety of websites and social media platforms. I have analyzed real-user data from online search marketing campaigns and user referral traffic to websites. I have conducted research and teaching concerning aspects of websites, including search engine keyword advertising. I have developed web analytics models and processes for analysis of business goals, and I have used web analytics data in both my research and teaching. I've also conducted other research on user searching behaviors.

9.     I have advised government agencies and companies in consulting and expert witness matters. A list of cases in which I have testified as an expert in deposition or trial in the past four years is attached as **Appendix B**.

10.    I am being compensated for my work on this case at the rate of $400 per hour.

III.    **ASSIGNMENT AND MATERIALS CONSIDERED**

11.    In providing my expert opinion, I have been asked to respond to the following question:

Exhibit 1, Page 5

12.    *What is the level of dissemination of the defaming statements made by Mr. Elon Musk asserting that Mr. Vernon Unsworth is a pedophile[1], is a child rapist[2], married a child[3], or is involved in child sex trafficking[4]?*

13.    For brevity, I refer to the defaming statements by Mr. Musk against Mr. Vernon Unsworth as the *defaming statements*, *statements*, or *defaming statements against Mr. Unsworth*.

14.    In referring to these statements as defaming, I am employing the laymen's dictionary definition of defamation[5] (i.e., defamation per se).

15.    My analysis is based on my experience, training, knowledge, and education and is formed through the application of that experience, training, knowledge, and education in the principles of web data collection, web analytics, web search, search engines, websites, web traffic analysis, and related market analysis.

16.    The references that I considered in preparing this report are listed in **Appendix C**. Printouts of these references on the date that I reviewed them are included as separate attachments.

17.    The links to each of the articles containing the defaming statements used in my analysis are listed in **Appendix D**.

18.    For the traffic to the domains hosting these articles, I retrieved the number of unique visitors via the SimilarWeb Application Program Interface (API)[6]. This unique visitor traffic data is presented in **Appendix E**.

---

[1] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, Exhibit D and Exhibit E
[2] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, Exhibit K
[3] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, Exhibit K
[4] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, Exhibit K
[5] Merriam-Webster: "the act of communicating false statements about a person that injure the reputation of that person: the act of defaming another". See https://www.merriam-webster.com/dictionary/defamation
[6] SimilarWeb API Documentation https://www.similarweb.com/corp/developer/estimated_visits_api

IV.   **SUMMARY OF OPINIONS**

19.    Based on my research and analysis in connection with this assignment, which is described in more detail in the body of this report, along with my own experience, training, knowledge, and education as stated, I have reached the following opinions:

20.    *The defaming statements made by Mr. Elon Musk asserting that Mr. Vernon Unsworth is a pedophile, is a child rapist, married a child, and/or is involved in child sex trafficking:*

    a.   *have been disseminated on at least 354 online media or other sites,*

    b.   *in at least 605 stories or articles,*

    c.   *with more than 98 million[7] potential daily unique visitors,*

*since the statements were made to the date that I filed this report, inclusive.*

21.    Note that these articles are still available online from various news and other web sites and have been since the dates that they were posted. The articles are, most likely, still being viewed by people visiting these websites.

22.    These numbers are conservative. It is more likely than not that the defaming statements have received wider dissemination due to factors discussed in more detail later in this report, which are:

    a.   I most likely have **not** located all the references to the defaming statement on every website by the time of the submission of this report.

    b.   I did **not** examine dissemination of the statements via print, radio, or other broadcast media.

    c.   I did **not** measure face-to-face dissemination of articles containing the defaming statements.

---

[7] The exact traffic number I arrived at is 98,362,092 potential daily unique visitors.

d.   I did **not** include email messages, personal social media messages, articles behind firewalls, etc. containing the defaming statements.

e.   I did **not** include websites that might have hosted the defaming statements but removed them before I conducted my search.

f.   I did **not** include websites where visitor data is not available or where I could not confirm the number of visitors.

g.   I did **not** include multiple articles on multiple days from the same media outlet (i.e., the unique visitors number for each domain includes only one day of traffic).

h.   I did **not** include articles that link to the defaming statements.

i.   I did **not** include multiple individuals reading the same article at or about the same time via the same device.

j.   I did **not** include in my analysis articles that were in non-English (i.e., the number of articles only includes those written in English).

k.   I did **not** include in my analysis articles primarily about the legal case[8].

l.   I did **not** include the counts of those people who may have seen the defaming statements in search results.

m.   Finally, I did **not** include the counts of those who may have seen the defaming statements primarily on social media platforms.

## V.    <u>**BACKGROUND WEB ANALYTICS FOR TRAFFIC ANALYSIS**</u>

23.    In the course of forming this opinion, I implemented numerous web analytics and related techniques commonly used in the industry. To more clearly discuss these techniques, I define the following terms:

---

[8] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation

Exhibit 1, Page 8

- **<u>Dissemination</u>**: the act of spreading or the circulation of information or articles.

- **<u>Domain</u>**: a specific Internet website administered as a unit and defined by an Internet Protocol (IP) address; commonly known as a website.

- **<u>Web Analytics</u>**: the measurement, collection, analysis, and reporting of web data.

- **<u>Visits</u>**: a count of all the traffic to a website in a given period, including both unique and repeat visits.

- **<u>Unique Visits</u>**: visitor traffic to a website within a given period that includes only the first visit (i.e., subsequent visits are ignored), which excludes repeating visits; provides a count of the people visiting a site in a given period.

- **<u>Repeat Visits</u>**: visitor traffic to a website in a given period that **just** includes multiple visits from the same set of IP addresses (i.e., IP addresses with more than one visit); provides a count of the people visiting a site more than once in a given period. An individual is usually defined by a combination of IP address and browser within a given period but can also be defined by more sophisticated methods.

- **<u>Unique Daily Visitors</u>**: visitor traffic to a website that visits a site at least once in a given 24-hour period. Each visitor, to the site, is counted once during the reporting period, which means it excludes repeat visits; provides a count of the people visiting a site on a given day.

24.    In forming my opinion, I utilized accepted web analytics and related methodologies. To that end, I employed various publicly available online analytics services, as well as subscription-based services in conducting my research, including:

- **SimilarWeb**: an online service that provides web traffic data and analysis[9].

---

[9] SimilarWeb is a service that provides traffic estimations for websites and is used by agencies in the online advertising and marketing domain. Data for its estimation is collected from a variety of sources. See: SimilarWeb: Our Data We Have a Unique Approach to Measuring the Digital World. https://www.similarweb.com/corp/ourdata/

- **Comscore**: a marketing research, measurement, and analytics service.

- **Google Ads Keyword Tool**: an online service that provides the number of searches for a given set of keywords in a given month on the Google search engine.

- **Google Trends**: an online service that shows how often a particular term is relatively searched on the Google search engine in a given period.

25.     These tools offer a variety of data and analysis services, and they are frequently utilized by industry professionals in the search engine optimization, web analytics, and search engine marketing fields for the market, customer, and competitive analysis. Furthermore, when possible, I did my assessments, as outlined below, to validate the data and analysis results.

26.     I also utilized the Google search engine to assess the dissemination of articles containing the statements.

27.     When possible, I used multiple data sources, which is a data verification technique known as triangulation[10], where one uses multiple and disparate sources for analysis and then compare the results from the separate analysis. If the results are similar, it reinforces the conclusion that the overall data analysis is valid.

28.     In situations where I believed that I could not adequately verify the number of individuals or did not have confidence in the numbers in those situations, I did **not** include those numbers in the calculation.

29.     Concerning the accuracy of the article analysis, the number of article and number of domains where the statements have been disseminated is reliable, as this is straightforward to verify (i.e., The article is either posted on a site, or it is not posted. The article either contains the defaming statements, or it does not.). If anything, this is an undercount due to the reasons

---

[10] Triangulation (social science) http://en.wikipedia.org/wiki/Triangulation_%28social_science%29

discussed in this report, including there are most likely articles containing the defaming
statements that I have not been able to locate by the time that I submitted this report.

30.     Concerning the accuracy of the traffic analysis of these domains, the traffic
services that I used are the de facto industry standard tools for this type of investigation, with
billions of dollars in online advertising spend based on these and related numbers[11]. Therefore, I
consider them reliable also for the purpose employed here. I primarily employed SimilarWeb[12][13].

31.     Also, I take measures to ensure the traffic analysis results are conservative, as
discussed below.

## VI.   METHODOLOGY TO DETERMINE THE DISSEMINATION OF THE DEFAMING STATEMENTS AGAINST MR. UNSWORTH

32.     The original defaming statements were made by Mr. Musk via Twitter posts[14] and
via an email message to one or more reporters at BuzzFeed[15]. I briefly present these events and
associated metrics here.

33.     The original defaming statement appears to have been posted by Mr. Musk to his
Twitter account, which (as of 28 August 2018), had more than 22 million followers, whom all
could potentially have seen the defaming statements (see Figure 1).

---

[11] Jasmine Enberg (2019) Digital Ad Spending 2019 US. eMarketer. https://www.emarketer.com/content/us-digital-ad-spending-2019
[12] SimilarWeb is one of the major traffic estimation services. It is generally considered one of the most reliable of the traffic estimation services. See, for example: How Accurate Are Website Traffic Estimators? by Patrick Langridge. https://www.screamingfrog.co.uk/how-accurate-are-website-traffic-estimators/
[13] SimilarWeb is employed by a variety of major commercial businesses in a variety of domains for web traffic and related analysis. See: SimilarWeb Marketing Solution: The Most Reliable and Comprehensive Data on Competitor and Market Strategies.
[14] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, Exhibit I
[15] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, Exhibit A, Exhibit J, Exhibit K

34.     **Figure 1: Snippet of Banner of Twitter Account of Mr. Musk, with 22.4
million followers as of 28 August 2018**[16].



35.     In a series of tweets on 15 July 2018, Mr. Musk raises questions about Mr.
Unsworth being at the cave site (see Figure 2), refers to Mr. Unsworth as 'pedo'[17] (see Figure 3),
and seemingly confirms the accuracy of the earlier pedophile statement (see Figure 4).

36.     On 17 July 2018, Mr. Musk tweets that he apologizes for the statements (see
Figure 5).

37.     On 28 August, Mr. Musk seemingly confirms, again, the accuracy of the earlier
pedophile accusation against Mr. Unsworth (see Figure 6).

38.     As noted just in Figures 2-6, these combined tweets have been liked, re-tweeted,
or commented on by thousands of people, and they potentially have been viewed by many more
who did not interact with them directly or have seen them in the Twitter accounts of others.

---

[16] Image from: 2018-08-28 Tweets with replies by Elon Musk (@elonmusk) _ Twitter.pdf
[17] A standard abbreviation for pedophile. See: Ped- https://en.wikipedia.org/wiki/Ped-

39.    **Figure 2: Tweets from Mr. Musk Related to the Defaming Statement
Referring to Mr. Unsworth as a Pedophile, along with Number of Associated Comments,
Re-tweets, and Likes at the Time the Screenshot was Taken**[18].



40.    **Figure 3: Tweet from Mr. Musk Containing the Defaming Statement
Accusing Mr. Unsworth of Being a Pedophile, along with Number of Associated
Comments, Re-tweets, and Likes at the Time the Screenshot was Taken**[19].



[18] Image from: Catherine Shu (2018) Elon Musk tweets he'll 'bet ya a signed dollar that Thai cave rescuer is a
'pedo'. TechCrunch. https://techcrunch.com/2018/07/15/elon-musk-tweets-hell-bet-ya-a-signed-dollar-that-thai-
cave-rescuer-is-a-pedo/
[19] Image from: Harvey Day (2018) The diver called a 'pedo' by Elon Musk has hired a lawyer and is preparing to
sue. ShortList. https://www.shortlist.com/news/elon-musk-pedo-guy-twitter-drew-olanoff

Exhibit 1, Page 13

41.     **Figure 4: Tweet from Mr. Musk Seemingly Confirming the Defaming Statement Calling Mr. Unsworth a Pedophile, along with Number of Associated Comments, Re-tweets, and Likes at the Time the Screenshot was Taken**[20].



42.     **Figure 5: Tweet from Mr. Musk Stating that He Apologies to Mr. Unsworth, along with Number of Associated Comments, Re-tweets, and Likes at the Time the Screenshot was Taken**[21]

---

[20] Image from: Catherine Shu (2018) Elon Musk tweets he'll 'bet ya a signed dollar that Thai cave rescuer is a 'pedo'. TechCrunch. https://techcrunch.com/2018/07/15/elon-musk-tweets-hell-bet-ya-a-signed-dollar-that-thai-cave-rescuer-is-a-pedo/
[21] Image from: Elon Musk
https://twitter.com/elonmusk/status/1019472152796381185?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1019472152796381185&ref_url=https%3A%2F%2Fqz.com%2F1330546%2Felon-musk-apologizes-for-calling-cave-diver-vernon-unsworth-a-pedophile%2F

Exhibit 1, Page 14



43.     **Figure 6: Tweet from Mr. Musk Seemingly Confirming the Defaming Statement Calling Mr. Unsworth a Pedophile, along with Number of Associated Comments, Re-tweets, and Likes at the Time the Screenshot was Taken** [22]

---

[22] Image from: Elon Musk
https://twitter.com/elonmusk/status/1034481160783585280?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed&ref_url=https%3A%2F%2Fwww.shortlist.com%2Fnews%2Felon-musk-pedo-guy-twitter-drew-olanoff



44.     In response to Mr. Musk's tweet shown in Figure 3, there were numerous news articles, including one from BuzzFeed, a popular online media company, entitled [23] *Elon Musk Didn't Help Save The Thai Boys, Now He's Attacking Someone Who Did*. A document from BuzzFeed shows that this article received at least 447,000 views from the time of publication until the document was produced [24].

45.     In response to Mr. Musk's tweet shown in Figure 6, there were numerous news articles, including an article from BuzzFeed, entitled [25] *Elon Musk Has Revisited His Baseless Pedophile Claims*, published on 28 August 2018. A document from BuzzFeed shows that this

[23] Remy Smidt (2018) Elon Musk Didn't Help Save The Thai Boys, Now He's attaching Someone Who Did. Buzzfeed. https://www.buzzfeednews.com/article/remysmidt/elon-musk-attacks-diver-who-helped-rescue-thai-boys
[24] BuzzFeed0001-4
[25] Ryan Mac (2018) Elon Musk Has Revisited His Baseless Pedophile Claims. BuzzFeed. https://www.buzzfeednews.com/article/ryanmac/elon-musk-revisits-baseless-pedophile-claims

Exhibit 1, Page 16

article received at least 56,800 views from the time of publication until the document was produced[26].

46.     Apparently, in response to the BuzzFeed article of 28 August 2018 (see para above), Mr. Musk emailed the BuzzFeed reporter(s) on 30 August 2018. In the message, Mr. Musk makes further defaming statements against Mr. Unsworth, calling him a child rapist[27], having a child bride[28], and engaging in child sex trafficking[29], along with other comments.

47.     BuzzFeed published the email message in an article on 4 September 2018[30]. A document from BuzzFeed shows that this article received at least 348,000 views from the time of publication until the document was produced[31].

48.     So, from these two sources (Mr. Musk's Twitter account and the BuzzFeed articles), the defaming statements received substantial dissemination. From Mr. Musk's Twitter account, millions of people could have seen the defaming statements, and we know (based on the screenshots above of tweets containing the defaming statements) that thousands of people directly interacted with the tweets.

49.     From BuzzFeed documents[32], we know that hundreds of thousands of people, most likely, directly viewed the articles containing the defaming statements, and this number does not include people who may have seen the defaming statements without directly viewing

---

[26] BuzzFeed0001-6
[27] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, paragraph 88.
[28] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, paragraph 88.
[29] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, paragraph 88.
[30] Ryan Mac, Mark Di Stefano, and John Paczkowski (2018) In A New Email, Elon Musk Accused A Cave Rescuer Of Being A "Child Rapist" And Said He "Hopes" There's A Lawsuit. Buzzfeed.
https://www.buzzfeednews.com/article/ryanmac/elon-musk-thai-cave-rescuer-accusations-buzzfeed-email
[31] BuzzFeed0001-6
[32] BuzzFeed0001-1-6

the articles themselves (i.e., people who came to the site but did not directly click on the article). Like many online news sites, BuzzFeed presents lists of news articles in title format[33] (and with title-and-snippets format in search results), so people visiting the site could have seen the defaming statements without ever actually viewing the article (see Figure 7).

50.   **Figure 7: Example of Article Titles and Snippets on BuzzFeed Showing the Defaming Statements Made by Mr. Musk Against Mr. Unsworth.**



51.   Out of curiosity, I searched for Mr. Unsworth's online presence before the occurrences surrounding this event. Mr. Unsworth's online presence before 13 June 2018 is

---

[33] Articles related to the defaming statements appeared on the BuzzFeed front page at least on 18CTV July 2018, 28 August 2018, and 4 September 2018. See: 2018-07-18 BuzzFeed News_.pdf, 2018-08-28 BuzzFeed News _ Breaking News _ Original Reporting _ News Analysis.pdf, 2018-08-28 Tweets with replies by Elon Musk (@elonmusk) _ Twitter.pdf, and 2018-09-04 BuzzFeed News _ Breaking News _ Original Reporting _ News Analysis.pdf.

16

minimal, with an Instagram profile page, a Facebook profile page (with no posts the date that I checked), and a LinkedIn profile page (with one connection the date that I checked). Mr. Unsworth had little to no online presence until his appearance in a CNN story on the cave rescue[34]. Checking Google Trends[35] and Google Ads[36], there was little to no searching for *vernon unsworth*[37] prior to this event.

52.     As mentioned, my opinion is that articles containing the defaming statements have been disseminated on at least 354 online media or other sites in at least 605 separate stories or articles with at least a combined 98 million[38] potential daily visitors.

53.     This is a conservative assessment, and it is more likely than not, the statements have received wider dissemination due to the factors explained below.

54.     Even using this conservative assessment, the defaming statements were disseminated to outlets based in multiple countries, including the United States, the United Kingdom, Thailand, Australia, New Zealand, Japan, China, India, Russia, etc., covering thirty-one (31) countries in all. See **Appendix F** for a complete listing of countries in which the outlets are based.

55.     Of the 605 articles containing one or more of the defaming statements:

a.   465 (77%) articles primarily contain the defaming statement by Mr. Musk about Mr. Unsworth being a pedophile,

---

[34] Nick Glass The miraculous story of the Thai cave rescue. CNN. 13 July 2019. https://www.youtube.com/watch?v=d7uhm_OlXj4
[35] See Google Trends https://trends.google.com/trends/explore?date=all&geo=US&q=vernon%20unsworth
[36] See Google Ads Keyword historical metrics - vernon unsworth - Google Ads.pdf
[37] Using the phrase *vernon unsworth*
[38] The exact traffic number I arrived at is 98,362,092 potential daily unique visitors.

     b.   93 (15%) articles primarily concern a tweet from Mr. Musk where he apologized for his defaming statements against Mr. Unsworth, although all of these articles mentioned one or more of the defaming statements.

     c.   47 (8%) articles primarily concern the defaming statement by Mr. Musk of Mr. Unsworth being a child rapist/having a child bride.

56.     Of the 605 articles containing one or more of the defaming statements:

     a.   449 (74%) articles were published in the period 15 July 2018 – 3 September 2018,

     b.   71 (12%) articles were published in the period 4 September 2018 – 17 September 2018, and

     c.   85 (14%) articles were published in the period 17 September 2018 to the present[39].

57.     As Mr. Unsworth is a citizen of the United Kingdom, 103 (17%) of these 605 articles are from 34 outlets based in the United Kingdom with more than 18 million unique daily visitors.

58.     Concerning the procedure employed in determining the dissemination of the statements, I was not interested in articles that **just** discussed the story in general or other aspects of the story. I was specifically interested in only those articles that directly referenced the defaming statements and were not primarily about this case. This narrowed the focus to a subset of news articles and other articles which are less than the articles addressing the overall story.

---

[39] There were 27 articles that had no date, which I include in this count.

59.     To isolate these articles of interest, I generated a series of queries to specifically retrieve a set of articles that directly related to the defaming statements[40]. I also located articles via navigating from the set of retrieved articles. I started by searching for the actual defaming statements[41] and from here using the titles of retrieved articles for further searching. I employed a modified snowball technique[42], starting with these seed queries, adding and modifying terms until I was not retrieving a significant number of new results.

60.     An example of a search engine results page in response to one of these queries is shown in Figure 8.

61.     **Figure 8: Google search results for the search *Sorry pedo guy, you really did ask for it*.**

---

[40] In addition to the queries, I located articles via direction navigation via following the links in articles that I had already located.
[41] Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation, Exhibit D, Exhibit E, and Exhibit K
[42] Snowball Sampling https://en.wikipedia.org/wiki/Snowball_sampling

Exhibit 1, Page 21



62.    I then verified that each article contained the defaming statements by reviewing

each article used in my analysis to ensure that the articles directly referenced in some way the

defaming statements.

63.    So, articles relating to the overall story that did **not** mention the defaming

statements are **not** included in the analysis.

64.    In the end, I had a set of 605 online news articles or stories from the date the

defaming statements were made to the date that I filed this report that specifically referenced the

defaming statements to conduct my analysis, as outlined below. Each of these 605 online articles

Exhibit 1, Page 22

was posted online. The links to these articles[43] are listed in **Appendix D**, and file names of the article print-outs are listed in **Appendix E**, with the print-outs of the articles as they appeared on the date I reviewed the articles available as supplemental material to this report.

65.     The 605 online articles were distributed via 354 unique domains (i.e., some websites posted multiple articles that contain the defaming statements by Mr. Musk). These domains are from outlets in multiple countries (e.g., the United States, United Kingdom, Thailand, Australia, New Zealand, Japan, China, India, Russia, etc.), with a complete listing of countries in **Appendix F**.

66.     The list of domains that have published articles or stories containing the defaming statements about Mr. Unsworth, many of these domains are those of major news organizations (BBC, CNN, Fox News, Reuters, etc.), media companies (ABC, CBS, NBC, etc.), new media companies (HuffPost, BuzzFeed, Business Insider, Breitbart, etc.), major newspaper outlets (The Guardian, New York Times, New York Post, Mercury News, LA Times, Chicago Tribune, etc.), news magazines (Wired, Time, New Yorker, American Statesman, etc.), financial publications (Forbes, Fortune, Barrons, Inc., etc.), automotive information outlets (Carscoops, Autoblog, etc.), diving information outlets (Dive Magazine, Sports Breaking News, etc.), along with other international and local news outlets, radio station websites, discussion boards, and blogs.

67.     Once I had the domains, I then employed web analytics traffic services to get the unique daily visitor traffic for each of these domains. I used SimilarWeb, as the service was providing the most consistent results across websites.

68.     In cases where I determined I could not get unique daily visitor traffic numbers or the unique daily visitor traffic was not reliable, in my opinion, I did not include the unique daily

---

[43] These links were all functional on the date that I retrieved the articles.

visitor traffic numbers for that domain in the numbers. This situation generally occurred for the

sites with no service available traffic[44] or sites with an extremely large number of daily visitors[45]

where the news vertical was combined with other substantial verticals.

69.     *Unique daily visitors* measure is an industry-standard web analytics metric for

measuring people that visit a website in a given day, also known as a unique audience[46]. It is

generally averaged out over multiple days within a given period, such as week or month, as there

are normal fluctuations.

70.     Table 1 shows the unique daily visitor traffic for the listed domains that posted

articles or stories referencing the defaming statements and the associated unique daily visitor

traffic for each of those domains, along with the number of identified articles containing the

defaming statements posted on that site that I could locate up to the date that I filed this report.

71.     **Table 1: Domains that published articles or stories containing the defaming
statements with the domain's number of unique daily visitors and the number of identified
articles containing the statements published on that domain to the date that I filed this
report.**

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| 0nion.com [a] | | 1 |
| 1045freshradio.ca | 136 | 2 |
| abcnews.go.com | 930,650 | 1 |
| althouse.blogspot.com | 3,146 | 1 |
| amedpost.com | 795 | 1 |
| arstechnica.com | 408,727 | 1 |

---

[44] The sites where I could not get traffic numbers are 0nion.com, auntymike.com, bak.megam.info, businessglitz.com, energy953radio.ca, extras.ie, forum.thaivisa.com, irving.fortune.com, merdekaid.com, themorningbellbd, travel.squibs.org, twnews.co.uk, www.countypress.co.uk, www.infonews360.com, www.saadahbahri.com, www.techthreat.co.uk. Although I counted **no traffic from these sites** in my analysis, it is reasonable to assume that they most likely had some unique visitors.
[45] The three sites where I had traffic numbers but excluded those numbers are: en.wikipedia.org, www.quora.com, www.yahoo.com. Although I counted **no traffic from these sites** in my analysis, it is reasonable to assume that they most likely had some unique visitors concerning articles containing the defaming statements.
[46] Nielsen Online Ratings Metrics Guidelines, http://digitalmeasurement.nielsen.com/files/metrics-guidelines.pdf

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| au.news.yahoo.com | 85,031 | 1 |
| auntymike.com [a] | | 1 |
| austrian.economicblogs.org | 67 | 1 |
| bak.megam.info [a] | | 1 |
| beta.nbcnews.com | 107 | 1 |
| bgr.com | 648,154 | 1 |
| bigwnews.com | 365 | 1 |
| blogs.findlaw.com | 17,775 | 1 |
| boingboing.net | 115,189 | 2 |
| businessglitz.com [a] | | 1 |
| california.nris.com | 55 | 1 |
| canoe.com | 63,817 | 1 |
| celbestnews.com | 34 | 2 |
| chinapost.nownews.com | 761 | 1 |
| cisnfm.com | 250 | 1 |
| cnnphilippines.com | 39,959 | 1 |
| coconuts.co | 23,804 | 2 |
| country104.com | 215 | 1 |
| dailyasianage.com | 1,416 | 2 |
| dbpost.com | 1,458 | 1 |
| defence.pk | 20,992 | 1 |
| divemagazine.co.uk | 1,405 | 3 |
| dlisted.com | 16,472 | 1 |
| edition.cnn.com | 774,586 | 1 |
| elotitv.com | 200 | 1 |
| en.mogaznews.com | 3,219 | 2 |
| en.wikipedia.org [b] | | 1 |
| energy953radio.ca [a] | | 1 |
| entertainment.inquirer.net | 35,884 | 1 |
| expressdigest.com | 790 | 1 |
| extra.ie | 8,804 | 1 |
| extras.ie [a] | | 1 |
| feedimo.com | 162 | 2 |
| finance.yahoo.com | 806,127 | 3 |
| floridaactioncommittee.org | 214 | 1 |
| fortune.com | 208,506 | 6 |
| forum.thaivisa.com [a] | | 6 |
| fox61.com | 6,821 | 1 |
| freethoughtblogs.com | 2,683 | 1 |
| gadgets.ndtv.com | 811,132 | 1 |
| gizmodo.com | 977,904 | 1 |
| globalnews.ca | 445,163 | 4 |

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| gulfnews.com | 102,204 | 1 |
| heavy.com | 459,577 | 1 |
| hienalouca.com | 837 | 1 |
| hotair.com | 24,696 | 1 |
| hotlifestylenews.com | 357 | 1 |
| hush-mag.com | 79 | 1 |
| inews.co.uk | 113,504 | 4 |
| interestingengineering.com | 45,919 | 2 |
| irving.fortune.com [a] | | 1 |
| japantoday.com | 22,889 | 2 |
| jerseyeveningpost.com | 4,462 | 2 |
| junkee.com | 33,332 | 1 |
| kiwifarms.net | 17,375 | 1 |
| knappily.com | 454 | 1 |
| knowtechie.com | 2,812 | 1 |
| kywnewsradio.radio.com | 1,800 | 2 |
| lifeboat.com | 1,031 | 1 |
| loupventures.com | 409 | 1 |
| m.inquirer.net | 7,041 | 1 |
| magic106.com | 163 | 1 |
| markets.businessinsider.com | 91,636 | 1 |
| mashable.com | 729,958 | 3 |
| me.me | 307,161 | 1 |
| meaww.com | 25,151 | 1 |
| merdekaid.com [a] | | 1 |
| metro.co.uk | 987,847 | 5 |
| mg.co.za | 28,845 | 1 |
| money.cnn.com | 780,600 | 3 |
| news.mb.com.ph | 34,026 | 1 |
| news.obiaks.com | 45 | 1 |
| news.philippinecentral.com | 15 | 1 |
| news.sky.com | 360,557 | 4 |
| news.thaivisa.com | 560 | 2 |
| news.yahoo.com | 979,759 | 4 |
| news.ycombinator.com | 92,418 | 1 |
| newsaltcoins.com | 2 | 1 |
| newsneednews.com | 307 | 1 |
| nextshark.com | 68,498 | 1 |
| nymag.com | 364,709 | 1 |
| nypost.com | 1,206,648 | 3 |
| people.com | 1,567,284 | 1 |
| pk.shafaqna.com | 72 | 1 |

24

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| power97.com | 205 | 1 |
| pressfrom.info | 1,324 | 3 |
| qz.com | 451,589 | 2 |
| sanfrancisco.cbslocal.com | 45,913 | 2 |
| seekingalpha.com | 247,501 | 1 |
| slate.com | 499,188 | 1 |
| southfront.org | 7,842 | 1 |
| sputniknews.com | 1,023,682 | 2 |
| stopelonfromfailingagain.com | 8 | 1 |
| stv.tv | 18,309 | 1 |
| techcrunch.com | 454,437 | 2 |
| techgrabyte.com | 560 | 1 |
| thehill.com | 640,781 | 3 |
| themorningbellbd [a] | | 1 |
| thenewdaily.com.au | 42,395 | 1 |
| thenextweb.com | 121,986 | 2 |
| thephagroup.com | 99 | 1 |
| thesunbest.com | 252 | 1 |
| theweek.com | 134,083 | 1 |
| theworldnews.net | 12,391 | 3 |
| time.com | 821,188 | 5 |
| tmssmagazine.com | 50 | 1 |
| travel.squibs.org [a] | | 1 |
| trendingpress.com | 18 | 1 |
| truepundit.com | 16,903 | 1 |
| twnews.co.uk [a] | | 1 |
| wgntv.com | 50,493 | 1 |
| wonderfulengineering.com | 11,806 | 1 |
| wreg.com | 17,690 | 1 |
| www.2oceansvibe.com | 10,014 | 1 |
| www.9news.com.au | 158,609 | 1 |
| www.abc.net.au | 515,609 | 2 |
| www.abc10.com | 9,074 | 1 |
| www.abcactionnews.com | 38,445 | 1 |
| www.adelaidenow.com.au | 41,899 | 1 |
| www.apnews.com | 258,930 | 1 |
| www.arabnews.com | 39,740 | 1 |
| www.asiaone.com | 49,541 | 1 |
| www.atlanticbb.net | 4,154 | 2 |
| www.autoblog.com | 239,643 | 3 |
| www.axios.com | 140,597 | 1 |
| www.bangkokpost.com | 19,968 | 3 |

25

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| www.barrons.com | 50,560 | 1 |
| www.bbc.com | 4,132,135 | 4 |
| www.belfasttelegraph.co.uk | 51,619 | 1 |
| www.benzinga.com | 24,806 | 1 |
| www.bloomberg.com | 992,008 | 1 |
| www.breakingnews.ie | 28,709 | 1 |
| www.breakingviews.com | 781 | 1 |
| www.breitbart.com | 259,665 | 2 |
| www.briskoda.net | 14,261 | 1 |
| www.buriramtimes.com | 184 | 1 |
| www.businessdailyafrica.com | 23,554 | 1 |
| www.businessinsider.co.za | 50,599 | 2 |
| www.businessinsider.com | 2,205,072 | 9 |
| www.businessinsider.in | 52,128 | 3 |
| www.buzz.ie | 15,690 | 1 |
| www.buzzfeednews.com | 447,739 | 3 |
| www.bworldonline.com | 13,339 | 1 |
| www.cars.com | 345,386 | 1 |
| www.carscoops.com | 47,989 | 2 |
| www.carthrottle.com | 39,134 | 3 |
| www.cbc.ca | 499,109 | 1 |
| www.cbsnews.com | 1,344,873 | 3 |
| www.channelnewsasia.com | 160,336 | 1 |
| www.chiangraitimes.com | 686 | 1 |
| www.chicagotribune.com | 436,715 | 1 |
| www.chinadailyhk.com | 693 | 1 |
| www.cnbc.com | 1,340,150 | 5 |
| www.cnet.com | 2,677,011 | 4 |
| www.coffscoastadvocate.com.au | 3,072 | 1 |
| www.complex.com | 478,539 | 1 |
| www.countypress.co.uk [a] | | 1 |
| www.cpr.org | 5,066 | 1 |
| www.ctvnews.ca | 308,853 | 1 |
| www.dailydot.com | 175,953 | 1 |
| www.dailymail.co.uk | 2,497,277 | 7 |
| www.dailymercury.com.au | 4,644 | 1 |
| www.dailyrecord.co.uk | 90,306 | 1 |
| www.dailystar.co.uk | 818,222 | 3 |
| www.datalounge.com | 50,393 | 1 |
| www.dazeddigital.com | 46,644 | 1 |
| www.deseretnews.com | 86,374 | 1 |
| www.digitalspy.com | 803,547 | 1 |

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| www.digitaltrends.com | 735,000 | 1 |
| www.driven.co.nz | 7,537 | 1 |
| www.dw.com | 499,457 | 2 |
| www.eastlothiancourier.com | 1,251 | 1 |
| www.entrepreneur.com | 347,267 | 1 |
| www.esquire.com | 497,505 | 4 |
| www.eurogamer.net | 369,474 | 1 |
| www.euronews.com | 164,063 | 2 |
| www.europebreakingnews.net | 715 | 1 |
| www.express.co.uk | 2,136,158 | 3 |
| www.fastcompany.com | 228,640 | 4 |
| www.fbcnews.com.fj | 2 | 1 |
| www.fin24.com | 51,930 | 1 |
| www.financialexpress.com | 386,484 | 1 |
| www.forbes.com | 2,158,221 | 1 |
| www.fox23.com | 7,303 | 1 |
| www.foxnews.com | 2,185,375 | 3 |
| www.ft.com | 311,376 | 3 |
| www.gattonstar.com.au | 510 | 1 |
| www.gulf-times.com | 8,537 | 1 |
| www.her.ie | 78,004 | 1 |
| www.heraldsun.com.au | 131,950 | 1 |
| www.highsnobiety.com | 135,462 | 3 |
| www.hindustantimes.com | 587,571 | 1 |
| www.hollywoodreporter.com | 671,253 | 2 |
| www.htxt.co.za | 3,070 | 1 |
| www.huffingtonpost.ca | 223,173 | 2 |
| www.huffingtonpost.co.uk | 196,721 | 3 |
| www.huffingtonpost.com.au | 54,514 | 1 |
| www.huffingtonpost.in | 52,338 | 1 |
| www.huffpost.com | 1,277,322 | 4 |
| www.ibtimes.co.in | 198,271 | 1 |
| www.ibtimes.com | 50,257 | 1 |
| www.ien.com | 1,174 | 1 |
| www.inc.com | 444,727 | 3 |
| www.inc-asean.com | 2,235 | 1 |
| www.independent.co.uk | 1,595,073 | 10 |
| www.independent.ie | 163,029 | 1 |
| www.indiatoday.in | 794,295 | 2 |
| www.infonews360.com [a] | | 1 |
| www.inquisitr.com | 176,648 | 1 |
| www.insider.com | 139 | 2 |

27

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| www.inverse.com | 151,384 | 3 |
| www.investopedia.com | 692,178 | 1 |
| www.irishcentral.com | 31,220 | 1 |
| www.irishexaminer.com | 69,845 | 2 |
| www.irishtimes.com | 188,535 | 7 |
| www.itv.com | 275,193 | 3 |
| www.japantimes.co.jp | 79,395 | 2 |
| www.jihadwatch.org | 10,562 | 1 |
| www.joe.ie | 73,157 | 1 |
| www.khaosodenglish.com | 4,495 | 1 |
| www.kiiitv.com | 4,121 | 1 |
| www.king5.com | 28,081 | 1 |
| www.kqed.org | 33,469 | 1 |
| www.kvue.com | 22,341 | 1 |
| www.latimes.com | 712,453 | 1 |
| www.letsrun.com | 34,320 | 1 |
| www.libertyproject.com | 1,176 | 1 |
| www.lipstickalley.com | 67,502 | 2 |
| www.marketwatch.com | 480,130 | 3 |
| www.mediafirst.co.uk | 112 | 1 |
| www.mercurynews.com | 209,953 | 3 |
| www.metro.news | 4,690 | 1 |
| www.mirror.co.uk | 1,165,389 | 5 |
| www.motherjones.com | 99,084 | 1 |
| www.mysanantonio.com | 63,025 | 1 |
| www.naracoorteherald.com.au | 196 | 1 |
| www.narcity.com | 175,006 | 1 |
| www.nbc26.com | 5,487 | 1 |
| www.nbcnews.com | 1,103,248 | 3 |
| www.nbcwashington.com | 33,584 | 1 |
| www.ndtv.com | 2,718,272 | 1 |
| www.news.com.au | 845,434 | 4 |
| www.news18.com | 908,176 | 3 |
| www.news24.com | 198,174 | 1 |
| www.newscabal.co.uk | 341 | 1 |
| www.newscentermaine.com | 5,604 | 2 |
| www.newser.com | 74,315 | 2 |
| www.newstalk.com | 7,152 | 1 |
| www.newstalkzb.co.nz | 8,895 | 2 |
| www.newstatesman.com | 38,714 | 1 |
| www.newsweek.com | 693,522 | 3 |
| www.nhregister.com | 7,568 | 1 |

Exhibit 1, Page 30

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| www.northernstar.com.au | 14,883 | 1 |
| www.nova969.com.au | 4,847 | 1 |
| www.npr.org | 1,069,594 | 2 |
| www.nst.com.my | 89,310 | 1 |
| www.nydailynews.com | 269,969 | 1 |
| www.nytimes.com | 3,433,602 | 4 |
| www.nzherald.co.nz | 159,011 | 3 |
| www.ocregister.com | 60,112 | 1 |
| www.omanobserver.om | 1,587 | 1 |
| www.onenewspage.com | 2,875 | 1 |
| www.orazio.it | 2 | 1 |
| www.parabolicarc.com | 1,150 | 1 |
| www.pedestrian.tv | 57,660 | 1 |
| www.philstockworld.com | 336 | 1 |
| www.prdaily.com | 3,391 | 1 |
| www.pressdemocrat.com | 17,493 | 1 |
| www.proactiveinvestors.com | 2,672 | 1 |
| www.prweek.com | 3,884 | 1 |
| www.qt.com.au | 13,980 | 2 |
| www.quora.com [b] | | 4 |
| www.rappler.com | 190,864 | 2 |
| www.resetera.com | 57,556 | 1 |
| www.reuters.com | 857,332 | 3 |
| www.rnz.co.nz | 8,899 | 2 |
| www.rt.com | 1,327,011 | 4 |
| www.saadahbahri.com [a] | | 1 |
| www.sbs.com.au | 300,748 | 2 |
| www.scmp.com | 279,073 | 3 |
| www.sfchronicle.com | 120,443 | 1 |
| www.shortlist.com | 23,664 | 1 |
| www.sltrib.com | 63,683 | 1 |
| www.smartcompany.com.au | 11,143 | 1 |
| www.spaceflightinsider.com | 3,620 | 1 |
| www.sportbreakingnews.com | 183 | 1 |
| www.thestar.com | 242,384 | 4 |
| www.standard.co.uk | 405,314 | 5 |
| www.straitstimes.com | 160,111 | 4 |
| www.stuff.co.nz | 206,452 | 1 |
| www.sunshinecoastdaily.com.au | 21,334 | 2 |
| www.takingonissues.com | 435 | 1 |
| www.tech-arena.co.uk | 7 | 1 |
| www.techspot.com | 128,291 | 2 |

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| www.techthreat.co.uk [a] | | 1 |
| www.telegraph.co.uk | 1,685,575 | 9 |
| www.theadvocate.com.au | 2,904 | 1 |
| www.theage.com.au | 104,002 | 1 |
| www.theatlantic.com | 723,450 | 2 |
| www.theaustralian.com.au | 83,109 | 1 |
| www.theblaze.com | 63,093 | 1 |
| www.thecitizen.co.tz | 7,750 | 1 |
| www.thecut.com | 282,942 | 2 |
| www.thedailybeast.com | 486,686 | 3 |
| www.thedailystar.net | 44,663 | 1 |
| www.thedetroitbureau.com | 431 | 1 |
| www.thedrive.com | 62,450 | 2 |
| www.theglobeandmail.com | 225,608 | 1 |
| www.theguardian.com | 2,839,656 | 7 |
| www.thehansindia.com | 46,845 | 1 |
| www.thehindu.com | 399,532 | 1 |
| www.thehindubusinessline.com | 80,559 | 1 |
| www.thejournal.ie | 74,402 | 1 |
| www.themarysue.com | 42,443 | 1 |
| www.thenational.ae | 66,144 | 1 |
| www.thepeninsulaqatar.com | 7,253 | 1 |
| www.thescottishsun.co.uk | 56,480 | 1 |
| www.thesouthafrican.com | 99,470 | 2 |
| www.thestandard.com.hk | 3,497 | 1 |
| www.thestudentroom.co.uk | 291,335 | 1 |
| www.thesun.co.uk | 1,223,548 | 12 |
| www.thetimes.co.uk | 214,858 | 2 |
| www.thetruthaboutcars.com | 11,587 | 2 |
| www.theverge.com | 958,698 | 1 |
| www.timeslive.co.za | 101,962 | 1 |
| www.tnp.sg | 18,999 | 1 |
| www.todayonline.com | 51,340 | 1 |
| www.toledoblade.com | 14,316 | 1 |
| www.tribuneindia.com | 52,841 | 1 |
| www.tribuneworldall.com | 140 | 1 |
| www.tvnz.co.nz | 71,278 | 1 |
| www.tweeddailynews.com.au | 1,464 | 1 |
| www.upr.org | 513 | 1 |
| www.usatoday.com | 2,402,225 | 4 |
| www.vice.com | 1,181,707 | 2 |
| www.vietnambreakingnews.com | 1,012 | 1 |

30

| Unique Domain | Unique Daily Visitors | No. Articles |
|---|---|---|
| www.vox.com | 801,233 | 3 |
| www.washingtonpost.com | 2,087,166 | 2 |
| www.wibw.com | 8,343 | 1 |
| www.wionews.com | 1,866 | 1 |
| www.wired.co.uk | 94,873 | 2 |
| www.wkyc.com | 27,407 | 1 |
| www.wsj.com | 742,413 | 2 |
| www.xinhuanet.com | 441,464 | 2 |
| www.yahoo.com [b] | | 2 |
| www.ypradio.org | 206 | 1 |
| www.zerohedge.com | 122,614 | 1 |
| zeenews.india.com | 374,566 | 1 |
| | 98,362,092 | 605 |

[a] - Unique daily visitor traffic not available
[b] - Unique daily visitor traffic not verifiable

72.     As shown in Table 1, I identified 354 domains that hosted 605 articles containing the defaming statements by Mr. Musk against Mr. Unsworth with these defaming statements disseminated to, conservatively, approximately *98 million*[47] daily visitors to these websites.

73.     I calculated each domain's unique daily visitor count to determine the dissemination of the articles containing the defaming statements for the set of websites (i.e., as visitors to the news sites, these individuals could have been exposed to the articles containing the statements) and used the unique daily visitor number only once for each domain, regardless of whether that domain published more than one article referring to the defaming statements. I used this overly conservative approach to account for the occurrence of possible repeat visitors to these websites (i.e., not potentially counting these visitors twice).

74.     Depending on the methodology, traffic numbers can vary among services and even website analytics platforms. However, I wanted to verify that SimilarWeb[48] was not overly

---

[47] The exact traffic number I arrived at is 98,362,092 potential daily unique visitors.
[48] SimilarWeb is a defacto industry standard, used by a variety of companies in a variety of domains. See:
SimilarWeb Marketing Solution: The Most Reliable and Comprehensive Data
on Competitor and Market Strategies.

optimistic in the reported number of unique visitors. Comscore is a marketing research service that routinely publishes analytics data for major US domains. I compared the reported unique visitors for domains that appeared on one of the Comscore lists[49] with the unique visitors that were also in domains that I used in this report, with results presented in Table 2.

75.    **Table 2: Comparison of SimilarWeb and Comscore Numbers of Daily Unique Visitors for Six Major News Sites.**

| Domain | SimilarWeb | Comscore | Difference |
|---|---|---|---|
| www.usatoday.com | 2,402,225 | 4,018,968 | -40% |
| www.foxnews.com | 2,185,375 | 3,867,806 | -43% |
| www.nytimes.com | 3,433,602 | 2,710,452 | 27% |
| www.washingtonpost.com | 2,087,166 | 2,707,000 | -23% |
| www.nypost.com | 1,206,648 | 2,395,355 | -50% |
| www.vox.com | 801,233 | 2,575,355 | -69% |
| | 12,116,250 | 18,274,935 | -34% |

76.    From Table 2, there were six domains[50] that appeared both in my analysis and in the Comscore listing. These six domains represent 12.3% (12.1M) of the unique visitors reported in this analysis. As shown the visitor traffic reported by SimilarWeb was lower than Comscore for five of the domains. The one exception was the New York Times[51]; this may be due to a difference in reporting, as Comscore is reporting traffic for New York Times Digital, while SimilarWeb is reporting traffic for the entire domain www.nytimes.com. However, even including this domain traffic as reported by Comscore, the overall SimilarWeb traffic numbers are substantially lower, indicating a conservative traffic estimation by the SimilarWeb methodology.

---

[49] Comscore20. Top 50 Multi-Platform Properties (Desktop and Mobile) July 2019
Total U.S. - Home and Work Locations. https://www.comscore.com/Insights/Rankings
[50] The Comscore 20 report listed them by name of network (USA TODAY Network, Fox Corporation, New York Times Digital, WASHINGTONPOST.COM, NYPost Network, and Vox Media), so there is probably some aggregation of domains.
[51] www.nytimes.com

## VII.   RESULTS FOR ANALYSIS OF THE DISSEMINATION OF THE DEFAMING STATEMENTS AGAINST MR. UNSWORTH

77.   *The defaming statements made by Mr. Elon Musk asserting that Mr. Vernon Unsworth is a pedophile, is a child rapist, married a child, and is involved in child sex trafficking:*

a.   *have been disseminated to at least 354 online media or other sites,*

b.   *in 605 separate stories or articles,*

c.   *with more than 98 million[52] potential daily unique visitors,*

*since the statements were made to the date that I filed this report, inclusive.*

78.   This is a conservative number, and more likely than not, articles containing the defaming statements have been disseminated to more individuals.

## VIII.   WHY THE NUMBER IS CONSERVATIVE

79.   It is more likely than not that the defaming statements have received wider dissemination due to factors such as:

a.   Although I spent considerable effort to locate published articles that contained the defaming statements, it is reasonable to assume that I have not located all such articles by the time of the submission of this report, which would increase the dissemination of the articles on domains and increase the traffic count. So, there are most likely more sites with articles containing the defaming statements that are **not** included in my calculations.

b.   The focus of my analysis was the dissemination of online articles containing the defaming statements. Therefore, I did not examine the dissemination of the statements via print, radio, or other broadcast media. It is reasonable to assume that the

---

[52] The exact traffic number I arrived at is 98,362,092 potential daily unique visitors.

statements made were disseminated via these other channels. Therefore, these sources of dissemination are **not** included in the count of unique daily visitors.

      c.    In my analysis, I did not attempt to measure face-to-face dissemination that may have occurred after individuals may have read articles containing the defaming statements, which would increase the count. Therefore, this is **not** included in my calculations.

      d.    Naturally, I could not access certain online sources where the defaming statements may have been disseminated (e.g., email messages, social media direct messages, articles behind firewalls, etc.). Therefore, these numbers are **not** included in my calculations.

      e.    There are sites that possibly had hosted articles containing the defaming statements where the articles have been removed before I conducted my search. Therefore, these articles and associated traffic are **not** included in my calculations.

      f.    Some sites hosted the articles containing the defaming statements where the visitor data is not determinable or where I could not confirm the number of visitors. In these cases, even though I had confirmed the site had posted one or more articles containing the defaming statements, I did **not** include these sites in my calculation of the unique daily visitors.

      g.    Many sites published multiple articles on multiple days that quoted or referenced the statements; however, I did not use these multiple publication dates from the same site in my calculations of unique visitor traffic. If a domain published only one article containing the statements, then I directly used the unique daily visitors' number. If a domain published multiple articles concerning the statements, I did not count the traffic for the subsequent articles containing the statements made, even though research shows that repeat traffic to websites is

generally only about 30%[53], meaning that 70% of the traffic would be unique. However, I was not comfortable using this figure given the nature of these sites, which might have higher repeat visitors day-to-day, or a visitor could have seen the news article on another site[54]. Therefore, I did **not** include visitors to multiple articles from the same site in my calculations.

h.      I did not include articles that link to one of the articles containing the statements in my calculations of dissemination[55]. Unless the article directly mentioned the statements, I did **not** include that article in my calculations, even if the links from these articles did contain the defaming statements.

i.      I did **not** include in my analysis articles that were in non-English, even though it is reasonable to assume the defaming statement appeared in outlets in other languages.

j.      I did **not** include the number of individuals who, after reading the articles, shared the articles or contents contained within those articles with others, which would include multiple individuals reading the same article at or about the same time at the same computer as well as all individuals who learned of the content of the articles from others who had read the articles.

k.      I did **not** include articles that were primarily about this case, even if those articles did contain the defaming statements. There are numerous articles that primarily address

---

[53] Teevan, J., Adar, E., Jones, R. and Potts, M. (2006). History repeats itself: repeat queries in Yahoo's logs. In *Proceedings of the 29th annual international ACM SIGIR conference on Research and development in information retrieval* (SIGIR '06). ACM, New York, NY, USA, 703-704.

[54] This also appears in about the same level as repeat searchers. See, for example, Elise Shearer and Katerina Eva Masta (2018) News Use Across Social Media Platforms. Pew Research. https://www.journalism.org/2018/09/10/news-use-across-social-media-platforms-2018/

[55] As an example, here is an article, Quora https://www.quora.com/What-do-you-think-of-Just-what-was-the-point-of-Elon-Musks-non-practical-submarine-rescue-effort-in-Thailand, that does not directly mention the defaming statement, although there are links to articles that do contain the defaming statement. I did not include articles such as this in my analysis, even though the links themselves often contain the defaming statements. What do you think of "Just what was the point of Elon Musk's 'non-practical' submarine rescue effort in Thailand?"?, https://www.quora.com/What-do-you-think-of-Just-what-was-the-point-of-Elon-Musks-non-practical-submarine-rescue-effort-in-Thailand

this case and contain the defaming statements, often in article title (e.g., *Tesla's Musk is sued for calling Thai cave rescuer pedophile*, *Elon Musk asks judge to throw out lawsuit from UK diver he called a 'paedophile'*, *Elon Musk lawyers defend calling diver a pedophile as 'imaginative attack' protected by First Amendment*). As examples, using one query on Google (*musk unsworth lawsuit*), I located 104 articles from 104 separate domains concerning the case and containing the defaming statements. See **Appendix E** for a listing of article links.

l.    I did **not** include the count of people who may have been searching and may have seen the defaming statements in the search results, without needing to visit the actual articles, which can easily happen, as shown in Figure 9.

m.    **Figure 9: Example of search results with the defaming statements appearing in the result snippets, requiring no need to visit the website hosting the articles themselves using the query *vernon unsworth elon musk*. Red boxes added for highlighting the defaming statements.**



n.     I did not include the dissemination of the articles containing the defaming

statements directly to social media platforms, such as Facebook, Instagram, YouTube, Twitter,

Reddit, Tumblr, etc., as some news outlets provide links on social media directly to the articles

on their websites, so including this traffic would likely have resulted in excessive double

counting[56]. However, it is reasonable to assume that some people have seen the defaming

statements only on these social media platforms, as the dissemination of the defaming statements

---

[56] It is reported that many people see a posting on a social media platform, which takes them to the news website.
See, for example, Nicole Martin. How Social Media Has Changed How We Consume News. Forbes. Nov 30, 2018.
https://fentoninprint.com/16958/opinion/how-social-media-has-changed-the-way-we-consume-news/

Exhibit 1, Page 39

made by Mr. Musk via social media channels is considerable, as previously noted with Mr.
Musk's Twitter account.

      o.     For example, a search on YouTube using the query *musk pedo* yielded 56
videos containing the defaming statements from numerous outlets around the world, with these
56 videos being viewed 2,365,872 times, as of the date that I filed this report[57]. See **Appendix E**
for a listing of these YouTube links.

      p.     As another example of the dissemination of the defaming statements on
social media platforms, a search on Facebook using the query *musk pedo* yielded several posts
and videos referencing the defaming statements. One CNN video post on Facebook has received
382,357 views[58], as of the date that I filed this report[59]. A CTV[60] video post on Facebook has
received 27,577 views[61], as of the date that I filed this report.

      q.     Again, as I could not disassociate the traffic from the websites and the
social media platform, the counts from social media platforms are **not** included in my analysis of
people to whom the defaming statements were disseminated.

## IX.   SUMMARY OF OPINION

     80.     ***The defaming statements made by Mr. Elon Musk asserting that Mr. Vernon
Unsworth is a pedophile, is a child rapist, married a child, and is involved in child sex trafficking:***

        ***a.  have been disseminated to at least 354 online media or other sites,***

        ***b.  in 605 separate stories or articles,***

---

[57] YouTube Search Results, 13 Aug 2019
[58] Thai cave rescuer considering legal action against Elon Musk
https://www.facebook.com/cnn/videos/10158557776651509/
[59] Facebook Search Results, 13 Aug 2019, Facebook Video Search Results, 13 Aug 2019, Facebook Post Search
Results, 13 Aug 2019
[60]  CTV is a Canadian media company.
[61] British diver could sue billionaire over deleted tweet https://www.facebook.com/watch/?v=2169269729781608

   *c.  with more than 98 million[62] potential daily unique visitors,*

*since the statements were made to the date that I filed this report, inclusive.*

81.     **More likely than not, this is a conservative estimate.**

82.     Right to Amend: Although I have had access to materials publicly available

pertaining to claims in this dispute, I have not been able to review all such material by the

deadline for completion of this report. I reserve the right to review and rely on any such material,

including at the time of trial. I also reserve the right to issue a supplemental or an amended report

if my review of such material results in any significant change or addition to my opinion.

---

[62] The exact traffic number I arrived at is 98,362,092 potential daily unique visitors.

Respectfully submitted,

DATED: 13 September 2019

By:

Dr. Bernard J. (Jim) Jansen
Adjunct Professor
College of Information Sciences and Technology
The Pennsylvania State University
University Park, PA, 16802
Phone: 434-249-8687
Email: jjansen@acm.orq
URL: http://www.bernardjjansen.com/

40

**Appendix A Curriculum Vitae of Jim Jansen**



**Adjunct Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, Pennsylvania, USA.

**Professor,** College of Science and Engineering, Hamad Bin Khalifa University, Doha, Qatar

**Principal Scientist**
Qatar Computing Research Institute (QCRI), Doha, Qatar

Voice: +1-434-249-8687
Web: http://www.bernardjjansen.com/
Email: jjansen@acm.org
LinkedIn: www.linkedin.com/in/jjansen/
Blog: http://jimjansen.blogspot.com/

## Research

**Research Goal**: Increase the effectiveness and efficiency for accomplishing information tasks by improving the interaction among people, information, and technology

**Research Interests**:
I study the uses and affordances of the Web for information searching and ecommerce, with a focus on interactions among the person, information, and technology. Current active research areas are **Web searching**, **information retrieval**, **keyword advertising**, **online marketing**, and **online social networking** within the ecommerce domain.

- **Sponsored search** and **keyword advertising**
- **Social media** as an information source
- **Information searching** and **Web information retrieval**

**Short Bio**:
Jim has authored or co-authored **250 or so research publications**, with articles appearing in a multi-disciplinary and extremely wide range of journals and conferences. He is author of the book, Understanding Sponsored Search: A Coverage of the Core Elements of Keyword Advertising (Cambridge University Press), author of the book Understanding User - Web Interactions Via Web Analytics, co-author of the book, Web Search: Public Searching of the Web, and co-editor of the book Handbook of Research on Weblog Analysis.

Jim is a principal scientist in the social computing group at the **Qatar Computing Research Institute**, Professor in the College of Science and Engineering, **Hamad bin Khalifa University**, and Adjunct Professor at the College of Information Sciences and Technology at **The Pennsylvania State University**. He is a graduate of **West Point** and has a PhD in computer science from **Texas A&M University**, along with master degrees from **Texas A&M** (computer science) and **Troy State** (international relations).

41

## Research

Jim is **editor-in-chief** of the journal, <u>Information Processing & Management</u> (Elsevier), a member of the editorial boards of seven international journals, former editor-in-chief of the journal, <u>Internet Research</u> (Emerald), and he has served on the research committee for the Search Engine Marketing Professional Organization (SEMPO). He has received **several awards and honors**, including an ACM Research Award, six application development awards, and a university level teaching award, along with other writing, publishing, research, teaching, and leadership honors.

He has served as a Senior Fellow at the **Pew Research Center** with the Pew Internet and American Life Project and a university expert with the **National Ground Intelligence Center**.

He has done several **consulting projects** (log analysis, statistical analysis) and **expert witness** cases (patent litigation, civil litigation, and class action suits) in the areas of keyword advertising, web analytics, co-registration, domain parking, webpage access, webpage history, and online advertising click fraud.

## Education

Ph.D. Computer Science, August 1999 - May 1996
**Texas A&M University**, College Station, Texas 77843
Dissertation: A Software Agent for Performance Improvement of an Existing Information Retrieval System
Advisor: Dr. Udo Pooch

M.CS. Computer Science, May 1996 - June 1994
**Texas A&M University**, College Station, Texas 77843
Research Area: Network Performance and Monitoring

M.S. International Relations, August 1994 - June 1992
**Troy State University**, European Division
Research Thesis: National Competitive Advantage

B.S. Computer Science, May 1985 - June 1981
**United States Military Academy**, West Point, New York 10996
Engineering Sequence: Electrical Engineering

## Academic Appointments

Current - 2015   **Principal Scientist**, Qatar Computing Research Institute (QCRI), Hamad Bin Khalifa University, Doha, Qatar

Current - 2016   **Adjunct Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA.

Exhibit 1, Page 44

## Academic Appointments

| | |
|---|---|
| Current - 2017 | **Professor**, College of Science and Engineering, Hamad bin Khalifa University, Doha, Qatar |
| 2016 - 2014 | **Full Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA. |
| 2014 - 2011 | **University Researcher,** National Ground Intelligence Center, 2055 Boulders Road, Charlottesville, VA 22911 |
| 2014 - 2009 | **Associate Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA. |
| 2012 - 2010 | **Senior Fellow, Pew Internet and American Life Project, Pew Research Center, 1615 L Street, NW Suite 700 Washington, DC 20036** |
| 2009 - 2003 | **Assistant Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA. (Previously, School of Information Sciences and Technology) |
| 2003 - 2001 | **Instructor**, School of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA |
| 2000 - 1999 | **Lecturer**, Computer Science Program, University of Maryland (Asian Division), Seoul, 104-022, Republic of Korea |
| 1999 - 1998 | **Assistant Professor**, Department of Electrical Engineering and Computer Science, United States Military Academy, West Point, New York, 10996 |
| 1998 - 1996 | **Lecturer**, Department of Electrical Engineering and Computer Science, United States Military Academy, West Point, New York, 10996, USA. |

## Honors and Awards

| | |
|---|---|
| 2016 | **2016 President's Award for Engagement with Students**, The Pennsylvania State University, University Park, Pennsylvania. |
| 2015 | **Best Paper**: Liu, Z. and **Jansen, B.J.** (2015) *Subjective versus Objective Questions: Perception of Question Subjectivity in Social Q&A*. 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15). Washington DC, p. 131-140. 31 Mar.-3 Apr. |

## Honors and Awards

2011    **Teaching and Learning with Technology Fellow** at Penn State (May 2011 – May 2012). Teaching research fellowship to develop subject-based learning apps that leverage cellular technology, the contextual (location-aware) attributes of mobile technology, and social media. See tlt.its.psu.edu/2011/07/24/jim-jansen/

2011    **Paper Award**: The article, *The Seventeen Theoretical Constructs of Information Searching and Information Retrieval*, published in Journal of the American Society for Information Science and Technology selected as **John Wiley Best JASIST Paper Award 2011** (see http://www.asis.org/awards/jasis_paper.html).

2010    Emerald Literati Network **2010 Award for Excellence for Outstanding Reviewer** for the journal Internet Research (http://info.emeraldinsight.com/authors/literati/index.htm)

2008    **Best Paper**, Jansen, B.J., Zhang, M., and Schultz, C. (2008) *The Effect of Brand on the Evaluation of IT System Performance*. Proceedings of the Southern Association for Information Systems Conference, Richmond, VA, USA 13-15 March 2008

2008    Presented with a **Google Faculty Research Award** ($50,000)

2007    Article selected as **Highly Commended Winner** at the Emerald Literati Network Awards for Excellence 2007. Spink, A. and Jansen, B.J. *(2006) Searching multiple federated content Web collections*, Online Information Review. 30(5), 485-495.

2004    Worldwide press coverage for book Web Search: Public Searching of the Web, co-authored with Dr. Amanda Spink. Including AP, Yahoo! News, CNN, MSN, and numerous other television, radio, Web, and print outlets.

2003    Worldwide press coverage and interviews 6/30/2003-7/3/2003 reference article: Jansen, B.J., and Spink, A. (2003) *An analysis of Web pages retrieved and viewed*, IC'03: Internet Computing: Web Mining Session, Las Vegas, 4-6 June, 2003. Including: BBC, Irish Radio, Washington Times, Psychology Today, and several U.S. radio stations.

2003    **ISI Most Highly Cited Articles in Field of Web Searching** for the manuscript Jansen, B.J., Spink, A., and Saracevic, T. (2000) *Real Life, Real Users, and Real Needs: A Study and Analysis of User Queries on the Web*, Information Processing & Management. 38(2), 207-227.

   The article was identified in May 2003 by ISI Essential Science Indicators to be one of the most cited papers in the research area of Web Searching Behavior.

2002    **Highly Commended Article** invited for journal publication. Jansen, B.J. (2002) *Towards Implementing a Cognitive Model of Searching*, Proceedings of the E-Learning 2002 Conference (Web Track)*,* Montreal, Canada. 15-19 October.

2002    **Two Crystal Awards of Excellence** for outstanding software development in the communications field.

## Honors and Awards

2002    Worldwide press coverage and interviews 3/31/02- 4/5/02 reference article: Spink, A., Jansen, B.J., Wolfram, D., and Saracevic, T. (2002). *From e-sex to e-commerce: Web search changes*, IEEE Computer, *35*(3), 133-135.

> Including: Associated Press, BBC, CBC, MSNBC, Wall Street Journal, New York Times, PC World, CNN, Chinese People's Daily, Toronto Star, US News and World Report, San Francisco Chronicle, The Independent (UK), Business Week, Washington Post, Financial Times (UK), Information Week, Web, TV, newspaper (200+) and magazine media.

2002    **Award of Distinction** for interactive Web site development.

2002    **Two Awards of Excellence** for exceptional multimedia application development.

2002    US Army War College **Team of the Year** for outstanding contributions as team manager.

2001    **U.S. Army Visual Information Award** for multimedia development.

2000    **Highly Commended Award** by MCB Publishers, for: Spink, A., Bateman, J., and Jansen, B.J. (1999) *Searching the Web: A survey of Excite users*, Journal of Internet Research: Electronic Networking Applications and Policy, 9(2), 117-128.

1998    **Top Paper Award** for: Spink, A., Bateman, J., and Jansen, B.J. (1998) *Users' searching behavior on the Excite Web search engine*, 1999 World Conference on the WWW and Internet, Orlando, Florida.

1997    **ACM Student Research Award** for: Jansen, B.J. (1997) *Simulated Annealing for Query Results Ranking*, Computer Science Education Conference, San Jose, CA. 28 – 30 February.

1992    **Writing and Research Award**, U.S. Marine Corps University.

1992    **Research Award** from U.S. Army Trainer Journal

## Books

**Jansen, B.J.** (2011). Understanding Sponsored Search: Coverage of the Core Elements of Keyword Advertising. Cambridge University Press: Cambridge, UK.

**Jansen, B.J.** (2009) Understanding User – Web Interactions via Web Analytics. Morgan-Claypool Lecture Series. Marchionini, G. (Ed). Morgan-Claypool: San Rafael, CA.

**Jansen, B.J.**, Spink, A., and Taksa, I. Editors. (2009) Handbook of Research on Web Log Analysis, Hershey, PA: Idea Group Publishing.

## Books

Spink, A., and **Jansen, B.J.** (2004) <u>Web Search: Public Searching of the Web</u>, Dordrecht: Kluwer Academic Publishers.

## Parts of Books

**Jansen, B.J.** (2016) *Log Analysis*. <u>Research Methods in Library and Information Science</u>. Libraries Unlimited.

Mukherjee, P, Kozlek, B., Gyorke, A., Camplese, C. and **Jansen, B.J.** (2014) *Leveraging Mobile Technology to Enhance Both Competition and Cooperation in an Undergraduate STEM Course*. <u>Innovative Practices in Teaching Information Sciences and Technology: Experience Reports and Reflections</u>. p. 167-178. New York: Springer.

Reddy, M. C., **Jansen, B.J.**, Spence, P. R. (2010) *Collaborative Information Behavior: Exploring Collaboration and Coordination During Information Seeking and Retrieval Activities*. Foster, J. (Ed.), <u>Collaborative Information Behavior: User Engagement and Communication Sharing</u>. p. 73 - 88. Hershey, PA: IGI.

Booth, D., and **Jansen, B.J.** (2009) *A review of methodologies for analyzing Websites*. In B.J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. 143-164. Hershey, PA: IGI.

**Jansen, B.J.** (2009) *The methodology of search log analysis*. In B.J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web log analysis</u>. p. 100-123. Hershey, PA: IGI.

**Jansen, B.J.**, Taksa, I., and Spink, A. (2009) *Research and methodological foundations of transaction log analysis*. In B.J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. 1-17. Hershey, PA: IGI.

Rainie, L., and **Jansen, B.J.** (2009) *Surveys as a complementary method to Web log analysis*. In B.J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. 39-64. Hershey, PA: IGI.

Taksa, I., Spink, A., and **Jansen, B.J.** (2009) *A review of methods in presented in the handbook of weblog analysis*. In B.J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. -358. Hershey, PA: IGI.

Zhang, M., and **Jansen, B.J.** (2009) *Using action-object pairs as a conceptual framework for transaction log analysis*. In B.J. Jansen, A. Spink & Taksa, I. (Eds.), <u>Handbook of Web Log Analysis</u>. p. 416-435. Hershey, PA: IGI.

**Jansen, B.J.** and Spink, A. (2008) *Logfile analysis*. In <u>International Encyclopedia of Communication</u>. Editors: Robin Mansell. Oxford: Blackwell Press. 6. p. 2730-2734.

## Parts of Books

**Jansen, B.J.** and Spink, A. (2008) *How to Define Searching Sessions on Web Search Engines*. In Lecture Notes in Artificial Intelligence, LNAI 4198, Advances in Web Mining and Web Usage Analysis. Editors: Olfa Nasraoui, Osmar Zaiane, Myra Spiliopoulou, Bamshad Mobasher, Philip Yu, Brij Masand. p. 92 – 109. Berlin Heidelberg: Springer-Verlag.

**Jansen, B.J.**, Berkheiser, W, Spink, A., and Pedersen, J. (2007) *How people search for governmental information on the Web*. In: Encyclopedia of Digital Government. Editors: Ari-Veikko Anttiroiko and Matti Malkia. p. 933-939. Hershey, PA: Idea Group Publishing.

Wolfe, R., **Jansen, B.J.**, and Spink, A. (2006) *Semantics and the medical Web: A review of barriers and breakthroughs in effective healthcare query.* In: Advances in Electronic Business. Vol. II. Editors: E. Li and D.C. Timon. p. 267-279. Hershey, PA: Idea Group Publishing.

Jansen, K. J., Corley, K. G., and **Jansen, B.J.** (2006) *E-Survey methodology: A review, issues, and implications*. In Encyclopedia of Electronic Surveys and Measurements (EESM)U. Editors: Jason D. Baker and Robert Woods. p. 1-8. Hershey, PA: Idea Group Publishing.

**Jansen, B.J.** and Spink, A. (2004) *An analysis of documents viewing patterns of Web search engine users*, In Web Mining: Applications and Techniques. Editor: Anthony Scime. p. 339-354. Hershey, PA: Idea Group Publishing.

**Jansen, B.J.** (2004) *The use of query operators and their effect on the results of Web search engines*, In Issues of Human Computer Interaction. Editor: Dr. Anabela Sarmento. p. 50-72. Hershey, PA: Idea Group Publishing.

## Refereed Journal Articles

Yoganathan, V., Salminen, J., **Jansen, B. J.** and Jung. S.G. (2019) Machine learning approach to auto-tagging online content for better customer value: A comparative analysis between methods and content type. Journal of Business Research. 101 (2019), 203–217.

Salminen, J., Jung, S.G., An, J., Kwak, H. Nielsen, L., and **Jansen, B. J.** (2019) Confusion and Information Triggered by Photos in Persona Profiles. International Journal of Human-Computer Studies. 129(2019), 1-14.

Yang, Y., **Jansen, B. J.** Yang, Y., Guo, X., Zeng, D. (2019) Keyword Optimization in Sponsored Search Advertising: A Multi-Level Computational Framework. IEEE Intelligence Systems. 34(1), 32-42.

Mukherjee, P. and **Jansen, B. J.** (2019) Analyzing Attitude in Social Media Messages. IEEE Intelligence Systems. 33 (6), 27-35.

## Refereed Journal Articles

Salminen, J., Kwak, H., An, J., Jung, S.G., and **Jansen, B. J.** (2018) Are personas done? Evaluating their usefulness in the age of digital analytics. Persona Studies. 4 (2), 47-65.

An, J., Kwak, H., Salminen, J., Jung, S.G., and **Jansen, B. J.** (2018) Imaginary People Representing Real Numbers: Generating Personas from Online Social Media Data. ACM Transactions on the Web. 12(4), Article 27.

An, J., Kwak, H., Salminen, J., Jung, S.G., and **Jansen, B. J.** (2018) Customer segmentation using online platforms: isolating behavioral and demographic segments for persona creation via aggregated user data, Social Network Analysis and Mining. 8(1), 54.

Yang, Y., Li, X., Zeng, D., and **Jansen, B. J.** (2018) Aggregate Effects of Advertising Decisions: A Complex Systems Look at Search Engine Advertising via an Experimental Study. Internet Research. 28(4), 1079-1102.

Salminen, J., Şengün, S., Kwak, H., and **Jansen, B. J.**, An, J., Jung, S.G., Vieweg, S., and Harrell, F. (2018) From 2,772 segments to five personas: Summarizing a diverse online audience by generating culturally adapted personas. First Monday. 23(6).

Liu, Z., and **Jansen, B. J.** (2018) *Predicting the Response Rate in Social Question and Answering on Sino Weibo.* Information Processing & Management. 54(2). 159–174.

Mukherjee, P. and **Jansen, B.J.** (2017) *Conversing and Searching: The Causal Relationship between Social Media and Web Search.* Internet Research.

Clarke, T. and **Jansen, B.J.** (2017) Conversion potential: A metric for evaluating search engine advertising performance. Journal of Interactive Marketing. 11(2), 142-159.

Mukherjee, P. and **Jansen, B.J.** (2017) *Information Sharing by Viewers via Second Screens for In Real Life Events.* ACM Transactions on the Web. 11(1), Article 1.

Liu, Z., and **Jansen, B.J.** (2017) *Identifying and Predicting the Desire to Help in Social Question and Answering.* Information Processing & Management. 53(2), 490-504.

Liu, Z., and **Jansen, B.J.** (2017) *ASK: A Taxonomy of Information Seeking Posts in Social Question and Answering.* Journal of the Association for Information Science and Technology. 68(2), 333–347.

Coughlin, D. and **Jansen, B.J.** (2016) *Modeling Journal Bibliometrics to Predict Downloads and Inform Purchase Decisions at University Research Libraries.* Journal of the Association for Information Science and Technology. 67(9), 2263–2273.

Liu, Z., and **Jansen, B.J.** (2016) *Understanding and Predicting Question Subjectivity in Social Question and Answering.* IEEE Transactions on Computational Social Systems. 3(1), 32-41.

**Refereed Journal Articles**

Ortiz-Cordova, A. and **Jansen, B.J.** (2016) *Associating Searching on Search Engines to Subsequent Searching on Sites*. International Journal of Information Systems in the Service Sector. 8(2), 30-43.

Coughlin, D., Campbell, M., and **Jansen, B.J.** (2015) *A Web Analytics Approach for Appraising Electronic Resources in Academic Libraries*. Journal of the Association for Information Science and Technology. 67(3), 518-534.

Ortiz-Cordova, A., Yang, Y., and **Jansen, B.J.** (2015) *External to Internal Search: Associating Searching on Search Engines with Searching on Sites*. Information Processing & Management. 51(5), 718–736.

Mukherjee, P, Kozlek, B., **Jansen, B.J.**, Gyorke, A., and Camplese, C. (2014) *Designing a Mobile and Socially Networked Learning Assistant for a University-level Keyword Advertising Course*. MERLOT Journal of Online Learning and Teaching. 10(3), 351-373.

Yang, Y., Qin, R., Zhang, J., Zeng, D., and **Jansen, B.J.** (2014) *Budget Planning for Coupled Campaigns in Sponsored Search*. International Journal of Electronic Commerce. 18(3), 39-66.

Mukherjee, P. and **Jansen, B.J.** (2014) *Performance Analysis of Keyword Advertising Campaign Using Gender-Brand Effect of Search Queries*. Electronic Commerce Research and Applications. 13(2), 139–149.

**Jansen, B.J.**, Liu, Z., and Simon, Z. (2013) *The Effect of Ad Rank on Performance of Keyword Advertising Campaigns*. Journal of the American Society for Information Science and Technology. 64(10), 2115-2132.

**Jansen, B.J.**, Moore, K., and Carman, S. (2013) *Evaluating The Performance of Demographic Targeting Using Gender in Keyword Advertising*. Information Processing & Management. 49(1), 286-302.

**Jansen, B.J.**, Zhang, L, and Mattila, A. S. (2012) *Investigating Brand Knowledge of Web Search Engines: User Reactions to Search Engine Logos*. Electronic Commerce Research. 12(4), 429-454.

Zhang, L, **Jansen, B.J.**, Mattila, A. S. (2012) *A Branding Model for Web Search Engines*. International Journal of Internet Marketing and Advertising. 7(3), 195 – 216.

Ortiz-Cordova, A. and **Jansen, B.J.** (2012) *Classifying Web Search Queries in Order to Identify High Revenue Generating Customers*. Journal of the American Society for Information Science and Technology. 63(7), 1426 – 1441.

Zhang, M., **Jansen, B.J.**, and Chowdhury, A. (2011) *Influence of Business Engagement in Online Word-of-mouth Communication on Twitter: A Path Analysis*. Electronic Markets: The International Journal on Networked Business. 21(3), 161-175.

**Refereed Journal Articles**

**Jansen, B.J.**, Sobel, K., and Zhang, M. (2011) *The Brand Effect of Key Phrases and Advertisements in Sponsored Search.* International Journal of Electronic Commerce. 6(1), 77-106.

**Jansen, B.J.**, Liu, Z., Weaver, C., Campbell, G. and Gregg, M. (2011) *Real Time Search on the Web: Queries, Topics, and Economic Value.* Information Processing & Management. 47(4), 491-506.

**Jansen, B.J.**, Sobel, K. and Cook, G. (2011) *Classifying Ecommerce Information Sharing Behaviour by Youths on Social Networking Sites.* Journal of Information Science. 37(2), 120-136.

**Jansen, B.J.** and Schuster, S. (2011) *Bidding on the Buying Funnel for Sponsored Search Campaigns.* Journal of Electronic Commerce Research. 12(1), 1-18.

Kuthuria, A., **Jansen, B.J.**, Hafernik, C. (2010) *K-means Clustering to Determine User Intent of Web Queries.* Journal of Internet Research: Electronic Networking Applications and Policy. 20(5), 563-581.

Rosso, M. A. and **Jansen, B.J.** (2010) *Brand Names as Keywords in Sponsored Search Advertising.* Communications of the Association for Information Systems. 27(1), Article 6. Available at: http://aisel.aisnet.org/cais/vol27/iss1/6

JASIST
Best
Paper

**Jansen, B.J.**, and Rieh, S. (2010) *The Seventeen Theoretical Constructs of Information Searching and Information Retrieval.* Journal of the American Society for Information Science and Technology. 61(8), **1517-1534**.

**Jansen, B.J.**, Tapia, A. H., and Spink, A. (2010) *Searching for salvation: An analysis of US religious searching on the World Wide Web,* Religion. 40(1), 39-52.

Highly
Cited

**Jansen, B.J.**, Zhang, M, Sobel, K, and Chowdury, A. (2009) *Twitter Power: Tweets as Electronic Word of Mouth.* Journal of the American Society for Information Science and Technology. 60(11), 2169-2188.

Recognized as one of the **top 10 most highly cited papers in JASIST** published since 2001 http://www.asis.org/Bulletin/Aug-12/AugSep12_Bar-Ilan.html

**Jansen, B.J.**, Booth, D. and Smith, B. (2009) *Using the taxonomy of cognitive learning to model online searching.* Information Processing & Management. 45(6), 643-663.

Tjondronegoro, D., Spink, A., and **Jansen, B.J.** (2009) *A Study and Comparison of Multimedia Web Searching: 1997-2006.* Journal of the American Society for Information Science and Technology. 60(9), **1756-1768.**

**Jansen, B.J.**, Zhang, M., and Schultz, C. (2009). *Search engine brand and the effect on user perception of searching performance.* Journal of the American Society for Information Science and Technology. 60(8), **1572-1595.**

## Refereed Journal Articles

Flaherty, T. B., **Jansen, B.J.**, Hofacker, C., and Murphy, J. (2009). *Insights on the Google Online Marketing Challenge and Its Successful Classroom Implementation.* Journal of Online Learning and Teaching, *5*(2), 446-457.

**Jansen, B.J.**, Booth, D. L., and Spink, A. (2009). *Patterns of query modification during Web searching.* Journal of the American Society for Information Science and Technology. **60(7),** 1358-1371.

**Jansen, B.J.**, Flaherty, T.B., Baeza-Yates, R., Hunter, L., Kitts, B., and Murphy, J. (2009). *The Components and Impact of Sponsored Search.* IEEE Computer. 42(5) 98-101.

Rosso, M., McClelland, M. K., **Jansen, B.J.**, and Fleming, S. W. (2009) *Using Google AdWords in the MBA MIS Course.* Journal of Information System Education. 20(1), 41-50.

Zhang, Y., **Jansen, B.J.**, and Spink, A. (2009) ***Identification of factors predicting clickthrough in Web searching using neural network analysis. Journal of the American Society for Information Science and Technology.*** *60(3),* **557-570.**

Zhang, Y., **Jansen, B.J.**, and Spink, A. (2009) *Time Series Analysis of a Web Search Engine Transaction Log*, Information Processing & Management. 45(2), 230-245.

**Jansen, B.J.** and Spink, A. (2009) *Investigating Customer Click through Behavior with Integrated Sponsored and Non-Sponsored Results*, International Journal of Internet Marketing and Advertisement, 5(1/2), 74-94.

**Jansen, B.J.**, Ciamacca, C., and Spink, A. (2008) *An Analysis of travel searching on the Web,* Journal of Information Technology and Tourism. 10(2), 101-118.

**Jansen, B.J.** and Mullen, T. (2008) *Sponsored search: An overview of the concept, history, and technology,* International Journal of Electronic Business. 6(2), 114 – 131.

Spink, A., and **Jansen, B.J.** (2008) *Trends in searching for business and e-commerce information on Web search engines,* International Journal of Electronic Commerce. 9(2), 154-161.

**Highly Cited**   **Jansen, B.J.**, Booth, D., and Spink, A. (2008) *Determining the informational, navigational, and transactional intent of Web queries,* Information Processing & Management. 44(3), 1251-1266.

The most cited article in IP&M published since 2008.

**Jansen, B.J.** (2008) *Searching for digital Images on the Web,* Journal of Documentation. 64(1), 81-101.

**Jansen, B.J.** and Eastman, C. (2008) *Limitations of advanced searching techniques on Web search engines,* Journal of Electronic Resources in Law Librarianship. 1(1), 55-81.

**Refereed Journal Articles**

**Highly Cited**

Reddy, M. C. and **Jansen, B.J.** (2008) *A model for understanding collaborative information behavior in context: A study of two healthcare teams,* Information Processing & Management. 44 (1), 256-273.

One of the Top 25 most cited articles in IP&M published since 2008.

**Jansen, B.J.**, Zhang, M., and Spink, A. (2007) *Patterns and transitions of query reformulation during Web searching,* International Journal of Web Information Systems. 3(4), 328-340.

**Jansen, B.J.**, Brown, A., and Resnick, M. (2007) *Factors relating to the decision to click-on a sponsored link,* Decision Support Systems. 44(1), 46-59.

**Jansen, B.J.** and Spink, A. (2007) *Sponsored search: Is money a motivator for providing relevant results*?, IEEE Computer. 40(8), 50-55.

**Jansen, B.J.** (2007) *Click fraud.* IEEE Computer. 40(7), 85-86.

**Jansen, B.J.** (2007) *The comparative effectiveness of sponsored and non-sponsored results for Web ecommerce queries*, ACM Transactions on the Web. 1(1), Article 3.

**Jansen, B.J.**, Spink, A., Blakely, C., and Koshman, S. (2007) *Defining a session on Web search engines, Journal of the American Society for Information Science and Technology. 58(6), 862-871.*

**Jansen, B.J.**, Spink, A., and Koshman, S. (2007) *Web searcher interactions with the Dogpile.com meta-search engine, Journal of the American Society for Information Science and Technology. 58(5), 744-755.*

**Jansen, B.J.**, Mullen, T., Spink, A., and Pederson, J. *(2006) Automated gathering of Web information: An in-depth examination of agents interacting with search engines,* ACM Transactions on Internet Technology. 6(4), 442-464.

**Jansen, B.J.** and Resnick, M. *(2006) An examination of searcher's perceptions of non-sponsored and sponsored links during ecommerce Web searching, Journal of the American Society for Information Science and Technology. 57(14),* **1949-1961.**

Koshman, S. Spink, A., **Jansen, B.J.**, Park, M., and Fields, C. *(2006) Web Searching on the Vivisimo search engine, Journal of the American Society for Information Science and Technology. 57(14),* **1875-1887**.

Spink, A., **Jansen, B.J.**, Blakely, C., and Koshman, S. *(2006) Overlap among major search engines,* Journal of Internet Research: Electronic Networking Applications and Policy. 16(4), 419-426.

**Jansen, B.J.** *(2006) Search log analysis: What is it; what's been done; how to do it, Library and Information Science Research*, 28(3), 407-432.

**Refereed Journal Articles**

**Paper Award**

Spink, A., and **Jansen, B.J.** *(2006) Searching multiple federate content Web collections,* Online Information Review. 30(5), 485-495.

Spink, A., Partridge, H., and **Jansen, B.J.** *(2006) Sexual/pornographic Web searching: Trends analysis,* First Monday. 11(9). http://www.firstmonday.org/issues/issue11_9/spink/index.html.

**Jansen, B.J.** *(2006) Paid search,* IEEE Computer. 39(7), 88-90.

Spink, A., **Jansen, B.J.**, Blakely, C., and Koshman, S. *(2006) A study of results overlap and uniqueness among major Web search engines,* Information Processing & Management. 42(5), 1379-1391.

*Jansen, B.J. (2006) Using temporal patterns of interactions to design effective automated searching assistance systems,* Communications of the ACM. 49(4), 72-74.

*Jansen, B.J. and Molina, P. (2006) The effectiveness of Web search engines for retrieving relevant ecommerce links,* Information Processing & Management. 42(4), 1075-1098.

*Jansen, B.J. and McNeese, M. D. (2005) Evaluating the effectiveness of and patterns of interactions with automated assistance in IR systems,* Journal of the American Society for Information Science and Technology. **56(14), 1480-1503.**

**Most Accessed**

**Jansen, B.J.** and Spink, A. (2005) *How are we searching the World Wide Web?: An analysis of nine search engine transaction logs,* Information Processing & Management. 42(1), 248-263.

Routinely listed as one of the most downloaded articles published in IP&M (http://www.journals.elsevier.com/information-processing-and-management/most-downloaded-articles/)

**Google Classic**

Google Classic Research Article: Noted as a 'classic paper' in the Database and Information System Area; one of the most highly cited paper published that year. (https://goo.gl/zonvNG)

Spink, A., Park, M., **Jansen, B.J.**, and Pedersen, J. (2005) *Multitasking during Web search sessions,* Information Processing & Management. *42(1), 264-275.*

**Jansen, B.J.**, Jansen, K. J., and Spink, A. (2005) *Using the Web to look for work: Implications for online job seeking and recruiting,* Journal of Internet Research: Electronic Networking Applications and Policy. 15(1), 49-66.

**Jansen, B.J.**, Spink, A, and Pederson, J. (2005) *A Temporal Comparison of AltaVista Web Searching,* Journal of the American Society for Information Science and Technology. 56(6), 559-570.

**Jansen, B.J.** (2005) *Seeking and implementing automated assistance during the search process,* Information Processing & Management. 41(4), 909-928.

**Refereed Journal Articles**

**Jansen, B.J.**, Spink, A., and Pederson, J. (2005) *The effect of specialized multimedia collections on Web searching*, Journal of Web Engineering. 3(3/4), 182-199.

Spink, A. and **Jansen, B.J.** (2005) *A study of Web search trends*, Webology. **1**(2), Article 4, Available at: http://www.webology.ir/2004/v1n2/a4.html.

**Jansen, B.J.** and Spink, A. (2004) *An analysis of Web searching by European Alltheweb.com users*, Information Processing & Management. 41(2), 361-381.

Spink, A., **Jansen, B.J.**, and Pedersen, J. (2004) *Searching for people on Web search engines, Journal of Documentation*. 60, (3), 266-278.

Spink, A., Yang, Y., **Jansen, B.J.**, Nvkanen, P., Ozmutlu, S., and Ozmutlu, C. (2004) *Medical and health Web searching: an exploratory study*, Health Information and Libraries Journal. 21(1), 44-51.

**Jansen, B.J.** and Pooch, U. (2004) *Improving IR system performance using software integration,* Journal of Internet Research: Electronic Networking Applications and Policy. 14(1), 19-33.

Spink, A., Koricich, A., and **Jansen, B.J.** (2004) *Sexual searching on Web search engines,* Cyber-psychology and Behavior. 7(1), 65-72.

Eastman, C. and **Jansen, B.J.** (2003) *Coverage, relevance, and ranking: the impact of query operators on Web search engine results*, ACM Transactions on Information Systems. 21(4), 383-411.

Spink, A., **Jansen, B.J.**, Wolfram, D., and Saracevic, T. (2002) *From e-sex to e-commerce: Web search changes,* IEEE Computer. 35(3), 107-111.

Wolfram, D., Spink, A., **Jansen, B.J.**, and Saracevic, T. (2001) *Vox populi: The public searching of the Web,* Journal of the American Society for Information Science and Technology. 52(12), 1073-1074.

**Highly Cited**   **Jansen, B.J.** and Pooch, U. (2001) *A Review of Web Searching Studies and a Framework for Future Research*, Journal of the American Society for Information Science and Technology. 52(3), 235-246.

Recognized as one of the **top 10 most highly cited papers in JASIST** published since 2001 http://www.asis.org/Bulletin/Aug-12/AugSep12_Bar-Ilan.html

**Highly Cited**   Spink, A., Wolfram, D., **Jansen, B.J.**, and Saracevic, T. (2001). *Searching of the Web: the public and their queries, Journal of the American Society for Information Science and Technology. 52*(3), 226-234.

Recognized as the **most highly cited paper in JASIST** published since 2001 http://www.asis.org/Bulletin/Aug-12/AugSep12_Bar-Ilan.html

## Refereed Journal Articles

Brown, G., Fisher, M., Stoll, N., Beeksma, D., Black, M., Taylor, R., Choe, S., Williams, A., Bryant, W., and **Jansen, B.J.** (2000) *Leveraging a Y2K evaluation to improve information systems architecture,* Communications of the ACM. 43(10), 90-97.

**ISI Paper Award**

**Jansen, B.J.**, Spink, A., and Saracevic, T. (2000) *Real life, real users, and real needs: A study and analysis of user queries on the Web*, Information Processing & Management. 36(2), 207-227.

**Jansen, B.J.**, Goodrum, A., and Spink, A. (2000) *Searching for multimedia: video, audio, and image Web queries*, World Wide Web Journal. 3(4), 249-254.

Spink, A., **Jansen, B.J.**, and Ozmutlu, C. (2000) *Use of query reformulation and relevance feedback by Excite users*, Journal of Internet Research: Electronic Networking Applications and Policy. 10(4), 317-328.

Schmoyer, T. and **Jansen, B.J.** (2000) *An adaptive hypermedia system for improving an organization's customer support*, WebNet Journal. 2(4), 30-35.

**Jansen, B.J.** (2000) *An investigation into the use of simple queries on Web IR systems*, Information Research: An Electronic Journal. 6(1). http://informationr.net/ir/6-1/paper87.html

**Paper Award**

Spink, A., Bateman, J., and **Jansen, B.J.** (1999) *Searching the Web: A survey of Excite users*, Journal of Internet Research: Electronic Networking Applications and Policy. 9(2). 117-128.

Spink, A., Bateman, J., and **Jansen, B.J.** (1998) *Searching heterogeneous collections on the Web: Behavior of Excite users*, Information Research: An Electronic Journal. 5(2). http://informationr.net/ir/4-2/paper53.html

**Jansen, B.J.** (1997) *Using an intelligent agent to enhance the performance of an information retrieval engine*, First Monday. 2(3). http://www.firstmonday.dk/issues/issue2_3/jansen/index.html

## Book Reviews

**Jansen, B.J.** (2008) Book review: *Making Sense of Data: A Practical Guide to Exploratory Data Analysis and Data Mining* by Glenn J. Myatt. Wiley. 2007 pages 280. **$74.95.** Information Processing & Management. *44(2),* 978-979.

**Jansen, B.J.** (2007) Book review: *The Long Tail: Why the Future of Business is Selling Less or More*. By Chris Anderson. Hyperion: New York. 2006. $24.95 ISBN: 1-4013-0237-8. Information Processing & Management. *43(4),* 1147-1148.

## Book Reviews

**Jansen, B.J.** (2007) Book review: *The Craft of Research*, 2nd edition (Chicago Guides to Writing, Editing, and Publishing) (Paperback) by Wayne C. Booth, Joseph M. Williams, Gregory G. Colomb. Paperback: 336 pages. University of Chicago Press; 2nd edition. ISBN: 0226065685. Information Processing & Management. 43(3), 827-828.

**Jansen, B.J.** (2007) Book review: *Effective Expert Witnessing*, Fourth Edition, by Jack V. Matson, Suha F. Daou, and Jeffrey G. Soper. 160 pages. CRC. ISBN: 0849313015. $99.95. Information Processing & Management. 43(3), 830-831.

**Jansen, B.J.** (2007) Book review: *Messages, Meanings and Symbols: The Communication of Information.* By Charles T. Meadow. Lanham, MD: Scarecrow Press, 2006. 264 pp. $40.00 (paper). ISBN 0-8108-5271-3. *Library and Information Science Research. 29(2), 303-304.*

**Jansen, B.J.** (2006) Book review: *The Search: How Google and Its Rivals Rewrote the Rules of Business and Transformed our Culture.* by John Battelle. Penguin Group. 311 pages. Cost: $25.95. ISBN: 1591840880. Information Processing & Management. *42*(5), 1399-1401.

**Jansen, B.J.** (2006) Book review: *Theories of Information Science Behavior.* 2005, Edited by Karen E. Fisher, Sanda Erdelez, and Lynn (Ed.) McKechnie. ASIST Monograph Series. Information Today, Inc. Medford, New Jersey. 431 pages. Cost: $49.50. Information Processing & Management. *42*(5), 1392-1395.

**Jansen, B.J.** (2005) Book review: *Mining the Web: Discovering Knowledge from Hypertext Data.* 2002. Soumen Chakrabarti. Morgan-Kaufmann Publishers, 352 pages. Cost: $54.95. ISBN: 1-55860-754-4. Information Processing & Management. *42*(1), 317-318.

## Non-refereed Articles

Yang, Y., Yang, Y.C., **Jansen, B.J.**, Lalmas, M. (2017) Computational Advertising: A Paradigm Shift for Advertising and Marketing? **IEEE Intelligent Systems**. 32(3), 3-6.

**Jansen, B.J.**, Chowdhury, A., and Cook, G. (2010) *The Ubiquitous and Increasingly Significant Status Message.* Interactions. May/June, 15-17.

**Jansen, B.J.**, Hudson, K., Hunter, L., Liu, F., and Murphy, J. (2008) *The Google Online Marketing Challenge: Real-World Learning with Real Clients, Real Money, and Real Advertising Campaigns*, Journal of Interactive Advertising. 9(1), http://jiad-org.adprofession.com/article109.html

**Jansen, B.J.** (2008) *Sponsored search,* International Journal of Electronic Business. 6(2), 112-113.

Edmonds, A., Hawkey, K., **Jansen, B.J.**, Kellar, M., and Turnbull, D. (2007) *Editorial for Special Issue on Logging Traces of Web,* Journal of Web Engineering. 6(3), 193-195.

## Non-refereed Articles

**Jansen, B.J.** (*2006) Paid search as an information seeking paradigm,* <u>Bulletin of the American Society for Information Science and Technology</u>. 32(2), 7-8.

Spink, A., Ozmutlu, S., Ozmutlu, H. C., and **Jansen, B.J.** (2002) *U.S. versus European Web searching trends,* <u>SIGIR Forum</u>. 32(1), 30-37.

**Jansen, B.J.**, Riedt, R., and Turner, J. (2002) *Hitting the moving technology target,* <u>SIGNAL: International Journal of AFCEA</u>. 56(80), 65.

Schmoyer, T. and **Jansen, B.J.** (2001) *Personalized computer interaction improves customer service,* <u>SIGNAL: International Journal of AFCEA</u>. 55(9), 63-65.

**Jansen, B.J.** and Spink, A. (2000) *Methodological approach in discovering user search patterns through Web log analysis,* <u>Bulletin of the American Society for Information Science and Technology</u>. 27(1), 15-17.

**Jansen, B.J.**, Spink, A., Bateman, J., and Saracevic, T. (1998) *Real life information retrieval: A study of user queries on the Web,* <u>SIGIR Forum</u>. 32(1), 5 -17. 128.

Crow, D. and **Jansen, B.J.** (1998) *Seminal works in computer human interaction,* <u>SIGCHI Bulletin</u>. 30(3), 24-28.

**Jansen, B.J.** (1998) *The graphical user interface: An introduction,* <u>SIGCHI Bulletin</u>. 30(2), 22-26.

## Manuscripts Accepted for Publication

Liu, Z., and **Jansen, B.J.** (forthcoming) *Predicting the Response Rate in Social Question and Answering on Sino Weibo.* <u>Information Processing & Management</u>.

## Refereed Conference Proceedings

Aldous, K, An, J, and **Jansen, B. J.** (2019) Stylistic Features Usage: Similarities and Differences Using Multiple Social Networks. 11th International Conference on Social Informatics (SocInfo2019). Doha, Qatar. 18-21 November.

Aldous, K, An, J, and **Jansen, B. J.** (2019) Predicting Audience Engagement Across Social Media Platforms in the News Domain. 11th International Conference on Social Informatics (SocInfo2019). Doha, Qatar. 18-21 November.

**Jansen, B. J.**, Jung, S.G., and Salminen, J. (2019) Capturing the Change in Topical Interests of Personas Over Time. Association for Information Science and Technology Annual Meeting 2019 (ASIST2019). Melbourne, Australia. 19-23 Oct.

## Refereed Conference Proceedings

Almerekhi, H., Kwan, H., and **Jansen, B. J.** (2019) Detecting Toxicity Triggers in Online Discussions. ACM Hypertext and Social Media 2019. Hof, Germany.17-20 September 2019.

Salminen, J., Sengün, S., Mawhorter, P., and **Jansen, B. J.** (2019) Exploring the Relationship Between Game Content and Culture-based Toxicity: A Case Study of League of Legends and MENA Players. ACM Hypertext and Social Media 2019. Hof, Germany.17-20 September 2019.

Aldous, K., An, J. and **Jansen, B. J.** (2019) View, Like, Comment, Post: Analyzing User Engagement by Topic at 4 Levels across 5 Social Media Platforms for 53 News Organizations. International AAAI Conference on Web and Social Media (ICWSM2019), Munich, Germany, 11-14 June, 47-57.

Salminen, J., Jung, S.G., Santos, J.M., and **Jansen, B. J.** (2019). The Effect of Smiling Pictures on Perceptions of Personas. User Modelling, Adaptation and Personalization (UMAP19). Larnaca, Cyprus. 9–12 June 2019, 75-79.

Salminen, J., Salenius, T., Hall, M., Yoganathan, V., Osburg, V.S., and **Jansen, B. J.** (2019) Analyzing the Effects of Pausing Online Advertisement on Sales Revenue. 14th Global Brand Conference. Berlin, Germany, 8-10 May.

Salminen, J., Engren, V., Salenius, T., Clarke, T., and **Jansen, B. J.** (2019) Automatically classifying search advertising terms to purchase funnel stages: A machine learning approach. 14th Global Brand Conference. Berlin, Germany, 8-10 May.

Jung, S.G., Salminen, J., and **Jansen, B. J.** (2019) Personas Changing Over Time: Analyzing Variations of Data-Driven Personas During a Two-Year Period. ACM CHI Conference on Human Factors in Computing Systems (CHI2019) (Extended Abstract), Glasgow, United Kingdom, 4-9 May. Paper No. LBW2714.

**Jansen, B. J.**, Jung, S.G., and Salminen, J., and (2019) Creating Manageable Persona Sets from Large User Populations. ACM CHI Conference on Human Factors in Computing Systems (CHI2019) (Extended Abstract), Glasgow, United Kingdom, 4-9 May. Paper No. LBW2713.

Şengün, S., Salminen, J., Jung, S.G., Mawhorter, P., and **Jansen, B. J.** (2019) Analyzing Hate Speech Toward Players from the MENA in League of Legends. ACM CHI Conference on Human Factors in Computing Systems (CHI2019) (Extended Abstract), Glasgow, United Kingdom, 4-9 May. Paper No. LBW0173.

Salminen, J., Jung, S.G., and **Jansen, B. J.** (2019) Detecting Demographic Bias in Automatically Generated Personas. ACM CHI Conference on Human Factors in Computing Systems (CHI2019) (Extended Abstract), Glasgow, United Kingdom, 4-9 May. Paper No. LBW0122.

## Refereed Conference Proceedings

Aldous, K, An, J, and **Jansen, B. J.** (2019) The Challenges of Creating Engaging Content: Results from a Focus Group Study of a Popular News Media Organization. ACM CHI Conference on Human Factors in Computing Systems (CHI2019) (Extended Abstract), Glasgow, United Kingdom, 4-9 May. Paper No. LBW2317.

Salminen, J., Jung, S.G. and **Jansen, B. J.** (2019) The Future of Automatic Persona Generation: A Marriage of Online Analytics and Human-Driven Data Representations. 21st International Conference on Enterprise Information Systems (ICEIS2019). Heraklion, Crete, Greece. 3-5 May.

Salminen, J., Marttila, R., Corporan, J., Salenius, T., and **Jansen, B. J.** (2019) Using Machine Learning to Predict Ranking of Webpages in the Gift Industry: Factors for Search-Engine Optimization. 9th International Conference on Information Systems and Technologies (ICIST 2019), Cairo, Egypt. 24–26 March.

Salminen, J., Nagpal, M., Kwak, H., An, J., Jung, S.G., and **Jansen, B. J.** (2019) Confusion Prediction from Eye-Tracking Data: Experiments with Machine Learning. 9th International Conference on Information Systems and Technologies (ICIST 2019), Cairo, Egypt. 24–26 March.

Salminen, J., Sengun, S., Jung, S.G., and **Jansen, B. J.** (2019) Design Issues in Automatically Generated Persona Profiles: A Qualitative Analysis from 38 Think-Aloud Transcripts. The ACM SIGIR Conference on Human Information Interaction and Retrieval (CHIIR2019). Glasgow, UK. 10-14 March. 225-229.

Salminen, J., Almerekhi, H., Kamel, A.H., Jung, S.G., and **Jansen, B. J.** (2019) Online Hate Ratings Vary by Extremes: A Statistical Analysis. The ACM SIGIR Conference on Human Information Interaction and Retrieval (CHIIR2019). Glasgow, UK. 10-14 March. 213-217.

Salminen, J., Luotolahti, J., Almerekhi, H., **Jansen, B. J.,** and Jung, S. G. (2018) Neural Network Hate Deletion: Developing a Machine Learning Model to Eliminate Hate from Online Comments. 5th International Conference 'Internet Science' (INSCI'2018) St. Petersburg, Russia, 24-26 October. 25-39.

Salminen, J., Veronesi, F., Almerekhi, H., Jung, S. G., and **Jansen, B. J.** (2018) Online Hate Interpretation Varies by Country, But More by Individual: A Statistical Analysis Using Crowdsourced Ratings. The Fifth International Conference on Social Networks Analysis, Management and Security (SNAMS-2018). Valencia, Spain. 15-18 October. 88-94.

Salminen, J., Dey, P., Almerekhi, H., and **Jansen, B. J.** (2018) Inter-rater agreement for social computing studies. The Fifth International Conference on Social Networks Analysis, Management and Security (SNAMS-2018). Valencia, Spain. 15-18 October. 80-87.

Salminen, J., Maslennikov, D., **Jansen, B. J.,** and Olkkonen, R. (2018) With or Without Online Super Platforms? Analyzing News Publishers' Strategies Through a Game of Monetization and Advertising Revenue. 10th International Conference on Social Informatics (SocInfo 2018), St.Petersburg, Russia, 25–28 September. 251-260.

**Refereed Conference Proceedings**

Salminen, J., Almerekhi, H., Milenković, M., Jung, S.G., An, J., Kwak, H., and **Jansen, B. J.** (2018) Anatomy of Online Hate: Developing a Taxonomy and Machine Learning Models for Identifying and Classifying Hate in Online News Media, International AAAI Conference on Web and Social Media (ICWSM 2018), Stanford, CA, USA, 25-28 June. 330-339.

Jung, S.G., An, J., Salminen, J., Kwak, H., and **Jansen, B. J.** (2018) Assessing the Accuracy of Four Popular Face Recognition Tools for Inferring Gender, Age, and Race (Short Paper), International AAAI Conference on Web and Social Media (ICWSM 2018), Stanford, CA, USA, 25-28 June. 624-627.

Jung, S.G., Salminen, J., An, J., Kwak, H., and **Jansen, B. J.** (2018) Automatically Conceptualizing Social Media Analytics Data via Personas (Demo Paper), International AAAI Conference on Web and Social Media (ICWSM 2018), Stanford, CA, USA, 25-28 June. 715-716.

**Paper Award**

Lyytikkä, J., Salminen, J., and **Jansen, B. J.** (2018) To use branded keywords or not? Rationale of professional search-engine marketers for brand bidding strategy, 13th Global Brand Conference, Northumbria University, UK, 2-4 May.

Rantanen, A., Salminen, J., Ginter, F., and **Jansen, B. J.** (2018) Determining online brand reputation with machine learning from social media mentions: A study in the banking context, 13th Global Brand Conference, Northumbria University, UK, 2-4 May.

Kwak, H., An, J., Salminen, J., Jung, S.G., and **Jansen, B. J.** (2018). What We Read, What We Search: Media Attention and Public Attention among 193 Countries. The Web Conference (WWW2018), Lyon, France. 23-27 April, 893-902.

Salminen, J., Nielsen, L., An, J., Jung, S.G., Kwak, H., and **Jansen, B. J.** (2018) Is More Better?: Impact of Multiple Photos on Perception of Persona Profiles. ACM CHI Conference on Human Factors in Computing Systems (CHI2018), Montréal, Canada, 21-26 April, Paper No. 317.

Johnson, J., **Jansen, B. J.**, Hastak, M., and Raval, D. (2018) Analyzing Advertising Labels: Testing Consumers' Recognition of Paid Content Online. ACM CHI Conference on Human Factors in Computing Systems (CHI2018) (Extended Abstract), Montréal, Canada, 21-26 April, LBW517.

Salminen, J., Kwak, H., Santos, J. M., Jung, S.G., An, J., and **Jansen, B. J.** (2018) Persona Perception Scale: Developing and Validating an Instrument for Human-Like Representations of Data. ACM CHI Conference on Human Factors in Computing Systems (CHI2018) (Extended Abstract), Montréal, Canada, 21-26 April, LBW075.

Salminen, J., Jung, S.G., An, J., Kwak, H., and **Jansen, B. J.** (2018) Findings of a User Study of Automatically Generated Personas. ACM CHI Conference on Human Factors in Computing Systems (CHI2018) (Extended Abstract), Montréal, Canada, 21-26 April, LBW097.

## Refereed Conference Proceedings

Jung, S.G., Salminen, J., Kwak, H., An, J., and **Jansen, B. J.** (2018) Automatic Persona
Generation (APG): A Rationale and Demonstration, ACM SIGIR Conference on Human
Information Interaction and Retrieval (CHIIR2018) (Demo), New Brunswick, New Jersey,
USA, 11-15 March. p. 321-324.

Salminen, J., **Jansen, B. J.**, An, J., Jung, S.G., Nielsen, L., and Kwak, H. (2018) Fixation and
Confusion – Investigating Eye-tracking Participants' Exposure to Information in Personas.
ACM SIGIR Conference on Human Information Interaction and Retrieval (CHIIR2018), New
Brunswick, New Jersey, USA, 11-15 March. p. 321-324.

Salminen, J., Seitz, S., **Jansen, B. J.**, and Salenius, T. (2017) Gender effect on e-commerce
sales of experience gifts: Preliminary empirical findings, International Conference on
Electronic Business (ICEB 2017), Dubai, UAE. P. 106-115. 4-8 December.

Salminen, J., **Jansen, B. J.**, and Milenkovic, M. (2017) Problems of Data Science in
Organizations: An Explorative Qualitative Analysis of Business Professionals' Concerns,
International Conference on Electronic Business (ICEB 2017), Dubai, UAE. p. 192-201. 4-8
December.

Jung, S., An, J., Kwak, H., Salminen, J., and **Jansen, B. J.** (2017) Inferring social media
users' demographics from profile pictures: A Face++ analysis on Twitter users, International
Conference on Electronic Business (ICEB 2017), Dubai, UAE. p. 140-145. 4-8 December.

Nielsen, L., Jung, S.G., An, J., Salminen, J., Kwak, H., and **Jansen, B. J.**, (2017) Who are
your users?: comparing media professionals' preconception of users to data-driven personas.
In Proceedings of the 29th Australian Conference on Computer-Human Interaction (OZCHI
'17), 28 Nov.-1 Dec., Brisbane, Australia, p. 602-606.

**Jansen, B.J.**, An, J. Kwak, H., Salminen, J.O., and Jung, SG., (2017) Viewed by Too Many or
Viewed Too Little: Using Information Dissemination for Audience Segmentation. Association
for Information Science and Technology Annual Meeting 2017 (ASIST2017). Washington,
DC. 27 Oct. - 1 Nov.

Salminen, J.O., Şengün, S., Kwak, H., and **Jansen, B.J.**, An, J., Jung, S.G., Vieweg, S.,
Harrell, F. (2017) Generating Cultural Personas From Social Data: A Perspective of Middle
Eastern Users. The Fourth International Symposium on Social Networks Analysis,
Management and Security (SNAMS-2017). Prague, Czech Republic, 21-23 Aug.

Jung, S., An, J., Kwak, H. Ahmad, M., Nielsen, L., and **Jansen, B.J.** (2017) Persona
Generation from Aggregated Social Media Data. ACM Conference on Human Factors in
Computing Systems 2017 (CHI2017). Denver, CO., p.1748-1755. 6-11 May.

An, J., Kwak, H., and **Jansen, B.J.** (2017) *Automatic Generation of Personas Using YouTube
Social Media Data*. Proceedings of the 50th International Conference on System Sciences
(HICSS-50). Waikoloa, Hawaii. p. 833-842. 4-7 January.

## Refereed Conference Proceedings

Gao, Y., Reddy, M., and **Jansen, B.J.** (2017) *ShopWithMe!: Collaborative Information Searching and Shopping for Online Retail*. Proceedings of the 50th Hawaii International Conference on System Sciences (HICSS-50). p. 505-514. Waikoloa, Hawaii. p. 833-842. 4-7 January.

Rabab'ah, A., Al-Ayyoub, M., Shehab, M.A., Jararweh, Y. and **Jansen, B.J.** (2016) *Using the Panama Papers to Explore the Financial Networks of the Middle East*. The 11th International Conference for Internet Technology and Secured Transactions (ICITST-2016). Barcelona, Spain. 5-7 Dec.

Whitman, A. and **Jansen, B.J.** (2016) *Commercial Consequences of Amazon's Community Forums: The Case of the Kindle*. The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. 29 November - 2 December.

An, J., Kwak, H. and **Jansen, B.J.** (2016) *Validating Social Media Data for Automatic Persona Generation*. The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. 29 November - 2 December.

Das, A., Das, S.S., Ziegelmayer, J.L., **Jansen, B.J.** (2016) *Attention Allocation and Choice: An Eye-Tracking Study*. Annual Meeting of the Society for Judgment and Decision Making (SJDM2016). Boston, Massachusetts, 18-21 November.

Brown, A., Lush, B., and **Jansen, B.J.** (2016) *Pixel Efficiency Analysis:* A Quantitative Web Analytics Approach. 2016 Annual Meeting of the Association for Information Science and Technology, Copenhagen, Denmark, 14-18 Oct.

Ma, J., Gao, W., Mitra, P., Kwon, S., **Jansen, B.J.**, Wong, K.F, and Cha. M. (2016) *Detecting Rumors from Microblogs with Recurrent Neural Networks*. 25th International Joint Conference on Artificial Intelligence (IJCAI-16). New York, NY. p. 3818- 3824. 9-15 July.

Mukherjee, P. and **Jansen, B.J.** (2016) *Formality Identification in Social Media Dialogue*. 2016 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP16). Washington DC, p. 375-380. 21 June-1 July.

Wong, J.S., Pursel, B., Divinsky, A. and **Jansen, B.J.** (2016) *An Analysis of Cognitive Learning Context in MOOC Forum Messages*. ACM Conference on Human Factors in Computing Systems (CHI2016), San Jose, CA, USA, 7-12 May.

Gao, Y, Reddy, M., and **Jansen, B.J.** (2016) *Shopping as Searching: Collaborative Web Search in the Ecommerce Domain*. ACM Conference on Human Factors in Computing Systems (CHI2016), San Jose, CA, USA, 7-12 May.

Mukherjee, P. and **Jansen, B.J.** (2016) *Second Screen Interaction Analysis for IRL Events: Phase-Category Investigation of the Super Bowl 2015 Social Soundtrack*. The 7th International Conference on Information and Communication Systems (ICICS 2016). Irbid, Jordan. 5-7 April.

### Refereed Conference Proceedings

Mukherjee, P. and **Jansen, B.J.** (2015) *Correlation of Brand Mentions in Social Media and Web Searching Before and After Real Life Events: Phase Analysis of Social Media and Search Data for Super Bowl 2015 Commercials.* International Workshop on Event Analytics Using Social Media Data, IEEE International Conference on Data Mining (ICDM2015) Atlantic City, New Jersey. 14-17 Nov., p. 21-26.

Wong, J.S., Pursel, B., Divinsky, A. and **Jansen, B.J.** (2015) *Analyzing MOOC Discussion Forum Messages to Identify Cognitive Learning Exchanges.* 2015 Annual Meeting of The Association for Information Science & Technology. St. Louis, Mo. 6-10 Nov.

Liu, Z., and **Jansen, B.J.** (2015) *Analysis of Question and Answering Behavior in Question Routing Services.* 21st International Conference on Collaboration and Technology (CRIWG 2015). Yerevan, Armenia. 22 – 25 Sept., p.72-85.

Liu, Z., and **Jansen, B.J.** (2015) *A Taxonomy for Classifying Questions Asked in Social Question and Answering.* ACM CHI Conference on Human Factors in Computing (CHI 2015), Seoul, South Korea, 18-23 Apr.

Coughlin, D. and **Jansen, B.J.** (2015) *Predicting Downloads of Academic Articles to Inform Online Content Management.* 6th International Conference on Information and Communication Systems (ICICS2015). Amman, Jordan. 8-9 Apr.

Wong, J.S., Pursel, B., Divinsky, A. and **Jansen, B.J.** (2015). *An Analysis of MOOC Discussion Forum Interactions from the Most Active Users.* 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15). Washington DC, p. 452-457. 31 Mar.-3 Apr.

**Paper Award** Liu, Z., and **Jansen, B.J.** (2015) *Subjective versus Objective Questions: Perception of Question Subjectivity in Social Q&A.* 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15), p. 131-140. Washington DC 31 Mar.-3 Apr.

Mukherjee, P. and **Jansen, B.J.** (2015) *Analyzing Second Screen Based Social Soundtrack of TV Viewers from Diverse Cultural Settings.* 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15), p. 375-380. Washington DC., 31 Mar.-3 Apr.

Ortiz-Cordova, A. and **Jansen, B.J.** (2015) *The Relationship Between Searching on Search Engines and Searching on Sites.* International Conference on Information Systems and Technologies (ICIST'2015). Istanbul, Turkey. 21-23 March.

Mukherjee, P. and **Jansen, B.J.** (2015) *Evaluating Pattern for Group Interactions using Second Screens.* In Computing, Networking and Communications Workshop (CNC), 2015 International Conference on Computing, Networking and Communications, Anaheim, CA. 16-19 Feb.

**Refereed Conference Proceedings**

Mukherjee, P. and **Jansen, B.J.** (2015) *Evaluating Classification Schemes for Second Screen Interactions*, 2015 International Conference on Computing, Networking and Communications, Anaheim, CA. 16-19 Feb.

Mukherjee, P., Wong, J.S., and **Jansen, B.J.** (2014) *Patterns of Social Media Conversations Using Second Screens*. The Sixth ASE International Conference on Social Computing (SocialCom 2014). Stanford, CA. 27-31 May.

Liu, Z., and **Jansen, B.J.** (2014) *Predicting Potential Responders in Social Q&A Based on non-QA Features*. ACM CHI Conference on Human Factors in Computing (CHI 2014), p. 2131-2136. Toronto, Canada. 26 April - 1 May.

Ortiz-Cordova, A. and **Jansen, B.J.** (2014) *Linking External and Internal Search: Investigating the Site Searching Patterns of Referred Searchers*. ACM CHI Conference on Human Factors in Computing Systems (CHI 2014), p. 1345-1350. Toronto, Canada. 26 April - 1 May.

Mukherjee, P. and **Jansen, B.J.** (2014) *Social TV and the Social Soundtrack: Significance of Second Screen Interaction during Television Viewing*. The 2013 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP), Washington DC. 2-4 April.

Coughlin, D. M., Campbell, M. C., and **Jansen, B.J.** (2013) *Measuring the Value of Library Content Collections*. 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

Mukherjee, P. and **Jansen, B.J.** (2013) *Gender-Brand Effect of Search Queries on Sponsored Search Performance*. 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

Ortiz-Cordova, A. and **Jansen, B.J.** (2013) *Site-Searching Strategies of Searchers Referred from Search Engines*. 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

Liu, Z. and **Jansen, B.J.** (2013) *Question and Answering Made Interactive: An Exploration of Interactions in Social Q&A*. Proceedings of the International Conference on Social Intelligence and Technology 2013 (SOCIETY 2013), p. 1-10. State College, Pennsylvania USA, 8 -9 May.

Hafernik, C. and **Jansen, B.J.** (2013) *Understanding the specificity of web search queries*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2013), p. 1845-1850. Paris France, 27 April – 2 May.

Mukherjee, P. and **Jansen, B.J.** (2013) *The gender-brand effect of key phrases on user clicks in sponsored search*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2013), p. 1845-1850. Paris France, 27 April – 2 May.

Liu, Z. and **Jansen, B.J.** (2013) *Factors Influencing the Response Rate in Social Question & Answering Behavior*. 16th ACM Conference on Computer Supported Cooperative Work and Social Computing (CSCW 2013), p. 1263-1274. 23-27 February. San Antonio, Texas.

## Refereed Conference Proceedings

Liu, Z. and **Jansen, B.J.** (2012) *Almighty Twitter, What Are People Asking For?.* 75th Annual Meeting of the American Society for Information Science and Technology (ASIST 2012), p.1-10. 26-30 October. Baltimore, MD.

Carman, S., Strong, R., Chandra, A.., Oh, S., Spangler, S., Anderson, L., and **Jansen, B.J.** (2012) *Predictive Value of Comments in the Service Engagement Process.* 75th Annual Meeting of the American Society for Information Science and Technology (ASIST 2012). 26-30 October. Baltimore, MD.

Purao, S., Storey, V., Maass, W., **Jansen, B.J.**, and Reddy, M. (2012) *An Integrated Conceptual Model to Incorporate Information Tasks in Workflow Models*. **31st International Conference on Conceptual Modeling** (ER 2012). 15-18 October. Florence, Italy.

Hafernik, C.T., Cheng, B., Francis, P. and **Jansen, B.J.** (2011*) Mapping User Search Queries to Product Categories.* 74th Annual Meeting of the American Society for Information Science and Technology (ASIST 2011). 9-13 October. New Orleans, LA.

**Jansen, B.J.**, Liu, Z. and Simon, Z. (2011) *Investigating the Effect of Results Ranking in Sponsored Search.* 4th Annual Meeting of the American Society for Information Science and Technology (ASIST 2011). 9-13 October. New Orleans, LA.

Tapia, A., Bajpai, K., **Jansen, B.J.**, Yen, J., Giles, C., and Mitra, P. (2011) *Seeking the Trustworthy Tweet:Can Microblogged Data Fit the Information Needs of Disaster Response and Humanitarian Relief Organizations*. Proceedings of the 8th International Conference on Information Systems for Crisis Response and Management (ISCRAM 2011), 8-11 May, Lisbon, Portugal.

Caragea, C., McNeese, N., Jaiswal, A., Traylor, G., Kim, H.W., Mitra, P., Wu, D., Tapia, A.H., Giles, L., **Jansen, B.J.**, and Yen, J. (2011) *Classifying Text Messages for the Haiti Earthquake*. Proceedings of the 8th International Conference on Information Systems for Crisis Response and Management (ISCRAM 2011), 8-11 May, Lisbon, Portugal.

**Jansen, B.J.** Sobel, K. and Cook, G. (2011) *Being Networked and Being Engaged: The Impact of Social Networking on eCommerce Information Behavior*. Proceedings of the *iConference 2011*, 8-11 February, Seattle, WA, USA.

**Jansen, B.J.** and Booth, D. (2010) *Classifying Web Queries by Topic and User Intent.* Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 4285-4290. Atlanta, GA, 10 – 15 April.

**Jansen, B.J.** Sobel, K. and Cook, G. (2010) *Gen X and Y's Attitudes on Using Social Media Platforms for Opinion Sharing*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 3853-3858. Atlanta, GA, 10 – 15 April.

**Jansen, B.J.**, Campbell, G. and Gregg, M. (2010) *Real Time Search User Behavior*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 3961-3966. Atlanta, GA, 10 – 15 April.

## Refereed Conference Proceedings

**Jansen, B.J.** and Solomon, L. (2010) *Gender Demographic Targeting in Sponsored Search.* Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 831-840. Atlanta, GA, 10 – 15 April.

**Jansen, B.J.**, Zhang, M., Booth, B. Park, D., Zhang, Y., Kathuria, A. and Bonner, P. (2009) *To What Degree Can Log Data Profile a Web Searcher?* Proceedings of the American Society for Information Science and Technology 2009 Annual Meeting. Vancouver, British Columbia. 6-11 November.

Srivatsan, V. R., Purao, S., **Jansen, B.J.**, and He, J. (2009) *Systems Developers Define their Own Information Needs.* 15th Americas Conference on Information Systems. San Francisco, California. 06-09 August.

**Jansen, B.J.**, Zhang, M, Sobel, K, and Chowdhury, A (2009) *Micro-blogging as Online Word of Mouth Branding.* ACM Conference on Computer Human Interaction (CHI2009). p. 3859-3864. Boston, Massachusetts. 4 - 9 April.

**Jansen, B.J.**, Booth, D. and Spink, A (2009) *Predicting Query Reformulation During Web Searching.* ACM Conference on Computer Human Interaction (CHI2009). p. 3907-3912. Boston, Massachusetts. 4 - 9 April.

Zhang, M. and **Jansen, B.J.** (2009) *Influences of Mood on Information Seeking Behavior.* ACM Conference on Computer Human Interaction (CHI2009. p. 3395-3400. Boston, Massachusetts. 4 - 9 April.

Spink, A. and **Jansen, B.J.** (2008) The 8th International We-B (Working For E-Business) *Conference 2008.* Melbourne, Australia. 28 – 30 November.

Reddy, M., **Jansen, B.J.**, and Krishnappa, R. (2008) *The Role of Communication in Collaborative Information Searching.* 2008 Annual Meeting of the American Society for Information Science and Technology. 24-29 October Columbus, Ohio.

**Best Paper Award**

**Jansen, B.J.**, Zhang, M., and Schultz, C. (2008) *The Effect of Brand on the Evaluation of IT System Performance.* Proceedings of the Southern Association for Information Systems Conference, Richmond, VA, USA 13-15 March 2008.

Tjondronegoro, D., Spink, A., & **Jansen, B.J.** (2007) *Multimedia Searching on the Dogpile Web Meta-Search Engine.* ADCS 2007: Australian Document Computing Symposium. Melbourne, Australia. 10 December.

Spink, A., and **Jansen, B.J.** (2007) *Commerce Related Web Search: Current Trends,* The 18th Australasian Conference on Information Systems. Toowoomba, Australia. 5-7 December.

Zhang, Y. and **Jansen, B.J.** (2007) *An Analysis of Searchers' Perceptions of Sponsored and Non-Sponsored Links Using Nested Design,* 2007 Annual Meeting of the American Society for Information Science and Technology. Milwaukee, Wisconsin, 18-25 October.
.

**Refereed Conference Proceedings**

**Jansen, B.J.** (2007) *Investigating the Relevance of Sponsored Results for Web Ecommerce Queries,* The 30th Annual International ACM Special Interest Group on Information Retrieval. Conference (SIGIR), p. 859 – 860, Amsterdam, the Netherlands. 23-27 July.

**Jansen, B.J.**, Smith, B., and Booth, D. (2007) *Viewing Online Search Within a Learning Paradigm,* The 30th Annual International ACM Special Interest Group on Information Retrieval. Conference (SIGIR), p. 859 – 860. Amsterdam, the Netherlands. 23-27 July.

**Jansen, B.J.**, Zhang, M., and Zhang, Y. (2007) *Brand Awareness and the Evaluation of Search Results,* 16th International World Wide Web Conference (WWW2007), p. 1139 – 1140. Banff, Canada. 8-12 May.

**Jansen, B.J.**, Smith, B., and Booth, D. (2007) *Understanding Web Search via a Learning Paradigm,* 16th International World Wide Web Conference (WWW2007), p. 1207 – 1208. Banff, Canada. 8-12 May.

**Jansen, B.J.**, Booth, D., and Spink, A. (2007) *Determining the User Intent of Web Search Engine Queries,* 16th International World Wide Web Conference (WWW2007), p. 1149 – 1150. Banff, Canada. 8-12 May.

**Jansen, B.J.**, Zhang, M., and Zhang, Y. (2007) *The Effect of Brand Awareness on the Evaluation of Search Engine Results,* Conference on Human Factors in Computing Systems (SIGCHI), Work-in-Progress, p. 2471 – 2476. San Jose, California. 28 April - 3 May.

**Jansen, B.J.**, Spink, Amanda H., and Narayan, Bhuva. (2007) *Query Modifications Patterns During Web Searching.* Proceedings of the Fourth International Conference on Information Technology, IEEE, p. 439-444. Las Vegas, Nevada, 10-12 April.

Spink, A., and **Jansen, B.J.** (2006) *Changing Web search trends from 1997 to 2006,* Information Online 2007: 13th Exhibition and Conference. Sydney, Australia. 30 January – 1 February.

Yan, S., Giles, C. and **Jansen, B.J.** (2006) *Formal Definitions of Web Information Search,* American Society for Information Science & Technology 2006 Annual Meeting, p. 1-10. Austin, Texas. 3 - 8 November.

Zhang, M., **Jansen, B.J.**, and Spink, A. (2006) *Information Searching Tactics of Web Searchers,* American Society for Information Science & Technology 2006 Annual Meeting. Austin, Texas, p. 1-10. 3 - 8 November.

Koshman, S. Spink, A., **Jansen, B.J.**, Blakely, C., and Weber, J. (2006) *Metasearch Result Visualization: An Exploratory Study,* 2006 Annual Conference of the Canadian Association for Information Science, p. 1-10. Toronto, Canada. 1-3 June. http://cais-acsi.ca/proceedings/2006/koshman_2006.pdf

## Refereed Conference Proceedings

**Jansen, B.J.**, Spink, A., Blakely, C., and Koshman, S. (2006) *Investigating Usage of the Vivisimo Clustering Search Engine Interface,* The Twelfth Australasian World Wide Web Conference (AUSWEB 06). **Noosa Lakes, Australia. 1 -5 July.**
http://ausweb.scu.edu.au/aw06/papers/refereed/spink/index.html

Spink, A., **Jansen, B.J.**, Blakely, C., and Koshman, S. (2006) *Overlap Among Major Web Search Engines,* IEEE Information Technology: New Generations (ITNG) 2006. p. 370 – 374. Las Vegas, NV. 10 – 12 April.

**Jansen, B.J.**, Spink, A., Blakely, C., and Koshman, S. (2005) *Web Searcher Interactions with Multiple Federate Content Collections,* Proceedings of the 10th Australasian Document Computing Symposium. Sydney, Australia. 12 December.

**Jansen, B.J.**, Koshman, S., and Spink A. (2005) *An Analysis of Repeat Users of Vivisimo.com,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

Doran, S. G., de Ycaza, S., Eastman, C. and **Jansen, B.J.** (2005) *Finding Nutrition Information on the Web: Coverage vs. Authority,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

Spink, A., Koshman, S. and **Jansen, B.J.** (2005) *Tracking Web Search Trends from 1997 to 2005,* Internet Research 6.0: Internet Generations Association of Internet Researchers. Chicago, IL. 5 – 9 October.

Resnick, M, and **Jansen, B.J.** (2005) *An Empirical Study of Paid Search in Product Search and Purchase,* The Human Factors and Ergonomics Society 49th Annual Meeting. p. 1429-1433. Orlando, Florida. 26-30 September.

Sharma, H. and **Jansen, B.J.** (2005) *Automated Evaluation of Search Engine Performance via Implicit User Feedback,* The 28th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval. p. 649-650. Salvador, Brazil. 15-19 August.

Morgan, A., **Jansen, B.J.**, and Trauth, E. (2005) *Exploring Individual User Attitudes Towards Performance with Web Search Engines: An Extension Study,* Proceedings of the Eleventh Americas Conference on Information Systems. p. 2317 – 2324. Omaha, Nebraska. 11–14 August.

Koshman, S. Spink, A., and **Jansen, B.J.** (2005) *Using Clusters on the Vivisimo Web Search Engine,* HCI International 2005. p. 742-747. Las Vegas, Nevada. 22-25 July.

Sengupta, S. and **Jansen, B.J.** (2005) *Designing a Value Based Search Engine Using Evolutionary Strategies,* IEEE 6th International Conference on Information Technology, Coding and Computing, p. 800-805. Las Vegas, Nevada. 11-13 April.

**Refereed Conference Proceedings**

Spink, A., Koshman, S., Park, M., Field, C. and **Jansen, B.J.** (2005) *Multitasking Web Search on Vivisimo.com*. IEEE 6th International Conference on Information Technology, Coding and Computing. p. 486-490. Las Vegas, Nevada, 11-13 April.

Eastman, C. and **Jansen, B.J.** (2004) *The Appropriate (and Inappropriate) Use of Query Operators and Their Effect on Web Search Engine Results*, American Society for Information Science & Technology 2004 Annual Meeting, p. 274-279. Providence, Rhode Island. 13-18 November.

*Spink, A.,* Park, M., *Jansen, B.J.,* and Pederson, J. (2004) *Information Task Switching and Multitasking Web Search*, Proceedings of the American Society for Information Science & Technology 2004 Annual Meeting, p. 213-217. Providence, Rhode Island. 13-18 November.

*Jansen, B.J. and McNeese, M. D. (2004) Investigating Automated Assistance and Implicit Feedback for Searching Systems*, Proceedings of the American Society for Information Science & Technology 2004 Annual Meeting, p. 280-286. Providence, Rhode Island. 13-18 November.

*Jansen, B.J. and McNeese, M. D. (2004) Evaluating the Effectiveness of Automated Assistance for Web Searching*, Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting, p. 1518-1522. New Orleans, Louisiana. 20-24 September.

*Spink, A.,* Park, M., *Jansen, B.J.,* and Pederson, J. (2004) *Multitasking Web Search on AltaVista*, Proceedings of the IEEE 5th International Conference on Information Technology, Coding and Computing, p. 309-313. Las Vegas, Nevada. 5-7 April.

*Jansen, B.J., Spink, A.,* and Pederson, J. (2003) *An Analysis of Multimedia Searching on AltaVista*, Proceedings of the 5th ACM SIG Multimedia International Workshop on Multimedia Information Retrieval, p.186-192. Berkeley, California.

*Jansen, B.J. (2003) Designing Automated Help Using Searcher System Dialogues*, *Proceedings of the* 2003 IEEE International Conference on Systems, Man & Cybernetics, p. 744-749. Washington, D.C. 5-8 October.

**Jansen, B.J.**, Spink, A., and Pederson, J. (2003) *Web Search Agents: What Are They Doing Out There?*, Proceedings of the 2003 IEEE International Conference on Systems, Man & Cybernetics, p. 1410-1416. Washington, D.C. 5-8 October.

*Jansen, B.J., Spink, A.,* and Pederson, J. *(2003) Monsters at the Gates: When Softbots Visit Web Search Engines, Proceedings of the 4th International Conference on Internet Computing, Lap. p. 620–626. Vegas, Nevada. 23-26 June.*

Spink, A., Abbas, M., and **Jansen, B.J.** (2003) *Accessing E-commerce Web Information: Implications for Bridging the Digital Divide*, The 2003 Canadian Association for Information Science Conference, *p. 213-221.* Halifax, CA. 28 May-1 June.

69

**Refereed Conference Proceedings**

**Jansen, B.J.** and Spink, A. (2003) *An Analysis of Web Documents Retrieved and Viewed*, Proceedings of the 4th International Conference on Internet Computing, p. 65-69. Las Vegas, Nevada, 23-26 June.

**Jansen, B.J.** (2003) *Operators Not Needed? The Impact of Query Structure on Web Searching Results*, Information Resource Management Association International Conference, p. 814-817. Philadelphia, PA, 18-21 May.

Duran, S., Eastman, C., and **Jansen, B.J.** (2003) *Nutritional Information on the Web: An Analysis of Information Sought and Information Provided*, Information Resource Management Association International Conference, p. 106-108. Philadelphia, PA. 18-21 May.

*Jansen, B.J. and Spink, A. (2003) Retrieving and Viewing Web Documents, The 2003 National Online Meeting, p. 55-57. New York, New York, 6-8 May 2003.*

**Jansen, B.J.** and Eastman, C. (2003) *The Effects of Search Engines and Query Operators on Top Ranked Results*, The IEEE 4th International Conference on Information Technology, Coding and Computing, p. 135-139. Las Vegas, Nevada, 28-30 April.

**Jansen, B.J.** and Kroner, G. (2003) *The Impact of Automated Assistance on the Information Retrieval Process*, The ACM SIGCHI 2003 Conference on Human Factors in Computing Systems, p. 1004-1006. Fort Lauderdale, Florida, 5-10 April.

**Paper Award**   **Jansen, B.J.** (2002) *Towards Implementing a Cognitive Model of Searching*, Proceedings of the E-Learning 2002 Conference (Web Track), p. 493-521. Montreal, Canada, 15-19 October.

**Jansen, B.J.** (2002) *A Preliminary Mapping of Web Queries Using Existing Image Query Schemes*, Proceedings of the E-Learning 2002 Conference (Web Track), p. 485-492. Montreal, Canada, 15-19 October.

**Jansen, B.J.**, Spink, A., and Pfaff, A. (2000) *A Linguistic Analysis of World Wide Web Queries*, Proceedings of the Annual Meeting of the American Society of Information Science, p. 169-176. Chicago, IL. 13-16 November.

**Jansen, B.J.**, Spink, A., Goodrum, A., and Pfaff, A. (2000) *Web Query Structure: Implications for IR System Design*, Proceedings of the 4th World Multiconference on Systems, Cybernetics and Informatics, p. 50-55. Orlando, FL. 23-26 July.

**Jansen, B.J.** (1999) *A Software Agent for Performance Improvement of Existing Information Retrieval Systems*, Proceedings of the 1999 International ACM Conference on Intelligent User Interfaces, p. 122-123. Los Angeles, CA. 5-8 January.

Smith, T. L., Ruocco, A., and **Jansen, B.J.** (1999*) Digital Video in Education*, Proceedings of the ACM Computer Science Education Conference, p. 122-126. New Orleans, LA. 21-25 February.

## Refereed Conference Proceedings

**Jansen, B.J.**, Spink, A., and Saracevic, T. (1999) *The Use of Relevance Feedback on the Web: Implications for Web IR System Design*, 1999 World Conference on the WWW and Internet, Honolulu, Hawaii. 24-30 October.

**Jansen, B.J.** and Pooch, U. (1999) *Improving the Performance of Existing Information Retrieval Systems Using a Software Agent*, 5th International Conference on Information Systems Analysis and Synthesis, p. 58-60. Orlando, Florida. 31 July-4 August.

Adams, W. J., **Jansen, B.J.**, and Smith, T. L. (1999) *Planning, Building, and Using a Distributed Digital Library*, Third International Conference on Concepts in Library and Information Science, p. 10-18. Dubrovnik, Croatia. 23-26 May.

Smith, T. L., Wolfe, D., and **Jansen, B.J.** (1999) *Digital Video in a Twenty-First Century Classroom*, Proceedings of the Information Resources Management Association Conference, Hershey, PA. 16-19 May.

Adams, W. J. and **Jansen, B.J.** (1998) *Distributed Digital Library architecture: The Key to Success for Distance Learning*, Proceedings of the IEEE Conference on Research Issues in Data Engineering, p. 2-8. Orlando, Florida. 23-24 February.

Spink, A., Chang, C., Goz, A., and **Jansen, B.J.** (1998) *User' Interactions with the Excite Web Search Engine: A Query Reformulation and Relevance Feedback Analysis*, Proceedings of the Canadian Association of Information Science Conference, p. 342-354. Vancouver, Canada. 5 –10 June.

**Jansen, B.J.**, Spink, A., and Saracevic, T. (1998) *Searchers, the Subjects They Search, and Sufficiency: A Study of a Large Sample of Excite Searches*, Proceedings of the 1998 World Conference on the WWW and Internet, Orlando, Florida.

Spink, A., Bateman, J., and **Jansen, B.J.** (1998) *Users' Searching Behavior on the Excite Web Search Engine*, 1998 World Conference on the WWW and Internet, Orlando, Florida, November.

Howard, R. and **Jansen, B.J.** (1998) *A proxy server experiment: an indication of the changing nature of the Web*, Proceedings of the Seventh International Conference on Computer Communications and Networks, p. 646-649. Lafayette, Louisiana. 12-15 November.

Adams, W. J., **Jansen, B.J.**, and Zoller, R. (1998) *Usability Measurements in an Undergraduate Programming Course*, Software Engineering Conference, Las Vegas, Nevada.

**Jansen, B.J.**, Spink, A., and Saracevic, T. (1998) *Failure analysis in Query Construction: Data and Analysis from a Large Sample of Web Queries*, Proceedings of the 3rd ACM Conference on Digital Libraries, p. 289-290. Pittsburgh, PA. 23-26 July.

Spink, A., Bateman, J., and **Jansen, B.J.** (1998) *User's Searching Behavior on the EXCITE Web Search Engine*, Proceedings of the 19th National Online Meeting, p. 375-386. New York, NY. 12-14 May 1997.

## Refereed Conference Proceedings

Adams, W. J., Howard, R., and **Jansen, B.J.** (1998) *Distributed Digital Libraries: The Key to Success for Distance Learning*, Computers and Technology in Education, 1 -5 May. Cancun, Mexico.

**Jansen, B.J.** (1997) *An Information Retrieval Application for Simulated Annealing*, Proceedings of the 2nd ACM Conference on Digital Libraries, p. 259-260. Philadelphia, PA. 25-28 July.

**Paper Award**  **Jansen, B.J.** (1997) *Simulated Annealing for Query Results Ranking*, Computer Science Education Conference, San Jose, CA. 28 – 30 February.

Spink, A., Burkett, L., Spaid, N., Bateman, J., and **Jansen, B.J.** (1997) *Why Users Search the World Wide Web (WWW): The EXCITE Study*, First Internet Librarian Conference, Monterey, CA. 16-18 November.

Adams, W. J. and **Jansen, B.J.** (1997) *Information Technology and the Classroom of the Future*, Proceedings of the Society for Information Technology in Education Conference, Orlando, Florida. 7 May.

Hamilton, J. A. and **Jansen, B.J.** (1997) *Tactical Network Simulation in the US Army*, Simulation Multi-Conference, Atlanta, Georgia. January.

**Jansen, B.J.** and Hamilton, J. A. (1997) *Modeling and Simulating an Army Information Support Structure*, Simulation Multi-Conference, Atlanta, Georgia. January.

## Papers Presented at Technical and Professional Meetings

**Jansen, B.J.**, Jung, S.G., Salminen, J., An, J. and Kwak, H. (2017) Social Analytics Data for Identifying Customer Segments for Online News Media. The Third International Workshop on Online Social Networks Technologies, 2017 IEEE/ACS 14th International Conference on Computer Systems and Applications (AICCSA2017). 30 Oct.-3 Nov. Hammamet, Tunisia.

Salminen, J., Sarlin, P., Olkkonen, R., and **Jansen, B.J.** (2017) *Who does what in marketing? Toward an understanding of marketer–machine interaction*, Studying Users Perceptions and Experiences with Algorithms Workshop, The 11th International AAAI Conference on Web and Social Media (ICWSM17). Montreal, Canada. 15-18 May.

An, J., Cho, H.Y., Kwak, H., and **Jansen, B.J.** (2016) *Towards Automatic Persona Generation Using Social Media*. The Third International Symposium on Social Networks Analysis, Management and Security (SNAMS 2016), The 4th International Conference on Future Internet of Things and Cloud. p. 206-211. 22-24 August.

## Papers Presented at Technical and Professional Meetings

Mukherjee, P. and **Jansen, B.J.** (2016) *The Changing Nature of Viewership: Formality of Social Media Conversations*. Workshop on Following user pathways: Using cross platform and mixed methods analysis in social media studies. ACM Conference on Human Factors in Computing Systems (CHI2016), San Jose, CA, USA, 7-12 May.

Kwon, S., Abbar, S.and **Jansen, B.J.** (2016) *Identifying Virality Attributes of Arabic Language News Articles*. Qatar Foundation Annual Research Conference 2016 (ARC'16), Doha, Qatar. 22 March.

An, J., , Kwon, H., Cho, H., Hassen, M.Z., and **Jansen, B.J.** (2016) *Efforts Towards Automatically Generating Personas in Real-time Using Actual User Data*. Qatar Foundation Annual Research Conference 2016 (ARC'16), Doha, Qatar. 22 March.

Mukherjee, P. and **Jansen, B.J.** (2015) *Correlation of Brand Mentions in Social Media and Web Searching Before and After Real Life Events: Phase Analysis of Social Media and Search Data for Super Bowl 2015 Commercials*. 1st International Workshop on Event Analytics using Social Media Data at The IEEE International Conference on Data Mining series (ICDM 2015), Atlantic City, New Jersey, USA, 14 Nov.

Mukherjee, P. and **Jansen, B.J.** (2015) *Analyzing the Social Soundtrack From Second Screens Before, During, and After Real-life Events*. The First International Workshop on Online Social Networks Technologies, 2015 IEEE Jordan Conference on Applied Electrical Engineering and Computing Technologies (AEECT), Dead Sea, Jordan. 3-5 Nov.

**Jansen, B.J.**, Wong, J. S., Jablokow, K.W., Divinsky, A., Liu, Z., and Pursel, B. (2014) *Classifying MOOC Discussion Forum Posts as Information Seeking Interactions and Levels of Cognitive Learning*. Workshop on Learning at Scale at ACM CHI Conference on Human Factors in Computing Systems, (CHI 2014), Toronto, CA. 26 April - 1 May.

Liu, Z. and **Jansen, B.J.** (2012) *Factors Influencing the Response Rate in Social Question and Answering Behavior*. Workshop on Social Media Question Asking at 16th ACM Conference on Computer Supported Cooperative Work and Social Computing (*CSCW 2013*). 23-27 February. San Antonio, Texas.

**Jansen, B.J.** (2012) *Gender Demographic Targeting in Sponsored Search*. INFORMS International 2012. 24-27 June. Beijing, China.

**Jansen, B.J.** (2012) *Using Mobile Apps to Enhance Classroom Learning*. Teaching and Learning with Technology, University Park, PA, 24 March

Rosso, M. and **Jansen, B.J.** (2010) *Smart Marketing or Bait & Switch? Competitors' Brands as Keywords in Online Advertising*. 4th Workshop on Information Credibility on the Web (WICOW 2010). World Wide Web Conference (WWW 2010), Raleigh, NC. 26-30 April.

**Jansen, B.J.** (2009) *System Controlled Assistance for Improving Search Performance*. Human-Computer Interaction and Information Retrieval. Workshop. Washington, DC. 23 October.

## Papers Presented at Technical and Professional Meetings

**Jansen, B.J.**, Zhang, M, Sobel, K, and Chowdury, A, (2009) *The Commercial Impact of Social Mediating Technologies: Micro-blogging as Online Word-of-Mouth Branding*. ACM Conference on Computer Human Interaction (CHI2009). Boston, Massachusetts. 4 - 9 April.

Neale, L., Hunter, L., **Jansen, B.J.**, Murphy, J. (2008) *The Google Online Marketing Challenge: A Global Teaching and Learning Initiative*. 2008 Society for Marketing Advances Annual Conference. 4-9 November. St Petersburg, Florida.

**Jansen, B.J.**, Rosso, M., Russell, D., and Detlor, B. (2008) *The Google Online Marketing Challenge: A Multi-Disciplinary Global Teaching and Learning Initiative Using Sponsored Search.* 2008 Annual Meeting of the American Society for Information Science and Technology. 24-29 October Columbus, Ohio.

**Jansen, B.J.** (2008). *Viewing Searching Systems as Learning Systems*. Second Workshop on Human-Computer Interaction and Information Retrieval. 23 October. Redmond, Washington.

Murphy, J., Canhoto, A., Hofacker, C., Hunter, L., **Jansen, B.J.**, and Voorhees, C. (2008) *The Google Online Marketing Challenge: A Global Teaching and Learning Initiative*. 2008 American Marketing Association Summer Marketing Educators' Conference. 8-11 August. San Diego, California.

Reddy, M. and **Jansen, B.J.** (2008) *Learning about Potential Users of Collaborative Information Retrieval Systems*. Workshop on Collaborative Information Retrieval, Joint Conference on Digital Libraries (JCDL 2008). 19 June. Pittsburg, Pennsylvania.

**Jansen, B.J.**, Bhavnani, S., Murray, G. C., Spink, A. and Wolfram, D. (2007) *Web Log Analysis Panel,* 2007 Annual Meeting of the American Society for Information Science and Technology. Milwaukee, Wisconsin. 18-25 October.

Spink, A. and **Jansen, B.J.** (2007) *Web Research - Results from Large-Scale Web Data Analysis,* ARC Research Network Enterprise Information Infrastructure Workshop on Data From the Field. Sydney, Australia. 24th May.

**Jansen, B.J.** and Spink, A. (2007) *The Effect on Click-through of Combining Sponsored and Non-Sponsored Search Engine Results in a Single Listing,* 16th International World Wide Web Conference (WWW2007) Workshop on Sponsored Search Auctions. Banff, Canada. 8-12 May.
Paper: http://opim.wharton.upenn.edu/ssa3/pdf/submission_96.pdf

**Jansen, B.J.** (2007) *Preserving the Collective Expressions of the Human Consciences,* 16th International World Wide Web Conference (WWW2007) Workshop on Query Log Analysis: Social and Technical Challenges. Banff, Canada. 8-12 May.
Paper: http://www2007.org/workshops/paper_58.pdf
Slides: http://querylogs2007.webir.org/slides/JimJansenQL2007.pdf

## Papers Presented at Technical and Professional Meetings

**Jansen, B.J.**, Smith, B., and Booth, D. (2007) *Learning as a Paradigm for Understanding Exploratory Search,* Conference on Human Factors in Computing Systems (SIGCHI ), Workshop on Exploratory Search Interfaces. San Jose, California. 28 April - 3 May.

Spink, A., Alvarado-Albertorio, F., and **Jansen, B.J.** (2007) *Web Search Behavior: What is Normative?,* Society of Australasian Social Psychologists (SASP) Conference. Brisbane, Australia. 12 – 15 April.

**Jansen, B.J.** and Spink, A. (2006) *Characteristics of searching on Web meta-search engines*, American Society for Information Science and Technology: Human Computer Interaction Workshop. Austin, TX. 3-9 November.

**Jansen, B.J.** (2006) *Implications of Trust of Sponsored Links for E-commerce Web Searching,* 6th Annual SIG-USE Research Symposium. American Society for Information Science and Technology (ASIS&T) Annual Conference. Austin, TX. 4 November.

Spink, A. and **Jansen, B.J.** (2006) *Web Searching: Trends and Impacts,* Oxford Internet Institute International Symposium. Journal of Information, Communication, Society: 10th Anniversary International Symposium. University of York, UK. 20 – 22 September. http://www.york.ac.uk/res/siru/icsspinketal.htm

**Jansen, B.J.**, Spink, A., Kathura, V., and Koshman, S. (2006) *How to Define Searching Sessions on Web Search Engines,* Workshop on Web Mining and Web Usage Analysis. The 12th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining (KDD 2006). Philadelphia, Pennsylvania. 20-23 August.

**Jansen, B.J.** (2006) *Adversarial Information Retrieval Aspects of Sponsored Search,* Second International Workshop on Adversarial Information Retrieval on the Web (AIRWeb 2006). The 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval (SIGIR2006). Seattle, Washington. 6-11 August.

**Jansen, B.J.**, Ramadoss, R. Zhang, M., and Zang, N. (2006) *Wrapper: An Application for Evaluating Exploratory Searching Outside of the Lab,* SIGIR 2006 Workshop on Evaluating Exploratory Search Systems. The 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval (SIGIR2006). Seattle, Washington. 6-11 August.

Buzikashvili, N. and **Jansen, B.J.** (2006) *Limits of the Web Log Analysis Artifacts,* Workshop on Logging Traces of Web Activity: The Mechanics of Data Collection, The Fifteenth International World Wide Web Conference (WWW 2006). Edinburgh, Scotland. 22-26 May.

**Jansen, B.J.** (2006) *The Wrapper: An Open Source Application for Logging User – System Interactions during Searching Studies,* Workshop on Logging Traces of Web Activity: The Mechanics of Data Collection. The Fifteenth International World Wide Web Conference (WWW 2006). Edinburgh, Scotland. 22-26 May.

## Papers Presented at Technical and Professional Meetings

**Jansen, B.J.**, Rieh, S.Y., Spink, A., Wang, P., and Wolfram, D. (2005) *Panel Presentation: Internet Usage Transaction Log Studies: The Next Generation,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

Toms, E.L., **Jansen, B.J.**, and Muresan, G. (2005) *Panel Presentation: Evaluating Success in Search Systems,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

**Jansen, B.J.** (2005) *A Multi-Disciplinary, Multi-Level, and Multi-Spectrum View of Interaction,* The First Conference of the i-School Community: Bridging Disciplines to Confront Grand Challenges. 28-30 September 2005, State College, PA.

**Jansen, B.J.** and Resnick, M. (2005) *Examining Searcher Perceptions of and Interactions with Sponsored Results,* Workshop on Sponsored Search Auctions, The Sixth ACM Conference on Electronic Commerce (EC'05). Vancouver, Canada. 5-8 June.

**Jansen, B.J.** (2005) *Automated Searching Assistance for Exploratory Search,* Seminar on Exploratory Search Interfaces at the University of Maryland sponsored by the Human-Computer Interaction (HCI) Lab. College Park, Maryland. 2 June.

Shingle, A. **Jansen, B.J.**, and Spink, A. (2005) *Television Advertising of Prescription Drugs: A Study of Its Effect on Consumer Web Searching,* IEEE 6th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada, 11-13 April, 2005.

*Jansen, B.J., Spink, A.,* and Pederson, J. *(2004) An Analysis of Multimedia Searching on AltaVista*, Presentation at Workshop on User Searching, World Wide Web Conference, New York, New York, 18 May 2004.

*De Ycaza, S., Doran, S., Eastman, C., and Jansen, B.J. (2003) Nutritional Information on the Web: An Analysis of Information Sought and Information Provided, South Carolina Nutrition Research Summit, Columbia, SC. 17 October 2004.*

**Jansen, B.J.** (1998) *An Analysis of User Queries on the Web: The Implications for the Design of Military Information Retrieval Systems*, Fifth Annual US Army Research Laboratory and United States Military Academy Technical Symposium, West Point, New York.

**Jansen, B.J.** (1997) *Simulated Annealing in Information Retrieval*, Fifth Annual US Army Research Laboratory and United States Military Academy Technical Symposium*, West Point, New York.

Adams, W. J. and **Jansen, B.J.** (1997) *Integrating Usability Design Principles into an Existing Engineering Curriculum*, The American Society for Engineering Education National Conference, Milwaukee, Wisconsin.

**Jansen, B.J.** and Adams, W. L. (1997) *Integrating User Centered Design into an Introductory Engineering Course*, American Society for Engineering Education Zone 1 Meeting, West Point, New York.

**Scholarly Reports**

**Jansen, B.J.** (2011) *The civic and community engagement of religiously active Americans.* Pew Internet & American Life Project, Pew Research Center. 13 December.
http://pewinternet.org/Reports/2011/Social-side-of-religious.aspx

**Jansen, B.J.** (2010) *65% of Internet Users Have Paid for Online Content.* Pew Internet & American Life Project, Pew Research Center. 30 December.
http://www.pewinternet.org/Reports/2010/Paying-for-Content.aspx

**Jansen, B.J.** (2010) *Use of the internet by higher income households.* Pew Internet & American Life Project, Pew Research Center. 24 November.
http://www.pewinternet.org/Reports/2010/Better-off-households.aspx

**Jansen, B.J.** (2010) *Online Product Research.* Pew Internet & American Life Project, Pew Research Center. 29 September.
http://pewinternet.org/Reports/2010/Online-Product-Research.aspx

| **Funded Projects, Grants, Commissions, and Contracts** | |
|---|---|
| 2015 - 2014 | Title: Web Analytics for a Research University Library<br>Granting Agency: **Penn State, University Library**<br>Total Amount: $19,717<br>Role: Principal Investigator |
| 2015 - 2013 | Title: Exploring Scholarly Discourse in MOOC Discussion Forums<br>Granting Agency: **Penn State, Center for Online Innovation in Learning**<br>Total Amount: $30,383<br>Role: Principal Investigator |
| 2014 - 2010 | Title: Broadband to Support SMEs in Pennsylvania<br>Granting Agency: **Commonwealth of Pennsylvania**<br>Total Amount: $500,000<br>Role: Faculty Investigator ($70,000) |
| 2014 - 2010 | Title: Semantic CiteSeerX<br>Granting Agency: **National Science Foundation**<br>Total Amount: $1,100,000<br>Role: Principal Investigator ($130,000) |

Exhibit 1, Page 79

| Funded Projects, Grants, Commissions, and Contracts | |
|---|---|
| 2011 - 2008 | Title: Affective and Cognitive Factors Affecting the Evaluation of Search Engines by Users<br>Granting Agency: **Google**<br>Amount: $50,000<br>Role: Principal Investigator |
| 2011 - 2009 | Title: Using Keyword Advertising for Economic and Workforce Development<br>Granting Agency: The **Pennsylvania State University**<br>Amount: $25,000<br>Role: Principal Investigator |
| 2011 - 2010 | Title: Toolkits for Deployable Best Practices<br>Granting Agency: **Office of Naval Research** STTR Phase II<br>Total Amount: $750,000<br>Role: Principal Investigator ($87,500) |
| 2011 - 2010 | Title: RAPID: Text Message-based Infrastructure for Emergency Response<br>Granting Agency: **National Science Foundation**<br>Total Amount: $75,000<br>Role: Principal Investigator ($15,000) |
| 2009 - 2008 | Title: Toolkits for Deployable Best Practices<br>Granting Agency: **Office of Naval Research** STTR Phase I<br>Total Amount: $100.000<br>Role: Principal Investigator ($15,000) |
| 2009 - 2007 | Title: REU Supplement for CRI: Collaborative: Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: $12,000<br>Role: Co-Principal Investigator ($12,000). |
| 2009 - 2006 | Title: Synchronized Interactions Among Users, Systems, and Information<br>Granting Agency: **Air Force Research Lab**<br>Amount: $463,000<br>Role: Principal Investigator ($463,000). |
| 2008 - 2005 | Title: The Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: approximately $1,444,984<br>Role: Co-principal Investigator with Dr. Lee Giles, Dr. Susan Gauch, and Dr. Jack Carroll<br>($48,701) |

Exhibit 1, Page 80

| Funded Projects, Grants, Commissions, and Contracts | |
|---|---|
| 2009 - 2007 | Title: Triggers in Collaborative Information Searching<br>Granting Agency: **National Science Foundation**<br>Amount: $76,000<br>Role: Co-principal Investigator with Dr. Madhu Reddy<br>($18,119) |
| 2009 - 2008 | Title: REU Supplement for Triggers in Collaborative Information Searching<br>Granting Agency: **National Science Foundation**<br>Amount: $12,000<br>Role: Co-principal Investigator with Dr. Madhu Reddy<br>($6,000) |
| 2007 - 2006 | Title: REU Supplement for CRI: Collaborative: Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: $9,000<br>Role: Co-Principal Investigator ($9,000). |
| 2005 - 2004 | Title: Design of Tools for Information Seeking, Management, and Analysis for a Lessons Learned Knowledge System<br>Granting Agency: **US Marine Corps Research University**<br>Amount: $500,000<br>Role: Co-Principal Investigator ($83,957) |
| 2005 | Title: Knowledge Management<br>Granting Agency: **US. Department of Defense, Defense Threat Reduction Agency (DTRA)**<br>Amount: $625,832<br>Role: Co-Principal Investigator ($18,439). |
| 2006 - 2005 | Title: REU Supplement for CRI: Collaborative: Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: $6,000<br>Role: Co-Principal Investigator ($6,000). |
| 1998 -1996 | Title: The use of software agents in information retrieval.<br>Granting Agency: **Army Research Laboratory**<br>Amount: $68,000<br>Role: Principal Investigator ($68,000) |
| 1998 | Title: Information searching on Web Search Engines<br>Granting Agency: **Army Research Laboratory**<br>Amount: $5,000<br>Role: Principal Investigator ($5,000) |

| **Funded Projects, Grants, Commissions, and Contracts** | |
|---|---|
| 1997 | Title: Software agents for information retrieval.<br>Granting Agency: **Army Research Laboratory**<br>Amount: $5,000<br>Role: Principal Investigator ($5,000) |

### Software Developed

Software Development: Client-side Application for Automated Searching: that automates searching tactics via user implicit feedback.

Software Development: Application for Real-time Evaluation of Search Engine Performance: that automates the evaluation of Web search engines.

### Teaching

At *Hamad Bin Khalifa University* (Current – 2017), College of Science and Engineering, I developed ICT632 Advanced Applications of the Web and Internet, a course that I proposed and designed. A breath course, divided into eights modules, covering (a) web fundamentals, (b) ecommerce, (c) search, (d) social media, (e) cloud computing, (f) web analytics, (g) marketing analysis, and (h) mobile. An assignment due every week. 8 individual assignment. 7 team assignments. I designed the course so the students used the technologies they were studying.

At *The Pennsylvania State University* (2016 – 2002), I have taught a variety of information technology-related courses, including the undergraduate capstone project leadership course, the introductory freshman course, online marketing, graduate seminar course, and a graduate course on human information interaction. Additionally, I have mentored students in a variety of independent studies and have been on several course development committees.

At The Pennsylvania State University (2016 – 2002):

- Committee Lead, curriculum development team for a college-level executive masters program.
- Committee Lead, curriculum development committee for re-design of the undergraduate senior – level capstone course.
- Committee Member, curriculum development team for re-design of the undergraduate freshmen level introductory course.
- Committee Member, curriculum development team for the establishment of a university-wide Business Analytics minor
- Faculty Lead, development team for the establishment of a university-wide professional library certification program

**Teaching**

- Committee Member, curriculum development team for the establishment of a college Entrepreneurship minor
- Course Development: (1) undergraduate capstone course in IT project management, (2) graduate course in information searching, (3) undergraduate course in keyword advertising, (4) graduate course in web analytics, (5) undergraduate course in entrepreneurship technology

2015 – Mentor for one team in the **Google Final 15 in The Google Online Marketing Challenge** for 2014. The team was in the top fifteen from 4,000 teams from around the world (top 0.4%).

Mentor for team in the **Google Non-profit Challenge** for 2014. The teams were the top more than 4,000 teams from around the world (top 0.4%).

2014 – Mentor for three teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2013. The teams were in the top fifteen from 4,000 teams from around the world (top 0.4%).

Mentor for two teams in the **Google Media Marketing Challenge** for 2013. The teams were the top more than 4,000 teams from around the world (top 0.4%).

2013 – Mentor for one team in the **Global Final 15 in The Google Online Marketing Challenge** for 2012. The team was in the top fifteen from more than 4,000 teams from around the world (top 0.4%).

2012 – Mentor for three teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2011. The three teams were in the top fifteen from 4,000 teams from around the world (top 0.4%).

2010 – Mentor for two teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2009. The two teams were in the top fifteen from 3,000+ teams from around the world (top 0.5%).

Had eight other teams get honorable mention by placing in the Top 100 Global Teams and five other teams place in the Top 10% of all teams.

2010 – Mentor for two student teams that took 1st and 3rd in the **Penn State IdeaPitch Competition**, which is a university wide Penn State entrepreneurship competition.

2009 – Mentor for three teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2009. The three teams were in the top fifteen from 2,107 teams from around the world.

Had seven other teams get honorable mention by placing in the top 50 teams in the Americas region.

2009 - **Schreyer Honors College Teaching Grant** Recipient for developing multi-disciplinary keyword advertising, marketing, and technology course.

## Teaching

2008 – Mentor for the **winning team in the Americas region in The Google Online Marketing Challenge for 2008**. One of the top four teams from 1,620 teams from around the world. Won a trip to the GooglePlex with the students, plus the students all won laptops.

> Had two other teams get honorable mention by placing in the top 50 teams in the Americas region.

2008 – Selected as **Faculty Marshall** by Student Marshall of Computer Science and Engineering Department, College of Engineering, The Pennsylvania State University as faculty member who had the biggest impact on student's academic career

2008 – **Professor of the Year nominee** for College of Information Sciences and Technology, The Pennsylvania State University, 16802

2003   Selected as **Faculty Marshall** by Student Marshall of School of Information Sciences and Technology, The Pennsylvania State University as faculty member who had the biggest impact on student's academic career

Guest lecturer for a month (2000) at the *Korean Military Academy* in Seoul, Republic of Korea.

At the *University of Maryland* (Asian Division) (2000 – 1999), taught courses on Web/Internet and multimedia design.

At the *United States Military Academy* (1999 – 1996), I taught several computer science-related courses including introductory programming, advanced programming, micro-computing, and databases. Also, mentored students in a variety of independent studies.

> As executive officer for the department (1999 – mid 1997), was responsible for course scheduling, instructor assignments, classroom allocation, student counseling, as well as many other duties concerning the day-to-day operation of the department.

## Membership on Degree Committees

The Pennsylvania State University
    College of Information Sciences and Technology

    **Chair or Co-Chair**
        Partha Mukherjee (Committee Chair) (PhD degree conferred in 2016)
        Alex Brown (Committee Chair) (M.S. degree conferred in 2016)
        Zhe Liu (Committee Chair) (PhD degree conferred in 2014)
        Dan Coughlin (Committee Chair) (PhD degree conferred in 2014)
        Carolyn Hafernik (Committee Chair) (M.S. degree conferred in 2013)
        Adan Ortiz-Cordova (Committee Chair) (M.S. degree conferred in 2013)
        Jian-Syuan Wong (Committee Chair [until 2016]) (PhD degree expected in 2018)
        Steve Carmen (Committee Chair [until 2013]) (M.S. degree conferred in 2013)

## Membership on Degree Committees

    Kathleen Moore (Committee Chair [until 2012]) (PhD degree expected in 2015)
    Mimi Zhang (Committee Chair) (PhD degree conferred in 2010)
    Mike Hills (Committee Chair) (PhD degree conferred in 2010)
    Hyun-Woo Kim (Committee Co-Chair) (M.S. degree conferred in 2010)
    Young Shin Kim (Committee Co-Chair) (M.S. degree conferred in 2010)

**Committee Member**
    Eric McMillan (Committee Member) (PhD degree expected in 2017)
    Nathan McNeese (Committee Member) (PhD degree conferred in 2014)
    **Patricia Spence** (Committee Member) (PhD degree conferred in 2013)
    Arvind Karunakaran (Committee Member) (M.S. degree conferred in 2011)
    Yusuf Raza (Committee Member) (M.S. degree conferred in 2009)
    Sharoda Paul (Committee Member) (PhD degree conferred in 2009)
    Allison Morgan (Committee Member) (PhD degree conferred in 2008)
    Mithu Bhattacharya (Candidacy Committee Member, 2005)
    Scott Robertson (Candidacy Committee Chair, 2004)

The Pennsylvania State University
    Workforce Education and Development Program, College of Education
        John Dolan (Committee Co-Chair [until 2012]) (PhD degree expected in 2013)

The Pennsylvania State University
    School of Hospitality and Management
        Lu Zhang (Committee Co-Chair) (M.S. degree conferred in 2009)

The Pennsylvania State University
    Department of Industrial and Manufacturing Engineering
        Himanshu Sharma (Committee Chair) (M.S. degree conferred in 2005)
        Sourav Sengupta (Committee Chair) (M.S. degree conferred in 2005)
        Ying Zhang (Committee Chair) (M.S. degree conferred in 2008)

The Pennsylvania State University
    Department of Electrical Engineering
        Vijay Mohan (Committee Co-Chair) (M.S. degree conferred in 2009)
        Dheepak Ramaswamy (Committee Co-Chair) (M.S. degree conferred in 2009)
        Ashish Kathuria (Committee Chair) (M.S. degree conferred in 2007)

The Pennsylvania State University
    Department of Computer Science and Engineering
        Yanjun Gao (Committee co-Chair)[until 2017](PhD degree expected in 2018)
        Chandrika Gopalakrishna (Committee Chair) (M.S. degree conferred in 2008)

The University of Pittsburgh
    School of Information Sciences
    Department of Library and Information Science
        Zhen Yue (Committee Member) (Ph.D. degree conferred in 2014)
        Minsoo Park (Committee Member) (Ph.D. degree conferred in 2008)

Rutgers, the State University of New Jersey

## Membership on Degree Committees

School of Communication, Information and Library Studies
    Yuelin Lee (Committee Member) (Ph.D. degree conferred in 2008)

The Pennsylvania State University
    Schreyer Honors College, thesis advising
        Megan Krause (B.S. degree conferred 2107)
        Allie Whitman (B.S. degree conferred 2106)
        Adan Ortiz-Cordova (B.S. degree conferred 2011)
        Bradley Shively (B.S. degree conferred 2010)
        Kate Sobel (B.S. degree conferred 2010)
        Steven Troxell (B.S. degree conferred in 2008)
        Steven Clancy (B.S. degree conferred in 2007)
        Paulo Molina (B.S. degree conferred in 2004)
        Chris Catalano (B.S. degree conferred in 2004)
        Andy Shingle (B.S. degree conferred in 2004)

## Supervision of Other Undergraduate Research

| Student | Degree | Major | University | Role |
|---|---|---|---|---|
| Arielle Amchin | BS | Marketing | Penn State | Research Mentor |
| Arun Das | BS | CS | Brown University | Research Mentor |
| Manisha Dareddy | BS | MIS | Carnegie Mellon Qatar | Research Mentor |
| Satyajit Narayanan | BS | CS | Bharati Vidyapeeth University | Research Mentor |
| Will Berkheiser | BS | IST | Penn State | Work Study Mentor http://studentaid.psu.edu/types-of-aid/work-study-and-employment/work-study/about |
| Pat Bonner | BS | IST | Penn State | Research Mentor |
| Danielle Booth | BS | IST | Penn State | Research Mentor |
| Anna Brown | BS | IST | Penn State | Research Mentor |
| Nicole Butera | BS | Chemistry | Penn State | Women in Science and Engineering Research (WISER) Mentor http://pa.spacegrant.org/wiser |
| Chris Ciamacca | BS | IST | Penn State | Research Mentor |
| Karen Lee | BS | IST | Penn State | Research Mentor |
| Dana Kracow | BS | IST | Penn State | Research Mentor |
| Daehee Park | BS | IST | Penn State | Research Mentor |
| Melissa Reizner | BS | IST | Penn State | Research Mentor |
| Mitchell Rukat | BS | IST | Penn State | Research Mentor |
| Paul Rinaldi | BS | IST | Penn State | Research Mentor |
| Simone Schuster | BS | Advertising | Penn State | Research Mentor |

## Supervision of Other Undergraduate Research

| Student | Degree | Major | University | Role |
|---------|--------|-------|-----------|------|
| Laura Solomon | BS | Advertising | Penn State | Research Mentor |
| Meng Ting Sun | BS | Accounting | Penn State | Research Mentor |
| Pete Smith | BS | IST | Penn State | Research Mentor |
| Megan Tan | BS | Marketing | Penn State | Research Mentor |
| Courtney Weaver | BS | IST | Penn State | Research Mentor |

## Professional Service

### Editorial Boards

| | |
|---|---|
| Current – 2016 | Editor-in-chief, Information Processing & Management (Elsevier) |
| Current – 2016 | Editorial Board Member, Information Discovery and Delivery |
| Current – 2012 | Editorial Advisory Board Member, Social Networks |
| Current – 2011 | Editorial Advisory Board Member, **International Journal of Electronic Business** |
| Current – 2009 | Editorial Advisory Board Member, Journal of the American Society for Information Science and Technology |
| Current – 2009 | Editorial Advisory Board Member, Future Internet |
| Current – 2006 | Editorial Panel, International Journal of Internet Science |
| Current – 2006 | Editorial Advisory Board Member, Information Research |
| Current – 2004 | Editorial Advisory Board Member, Information Processing & Management |
| 2016 – 2011 | Editor-in-chief, Internet Research (Emerald) |
| 2011 - 2004 | Editorial Advisory Board Member, Journal of Internet Research |
| 2010 - 2004 | Editorial Advisory Board Member, Library and Information Science Journal |
| 2008 - 2004 | Associate Editor (Book Reviews), Information Processing & Management |
| 1996 –1998 | Student Editor, SIG Computer Human Interaction SIGCHI Bulletin |

## Professional Service

### Tenure Letters

2017   External Promotion Letter for faculty member of Department of Computer Information Systems, Jordan University of Science and Technology.

2016   External Promotion Letter Writer for faculty member of School of Information Sciences at the University of Pittsburgh

2016   External Promotion Letter Writer for faculty member of School of Business, McMaster University

2016   External Tenure Letter Writer for faculty member of Department of Library and Information Science, The Catholic University of America

2015   External Tenure Letter Writer for faculty member of School of Communication and Information, Rutgers University

2013   External Tenure Letter Writer for faculty member of College of Information Science and Technology, Drexel University

2013   External Tenure Letter Writer for faculty member of Graduate School of Management, University of Haifa

2012   External Tenure Letter Writer for faculty member of Faculty of Social Sciences, Bar-Ilan University

2012   External Tenure Letter Writer for faculty member of Henry B. Tippie College of Business, The University of Iowa

2012   External Tenure Letter Writer for faculty member of School of Business, North Carolina Central University

2010   External Tenure Letter Writer for faculty member of School of Business Administration, Bar Ilan University, Israel

2009   External Tenure Letter Writer for faculty member of Computer Information Systems Department, Bentley University

## Professional Service

### Ad hoc Reviewing

2016   Reviewer, IEEE Systems, Man and Cybernetics, Computers in Human Behavior, International Journal of Human Computer Interaction, Cornell Hospitality Review

2015   Reviewer, Transactions on Intelligent Systems and Technology, Journal of Organizational Computing and Electronic Commerce, European Journal of Marketing, Journal of Information Management, Transactions on Management Information Systems

86

**Professional Service**

**Ad hoc Reviewing**

2014   Reviewer, <u>MIS Quarterly</u>, <u>Journal of Organizational Computing and Electronic Commerce</u>, <u>Computers in Human Behavior</u>, <u>Journal of Documentation</u>, <u>IEEE Systems, Man and Cybernetics</u>, <u>Tourism Management</u>

2013   Reviewer, <u>Technological Forecasting & Social Change</u>, <u>IEEE Systems, Man and Cybernetics</u>, <u>International Journal of Electronic Commerce</u>, <u>ACM Transactions on the Web</u>, <u>Journal of Interactive Marketing</u>, <u>Journal of Electronic Commerce Research (2x)</u>, <u>Electronic Commerce Research</u>, <u>Communications of the Association for Information Systems</u>, <u>Transactions on Computer-Human Interaction</u>, <u>Information Research</u>, <u>Information and Management</u>

2012   Reviewer, <u>Electronic Commerce Research</u>, <u>International Journal of Information Management</u>, <u>Journal of Information Science</u>, <u>Communication Research</u>, <u>International Journal of Internet Science</u>, <u>Journal of Organizational Computing and Electronic Commerce</u>, <u>Social Science Computer Review</u>, <u>Information Research</u>, <u>MIS Quarterly</u>, <u>Journal of Organizational Computing and Electronic Commerce, Library and Information Science</u>, <u>IEEE Transactions on Multimedia, Advances in Human-Computer Interaction (2x)</u>, <u>Journal of Theoretical and Applied Electronic Commerce Research (3x)</u>, <u>ACM Transactions on Computer-Human Interaction</u>

2011   Reviewer, <u>IEEE Transactions on Multimedia</u>, <u>Information Technology and People</u>, <u>Journal of Computer-Mediated Communication (2x)</u>, <u>Sage Publishing</u>, <u>Electronic Commerce Research</u>, <u>International Journal of Electronic Commerce</u>, <u>Journal of Interactive Marketing (2x)</u>, <u>ACM Transactions on the Web</u>, <u>ACM Transactions on Computer-Human Interaction</u>

2010   Reviewer, <u>International Journal of Information Management (2x)</u>, <u>ACM Transactions on the Web</u>, <u>Social Science Computing Review</u>, <u>MIS Quarterly</u>, <u>International Journal of Human-Computer Studies</u>, <u>PLoS One</u>, <u>Information Research</u>, Netherlands Organisation for Scientific Research, <u>Computing Surveys</u>, <u>Information Sciences</u>, <u>Future Internet</u>, <u>International Information and Library Review</u>, <u>International Journal of Internet Science</u>, <u>Behaviour & Information Technology</u>, <u>Journal of Media Economics</u>

**Reviewer Award**         2010         Outstanding Reviewer for the Year, <u>Internet Research</u>

2009   Reviewer, <u>The Computer Journal</u>, <u>ACM Transactions on the Web</u>, <u>International Journal of Electronic Commerce</u>, <u>Data & Knowledge Engineering Journal</u>, <u>ACM Transactions on Information Systems</u>

2008   Reviewer, <u>Journal of the Academy of Marketing Science</u>, <u>ACM Transactions on the Web</u>, <u>ACM Transactions on Information Systems</u>, <u>Decision Support Systems</u>, <u>New Media & Society</u>, <u>IEEE Internet Computing</u>, <u>Journal of Service Science and Management</u>, <u>IEEE Transactions on Professional Communication</u>, <u>International Journal of Knowledge Management Studies</u>

2007   Reviewer, <u>Simulation Modelling Practice and Theory</u>, <u>ACM Transactions on Information Systems</u>

87

## Professional Service

### Ad hoc Reviewing

2006    Reviewer, <u>Journal of Information Science</u>, <u>ACM Transactions on Information Systems</u>

2005    Reviewer, <u>Journal of Medical Internet Research</u>, <u>ACM Transactions on Information Systems</u>

2005    Reviewer, <u>IEEE Systems, Man and Cybernetics Journal</u>, <u>Computer Networks Journal</u>

2004    Reviewer, <u>Information Retrieval</u>, <u>Information Processing & Management</u>, <u>Journal of Web Engineering</u>, <u>Journal of Library & Information Science Research</u>

2003    Reviewer, <u>IEEE Proceedings-Software</u>, <u>Information Processing & Management</u>

2002    Reviewer, <u>Journal of Informing Science</u>, <u>Information Processing & Management</u>, <u>The World Wide Web Journal</u>

2001    Reviewer, <u>International Journal of Human Computer Studies</u>, <u>Information Processing & Management</u>

1999    Reviewer, <u>Information Processing & Management</u>

1998    Reviewer, <u>Computer Science Education Journal</u>, <u>Information Processing & Management</u>

## Professional Service

### Grant Reviewing

2015    Reviewer, Qatar Research Program, Qatar Foundation

2014    Reviewer, grant panelist for National Science Foundation, CISE Research Infrastructure (CRI) program February 2014.

2013    Reviewer for grant proposal for Reviewer, American Association for the Advancement of Science (AAAS) Research Competitiveness Program Grant Proposal for funding through the Maine Technology Institute's Development Awards

2012    Reviewer, Army Research Lab Grant Proposal

2011    Reviewer, National Science Foundation Grant Proposal

2011    Reviewer, American Association for the Advancement of Science (AAAS) Research Competitiveness Program Grant Proposal for funding through the Maine Technology Institute's Development Awards

2010    Reviewer, Standard Research Grants program of the Social Sciences and Humanities Research Council of Canada (SSHRC) Grant Proposal

88

## Professional Service

### Grant Reviewing

2010    Reviewer for grant proposal for Reviewer, American Association for the Advancement of Science (AAAS) Research Competitiveness Program Grant Proposal for funding through the Maine Technology Institute's Development Awards

2008    Reviewer, Israel Science Foundation Grant Proposal

2007    Reviewer, Air Force Office of Scientific Research Grant Proposal

2007    Reviewer, Israel Science Foundation Grant Proposal

2004    Grant Reviewer, Arts and Humanities Research Board Grant Proposal, Whitefairs, Lewins Mead, Bristol, UK, BS1 2AE


## Professional Service

### Other

2016    Special Issue on Computational Advertising, IEEE Intelligent Systems. Guest Editors: Yanwu Yang, Huazhong University of Science and Technology, China; Yinghui Yang, University of California, Davis, US; Bernard J. Jansen, Qatar Computing Research Institute, HBKU; Mounia Lalmas, Yahoo Labs, UK.

2016 – 2007    Academic Panelist for The Google Online Marketing Challenge (http://www.google.com/onlinechallenge/). Based on registrations from more than 100 countries and more than 11,000 student teams, the Challenge may be the largest, worldwide educational course ever done.

2015    External Examiner for Spanish PhD thesis (Universitat Pompeu Fabra Barcelona)

2014 – 2013    Faculty Advisor for the Penn State Digital Marketing Association

2012    External Examiner for Australian PhD thesis (Queensland University of Technology)

2012 - 2011    Member, Research Committee, Search Engine Marketing Professional Organization (SEMPO)

2011 – 2009    Chair of the American Society for Information Science and Technology (ASIST) Information Science Education Committee

2010    Reviewer, Cambridge University Press book proposal

2010    Reviewer, Cambridge University Press book proposal

2010    External Examiner for Australian PhD thesis (University of Sydney)

## Professional Service

### Other

2009 – 2006     Chair of the American Society for Information Science and Technology (ASIST) Information Science Education Committee Dissertation Jury

2008     External Examiner for Australian PhD thesis (The University of New South Wales)

2008     External Examiner for Australian PhD thesis (The University of New South Wales)

2008     Guest Editor, **International Journal of Electronic Business (IJEB)**. Special Issue on Sponsored Search

2007     External Examiner for Australian PhD thesis (Monash University)

2007     Guest Editor, with Andy Edmond, Kirstie Hawkey, Melanie Kellar, and Don Turnbull. Journal of Web Engineering. Special Issue on Logging Traces of Web Activity

2006     Guest Editor, Bulletin of the American Society for Information Science and Technology. Special Issue on Paid Search, January 2006

1995 -1994     President, Computer Science Graduate Students Association, Texas A&M University, College Station, Texas.

## Professional Service

### Conference Activities

2016     Chair, Program Committee, The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. 29 November - 2 December.

2016     Chair, Program Committee, The Third International Workshop on Social Networks Analysis, Management and Security (SNAMS - 2016), The 4th International Conference on Future Internet of Things and Cloud (FiCloud-2016), Vienna, Austria. 22-24 August.

2016     Reviewer, Papers and Posters, 79th Annual Meeting of the American Society for Information Science and Technology (ASIST 2016). Copenhagen, Denmark. 14-18 October.

2015     Program Committee, 7th International Joint Conference on Knowledge Discovery, Knowledge Engineering and Knowledge Management, Lisbon, Portugal. 12-14 Nov.

2015     Meta-Reviewer, Papers and Posters, 78th Annual Meeting of the American Society for Information Science and Technology (ASIST 2015). St. Louis, Mo. 6-10 November.

2015     Reviewer, ACM CHI Conference on Human Factors in Computing Systems, Seoul, South Korea. 18-23 April.

## Professional Service

### Conference Activities

2014   Reviewer, Papers and Posters, 77th Annual Meeting of the American Society for Information Science and Technology (ASIST 2014). Montreal, Canada. 31 October-4 November.

2014   Program Committee: 3rd International Information Systems for Crisis Response and Management Conference (ISCRAM 2014), State College, PA. May 2014.

2014   Reviewer, ACM CHI Conference on Human Factors in Computing Systems, Toronto, Canada. 26 April – 1 May.

2013   Reviewer, Papers, 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

2013   Reviewer, Posters, 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

2013   Reviewer, 22nd International World Wide Web Conference (WWW 2013). 13th-17th, May, Rio de Janeiro, Brazil.

2013   Program Committee: European Conference on Information Retrieval (ECIR 2013) Workshop on Group Membership and Search (GRUMPS), 24 March, Moscow, Russia

2013   Program Committee: Sixth ACM WSDM Conference on Web Search and Data Mining Workshop on Web Search Click Data, 4-8 February, Rome, Italy.

2012   Program Committee: Fourth Information Interaction in Context Conference (IIIX 2012), Nijmegen, the Netherlands, 21-24 August 2012.

2011   Session Track Chair, 74th Annual Meeting of the American Society for Information Science and Technology (ASIST 2011). 9-13 October. New Orleans, LA.

2011   Program Committee, iConference. Toronto, Canada, 7-10 February.

2011   Program Committee: 33rd European Conference on Information Retrieval (ECIR 2011), Best Paper Committee, Dublin, Ireland, 19-21 April 2011

2011   Program Committee: 33rd European Conference on Information Retrieval (ECIR 2011), Workshop on Information Retrieval Over Query Sessions, Dublin, Ireland, 19-21 April 2011.

2011   Program Committee: 12th ACM Conference on Electronic Commerce (EC11). San Jose, CA. 5-9 June.

2011   Program Committee: Conference on Multilingual and Multimodal Information Access Evaluation (CLEF 2011). Amsterdam, the Netherlands, 19-22 September 2011.

## Professional Service

## Conference Activities

2011   Program Committee: 33rd European Conference on Information Retrieval (ECIR 2011). Dublin, Ireland. 18-21 April.

2010   Program Committee, American Society for Information Science and Technology Annual Meeting 2010. Pittsburgh, PA. 22-27 October.

2010   Program Committee: Conference on Multilingual and Multimodal Information Access Evaluation (CLEF 2010). Padua, Italy, 20-23 September.

2010   Program Committee: LREC 2010 Workshop on Web Logs and Question Answering (WLQA2010). Malta, 22 May.

2010   Program Committee: 32st European Conference on Information Retrieval (ECIR 2010). Keynes, UK. 28-31 March.

2009   Program Committee: Web Information and Data Management. 19th International Conference on Information and Knowledge Management (CIKM 2009). Hong Kong. 6 November.

2009   Program Committee: Workshop on the Analysis of System Logs. 22nd ACM Symposium on Operating Systems Principles. Big Sky, MT.14 October.

2009   Program Committee: Collaborative Information Behavior. GROUP 2000. Sanibel Island, Florida. 10 May.

2009   Program Committee: Qualitative and Quantitative Methods in Libraries International Conference (QQML2009). Chania, Crete, Greece, 26-29 May.

2009   Program Committee: 31st European Conference on Information Retrieval (ECIR 2009). Toulouse, France. 6-9 April.

2009   Reviewer, ACM Conference on Computer Human Interaction 2009 (CHI 2009), Boston, MA, 4 – 9 April.

2008   Reviewer, 18th Conference on Information and Knowledge Management (CIKM 2008). Napa Valley, California. 26-30 October.

2008   Program Committee: Workshop on Human-Computer Interaction and Information Retrieval (HCIR 2008). Redmond, Washington.23 October.

2008   Program Committee: 1st Information Interaction in Context Symposium (IiiX 2008). London, United Kingdom. 14-17 October.

2008   Program Committee: 2008 Ad Auctions Workshop. ACM Conference on Electronic Commerce in Chicago, IL. 8-9 July.

## Professional Service

### Conference Activities

2008    Reviewer, Southern Association for Information Systems Conference (SAIC 2008), Richmond, VA, USA 13–15 March.

2007    Program Committee, IEEE International Conference on Intelligence and Security Informatics 2007 (ISI 2007), New Brunswick, New Jersey. 23-24 May, 2007

2007    Reviewer, Graphics Interface 2007, Montréal, Canada, 28 – 30 May 2007.

2007    Reviewer, American Society for Information Science and Technology Annual Meeting 2007. Milwaukee, Wisconsin. 18-25 October.

2007    Program Committee, 8th World Congress on the Management of eBusiness. Toronto, Canada. 11-13 July.

2007    Program Committee, WWW'07 Workshop on Query Log Analysis: Social and Technological Challenges. World Wide Web 2007, Banff, Alberta, Canada. 8 May.

2007    Program Committee, WWW'07 Workshop on Sponsored Search. World Wide Web 2007, Banff, Alberta, Canada. 8 May.

2007    Program Committee, Chi'07 Workshop on Exploratory Search and HCI: Designing and Evaluating Interfaces to Support Exploratory Search Interaction. ACM CHI2005, Conference on Human Factors in Computing Systems (CHI'07), San Jose, CA. 29 April 2007.

2007    Program Committee, IEEE Intelligence and Security Informatics Conference (ISI 2007), New Brunswick, NJ. 23 – 24 May, 2007.

2006    Program Committee: 2006 Research Symposium of the Special Interest Group on Human-Computer Interaction. American Society for Information Science and Technology. Austin, Texas. 5 November 5, 2006

2006    Reviewer, Hawaii International Conference on System Sciences 2007. Waikoloa, Big Island, Hawaii. 3-6 January, 2007.

2006    Program Committee: IEEE Information Technology: New Generations (ITNG) 2006, Las Vegas, NV. 16 -19 April 2007.

2006    Reviewer for SIGIR 2006 Workshop on Evaluating Exploratory Search Systems. The 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval (SIGIR2006). 6-11 August. Seattle, Washington.

2006    Program Committee: 4th International Conference on Information Technology: New Generations, 16-19 April, 2007, Las Vegas, Nevada.

Exhibit 1, Page 95

## Professional Service

### Conference Activities

2006    Program Committee: 1st Information Interaction in Context Symposium (IiiX symposium). Copenhagen, Denmark. 18-20 October 2006.

2006    Program Committee: IEEE Information Technology: New Generations (ITNG) 2006, Las Vegas, NV. 10 – 12 April 2006.

2006    Reviewer, The Fourth Annual Pre-ICIS Workshop on HCI Research in MIS, International Conference on Information Systems, 2005.

2006    Reviewer, Human Factors and Ergonomics Society 49th Annual Meeting, 2005.

2006    Program Committee: IEEE 6th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 5-7 April 2005.

2006    Program Committee: the 5th International Conference on Conceptions of Library and Information Science, Glasgow, Scotland, 6-9 June 2005.

2006- 2002    Reviewer, ACM SIGIR International Conference on Information Retrieval.

2006    Session Track Co-chair, Web Searching Sessions (Three tracks), the IEEE 5th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 4-6 April 2005.

2005    Program Committee, IEEE 6th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 5-7 April, 2005.

2005    Program Committee, the 5th International Conference on Conceptions of Library and Information Science, Glasgow, Scotland, 6-9 June 2005.

2004    Session Track Co-chair, Web Searching Sessions (Three tracks), the IEEE 5th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 5-7 April, 2004.

2004    Reviewer, ACM CHI2005, Conference on Human Factors in Computing Systems

1998    Session Moderator, New Engineering Educators Conference, June 1998, Seattle, Washington.

1998    Co-organizer for ACM Computer Science Education Research Competition, February 1998, Atlanta, Georgia.

1998    Reviewer, New Engineering Educators Conference

1998    Reviewer, American Society for Engineering Education National Conference

1997    Session Moderator for American Society for Engineering Education National Conference, June 1997, Milwaukee, Wisconsin.

| **Advisory Boards** | |
| --- | --- |
| Current - 2012 | CLAK Impressions http://www.linkedin.com/company/clak-impressions |
| Current - 2010 | The Pennsylvania Technical Assistance Program (PennTAP), http://penntap.psu.edu/action-council/ |
| Current - 2010 | Innoblue, http://innoblue.org/ |
| 2016 - 2007 | Global Academic Panel, Google Online Marketing Challenge, http://www.google.com/onlinechallenge/discover/judging-panel.html |
| 2012 - 2010 | Chief Marketing Officer (CMO Council) Advisory Board for research initiative, Localize to Optimize Sales Channel Effectiveness |
| 2012 - 2010 | Jabbit Board of Advisors, http://www.jabbit.com/ |

| **Invited Talks (Selected)** | |
| --- | --- |
| Keynote | Keynote, 13th ACS/IEEE International Conference on Computer Systems and Applications (AICCSA 2016). 29 Nov – 02 Dec. 2016, Agadir, Morocco. http://jimjansen.blogspot.com/2016/11/social-media-conversations-using-cross.html |
| Keynote | Keynote, 2016 Sixth National Doctoral Forum of Information Science, 7-18 July 2016, Tianjin, China. http://jimjansen.blogspot.qa/2016/07/keynote-speaker-at-2016-sixth-national.html |
| Keynote | Keynote, The 7th International IEEE on Information and Communication Systems (ICICS 2016), 5-7 April, Irbid, Jordan. |
| Keynote | Keynote, The 10th International ACM Conference on Ubiquitous Information Management and Communication (IMCOM 2016), 4-6 January, Danang, Vietnam. http://jimjansen.blogspot.qa/2015/12/imcom-2016-keynote-transformed-role-of.html |
| | Presentation, Sungkyunkwan University (Sowan Campus), 23 April 2015, Seoul, South Korea. http://jimjansen.blogspot.com/2015/04/visit-to-department-of-interaction.html |
| | Presentation, National Research University Higher School of Economics, 10 March 2014, St. Petersburg, Russia http://jimjansen.blogspot.com/2014/03/presentation-at-national-research.html |
| | Presentation, Yandex, 11 March 2014, St. Petersburg Russia. http://jimjansen.blogspot.com/2014/03/visit-to-yandex-headquarters-in-st.html |

Exhibit 1, Page 97

## Invited Talks (Selected)

Presentation, Sungkyunkwan University (Sowan Campus), 20-21 June 2013, Seoul, South Korea.
http://jimjansen.blogspot.com/2013/06/research-workshop-discussion-on-web.html

Presentation, Library and Information Science Department and College of Information and Media, Duksung Women's College, 19 June 2013, Seoul, South Korea.
http://jimjansen.blogspot.com/2013/06/theoretical-constructs-of-searching-and.html

Presentation, Library and Information Science Department, College of Liberal Arts, Sungkyunkwan University, 18 June 2013, Seoul, South Korea.
http://jimjansen.blogspot.com/2013/06/keyword-advertising-research.html

Presentation, Qatar Computer Research Institute, 24-29 April 2013, Doha, Qatar.
http://jimjansen.blogspot.com/2013/04/research-presentation-to-folks-at-qatar.html

Presentation, Department of Decision Sciences, College of Business and Public Administration, Old Dominion University, 14-15 April 2013, Norfolk, VA.
http://jimjansen.blogspot.com/2013/04/keyword-advertising-presentation-to.html

Presentation, Google Online Marketing Challenge Workshop, The University of Illinois at Urbana–Champaign, 11 March 2013.
http://jimjansen.blogspot.com/2013/03/gomc-presentation-to-students-at.html

Presentation, Casual Living Conference 2012, 22-24 February 2012, Sarasota, FL.
http://accentsandfurnishings.com/conferences/casuallivingconference/2012/index.html

Keynote, The Direct Marketing Association of Washington (DMAW) Professor Institute. 3-4 January 2012, Washington. DC.
http://www.dmawef.org/Professors_Page/Professors_Page.html

Presentation, Advance 2011: Rediscovering the Customer. 20-22 September 2011, San Diego, CA. http://www.idanalytics.com/advance2011/

Webinar, Web Analytics Webinar for the American Society for Information Science and Technology, 17 June 2011. http://asist.org/Conferences/webinars/2011/web-analytics.html

**Keynote**  Keynote, Buying and Selling eContent 2011. 28 March 2011, Scottsdale, AR. http://www.buy-sell-econtent.com/2011/Speakers/JimJansen.aspx

Presentation, Evri (semantic news aggregation company). 10 February 2011, Seattle, WA
http://jimjansen.blogspot.com/2011/02/visit-to-evri-semantic-news-aggregation.html

Presentation, IMPAQT (search engine marketing agency). 10 November 2010, Pittsburgh, PA. http://jimjansen.blogspot.com/2010/11/visit-to-search-engine-marketing.html

Presentation, Yahoo! Research Lab. 9 November 2010, New York, New York.
http://jimjansen.blogspot.com/2010/11/visit-to-yahoo-research-labs-new-york.html

**Invited Talks (Selected)**

Presentation, School of Communication and Information, Rutgers University. 8 November 2010, New Brunswick, NJ.

University-wide Presentation, Ryerson University, 18 October 2009, Toronto, Canada.

Presentation, Query Log Analysis: From Research to Best Practice 2009/ 27-28 May. London, UK. Funded by European Union project on Evaluation, Best Practices and Collaboration for Multilingual Information Access. http://ir.shef.ac.uk/cloughie/qlaw2009/index.html

**Keynote**

Presentation, Query Log Analysis: From Research to Best Practice 2009/ 27-28 May. London, UK. Funded by European Union project on Evaluation, Best Practices and Collaboration for Multilingual Information Access. http://ir.shef.ac.uk/cloughie/qlaw2009/index.html

Presentation, Google. 30 October 2008. Mountain View, CA.

Presentation, IMPAQT (search engine marketing agency). 28 October 2008, Pittsburgh, PA. http://jimjansen.blogspot.com/2008/10/visit-to-sem-impaqt.html

Presentation, Mahalo (a human power search engine). 6 July 2008, Los Angeles, CA. http://jimjansen.blogspot.com/2008/07/mahalo-human-power-search-engine.html

Presentation, Pepperjam (search engine marketing agency). 24 June 2008, Wilkes-Barre, PA. http://jimjansen.blogspot.com/2008/06/visit-to-pepperjam.html

Presentation, School of Communication and Information, Rutgers University. 2 September 2005, New Brunswick, NJ.

Presentation, College of Information, University of North Texas, 15 June 1998. Denton, TX

**Membership in Professional Societies**

American Society for Information Science and Technology (ASIST)

Armed Forces Communications and Electronics Association (AFCEA)

Association for Computing Machinery (ACM)

The Institute of Electrical and Electronics Engineers (IEEE)
*Societies*: Computer Society

**Professional Experience**

Numerous **consulting projects** and **expert witnessing** (class action suits, patent ligation, and civil ligation)

**US Army Officer** (2002 – 1985): Held various command and staff positions of progressively increasing responsibility. Responsible for vision articulation, planning, directing, and day-to-day management of organizations ranging in size from 10 to over 200 personnel. Served in numerous locations in the United States, Europe, Central America, and the Far East as a communication officer. Responsible for the planning and installation of various types of communication systems including radio, telephone, computer and other digital networks. Served with the 8th U.S. Army Y2K Operational Evaluation Team validating critical information management systems. Responsible for the long term planning, developing, and budgeting of communication systems of all types for the U.S. Forces stationed on the Korean Peninsula. Responsible for a 22-person division that develops photographic, graphical, audio-visual and multimedia material for the U.S. Army War College.

Exhibit 1, Page 100

## Appendix B Testimony in the Last Four Years

| Year Retained | Deliverables | Retained by | Case |
|---|---|---|---|
| 2017 | Deposition Report Research | Defendant | Originally styled: JEFFREY EPSTEIN, Plaintiff, vs. SCOTT ROTHSTEIN, individually, BRADLEY J. EDWARDS, individually, and L. M., individually, Defendant, IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, IN AND FOR PALM BEACH COUNTY, FLORIDA. CASE NO.: 502009CA040800XX3OGMBAG<br><br>Law Firm: Searcy Denney Scarola Barnhart & Shipley, PA |
| 2017 | Deposition Report Research | Plaintiff | CONGOO, LLC, a Delaware limited liability company, d/b/a ADIANT (Plaintiff) v. SELL IT SOCIAL, LLC, a New York limited liability company, d/b/a REBEL CIRCUS (Defendant), Docket No. C-12037-16 Civil Action, Superior Court of New Jersey Chancery Division, Somerset County<br><br>Law Firm: Beattie Padovano, LLC |
| 2016 | Deposition Report | Plaintiff | Jane Doe v. Transocean Offshore Deepwater Drilling Inc.; BHP Billiton Petroleum (Deepwater) Ltd.; Schlumberger Technology Corporation; Aramark Services, Inc., and RPS Group, Inc., Cause No. 2016-14927, In the 151st Judicial District Court of Harris County, Texas<br><br>Law Firm: Arnold & Itkin LLP |
| 2016 | Deposition Report | Plaintiff | VIRGINIA L. GIUFFRE, Plaintiff, v. GHISLAINE MAXWELL, Defendant. Case #: 1:15-cv-07433 United States District Court Southern District of New York<br><br>Law Firms: Boies Schiller & Flexner LLP and Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. |
| 2015 | Testimony Deposition Report | Plaintiff | WICKFIRE, LLC, Plaintiff, v. TRIMAX MEDIA, INC., LAURA WOODRUFF, WREI, INC., JOSH WEST, Defendants. CIVIL ACTION NO. 1:14-CV-34. IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION<br><br>Law Firms: Susman Godfrey LLP, Bracewell & Giuliani LLP, Denko Coburn Lauff LLP, Dykema Cox Smith, and Atlas Law PLLC |

| Year Retained | Deliverables | Retained by | Case |
|---|---|---|---|
| 2014 | Testimony Deposition Report | Plaintiff | ERIN ANDREWS, Plaintiff, vs MARRIOTT INTERNATIONAL, INC., a Delaware Corporation; WESTEND HOTEL PARTNERS, LLC dba NASHVILLE MARRIOTT AT VANDERERBILT UNIVERSITY, a Delaware Limited Liability Company, and MICHAEL DAVID BARRETT, an individual, Defendants. CASE NO. 11C4831, which is pending in the Circuit Court for Davidson County Tennessee at Nashville.<br><br>Law Firm: Greene Broillet & Wheeler LLP |

100

**Appendix C Documents Referenced**

**Web Services**
- Comscore https://www.comscore.com
- Google Keyword Tool https://adwords.google.com/KeywordPlanner
- Google Search Engine www.google.com/
- Google Trends https://www.google.com/trends/
- SimilarWeb www.similarweb.com/

**Reports and Articles Referenced**
- 2018-07-18 BuzzFeed News_.pdf, 2018-08-28 BuzzFeed News _ Breaking News _ Original Reporting _ News Analysis.pdf, 2018-08-28 Tweets with replies by Elon Musk (@elonmusk) _ Twittr.pdf
- 2018-08-28 Tweets with replies by Elon Musk (@elonmusk) _ Twitter.pdf
- 2018-09-04 BuzzFeed News _ Breaking News _ Original Reporting _ News Analysis.pdf.
- BuzzFeed0001-1-6
- Catherine Shu (2018) Elon Musk tweets he'll 'bet ya a signed dollar that Thai cave rescuer is a 'pedo'. TechCrunch. https://techcrunch.com/2018/07/15/elon-musk-tweets-hell-bet-ya-a-signed-dollar-that-thai-cave-rescuer-is-a-pedo/
- Comscore20. Top 50 Multi-Platform Properties (Desktop and Mobile) July 2019
- Total U.S. - Home and Work Locations. https://www.comscore.com/Insights/Rankings
- Elise Shearer and Katerina Eva Masta (2018) News Use Across Social Media Platforms. Pew Research. https://www.quora.com/What-do-you-think-of-Just-what-was-the-point-of-Elon-Musks-non-practical-submarine-rescue-effort-in-Thailand
- Elon Musk https://twitter.com/elonmusk/status/1019472152796381185?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1019472152796381185&ref_url=https%3A%2F%2Fqz.com%2F1330546%2Felon-musk-apologizes-for-calling-cave-diver-vernon-unsworth-a-pedophile%2F
- Elon Musk https://twitter.com/elonmusk/status/1034481160783585280?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed&ref_url=https%3A%2F%2Fwww.shortlist.com%2Fnews%2Felon-musk-pedo-guy-twitter-drew-olanoff
- Facebook Post Search Results, 13 Aug 2019
- Facebook Search Results, 13 Aug 2019
- Facebook Video Search Results, 13 Aug 2019
- Google Ads Keyword historical metrics - vernon unsworth - Google Ads.pdf
- Google Trends https://trends.google.com/trends/explore?date=all&geo=US&q=vernon%20unsworth

Exhibit 1, Page 103

- Harvey Day (2018) The diver called a 'pedo' by Elon Musk has hired a lawyer and is preparing to sue.
- How Accurate Are Website Traffic Estimators? by Patrick Langridge. https://www.screamingfrog.co.uk/how-accurate-are-website-traffic-estimators/
- Jasmine Enberg (2019) Digital Ad Spending 2019 US. eMarketer. https://www.emarketer.com/content/us-digital-ad-spending-2019
- Merriam-Webster: "the act of communicating false statements about a person that injure the reputation of that person: the act of defaming another". See https://www.merriam-webster.com/dictionary/defamation
- Nick Glass The miraculous story of the Thai cave rescue. CNN. 13 July 2019. https://www.youtube.com/watch?v=d7uhm_OlXj4
- Nielsen Online Ratings Metrics Guidelines, http://digitalmeasurement.nielsen.com/files/metrics-guidelines.pdf
- Ped- https://en.wikipedia.org/wiki/Ped-
- Quora https://www.quora.com/What-do-you-think-of-Just-what-was-the-point-of-Elon-Musks-non-practical-submarine-rescue-effort-in-Thailand
- Remy Smidt (2018) Elon Musk Didn't Help Save The Thai Boys, Now He's attaching Someone Who Did. Buzzfeed. https://www.buzzfeednews.com/article/remysmidt/elon-musk-attacks-diver-who-helped-rescue-thai-boys
- Ryan Mac (2018) Elon Musk Has Revisited His Baseless Pedophile Claims. BuzzFeed. https://www.buzzfeednews.com/article/ryanmac/elon-musk-revisits-baseless-pedophile-claims
- Ryan Mac, Mark Di Stefano, and John Paczkowski (2018) In A New Email, Elon Musk Accused A Cave Rescuer Of Being A "Child Rapist" And Said He "Hopes" There's A Lawsuit. Buzzfeed. https://www.buzzfeednews.com/article/ryanmac/elon-musk-thai-cave-rescuer-accusations-buzzfeed-email
- ShortList. https://www.shortlist.com/news/elon-musk-pedo-guy-twitter-drew-olanoff
- SimilarWeb API Documentation https://www.similarweb.com/corp/developer/estimated_visits_api
- SimilarWeb Marketing Solution: The Most Reliable and Comprehensive Data
- on Competitor and Market Strategies.
- SimilarWeb: Our Data We Have a Unique Approach to Measuring the Digital World. https://www.similarweb.com/corp/ourdata/
- Snowball Sampling https://en.wikipedia.org/wiki/Snowball_sampling
- Teevan, J., Adar, E., Jones, R. and Potts, M. (2006). History repeats itself: repeat queries in Yahoo's logs. In *Proceedings of the 29th annual international ACM SIGIR conference on Research and development in information retrieval* (SIGIR '06). ACM, New York, NY, USA, 703-704.
- Thai cave rescuer considering legal action against Elon Musk https://www.facebook.com/cnn/videos/10158557776651509/
- Thai cave rescuer considering legal action against Elon Musk https://www.facebook.com/cnn/videos/10158557776651509/

Exhibit 1, Page 104

- Triangulation (social science)
  http://en.wikipedia.org/wiki/Triangulation_%28social_science%29
- US Department of State Independent States in the World
  https://www.state.gov/independent-states-in-the-world/
- Vernon Unsworth, Plaintiff, v. Elon Musk, Defendant. Case No. 2:18-cv-8048 in the United State District Court Central District of California, Complaint for Defamation
- YouTube Search Results, 13 Aug 2019

**Appendix D Links to Articles Containing the Defaming Statements (all functional on the date that I viewed the article)**

- 0nion.com/en/article/95599
- 1045freshradio.ca/news/4332888/elon-musk-vern-unsworth-pedo/
- 1045freshradio.ca/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- abcnews.go.com/Business/elon-musk-apologizes-british-cave-diver-derogatory-pedo/story?id=56658289
- althouse.blogspot.com/2018/09/in-new-email-elon-musk-accused-cave.html
- amedpost.com/brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musks-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death/
- arstechnica.com/tech-policy/2018/07/elon-musk-could-face-lawsuit-for-calling-cave-rescuer-a-pedo-guy/
- au.news.yahoo.com/elon-musks-latest-outburst-raises-doubts-leadership-011517788--spt.html
- auntymike.com/british-caver-could-sue-elon-musk-over-twitter-attack/
- austrian.economicblogs.org/zerohedge/2018/durden-twitter-meltdown-elon-musk-calls-thai-cave-diver-pedophile-deletes-tweet/
- bak.megam.info/news/article-5969485/Thai-cave-boys-visit-Buddhist-temple-honour-hero-Navy-SEAL-Brit-diver-flies-Bangkok.html
- beta.nbcnews.com/news/world/elon-musk-apologizes-blames-anger-calling-thai-cave-diver-pedo-n892296
- bgr.com/2018/09/04/elon-musk-cave-diver-yup-again/
- bigwnews.com/world-news/british-thai-cave-hero-vernon-unsworth-is-all-smiles-with-wife-40-hours-after-elon-musks-latest-outrageous-paedophile-accusations/
- blogs.findlaw.com/injured/2018/07/possible-defamation-claim-against-elon-musk-for-pedo-guy-tweet.html
- boingboing.net/2018/08/28/elon-musk-again-insinuates-cav.html
- boingboing.net/2018/09/04/elon-musk-yep-again.html
- businessglitz.com/uk/british-divers-who-rescued-thai-boys-trapped-in-cave-are-rewarded-on-honors-list/
- california.nris.com/news/Elon-Musk-apologizes-for-calling-Thai-cave-rescue-diver-pedo-guy-10232
- canoe.com/news/world/elon-musks-pedo-tweet-about-thai-cave-rescuer-and-other-flame-wars-may-make-tesla-investors-wary
- celbestnews.com/world-news/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe/
- celbestnews.com/world-news/vernon-unsworths-girlfriend-40-reacts-with-fury-over-elon-musks-pedo-slur/
- chinapost.nownews.com/20180718-380472
- cisnfm.com/news/4335630/tesla-shares-fall-elon-musk-thai-cave-rescuer/
- cnnphilippines.com/world/2018/09/06/Elon-Musk-accusations.html
- coconuts.co/bangkok/news/elon-musk-calls-british-rescue-diver-a-pedo-while-defending-his-mini-sub/

- coconuts.co/bangkok/news/thai-girlfriend-of-british-diver-vern-unsworth-says-elon-musks-pedophile-accusation-is-laughable/
- country104.com/news/4337834/elon-musk-apology-cave-diver-pedo-guy/
- dailyasianage.com/news/131095/tesla-shares-fall-after-ceo-musk-abuses-british-caver
- dailyasianage.com/news/156334/thai-cave-divers-twiggy-and-monty-pythons-palin-on-uk-honours-list
- dbpost.com/british-cave-explorer-can-sue-musk-for-calling-him-pedo/
- defence.pk/pdf/threads/thai-cave-rescue-hero-elon-musk-can-stick-his-submarine-where-it-hurts.567724/
- divemagazine.co.uk/skills/8158-elon-musk-calls-rescue-diver-pedo
- divemagazine.co.uk/skills/8225-new-attack-on-rescue-diver-by-elon-musk
- divemagazine.co.uk/skills/8392-honours-for-thai-cave-rescue-team
- dlisted.com/2018/07/19/elon-musk-is-sorry-for-calling-a-thai-cave-rescuer-a-pedo/
- edition.cnn.com/2018/07/16/asia/thai-cave-soccer-musk-rescuer-tweet-intl/index.html
- elotitv.com/thai-cave-boys-visit-buddhist-temple-to-honour-hero-navy-seal-as-brit-diver-flies-our-of-bangkok/
- en.mogaznews.com/World-News/1227350/Hero-British-diver-who-saved-Thai-youth-football-team-is-made-MBE.html
- en.mogaznews.com/World-News/970500/Thai-cave-boys-visit-Buddhist-temple-to-honour-hero-Navy-SEAL-as-Brit-diver-.html
- en.wikipedia.org/wiki/Elon_Musk
- energy953radio.ca/news/4332888/elon-musk-vern-unsworth-pedo/
- entertainment.inquirer.net/283867/elon-musk-slammed-for-calling-thai-cave-rescuer-pedo-in-twitter-rant#ixzz5vWcRlb5i
- expressdigest.com/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe/
- extra.ie/2018/07/16/news/world-news/video-thai-cave-diver-vernon-unsworth-may-sue-elon-musk-on-tweet
- extras.ie/2018/07/16news/world-news/vodeo-thai-cave-diver-vernon-unsworth-may-sue-musk-on-tweet
- feedimo.com/story/29871311/Elon-Musk-calls-British-diver-in-Thai-cave-rescue-a-pedo-in-baseless-attack/
- feedimo.com/story/32741759/Elon-Musk-Calls-Thai-Cave-Diver-Hero-A-Child-Rapist-As-He-Escalates-Baseless-Feud/
- finance.yahoo.com/news/british-caver-says-approached-u-british-lawyers-over-150859939--finance.html
- finance.yahoo.com/news/elon-musk-pedo-tweet-tesla-224906712.html
- finance.yahoo.com/news/uk-diver-called-pedo-musk-strong-defamation-case-142832286.html
- floridaactioncommittee.org/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/
- fortune.com/2018/07/15/elon-musk-thai-rescue-diver-pedo-guy/
- fortune.com/2018/07/16/elon-musk-pedo-out-of-control/
- fortune.com/2018/07/16/elon-musk-pedo-tweet-tesla-stock/
- fortune.com/2018/07/18/elon-musk-pedo-apology/
- fortune.com/2018/08/29/elon-musk-twitter-vern-unsworth/

- fortune.com/2018/09/04/elon-musk-pedo-tweet-pedophilia-accusations-diver/
- forum.thaivisa.com/topic/1048621-elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo-in-baseless-attack/
- forum.thaivisa.com/topic/1048705-video-british-cave-explorer-vern-unsworth-considers-legal-action-against-elon-musk/
- forum.thaivisa.com/topic/1048833-tesla-shares-fall-after-ceo-musk-abuses-british-caver/
- forum.thaivisa.com/topic/1055940-in-a-new-email-elon-musk-accused-a-thai-cave-rescuer-of-being-a-%E2%80%9Cchild-rapist%E2%80%9D-and-said-he-%E2%80%9Chopes%E2%80%9D-theres-a-lawsuit/
- forum.thaivisa.com/topic/1056063-im-no-child-bride-thai-girlfriend-40-of-brit-cave-hero-vernon-unsworth-dismisses-elon-musk%E2%80%99s-%E2%80%98paedo%E2%80%99-claims/
- forum.thaivisa.com/topic/1106141-vernon-unsworth-who-helped-rescue-thai-football-team-from-tham-luang-cave-receives-mbe/
- fox61.com/2018/07/16/british-rescuer-in-thailand-cave-considers-legal-action-against-elon-musk-over-pedo-tweet/
- freethoughtblogs.com/pharyngula/2018/09/05/elon-musk-really-is-an-unpleasant-jerk/
- gadgets.ndtv.com/transportation/news/tesla-elon-musk-pedo-comments-share-price-dive-1884615
- gizmodo.com/elon-musk-gives-half-assed-apology-to-cave-diver-he-cal-1827680347
- globalnews.ca/news/4332888/elon-musk-vern-unsworth-pedo/
- globalnews.ca/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- globalnews.ca/news/4335630/tesla-shares-fall-elon-musk-thai-cave-rescuer/
- globalnews.ca/news/4435710/elon-musk-weed-tesla-shares-drop/
- gulfnews.com/world/asia/british-diver-in-thai-cave-rescue-stunned-after-attack-by-elon-musk-1.2252212
- heavy.com/news/2018/07/elon-musk-vernon-unsworth-pedo-guy/
- hienalouca.com/2018/09/05/elon-musk-calls-thai-cave-rescue-diver-vernon-unsworth-child-rapist/
- hotair.com/archives/ed-morrissey/2018/07/16/cave-rescue-hero-yes-ill-probably-sue-musk-calling-pedo/
- hotlifestylenews.com/world-news/thai-girlfriend-40-of-vernon-unsworth-dismisses-elon-musks-paedo-claims-as-she-slams-rumours-brit-cave-drama-hero-has-12-year-old-child-bride/
- hush-mag.com/2018/07/16/twitter-slams-elon-musk-after-he-calls-thai-rescue-diver-a-pedo/
- inews.co.uk/news/british-cave-diver-elon-musk/
- inews.co.uk/news/elon-musk-british-diver-pedo-guy-twitter/
- inews.co.uk/news/elon-musk-thailand-cave-diver-vernon-unsworth-attack-twitter/
- inews.co.uk/news/elon-musk-thailand-cave-diver-vernon-unsworth-row-defamation-sued/
- interestingengineering.com/elon-musk-calls-british-diver-in-thai-cave-rescue-pedo-guy-on-twitter
- interestingengineering.com/tesla-shares-fall-after-elon-musks-pedo-twitter-comment
- irving.fortune.com/2018/07/18/elon-musk-pedo-apology/

106

- japantoday.com/category/world/british-caver-says-considering-legal-action-after-elon-musk-%27pedo%27-tweet
- japantoday.com/category/world/british-caver-says-considering-legal-action-after-elon-musk-'pedo'-tweet
- jerseyeveningpost.com/news/uk-news/2018/07/18/billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur/
- jerseyeveningpost.com/news/uk-news/2018/12/28/python-palin-and-dame-twiggy-joined-by-cave-rescue-divers-in-2019-honours-list/
- junkee.com/elon-musk-pedo/167930
- kiwifarms.net/threads/elon-musk-calls-british-caver-who-advised-thai-cave-kid-rescue-pedo-on-twitter.45501/page-15
- knappily.com/ethics/elon-musk-unsworth-pedo-controversy-498
- knowtechie.com/elon-musk-pedo-guy/
- kywnewsradio.radio.com/articles/news/british-rescuer-considers-legal-action-against-elon-musk-over-pedo-tweet
- kywnewsradio.radio.com/articles/news/elon-musk-makes-unfounded-accusation-against-thai-cave-rescuer
- lifeboat.com/blog/2018/07/british-caver-considering-legal-action-after-elon-musk-pedo-tweet
- loupventures.com/an-open-letter-to-elon-musk/
- m.inquirer.net/entertainment/283867
- magic106.com/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- markets.businessinsider.com/news/stocks/tesla-stock-price-elon-musk-rough-weekend-2018-7-1027371542
- mashable.com/article/british-rescuer-threatens-to-sue-elon-musk-following-pedo-tweet/
- mashable.com/article/elon-musk-apologizes-unsworth/
- mashable.com/article/elon-musk-parody-accounts/
- me.me/i/elon-musk-elonmusk-6h-replying-to-gossithedog-bet-ya-a-signed-0e2cfdb62fbc4c5785e8fbe28b5bfe82
- meaww.com/british-diver-thai-cave-rescuer-may-sue-elon-musk-over-pedo-remark
- merdekaid.com/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe/
- metro.co.uk/2018/07/18/elon-musk-apologises-calling-british-rescue-diver-paedophile-7728953/
- metro.co.uk/2018/08/29/elon-musk-refuses-to-back-down-over-pedo-claim-against-uk-cave-diver-7893274/
- metro.co.uk/2018/09/05/elon-musk-attacks-pedo-guy-again-and-calls-him-a-child-rapist-in-baseless-outburst-7915315
- metro.co.uk/2018/09/05/girlfriend-of-hero-rescue-diver-elon-musk-dubbed-pedo-guy-reveals-truth-behind-child-bride-slurs-7916854/
- metro.co.uk/2018/12/28/british-divers-recognised-in-new-year-honours-list-for-brave-thai-cave-rescue-8290408/
- mg.co.za/article/2018-07-16-british-rescue-diver-threatens-elon-musk-with-lawsuit-for-pedo-tweet
- money.cnn.com/2018/07/15/technology/elon-musk-thai-cave-rescue/index.html
- money.cnn.com/2018/07/16/technology/business/elon-musk-tweet-controversy/

- money.cnn.com/2018/08/28/technology/elon-musk-new-york-times-interview-tears/index.html
- news.mb.com.ph/2018/07/17/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet/
- news.obiaks.com/180716080444/British-caver-says-considering-legal-action-after-Elon-Musk-'pedo'-tweet
- news.philippinecentral.com/british-caver-considering-legal-action-after-elon-musk-pedo-tweet/
- news.sky.com/story/british-cave-diver-mulls-legal-action-against-elon-musk-after-tycoon-brands-him-paedo-11438588
- news.sky.com/story/elon-musk-apologises-for-calling-british-cave-diver-a-paedo-11440370
- news.sky.com/story/elon-musk-calls-british-cave-diver-child-rapist-in-new-claim-11490910
- news.sky.com/story/hero-british-diver-vernon-unsworth-responds-as-elon-musk-revives-paedo-claim-11484854
- news.thaivisa.com/article/25458/im-no-child-bride-thai-girlfriend-40-of-brit-cave-hero-vernon-unsworth-dismisses-elon-musks-paedo-claims
- news.thaivisa.com/article/36411/vernon-unsworth-who-helped-rescue-thai-football-team-from-tham-luang-cave-receives-mbe
- news.yahoo.com/british-divers-helped-thai-cave-rescue-among-people-decorated-2019-new-year-honours-list-120602467.html
- news.yahoo.com/diver-helped-rescue-thai-kids-135907091.html
- news.yahoo.com/elon-musk-lashes-thai-cave-175229265.html
- news.yahoo.com/elon-musks-latest-outburst-raises-doubts-leadership-011517976.html
- news.ycombinator.com/item?id=17912985
- newsaltcoins.com/world-news/what-was-elon-musks-paedo-guy-tweet-about-thailand-cave-diver-vern-unsworth-and-what-has-he-said-now/
- newsneednews.com/world-news/thai-cave-boys-visit-buddhist-temple-honour-hero-navy-seal/
- nextshark.com/elon-musk-calls-one-british-thai-cave-rescuers-pedo-guy-twitter/
- nymag.com/intelligencer/2018/08/elon-musk-thinks-its-strange-pedo-rescue-diver-didnt-sue.html
- nypost.com/2018/07/15/furious-elon-musk-calls-thai-rescue-diver-a-pedo/
- nypost.com/2018/07/16/cave-diver-considers-suing-elon-musk-for-calling-him-a-pedo/
- nypost.com/2018/09/06/thai-cave-rescue-survivors-take-their-show-on-the-road/
- people.com/human-interest/elon-musk-controversial-tweets
- pk.shafaqna.com/EN/AL/7063
- power97.com/news/4335268/thai-rescuer-pedo-guy-elon-musk-legal-action/
- pressfrom.info/au/news/money/-73248-elon-musk-s-pedo-attack-rattles-tesla-investors-this-is-unraveling.html
- pressfrom.info/us/news/world/-166162-british-diver-doesnt-rule-out-legal-action-against-musk-over-tweets.html
- pressfrom.info/us/news/world/-226761-british-divers-in-thai-cave-rescue-make-uk-honours-list.html

- qz.com/1330546/elon-musk-apologizes-for-calling-cave-diver-vernon-unsworth-a-pedophile/
- qz.com/co/1087900/in-new-email-elon-musk-accuses-cave-rescuer-of-being-a-child-rapist-and-hopes-for-a-lawsuit/
- sanfrancisco.cbslocal.com/2018/07/15/elon-musk-makes-unfounded-accusation-against-thai-cave-rescuer/
- sanfrancisco.cbslocal.com/2018/07/16/thai-cave-rescue-elon-musk-pedo-tweet-possible-legal-action/
- seekingalpha.com/news/3370901-musk-apologizes-british-cave-diver
- slate.com/technology/2018/07/elon-musk-calls-thai-cave-rescue-diver-a-sex-criminal.html
- southfront.org/in-twitter-meltdown-elon-musk-calls-thai-cave-diver-a-pedophile/
- sputniknews.com/viral/201808291067554742-musk-pedo-guy-tweet-again/
- sputniknews.com/world/201809051067754402-elon-musk-to-pedo-guy-sue-me/
- stopelonfromfailingagain.com/2018/08/01/after-elon-musks-pedo-tweet-tesla-shares-fall-4-as-some-investors-worry-about-his-erratic-behavior/
- stv.tv/news/international/1423353-british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo/
- techcrunch.com/2018/07/15/elon-musk-tweets-hell-bet-ya-a-signed-dollar-that-thai-cave-rescuer-is-a-pedo/
- techcrunch.com/2018/07/18/elon-musk-kinda-apologizes-for-calling-thai-cave-rescuer-a-pedo/
- techgrabyte.com/elon-musk-called-one-thai-cave-rescuers-pedophile/
- thehill.com/blogs/blog-briefing-room/397095-elon-musk-tears-into-british-cave-diving-expert-who-helped-rescue
- thehill.com/blogs/blog-briefing-room/news/448159-british-diver-who-rescued-thai-soccer-players-feuded-with-elon
- thehill.com/homenews/397152-british-diving-experts-considers-legal-action-against-elon-musk-for-attacking-him-as
- themorningbellbd/british-caver-could-sue-elon-musk-over-twitter-attack/
- thenewdaily.com.au/news/world/2018/07/17/thai-cave-diver-elon-musk-legal-action/
- thenextweb.com/opinion/2018/07/06/a-tale-of-two-elons-why-this-superhero-should-get-banned-from-twitter-but-wont/
- thenextweb.com/world/2018/07/16/dear-elon-musk-delete-your-twitter-account/
- thephagroup.com/insights/think-tweet-word-advice-musk/
- thesunbest.com/what-was-elon-musks-paedo-guy-tweet-about-thailand-cave-diver-vern-unsworth-and-what-has-he-said-now/
- theweek.com/speedreads/784912/elon-musk-calls-diver-who-helped-save-boys-thailand-pedo
- theworldnews.net/gb-news/brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musk-s-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death
- theworldnews.net/pk-news/elon-musk-s-latest-outburst-raises-doubts-on-leadership
- theworldnews.net/uk-news/hero-british-diver-who-saved-thai-youth-football-team-is-made-mbe
- time.com/5339219/elon-musk-diver-thai-soccer-team-pedo/

- time.com/5339501/elon-musk-pedo-tweet/
- time.com/5340621/thailand-cave-rescue-elon-musk-pedo-shares/
- time.com/5341647/elon-musk-british-cave-diver-apology-pedo/
- time.com/5387001/elon-musk-calls-vernon-unsworth-child-rapist
- tmssmagazine.com/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo-in-baseless-attack/
- travel.squibs.org/squib/6120853-brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musks-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death
- trendingpress.com/elon-musk-in-new-rant-at-thai-cave-rescuer/
- truepundit.com/elon-musk-renews-pedo-controversy-asks-if-its-strange-the-british-diver-hasnt-sued/
- twnews.co.uk/gb-news/elon-musk-appears-to-claim-brit-cave-hero-vern-unsworth-is-a-paedo-again-one-month-after-he-apologised-for-outrageous-slur
- wgntv.com/2018/07/16/british-rescuer-considers-legal-action-against-elon-musk-over-pedo-tweet/
- wonderfulengineering.com/elon-musk-calls-british-diver-in-thai-cave-rescue-pedo-guy-in-a-tweet/
- wreg.com/2018/07/16/caver-who-helped-in-thailand-rescue-considers-legal-action-against-elon-musk/
- www.2oceansvibe.com/2018/08/29/elon-musk-is-talking-about-paedophiles-again/
- www.9news.com.au/world/thai-cave-rescue-elon-musk-twitter-tirade/4ac65452-c8c9-47ca-afdd-1b687c9e213c
- www.abc.net.au/news/2018-07-16/elon-musk-calls-uk-diver-a-pedo-in-stunning-attack/9997606
- www.abc.net.au/news/2018-07-18/elon-musk-apologises/10009828
- www.abc10.com/article/news/nation-world/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-a-pedophile/507-575018316
- www.abcactionnews.com/news/national/elon-musk-thai-cave-rescuer-pedo-pedophile-tweet
- www.adelaidenow.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-pedo/news-story/65315c4a68e255f597f3aa1d6fdd87da
- www.apnews.com/0b149d80ae6f4b96ae4e699c77e3c100
- www.arabnews.com/node/1340161/business-economy
- www.asiaone.com/world/thai-cave-rescue-british-diver-considering-legal-action-after-elon-musk-pedo-tweet
- www.atlanticbb.net/news/read/article/newser-elon_musk_calls_key_player_in_thai_cave_rescue_a_p-rnewsersyn
- www.atlanticbb.net/news/read/category/Domestic/article/los_angeles_times-cave_diver_criticizes_musks_kidsub_rescue_plan_mus-tca-2
- www.autoblog.com/2018/07/16/elon-musk-calls-thai-cave-rescuer-pedophile-twitter/
- www.autoblog.com/2018/07/17/elon-musk-british-caver-lawyers/
- www.autoblog.com/2018/09/05/tesla-stock-and-bond-prices-drop-after-elon-musk-renews-attack-o/
- www.axios.com/elon-musk-tweet-apologize-thai-cave-rescuer-pedo-guy-af1d0efc-0a3e-401f-bd09-e301cd2b385b.html

- www.bangkokpost.com/thailand/general/1504438/uk-caver-considering-legal-action-after-elon-musk-tweet
- www.bangkokpost.com/thailand/general/1505670/elon-musk-apologises-to-british-caver-for-twitter-slur
- www.bangkokpost.com/thailand/general/1534626/elon-musk-viciously-attacks-chiang-rai-cave-diver
- www.barrons.com/articles/tesla-elon-musk-cave-diver-rapist-1536157636
- www.bbc.com/news/technology-45341822
- www.bbc.com/news/world-asia-44846945
- www.bbc.com/news/world-asia-44870303
- www.bbc.com/news/world-us-canada-45418245
- www.belfasttelegraph.co.uk/news/uk/new-year-honours-divers-who-took-part-in-thai-cave-rescue-honoured-for-their-bravery-37664008.html
- www.benzinga.com/analyst-ratings/analyst-color/18/09/12323552/gene-munster-telsa-still-holds-upside-potential-but-elo
- www.bloomberg.com/news/articles/2018-08-29/musk-s-rants-rekindle-concern-about-ceo-s-troublesome-tweeting
- www.breakingnews.ie/world/british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet-855539.html
- www.breakingviews.com/considered-view/elon-musk-outburst-puts-tesla-board-on-the-spot/
- www.breitbart.com/tech/2018/07/15/elon-musk-calls-thai-cave-rescue-hero-pedo-guy-in-bizarre-twitter-outburst/
- www.breitbart.com/tech/2018/07/16/british-cave-rescue-hero-considers-lawsuit-against-elon-musk-after-pedo-guy-tweet/
- www.briskoda.net/forums/topic/452797-tesla-boss-elon-musk-calls-britsh-cave-diver-a-pedo/
- www.buriramtimes.com/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo-in-baseless-attack/
- www.businessdailyafrica.com/news/world/Tesla-shares-fall-after-CEO-abuses-cave-rescuer/4259366-4667554-3kuq07/index.html
- www.businessinsider.co.za/elon-musk-british-cave-diver-pedo-feud-thai-cave-rescue-2018-7
- www.businessinsider.co.za/the-british-cave-rescue-diver-may-sue-elon-musk-over-pedo-comment-2018-7
- www.businessinsider.com/elon-musk-asks-why-the-diver-he-called-a-pedo-hasnt-sued-him-yet-2018-8
- www.businessinsider.com/elon-musk-british-cave-diver-pedo-feud-thai-cave-rescue-2018-7
- www.businessinsider.com/elon-musk-cave-diver-buzzfeed-2018-9
- www.businessinsider.com/elon-musk-shocking-quotes-tweets-2018-10
- www.businessinsider.com/elon-musks-tweets-could-create-problems-for-tesla-2018-7
- www.businessinsider.com/elon-musk-thai-cave-apology-to-vernon-unsworth-2018-7
- www.businessinsider.com/elon-musk-twitter-controversy-2018?utm_source=markets&utm_medium=ingest

- www.businessinsider.com/the-british-cave-rescue-diver-may-sue-elon-musk-over-pedo-comment-2018-7
- www.businessinsider.com/vern-unsworth-elon-musk-lawyers-2018-7
- www.businessinsider.in/elon-musk-has-apologized-for-defaming-a-british-cave-rescue-diver-who-threatened-to-sue-the-billionaire/articleshow/65036352.cms
- www.businessinsider.in/elon-musk-says-he-sees-twitter-as-a-meme-war-land-and-it-could-create-a-big-problem-for-tesla/articleshow/65043484.cms
- www.businessinsider.in/the-british-diver-from-the-thai-cave-rescue-who-was-called-a-pedo-by-elon-musk-says-hes-considering-suing-the-billionaire/articleshow/65006199.cms
- www.buzz.ie/news/thailand-resuce-diver-sue-elon-musk-pedo-292474
- www.buzzfeednews.com/article/remysmidt/elon-musk-attacks-diver-who-helped-rescue-thai-boys
- www.buzzfeednews.com/article/ryanmac/elon-musk-revisits-baseless-pedophile-claims
- www.buzzfeednews.com/article/ryanmac/elon-musk-thai-cave-rescuer-accusations
- www.bworldonline.com/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet/
- www.cars.com/articles/the-week-in-tesla-news-snoozing-on-autopilot-musk-off-twitter-and-the-ev-evolution-404477/
- www.carscoops.com/2018/07/elon-musk-apologizes-thai-cave-diver-called-pedo-guy/
- www.carscoops.com/2018/07/elon-musk-calls-thai-cave-rescue-diver-pedo-guy-pr-stunt-comment/
- www.carthrottle.com/post/elon-musk-calls-thai-cave-rescue-diver-a-pedo-in-bizarre-outburst-then-deletes-tweets/
- www.carthrottle.com/post/elon-musk-calls-thai-cave-rescue-diver-a-pedo-in-bizarre-outburst-then-deletes-tweets/?comments_page=3
- www.carthrottle.com/post/elon-musk-has-apologised-after-calling-a-hero-cave-diver-a-pedo/
- www.cbc.ca/news/business/elon-musk-apologizes-1.4751308
- www.cbsnews.com/news/elon-musk-apologizes-to-british-caver-for-pedo-tweet/
- www.cbsnews.com/news/elon-musk-british-caver-thailand-rescue-soccer-team-pedo-tweet-mini-submarine/
- www.cbsnews.com/news/elon-musk-renews-pedophilia-claims-against-diver-thai-cave-rescue
- www.channelnewsasia.com/news/asia/thailand-cave-rescue-elon-musk-10533930
- www.chiangraitimes.com/thailand-national-news/chiangrai-news/british-diver-instrumental-in-thai-cave-rescue-stunned-by-tesla-ceo-elon-musks-pedo-guy-tweet/
- www.chicagotribune.com/nation-world/ct-elon-musk-thai-rescue-20180715-story.html
- www.chinadailyhk.com/articles/20/33/104/1531804028186.html
- www.cnbc.com/2018/07/15/elon-musk-spars-with-thai-soccer-team-rescuer-in-blistering-tirade.html
- www.cnbc.com/2018/07/18/elon-musk-apologizes-to-british-cave-diver-followingbaseless-pedo-gu.html
- www.cnbc.com/2018/08/29/tesla-ceo-elon-musk-reignites-pedo-guy-cave-diver-controversy.html

- www.cnbc.com/2018/09/05/tesla-ceo-elon-musk-calls-british-cave-diver-child-rapist.htm
- www.cnbc.com/video/2018/07/16/elon-musk-calls-rescue-diver-pedo-guy.html
- www.cnet.com/news/elon-musk-apologises-for-pedo-guy-comment/
- www.cnet.com/news/elon-musk-seems-to-revive-pedo-claims-against-thai-cave-rescue-dive
- www.cnet.com/news/musk-renews-pedophilia-claims-against-diver-in-thai-cave-rescue/
- www.cnet.com/roadshow/news/tesla-investors-tell-elon-musk-to-apologize-for-pedo-twitter-remarks/
- www.coffscoastadvocate.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-ped1/3468027/
- www.complex.com/life/2018/07/elon-musk-apologizes-calling-thai-cave-rescuer-pedo-guy
- www.countypress.co.uk/news/national/16361182.billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur/
- www.cpr.org/2018/07/16/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue/
- www.ctvnews.ca/world/elon-musk-calls-british-cave-diver-who-helped-in-thailand-rescue-a-pedo-1.4014746
- www.dailydot.com/debug/elon-musk-pedo/
- www.dailymail.co.uk/news/article-5955753/British-caver-helped-save-Thai-boys-says-Elon-Musk-stick-submarine-hurt.html
- www.dailymail.co.uk/news/article-5963101/British-caver-labelled-pedo-guy-Elon-Musk-says-approached-UK-lawyers.html
- www.dailymail.co.uk/news/article-5965465/Elon-Musk-APOLOGISES-British-cave-diver-labelled-pedo-guy.html
- www.dailymail.co.uk/news/article-6108365/Elon-Musk-doubles-pedo-guy-claim-British-diver.html
- www.dailymail.co.uk/news/article-6132427/Elon-Musk-accuses-British-cave-diver-moving-Thailand-child-bride.html
- www.dailymail.co.uk/news/article-6537121/British-divers-rescued-Thai-boys-trapped-cave-rewarded-honours-list.html
- www.dailymail.co.uk/news/article-7133263/Hero-British-diver-saved-Thai-youth-football-team-MBE.html
- www.dailymercury.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- www.dailyrecord.co.uk/news/uk-world-news/billionaire-elon-musk-apologises-hero-12939336
- www.dailystar.co.uk/news/latest-news/750353/vern-unsworth-elon-musk-new-years-honours-mbe-thailand-cave-rescue
- www.dailystar.co.uk/news/world-news/726306/elon-musk-pedo-claims-british-diver-vern-unsworth
- www.dailystar.co.uk/news/world-news/745729/nasa-Jim-Bridenstine-elon-musk-spacex-cannabis-marijuana-joe-rogan-podcast
- www.datalounge.com/thread/21643012-increasingly-agitated-elon-musk-labels-diver-who-mocked-his-submarine-a-pedo-guy-

- www.dazeddigital.com/life-culture/article/40703/1/elon-musk-billionaire-slur-pedo-tweets-cave-trump-republican
- www.deseretnews.com/article/900045902/tesla-ceo-elon-musk-60-minutes-first-amendment-work-sec-settlement-marijuana.html
- www.digitalspy.com/showbiz/a861690/elon-musk-thai-rescue-british-diver-pedo-guy/
- www.digitaltrends.com/cool-tech/boring-company-spacex-thailand-rescue/
- www.driven.co.nz/news/lifestyle/elon-musk-apologises-for-calling-thai-rescue-diver-a-pedo/
- www.dw.com/en/elon-musk-wont-stop-calling-diver-a-pedophile/a-45372611
- www.dw.com/en/teslas-elon-musk-apologizes-for-pedo-comment-on-thai-cave-rescuer/a-44682805
- www.eastlothiancourier.com/news/national-news/16356964.british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet/
- www.entrepreneur.com/article/319612
- www.esquire.com/news-politics/a22150925/elon-musk-thai-cave-pedo/
- www.esquire.com/uk/latest-news/a22210623/unsurprisingly-tesla-shares-fall-after-elon-musk-calls-cave-rescuer-a-pedo-in-tweet/
- www.esquire.com/uk/latest-news/a22859993/heroic-cave-diver-pedo-guy-elon-musk/
- www.esquire.com/uk/latest-news/a22990313/elon-musk-has-now-called-the-british-cave-rescuer-a-child-rapist-yes-really/
- www.eurogamer.net/articles/2018-07-16-elon-musks-twitter-tirade-has-me-dreaming-of-a-mass-effect-patch
- www.euronews.com/2018/07/18/insiders-are-questioning-musk-s-leadership-ability-after-erratic-rant-n892471
- www.euronews.com/2018/08/29/elon-musk-reignites-pedo-claims-against-uk-cave-diver
- www.europebreakingnews.net/2018/09/who-is-vernon-unsworth-thai-cave-rescue-diver-called-paedo-guy-and-child-rapist-by-tesla-ceo-elon-musk-and-is-he-suing/amp/
- www.express.co.uk/news/uk/989486/thai-cave-rescue-elon-musk-british-diver-vern-unsworth-legal-action-pedo-guy
- www.express.co.uk/news/world/1013457/Elon-Musk-British-diver-Vernon-Unsworth-attack-Thai-cave-rescue
- www.express.co.uk/news/world/989406/elon-musk-pedo-guy-tweet-what-did-musk-say-why-attack-thai-cave-rescue-british-diver
- www.fastcompany.com/90202674/elon-musk-accuses-thai-cave-rescue-diver-of-being-a-pedophile
- www.fastcompany.com/90204203/elon-musk-apologizes-for-calling-thailand-cave-diver-a-pedo
- www.fastcompany.com/90229343/elon-musk-is-back-to-insinuating-thai-cave-diver-is-a-pedo
- www.fastcompany.com/90232058/elon-musk-goes-all-in-accusing-brit-cave-diver-of-being-a-child-rapist
- www.fbcnews.com.fj/world/british-caver-could-sue-elon-musk-over-twitter-attack/
- www.fin24.com/Economy/elon-musks-latest-outburst-raises-doubts-on-leadership-20180717

114

- www.financialexpress.com/market/elon-musk-cant-take-his-own-advice-and-tesla-falls-again/1247719/
- www.forbes.com/sites/davidthier/2019/06/18/elon-musk-deleting-twitter-and-the-case-of-the-nier-automata-video-game-fan-art/#2a865272bb2c
- www.fox23.com/news/national-news/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-apospedo-guyapos/792421164
- www.foxnews.com/tech/elon-musk-calls-diver-who-helped-save-thailand-boys-a-pedo-for-slamming-his-rescue-idea
- www.foxnews.com/tech/elon-musk-labels-hero-cave-diver-a-child-rapist-after-apologizing-for-calling-him-a-paedo
- www.foxnews.com/tech/elon-musk-renews-pedo-controversy-asks-if-its-strange-the-british-diver-hasnt-sued
- www.ft.com/content/7aeab606-aaf8-11e8-89a1-e5de165fa619
- www.ft.com/content/865cb7b0-8860-11e8-bf9e-8771d5404543
- www.ft.com/content/e89c8fd2-8a58-11e8-bf9e-8771d5404543
- www.gattonstar.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- www.gulf-times.com/story/599679/British-caver-says-considering-legal-action-after-
- www.her.ie/news/diver-involved-thai-cave-rescue-considers-legal-action-elon-musk-413890
- www.heraldsun.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-pedo/news-story/65315c4a68e255f597f3aa1d6fdd87da
- www.highsnobiety.com/p/elon-musk-pedo-twitter-reactions/
- www.highsnobiety.com/p/elon-musk-revives-pedo-comments/
- www.highsnobiety.com/p/elon-musk-thai-cave-pedo-twitter/
- www.hindustantimes.com/world-news/elon-musk-calls-thai-cave-rescuer-a-paedophile-may-face-legal-action/story-aDML0s8hGN4owOxvmoGiZI.html
- www.hollywoodreporter.com/news/elon-musk-apologizes-thai-cave-rescue-diver-pedo-slur-1127985
- www.hollywoodreporter.com/news/elon-musk-calls-british-diver-involved-thai-cave-rescue-pedo-guy-twitter-1127203
- www.htxt.co.za/2018/07/18/elon-musk-apologises-for-calling-british-diver-a-pedo/
- www.huffingtonpost.ca/entry/elon-musk-thai-cave-pedo-guy_n_5b4b7390e4b0bc69a7881148
- www.huffingtonpost.ca/entry/elon-musk-vernon-unsworth-child-rapist-accusation_n_5b8f593be4b0162f47282227
- www.huffingtonpost.co.uk/entry/elon-musk-brands-british-diver-who-helped-rescue-thai-boys-from-flooded-cave-a-pedo_uk_5b4c5836e4b0bc69a788bdd3
- www.huffingtonpost.co.uk/entry/elon-musk-calls-thai-cave-diver-hero-a-child-rapist-as-he-escalates-baseless-feud_uk_5b8f9c4ce4b0162f472883ee
- www.huffingtonpost.co.uk/entry/elon-musk-pedo-british-diver-vernon-unsworth-thai-football-team_uk_5b864d78e4b0511db3d2f353
- www.huffingtonpost.com.au/entry/elon-musk-apologizes-pedo_n_5b4eedfde4b0b15aba89e97d

- www.huffingtonpost.in/2018/07/15/elon-musk-lashes-out-at-thai-cave-rescuer-baselessly-calls-him-a-pedo-guy_a_23482633/
- www.huffpost.com/entry/elon-musk-cant-stop-calling-hero-cave-rescuer-a-pedophile_n_5b8583cde4b0511db3d22773
- www.huffpost.com/entry/elon-musk-sued-by-thai-cave-rescuer_n_5ba03013e4b046313fbe6090
- www.huffpost.com/entry/elon-musk-thailand-cave-rescuer-might-sue_n_5b86b766e4b0511db3d3b7b9
- www.huffpost.com/entry/elon-musk-vernon-unsworth-child-rapist-accusation_n_5b8f593be4b0162f47282227
- www.ibtimes.co.in/heres-why-elon-musk-calling-thai-cave-rescuer-paedophile-775070
- www.ibtimes.com/elon-musk-ramps-attacks-against-thai-cave-rescuer-calls-him-child-rapist-2714149
- www.ien.com/product-development/news/21013863/elon-musk-apologizes-for-cave-rescue-diver-tweet
- www.inc.com/bill-murphy-jr/if-youre-calling-someone-a-pedo-on-twitter-elon-musk-its-time-to-take-a-long-hard-look-at-your-life.html
- www.inc.com/erik-sherman/elon-musk-lashes-out-at-thai-cave-diver-ruins-good-will-he-could-have-had.html
- www.inc.com/justin-bariso/elon-musks-harmful-twitter-attack-is-a-major-lesson-in-emotional-intelligence.html
- www.inc-asean.com/the-inc-life/if-youre-calling-someone-a-pedo-on-twitter-elon-musk-its-time-to-take-a-long-hard-look-at-your-life/
- www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-pedo-twitter-vern-unsworth-thai-cave-rescue-tesla-interview-a8512736.html
- www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-spacex-passengers-japan-billioniare-yusaku-maezawa-space-moon-a8542416.html
- www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-tesla-tweet-private-drugs-sleeping-pills-crying-new-york-times-a8495531.html
- www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-thai-cave-rescue-diver-vern-unsworth-pedo-guy-twitter-a8452216.html
- www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-thai-cave-rescue-pedo-guy-attack-vern-unsworth-latest-email-a8523346.html
- www.independent.co.uk/news/business/comment/elon-musk-apology-thai-cave-rescue-tesla-vernon-unsworth-gene-munster-loup-capital-a8452526.html
- www.independent.co.uk/news/business/news/tesla-shares-latest-elon-musk-interview-ceo-break-down-twitter-private-a8496336.html
- www.independent.co.uk/news/uk/home-news/new-year-honours-2019-list-twiggy-pullman-thai-cave-divers-jim-carter-michael-palin-christopher-a8702731.html
- www.independent.co.uk/news/world/asia/thai-cave-rescue-elon-musk-british-diver-vern-unsworth-twitter-pedo-a8448366.html
- www.independent.co.uk/voices/jack-dorsey-elon-musk-twitter-exciting-user-defamation-diver-social-media-tech-a8779951.html
- www.independent.ie/business/world/thailand-cave-rescuer-considers-legal-action-against-billionaire-elon-musk-after-pedo-tweet-37123214.html

116

- www.indiatoday.in/technology/news/story/elon-musk-apologises-thai-cave-rescuer-pedo-guy-1289109-2018-07-18
- www.indiatoday.in/technology/news/story/elon-musk-to-face-trial-for-calling-thai-cave-rescuer-a-pedo-guy-1522546-2019-05-11
- www.infonews360.com/elon-musk-has-revisited-his-baseless-pedophile-claims/
- www.inquisitr.com/4986835/elon-musk-goes-on-twitter-rant-calls-british-diver-that-helped-in-thai-cave-rescue-pedo-guy/
- www.insider.com/elon-musk-british-cave-diver-pedo-feud-thai-cave-rescue-2018-7
- www.insider.com/the-british-cave-rescue-diver-may-sue-elon-musk-over-pedo-comment-2018-7
- www.inverse.com/article/47045-elon-musk-calls-hero-of-thai-cave-rescue-pedo
- www.inverse.com/article/47050-thai-cave-rescue-hero-considers-legal-action-after-elon-musk-pedo-tweet
- www.inverse.com/article/48450-elon-musk-keeps-implying-this-guy-is-a-pedophile
- www.investopedia.com/news/bad-week-tesla-just-got-worse/
- www.irishcentral.com/news/heroic-irish-cave-diver-slams-elon-musk-bizarre-twitter-rant-submarine
- www.irishexaminer.com/breakingnews/world/billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur-856009.html
- www.irishexaminer.com/breakingnews/world/british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet-855539.html
- www.irishtimes.com/business/innovation/why-are-high-flyers-prone-to-plumbing-depths-1.3580954
- www.irishtimes.com/business/markets/elon-musk-loses-the-plot-again-1.3572903
- www.irishtimes.com/business/technology/time-for-musk-to-delete-his-twitter-account-1.3611620
- www.irishtimes.com/news/world/asia-pacific/diver-in-thai-cave-rescue-considers-legal-action-over-musk-pedo-attack-1.3566493
- www.irishtimes.com/news/world/us/elon-musk-apologises-to-british-diver-for-calling-him-a-pedo-1.3568809
- www.irishtimes.com/news/world/us/elon-musk-calls-thailand-diver-child-rapist-in-latest-baseless-attack-1.3618947
- www.irishtimes.com/news/world/us/elon-musk-doubles-down-on-pedo-claims-against-cave-diver-1.3611199
- www.itv.com/news/2018-07-16/british-cave-rescuer-considers-legal-action-against-elon-musk-after-pedo-tweet/
- www.itv.com/news/2018-07-18/billionaire-elon-musk-apologises-for-thai-rescue-diver-pedo-guy-slur/
- www.itv.com/news/2018-08-08/how-a-single-tweet-can-change-world-markets-the-story-of-self-made-billionaire-elon-musk/
- www.japantimes.co.jp/news/2018/07/16/asia-pacific/crime-legal-asia-pacific/british-cave-diver-says-hes-considering-legal-action-elon-musk-pedo-tweet/#.XUOLp-gzZPY
- www.japantimes.co.jp/news/2018/10/02/business/tesla-shares-surge-model-3-numbers-elon-musk-settling-row-regulators/#.XUa5z-gzZPY
- www.jihadwatch.org/2018/09/elon-musk-tilting-at-the-wrong-windmill

117

- www.joe.ie/news/elon-musk-diver-remark-633356
- www.khaosodenglish.com/news/international/2018/07/17/thai-rescuer-pedo-tweet-may-be-bad-for-elon-musks-business/
- www.kiiitv.com/article/news/nation-now/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/465-4608abd6-b461-43fb-b383-0059f436bd45
- www.king5.com/article/news/nation-world/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-a-pedophile/507-575018316
- www.kqed.org/news/11680781/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue
- www.kvue.com/article/news/nation-now/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/465-4608abd6-b461-43fb-b383-0059f436bd45
- www.latimes.com/business/autos/la-fi-hy-musk-pedo-suit-20180829-story.html
- www.letsrun.com/forum/flat_read.php?thread=8920431
- www.libertyproject.com/elon-musk-sec-settlement-2609322355.html
- www.lipstickalley.com/threads/elon-musk-calls-thai-cave-rescuer-a-child-rapist-after-a-child-bride-in-new-emails-to-buzzfeed.1810338/
- www.lipstickalley.com/threads/missing-thai-boys-football-team-coach-are-found-alive-in-a-cave-all-are-out-safe.1682768/page-14
- www.marketwatch.com/discover?url=https%3A%2F%2Fwww.marketwatch.com%2Famp%2Fstory%2Fguid%2Ff17ad066-b08a-11e8-ae87-d18245ae6241&link=sfmw_tw#www.marketwatch.com/amp/story/guid/f17ad066-b08a-11e8-ae87-d18245ae6241?mod=dist_amp_social
- www.marketwatch.com/story/elon-musk-apologizes-to-british-diver-for-calling-him-a-pedo-2018-07-18
- www.marketwatch.com/story/elon-musk-calls-thailand-cave-rescue-diver-a-pedo-in-twitter-outburst-2018-07-15
- www.mediafirst.co.uk/our-thinking/five-lessons-from-musks-costly-twitter-meltdown/
- www.mercurynews.com/2018/07/16/has-elon-musk-gone-too-far-with-tweet-about-thai-cave-rescue-diver/
- www.mercurynews.com/2018/07/16/musk-insisting-he-helped-in-thai-cave-rescue-calls-actual-rescuer-a-pedo/
- www.mercurynews.com/2018/07/18/elon-musk-apologizes-for-pedo-tweet-about-british-cave-diver/
- www.metro.news/elon-musk-apologises-for-wrongly-calling-british-rescuer-a-pedo-guy/1148976/
- www.mirror.co.uk/news/politics/new-year-honours-list-2019-13786682
- www.mirror.co.uk/news/world-news/elon-musk-calls-hero-brit-12925681
- www.mirror.co.uk/news/world-news/elon-musk-claims-british-cave-13194719
- www.mirror.co.uk/news/world-news/elon-musk-questions-brit-cave-13156213
- www.mirror.co.uk/news/world-news/hero-british-diver-sue-elon-12928500
- www.motherjones.com/politics/2019/02/jack-dorsey-elon-musk-twitter/
- www.mysanantonio.com/technology/businessinsider/article/Elon-Musk-asks-why-the-diver-he-called-a-pedo-13191002.php
- www.naracoorteherald.com.au/story/5531579/musk-goes-too-far-with-thai-cave-tweet/?cs=11147

- www.narcity.com/gossip/elon-musk-called-one-of-the-british-divers-from-the-thai-cave-rescue-a-pedo-and-the-drama-since-has-been-baffling
- www.nbc26.com/news/national/elon-musk-thai-cave-rescuer-pedo-pedophile-tweet
- www.nbcnews.com/business/autos/insiders-are-questioning-musk-s-leadership-ability-after-erratic-rant-n892471
- www.nbcnews.com/news/world/elon-musk-apologizes-blames-anger-calling-thai-cave-diver-pedo-n892296
- www.nbcnews.com/news/world/elon-musk-calls-thai-cave-rescue-diver-vern-unsworth-pedo-n891651
- www.nbcwashington.com/news/tech/Thai-Rescue-Diver-Mulls-Legal-Action-After-Elon-Musk-Calls-Him-Pedo-Guy--488263091.html
- www.ndtv.com/world-news/elon-musk-insists-he-helped-in-thai-cave-rescue-calls-actual-rescuer-a-pedo-1883791
- www.news.com.au/technology/billionaire-elon-musk-calls-thai-rescuer-a-pedo/news-story/4f7283517f53c3b3f19a952a636fccd2
- www.news.com.au/technology/innovation/elon-musk-apologises-for-calling-thai-rescue-diver-a-pedo/news-story/606b3fc050064b9b5d39b7db133a46f1
- www.news.com.au/technology/online/social/elon-musk-has-gone-full-donald-trump-with-his-latest-twitter-outburst/news-story/f4e9c4b696c01343e401214051fd8e9f
- www.news.com.au/technology/science/space/elon-musks-scary-rant-tops-off-a-bizarre-week-for-the-tech-billionaire/news-story/5bf4ab4b06956ce400a15e00a97a21d4
- www.news18.com/news/tech/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet-1813191.html
- www.news18.com/news/tech/elon-musks-latest-outburst-raises-doubts-on-leadership-1814075.html
- www.news18.com/news/world/uk-honours-divers-who-helped-rescue-thai-cave-boys-1986609.html
- www.news24.com/World/News/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet-20180716
- www.newscabal.co.uk/family-of-british-thai-cave-hero-slam-elon-musks-paedo-accusations-as-unbelievable-and-completely-untrue/
- www.newscentermaine.com/article/news/nation-now/elon-musk-apologizes-for-calling-thai-cave-rescue-diver-pedo-guy/465-4608abd6-b461-43fb-b383-0059f436bd45
- www.newscentermaine.com/article/news/nation-now/thai-cave-rescue-diver-may-sue-tesla-ceo-elon-musk-for-calling-him-a-pedo-in-tweet/465-0df24822-4396-4b43-8536-a3768b165f0b
- www.newser.com/story/261992/elon-musk-calls-thai-cave-rescuer-pedo-deletes-tweet.html
- www.newser.com/story/263936/elon-musk-not-done-tweeting-about-diver-he-called-pedo.html
- www.newstalk.com/news/elon-musk-apologises-for-calling-thai-cave-diver-a-paedo-501707
- www.newstalkzb.co.nz/news/world/elon-musk-apologises-for-calling-thai-rescue-diver-a-pedo/

- www.newstalkzb.co.nz/news/world/thai-cave-rescuer-considers-suing-elon-musk-over-pedo-tweets/
- www.newstatesman.com/science-tech/2018/07/elon-musk-spoiled-teenager-trapped-body-billionaire
- www.newsweek.com/elon-musk-again-goes-after-british-cave-diver-he-called-pedo-twitter-1094048
- www.newsweek.com/elon-musk-not-done-british-diver-calls-cave-rescuer-child-rapist-1105293
- www.newsweek.com/pedo-guy-elon-musk-fires-back-british-diver-who-led-rescue-thai-soccer-team-1025516
- www.nhregister.com/technology/businessinsider/article/Dear-Elon-Tusk-It-s-time-to-delete-your-Twitter-13649960.php
- www.northernstar.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- www.nova969.com.au/news/social-media-slams-elon-musk-calling-diver-who-played-crucial-role-thai-rescue-pedo
- www.npr.org/2018/07/16/629348178/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue
- www.npr.org/2018/07/18/630130125/elon-musk-apologizes-to-diver-in-cave-rescue-for-words-spoken-in-anger
- www.nst.com.my/world/2018/07/391321/british-caver-says-considering-legal-action-after-elon-musk-pedo-tweet
- www.nydailynews.com/news/ny-news-elon-musk-thai-diver-child-bride-20180904-story.html
- www.nytimes.com/2018/07/18/business/elon-musk-vern-unsworth-pedo-guy.html
- www.nytimes.com/2018/08/16/business/elon-musk-interview-tesla.html
- www.nytimes.com/2018/08/18/business/elon-musk-tesla-timeline.html
- www.nytimes.com/2018/08/28/business/elon-musk-tesla.html
- www.nzherald.co.nz/business/news/article.cfm?c_id=3&objectid=12091265
- www.nzherald.co.nz/world/news/article.cfm?c_id=2&objectid=12089619
- www.nzherald.co.nz/world/news/article.cfm?c_id=2&objectid=12090255
- www.ocregister.com/2018/07/16/musk-labels-diver-a-pedophile-in-spat-over-thai-cave-rescue/
- www.omanobserver.om/they-cant-just-jeopardise-a-billion-dreams/
- www.onenewspage.com/n/Business/1zj8wihl74/Elon-Musk-latest-outburst-raises-doubts-on.htm
- www.orazio.it/index.php/elon-musk-tweets-hell-bet-ya-a-signed-dollar-that-thai-cave-rescuer-is-a-pedo/
- www.parabolicarc.com/2018/07/16/musks-melts-thai-cave-rescue-story/
- www.pedestrian.tv/news/elon-musk-diver-legal-action/
- www.philstockworld.com/2018/07/16/thai-caverescue-hero-plans-to-sue-musk-over-pedophile-accusations/
- www.prdaily.com/elon-musk-apologizes-for-pedo-comment/
- www.pressdemocrat.com/business/8541640-181/elon-musks-social-media-conduct

- www.proactiveinvestors.com/companies/news/200869/fur-flies-after-tesla-ceo-elon-musk-calls-british-diver-in-thai-cave-rescue-pedo-in-twitter-tirade-200869.html
- www.prweek.com/article/1488144/two-views-elon-musks-pedo-guy-tweet-subsequent-apology
- www.qt.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- www.qt.com.au/news/elon-musk-deletes-racy-miley-cyrus-tweet/3478862/
- www.quora.com/What-did-Elon-Musk-mean-when-he-referred-to-the-Thailand-rescue-dive-expert-Vern-Unsworth-as-pedo-guy-What-exactly-was-he-saying
- www.quora.com/Whats-the-full-story-behind-Elon-Musks-involvement-with-the-Thai-cave-rescue-effort
- www.quora.com/Whats-your-reaction-to-Musk-calling-the-British-diver-a-pedophile
- www.quora.com/Why-did-Elon-Musk-accuse-the-cave-diver-Vern-Unsworth-who-masterminded-the-Thai-cave-rescue-of-being-a-pedophile
- www.rappler.com/technology/news/207505-elon-musk-pedo-tweet-investor-effects-tesla-stock
- www.rappler.com/world/regions/asia-pacific/207446-vernon-unsworth-considering-legal-action-against-elon-musk
- www.resetera.com/threads/diver-attacked-by-elon-musk-as-%E2%80%98pedo-guy%E2%80%99-is-prepping-a-libel-suit.65308/
- www.reuters.com/article/us-tesla-ceo/tesla-shares-fall-after-ceo-musk-abuses-british-diver-idUSKBN1K62H7
- www.reuters.com/article/us-thailand-accident-cave-tesla/british-caver-says-he-approached-by-u-s-british-lawyers-over-musks-comments-idUSKBN1K71VX
- www.reuters.com/article/us-thailand-accident-cave-tesla/teslas-musk-apologizes-for-his-comments-on-british-caver-idUSKBN1K80M5
- www.rnz.co.nz/news/world/361982/british-caver-could-sue-elon-musk-over-twitter-attack
- www.rnz.co.nz/news/world/362131/elon-musk-apologises-to-thai-cave-diver-for-twitter-attack
- www.rt.com/business/437121-elon-musk-tweet-pedo/
- www.rt.com/news/433322-elon-musk-pedo-sue/
- www.rt.com/news/437649-musk-british-diver-pedophilia-claims/
- www.rt.com/usa/437199-musk-lawsuit-libel-pedo-guy/
- www.saadahbahri.com/elon-musks-pedo-attack-rattles-tesla-investors-this-thing-is-unraveling/
- www.sbs.com.au/news/british-caver-considering-legal-action-after-elon-musk-pedo-tweet
- www.sbs.com.au/news/elon-musk-calls-thai-cave-rescuer-a-pedo-for-mocking-submarine
- www.scmp.com/news/asia/southeast-asia/article/2155383/elon-musk-calls-british-diver-thai-cave-rescue-pedo-bizarre
- www.scmp.com/news/europe/article/2179965/british-divers-involved-years-dramatic-thai-cave-rescue-make-uk
- www.scmp.com/news/world/united-states-canada/article/2155552/tesla-shares-fall-and-elon-musk-loses-us295-million

- www.sfchronicle.com/business/article/In-Elon-Musk-s-world-brakes-are-for-cars-not-13198077.php
- www.shortlist.com/news/elon-musk-thai-rescue-diver-libel-argument-twitter
- www.sltrib.com/news/nation-world/2018/07/16/thai-cave-rescuer/
- www.smartcompany.com.au/people-human-resources/leadership/after-calling-thai-cave-rescuer-a-pedo-heres-how-elon-musk-went-from-idolised-tech-god-to-erratic-online-abuser/
- www.spaceflightinsider.com/organizations/space-exploration-technologies/is-spacexs-elon-musk-conducting-a-twitter-war/
- www.sportbreakingnews.com/2018/07/elon-musks-latest-outburst-raises-doubts-on-leadership/
- www.standard.co.uk/news/uk/british-diver-who-helped-rescued-thai-football-team-from-cave-receives-mbe-at-buckingham-palace-a4165846.html
- www.standard.co.uk/news/world/british-diver-branded-a-pedo-by-elon-musk-after-thai-cave-rescue-threatens-to-sue-spacex-boss-a3888011.html
- www.standard.co.uk/news/world/elon-musk-brands-thailand-cave-diver-child-rapist-in-latest-baseless-attack-following-backlash-over-a3927746.html
- www.standard.co.uk/news/world/new-year-honours-2019-hero-brit-divers-decorated-for-thai-cave-rescue-that-gripped-the-world-a4026546.html
- www.standard.co.uk/news/world/thailand-cave-rescue-theresa-may-meets-british-hero-divers-who-helped-rescue-trapped-bo-a3895431.html
- www.straitstimes.com/asia/se-asia/british-caver-says-he-approached-by-us-british-lawyers-over-elon-musks-comments
- www.straitstimes.com/world/elon-musk-insults-thai-cave-rescue-diver-5-other-headline-grabbing-moments-involving-the-tech
- www.straitstimes.com/world/united-states/tesla-chief-elon-musk-insisting-he-helped-in-thai-cave-rescue-calls-actual
- www.straitstimes.com/world/united-states/tesla-chief-elon-musks-latest-outburst-raises-doubts-on-leadership-rattles
- www.stuff.co.nz/world/105529980/elon-musks-pedo-slur-british-cave-diver-considers-legal-action
- www.sunshinecoastdaily.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-ped1/3468027/
- www.sunshinecoastdaily.com.au/news/elon-musk-apologises-for-calling-thai-rescue-diver/3470450/
- www.takingonissues.com/cave-rescue-hero-yes-ill-probably-sue-musk-for-calling-me-a-pedo/
- www.tech-arena.co.uk/elon-musk-has-revisited-his-baseless-pedophile-claims/
- www.techspot.com/community/topics/elon-musk-responds-to-thai-cave-divers-criticism-by-calling-him-a-pedo.247815/
- www.techspot.com/news/75511-elon-musk-responds-thai-cave-diver-criticism-calling.html
- www.techthreat.co.uk/british-caver-could-sue-elon-musk-over-twitter-attack/
- www.telegraph.co.uk/men/thinking-man/eating-elon-musk/

122

Exhibit 1, Page 124

- www.telegraph.co.uk/news/2018/07/15/elon-musk-launches-baseless-attack-thai-cave-rescue-diver/
- www.telegraph.co.uk/news/2018/07/16/british-caver-considering-legal-action-elon-musk-pedo-tweet/
- www.telegraph.co.uk/news/2018/07/18/elon-musk-apologises-british-cave-rescuer-falsely-called-pedo/
- www.telegraph.co.uk/news/2018/12/28/sir-michael-palin-celebrate-knighthood-glass-horlicks-early/
- www.telegraph.co.uk/technology/2018/07/16/elon-musk-went-tech-superhero-internet-villain/
- www.telegraph.co.uk/technology/2018/08/28/elon-musk-renews-attack-british-caver-accused-paedophile/
- www.telegraph.co.uk/technology/2018/09/05/elon-musk-brands-british-diver-thai-rescue-child-rapist-feud
- www.telegraph.co.uk/technology/2018/09/05/elon-musk-brands-british-diver-thai-rescue-child-rapist-feud/
- www.theadvocate.com.au/story/5527214/musk-labels-uk-thai-cave-rescuer-a-pedo/
- www.theage.com.au/national/victoria/elon-musk-s-pedo-slur-british-cave-diver-considers-legal-action-20180716-p4zrtv.html
- www.theatlantic.com/technology/archive/2018/08/twitter-loves-elon-musk/567026/
- www.theatlantic.com/technology/archive/2018/09/elon-musk-buzzfeed-off-the-record-vernon-unsworth/569437/
- www.theaustralian.com.au
- www.theblaze.com/news/2018/07/16/elon-musk-calls-thai-cave-rescuer-pedophile-might-face-legal-action
- www.thecitizen.co.tz/news/business/Musk-s-outburst-raises-leadership-doubts/1840414-4669454-vu9hop/index.html
- www.thecut.com/2018/07/elon-musk-thai-cave-rescue-pedo.html
- www.thecut.com/2018/09/elon-musk-thai-cave-rescuer-pedo-accusation.html
- www.thedailybeast.com/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo
- www.thedailybeast.com/elon-musk-renews-pedophilia-attacks-on-british-diver
- www.thedailybeast.com/elon-musk-to-cave-diver-vernon-unsworth-in-pedo-guy-suit-you-started-it
- www.thedailystar.net/world/elon-musk-apologises-to-british-caver-vernon-unsworth-for-pedo-slur-1607290
- www.thedetroitbureau.com/2018/07/tesla-ceo-musk-lashes-out-at-british-diver-in-latest-round-of-odd-behavior/
- www.thedrive.com/news/22972/report-teslas-elon-musk-confesses-the-worst-is-yet-to-come
- www.thedrive.com/news/23361/tesla-ceo-elon-musk-doubles-down-on-child-rapist-claims-curses-out-reporter-in-email
- www.theglobeandmail.com/business/international-business/us-business/article-tesla-shares-fall-after-elon-musk-insults-diver-involved-in-rescue-of/
- www.theguardian.com/business/nils-pratley-on-finance/2018/jul/18/the-lesson-for-elon-musk-dont-rely-on-fan-club-directors

123

- www.theguardian.com/commentisfree/2018/aug/08/elon-musk-capitalist-rolatile-investors-tesla
- www.theguardian.com/technology/2018/aug/29/elon-musk-doubles-down-on-pedo-claims-against-uk-cave-dive
- www.theguardian.com/technology/2018/jul/15/elon-musk-british-diver-thai-cave-rescue-pedo-twitter
- www.theguardian.com/technology/2018/jul/17/tesla-elon-musk-thailand-diver-pedo
- www.theguardian.com/technology/2018/sep/04/elon-musk-claims-diver-in-thai-cave-rescue-is-child-rapist-without-evidence
- www.theguardian.com/uk-news/2018/dec/28/thai-cave-rescue-british-divers-receive-gallantry-awards
- www.thehansindia.com/posts/index/International/2018-07-18/Thai-rescue-Elon-Musk-apologises-to-British-caver-for-pedo-remark/399206
- www.thehindu.com/news/international/british-caver-says-hes-considering-legal-action-after-elon-musk-pedo-tweet/article24432041.ece
- www.thehindubusinessline.com/news/world/british-caver-considering-legal-action-after-elon-musk-pedo-tweet/article24439906.ece
- www.thejournal.ie/vernon-unsworth-elon-musk-4129834-Jul2018/
- www.themarysue.com/elon-musk-is-an-asshat/
- www.thenational.ae/world/asia/british-cave-rescuer-considers-suing-elon-musk-over-tweet-1.750751
- www.thepeninsulaqatar.com/article/18/07/2018/Elon-Musk-apologizes-for-comments-about-cave-rescue-diver
- www.thescottishsun.co.uk/news/3673867/brit-thai-cave-hero-diver-vern-unsworth-defies-elon-musks-paedophile-jibes-to-reunite-with-boys-he-helped-rescue-from-certain-death/
- www.thesouthafrican.com/news/elon-musk-thai-cave-rescuer-you-are-a-child-rapist/
- www.thesouthafrican.com/news/what-did-elon-musk-call-thai-cave-diver/
- www.thestandard.com.hk/section-news.php?id=197963&sid=6
- www.thestar.com/business/2018/07/17/elon-musks-social-media-conduct-may-be-bad-for-his-business.html
- www.thestar.com/business/technology/2018/08/17/tearful-elon-musk-recounts-excruciating-year-and-fateful-tweet.html
- www.thestar.com/news/world/2018/07/16/elon-musk-could-face-legal-action-after-calling-thai-cave-rescuer-a-pedo.html
- www.thestar.com/news/world/2018/07/18/the-fault-is-mine-and-mine-alone-elon-musk-apologizes-to-thai-cave-diver-over-pedo-guy-comment.html
- www.thestudentroom.co.uk/showthread.php?t=5480380&page=4
- www.thesun.co.uk/money/7043751/are-wheels-falling-off-tesla-musk/
- www.thesun.co.uk/news/2264790/elon-musk-worth-tesla-amber-heard-grimes-vernon-unsworth-suing/
- www.thesun.co.uk/news/6785422/elon-musk-paedo-thai-cave-diver-vernon-unsworth-trapped-boys/
- www.thesun.co.uk/news/6806299/elon-musk-apologises-to-brit-cave-hero-for-calling-him-a-paedo/

124

- www.thesun.co.uk/news/7179350/elon-musk-vernon-unsworth-child-rapist/
- www.thesun.co.uk/news/7180122/elon-musk-thai-cave-rescuer-vernon-unsworth-paedo/
- www.thesun.co.uk/news/7182963/thai-girlfriend-vernon-unsworth-elon-musk-child-bride
- www.thesun.co.uk/news/7189384/vernon-unsworth-thai-cave-diver-rescue-wife-elon-musk-paedophile/
- www.thesun.co.uk/news/8067575/thai-cave-boys-diver-vern-unworth-defies-elon-musk/
- www.thesun.co.uk/news/8078260/british-divers-george-medal-new-years-honours/
- www.thesun.co.uk/news/worldnews/6824949/elon-musk-twitter-tesla-share-price-thailand-cave-rescue/
- www.thesun.co.uk/news/worldnews/7121986/elon-musk-british-cave-hero-vern-unsworth-paedo-again/
- www.thetimes.co.uk/article/elon-musk-attacks-british-cave-rescue-diver-vern-unsworth-again-tbz0lwxkg?utm_campaign
- www.thetimes.co.uk/article/elon-musk-brands-thai-boys-rescuer-vern-unsworth-a-paedophile-x7wfgs7qh
- www.thetruthaboutcars.com/2018/07/elon-musk-apologizes-to-diver-as-leadership-worries-grow/
- www.thetruthaboutcars.com/2018/07/tesla-model-3-rollover-mirrors-elon-musks-weekend/
- www.theverge.com/2018/7/19/17588574/elon-musk-twitter-cave-rescue-investors-tesla
- www.timeslive.co.za/news/world/2018-07-16-thai-cave-rescuer-considering-legal-action-after-elon-musk-pedo-tweet/
- www.tnp.sg/news/world/billionaire-musks-latest-outburst-raises-leadership-doubts
- www.todayonline.com/world/british-caver-considering-legal-action-after-elon-musks-pedo-tweet
- www.toledoblade.com/opinion/editorials/2018/12/15/elon-musk-general-motors-tesla-securities-exchange-commission/stories/20181214004
- www.tribuneindia.com/news/world/musk-slammed-for-calling-thai-cave-rescuer-pedo/621416.html
- www.tribuneworldall.com/2018/12/29/british-divers-who-rescued-thai-boys-trapped-in-cave-are-rewarded-on-honours-list/
- www.tvnz.co.nz/one-news/world/elon-musk-lashes-thai-rescue-diver-calls-him-pedo-and-says-hell-prove-his-submarine-viable
- www.tweeddailynews.com.au/news/billionaire-elon-musk-calls-thai-rescuer-a-ped1/3468027/
- www.upr.org/post/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue
- www.usatoday.com/story/news/nation-now/2018/07/16/thai-cave-rescue-diver-may-sue-elon-musk-calling-him-pedo/787313002/
- www.usatoday.com/story/news/world/2018/07/18/elon-musk-apologizes-thai-cave-rescue-diver/794873002/
- www.usatoday.com/story/tech/nation-now/2018/07/15/elon-musk-thai-cave-rescue-diver-pedophile-twitter/786527002/
- www.usatoday.com/story/tech/news/2018/08/29/elon-musk-tesla-pedo-controversy-thai-diver/1130933002

- www.vice.com/en_asia/article/ne5b48/elon-musk-called-one-of-the-divers-in-thailand-a-pedo
- www.vice.com/en_us/article/vbjeky/elon-musk-vernon-unsworth-pedo-claim
- www.vietnambreakingnews.com/2018/07/elon-musks-latest-outburst-raises-doubts-on-leadership/
- www.vox.com/2018/7/15/17573950/elon-musk-pedo-guy-cave-boys
- www.vox.com/2018/7/18/17576302/elon-musk-thai-cave-rescue-submarine
- www.vox.com/business-and-finance/2018/9/22/17890400/elon-musk-podcast-tesla-investigation-board
- www.washingtonpost.com/news/worldviews/wp/2018/07/15/elon-musk-insisting-he-helped-in-thai-cave-rescue-calls-actual-rescuer-a-pedo/?utm_term=.2d3a3d3cb69b
- www.washingtonpost.com/technology/2018/07/16/elon-musks-pedo-attack-rattles-tesla-investors-this-thing-is-unraveling/?utm_term=.df7813dc5b16
- www.wibw.com/content/news/Elon-Musk-calls-Thai-cave-diver-a-pedo-after-expert-calls-his-sub-a-PR-stunt-488294491.html
- www.wionews.com/world/elon-musk-calls-british-diver-in-thai-cave-rescue-a-pedo--152013
- www.wired.co.uk/article/elon-musk-apologises-pedo-guy-tweet
- www.wired.co.uk/article/podcast-378
- www.wkyc.com/article/news/nation-now/elon-musk-revives-thai-cave-diver-pedo-incident-says-its-strange-rescuer-hasnt-sued/465-a508ddeb-d0c8-4daa-bc5d-092617a8ef6f
- www.wsj.com/articles/elon-musk-apologizes-for-calling-british-cave-explorer-a-pedophile-1531904504
- www.wsj.com/articles/tesla-ceo-elon-musk-lashes-out-at-critic-in-latest-twitter-outburst-1531752197
- www.xinhuanet.com/english/2018-07/17/c_137330262.htm
- www.xinhuanet.com/english/2018-07/19/c_137335174.htm
- www.yahoo.com/entertainment/elon-musk-called-one-thai-174000761.html
- www.yahoo.com/news/elon-musk-calls-diver-thai-165830683.html
- www.ypradio.org/post/elon-musk-and-british-diver-exchange-harsh-words-over-thai-cave-rescue#stream/0
- www.zerohedge.com/news/2018-07-15/twitter-meltdown-elon-musk-calls-thai-cave-diver-pedophile
- zeenews.india.com/world/elon-musk-slammed-for-calling-thai-cave-rescuer-pedo-2124991.html

**Appendix E Supporting and Supplementary Documents**

**Webpage Articles/Stories Containing Defaming Statements**

- - ITV News.pdf
- British cave rescuer considers legal ac...pdf
- Cave diver criticizes Musk's kid-sub re...pdf
- Elon Musk Again Goes After British Cave Diver He Called 'Pedo' onTwitter.pdf
- Elon Musk and the Meaning of 'Off the Record' - The Atlantic.pdf
- Elon Musk apologises to Thai cave diver for Twitter attack _ RNZNews.pdf
- Elon Musk Apologizes for Cave Rescue Di...pdf
- Elon Musk Calls Key Player in Thai Cave Rescue a 'Pedo' - AtlanticBroadband.pdf
- Elon Musk calls rescue diver 'pedo guy'.pdf
- Elon Musk has apologized for defaming a...pdf
- Elon Musk Loves Twitter, Twitter Loves Elon Musk - The Atlantic.pdf
- Elon Musk makes unfounded accusation against Thai cave rescuer _KYW.pdf
- Elon Musk Questions Why Hero Diver Hasn't Sued Him Over _Pedo Guy_Comment.pdf
- Elon Musk Settled with the SEC, But He's Still the Worst - LibertyProject.pdf
- Elon Musk tweets he'll "bet ya a signed...i cave rescuer is a "pedo"- Orazio.pdf
- Elon Musk_ CEO sued, SpaceX moon mission and Tesla delivery issues.pdf
- NASA boss slams Elon Musk over weed smoking on Joe Rogan podcast -Daily Star.pdf
- Redemption song for Elon Musk _ Toledo Blade.pdf
- Tesla shares fall after Elon Musk smoke...n's podcast - National _Globalnews.pdf
- Tesla shares surge on Model 3 numbers, ...pdf
- Tesla's Elon Musk apologizes for 'pedo'...pdf -a----
- ' - SpaceFlight Insider.pdf
- - Quora.pdf
- 2838...pdf
- Billionaire Musk's latest outburst rais...pdf
- Brit Thai Cave hero diver Vern Unsworth...pdf
- Brit Thai Cave hero diver Vern Unsworth...th squib _ The Sun -Travel.Squibs.pdf
- British cave rescuer considers legal action against Elon Musk after'pedo' tweet.pdf
- British caver called 'pedo guy' by Elon...pdf
- British caver says considering legal action after Elon Musk 'pedo'tweet.pdf
- 80921 British caver says he is considering le...pdf
- British divers recognised on New Year H...pdf
- British divers who helped in Thai cave ...pdf
- British divers who rescued Thai boys tr...pdf
- British Thai cave hero Vernon Unsworth ...pdf
- Dear Elon Tusk_ It's time to delete your Twitter (TSLA) - New HavenRegister.pdf
- Elon Musk accuses Thai cave rescuer of being a 'pedo' in now-deletedtweet.pdf
- Elon Musk And British Diver Exchange Ha...pdf

- Elon Musk apologises for calling diver ...pdf
- Elon Musk apologises for calling Thai cave diver a &#39;paedo&#39; _Newstalk.pdf
- Elon Musk apologises to British caver for Twitter slur.pdf
- Elon Musk apologizes for comments about cave rescue diver - ThePeninsula Qatar.pdf
- Elon Musk brands British diver in Thai rescue a 'child rapist' asfeud escalates.pdf
- Elon Musk calls British caver who helpe...pdf
- Elon Musk calls hero Brit diver 'PAEDO ...pdf
- ELON MUSK CALLS RESCUE DIVER A CHILD RAPIST - DIVE Magazine.pdf
- Elon Musk Calls Thai Cave Diver Hero A ...pdf
- 42299 Elon Musk Calls Thai Cave Rescue Diver ...pdf
- Elon Musk calls Thailand cave diver Ver...n latest baseless attack -inews.co.pdf
- Elon Musk calls Thailand cave rescue di...pdf
- Elon Musk calls UK hero diver Vern Unsw...pdf
- Elon Musk claims British cave rescue he...pdf
- Elon Musk doubles down on 'pedo guy' cl...pdf
- Elon Musk in new rant at Thai cave rescuer - BBC News.pdf
- Elon Musk Is Now Calling a Cave Rescuer a 'Child Rapist' -Barron's.pdf
- Elon Musk kinda apologizes for calling Thai cave rescuer a 'pedo' _TechCrunch.pdf
- Elon Musk latest_ Brit cave diver wrong...pdf
- Elon Musk to Thai cave rescuer_ 'You are a child rapist'.pdf
- Elon Musk Tweets Apology to Cave Diver Vern Unsworth Over 'Pedo' Slur_ Fortune.pdf
- Elon Musk viciously attacks Chiang Rai cave diver.pdf
- Elon Musk – the charismatic capitalist ...pdf
- Elon Musk's Latest Outburst Raises Doubts on Leadership - News18.pdf
- Elon Musk's latest outburst raises doubts on leadership - One NewsPage.pdf
- Elon Musk's latest outburst raises doubts on leadership _ Fin24.pdf
- Elon Musk's latest outburst raises doubts on leadership.pdf
- Elon Musk's tweets could create problems for Tesla - BusinessInsider.pdf
- Elon Musk's latest outburst raises doubts on leadership – SportBreaking News.pdf
- Elon Musk's latest outburst raises doubts on leadership – VietNamBreaking News.pdf
- Elon Musk's latest outburst raises doubts on leadership.pdf
- HONOURS FOR THAI CAVE RESCUE TEAM - DIVE Magazine.pdf
- In Elon Musk's World, Brakes Are for Cars, Not C.E.O.pdf
- In Elon Musk's world, brakes are for cars, not CEOs - SFChronicle.pdf
- Irish cave diver slams Elon Musk for bizarre twitter rant _IrishCentral.pdf
- Musk apologises for pedo comment _ Northern Star.pdf
- Musk slammed for calling Thai cave rescuer 'Pedo'.pdf
- Musk's outburst raises leadership doubts - The Citizen.pdf
- New Year Honours 2019_ Hero Brit divers...pdf
- New Year Honours 2019_ Sir Michael Palin is knighted and Twiggybecomes a dame.pdf
- New Year Honours list 2019 in full - fr...pdf

128

- New Year Honours_ Divers who took part ...their bravery -BelfastTelegraph.co.pdf
- Python Palin and Dame Twiggy joined by ...pdf
- s Palin on UK honours list.pdf
- See what Tesla CEO Elon Musk just said ...pdf
- Social media training_ Five lessons from Musk's costly Twittermeltdown.pdf
- Subscribe to The Australian _ Newspaper...pdf
- Tesla chief Elon Musk's latest outburst...pdf
- Tesla shares fall after CEO abuses cave rescuer - Business Daily.pdf
- Tesla shares fall after CEO Musk abuses British diver.pdf
- Tesla shares fall after CEO Musk abuses. v15..pdf
- Tesla shares fall after CEO Musk abuses...pdf
- Thai cave boys visit Buddhist temple on their first day home _ DailyMail Online.pdf
- Thai cave divers, Twiggy and Monty Pyth...pdf
- Thai rescue_ Elon Musk apologises to British caver for 'pedo'remark.pdf -a----
- 'Sorry pedo guy'_ Elon Musk lashes out ...who criticized him _ Energy95.pdf
- - Quora v02.pdf
- - Quora.pdf
- 7 _ ElotiTV.pdf
- A tale of two Elons_ Why this superhero...pdf
- A very salty Elon Musk calls Thai cave rescuer a _pedo_ on Twitter.pdf
- After calling Thai cave rescuer a _pedo...pdf
-  5664 apoligizes.pdf
- Big Manbaby Elon Musk Called One Of The Thai Cave Rescuers A_Pedo_.pdf
- Billionaire Elon Musk apologises for Th. v10..pdf
- Billionaire Elon Musk apologises for Th...pdf
- Billionaire Elon Musk apologises for Thai rescue diver 'pedo guy'slur.pdf
- Billionaire Elon Musk apologises to her...pdf
- British cave diver is considering legal action against Elon Musk.pdf
- British cave diver says he's considerin...pdf
- British cave explorer can sue Musk for calling him 'paedophile'.pdf
- British Cave Rescue Hero Considers Laws...pdf
- British cave rescuer considers legal ac...pdf
- British cave rescuer considers legal action against Elon Musk after'pedo.pdf
- British caver 'could sue' Elon Musk ove...pdf
- British caver says considering legal ac...pdf
- British caver says he's considering leg...pdf
- British caver says he's considering leg...pdf
- British caver 'could sue' Elon Musk over Twitter attack _themorningbellbd.pdf
- British caver 'could sue' Elon Musk over Twitter attack – Aunty'sAdventures.pdf
- British caver 'could sue' Elon Musk over Twitter attack – FBC News.pdf
- British diver in Thai cave rescue 'stunned' after attack by ElonMusk.pdf

129

- British diver who helped rescued Thai f...pdf
- 82137 British divers involved in this year's ...pdf
- British rescue diver threatens Elon Mus...pdf
- British Rescuer Considers Legal Action ...pdf
- British rescuer considers legal action against Elon Musk over 'pedo'tweet _ KYW.pdf
- British rescuer threatens to sue Elon Musk following 'pedo guy'tweet.pdf
- Cave Diver in Thai Cave Rescue May Sue Elon Musk for 'Pedo' Tweet.pdf
- Cave rescue hero_ Yes, I'll probably sue Musk for calling me apedo.pdf
- Cave rescue hero_ Yes, I'll probably sue Musk for calling me apedo.pdf
- Cave rescuer considers suing Elon Musk over 'pedo' attack _ TheStandard.pdf
- Caver who helped in Thai rescue threatens lawsuit against ElonMusk.pdf
- Dear Elon Musk, delete your Twitter account.pdf
- Diver in Thai cave rescue considers legal action over Musk 'pedo'attack.pdf
- Diver Who Rescued Thai Boys Attacked Online By Billionaire ElonMusk.pdf
- Dlisted _ Elon Musk Is Sorry For Calling A Thai Cave Rescuer APedo.pdf
- Elon Musk Accuses British Rescue Diver of Being a _Pedo guy__Digital Trends.pdf
- Elon Musk accuses Thai cave rescuer of being a 'pedo' in now-deletedtweet.pdf
- Elon Musk Accuses Thai Cave Rescuer of Being a 'Pedo'.pdf
- Elon Musk and the messiah complex.jpg
- 5664 Elon Musk and the messiah complex.pdf
- Elon Musk Apologies For Calling Thai Rescue Cave Diver a _Pedo_.pdf
- Elon Musk apologises for calling Britis...pdf
- Elon Musk apologises for calling Thai cave rescuer a pedo guy -Technology News.pdf
- Elon Musk apologises for calling Thai rescue diver a 'pedo' -Lifestyle - Driven.pdf
- Elon Musk apologises for calling Thai rescue diver a 'pedo'.pdf
- Elon Musk apologises for wrongly calling British rescuer a 'pedoguy'.pdf
- Elon Musk apologises to British cave di...pdf
- Elon Musk apologises to diver for Twitter attack _ Daily Star.pdf
- Elon Musk apologises to Thailand cave diver over tweet _ FinancialTimes.pdf
- Elon Musk apologises to UK diver for 'p...pdf
- Elon Musk apologizes for calling Thai c...pdf
- Elon Musk apologizes for calling Thai c..v12.pdf
- Elon Musk apologizes for calling Thai cave rescue diver 'pedo guy'_kiiitvcom.pdf
- Elon Musk apologizes for calling Thai cave rescue diver 'pedo guy'_kvue.pdf
- Elon Musk apologizes for calling Thai cave rescue diver 'pedo guy'_Nris.pdf
- Elon Musk apologizes for calling Thai cave rescue diver a pedophile _abc10.pdf
- Elon Musk apologizes for calling Thai cave rescue diver a pedophile _CBC News.pdf
- Elon Musk apologizes for calling Thai cave rescue diver a pedophile _king5.pdf
- Elon Musk Apologizes for Calling Thai Cave Rescuer 'Pedo Guy' _Complex.pdf
- 41339 Elon Musk Apologizes for Calling Thai Cave Rescuer a Pedophile -WSJ.pdf
- Elon Musk Apologizes For Calling Thaila...pdf

130

- Elon Musk apologizes for comments about cave rescue diver.pdf
- Elon Musk apologizes to cave rescue diver for calling him a 'pedo' -MarketWatch.pdf
- Elon Musk apologizes to cave rescue diver he called a 'pedo guy' _Country 104.pdf
- Elon Musk Apologizes to Thai Cave Rescu...pdf
- Elon Musk asks why the diver he called ...pdf
- Elon Musk attacks 'pedo guy' again and ...pdf
- Elon Musk attacks British diver over Thai cave rescue _ Daily MailOnline.pdf
- Elon Musk Called One Of The British Div...pdf
- Elon Musk Called One Of The Thai Cave Rescuers A Pedophile.pdf
- Elon Musk Called One of the Thai Cave Rescuers a _Pedo_.pdf
- Elon Musk calls British cave rescue her...pdf
- Elon Musk calls British diver from the ...pdf
- Elon Musk Calls British Diver In Thai C v12...pdf
- Elon Musk calls British diver in Thai c. v12..pdf
- Elon Musk calls British diver in Thai c. v14..pdf
- Elon Musk calls British diver in Thai c...cue a 'pedo', World News _wionews.pdf
- Elon Musk calls British diver in Thai c...pdf
- Elon Musk Calls British Diver In Thai Cave Rescue 'Pedo Guy' In ATweet.pdf
- Elon Musk Calls British Thai rescue diver 'pedo guy' in Twitterclash.pdf
- Elon Musk Calls Diver in Thai Soccer Team Rescue a Pedophile.pdf
- Elon Musk calls diver who helped save T...pdf
- Elon Musk Calls Key Player in Thai Cave Rescue a 'Pedo'.pdf
- Elon Musk Calls One of the British Thai Cave Rescuers a 'Pedo Guy' onTwitter.pdf
- Elon Musk Calls Thai Cave Diver Hero A ...pdf
- Elon Musk Calls Thai Cave Rescue Diver ...pdf
- Elon Musk calls Thai cave rescue diver a sex criminal.pdf
- Elon Musk Calls Thai Cave Rescue Hero '...pdf
- Elon Musk calls Thai cave rescuer a pae...pdf
- Elon Musk calls Thai cave rescuer pedophile, might face legal action- TheBlaze.pdf
- Elon Musk calls Thai rescue diver a 'pedo' _ Herald Sun.pdf
- Elon Musk calls Vernon Unsworth a 'chil...pdf
- Elon Musk can't take his own advice and...pdf
- Elon Musk can't stop tweeting, but so far it doesn't matter - TheVerge.pdf
- Elon Musk Defends Calling Thai Cave Rescuer a 'Pedo' in Tweets _PEOPLE.pdf
- Elon Musk Deletes His Tweets Calling Hero of Thai Cave Rescue aPedophile.pdf
- Elon Musk deletes racy Miley Cyrus tweet _ Queensland Times.pdf
- Elon Musk Gives Half-Assed Apology to Cave Diver He Called aPedophile.pdf
- Elon Musk Has Apologised After Calling A Hero Cave Diver A 'Pedo'.pdf
- Elon Musk has apologised for calling Th...pdf
- Elon Musk has had a very bad week _ Dazed.pdf
- Elon Musk in new rant at Thai cave rescuer _ The Trending PressNews.pdf

- Elon Musk is a spoiled teenager trapped in the body of abillionaire.pdf
- Elon Musk Is not Done With British Diver, Calls Cave Rescuer 'ChildRapist'.pdf
- Elon Musk Lashes Out At Thai Cave Rescu. v11...pdf
- Elon Musk Lashes Out At Thai Cave Rescu...pdf
- Elon Musk lashes out at Thai rescue div...pdf
- Elon Musk Makes Unfounded Accusation Ag...pdf
- Elon Musk most shocking quotes and tweets about Tesla - BusinessInsider.pdf
- Elon Musk quadruples down on 'pedo' allegations in wild new emails –BGR.pdf
- Elon Musk Ramps Up Attacks Against Thai Cave Rescuer, Calls Him'Child Rapist'.pdf
- Elon Musk responds to Thai cave diver's v03..pdf
- Elon Musk responds to Thai cave diver's...pdf
- Elon Musk Revives 'Pedo' Tweets Amid Worry Over Erratic Twitter Posts_ Fortune.pdf
- Elon Musk says he sees Twitter as a 'me...pdf
- Elon Musk slammed for calling Thai cave rescuer 'Pedo' _ WorldNews.pdf
- Elon Musk tweets Thai cave diver a _pedo_ after expert calls his suba PR stunt.pdf
- Elon Musk was once tech's angel. Now he's an overplayed meme.pdf
- Elon Musk's 'pedo' slur_ British cave diver considers legal action _Stuff.co.pdf
- Elon Musk's Harmful Twitter Attack Is a...on in EmotionalIntelligence _ Inc.pdf
- Elon Musk's social media conduct may be bad for his business.pdf
- Elon Musk, insisting he helped in Thai ...pdf
- Elon Musk, insisting he helped in Thai chicago ...pdf
- Here's why Elon Musk is calling a Thai cave rescuer a paedophile -IBTimes India.pdf
- Hero British diver who saved Thai youth football team is made MBE -MERDEKA ID.pdf
- Hero British diver who saved Thai youth football team is made MBEv01.pdf
- Hero British diver who saved Thai youth football team is made MBE.pdf
- Hero British diver who saved Thai youth v02...pdf
- Hero British diver who saved Thai youth v04...pdf
- Hero British diver who saved Thai youth...pdf
- Hero diver who helped save 12 children ...pdf
- In Twitter Meltdown, Elon Musk Calls Th...pdf
- Mercedes EV, Elon Musk's latest attack on caver hit Tesla stock, bond_ Autoblog.pdf
- Missing Thai boys & football team coach...pdf
- Money_ Elon Musk's 'pedo' attack rattle...pdf
- Musk apologises for pedo comment _ Daily Mercury.pdf
- Musk apologises for pedo comment _ Gatton Star.pdf
- Musk apologises for pedo comment _ Queensland Times.pdf
- Musk apologises for pedo comment _ Sunshine Coast Daily.pdf
- Musk apologizes to British cave diver -...la, Inc.pdf
- Musk calls Thai rescuer a 'pedo' _ Coffs Coast Advocate.pdf
- Musk calls Thai rescuer a 'pedo' _ Sunshine Coast Daily.pdf

132

- Musk calls Thai rescuer a 'pedo' _ Tweed Daily News.pdf
- Musk goes too far with Thai cave tweet _ Naracoorte Herald.pdf
- Musk labels diver a pedophile in spat o...pdf
- Musk labels UK Thai cave rescuer a 'pedo' _ The Advocate.pdf
- Musk renews pedophilia claims against diver in Thai cave rescue - CBSNews.pdf
- Musk's 'pedo' tweet about cave rescuer may make Tesla investors wary_ Canoe.pdf
- New year honours_ Thai cave rescue dive...pdf
- Report_ Tesla's Elon Musk Confesses the 'Worst Is Yet to Come' - TheDrive.pdf
- Tesla boss Elon Musk calls Britsh Cave v13...pdf
- Tesla CEO Elon Musk Doubles Down on 'Ch...pdf
- Tesla CEO Musk Lashes Out at British Di...of Odd Behavior _TheDetroitBureau.pdf
- Tesla Shares Fall After CEO Musk's 'Ped...pdf
- 96674 Tesla shares fall after Elon Musk calls... 'pedo guy' - National _Globalnews.pdf
- Tesla shares fall after Elon Musk insul...pdf
- Thai boys' rescuer Vern Unsworth could ...pdf
- Thai cave boys visit Buddhist temple to honour hero Navy SEAL - NewsNeed News.pdf
- Thai cave boys visit Buddhist temple to honour hero Navy SEAL as Britdiver ...pdf
- Thai cave diver considers legal action against Elon Musk.pdf
- Thai Cave Diver Threatens Legal Action ...pdf
- Thai cave rescue diver may sue Tesla CE... 'pedo' in tweet _newscentermaine.pdf
- Thai Cave Rescue Diver Mulls Legal Acti...pdf
- Thai Cave Rescue Hero Considers Legal A...pdf
- Thai Cave Rescue Hero_ Elon Musk Can _Stick His Submarine Where ItHurts_.pdf
- Thai cave rescuer called 'pedo-guy' by ...pdf
- Thai cave rescuer called 'pedo-guy' byv 10...pdf
- Thai cave rescuer called 'pedo-guy' by ...egal action - National _Globalnews.pdf
- Thai cave rescuer considering legal action after Elon Musk 'pedo'tweet.pdf
- Thai cave rescuer considers action agai...pdf
- Thai cave rescuer considers suing Elon ...pdf
- Thai cave rescuer considers suing Elon Musk over 'pedo' tweets.pdf
- Thai cave rescue_ British cave diver co...pdf
- Thai cave rescue_ British caver Vernon ...pdf
- Thai cave rescue_ British diver to seek...pdf
- Thai cave rescue_ British divers receiv...pdf
- Thai cave survivors are starting to talk about their ordeal.pdf
- Thai Cave-Rescue Hero Plans To Sue Musk...pdf
- Thai Diver 'Pedo' Tweet May Be Bad For Elon Musk's Business.pdf
- Thailand cave rescuer considers legal a...pdf
- Thailand cave rescuer considers legal a...pedo_ claim - Xinhua _English.news.pdf
- Thailand cave rescuer considers legal a...sk after 'pedo' tweet -Independent.pdf
- Thailand News_ Vernon Unsworth who help...pdf

133

- Thailand rescue diver could sue Elon Musk for calling him a 'pedo' _Buzz.pdf
- The British diver from the Thai cave re...pdf
- 71630 The Rescue Diver That Elon Musk Called A Pedo Is Considering LegalAction.pdf
- Think before you Tweet_ A word of advice to Musk - The PHA Group.pdf
- Twitter Slams Elon Musk After He Calls Thai Rescue Diver a "Pedo" –HUSH Weekly.pdf
- U.S. billionaire Elon Musk apologizes t...pedo_ claim - Xinhua _English.news.pdf
- Vern Unsworth, British caver that Elon ...pdf
- Vernon Unsworth who helped rescue Thai ...pdf
- VIDEO_ British cave explorer Vern Unswo...pdf
- 53833 'Strange he hasn't sued me'_ Elon Musk ...pdf
- 'This isn't over'_ Thai cave rescue div...pdf
- (1) Global News Hunt - Home.pdf
- (1) In A New Email, Elon Musk Accused A...pdf
- (57) Tesla fundamentals will outweigh E...pdf
- An Open Letter to Elon Musk _ Loup Ventures.pdf
- cave recuser slams elon musk - Facebook Search.pdf
- Elon Musk accuses Thai cave rescue hero...pdf
- Elon Musk and Japanese billionaire to s...pdf
- Elon Musk apologises for calling Britis...pdf
- Elon Musk apologises to British diver for calling him a 'pedo'.pdf
- Elon Musk calls British diver in Thai c...pdf
- Elon Musk calls British diver who helpe...pdf
- Elon Musk calls British rescue diver a ...pdf
- Elon Musk Goes Nuts Again, Implies Cave Rescuer Abuses Children.pdf
- Elon Musk Has Revisited His Baseless Pedophile Claims.pdf
- Elon Musk just called one of the Thai cave rescuers a pedophile -Vox.pdf
- Elon Musk loses the plot again.pdf
- Elon Musk repeatedly breaks down in int...pdf
- Elon Musk revives claim that Thai cave ...pdf
- Girlfriend of diver Elon Musk dubbed 'p...pdf
- In A New Email, Elon Musk Accused A Cav...pdf
- Tesla shares tumble after CEO Elon Musk...pdf
- Thai girlfriend of British diver Vern U...pdf
- Time for Musk to delete his Twitter account.pdf
- What Twitter's Jack Dorsey said about E... straw.pdf
- Why are high-flyers prone to plumbing depths_.pdf
- _ The Independent.pdf
- 'I'm no child bride' - Thai girlfriend,...pdf
- 'Sorry pedo guy'_ Elon Musk lashes out ...who criticized him _ 104.pdf
- - News Alt Coins.pdf

134

- - Quora.pdf
- - The Sun Best.pdf
- A Bad Week For Tesla Just Got Worse.pdf
- A Diver Who Helped Rescue Thai Kids May v08..pdf
- A startling number of consumer products are linked to traumatic braininjuries.pdf
- After Elon Musk 'pedo' tweet, British rescuer mulls legal action -CNN.pdf
- After Elon Musk's Twitter abuse, Britis...pdf
- After Elon Musk's 'Pedo' Tweet, Tesla S...pdf
- All Elon Musk Has to Do Is Literally Anything Besides What He's Doing- VICE.pdf
- All that's wrong with Elon Musk's non-apology apology_ Podcast 378 _WIRED UK.pdf
- All the problems with Elon Musk's 'pedo guy' non-apology apology _WIRED UK.pdf
- Althouse_ _In A New Email, Elon Musk Ac...nd Said He 'Hopes' There'sA Lawsuit.pdf
- Are the wheels falling off Tesla tycoon...pdf
- Auto industry insiders question Elon Mu...pdf
- 61799 Billionaire Elon Musk calls Thai rescuer a 'pedo' - NZ Herald.pdf
- Brit cave hero who saved trapped Thai c...pdf
- Brit Thai Cave hero diver Vern Unsworth...pdf
- British cave diver considers suing Elon Musk for calling him a'pedo'.pdf
- British cave diver mulls legal action a...pdf
- British cave diver says considering leg...pdf
- British cave rescuer considers legal action against Elon Musk after'pedo' tweet.pdf
- 84072 British cave rescuer considers suing Elon Musk over tweet - TheNational.pdf
- British caver 'could sue' Elon Musk over Twitter attack - BBC News.pdf
- British caver 'could sue' Elon Musk over Twitter attack _ RNZ News.pdf
- British caver considering legal action ...pdf
- British caver considering legal action .v06..pdf
- British caver considering legal action after Elon Musk 'pedo' tweetv02.pdf
- British caver considering legal action after Elon Musk 'pedo'tweet.pdf
- British caver considering legal action after Elon Musk 'pedo'tweet.pdf
- British caver considering legal action v03...pdf
- British caver hasn't sued Elon Musk over 'pedo' insult.pdf
- British caver mulling legal action over...pdf
- British caver says considering legal ac...pdf
- British caver says considering legal ac...v04.pdf
- British caver says considering legal ac..v05.pdf
- British caver says he approached by U.S.pdf
- 34127 British caver says he is considering le...pdf
- British Diver Instrumental in Thai Cave...pdf
- British diver who helped rescued Thai f...pdf
- British diver who rescued Thai soccer p...pdf
- British diving expert considers legal a...pdf

135

- 34202 British rescuer considers legal action ...pdf
- 34646 British rescuer in Thailand cave consid...pdf
- British Thai cave hero Vernon Unsworth ...pdf
- 5664 called pedo.pdf
- Diver attacked by Elon Musk as 'pedo guy' is prepping a libel suit _ResetEra.pdf
- Diver Considering Legal Action Over Elon Musk 'Pedo' Tweet _ Time.pdf
- Diver involved in Thai cave rescue cons...egal action against ElonMusk _ Her.pdf
- Don't rely on...pdf
- Elon Musk accuses Thai cave rescue diver of being a pedophile.pdf
- Elon Musk Again Goes After British Cave Diver He Called 'Pedo' onTwitter.pdf
- Elon Musk and British Diver Exchange Ha c02...pdf
- Elon Musk And British Diver Exchange Ha v03..pdf
- Elon Musk And British Diver Exchange Ha...pdf
- Elon Musk And British Diver Exchange Harsh Words Over Thai CaveRescue _ NPR.pdf
- Elon Musk and the Thai cave rescue_ a t...pdf
- Elon Musk Apologies For Calling Rescue Cave Diver "Pedo_.pdf
- Elon Musk apologises for calling Britis...pdf
- Elon Musk apologises for calling British diver a pedo - htxt.pdf
- Elon Musk APOLOGISES to Brit cave hero ...pdf
- Elon Musk apologises to British cave re...pdf
- Elon Musk apologises to Thai cave diver for Twitter attack - BBCNews.pdf
- Elon Musk apologizes for calling cave diver Vernon Unsworth apedophile — Quartz.pdf
- Elon Musk Apologizes for Calling Rescue Diver a Pedophile _ Time.pdf
- Elon Musk apologizes for calling Thai cave rescue diver 'pedo guy' -CNET.pdf
- Elon Musk apologizes for calling Thai cave rescue diver 'pedo guy'.pdf
- Elon Musk apologizes for calling Thailand cave diver a "pedo".pdf
- Elon Musk apologizes for his 'pedo' comment to Thai cave diver.pdf
- Elon Musk apologizes for 'pedo' comment - PR Daily _ PR Daily.pdf
- Elon Musk apologizes to British cave di...pdf
- Elon Musk apologizes to British cave diver following 'pedo guy'claim.pdf
- Elon Musk apologizes to British caver for _pedo_ tweet - CBS News.pdf
- Elon Musk Apologizes to Diver As Leadership Worries Grow - The TruthAbout Cars.pdf
- Elon Musk Apologizes To Diver In Cave Rescue For Words 'Spoken InAnger' _ NPR.pdf
- Elon Musk Apologizes To Thai Cave Diver He Called _Pedo Guy_ _Carscoops.pdf
- Elon Musk apologizes, blames 'anger' for calling Thai cave diver a'pedo'.pdf
- Elon Musk appears to claim Brit cave he v02...pdf
- Elon Musk appears to claim Brit cave he v10...pdf
- Elon Musk appears to claim Brit cave he...pdf
- Elon Musk appears to reaffirm 'pedo guy...pdf
- Elon Musk asks why the diver he called ...pdf
- Elon Musk attacks British cave rescue d...pdf

136

- Elon Musk Attacks Divers Who Rescued Thai Soccer Team _ The MarySue.pdf
- Elon Musk attacks Thai cave rescuer in angry tweet _ FinancialTimes.pdf
- Elon Musk brands British diver in Thai rescue a 'child rapist' asfeud escalates.pdf
- Elon Musk Called One of the Divers in Thailand a 'Pedo' - VICE.pdf
- Elon Musk Called One of the Thai Cave Rescuers a _Pedo_.pdf
- Elon Musk calls a diver who helped in t...pdf
- Elon Musk calls a diver who helped in the Thai cave rescue 'pedo' -INSIDER.pdf
- Elon Musk calls British cave diver 'chi...pdf
- 33010 Elon Musk calls British caver who advis...pdf
- Elon Musk Calls British Diver in Thai Cave Rescue a 'Pedo'.pdf
- Elon Musk Calls British Diver in Thai Cave Rescue 'Pedo Guy' onTwitter.pdf
- Elon Musk Calls British Diver Involved ...pdf
- Elon Musk Calls British Diver Vernon Unsworth a 'Pedo Guy' in Tweet _Heavy.pdf
- Elon Musk calls British diver who helpe...pdf
- Elon Musk Calls Diver in Thai Soccer Team Rescue a Pedophile _Fortune v02.pdf
- Elon Musk Calls Diver in Thai Soccer Team Rescue a Pedophile _Fortune.pdf
- Elon Musk calls diver who helped save boys in Thailand a 'pedo'.pdf
- ELON MUSK CALLS RESCUE DIVER 'PEDO GUY' - DIVE Magazine.pdf
- Elon Musk calls Thai cave rescue diver 'pedo' on Twitter.pdf
- Elon Musk calls Thai cave rescue diver ...pdf
- Elon Musk Calls Thai Cave Rescue Diver v02 ...pdf
- Elon Musk calls Thai cave rescue diver Vern Unsworth a 'pedo' onTwitter.pdf
- Elon Musk calls Thai cave rescuer a 'pedo' for mocking submarine.pdf
- Elon Musk calls Thai cave rescuer a _ch...pdf
- Elon Musk calls Thai rescue diver a 'pedo'.pdf
- Elon Musk calls Thai rescuer a 'pedo' _ Nova 969.pdf
- Elon Musk Calls Thailand Cave Diver a 'Child Rapist' in AngryEmail.pdf
- Elon Musk Calls Thailand Cave Expert a 'Child Rapist' _ Time.pdf
- Elon Musk calls Thailand diver 'child r...pdf
- Elon Musk calls Thailand diver 'child rapist' in latest baselessattack.pdf
- Elon Musk Can't Stop Baselessly Calling Hero Cave Rescuer A Pedophile_ HuffPost.pdf
- Elon Musk claims Thai cave rescuer, who...pdf
- Elon Musk could be sued for calling someone a 'pedo guy'.pdf
- Elon Musk could face lawsuit for callin...pdf
- Elon Musk Could Face Legal Action After...pdf
- Elon Musk Defends Calling Thai Cave Rescuer a 'Pedo' in Tweets _PEOPLE.pdf
- Elon Musk Deletes His Tweets Calling Hero of Thai Cave Rescue a_Pedo_ _ Inverse.pdf
- Elon Musk Details 'Excruciating' Person...pdf
- Elon Musk doubles down on 'pedo' claims...pdf
- Elon Musk doubles down on 'pedo' claims..v07.pdf
- Elon Musk Doubles Down On 'Pedo' Commen...pdf

137

- Elon Musk Escalates Twitter War, Calls Thai Cave Rescuer A _Pedo_.pdf
- Elon Musk goes all in, accusing Brit cave diver of being a childrapis.pdf
- Elon Musk Goes On Twitter Rant, Calls B...pdf
- Elon Musk Has Now Called The British Cave Rescuer A _Child Rapist_(Yes, Really).pdf
- Elon Musk Has Revisited His Baseless Pedophile Claims - Tech Arena.pdf
- Elon Musk Has Revisited His Baseless Pedophile Claims _ 0NION WebCrawler.pdf
- Elon Musk Has Revisited His Baseless Pedophile Claims – Info News.pdf
- Elon Musk insults Thai cave rescue dive...pdf
- Elon Musk is at the center of numerous unusual news stories -Business Insider.pdf
- Elon Musk is back to insinuating Thai cave diver is a "pedo".pdf
- Elon Musk Is Now Baselessly Accusing Th.. v07.pdf
- Elon Musk Is Now Baselessly Accusing Th...pdf
- Elon Musk Is Talking About Paedophiles Again – 2oceansvibe.pdf
- Elon Musk just called one of the Thai cave rescuers a pedophile -Vox.pdf
- Elon Musk labels hero Brit cave diver a...pdf
- Elon Musk labels hero cave diver a 'chi...pdf
- Elon Musk Lashes Out at Thai Cave Diver...e Goodwill He Could HaveHad _ Inc.pdf
- Elon Musk Lashes Out At Thai Cave Rescuer, Baselessly Calls Him A'Pedo Guy'.pdf
- Elon Musk launches baseless Twitter attack on Thai cave rescuediver.pdf
- Elon Musk on Thailand cave diver_ 'Stop...pdf
- 25031 Elon Musk outburst puts Tesla board on the spot – Breakingviews.pdf
- Elon Musk provokes Brit cave diver he called 'pedo guy' AGAIN - DailyStar.pdf
- Elon Musk Puts His Foot in His Mouth Again_ Time for Another TeslaCEO _ Inc.pdf
- Elon Musk questions why Brit cave rescu. v09..pdf
- Elon Musk questions why Brit cave rescu...pdf
- Elon Musk Questions Why Hero Diver Hasn't Sued Him Over _Pedo Guy_Comment.pdf
- Elon Musk really is an unpleasant jerk.pdf
- Elon Musk refuses to back down over 'pe...pdf
- Elon Musk reignites 'pedo' claims against UK cave diver _ Euronews.pdf
- Elon Musk reignites Twitter slur controversy - BBC News.pdf
- Elon Musk Reignites _Pedo_ Comments Controversy.pdf
- Elon Musk Rekindles Spat Over 'Pedo Guy' Remark… Again - SputnikInternational.pdf
- Elon Musk renews 'pedo' controversy, as. v02..pdf
- Elon Musk renews 'pedo' controversy, as...pdf
- Elon Musk renews attack on British caver he accused of being apaedophile.pdf
- Elon Musk Renews Pedophilia Attacks on British Diver.pdf
- Elon Musk renews pedophilia claims against diver in Thai cave rescue- CNET.pdf
- Elon Musk Revived His Thai Cave Rescuer 'Pedo' Accusation.pdf
- Elon Musk revives 'pedo' incident, asks why Thai diver hasn't suedv02.pdf
- Elon Musk revives 'pedo' incident, asks why Thai diver hasn't sued.pdf
- Elon Musk revives claim that Thai cave ...pdf

138

- Elon Musk revives Thai cave diver 'pedo...trange' rescuer hasn't sued_ wkyc.pdf
- Elon Musk revives unsubstantiated 'pedo' claim against rescue diver -CNET.pdf
- Elon Musk risks controversy by revisiting cave diver tweet _Financial Times.pdf
- Elon Musk slammed for calling Thai cave... in Twitter rant _INQUIRER.pdf
- Elon Musk sorry for 'pedo' tweet about British cave diver.pdf
- Elon Musk sorry for calling Thai rescue diver a 'pedo'.pdf
- Elon Musk spars with Thai soccer team rescuer in blistering tirade.pdf
- Elon Musk Spins Out of Control With 'Pedo' Tweet to Thai Cave Diver _Fortune.pdf
- Elon Musk stirs it up with tweet on Thai cave diver.pdf
- Elon Musk Sued By Thai Cave Rescuer He Called A 'Child Rapist' _HuffPost.pdf
- Elon Musk Suggests Man He Called 'Pedo' Really Is One.pdf
- Elon Musk Thinks It's Strange 'Pedo' Rescue Diver Didn't Sue.pdf
- Elon Musk Tilting at the Wrong Windmill.pdf
- Elon Musk to Cave Diver He Called 'Pedo'_ You Started It!.pdf
- Elon Musk to 'Pedo Guy'_ 'I F__king Hope He Sues Me' - SputnikInternational.pdf
- Elon Musk Triples Down on Thailand Diver Pedophilia Claims _Fortune.pdf
- Elon Musk triples down on 'pedo' claims rt...pdf
- Elon Musk triples down on 'pedo' claims...pdf
- Elon Musk Tweets Apology to Cave Diver Vern Unsworth Over 'Pedo' Slur_ Fortune.pdf
- Elon Musk tweets he'll 'bet ya a signed...pdf
- Elon Musk Walks Back 'Pedo Guy' Attack on Thai Cave Diver - The NewYork Times.pdf
- Elon Musk Warned 'This Isn't Over' As B...pdf
- Elon Musk won′t stop calling diver a pedophile _ News _ DW _ 05.09.pdf
- Elon Musk's 'Pedo' Comment May Have Dropped Tesla Stock 4% _Fortune.pdf
- Elon Musk's Insincere Pedo Non-Apology Apology.pdf
- Elon Musk's latest outburst raises doubts on leadership.pdf
- Elon Musk's smear of Thai cave rescuer.pdf
- Elon Musk's Twitter tirade has me dream...of a Mass Effect patch •Eurogamer.pdf
- Elon Musks Calls British Cave Diver A 'Pedo' On Twitter _ Time.pdf
- 37809 Elon Musk_ how the row with Thai cave d...y be sued for defamation - inews.co.pdf
- Elon Musk's bizarre tweets are raising ...pdf
- Elon Musk's No Good, Very Bad Year_ A Tesla Timeline - The New YorkTimes.pdf
- Elon Musk's Twitter Rant Against Cave Rescuer Extreme Even for Him -WSJ.pdf
- Elon Musk's 'pedo' attack rattles Tesla investors_ 'This thing isunraveling'.pdf
- Elon Musk's 'pedo' attack rattles Tesla...pdf
- Family of British Thai cave hero slam E.. v02.pdf
- Family of British Thai cave hero slam E...pdf
- Furious Elon Musk calls Thai rescue diver a 'pedo'.pdf
- Gene Munster_ Telsa (NASDAQ_TSLA) Still...pdf

139

- Hero British diver may sue Elon Musk fo...pdf
- Hero British diver Vernon Unsworth resp...pdf
- How Elon Musk has sunk to a new low.pdf
- If You're Calling Someone a 'Pedo' on T...Long, Hard Look at YourLife _ Inc.pdf
- In A New Email, Elon Musk Accused A Cav...pdf
- In A New Email, Elon Musk Accused A Tha...pdf
- In latest Twitter tirade, Elon Musk cal...pdf
- In Twitter Meltdown, Elon Musk Calls Th...pdf
- In Twitter Meltdown, Elon Musk Calls Thai Cave Diver A Pedophile.pdf
- Inc.pdf
- Increasingly Agitated Elon Musk Labels ...pdf
- Insiders are questioning Musk's leaders...pdf
- marketwatch Featured.pdf
- 5664 meme.pdf
- Money_ Elon Musk's 'pedo' attack rattle...pdf
- More pedophilia tweets from Elon Musk –...pdf
- Musk renews pedophilia claims against diver in Thai cave rescue - CBSNews.pdf
- Musk's Rants Rekindle Concern About CEO's Troublesome Tweets -Bloomberg.pdf
- Musk's Melts Down Over Thai Cave Rescue Criticism – Parabolic Arc.pdf
- Opinion _ What Elon Musk Should Learn F...pdf
- 5664 South China Morning Post.pdf
- 5664 south china mornnig sun.pdf
- Tesla CEO Elon Musk calls British cave diver 'child rapist' cnbc.pdf
- Tesla CEO Elon Musk calls British cave diver 'child rapist'.pdf
- Tesla CEO Elon Musk reignites 'pedo guy' cave diver controversy.pdf
- Tesla investors demand Elon Musk apolog...pdf
- Tesla investors tell Elon Musk to apolo...pdf
- Tesla Model 3 Rollover Mirrors Elon Musk's Weekend - The Truth AboutCars.pdf
- Tesla Shares Dive After Elon Musk Insults Thai Cave Rescuer _ Time.pdf
- Tesla shares fall after CEO Musk abuses British caver - Reuters.pdf
- Tesla Shares Fall After Elon Musk's 'Pedo' Twitter Comment.pdf
- Tesla slides after an eventful weekend for Elon Musk (TSLA) _ MarketsInsider.pdf
- Tesla's Musk apologizes for comments on British caver - Reutersv01.pdf
- Tesla's Musk apologizes for comments on British caver - Reuters.pdf
- Tesla′s Elon Musk apologizes for ′pedo′... cave rescuer _ News _ DW _18.07.pdf
- Thai cave rescue diver may sue Elon Musk for calling him a 'pedo'.pdf
- Thai cave rescuer called 'pedo-guy' by ... take legal action _ 104.pdf
- Thai cave rescuer considers suing Elon ...pdf
- Thai cave rescuer who Elon Musk called ...pdf
- Thai cave rescue_ Brit diver Vern Unswo...pedo' slur _ UK _ News _Express.co.pdf
- Thai cave rescue_ British diver conside...pdf

140

- Thai girlfriend, 40, of Vernon Unsworth v03...pdf
- Thai girlfriend, 40, of Vernon Unsworth...pdf
- Thailand diver could take legal action ...pdf
- Thailand News_ 'I'm no child bride' - T...pdf
- The British cave rescue diver may sue E...pdf
- The British cave rescue diver may sue Elon Musk over 'pedo' comment -INSIDER.pdf
- The British diver from the Thai cave re...pdf
- The Week in Tesla News_ Snoozing on Aut...and the EV Evolution _ News_ Cars.pdf
- Twitter's CEO Thinks Elon Musk Is Great...e Shown Up in His Feed.pdf
- Two views on Elon Musk's 'Pedo guy' tweet and subsequent apology _ PRWeek.pdf
- UK caver considering legal action after Elon Musk tweet.pdf
- Unsurprisingly, Tesla Shares Fall After...pdf
- Vernon Unsworth's girlfriend, 40, react... v02pdf.pdf
- Vernon Unsworth's girlfriend, 40, react...pdf
- Who is Elon Musk, how old is he, who is...pdf
- Will Elon Musk's antics hurt his businesses_.pdf
- Would diver have a strong case against Elon Musk [Video].pdf
- _ World _ News _ Express.co.pdf
- _In A New Email, Elon Musk Accused A Ca...Hopes' There's A Lawsuit.pdf
- Explosive Twit...pdf
- 'Sorry pedo guy'_ Elon Musk lashes out ...ticized him - National _Globalnews.pdf

**SimilarWeb Traffic Numbers (Note: This table includes traffic data for the three sites that were excluded from the final analysis. i.e., en.wikipedia.org, www.quora.com, www.yahoo.com)**

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| 0nion.com | - |
| 1045freshradio.ca | 136 |
| abcnews.go.com | 930,650 |
| althouse.blogspot.com | 3,146 |
| amedpost.com | 795 |
| arstechnica.com | 408,727 |
| au.news.yahoo.com | 85,031 |
| auntymike.com | - |
| austrian.economicblogs.org | 67 |
| bak.megam.info | - |
| beta.nbcnews.com | 107 |

141

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| bgr.com | 648,154 |
| bigwnews.com | 365 |
| blogs.findlaw.com | 17,775 |
| boingboing.net | 115,189 |
| businessglitz.com | - |
| california.nris.com | 55 |
| canoe.com | 63,817 |
| celbestnews.com | 34 |
| chinapost.nownews.com | 761 |
| cisnfm.com | 250 |
| cnnphilippines.com | 39,959 |
| coconuts.co | 23,804 |
| country104.com | 215 |
| dailyasianage.com | 1,416 |
| dbpost.com | 1,458 |
| defence.pk | 20,992 |
| divemagazine.co.uk | 1,405 |
| dlisted.com | 16,472 |
| edition.cnn.com | 774,586 |
| elotitv.com | 200 |
| en.mogaznews.com | 3,219 |
| en.wikipedia.org | 9,100,924 |
| energy953radio.ca | - |
| entertainment.inquirer.net | 35,884 |
| expressdigest.com | 790 |
| extra.ie | 8,804 |
| extras.ie | - |
| feedimo.com | 162 |
| finance.yahoo.com | 806,127 |
| floridaactioncommittee.org | 214 |
| fortune.com | 208,506 |
| forum.thaivisa.com | - |
| fox61.com | 6,821 |
| freethoughtblogs.com | 2,683 |
| gadgets.ndtv.com | 811,132 |
| gizmodo.com | 977,904 |
| globalnews.ca | 445,163 |
| gulfnews.com | 102,204 |

142

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
| --- | --- |
| heavy.com | 459,577 |
| hienalouca.com | 837 |
| hotair.com | 24,696 |
| hotlifestylenews.com | 357 |
| hush-mag.com | 79 |
| inews.co.uk | 113,504 |
| interestingengineering.com | 45,919 |
| irving.fortune.com | - |
| japantoday.com | 22,889 |
| jerseyeveningpost.com | 4,462 |
| junkee.com | 33,332 |
| kiwifarms.net | 17,375 |
| knappily.com | 454 |
| knowtechie.com | 2,812 |
| kywnewsradio.radio.com | 1,800 |
| lifeboat.com | 1,031 |
| loupventures.com | 409 |
| m.inquirer.net | 7,041 |
| magic106.com | 163 |
| markets.businessinsider.com | 91,636 |
| mashable.com | 729,958 |
| me.me | 307,161 |
| meaww.com | 25,151 |
| merdekaid.com | - |
| metro.co.uk | 987,847 |
| mg.co.za | 28,845 |
| money.cnn.com | 780,600 |
| news.mb.com.ph | 34,026 |
| news.obiaks.com | 45 |
| news.philippinecentral.com | 15 |
| news.sky.com | 360,557 |
| news.thaivisa.com | 560 |
| news.yahoo.com | 979,759 |
| news.ycombinator.com | 92,418 |
| newsaltcoins.com | 2 |
| newsneednews.com | 307 |
| nextshark.com | 68,498 |
| nymag.com | 364,709 |

Exhibit 1, Page 145

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| nypost.com | 1,206,648 |
| people.com | 1,567,284 |
| pk.shafaqna.com | 72 |
| power97.com | 205 |
| pressfrom.info | 1,324 |
| qz.com | 451,589 |
| sanfrancisco.cbslocal.com | 45,913 |
| seekingalpha.com | 247,501 |
| slate.com | 499,188 |
| southfront.org | 7,842 |
| sputniknews.com | 1,023,682 |
| stopelonfromfailingagain.com | 8 |
| stv.tv | 18,309 |
| techcrunch.com | 454,437 |
| techgrabyte.com | 560 |
| thehill.com | 640,781 |
| themorningbellbd | - |
| thenewdaily.com.au | 42,395 |
| thenextweb.com | 121,986 |
| thephagroup.com | 99 |
| thesunbest.com | 252 |
| theweek.com | 134,083 |
| theworldnews.net | 12,391 |
| time.com | 821,188 |
| tmssmagazine.com | 50 |
| travel.squibs.org | 0 |
| trendingpress.com | 18 |
| truepundit.com | 16,903 |
| twnews.co.uk | - |
| wgntv.com | 50,493 |
| wonderfulengineering.com | 11,806 |
| wreg.com | 17,690 |
| www.2oceansvibe.com | 10,014 |
| www.9news.com.au | 158,609 |
| www.abc.net.au | 515,609 |
| www.abc10.com | 9,074 |
| www.abcactionnews.com | 38,445 |
| www.adelaidenow.com.au | 41,899 |

144

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| www.apnews.com | 258,930 |
| www.arabnews.com | 39,740 |
| www.asiaone.com | 49,541 |
| www.atlanticbb.net | 4,154 |
| www.autoblog.com | 239,643 |
| www.axios.com | 140,597 |
| www.bangkokpost.com | 19,968 |
| www.barrons.com | 50,560 |
| www.bbc.com | 4,132,135 |
| www.belfasttelegraph.co.uk | 51,619 |
| www.benzinga.com | 24,806 |
| www.bloomberg.com | 992,008 |
| www.breakingnews.ie | 28,709 |
| www.breakingviews.com | 781 |
| www.breitbart.com | 259,665 |
| www.briskoda.net | 14,261 |
| www.buriramtimes.com | 184 |
| www.businessdailyafrica.com | 23,554 |
| www.businessinsider.co.za | 50,599 |
| www.businessinsider.com | 2,205,072 |
| www.businessinsider.in | 52,128 |
| www.buzz.ie | 15,690 |
| www.buzzfeednews.com | 447,739 |
| www.bworldonline.com | 13,339 |
| www.cars.com | 345,386 |
| www.carscoops.com | 47,989 |
| www.carthrottle.com | 39,134 |
| www.cbc.ca | 499,109 |
| www.cbsnews.com | 1,344,873 |
| www.channelnewsasia.com | 160,336 |
| www.chiangraitimes.com | 686 |
| www.chicagotribune.com | 436,715 |
| www.chinadailyhk.com | 693 |
| www.cnbc.com | 1,340,150 |
| www.cnet.com | 2,677,011 |
| www.coffscoastadvocate.com.au | 3,072 |
| www.complex.com | 478,539 |
| www.countypress.co.uk | - |

145

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| www.cpr.org | 5,066 |
| www.ctvnews.ca | 308,853 |
| www.dailydot.com | 175,953 |
| www.dailymail.co.uk | 2,497,277 |
| www.dailymercury.com.au | 4,644 |
| www.dailyrecord.co.uk | 90,306 |
| www.dailystar.co.uk | 818,222 |
| www.datalounge.com | 50,393 |
| www.dazeddigital.com | 46,644 |
| www.deseretnews.com | 86,374 |
| www.digitalspy.com | 803,547 |
| www.digitaltrends.com | 735,000 |
| www.driven.co.nz | 7,537 |
| www.dw.com | 499,457 |
| www.eastlothiancourier.com | 1,251 |
| www.entrepreneur.com | 347,267 |
| www.esquire.com | 497,505 |
| www.eurogamer.net | 369,474 |
| www.euronews.com | 164,063 |
| www.europebreakingnews.net | 715 |
| www.express.co.uk | 2,136,158 |
| www.fastcompany.com | 228,640 |
| www.fbcnews.com.fj | 2 |
| www.fin24.com | 51,930 |
| www.financialexpress.com | 386,484 |
| www.forbes.com | 2,158,221 |
| www.fox23.com | 7,303 |
| www.foxnews.com | 2,185,375 |
| www.ft.com | 311,376 |
| www.gattonstar.com.au | 510 |
| www.gulf-times.com | 8,537 |
| www.her.ie | 78,004 |
| www.heraldsun.com.au | 131,950 |
| www.highsnobiety.com | 135,462 |
| www.hindustantimes.com | 587,571 |
| www.hollywoodreporter.com | 671,253 |
| www.htxt.co.za | 3,070 |
| www.huffingtonpost.ca | 223,173 |

Exhibit 1, Page 148

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| www.huffingtonpost.co.uk | 196,721 |
| www.huffingtonpost.com.au | 54,514 |
| www.huffingtonpost.in | 52,338 |
| www.huffpost.com | 1,277,322 |
| www.ibtimes.co.in | 198,271 |
| www.ibtimes.com | 50,257 |
| www.ien.com | 1,174 |
| www.inc.com | 444,727 |
| www.inc-asean.com | 2,235 |
| www.independent.co.uk | 1,595,073 |
| www.independent.ie | 163,029 |
| www.indiatoday.in | 794,295 |
| www.infonews360.com | - |
| www.inquisitr.com | 176,648 |
| www.insider.com | 139 |
| www.inverse.com | 151,384 |
| www.investopedia.com | 692,178 |
| www.irishcentral.com | 31,220 |
| www.irishexaminer.com | 69,845 |
| www.irishtimes.com | 188,535 |
| www.itv.com | 275,193 |
| www.japantimes.co.jp | 79,395 |
| www.jihadwatch.org | 10,562 |
| www.joe.ie | 73,157 |
| www.khaosodenglish.com | 4,495 |
| www.kiiitv.com | 4,121 |
| www.king5.com | 28,081 |
| www.kqed.org | 33,469 |
| www.kvue.com | 22,341 |
| www.latimes.com | 712,453 |
| www.letsrun.com | 34,320 |
| www.libertyproject.com | 1,176 |
| www.lipstickalley.com | 67,502 |
| www.marketwatch.com | 480,130 |
| www.mediafirst.co.uk | 112 |
| www.mercurynews.com | 209,953 |
| www.metro.news | 4,690 |
| www.mirror.co.uk | 1,165,389 |

147

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| www.motherjones.com | 99,084 |
| www.mysanantonio.com | 63,025 |
| www.naracoorteherald.com.au | 196 |
| www.narcity.com | 175,006 |
| www.nbc26.com | 5,487 |
| www.nbcnews.com | 1,103,248 |
| www.nbcwashington.com | 33,584 |
| www.ndtv.com | 2,718,272 |
| www.news.com.au | 845,434 |
| www.news18.com | 908,176 |
| www.news24.com | 198,174 |
| www.newscabal.co.uk | 341 |
| www.newscentermaine.com | 5,604 |
| www.newser.com | 74,315 |
| www.newstalk.com | 7,152 |
| www.newstalkzb.co.nz | 8,895 |
| www.newstatesman.com | 38,714 |
| www.newsweek.com | 693,522 |
| www.nhregister.com | 7,568 |
| www.northernstar.com.au | 14,883 |
| www.nova969.com.au | 4,847 |
| www.npr.org | 1,069,594 |
| www.nst.com.my | 89,310 |
| www.nydailynews.com | 269,969 |
| www.nytimes.com | 3,433,602 |
| www.nzherald.co.nz | 159,011 |
| www.ocregister.com | 60,112 |
| www.omanobserver.om | 1,587 |
| www.onenewspage.com | 2,875 |
| www.orazio.it | 2 |
| www.parabolicarc.com | 1,150 |
| www.pedestrian.tv | 57,660 |
| www.philstockworld.com | 336 |
| www.prdaily.com | 3,391 |
| www.pressdemocrat.com | 17,493 |
| www.proactiveinvestors.com | 2,672 |
| www.prweek.com | 3,884 |
| www.qt.com.au | 13,980 |

148

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| www.quora.com | 7,702,100 |
| www.rappler.com | 190,864 |
| www.resetera.com | 57,556 |
| www.reuters.com | 857,332 |
| www.rnz.co.nz | 8,899 |
| www.rt.com | 1,327,011 |
| www.saadahbahri.com | - |
| www.sbs.com.au | 300,748 |
| www.scmp.com | 279,073 |
| www.sfchronicle.com | 120,443 |
| www.shortlist.com | 23,664 |
| www.sltrib.com | 63,683 |
| www.smartcompany.com.au | 11,143 |
| www.spaceflightinsider.com | 3,620 |
| www.sportbreakingnews.com | 183 |
| www.thestar.com | 242,384 |
| www.standard.co.uk | 405,314 |
| www.straitstimes.com | 160,111 |
| www.stuff.co.nz | 206,452 |
| www.sunshinecoastdaily.com.au | 21,334 |
| www.takingonissues.com | 435 |
| www.tech-arena.co.uk | 7 |
| www.techspot.com | 128,291 |
| www.techthreat.co.uk | - |
| www.telegraph.co.uk | 1,685,575 |
| www.theadvocate.com.au | 2,904 |
| www.theage.com.au | 104,002 |
| www.theatlantic.com | 723,450 |
| www.theaustralian.com.au | 83,109 |
| www.theblaze.com | 63,093 |
| www.thecitizen.co.tz | 7,750 |
| www.thecut.com | 282,942 |
| www.thedailybeast.com | 486,686 |
| www.thedailystar.net | 44,663 |
| www.thedetroitbureau.com | 431 |
| www.thedrive.com | 62,450 |
| www.theglobeandmail.com | 225,608 |
| www.theguardian.com | 2,839,656 |

149

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| www.thehansindia.com | 46,845 |
| www.thehindu.com | 399,532 |
| www.thehindubusinessline.com | 80,559 |
| www.thejournal.ie | 74,402 |
| www.themarysue.com | 42,443 |
| www.thenational.ae | 66,144 |
| www.thepeninsulaqatar.com | 7,253 |
| www.thescottishsun.co.uk | 56,480 |
| www.thesouthafrican.com | 99,470 |
| www.thestandard.com.hk | 3,497 |
| www.thestudentroom.co.uk | 291,335 |
| www.thesun.co.uk | 1,223,548 |
| www.thetimes.co.uk | 214,858 |
| www.thetruthaboutcars.com | 11,587 |
| www.theverge.com | 958,698 |
| www.timeslive.co.za | 101,962 |
| www.tnp.sg | 18,999 |
| www.todayonline.com | 51,340 |
| www.toledoblade.com | 14,316 |
| www.tribuneindia.com | 52,841 |
| www.tribuneworldall.com | 140 |
| www.tvnz.co.nz | 71,278 |
| www.tweeddailynews.com.au | 1,464 |
| www.upr.org | 513 |
| www.usatoday.com | 2,402,225 |
| www.vice.com | 1,181,707 |
| www.vietnambreakingnews.com | 1,012 |
| www.vox.com | 801,233 |
| www.washingtonpost.com | 2,087,166 |
| www.wibw.com | 8,343 |
| www.wionews.com | 1,866 |
| www.wired.co.uk | 94,873 |
| www.wkyc.com | 27,407 |
| www.wsj.com | 742,413 |
| www.xinhuanet.com | 441,464 |
| www.yahoo.com | 19,590,051 |
| www.ypradio.org | 206 |
| www.zerohedge.com | 122,614 |

| Domains | Daily Unique Visitors (Desktop+Mobile Web) |
|---|---|
| zeenews.india.com | 374,566 |
| | 38,378,969 |

**Links to Articles Concerning the Case**

- https://10daily.com.au/news/world/a180917vei/british-diver-sues-elon-musk-over-paedophile-tweets-20180917
- https://abcnews.go.com/Business/spacex-founder-elon-musk-sued-libel/story?id=57884614
- https://apps.washingtonpost.com/g/documents/business/vernon-unsworth-vs-elon-musk-defamation-lawsuit/3207/
- https://arstechnica.com/tech-policy/2019/05/judge-rejects-musks-arguments-to-dismiss-pedo-guy-defamation-suit/
- https://boingboing.net/2018/09/17/elon-musk-sued-by-cave-rescuer.html
- https://digg.com/2018/elon-musk-pedo
- https://edition.cnn.com/2019/05/15/business/elon-musk-filing-lawsuit-unsworth-caver/index.html
- https://finance.nine.com.au/business-news/elon-musk-vernon-unsworth-thai-cave-rescue-paedophile-lawsuit-twitter-dispute/4aca25c1-4f59-44a0-838b-4d601a51be55
- https://gizmodo.com/elon-musks-lawyers-say-calling-cave-diver-a-pedo-had-no-1831340212
- https://globalnews.ca/news/4417955/elon-musk-vern-unsworth-libel-lawsuit-pedo-tweet/
- https://interestingengineering.com/defamation-suit-against-elon-musk-for-pedo-guy-tweet-will-proceed
- https://jalopnik.com/elon-musk-is-being-sued-by-thai-cave-rescuer-over-pedo-1829114249
- https://junkee.com/elon-musk-vernon-unsworth/175407
- https://mashable.com/article/elon-musk-sued-by-cave-diver-over-pedophile-claim/
- https://metro.co.uk/2018/09/18/elon-musk-to-be-sued-by-british-diver-vernon-unsworth-who-he-called-a-paedophile-7954575/
- https://nationalpost.com/news/world/elon-musk-asks-judge-to-toss-divers-lawsuit-in-thai-dustup
- https://newrepublic.com/minutes/151266/elon-musk-duly-warned-gets-sued-calling-diver-pedophile
- https://news.abs-cbn.com/overseas/09/18/18/teslas-musk-is-sued-for-calling-thai-cave-rescuer-pedophile

- https://news.sky.com/story/elon-musk-asks-judge-to-throw-out-lawsuit-from-uk-diver-he-called-a-paedophile-11593009
- https://nypost.com/2018/12/27/elon-musk-asks-judge-to-throw-out-suit-over-pedo-insult/
- https://qz.com/1394843/elon-musk-has-a-better-chance-against-vernon-unsworths-lawsuit-in-the-us/
- https://techcrunch.com/2019/05/14/musks-new-lawyer-fights-pedo-guy-defamation-lawsuit-claims-questions-motive/
- https://theblast.com/c/elon-musk-defamation-lawsuit-thai-rescue-diver
- https://thehill.com/blogs/blog-briefing-room/news/422988-elon-musk-lawyers-defend-calling-diver-a-pedophile-as
- https://time.com/5489334/elon-musk-pedo-insult-first-amendment/
- https://www.abc.net.au/news/2019-05-12/elon-musk-faces-defamation-trial-for-pedo-guy-comments/11105052
- https://www.aljazeera.com/news/2018/09/thai-cave-diver-sues-tesla-elon-musk-defamation-180918072143668.html
- https://www.apnews.com/8a6ae218e53b411d8a1be57e1dd5a42d
- https://www.autoblog.com/2019/05/14/elon-musk-attorney-pedo-guy-lawsuit-damages/
- https://www.bangkokpost.com/thailand/general/1633874/caver-fights-musk-bid-to-dismiss-toxic-tweet-case
- https://www.barrons.com/articles/elon-musk-sued-1537217885
- https://www.bbc.co.uk/news/world-us-canada-48238576
- https://www.bloomberg.com/news/articles/2019-04-26/musk-must-face-cave-rescuer-lawsuit-over-pedo-guy-tweet
- https://www.businessinsider.com/elon-musk-diver-vern-unsworths-defamation-lawsuit-dismissed-2018-12
- https://www.buzzfeednews.com/article/ryanmac/elon-musk-thai-cave-rescuer-accusations-buzzfeed-email
- https://www.canberratimes.com.au/story/6124967/musk-lawyer-says-tweets-didnt-hurt-diver/?cs=14232
- https://www.cbc.ca/news/world/elon-musk-unsworth-diver-pedo-guy-thai-cave-tesla-1.5131924
- https://www.cbsnews.com/news/elon-musk-sued-by-thai-cave-rescuer-he-accused-of-being-a-pedophile/
- https://www.channelnewsasia.com/news/technology/tesla-s-musk-is-sued-for-calling-thai-cave-rescuer-paedophile-10730216
- https://www.cnbc.com/2018/09/17/telsa-ceo-elon-musk-sued-by-thai-rescue-diver-vernon-unsworth.html
- https://www.cnet.com/news/elon-musk-may-face-more-than-one-lawsuit-from-the-british-rescue-diver/

- https://www.courthousenews.com/judge-denies-elon-musk-bid-to-duck-suit-over-pedo-guy-tweet/
- https://www.dw.com/en/elon-musk-sued-over-pedo-tweet-by-thai-cave-rescuer/a-45532257
- https://www.engadget.com/2018/09/17/elon-musk-sued-pedo-guy-comments/
- https://www.entrepreneur.com/article/325433
- https://www.esquire.com/uk/latest-news/a23296691/the-cave-diver-elon-musk-taunted-for-not-suing-him-is-now-suing-him/
- https://www.euronews.com/2018/09/17/elon-musk-sued-by-thai-cave-rescue-diver-he-called-pedo-guy-and-child-rapist
- https://www.fastcompany.com/90237968/british-cave-diver-who-saved-thai-boys-soccer-team-is-suing-elon-musk
- https://www.forbes.com/sites/michellefabio/2018/12/30/elon-musk-requests-defamation-suit-dismissal-over-schoolyard-spat-on-social-media/#78c7480a758c
- https://www.foxnews.com/tech/diver-who-helped-with-thai-cave-rescue-sues-elon-musk-for-calling-him-a-pedophile-on-twitter
- https://www.hollywoodreporter.com/news/elon-musk-asks-judge-toss-thai-cave-rescue-divers-lawsuit-1171812
- https://www.huffpost.com/entry/elon-musk-sued-by-thai-cave-rescuer_n_5ba03013e4b046313fbe6090
- https://www.ibtimes.com/tesla-ceo-elon-musk-faces-trial-calling-british-diver-pedo-2791412
- https://www.inc.com/guadalupe-gonzalez/elon-musk-tesla-lawsuits.html
- https://www.independent.co.uk/life-style/gadgets-and-tech/news/elon-musk-lawsuit-vernon-unsworth-paedo-guy-twitter-a8700896.html
- https://www.indiatoday.in/technology/news/story/tesla-founder-elon-musk-sued-for-calling-thai-cave-rescuer-a-pedophile-1342833-2018-09-18
- https://www.insurancejournal.com/news/national/2019/05/16/526678.htm
- https://www.inverse.com/article/49053-elon-musk-sued-by-thai-cave-rescuer-in-lawsuit-for-libel-assault-slander
- https://www.irishexaminer.com/breakingnews/world/british-diver-who-helped-with-thai-cave-rescue-sues-elon-musk-869642.html
- https://www.irishtimes.com/news/world/us/elon-musk-sued-for-defamation-by-thai-cave-rescuer-over-pedo-tweet-1.3632433
- https://www.itv.com/news/2018-09-17/british-diver-who-helped-with-thai-cave-rescue-sues-elon-musk/
- https://www.joe.ie/news/elon-musk-sued-calling-one-thai-cave-rescuers-pedo-641025
- https://www.latimes.com/business/la-fi-elon-musk-pedo-lawsuit-20180917-story.html

153

- https://www.law.com/therecorder/2019/05/14/musk-to-british-caver-he-called-pedo-guy-on-twitter-you-started-it/?slreturn=20190810084958
- https://www.marketwatch.com/story/elon-musk-sued-for-defamation-by-thai-cave-rescuer-2018-09-17
- https://www.mercurynews.com/2018/09/17/elon-musk-sued-by-cave-diver-over-pedo-guy-and-child-rapist-accusations/
- https://www.mirror.co.uk/news/world-news/breaking-elon-musk-being-sued-13262135
- https://www.nbcnews.com/tech/tech-news/elon-musk-sued-british-cave-diver-defamation-n910336
- https://www.nbcwashington.com/news/business/Elon-Musk-Pedo-Guy-Tweets-Exaggerated-Lawsuit-Motion-503560771.html
- https://www.ndtv.com/world-news/elon-musk-sued-by-thai-cave-rescue-volunteer-he-called-a-child-rapist-1918024
- https://www.newcastleherald.com.au/story/5651447/diver-in-thai-cave-rescue-sues-elon-musk/
- https://www.news18.com/news/world/british-diver-who-sued-elon-musk-over-pedo-guy-insult-makes-it-to-uk-honours-list-1986081.html
- https://www.news24.com/World/News/elon-musk-asks-judge-to-toss-divers-lawsuit-in-thai-dustup-20181228
- https://www.newsweek.com/elon-musk-files-dismiss-defamation-suit-rescue-diver-1272782
- https://www.nydailynews.com/news/world/ny-news-elon-musk-sued-by-diver-20180917-story.html
- https://www.nytimes.com/2018/09/17/business/elon-musk-sued-pedophilia-accusation.html
- https://www.papermag.com/cave-rescuer-sues-elon-musk-2605745519.html
- https://www.pedestrian.tv/news/elon-musk-sued-vernon-unsworth-thai-cave-rescue/
- https://www.popehat.com/2018/09/17/cave-diver-vernon-unsworth-sues-elon-musk/
- https://www.pressgazette.co.uk/elon-musk-asks-us-judge-to-throw-out-libel-claim-over-paedo-tweet-about-british-thai-cave-rescue-diver/
- https://www.reuters.com/article/us-musk-lawsuit/trial-date-set-for-elon-musks-pedo-guy-tweet-idUSKCN1SG2C7
- https://www.rt.com/news/438662-elon-musk-pedo-sued/
- https://www.rte.ie/news/world/2018/0917/994406-musk-sued-over-comments-about-thai-cave-rescuer/
- https://www.silicon.co.uk/e-regulation/legal/elon-musk-lawsuit-pedo-tweet-245837
- https://www.smh.com.au/business/companies/elon-musk-must-face-cave-rescuer-lawsuit-over-pedo-guy-tweet-20190427-p51hqu.html

154

- https://www.standard.co.uk/news/world/british-diver-who-helped-with-thai-cave-rescue-sues-elon-musk-over-pedo-claims-a3938231.html
- https://www.stuff.co.nz/world/europe/107157908/thai-cave-diver-sues-teslas-elon-musk-for-pedo-tweet
- https://www.techdirt.com/articles/20180919/16293540672/elon-musk-may-have-talked-his-way-into-pretty-serious-defamation-lawsuit.shtml
- https://www.telegraph.co.uk/technology/2018/12/27/elon-musk-files-motion-dismiss-defamation-lawsuit-paedo-claims/
- https://www.thaiexaminer.com/thai-news-foreigners/2018/09/23/vern-unsworth-sues-elon-musk-in-los-angeles-court-while-uk-proceedings-are-also-pending/
- https://www.theaustralian.com.au/nation/world/thai-cave-diver-vernon-unsworth-sues-elon-musk-for-pedo-tweet/news-story/fdb1df653ade851b29d62291f65ae6c5
- https://www.thedailystar.net/world/news/musk-sued-calling-thai-cave-rescuer-pedophile-1635475
- https://www.thedrive.com/news/23643/teslas-elon-musk-sued-by-cave-diver-he-referred-to-as-pedo-and-child-rapist
- https://www.theguardian.com/technology/2018/dec/27/elon-musk-pedo-diver-vernon-unsworth-defamation-lawsuit-dismiss
- https://www.thesun.co.uk/news/7280868/vernon-unsworth-elon-musk-lawsuit-paedo-slur/
- https://www.thetimes.co.uk/article/british-cave-rescuer-sues-elon-musk-over-sex-slur-xfq77dlx7
- https://www.theverge.com/2019/5/10/18564625/elon-musk-vernon-unsworth-pedo-guy-tweets-defamation-lawsuit-trial-date-set
- https://www.tmz.com/2019/05/14/elon-musk-claims-diver-suing-him-over-pedo-comment-for-fame-cash/
- https://www.usatoday.com/story/tech/2018/12/27/elon-musk-looks-dismiss-pedo-lawsuit-says-comments-not-serious/2420500002/
- https://www.vanityfair.com/news/2018/09/elon-musks-war-with-the-sec-could-cost-him-everything
- https://www.vice.com/en_us/article/3keq3v/elon-musk-sued-for-pedo-tweet-vernon-unsworth-cave-diver
- https://www.voanews.com/silicon-valley-technology/teslas-musk-sued-calling-thai-cave-rescuer-pedophile
- https://www.washingtonexaminer.com/news/defamation-suit-against-elon-musk-for-pedo-guy-tweet-heads-to-court
- https://www.wsj.com/articles/thai-cave-diver-sues-elon-musk-for-defamation-1537212892

155

**Links to YouTube Videos Containing the Defaming Statements**

- https://www.youtube.com/watch?v=N43WomfUix8
- https://www.youtube.com/watch?v=unTfj1AnPQg
- https://www.youtube.com/watch?v=pyKrI0E5iss
- https://www.youtube.com/watch?v=Csa7zSG4MFE
- https://www.youtube.com/watch?v=s8DPHBYFNq8
- https://www.youtube.com/watch?v=8LT5kvxG3Cw
- https://www.youtube.com/watch?v=ehpiA8u50sk
- https://www.youtube.com/watch?v=EofULpIJRWU
- https://www.youtube.com/watch?v=jxjihf2d6x0
- https://www.youtube.com/watch?v=Q6s-yo6AJYw
- https://www.youtube.com/watch?v=mlI8b7C87OE
- https://www.youtube.com/watch?v=30UegaZByCk
- https://www.youtube.com/watch?v=7bFor5sqtLQ
- https://www.youtube.com/watch?v=ix8PcfPPqd8
- https://www.youtube.com/watch?v=ShZ2osFgDaA
- https://www.youtube.com/watch?v=kkjdFsRFXJY
- https://www.youtube.com/watch?v=0n_TFsyxZFI
- https://www.youtube.com/watch?v=jLorzu_9XhQ
- https://www.youtube.com/watch?v=Pb-Xcg9t340
- https://www.youtube.com/watch?v=qXJFhi6-Q0Y
- https://www.youtube.com/watch?v=Luo3S83F3Dk
- https://www.youtube.com/watch?v=ftm6Q5ee2Yo
- https://www.youtube.com/watch?v=uDP6_4jUmiQ
- https://www.youtube.com/watch?v=p_3L5-cHre8
- https://www.youtube.com/watch?v=5SC-1O2S17w
- https://www.youtube.com/watch?v=6oXpre9mkWE
- https://www.youtube.com/watch?v=s7bszaELzgU
- https://www.youtube.com/watch?v=l06l6hgl1s0
- https://www.youtube.com/watch?v=RyyBt1olM4c
- https://www.youtube.com/watch?v=ww_zKNJujT4
- https://www.youtube.com/watch?v=gBH_UpWo7N0
- https://www.youtube.com/watch?v=V8kOiIqm_1o
- https://www.youtube.com/watch?v=kQDRnpE0I9c
- https://www.youtube.com/watch?v=cV-bhwX-amM
- https://www.youtube.com/watch?v=PriFu_FcQhw
- https://www.youtube.com/watch?v=rWSRVXvRsD0
- https://www.youtube.com/watch?v=pddp60niOM8

- https://www.youtube.com/watch?v=RQ9zr8Y4dug
- https://www.youtube.com/watch?v=FwcNze4sN3U
- https://www.youtube.com/watch?v=IxX0QasUmfE
- https://www.youtube.com/watch?v=muWfuC-kZiY
- https://www.youtube.com/watch?v=AMbF7onEjfc
- https://www.youtube.com/watch?v=r0hBqPDrEWQ
- https://www.youtube.com/watch?v=8LT5kvxG3Cw
- https://www.youtube.com/watch?v=uDP6_4jUmiQ
- https://www.youtube.com/watch?v=PriFu_FcQhw
- https://www.youtube.com/watch?v=mLS4hIxp_OY
- https://www.youtube.com/watch?v=O59Q51zFCVc
- https://www.youtube.com/watch?v=Q6s-yo6AJYw
- https://www.youtube.com/watch?v=EofULpIJRWU
- https://www.youtube.com/watch?v=6oXpre9mkWE
- https://www.youtube.com/watch?v=p_3L5-cHre8
- https://www.youtube.com/watch?v=xXtPkL4RGOA
- https://www.youtube.com/watch?v=ix8PcfPPqd8
- https://www.youtube.com/watch?v=olIuc-Hlav8
- https://www.youtube.com/watch?v=GxiKLIkozVs

Exhibit 1, Page 159

**Appendix F List of Countries with Sites That Disseminated Articles Containing the Defaming Statement**

1. Australia
2. Bangladesh
3. Cameron
4. Canada
5. China
6. Fiji
7. Germany
8. Hong Kong
9. India
10. Ireland
11. Italy
12. Japan
13. Kenya
14. Malaysia
15. New Zealand
16. Oman
17. Pakistan
18. Philippines
19. Qatar
20. Russia
21. Saudi Arabia
22. Singapore
23. South Africa
24. Taiwan
25. Tanzania
26. Thailand
27. Turkey
28. United Arab Emirates
29. United Kingdom
30. United States of America
31. Vietnam

Exhibit 1, Page 160

# EXHIBIT 2

                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA


VERNON UNSWORTH,

          Plaintiff,

vs.                              Case No. 2:18-cv-8048-svw

ELON MUSK,

          Defendant.


   VIDEO DEPOSITION OF BERNARD J. "JIM" JANSEN, PhD
                   November 4, 2019
                      9:57 a.m.
                 L. Lin Wood, P.C.
              1180 West Peachtree Street
                     Suite 2040
                   Atlanta, Georgia
             Valerie N. Almand, RPR, CRR, CRC
          Chelsea Diallo, Legal Video Specialist




 Job No. 47149

Exhibit 2, Page 161

BERNARD J.JANSEN, PHD

November 04, 2019

```
1    believe to be the number of potential daily unique
2    visitors to the websites that hosted the articles
3    you collected, the articles on appendix 9, as
4    calculated by a website called SimilarWeb during
5    the period May to July 2019; is that right?
6              MR. GRUNBERG:  Objection, form.
7         A.  The -- it includes that.  But as I --
8    there's many other things I kind of outline in my
9    report.  But yes, I am measuring the daily unique
10   traffic to these sites that hosted one or more of
11   these articles, and yes.
12        Q.  So your work tells us where the
13   information was available, correct?  And by "the
14   information," what I'm referring to are the
15   defaming statements that Mr. Musk made about
16   Mr. Unsworth.  Your report tells us where that
17   information was made available on the internet.
18        A.  Among other things, yes.
19        Q.  Well, it doesn't tell us to whom it was
20   disseminated, that information was disseminated,
21   does it?
22              MR. GRUNBERG:  Objection, form.
23        A.  Well, these particular sites have
24   visitors, and so it was obviously disseminated to
25   those particular visitors.  Now, who those
```

BERNARD J.JANSEN, PHD

November 04, 2019

1    visitors are, I do not know.

2    BY MR. SCHWARTZ:

3        Q.   But isn't it true that in order for

4    someone to read any of the defaming statements --

5    and let me back up for a second.  If I use the

6    term defamatory statements in this deposition will

7    you understand that I'm referring to what you

8    describe in paragraph 12 as the defaming

9    statements there, so I don't have to -- we don't

10   have to say back and forth the entirety of

11   paragraph 12?

12       **A.   Yes.**

13       Q.   So what -- well, let me ask it this way.

14   You can't tell us the number of people to whom the

15   articles that contain statements Mr. Musk made

16   about Mr. Unsworth were actually disseminated, can

17   you?

18            MR. GRUNBERG:  Objection, form.

19       **A.   Well, as I mentioned, each of these sites**

20   **have visitors that come to the sites, so they were**

21   **disseminated to them.  If your question is who**

22   **they actually are, then no, I don't know that.**

23   BY MR. SCHWARTZ:

24       Q.   Well, are you giving any testimony in

25   this case as to the number of people who actually

Exhibit 2, Page 163

BERNARD J.JANSEN, PHD

November 04, 2019

1   saw any of the articles in your report?

2        A.  What I was asked to do is to measure the

3   level of dissemination, so the distribution,

4   circulation of these articles and defaming

5   statements.

6        Q.  Right.  But are you giving any testimony

7   as to the number of people who actually saw any of

8   the articles on your list?

9        A.  I've not been asked to do that.

10        Q.  Even if you haven't been asked, I need

11   you to tell me whether, in fact, you are planning

12   on giving any testimony in this case as to the

13   number of people who actually saw any of the

14   articles on your list in Appendix D.

15        A.  As I sit here today I'm not planning on

16   doing that.

17        Q.  Do you know how many people actually saw

18   any of the articles you've identified in your

19   list?

20        A.  Again, I was not asked to do that, so I

21   didn't investigate that.

22        Q.  And so you don't know, do you?

23        A.  I didn't investigate it, so, you know, I

24   don't know.

25        Q.  Okay.  Are you giving any testimony in

Exhibit 2, Page 164

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   this case as to the number of people who actually
 2   read any of the articles on your list?
 3        A.   As I said, I was asked to measure the
 4   level of dissemination.  I was not asked to
 5   measure the number of people that read the
 6   article -- the articles.
 7        Q.   Sorry, I didn't mean to interrupt.  So
 8   you will not be giving any testimony in this case
 9   as to the number of people who actually read any
10   of the articles on your list.
11        A.   I've not been asked to do that.  I do
12   want to point out that in my report there are some
13   supporting articles, for example, from BuzzFeed
14   that do report some visitor traffic to the
15   articles.  But I've not been asked to analyze
16   who's read the articles.
17        Q.   Right.  My question is a little
18   different.  I appreciate the information.  What I
19   asked is whether you're giving any testimony in
20   this case as to the number of people who actually
21   read any of the articles on your list.
22        A.   I was not asked to investigate that, so
23   as I sit here today I'm not planning on providing
24   that information.
25        Q.   All right.  As you sit here today do you
```

Exhibit 2, Page 165

BERNARD J.JANSEN, PHD

November 04, 2019

1    know how many people actually read any of the

2    articles you've identified in your report?

3         A.   As I said, I was not asked to investigate

4    that, so I don't know the number of people that

5    have read the articles.

6         Q.   Are you giving any testimony in this case

7    as to the number of people who believed anything

8    Mr. Musk said about Mr. Unsworth?

9         A.   No.

10        Q.   Do you know how many people believed

11   anything Mr. Musk said about Mr. Unsworth?

12        A.   I was not asked to investigate that, so

13   no.

14        Q.   Are you giving any testimony in this case

15   as to the number of people who think that

16   Mr. Unsworth's reputation has been harmed in any

17   way by anything Mr. Musk said about Mr. Unsworth?

18             MR. GRUNBERG:   Hold on, let me look at

19   that before you answer.

20             Objection, form.

21        A.   I'm sorry, can I get the question again?

22   BY MR. SCHWARTZ:

23        Q.   Sure.   Let me read it.   Are you giving

24   any testimony in this case as to the number of

25   people who think that Mr. Unsworth's reputation

Exhibit 2, Page 166

BERNARD J.JANSEN, PHD

November 04, 2019

1    has been harmed in any way by anything Mr. Musk
2    said about Mr. Unsworth?
3           A.   I was not asked to investigate that, so
4    no, as I sit here today I'm not planning on
5    providing that information.
6           Q.   Do you know whether anyone thinks that
7    Mr. Unsworth's reputation has been harmed in any
8    way by anything Mr. Musk said about him?
9           MR. GRUNBERG:   Objection, form.
10          A.   Well, again, I was not asked to
11   investigate that.   But personally I read quite a
12   few articles, so I have an opinion -- or I have an
13   impression.   But no, I was not asked to
14   investigate that, so no, I'm not planning on
15   providing that information.
16          Q.   Well, how many people in the world do you
17   think Mr. Unsworth's reputation has been harmed in
18   any way by anything Mr. Musk said about
19   Mr. Unsworth?
20          MR. GRUNBERG:   Objection, form.
21          A.   I was not asked to investigate that, so I
22   don't know.
23   BY MR. SCHWARTZ:
24          Q.   Now, the -- if you look at your report,
25   if we go to page 5, paragraph 20.c., you say that

BERNARD J.JANSEN, PHD

November 04, 2019

```
1   of course, that are not in here, but I've touched
2   on all the highlights.
3   BY MR. SCHWARTZ:
4       Q.  Okay.  Your degrees -- you have three
5   degrees in computer science; is that right?
6       A.  That is right.
7       Q.  And you also have a Master's Degree in
8   international relations, correct?
9       A.  Correct.
10      Q.  And are you bringing to bear in this case
11  any expertise or education from -- in the subject
12  of international relations?
13      A.  No.
14      Q.  Okay.  So the am I correct, then, that
15  the expertise that you bring to this case is in
16  the field of computer science?
17      A.  The broad field of computer science, yes.
18      Q.  You aren't an expert in behavioral
19  science, right?
20      A.  I don't know exactly what you mean by
21  behavioral science.  But my degrees are in
22  computer science.
23      Q.  Do you have any degrees in behavioral
24  science?
25      A.  No.
```

Exhibit 2, Page 168

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1          Q.   Do you have any degrees or expertise in

 2     psychology?

 3          A.   I do not have any degrees in psychology.

 4          Q.   Do you hold yourself out as an expert in

 5     psychology?

 6          A.   No, I do not.

 7          Q.   Do you have any degrees in the English

 8     language -- in English language or usage?

 9          MR. GRUNBERG:   Objection, form.

10          A.   I do not have any degrees in the use of

11     English language, no.

12     BY MR. SCHWARTZ:

13          Q.   Do you hold yourself out as an expert in

14     English language or usage?

15          A.   No, I don't.

16          Q.   Do you have any degrees in journalism?

17          A.   No.

18          Q.   Do you hold yourself out as an expert in

19     the field of journalism?

20          A.   I do a lot of work with journalists, so

21     there are aspects of my job that intersect or

22     overlap with journalism.  But my focus is

23     primarily on web analytics and dissemination, user

24     traffic, those type of -- that aspect of on-line

25     journalism.
```

Exhibit 2, Page 169

BERNARD J.JANSEN, PHD

November 04, 2019

1      Q.   Do you hold yourself out as having any

2   expertise in any other aspect of journalism

3   besides what you just described?

4      A.   I have no degrees in journalism.  So the

5   application of my knowledge of computer science

6   and web analytics in the domain of journalism.

7      Q.   Okay.  Do you have any expertise in the

8   field of writing newspaper or -- newspaper

9   articles or magazine articles?

10      A.   Do I have any degrees?

11      Q.   Do you have any expertise?

12      A.   Other than my high school newspaper, no,

13   I don't.

14      Q.   Okay.  Is there any aspect of your work

15   on your high school newspaper that you're bringing

16   to bear in the opinions you're expressing in this

17   case?

18      A.   Not that I can see, no.

19      Q.   Have you ever worked as a journalist for

20   any -- let me withdraw the question and asked it

21   cleanly.  Have you ever worked as a journalist?

22      A.   No, I have not.

23      Q.   Have you ever testified as an expert on

24   journalism in a case?

25      A.   Other than how it applies to web traffic,

BERNARD J.JANSEN, PHD

November 04, 2019

```
1    no, I have not.
2         Q.  So, in other words, to the extent
3    journalism or the field of journalism has touched
4    on any of your work, it hasn't been with regard to
5    whether a particular article is well written, not
6    well written, what its subject matter is.
7    Instead, your expertise has been what was the web
8    traffic to a particular piece of journalism.  Is
9    that what you're saying?
10        A.  Well, your question was kind of compound
11   there.  So the aspect of whether an article is
12   written to some journalistic standard, you know,
13   that's not my domain of expertise.  In terms of
14   topical classification of articles and journalist
15   particular articles, then yes, I've done that as
16   part of my computer science application.
17        Q.  And what do you mean by topical
18   classification of articles?
19        A.  Well, one of the research products I do
20   is to use web analytics to generate personas that
21   represent customer segments for different
22   organizations.  One of those organizations are
23   several -- or some of those organizations are news
24   channels.  So we use an algorithmic approach to
25   take news articles, automatically topically
```

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1    classify them, and then present them in these
 2    personas so journalists and social media managers
 3    will know what their consumers are interested in.
 4         Q.  You said you -- are you the person who
 5    developed the algorithm for making those topical
 6    classifications?
 7         A.  It's based on prior work, and then we
 8    modify it for our particular domain of on-line
 9    article classification.  I did not develop the
10    algorithms.
11         Q.  Who did?
12         A.  We use several.  One is an algorithm
13    called LDA.  I can't remember the author off the
14    top -- the researcher off the top of my head.  But
15    it's well known algorithm for topical
16    classification, widely used today.  We've modified
17    it slightly to work with social media content.
18              Then there's -- you know, we use
19    structural machine learning -- excuse me,
20    supervised machine learning.  Again, I did not
21    develop that algorithm.  Several researchers have
22    contributed that algorithmic development.  My
23    research has applied, I apply research.  I take
24    theoretical things that other people have done,
25    modify them for a particular domain.
```

Exhibit 2, Page 172

BERNARD J.JANSEN, PHD

November 04, 2019

1        Q.   Did you use either of those tools in this

2    case?

3        A.   No.

4        Q.   And by tools, I mean the algorithms,

5    software applications or other means of using any

6    of the topical classification algorithms or other

7    systems you were describing in your prior

8    testimony.  You didn't use those in your work in

9    this case, did you?

10       A.   No, I did not.

11       Q.   Okay.  You understand the jury in this

12   case may look at your curriculum vitae in deciding

13   whether you really are an expert in the areas of

14   your testimony?

15            MR. GRUNBERG:   Objection, form.

16       A.   I don't know.

17   BY MR. SCHWARTZ:

18       Q.   Do you know that the jury may look at

19   your curriculum vitae in deciding whether you're

20   credible and how much weight to give your

21   testimony?

22       A.   I don't know.

23       Q.   Okay.  You wouldn't want there to be

24   anything in your curriculum vitae that could

25   mislead the jury about you in any way, would you?

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1              MR. GRUNBERG:  Objection, form.
 2         A.  I don't know what -- I don't know what
 3    you mean.
 4    BY MR. SCHWARTZ:
 5         Q.  Well, you've listed all kinds of
 6    educational or professional papers, other things
 7    you've done.  You wouldn't want the jury to get an
 8    impression from that that -- you wouldn't want to
 9    mislead the jury about any of the information that
10    you've put in your curriculum vitae, would you?
11              MR. GRUNBERG:  Objection, form.
12         A.  I don't even understand the gist of the
13    question.  This is my vitae that I use for -- to
14    represent my professional life, so it is what it
15    is.
16    BY MR. SCHWARTZ:
17         Q.  And is it completely accurate?
18         A.  As accurate as I can make it, as accurate
19    as I know it is.  Yeah, yes.
20    BY MR. SCHWARTZ:
21         Q.  Your resume or your curriculum vitae
22    doesn't exaggerate anything about you, does it?
23         A.  As far as I know it does not.
24         Q.  Okay.
25              MR. SCHWARTZ:  We've been going for about
```

Exhibit 2, Page 174

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   you required to follow any rules or standards
 2   issued by any academic or professional
 3   organizations?
 4           MR. GRUNBERG:  One second.  Objection,
 5   form.
 6       A.  Well, as I explained in my report, there
 7   are industry standard methodologies.  I don't know
 8   if there are particular rules to -- for this,
 9   exactly what I'm doing.
10   BY MR. SCHWARTZ:
11       Q.  Which industry standards or standard
12   methodologies did you follow in your work in this
13   case?
14       A.  The -- in terms of methodological
15   approaches, one is the employment of a traffic
16   service, SimilarWeb.  I then clearly defined what
17   I was looking for in terms of unique daily
18   visitors.  I tried to limit the particular time
19   period to the -- to a given period.  There are
20   certainly standard procedures for identifying the
21   domain, identifying duplicate articles, whether
22   the articles contain the defaming statements or
23   not.
24           As I outline in the report, whether the
25   article contained the defaming statements or not
```

Exhibit 2, Page 175

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1    was rather straightforward.  Same way whether
 2    the -- a website contained a particular article or
 3    not.  And then using -- estimating web traffic
 4    services, using tools like SimilarWeb again is an
 5    industry standard approach for doing something
 6    like this.
 7         Q.  Okay.  How do you know that?  Did you
 8    consult with any treatises, guide books, websites
 9    to tell you that the process that you were using
10    here was consistent with industry standards or
11    methodologies?
12         A.  This is my area.  This is what I do.  I
13    do web analytics, I do searches and optimization.
14    This is my area.
15         Q.  I understand it's your area.  My question
16    was different, though.  Did you consult with any
17    guide books, treatises, websites or articles to
18    confirm that the methodologies you were using in
19    this case were consistent with those industry
20    standards and methodologies?
21         A.  The -- other than, you know, the approach
22    for using -- other than the approach of using the
23    websites I outline in my report and the definition
24    also, you know, there was no need to consult guide
25    books.  I mean, this is an approach, this is --
```

Exhibit 2, Page 176

BERNARD J.JANSEN, PHD

November 04, 2019

1    this is what I do.

2         Q.   I understand it's what you do, but let me

3    give you an example.   Is there some recognized

4    standard or methodology in your industry that

5    endorses the use of SimilarWeb for web traffic

6    counts, head counts, visitor accounts?

7         A.   Well, it's a de facto industry standard

8    that to get competitive analysis, and to

9    understand web traffic to other sites that you

10   don't own, you know, you have to use some type of

11   web traffic service.

12        Q.   Right.   My question is more specific.   Is

13   SimilarWeb recognized as an acceptable and

14   approved source for web traffic in your field?

15        A.   Yes.   I think SimilarWeb's the --

16   probably the best web traffic estimation service

17   out there.   I've used it extensively.   I

18   understand the general layout of the methodology

19   that it uses.   If you -- it's recognized by many

20   people as the -- giving the best traffic numbers.

21   So yes.

22        Q.   All right.   You said also one of the

23   methodologies that you used that's a standard in

24   your industry was to eliminate duplicate articles.

25   Did I hear you correctly?

Exhibit 2, Page 177

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1              MR. GRUNBERG:  Objection, form.
 2         A.  I don't know for sure.
 3    BY MR. SCHWARTZ:
 4         Q.  So did you do anything to ensure that the
 5    articles on your exhibit D do not contain any
 6    duplicates?
 7         A.  The process I used was to use the URL,
 8    the link to the article, and if it was the -- the
 9    link was identical, then I considered that a
10    duplicate and did not include the duplicate URLs.
11         Q.  Other than making sure that you haven't
12    used a duplicate URL, did you do anything to
13    ensure that none of your articles on Exhibit D are
14    duplicates?
15              MR. GRUNBERG:  And by the way, objection
16    to form.  You may want to be more clear about
17    that.  You understand that there's syndicated
18    articles and such, so are you talking about a
19    unique instance by giving publication of issuing
20    that article, or are you talking about an article
21    that is then syndicated to another -- to a series
22    of publications and then made available to a
23    series of additional people on additional
24    platforms?
25              MR. SCHWARTZ:  Counsel makes a very good
```

Exhibit 2, Page 178

BERNARD J.JANSEN, PHD

November 04, 2019

1       A.   What date are you referring to?   I'm

2   sorry.

3       Q.   In the upper left corner it says

4   8/11/2019.

5       A.   Yes.   Well, that's the date I printed

6   this particular PDF.

7       Q.   So what is this data about foxnews.com

8   that SimilarWeb gave you?

9       A.   Yes, the -- if you -- in addition to

10  going through the application program interface

11  you can actually just query a particular domain on

12  the SimilarWeb web interface itself, and it

13  provides you this particular report.   And I

14  originally did my calculations using this

15  particular version of SimilarWeb.

16      Q.   Okay.   And so -- and then the --

17      A.   This is not reflected in my report.   This

18  was just documents that I created during the

19  process of --

20      Q.   Okay.

21      A.   -- doing my report.   And so in response

22  to your request for documents I provided

23  everything I had, and these traffic reports were

24  inside of those.

25      Q.   I see.   And so this report looks like the

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   information SimilarWeb was giving you was
 2   information SimilarWeb had gathered for the period
 3   May to July 2019; is that right?
 4       A.  That is correct.
 5       Q.  But you're saying that's not -- this
 6   information is not information you put into your
 7   report.
 8       A.  No, I went to the --
 9       Q.  Okay.
10       A.  -- September 2018.
11       Q.  Got it, got it.  Thank you for the
12   clarification.
13           Now, I want to try and understand how
14   your data might reflect the 98 million potential
15   unique daily visitors.
16       A.  Yes.
17       Q.  Might take into account or not take into
18   account human behavior, if you will.  So let me
19   ask you this as a hypothetical question:  If --
20   well, put it a slightly different way.
21           When you say that 98 million -- there are
22   roughly 98 million potential daily unique visitors
23   to the websites you looked at, that doesn't mean
24   that 98 million different people looked at those
25   websites, does it?
```

Exhibit 2, Page 180

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1        A.   For -- it means for each individual
 2   website, those visitors are unique for that
 3   particular period.
 4        Q.   Right.  But it doesn't tell us -- for
 5   example, let's say one of the websites was
 6   newyorktimes.com.  And during the period that
 7   SimilarWeb was looking at, September 2018, they
 8   counted as a -- through however their software
 9   works a person as a daily unique visitor to the
10   newyorktimes.com website.  If during that same
11   period of name that SimilarWeb was looking at web
12   traffic that person went to another website that's
13   on your list --
14        A.   Uh-huh.
15        Q.   -- SimilarWeb would -- and that person
16   was counted as a daily unique visitor to that
17   website, that one person would show up, and their
18   web browsing, would show up as two unique daily
19   average users on your report, wouldn't they?
20        A.   Yeah.  That -- the daily unique visitors
21   are calculated by website, and so there could be
22   an overlap between the two, which is -- my purpose
23   of trying to be very conservative in this and
24   limit -- only doing one particular day of website
25   traffic, to try and account for that kind of stuff
```

Exhibit 2, Page 181

BERNARD J.JANSEN, PHD

November 04, 2019

1    that could happen.

2         Q.   Right.   So you're an expert on web

3    traffic.   People often visit more than website in

4    a given day, don't they?

5         A.   The -- there are various metrics

6    depending what people do.   On these particular

7    news sites, yeah, people have certain behavioral

8    characteristics, and it is possible, of course,

9    that they could visit two of the 300 -- multiple

10   sites that are on the list.   That can happen.

11        Q.   Right.   Some people could visit more than

12   two of the 354 websites on a given day.   They

13   could visit four, five or six.

14        A.   Yeah.   It's -- if you kind of look at the

15   stuff on how people browse news, most people are

16   kind of occasional users.   So I'd be really

17   surprised if they visited that many particular

18   websites, but it's possible.

19        Q.   Did you do anything in your work in this

20   case to eliminate from your 98 million count

21   people who visited more than one website in your

22   354 websites on a particular day?

23        A.   As far as I know there's no way to do

24   that type of overlap, so I took the approach of

25   trying to be very conservative in the whole

BERNARD J.JANSEN, PHD

November 04, 2019

1    calculation of the number itself.

2        Q.  Well, okay, let's unpack what you just

3    said.  One, you said there's no way to do that.

4        A.  I don't know of a way to identify people

5    that go to -- multiple people that go to --

6    individuals that may have went to more than one of

7    these particular websites.

8        Q.  Or put it a slightly different way, you

9    were unable in your work in this case to eliminate

10   from your 98 million count people who visited more

11   than one of those websites on the same day, right?

12       A.  Well, not exactly, because it could be

13   zero.  There could be nobody that went to any of

14   the websites.  What I'm saying is I don't know of

15   a data collection method where you can do that to

16   identify that.

17       Q.  Right.  But here's what you've told me so

18   far.  People do often visit more than one website

19   a day.

20       A.  I said they can visit more than one

21   website a day, yes.

22       Q.  Do you have any knowledge as you sit here

23   today the extent to which people who visit

24   websites of the type you included in your 354

25   websites visit more than one of those in a day?

Exhibit 2, Page 183

BERNARD J.JANSEN, PHD

November 04, 2019

1         A.   I don't have the number as I sit here.

2         Q.   So there very well may be people who

3    visited more than one of those websites in one day

4    and SimilarWeb counted those, each visit, as a

5    separate visit in your 98 million, right?

6         A.   Based on the way you're asking it, it

7    could be zero.  But yeah, it could also -- could

8    occur.

9         Q.   It may not be zero, it could be zero, it

10   could be in the thousands or millions.  You don't

11   know it one way or the other, do you?

12        A.   I would be shocked if it's that high.

13   But it can occur.

14        Q.   Did you do anything in your work in this

15   case to ascertain how high that number could be,

16   that is to say, the double, triple or additional

17   counting of people in the SimilarWeb data you

18   relied on?

19        A.   As I said, I'd be surprised if it's

20   double or -- if it's triple or that high.  But

21   what I tried to do or what I did was to take a

22   very conservative approach because, again, I don't

23   know the way to calculate that particular overlap.

24   But I acknowledge that it can occur.

25        Q.   Well, why would you characterize what you

Exhibit 2, Page 184

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   did as conservative as opposed to aggressive if
 2   you didn't eliminate something that you suspect
 3   may have occurred and inflated your number?
 4            MR. GRUNBERG:  Objection, form.
 5        A.  As I outlined in my report, I have 15
 6   different factors where I intentionally -- or I
 7   did not include dissemination of the defaming
 8   statements, including, I'll give you one example,
 9   is that many of these websites posted multiple
10   articles, okay.  I only included one particular
11   count of the daily unique visitors.
12            Also, most of these articles are still
13   available on the web, so there could still get
14   traffic to them.  I also didn't include the folks
15   that could have seen the defaming statements via
16   just through social media.
17            So I did several approaches, you know, 15
18   of them, to ensure I came up with a very
19   conservative number.
20        Q.  When you say 15, you're referring to
21   those subparts of paragraph 22 of your report?
22        A.  That is correct.
23        Q.  But you told me you didn't undertake
24   those steps.
25            MR. GRUNBERG:  Objection, form, misstates
```

Exhibit 2, Page 185

BERNARD J.JANSEN, PHD

November 04, 2019

1          MR. GRUNBERG:  Objection, misstates prior
2    testimony.
3          **A.  The -- one of the predictive points you**
4    **bring up, I realize that there could be, from a**
5    **VIN diagram, an overlap between the visitors.**
6    **Given the fact I only did one day of traffic,**
7    **given the other factors that I didn't include such**
8    **as traffic to multiple articles from the same**
9    **site, okay, I think the 98 million is a very**
10   **conservative number.  But I acknowledge there**
11   **could be an overlap.  It could be zero.**
12         Q.  Okay.  Wasn't my question, though.  My
13   question is for purposes of using the 98 million
14   figure, you are assuming that nobody went to more
15   than one of the 354 websites you looked at on the
16   same day during the period SimilarWeb was
17   measuring that traffic, aren't you?  Yes or no.
18         MR. GRUNBERG:  Hold on one second.
19   Objection, misstates prior testimony, as well as
20   misrepresents the report of record.
21         Go ahead.
22         **A.  The -- in addition to the additional**
23   **measure to address the issue you bring up is why I**
24   **state that there -- you know, I forget the exact**
25   **term I use, 98 million, even though I give the**

Exhibit 2, Page 186

BERNARD J.JANSEN, PHD

November 04, 2019

```
1    exact number, I don't know the exact number that
2    is the 98 million count.  But I -- I did not
3    deduplicate across multiple sites, and instead
4    relied on a conservative estimation of the traffic
5    count to begin with to take into account those
6    potential overlap.
7    BY MR. SCHWARTZ:
8         Q.  So when you say you did not deduplicate
9    the overlapping sites, is that another way of
10   saying yes to the question I asked you, which is:
11   You're assuming, at least insofar as aggregating,
12   adding up the SimilarWeb data --
13        A.  Yeah.
14        Q.  -- that nobody went to more than one
15   website of the 354 you studied during the period
16   of time SimilarWeb was analyzing that traffic.
17             MR. GRUNBERG:  Objection, misstates prior
18   testimony, and the expert report.
19        A.  The -- I think what you're asking is, you
20   know, this is not like you're standing over
21   someone's shoulder counting individual people.
22   It's 98 million.  And yes, it is the traffic, it's
23   an estimation service.  And that's why I presented
24   98 million and not 98,365,052, because it's --
25   there is -- there could be some overlap there,
```

Exhibit 2, Page 187

BERNARD J.JANSEN, PHD

November 04, 2019

1    there could be none.  But I did not include the

2    overlap -- or did not discount for an overlap

3    factor in the 98 million.

4    BY MR. SCHWARTZ:

5         Q.   Okay.  And as you sit here today, you

6    have no way of knowing what that overlap factor

7    is.  And just so someone reading this transcript

8    will understand what we're talking about, the

9    overlap factor is the possibility that somebody

10   went to visit more than one of the websites on

11   your 354 listed websites on the same day that

12   SimilarWeb was studying the traffic that you

13   relied on to get to 98 million.

14        A.   I acknowledge, yes, that could happen.

15   But I -- yes.

16        Q.   Well, not only are you acknowledging that

17   it could have happened, you don't know how much of

18   that, the extent to which that could have

19   happened, do you, or the extent to which it did

20   happen.  As you sit here today you just don't know

21   one way or the other, correct?

22        A.   The -- I did not calculate that.  Again,

23   I don't know any way to calculate that.  And so

24   that's why I took the aspect of coming up with a

25   very conservative traffic number.  I don't know --

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   I did not analyze what the visits to multiple

 2   sites are, so yes, it could be zero, it could be

 3   more.

 4       Q.  And you just don't know one way or the

 5   other as you sit here today.

 6       A.  I wouldn't phrase it like that, no.

 7       Q.  Then give me your best estimate of the

 8   number of overlaps that are found within the 98

 9   million number in your report.  And by overlaps, I

10   mean where a person visited at least -- one person

11   visited at least -- at least more than one of the

12   354 websites on the same day that SimilarWeb was

13   studying that traffic to get to your 98 million.

14       A.  As I said, I didn't calculate that so I

15   cannot give you a number.

16       Q.  Okay.

17           MR. GRUNBERG:  The food is here, if you

18   want to --

19           MR. SCHWARTZ:  All right.  Let's go off

20   the record.

21           THE VIDEOGRAPHER:  Going off the record.

22   The time is now 12:44 p.m.

23           (Recess)

24           THE VIDEOGRAPHER:  We are back on the

25   record.  The time is now 1:16 p.m.
```

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1        Q.  And it doesn't tell us -- the BuzzFeed
 2   number, whatever it is, doesn't tell us the number
 3   of people who read far enough into the article to
 4   learn whatever it was BuzzFeed was reporting that
 5   Mr. Musk was saying about Mr. Unsworth.  That
 6   information BuzzFeed doesn't report either, does
 7   it?
 8        MR. GRUNBERG:  Objection, form.
 9        A.  The number is -- is a count of the
10   browsers, the people that have opened that
11   particular article.  There's no -- there was no
12   number provided about how far they scrolled down
13   in the article or anything like that.
14   BY MR. SCHWARTZ:
15        Q.  Okay.  The -- okay.
16            So let's go back to SimilarWeb.  For a
17   visit to a website to be counted as a unique daily
18   visit in the source you relied on to get to 98
19   million, that is SimilarWeb, those sites don't --
20   those visitors, rather, I should say, don't have
21   to be human beings, do they?
22        A.  Well, certainly there are nonhuman beings
23   on the web that visit websites.  But one of the
24   data collection points from SimilarWeb is their
25   panel data of 4 million actual people that visit
```

Exhibit 2, Page 190

BERNARD J.JANSEN, PHD

November 04, 2019

1   websites.  And that's one of the data collection

2   points that they use to calculate the number of

3   unique visitors.

4       Q.  So walk me through it.  Let's pick one of

5   the -- it doesn't matter which one, but I'm just

6   going to look at Appendix D to your report which

7   is Exhibit 136, and you let me know when you have

8   that.

9       A.  Okay.

10      Q.  So the first -- let's just go with the

11  first item here, it's from something called

12  0nion.com.  I don't need to repeat the URL.  You

13  understand which one I'm looking at.

14      A.  That is correct, yeah.

15      Q.  So whatever number SimilarWeb gave you

16  for the daily unique visitors to the 0nion.com

17  website, how does SimilarWeb calculate that

18  number?

19      A.  The process they use, and again whether

20  it's for the 0nion domain or any domain, they

21  have -- their methodology is -- they publish it.

22  They have four different disparate data sources,

23  one of which is their panel, and these are people

24  that have opted in to have their browsing traffic

25  logged, and so those are actual people.  So that's

Exhibit 2, Page 191

BERNARD J.JANSEN, PHD

November 04, 2019

1    one data collection point.

2            The other data collection point they use

3    is data from internet service providers that

4    monitor the traffic.

5            The third data source is publicly

6    available data, typically probably they don't go

7    onto it on a website, but probably scraping of

8    data from search engine result pages.

9            And then the final data source is they

10   have they say hundreds of thousands of actual

11   websites that have opted in for their particular

12   website traffic numbers to be accessible by

13   SimilarWeb.

14           And SimilarWeb takes all those particular

15   four data sources, runs it through its machine

16   learning algorithms, and that's how they generate

17   the traffic estimation numbers for all the sites.

18       Q.   Okay.   And data from ISPs, let's go

19   through these.   The data from ISPs -- ISPs are

20   internet service providers, correct?

21       A.   That's correct.

22       Q.   Does that data include data from only

23   humans or humans as well as whether it's computers

24   or bots or other nonhuman web activity?

25       A.   Yeah, good question.   I can't -- I don't

Exhibit 2, Page 192

BERNARD J.JANSEN, PHD

November 04, 2019

1    know their particular algorithm at that detail.

2        Q.   Okay.   And then the third source was

3    public data, you said it might be scraping from

4    search engine results or whatnot.   Can you tell us

5    whether that data includes or excludes web

6    activity resulting from nonhuman sources such as

7    bots or programs?

8        A.   For that particular data I wouldn't

9    really see bots as playing a role, because it's

10   typically would be -- they would scrape like

11   results from Google or Bing, and they typically do

12   that because SimilarWeb not only provides traffic

13   services but also advertising or marketing advice

14   in terms of search engine optimization.   So for

15   that particular data I don't think bots would

16   really play much of a role.

17       Q.   As you sit here today can you tell us the

18   extent to which it might or might not play a role

19   as a percentage, a fraction, some other

20   quantification?

21       A.   Well, you know, again, from the whole

22   technique I would say it would be zero.

23       Q.   Okay.

24       A.   Because I just don't see bots playing a

25   role in that particular data collection point.

Exhibit 2, Page 193

BERNARD J.JANSEN, PHD

November 04, 2019

1      Q.   And then you said there are hundreds of

2    thousands of sites that have told SimilarWeb

3    they're willing to share their web traffic

4    numbers; is that right?

5      **A.   Yes.   Again, from the documentation that**

6    **is available, it appears that they give access to**

7    **Google Analytics, Adobe Analytics, some of the**

8    **website analytics platforms, and then SimilarWeb**

9    **can use that to compare their estimations are for**

10   **those sites.**

11     Q.   Did SimilarWeb when you did your work in

12   this case tell you which of the 357 odd sites you

13   looked at --

14     **A.   54.**

15     Q.   -- 54 websites you were looking at

16   receive data from the websites themselves to allow

17   them to compare it to what their estimations are?

18     **A.   I didn't get that information.**

19     Q.   So as you sit here now you can't tell us

20   whether any of the websites included in your list

21   share data with SimilarWeb.

22     **A.   I didn't investigate that, so no.**

23     Q.   Okay.   And let's go to the first one.

24   You said there are some people who have opted into

25   allowing SimilarWeb to track their web browsing.

1    Is that what you said?

2         A.   I believe so, yes.

3         Q.   Okay.   How many such people are there?

4         A.   If I remember their documentation, it

5    was -- I can't remember the exact number, but they

6    provide the number, and it's in the millions of

7    people.   They cover 190 plus countries, so it's

8    got to be tens of millions of people to get that

9    level.   But I can't recall the number off the top

10   of my head.

11        Q.   Okay.   When did you your work in this

12   case did SimilarWeb tell you which of the websites

13   you were looking at that they were getting data

14   from people who had opted into allowing SimilarWeb

15   or -- to view their browsing to those websites?

16        A.   Well, just to explain the technology, no,

17   they did not.   But the methodology would be

18   applied to every single website, so it's the same

19   methodology.   It's not like that particular data

20   by itself would be the only data that they would

21   use.   They use data from all four websites and

22   then their machine learning algorithms come up

23   with these estimates, because that's one of the

24   advantages of using this web traffic service is

25   the methodology is the same across all the

BERNARD J.JANSEN, PHD

November 04, 2019

1  websites.  So I would be shocked if they would do

2  any variations.  And in their documentation they

3  present that they apply the same methodology for

4  all the traffic estimations.

5       Q.  You said something about four websites.

6  I didn't understand, what --

7       A.  I'm sorry, four -- the four data

8  collection processes they use to come up with the

9  traffic estimations.

10      Q.  I hear the words you're saying, but I've

11  lost the train of thought, so just if we could

12  back up and you could just explain what you meant.

13  In other words, just so we have my question in

14  context.

15      A.  Absolutely.

16      Q.  My question was:  When you pull data from

17  SimilarWeb about a particular website does

18  SimilarWeb tell you whether on that particular

19  website their data includes actual data from

20  people who have opted in to allow them to -- allow

21  SimilarWeb to watch their browsing history?

22      A.  As far as I know, no.

23      Q.  As you sit here now can you tell me which

24  of the websites on your list of 357 websites

25  SimilarWeb has actual user data for, whether it

Exhibit 2, Page 196

BERNARD J.JANSEN, PHD

November 04, 2019

1    was based on people opting in or any other way?

2       A.  No, I do not have that information.

3       Q.  Do you know whether that's the case in

4    any of the 357 websites on your list; that is to

5    say that it's based in whole or in part by actual

6    data that SimilarWeb has from web users?

7       A.  Again, I didn't investigate that, no, so

8    I don't have that information.

9       Q.  Do you know the algorithm that SimilarWeb

10   uses to take the four sources of data you've just

11   described and manipulate them through some

12   algorithm to arrive at its estimate for daily

13   unique visitor traffic to a given website?

14      A.  That's proprietary.  They give a -- the

15   overview.  They refer to machine learning

16   algorithms.  But they don't say specifically what

17   they use.

18      Q.  Okay.  Does SimilarWeb state either in

19   the software or its website or anywhere else that

20   they are -- in fact, that their average daily

21   unique visitor counts exclude any visits to the

22   websites that you may choose to ask them about

23   from nonhumans?

24      A.  Again, I don't recall that exact

25   statement in any of their presentations, no.

Exhibit 2, Page 197

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1        Q.   Is there something you've been told by
 2   someone at SimilarWeb or read somewhere that tells
 3   you that the SimilarWeb daily user -- unique daily
 4   user counts exclude traffic to the website from
 5   nonhumans?
 6        A.   I would expect it, that they would
 7   exclude that.  I mean, that's why you do these
 8   traffic estimations.  And I assume their
 9   algorithms take that into account.  But as I'm
10   sitting here, I can't recall the reference or a
11   reference to it.
12        Q.   Okay.  You said that you assume that
13   SimilarWeb's metrics, including for daily unique
14   visitors, takes into account that there's a
15   tremendous amount of traffic on the internet
16   that's nonhuman generated.
17        A.   Sure, absolutely.
18        Q.   How do you know it?  Can you tell me
19   anything as you sit here today that tells you that
20   you know that to be for a fact what they're doing?
21        A.   Well, as I said, I don't have the
22   reference.  I can't point to the exact reference.
23   But the purpose of these traffic estimation tools
24   is to get the estimation of human traffic.  But
25   again, I don't have the exact reference today.
```

BERNARD J.JANSEN, PHD

November 04, 2019

1        Q.   Do you have any reference?

2        A.   As I said, I don't have the reference to

3    it.

4        Q.   Okay.  Do you agree with me that a

5    tremendous percentage -- terrible term.  Do you

6    agree with me that there is a substantial

7    percentage of traffic on the internet that is

8    nonhuman generated?

9        A.   Yes, the bot traffic is a constant issue

10   when you're trying to estimate actual customers

11   and visitors.

12       Q.   And is it also correct that articles have

13   been written that estimate that the amount of

14   traffic on the internet not generated by human

15   activity could be as much as half of the traffic?

16       A.   I don't recall exactly that, but yeah,

17   it's high.  It's in the -- it's high.  I don't

18   recall if it's exactly 50 percent.  But depending

19   on websites and what particular domain you're

20   looking at, yeah, there's quite a bit of bot

21   traffic.

22       Q.   Okay.  What's your best estimate of the

23   percentage of internet traffic to websites that's

24   not generated by human activity?

25       A.   You know, you're kind of just asking me

Exhibit 2, Page 199

BERNARD J.JANSEN, PHD

November 04, 2019

1    off the top of my head.  But, you know, of I've

2    seen reports, you know, the 30 percent, 40

3    percent, you know, a good portion of traffic.

4    Again, it would kind of depend on the website and

5    what particular vertical you're looking at.

6        Q.  When you say vertical, I don't know what

7    that means.

8        A.  Well, like, you know, on certain

9    e-commerce sites or, you know, web scraping sites,

10   search engine sites, some of the -- especially in

11   the e-commerce domain, that has a higher -- that

12   has a potential for some higher bot traffic, so

13   you can come up with a general number, but there's

14   going to be some variation across verticals.

15       Q.  Okay.

16       A.  Yeah, yeah.

17       Q.  So what's your best estimate of the

18   percentage of nonhuman traffic on the websites

19   that you looked at that are in your 357 websites?

20       A.  I didn't look at bot traffic to those

21   particular sites, so I couldn't say for sure.

22       Q.  Okay.

23           (Defendant's Exhibit 147 marked)

24   BY MR. SCHWARTZ:

25       Q.  Okay, Mr. Jansen, we've put before you as

Exhibit 2, Page 200

BERNARD J.JANSEN, PHD

November 04, 2019

1    Exhibit 147 an article from The Atlantic from
2    January 31, 2017 titled The Internet is Mostly
3    Bots.
4          My first question is have you heard of a
5    publication called The Atlantic?
6          **A.  Yes.**
7          Q.  Do you hold it in reasonable regard as --
8    they write intelligent, thoughtful,
9    well-researched articles for the most part?
10         **A.  They do nice investigative reporting,**
11   **yes.**
12         Q.  Okay.  By any chance do you know Adrianne
13   Lafrance of the Technology Beat out of The
14   Atlantic?
15         **A.  No, I do not.**
16         Q.  Have you ever heard of a web security
17   firm called Imperva, I-M-P-E-R-V-A?
18         **A.  No, I don't believe I'm familiar with**
19   **them.**
20         Q.  So let me just read this to you, a
21   portion of this.  It's the third paragraph of the
22   article and it says, quote, Overall bots, good and
23   bad, are responsible for 52 percent of web
24   traffic, according to a new report by the security
25   firm Imperva, which issues an annual assessment of

Exhibit 2, Page 201

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1        A.   SimilarWeb.
 2        Q.   SimilarWeb, sorry, let me start again.
 3   Once you received the data you used from
 4   SimilarWeb to arrive at your 98 million figure did
 5   you do anything to reduce it on account of a
 6   potential that that may have included --
 7        A.   No, no.
 8        Q.   -- may have included nonhuman traffic?
 9        A.   I did not, and the reason I did not is
10   because one of the data collection points are
11   these panel data, and so that -- those are humans,
12   so you know those are humans.  And I -- the -- so
13   I did not discount for bot traffic to those
14   particular sites because of that.
15        Q.   I see.  But you previously testified that
16   you don't know whether SimilarWeb's numbers for
17   any of the websites you've included in your report
18   included data from any of these panels or humans
19   participating in allowing people to collect their
20   data, do you?
21        A.   No, that's not correct.  Because I
22   explained that these panels are part of the
23   SimilarWeb's algorithm for calculating the number
24   of daily unique visitors.  So the panel data we
25   know is human.  We know those are not bots.  And
```

Exhibit 2, Page 202

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   so -- and your question earlier was do I have this
 2   reference about specifically if SimilarWeb
 3   excludes them.  No, I don't have that.  I'd kind
 4   of be very surprised if they didn't already do
 5   some calculations, the machine learning algorithm,
 6   to exclude that.  So I did not --
 7        Q.  So if I'm understanding you correctly,
 8   what you're saying is that SimilarWeb gets data
 9   from humans from websites and does something using
10   its own proprietary algorithm that allows it to
11   exclude nonhuman activity from any website for
12   which SimilarWeb gives you data, even if for that
13   website it doesn't have any human information?
14        A.  As I -- that's not what I said.  As I
15   said, if for -- let's go over their data
16   collection methods again, one of which is the
17   panel, those are humans.  And so there's no bot
18   traffic there.
19             The other is the web scraping.  Again,
20   not affected by bot traffic.
21             So that leaves the ISP data or the data
22   reported by individual websites.  From setting up
23   Google Analytics and Adobe Analytics, those
24   platforms, you typically exclude the bot traffic
25   from the analytics you report, or at least
```

Exhibit 2, Page 203

BERNARD J.JANSEN, PHD

November 04, 2019

1    separate it out.

2         But I don't know the internal workings of

3    the SimilarWeb algorithm, you know, how that's

4    done, where it's done.

5         Q.   But just so I understand it, though, the

6    panel part, that's humans, when you say panel

7    you're referring to human activity that SimilarWeb

8    monitors.

9         A.   Yes.

10        Q.   Okay.  I believe you told me that you

11   don't know whether SimilarWeb has any actual human

12   website visiting numbers for any of the 357

13   websites you looked at.  Am I right so far?

14        A.   Well, again, the question is -- the

15   question doesn't take into account the methodology

16   that SimilarWeb applies.  They don't separate out

17   in their reporting, you know, particular websites

18   that only the panel goes to, for example.

19        Q.   I think we're saying the same thing.  In

20   other words -- but let's just be really clear.

21   I'm going to -- we're going to take this all the

22   way to the end and you're going to get a chance as

23   we go each step to tell me where this panel data

24   becomes relevant.  I just want to understand what

25   the panel data is in the first instance, okay.  So

Exhibit 2, Page 204

BERNARD J.JANSEN, PHD

November 04, 2019

1    let me ask the question again.

2           You don't know whether SimilarWeb has any

3    panel data for any of the 357 websites specific to

4    those specific -- those websites, do you?

5           A.   They don't make that data available as

6    far as I know.

7           Q.   So what you're saying is through some

8    algorithm that you don't know any details on,

9    SimilarWeb looks at user data that -- for websites

10   that it does have panel data on and processes that

11   in some way that gives it confidence to think that

12   even if it doesn't have that data for a given

13   website you're asking it about, it can be somehow

14   more confident that that represents only human

15   activity?

16          A.   That was too much of a -- I can't follow

17   that.

18          Q.   Well, how does any data from human beings

19   that SimilarWeb has, not for the websites you're

20   interested in but for other websites, tell

21   SimilarWeb that the nonhuman data it's looking at

22   somehow, or the other data it's looking at,

23   excludes nonhuman activity?

24          MR. GRUNBERG:   Objection, form.

25          A.   I don't -- what nonhuman data are you

Exhibit 2, Page 205

BERNARD J.JANSEN, PHD

November 04, 2019

1    talking about?

2    BY MR. SCHWARTZ:

3         Q.   Well, like the public data, the --

4         **A.   As I already mentioned, the public data,**

5    **I don't see bots having any impact on it.**

6         Q.   Data from ISPs.

7         **A.   The data from ISPs, I don't know what**

8    **ISPs do internally with that particular data,**

9    **so . . .**

10        Q.   And the websites that share their data

11   with SimilarWeb, you don't know whether that data

12   includes or excludes bot traffic, do you?

13        **A.   The specific sites, no, I don't.  But I**

14   **would -- a typical setup of those particular sites**

15   **is you identify bot traffic and try to exclude it**

16   **from your actual visitors.**

17        Q.   You may try to.  You have no way of

18   knowing the success rates for any of those

19   websites, do you?

20             MR. GRUNBERG:  Objection, form.

21        **A.   SimilarWeb and their documentation say**

22   **they have hundreds of thousands of websites.  So**

23   **yes, I don't know on all the websites.**

24   BY MR. SCHWARTZ:

25        Q.   You don't know it for any of them, do

Exhibit 2, Page 206

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   you?  Can you tell me what level of confidence the
 2   owners of the websites that furnish data to
 3   SimilarWeb have succeeded in eliminating bot
 4   traffic from their counts of visitors?
 5        A.  As I said, I don't even know -- I don't
 6   know the sites that SimilarWeb is using, and
 7   SimilarWeb doesn't make it available.  I can tell
 8   you the industry standard approach is you separate
 9   the bot traffic from human traffic.  That's what I
10   can tell you.
11        Q.  And can you tell me how the websites that
12   are furnishing data to SimilarWeb do that?
13        A.  As I've said now three times, I don't
14   know the websites they're using.  SimilarWeb
15   doesn't make that available.
16        Q.  Well, even if you don't know the
17   websites, do you know the processes that these
18   websites are using to ensure that the data that
19   they give SimilarWeb excludes nonhuman visits?
20        A.  Again, I don't know the particular
21   websites, and I've already said there are industry
22   standard approaches, people would use what I
23   expect them to use.  Do I know specifically that
24   those sites are doing that, no.
25        Q.  So as you sit here now --
```

Exhibit 2, Page 207

BERNARD J.JANSEN, PHD

November 04, 2019

1           MR. GRUNBERG:  Just to be clear, because

2     I want to make sure he answers your question.  Are

3     you asking him whether he generally understands

4     what processes websites might use to do this?

5           MR. SCHWARTZ:  No.

6           MR. GRUNBERG:  Is that the question?

7           MR. SCHWARTZ:  No.

8           MR. GRUNBERG:  I want to make sure.

9     BY MR. SCHWARTZ:

10        Q.  I want to know if you know what processes

11    these websites actually used, if any, in order to

12    eliminate nonhuman activity or nonhuman visits

13    from their visit web counts that SimilarWeb

14    obtained.  Do you know?

15        **A.  For now the fifth time I'm telling you I**

16    **don't know the particular sites but I can tell you**

17    **it's the industry standard approaches.  I don't**

18    **know the specific sites so I obviously don't know**

19    **specifically what those sites are doing.**

20        Q.  And you don't know the extent to which

21    any of these websites that furnish data to

22    SimilarWeb have been successful or unsuccessful in

23    eliminating bot counts from their information they

24    give to SimilarWeb.

25        **A.  For now the sixth or seventh time, I**

BERNARD J.JANSEN, PHD

November 04, 2019

1   don't know the particular sites so obviously I

2   can't know what those particular sites are doing.

3        Q.  I didn't ask you what they were doing.  I

4   asked you -- you can't tell me whether -- the

5   extent to which any of them are successful or

6   unsuccessful using any of the industry standard

7   tools.

8        A.  Now the seventh or eighth time, I don't

9   know the particular sites so I don't know the

10  particular procedures that those sites might or

11  mate not be using to separate visitor or bot

12  traffic.

13       Q.  Fine.  So can you tell us as you sit here

14  today how many of the 98 million daily unique

15  visitors that you included in your count are the

16  result of nonhuman traffic?

17       A.  Again, I did not look at the bot traffic,

18  so I cannot answer that question sitting here now.

19       Q.  If half the internet traffic is bots,

20  according to the security firm Imperva as

21  reflected in The Atlantic magazine article from

22  January 31, 2017 that we were looking at as

23  Exhibit 147, your $98 million number if it

24  includes bot traffic could be a lot higher than

25  the number of humans.

Exhibit 2, Page 209

```
 1              MR. GRUNBERG:  Objection, form.
 2         A.  You know, you're focusing on this bot
 3    traffic when we've already talked about there's --
 4    we know SimilarWeb incorporates nonbot traffic
 5    into their calculations, okay.  You're asking a
 6    specific question do I have a reference on
 7    particular bots.
 8              You know, you know, the purpose of these
 9    traffic estimation tools is to estimate actual
10    unique visitors.  So I'd be shocked if they're not
11    doing some method to being able to identify that
12    particular traffic.
13    BY MR. SCHWARTZ:
14         Q.  Did I ask you whether you would be
15    shocked if they were not doing anything to
16    identify nonhuman traffic?
17              MR. GRUNBERG:  Objection, form.  It's
18    argumentative.
19         A.  My purpose is to explain the technology,
20    okay.  That's -- and to explain the process used
21    in my report.  You're asking a question that I
22    really don't think impacts the unique visitors.
23    Could there be some bot traffic in there?  Yeah,
24    there could be.
25    BY MR. SCHWARTZ:
```

BERNARD J.JANSEN, PHD

November 04, 2019

1   the best at counting sometimes, but I think that
2   might be up to about three or four of asking that
3   question.
4          Go ahead and answer.
5      **A.  The -- again, my purpose was to measure**
6   **the dissemination.  And, again, I did not have**
7   **article level data.**
8   BY MR. SCHWARTZ:
9      Q.  All right.  Now, SimilarWeb provides
10  estimated traffic to websites.  It doesn't provide
11  user traffic estimates for individual articles on
12  websites; is that right?
13     **A.  That's correct, yes.**
14     Q.  Okay.  So go back to Exhibit 146, if you
15  could.  It's that one-pager from your files.
16     **A.  Yes.**
17     Q.  Is this -- you can't tell just from
18  looking at Exhibit 146 which website this pertains
19  to, can you?
20     **A.  By just looking at this particular --**
21  **this is my like access to the API.  So the data,**
22  **within the visitor engagement category I went to**
23  **monthly visitors, and then the rest of the**
24  **spreadsheet gives me all the websites and the**
25  **traffic.**

Exhibit 2, Page 211

BERNARD J.JANSEN, PHD

November 04, 2019

1        Q.   Okay.

**2        A.   So this is kind of like the parameters of**

**3     what I told the API to do.**

4        Q.   And so the parameters on Exhibit 146 are

5     what you told the SimilarWeb API to do for all of

6     the websites you were studying?

**7        A.   Yes.**

8        Q.   Under step 3 where it asks you to select

9     the metrics, do you see that?

**10       A.   Yes.**

11       Q.   And the metrics to me look like monthly

12    as opposed to daily; is that correct?

**13       A.   Yes.   They do a monthly unique visitors,**

**14    and then I divided it by -- to get the daily.**

15       Q.   That was going to be my next question.

16    You anticipated.

**17       A.   Yeah.**

18       Q.   So just so I understand, could you have

19    queried SimilarWeb as to specific days in

20    September 2019 -- '18?

**21       A.   I specifically talked to two SimilarWeb**

**22    reps, and they can't do it by individual day**

**23    because they do the average for the month and**

**24    then -- you know, I confirmed oh, this is what I**

**25    want to do to get the daily, and they confirmed**

Exhibit 2, Page 212

BERNARD J.JANSEN, PHD

November 04, 2019

1    yeah, that's how to do it.

2         Q.  In other words, get our monthly data,

3    divide by some number.  And did you divide by 30

4    or 31?

5         A.  Whatever September has, it's --

6         Q.  30.

7         A.  -- 30.  And -- nice try.  But whatever

8    the monthly was, and -- what was I going to say?

9    Yeah, I lost it there.

10        Q.  Okay.  All right.  Let's look at your

11   report.  Let's go to page 27.  Actually, before we

12   do that, all right.  Well, maybe we can do it this

13   way.  Where was the other exhibit?  Sorry about

14   this.  It was here.  Ah, no, that's not it.  I'm

15   looking for the exhibit that has the Fox data on

16   it.

17             MR. GRUNBERG:  That would probably be 145

18   or so.

19             THE WITNESS:  145.

20             MR. GRUNBERG:  Yeah, 145.  That memory

21   kicking in.

22             MR. SCHWARTZ:  Good for you.  It's on the

23   bottom of the pile.

24   BY MR. SCHWARTZ:

25        Q.  So, now I understand you've clarified

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   something that I didn't know coming into this
 2   deposition, which was the data on Exhibit 145 was
 3   not data that you used in your final report, and
 4   this is from a different period of time.
 5           But help me out anyway.  So on this it
 6   says that, according to SimilarWeb, the -- it
 7   reports the number of 373 million on the right
 8   side, do you see that?
 9       A.  Yes.
10       Q.  What does that -- what does SimilarWeb
11   tell us about that?
12       A.  That is the monthly visits to that
13   particular website, okay.  So that includes
14   perhaps Jim Jansen going back three times to that
15   particular site during that month.
16       Q.  Okay.  They don't report monthly unique
17   visitors -- maybe they do, but I don't see that
18   here.  Do you know why that's not there?
19       A.  Yes, this was generated from the free
20   version, and so if you want that type of data
21   you've got to pay for it.  And that's what I did
22   with the API.
23       Q.  Got it.  Then let's just move on.  We can
24   shorten some stuff here.  Thank you.
25           Now, do you know for any of the articles
```

Exhibit 2, Page 214

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   on your list -- start again.

 2              Do you know for any of the articles on

 3   your list where on the websites that they were

 4   available on they were located?   In other words,

 5   where on that website, home page, some other page,

 6   any of that information, do you have that?

 7        A.   Other than for the BuzzFeed documents

 8   provided I don't have a snapshot of the website on

 9   the day the article was posted, no.

10        Q.   Okay.   I just want to make sure you've

11   answered my question.   I think you have, but just

12   so we're clear.   In other words, you don't --

13   other than for the BuzzFeed article, you don't

14   know where on these websites those particular

15   articles were placed.

16        A.   I did not visit the websites on the day

17   they were posted, so I don't have that

18   information, no.

19        Q.   Even if you didn't visit the websites on

20   the day they were posted, from any other source do

21   you know where the articles on your list in

22   Appendix B other than the BuzzFeed article were

23   posted on the websites on which they were posted?

24        A.   Well, it's -- let me backtrack.   Maybe I

25   misunderstood your question.   If you're talking
```

Exhibit 2, Page 215

BERNARD J. JANSEN, PHD

November 04, 2019

1    about the interface, you know, I certainly do not

2    know that because I didn't visit it.

3              If you look at the URL, that will give

4    you an idea of the structure of where the article

5    was posted and if it was, for example, posted in

6    technology or social media or, you know,

7    international news and things like that.  But I

8    don't have the -- I took your question to mean

9    the -- not the structure, but the interface

10   itself.

11             But from the URL you can get some

12   structural information sometimes.  But I didn't

13   look at that in my analysis.

14        Q.  I see.  So, in other words, you can't

15   tell us how, if somebody landed on the home page

16   of one of the 354 websites in your analysis what a

17   person would have to do to find the actual article

18   from that website that's on your list.

19        A.  I did not -- yeah, I said I didn't have

20   the snapshot of the interface for the particular

21   days those articles were posted, so no, I don't

22   have that information.

23        Q.  You don't have the information I was

24   asking about, which was how if somebody landed on

25   the home page of any of those 354 websites in your

Exhibit 2, Page 216

BERNARD J.JANSEN, PHD

November 04, 2019

 1  analysis what a person would have to do to find

 2  the actual article from that website on your list.

 3           MR. GRUNBERG:  And just so we can make

 4  this easier, are you asking him about this moment

 5  in time or are you asking about the moment, the

 6  day of the article being posted?  That might help

 7  get what you're looking for from him.

 8  BY MR. SCHWARTZ:

 9      Q.  I'm not sure that I am, but let me

10  suggest something maybe I -- what I'm asking you

11  is this.  As you sit here today can you tell us

12  for the articles on your list what a person would

13  have to do from the home page of those websites in

14  order to get to that article?

15      A.  Yeah, I can certainly talk generically.

16      Q.  No.  Let me -- my question wasn't that

17  clear, then.  In other words, the actual effort a

18  person would have to make in order to find the

19  article.

20      A.  Right.  Well, again, generically it could

21  be right on the splash -- the home page when they

22  landed, the article's right there.  Could be in

23  one of the subcategories, technology, you know,

24  investments.  Or they could do a search.  I think

25  those would be the three kind of approaches that a

Exhibit 2, Page 217

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1    person would do.
 2         Q.  Right.  But do you know for each of these
 3    articles?  Let's start with -- for each of these
 4    articles, like whether they were on the home page?
 5         A.  No, I did not.
 6         Q.  And do you know how much effort a person
 7    would have to undertake if they were at the home
 8    page of these websites in order to get them to the
 9    article on your list?
10         A.  It would be one of kind of the three
11    general approaches that I mentioned, but I don't
12    know for each individual article.
13         Q.  Do you know of any of the articles?
14         A.  As I said, I didn't visit the websites
15    the day they were posted, so I don't know
16    specifically.
17         Q.  All right.  So do you know whether if --
18    as to those articles on your list that were not
19    posted on the home page of the websites or
20    website, in other words, it was on some
21    supplemental or deeper page, the article was
22    mentioned or linked on the home page?
23         A.  The -- as I mentioned, I didn't -- when I
24    did my analysis I didn't visit the websites the
25    day they were posted.  I do some examples where
```

Exhibit 2, Page 218

BERNARD J.JANSEN, PHD

November 04, 2019

1    you can do searches on websites and they -- the

2    articles show up, that's in my report.  But I

3    don't have for all 605 specific articles.

4         Q.  Right.  But your testimony is that these

5    articles were disseminated on 354 websites --

6         A.  Yeah.

7         Q.  -- and here's some data traffic for

8    unique viewers to these websites.  I'm trying to

9    figure out if there's any way of knowing just from

10   the mere fact that they're on the website -- or

11   not knowing from the mere fact they're on the

12   website.

13        I'm trying to ask you if somebody just

14   showed up at the home page of each of these

15   websites whether they would know that the article

16   was to be found somewhere on the website or how

17   much effort they would have to undertake in order

18   to find it.  Sitting here now, that's not the

19   information you were asked to look at or have,

20   right?

21        MR. GRUNBERG:  Object to the form.  There

22   are a lot of different questions there.

23        A.  As I said a couple times, I was not asked

24   to investigate this.  I didn't visit the website.

25   But these articles are still there, so you can go

BERNARD J.JANSEN, PHD

November 04, 2019

1    to the website and if you pull up one article it

2    will suggest articles for you that, you know, also

3    contain the defaming statements.  You can search

4    on these websites.

5         You know, the whole Thai cave rescue

6    thing was a very popular story, and Mr. Musk's

7    comments, you know, again, very popular.  But

8    again, I don't know specifics on each individual

9    article.

10        Q.  Do you know them for any article?

11        A.  Again, I didn't investigate this, so I

12   don't know.

13        Q.  Okay.  But if somebody weren't looking --

14   obviously if somebody wanted to find an article on

15   Mr. Unsworth or Mr. Musk or what Mr. Musk said

16   about Mr. Unsworth, one way someone might do that

17   is to actually go to Google and ask Google to do

18   the work, the legwork and find those articles,

19   right?

20        A.  Yes.

21        Q.  All right.  But if somebody wasn't

22   looking to find information about Mr. Unsworth or

23   looking to find what Mr. Musk had said about

24   Mr. Unsworth, they were simply visiting the 354

25   websites you looked at, I'm trying to understand

Exhibit 2, Page 220

BERNARD J.JANSEN, PHD

November 04, 2019

```
1        Q.   And as you sit here today you can't tell
2   us how much or how many of the 98 million users in
3   your daily unique user count includes users either
4   who navigated to a website by mistake or they
5   never really interacted -- they never interacted
6   with the website beyond, say, clicking on an ad
7   that took them somewhere else.
8        A.   Well, again, I kind of go back to my --
9   the purpose of my analysis.  So my purpose of
10  analysis was the dissemination of these defaming
11  statements.  So let's say someone, take your
12  scenario, someone did accidentally go to the
13  website.  They still could have saw the defaming
14  statements.  Maybe it's not the website they
15  wanted to visit, but they still could have saw the
16  defaming statements, left, and it's still within
17  the numbers of my report of people that were
18  exposed to the defaming statements.
19       Q.   And that would depend on whether the page
20  of the website that they landed on had the
21  defaming statements on them.  As opposed to
22  being --
23       A.   Or it was visible when they landed.
24       Q.   Exactly, it was visible on the webpage
25  when they landed right?
```

Exhibit 2, Page 221

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1          A.   In the scenario that I just outlined,
 2     yes.  If they accidentally went to the website,
 3     saw the defaming statements, even then okay, they
 4     saw the defaming statements, it got counted as a
 5     unique visitor.  Will it be actually a valid
 6     count.
 7          Q.   Right.
 8          A.   Or people that the defaming statements
 9     were disseminated to.
10          Q.   So how many people accidentally navigated
11     to websites and saw the defaming statements,
12     realized they got to the website by mistake and
13     left?
14          A.   I did not calculate that number.
15          Q.   How many of the people in your 98 million
16     include people who accidentally wound up at a
17     website that you were looking at, didn't see the
18     content and left, or got to the website, clicked
19     through on an ad or something else without seeing
20     the content containing the statements you were
21     studying?
22          A.   Yeah, this is similar to the aspect of,
23     you know, the people that, you know, read the
24     defaming statements.  It's not something I looked
25     at.  I was interested in dissemination of these
```

BERNARD J. JANSEN, PHD

November 04, 2019

 1    **statements.**

 2         Q.  So the answer is you don't know.

 3         **A.  I don't have that level of data.**

 4         Q.  Okay.  So is it the case that it's more

 5    likely that someone will read an article

 6    prominently displayed on the home page of a

 7    website than an article buried deep in the

 8    website?  If they're not getting there by a search

 9    engine, for example.

10         **A.  I don't know specifically in terms of**

11    **giving you a quantifiable number.  But, you know,**

12    **the Pew internet research, they do these type of**

13    **publications on behaviors on websites.  But I**

14    **don't have an exact number.**

15         Q.  So let's see, on page 26 of your report,

16    one of the websites you list is cars.com with

17    about 345,000 unique daily visitors, right?

18         **A.  Yes.**

19         Q.  Okay.  And that 345,000 number, that's

20    included in your 98 million total, right?

21         **A.  Yes.**

22         Q.  Do you know much about cars.com?

23         **A.  No, I do not.**

24         Q.  It's a website where people, generally

25    the purpose for going to that website is to look

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   to see if they're interested in either buying or
 2   selling a car.  Did you know that?
 3        A.  I said I'm not familiar with the
 4   particular website.
 5        Q.  I see.  How many of the 347 websites
 6   included in your list are you not familiar with?
 7        A.  Many of the small ones I'm not familiar
 8   with, many of the domain-specific ones I'm not
 9   familiar with.
10        Q.  And by -- what are you using to
11   differentiate ones that are small from ones that
12   are not small, in your answer?
13        A.  Well, you know, typically the web traffic
14   like, you know, for example this 0nion spelled
15   with an O, I'm not familiar with, what the first
16   website mentioned here.  I'm not familiar with it.
17        Q.  You mean with a zero as opposed to a
18   capital O?
19        A.  Exactly.
20        Q.  Are you familiar with a website called
21   Onion that uses all letters to spell itself out?
22        A.  Yes.
23        Q.  Okay.  Cars.com, as far as you know it's
24   not a news site, is it?
25        A.  I'm not really familiar with this.
```

Exhibit 2, Page 224

BERNARD J.JANSEN, PHD

November 04, 2019

1   what Mr. Musk said about Mr. Unsworth is on the

2   fifth of eight pages in the cars.com article,

3   correct?

4        **A.   It's one of the defaming statements, yes.**

5        Q.   And you have no way of knowing the extent

6   to which anybody who saw this article opened it

7   and read it read it far enough -- read far enough

8   into the article to come across those statements,

9   do you?

10       **A.   I need to clarify my methodology is my**

11  **method was whether an article contained the**

12  **defaming statements or not.  I did not look at**

13  **individual behavior in that article.  So whether**

14  **the defaming statements were in the title of the**

15  **article or on page 5 or at the last sentence, it**

16  **was -- it was did the article contain the defaming**

17  **statements.**

18       Q.   Okay.

19            MR. GRUNBERG:  And his report is fairly

20  long, and it's pretty clear about what he did look

21  at and what he didn't look at.

22            MR. SCHWARTZ:  Okay.

23            MR. GRUNBERG:  And, you know, we've done

24  at least an hour of questions about things he

25  didn't look at that it's clear as day on his

Exhibit 2, Page 225

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   report that he didn't look at these things.
 2          So, you know, it's getting to the point
 3   of harassing to sit here and go through all these
 4   things again and again that he's never represented
 5   in his report that he did.
 6          You know, you could sit here and ask this
 7   man if he's ever talked to the pope, you know.
 8   It's not going to get us any closer to figuring
 9   out what's going on in this case, when you have
10   his report right here and it says what he did.
11          MR. SCHWARTZ:  Okay.
12   BY MR. SCHWARTZ:
13      Q.  You're a scientist, right?
14      A.  Computer scientist, yes.
15      Q.  And the only data that you want to use in
16   your work is reliable data, correct?
17      A.  You always want to use reliable data,
18   sure.
19      Q.  Did you conduct any sensitivity testing
20   or any other type of work to validate that the
21   SimilarWeb data you were receiving was reliable?
22      A.  The -- I did not do a sensitivity test,
23   no.
24      Q.  Did you do -- oh, I'm sorry, I cut you
25   off.
```

Exhibit 2, Page 226

BERNARD J.JANSEN, PHD

November 04, 2019

1        A.   I -- as I mentioned before, from my own
2    experience and use in the field, SimilarWeb gives
3    the most reliable results.  I did a comparison to
4    ensure that the numbers they gave were not overly
5    optimistic.  I looked, I did research to see what
6    the opinions of others in the field were.  I
7    referenced one of those in my report.  I talked to
8    two different people at SimilarWeb and looked at
9    their documentation.
10           Their approach is scientific, it's
11   rigorous.  The methods seem very relevant to me.
12   And so -- and also SimilarWeb is used by many
13   players in this field.  There's billions of
14   dollars of advertising revenue based on it.  So
15   based on those factors, SimilarWeb was appropriate
16   for this particular analysis.
17        Q.   Right.  Did you look for any commentary,
18   papers, articles, any information regarding the
19   reliability or accuracy of the SimilarWeb data?
20        A.   Well, I do provide one reference in the
21   paper.  Also in the documentation from SimilarWeb,
22   they -- they don't phrase it in terms of
23   reliability, but they phrase it in terms of that,
24   you know, the -- comparing the numbers that they
25   generate to what you may get from a particular

Exhibit 2, Page 227

November 04, 2019

```
 1   traffic and you've relied on SimilarWeb for daily
 2   unique visitors, right?
 3        A.   Uh-huh.
 4        Q.   And you think that's important.
 5   Otherwise you wouldn't have said it, right?
 6        A.   I just -- I bring it up because of the
 7   differences you're pointing out in the 1 percent
 8   average versus the 17 percent traffic.
 9        Q.   Where does it say that that 1 percent of
10   organic traffic is daily unique visitors?  It
11   doesn't say that.
12        A.   It does not say that.
13        Q.   You made that up just now, didn't you?
14        A.   I did not make that up.  I pointed out
15   that the organic traffic is 1 percent.
16        Q.   Well, that's -- that's interesting to
17   know.  But what you don't seem to want to talk to
18   me about is that the overall number of visitors
19   that they counted, whether it was unique or not
20   unique, is off by 17 percent, isn't it, according
21   to this report?
22             MR. GRUNBERG:  Objection.  Objection,
23   form.
24        A.   On page 17 -- excuse me, page 6 it says
25   overestimated total visit numbers, okay, by 17
```

Exhibit 2, Page 228

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1    percent.
 2    BY MR. SCHWARTZ:
 3        Q.  Right.  And that, if you look at the
 4    chart on the prior page, they went to 25, they
 5    looked at 25 different websites and in 10 of the
 6    25 an or 40 percent, SimilarWeb overestimated,
 7    right?
 8        A.  And as I said --
 9        Q.  Right?
10        A.  As I -- they did overestimate on these
11    particular sites, yes.
12        Q.  Right.  And the total overestimation
13    including net of underestimations is 17 percent of
14    the visitor traffic, correct?
15        A.  Of the visits.
16        Q.  Correct?
17        A.  Of the visits, yes.
18        Q.  Right, okay.  And my followup question
19    is:  The data that SimilarWeb uses to provide
20    total visitors comes from the same sources as the
21    data they get for total unique visitors, isn't it?
22            MR. GRUNBERG:  Objection, form.
23        A.  I don't know for sure.
24    BY MR. SCHWARTZ:
25        Q.  Do you have any reason to suspect there
```

Exhibit 2, Page 229

1   would be one set of data that SimilarWeb scans

2   from the internet from scraping, from everything

3   else, for total traffic versus unique traffic?  Do

4   you have any reason to believe that?

5       A.  I don't -- I'm trying to answer your

6   question.  I don't know for sure, so.

7       Q.  Okay, that's good.  You've answered it.

8   I appreciate that.

9           Did you read any other studies about the

10  reliability of SimilarWeb data besides Screaming

11  Frog in connection with your work in this case?

12      A.  I've done a lot of work with SimilarWeb

13  and I've read a lot of these studies over -- since

14  I've been using traffic estimation services.

15  There are many out there that attempt to evaluate

16  SimilarWeb and other traffic estimation tools.

17      Q.  And if you were aware of any other

18  studies that weighed in on the reliability of

19  SimilarWeb's data, you'd want to disclose that in

20  your report, wouldn't you?

21      A.  There -- I said there are a lot of ones

22  like this.  I provide this as an example of what's

23  available.

24      Q.  Right.  Are you aware of any others that

25  are critical of the reliability and accuracy of

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   way, just for the record, it's all lower case
 2   A-R-H-E-F-S.
 3        A.  Yeah, I mean, I've used them before for
 4   different things, but I don't know much about
 5   them.
 6        Q.  Okay.  So if we look at page 7 of 31,
 7   they did an analysis of SimilarWeb for 116
 8   websites and then they looked at a sample of 116
 9   websites from an assessment group called Flippa,
10   F-L-I-P-P-A and then they compare them.  Do you
11   see that on page 7 of 31?
12        MR. GRUNBERG:  And, by the way, let me --
13   not to interrupt the question, but take your time
14   to look through that and familiarize yourself with
15   this article, as you haven't seen it before, so
16   you're allowed to do that.
17        THE WITNESS:  Okay.  Okay, I'm at the
18   page, page 7.
19   BY MR. SCHWARTZ:
20        Q.  Page 7, all right.  And do you see where
21   they say they reported their results, it's under
22   the heading, Here's What We Found?  It's not a
23   heading, it's just text.  It says, Here's What We
24   Found, colon, on page 7.
25        A.  Okay.  Here's what we found.
```

Exhibit 2, Page 231

BERNARD J.JANSEN, PHD

November 04, 2019

1        Q.   Do you see the words "Here's What We

2    Found"?  Would it be okay if I just reached over

3    to point to you where they are?

**4        A.   Please.**

5        Q.   Here's what we found, right there.

**6        A.   Got it, yes.**

7        Q.   Why don't you read along as I'll read it

8    into the record.  Here's what we found.

9    SimilarWeb overestimated total unique visitors for

10   91.67 percent of the websites.  SimilarWeb

11   overestimated total unique visitors by 308 percent

12   on average.  SimilarWeb overestimated total page

13   views for 70 percent of the websites.  SimilarWeb

14   overestimated total page views by 210 percent on

15   average.  To summarize, SimilarWeb tends to

16   drastically overestimate actual unique visitors

17   and page views, according to our testing.

18             Do you see that?

**19        A.   Yes, I see that.**

20        Q.   Okay.  The -- if the analysis that --

21   Ahrefs, A-H-R-E-F -- you know what, I misspelled

22   it, it's A-H-R-E-F-S.  Ahrefs.

23             MR. GRUNBERG:  I'm going with Ahrefs.

24   BY MR. SCHWARTZ:

25        Q.   If the analysis of Ahrefs did of

Exhibit 2, Page 232

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   overestimation of total unique visitors by 308
 2   percent were applied to your number of 98 million,
 3   you would need to reduce that 98 million, wouldn't
 4   you?
 5        A.  Based on the assumptions you just spelled
 6   out there and the -- you know, doing math, yes.
 7        Q.  Okay.  All right.  That's all I had on
 8   this.  Let me -- to move this along and get you
 9   out of here, let me talk to you about the counting
10   of the articles that you did.
11        A.  Yes.
12        Q.  I think you described at, in paragraph 59
13   of your report, so why don't we take a look,
14   that's page 19, I believe.  And you let me know
15   when you're on page 19 and you have paragraph 59
16   in front of you.
17        A.  I am there.
18        Q.  Okay.  So you give an example of one of
19   the search page results that you generated from
20   Google on figure 8, on the next page, is that
21   right?
22        A.  Yes.
23        Q.  And did you create the screen grab, that
24   is to say figure 8 as it appears in your report?
25        A.  Yes.
```

Exhibit 2, Page 233

BERNARD J.JANSEN, PHD

November 04, 2019

1        Q.   Okay.  And is this, in fact, something
2    you did yourself?
3        **A.   Yes.**
4        Q.   Okay.  Quite often Google tells you, in
5    addition to just giving you the results, they tell
6    you how many results they found given the search
7    that you asked Google to do, right?
8        **A.   Yes.  You've got to take it with a grain**
9    **of salt, but they do give you a number, yes.**
10       Q.   What's the grain of salt you have to take
11   it with?
12       **A.   Well, when you ask, that is also an**
13   **estimation, it's not an actual count.  They do a**
14   **numerical calculation.  So if you get down to page**
15   **10, 20, you'll see that they're kind of really not**
16   **results, that they're either stub pages or things**
17   **like that, so -- but yeah -- yes, they do give you**
18   **a number.**
19       Q.   Is there a reason why that number doesn't
20   show up on figure 8 for the search you ran?
21       **A.   I wouldn't know.  Maybe because of the**
22   **time delimiter I have here.  I don't know.**
23       Q.   All right.  And to be clear by the time
24   delimiter, in other words, you looked for Google
25   articles in the time frame June 1 to July 31,

Exhibit 2, Page 234

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   see how you did your work, you're not aware of any
 2   record or notes of your work that reflect the
 3   decisions you made or how you made the decisions
 4   you made to include or exclude articles.
 5          MR. GRUNBERG:  Objection, form.
 6       A.  The methodology I used to make the
 7   decisions are outlined in my report.  The articles
 8   that passed the criteria are in my report.  I also
 9   included the dash I believe 140 articles of case
10   articles that I excluded.  So those are part of my
11   report.
12   BY MR. SCHWARTZ:
13       Q.  Right.  But there's no list that we can
14   review in front of the jury that explains, Okay,
15   for article number 3 here are the reasons why I
16   chose to include it.  Article X that's not on my
17   list, here are the reasons why I chose to exclude
18   it.  There's nothing like that, is there?
19          MR. GRUNBERG:  Objection.  I mean, this
20   is just trending into the area of irrelevant,
21   particularly because Mr. Musk twice basically
22   challenged Mr. Unsworth to sue him.  And as you
23   know under the law in California, that makes it
24   reasonably foreseeable that Mr. Unsworth would,
25   indeed, have to sue Mr. Musk in order to challenge
```

Exhibit 2, Page 235

BERNARD J.JANSEN, PHD

November 04, 2019

1   the false defamatory and heinous statements that

2   Mr. Musk made about Mr. Unsworth.

3          But go ahead, if you want to continue

4   going down this road.

5   By MR. SCHWARTZ:

6       Q.   Okay.  Can you answer my question?

7       **A.   Could you repeat the question?**

8       Q.   Sure.  There's no list we can review in

9   front of the jury that explains, for example, for

10  article number 3, Here are the reasons why I chose

11  to include it.  Article X that's not on my list,

12  here are the reasons why I chose to exclude it.

13  There's nothing like that that you created in the

14  course of your work, is there?

15      **A.   Well, there is a paragraph that explains**

16  **the inclusion part in my report, but I did not**

17  **keep a log of the articles that I did not include.**

18      Q.   But even as to the articles that you

19  chose to include, you didn't log as you were

20  making the decisions to include them why you felt

21  a particular article that you were including met

22  the criteria, did you?

23      **A.   As I state in my report, the articles**

24  **either included the defaming statements or not.**

25  **So it's kind of a binary decision.**

Exhibit 2, Page 236

BERNARD J.JANSEN, PHD

November 04, 2019

1        Q.  Well, but it's more than that.  You seem
2    to overlook the other criteria about whether or
3    not the article was or was not primarily about the
4    case.  You didn't log the decisions you made or
5    the reasons for the decisions you made on that,
6    did you?
7        A.  Those were articles that I excluded, so,
8    as I already stated, I didn't keep a log of
9    articles that I reviewed but did not include.
10       Q.  But also as to articles that you included
11   as having decided that they were, quote, not
12   primarily about this case, there's no log that
13   explains the basis for your decision as to why you
14   believed that the article was not primarily about
15   the case, is there?
16       A.  They included the defaming statements.
17   So they met the criteria for inclusion.
18       Q.  I'm not asking you about whether they
19   contained the defaming statements.  I'm focusing
20   on whether or not the article was primarily about
21   the case.  Focusing on that --
22       A.  Excuse me, sir, that was not your
23   question.  Your question was did I keep a list of
24   which articles I included.  And yes, if they
25   contained the defaming statements they were

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1    included in the list.
 2         Q.   That's not what I'm asking you about.
 3    Let me be very clear so you have a new question.
 4    With respect to the decisions you made as to why
 5    an article was not primarily about the case,
 6    therefore if it contained the defaming statements
 7    you would include it, right?  That's the -- your
 8    process, right?  Contains the defaming statements
 9    and it is not primarily about the case, right?
10         A.   I would include it, yes.
11         Q.   Yes.  Is there a log for the articles
12    that you did include that explains how you came to
13    the conclusion that each of those articles was not
14    primarily about the case?
15              MR. GRUNBERG:  Objection, form, asked and
16    answered.
17         A.   For the vast majority of articles there
18    was no mention of the case.  There may have been,
19    again, one or two that have some offhand
20    mentioned.  But, again, this is a small number of
21    articles that I didn't -- would even fit this
22    bill.  Most of the articles that were about the
23    case were obviously about the case, and I excluded
24    them.
25         Q.   Isn't the question I asked you:  Is there
```

Exhibit 2, Page 238

```
 1    a log that explains the conclusions you made as to

 2    why an article that may have mentioned the case

 3    was, in your judgment, not primarily about the

 4    case?

 5         A.   Is there a log that specifies that, no.

 6         Q.   Now, with respect to whether or not an

 7    article was primarily about the case, was there

 8    some set of objective criteria that you applied,

 9    or did you just make subjective judgments?

10         MR. GRUNBERG:   Objection, asked and

11    answered.

12         A.   Could you repeat the question, please?

13    BY MR. SCHWARTZ:

14         Q.   With respect to the -- whether or not an

15    article was primarily about the case, did you

16    apply a set of objective criteria or subjective

17    criteria?

18         A.   As a thinking person I read the article

19    and if it was primarily about the case, many times

20    it was specifically -- you know, it would be

21    stated in the title or the lead paragraph, I'd

22    make a determination if it was about the case or

23    not.

24         Q.   What if it wasn't that clear?

25         MR. GRUNBERG:   Objection, asked and
```

November 04, 2019

```
 1   answered.
 2        A.   Yeah, I've answered this many times.  I'm
 3   done.
 4   BY MR. SCHWARTZ:
 5        Q.   Okay.  How many articles did your Google
 6   search tell you that exist that mention Vern
 7   Unsworth?
 8        A.   I don't recall.  I don't know.
 9        Q.   Do you know an approximate number?
10        A.   I don't know approximate, no.
11        Q.   How many articles did your search results
12   generate -- by the way, you did run a, I think you
13   said, a search for just Vern Unsworth or Vernon
14   Unsworth?
15        A.   I'm sure I did.  I can't say for sure but
16   I would assume I did.
17        Q.   Okay.  How many articles in your search
18   results from Google did not contain what you call
19   in your report the defaming statements?
20        A.   That did not, how many?
21        Q.   Yes.
22        A.   I don't know.  I can't recall the number.
23        Q.   Can you give us an approximate number, a
24   ratio or a percentage or a fraction of the total
25   number of articles that you found using the Google
```

Exhibit 2, Page 240

BERNARD J.JANSEN, PHD

November 04, 2019

```
1         A.   I did not -- that is correct.

2         Q.   Okay.

3         A.   I do -- I stated I located, this is a

4    sample of 140 articles that were primarily about

5    the lawsuit, contained the defaming statements,

6    but not included it into my count.

7         Q.   So you can't tell us the number of

8    articles that have been written that are primarily

9    about this lawsuit, can you?   Regardless of

10   whether they contain the defaming statements.

11             MR. GRUNBERG:   Objection, form.

12        A.   I --

13             MR. GRUNBERG:   By the way, are you asking

14   if he, as a general principle, can tell you or

15   whether as he sits here today he has a number for

16   you.

17   BY MR. SCHWARTZ:

18        Q.   As you sit here today do you have a

19   number for me of the articles that have been

20   written about Mr. Unsworth that are primarily

21   about the lawsuit?

22        A.   Since I didn't do that analysis I don't

23   have the number, no.

24        Q.   And I take it, then, since you don't know

25   what these articles are, you couldn't possibly
```

BERNARD J.JANSEN, PHD

November 04, 2019

```
1    tell me what the daily unique viewers count would
2    be for the websites on which those articles were
3    available.  That's not information you have
4    either.
5            MR. GRUNBERG:  Again, objection.  Are you
6    asking if he could as a general matter or as he
7    sits here today?
8    BY MR. SCHWARTZ:
9         Q.  As he sits here today.
10        A.  Since I didn't do the analysis, no, I
11    could not give you that number.
12        Q.  Okay.  And do you know, as you sit here
13    today, whether someone Googling Vern Unsworth is
14    more likely to see stories about the lawsuit that
15    aren't on your list than they are to see any of
16    the articles that are on your list?
17        A.  You're speaking specifically?
18        Q.  I am.
19        A.  Okay.  I don't know.
20        Q.  Okay.  How many of the articles that are
21    on your list contain information that's critical
22    of Mr. Musk?
23        A.  Critical of Mr. Musk?  I didn't
24    specifically look at that.  I can give you my
25    general impression of most of the articles were
```

Exhibit 2, Page 242

BERNARD J.JANSEN, PHD

November 04, 2019

1    critical of the action rather than critical of

2    Mr. Musk.  But I didn't specifically look at that,

3    so I don't know.

4        Q.  Okay.  And just to clarify what you said,

5    in other words, most of the articles were critical

6    of Mr. Musk for saying what he said about

7    Mr. Unsworth?  Is that what you mean?

8        A.  From reading the articles, yeah, that's

9    my impression.

10       Q.  How many articles on your list say that

11   what Mr. Musk said about Mr. Unsworth was untrue?

12       A.  Untrue?

13       Q.  Untrue.

14       A.  Again, I didn't specifically look at

15   that.  But I've read a lot of the articles.  If I

16   had to kind of sum it up it would be more of

17   rather than accusations of untrue as, you know, no

18   evidence provided, would be the general gist of --

19   you know, in that vein.  But again, I was not

20   asked to investigate that.

21       Q.  I understand.  So using that version of

22   what we're asking about, how many of the articles

23   on your list report that Mr. Musk had no evidence

24   to support his statements about Mr. Unsworth?

25       A.  Again, I don't have an exact count.  I'm

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1     just giving you my impressions from reading the

 2     articles.  You know, there were some of those.

 3     But most of them were just reporting the actions

 4     of the defaming statements and what happened and

 5     the reactions.  But -- so I didn't specifically

 6     look at this aspect of true or untrue.

 7          Q.  Okay.  Some of the articles on your list

 8     state that Mr. Musk was wrong to have said what he

 9     said about Mr. Unsworth, right?

10          MR. GRUNBERG:  I'm just going to object

11     to form, by the way, in terms of you're now

12     getting into areas that are far afield from what

13     his report says he's going to give an opinion on.

14     It's not clear what the relevance is.  And if you

15     want him to now become an expert about whether or

16     not these articles were critical of Mr. Musk or

17     not, certainly his report doesn't purport to be

18     giving an expert opinion on that field.  But go

19     ahead.

20     BY MR. SCHWARTZ:

21          Q.  Please answer my question.

22          A.  Could I get the question again.

23          Q.  Sure.  Some of the articles on your list

24     state that Mr. Musk was wrong to have said what he

25     said about Mr. Unsworth, correct?
```

Exhibit 2, Page 244

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1        A.  Again, I was not asked to investigate
 2   this.  But from reading the articles, yeah, I
 3   assume there are some that said that.
 4            (Defendant's Exhibit 152 marked)
 5   BY MR. SCHWARTZ:
 6        Q.  So Exhibit 152 is from feedimo.com, and
 7   it's one of the articles on your list, correct?
 8        A.  I believe so.
 9        Q.  Okay.  And it's headlined, says that what
10   Mr. Musk said about Mr. Unsworth was baseless,
11   right?
12            MR. GRUNBERG:  Objection, form.
13        A.  Well, as I'm -- as a rational person
14   reading this, it says -- actually baseless would
15   qualify feud.
16   BY MR. SCHWARTZ:
17        Q.  Sorry.  Let me direct your attention to
18   the first line.  It says, Tech entrepreneur Elon
19   Musk has intensified his baseless attacks against
20   a British driver who helped coordinate --
21        A.  Okay.
22        Q.  That's the first line of the article,
23   right?
24            MR. GRUNBERG:  Just to be clear, I think
25   you said British driver but you meant British
```

Exhibit 2, Page 245

BERNARD J.JANSEN, PHD

November 04, 2019

1  these 47 articles are different articles from the

2  465 articles you discuss in paragraph 55.a. of

3  your report?

4      **A.  Yes, those -- I put them each in these**

5  **separate buckets to separate them out, yes.**

6      Q.  Okay.  And if I go to your spreadsheet it

7  will tell me which articles contain -- which

8  articles are these 47 articles, correct?

9      **A.  Yes, these articles are tagged in the**

10  **spreadsheet.**

11     Q.  And then I can find the average daily

12  viewer -- visitors to those websites by looking at

13  your other chart, correct?

14     **A.  Yes, from those domains that those sites**

15  **were published on, you can get the dissemination**

16  **of these particular defaming statements.**

17     Q.  Okay.  So have you looked to see what the

18  dissemination is, in other words, the daily

19  average viewer dissemination metric is, for these

20  47 articles?

21         MR. GRUNBERG:  Objection, form.  And, by

22  the way, you keep on saying daily average viewer,

23  but I think you mean daily average visitor.

24         MR. SCHWARTZ:  Thank you, Counsel, so

25  much.  Let me back up and start again.

BERNARD J.JANSEN, PHD

November 04, 2019

1  BY MR. SCHWARTZ:

2      Q.  Have you done any analysis to determine

3  what the daily average visitor metric is for the

4  websites that hosted the 47 articles in paragraph

5  55.c.?

6      **A.  As I mentioned, it's not as cut and dry**

7  **as that, because it's -- when you get to the**

8  **traffic, or the unique visitors, there's overlap**

9  **because, again, these sites may have published an**

10  **article that's in all three of these buckets, you**

11  **know.  So --**

12      Q.  I see, okay.

13      **A.  It's not as cleancut as saying, Oh,**

14  **this -- only these 47 articles had this**

15  **dissemination, because if a website occurred at**

16  **all three buckets I only counted it once, so . . .**

17      Q.  I see.  Okay, okay, thank you.  All

18  right.

19          Page 15, paragraph 48, in paragraph 48

20  you write, the second sentence, From Mr. Musk's

21  Twitter account millions of people could have seen

22  the defaming statements, and we know based on

23  screen shots above of Tweets containing the

24  defaming statements that will thousands of people

25  directly interacted with the Tweets.  I wanted to

Exhibit 2, Page 247

BERNARD J.JANSEN, PHD

November 04, 2019

1   ask you some questions about that.

2        A.  Sure.

3        Q.  First of all, you don't know how many

4   people actually did see, on Twitter, that is to

5   say, Mr. Musk's Tweets concerning Mr. Unsworth, do

6   you?

7        A.  I did not analyze that, so no, I do not.

8        Q.  And you don't know how many people -- how

9   many of his Twitter followers actually read any of

10  his Tweets concerning Mr. Unsworth, do you?

11       A.  I didn't analyze that, so no.

12       Q.  And are you generally with how the

13  Twitter app works?

14       A.  Yes, I use -- I did one of the original

15  Twitter research papers, had a Twitter account for

16  many years, so yes.

17       Q.  Okay.  So the fact that Mr. Musk may have

18  had 20 million plus followers in July 2018 doesn't

19  mean that when he Tweeted about Mr. Unsworth 20

20  million people saw it or even knew about it,

21  right?

22       A.  You don't know that for sure, yes.

23       Q.  So for one of Mr. Musk's followers to

24  have -- all right, let me back up for a second.

25            The -- I'm trying to come up with a

November 04, 2019

```
 1    concept here of what I call automatic or passive
 2    receipt of the Tweet.  There are some
 3    circumstances under which somebody who follows
 4    somebody else on Twitter passively or
 5    automatically gets all their Tweets, and there are
 6    some circumstances where that doesn't happen,
 7    right?
 8         A.  Yeah, there's different approaches, yes.
 9         Q.  Right.  So for somebody in July 2018 who
10    was following, one of the 20 million followers of
11    Mr. Musk's Twitter account, to have automatically
12    gotten his Tweets regarding Mr. Unsworth or
13    passively receive them without doing anything,
14    that person first would have had to set up a
15    notification to receive any Tweet from Mr. Musk,
16    right?
17              MR. GRUNBERG:  Objection, form.
18         A.  I mean, if they're following -- yeah, if
19    a person's following they can see their Tweets.
20    But this number of followers, it's more kind of
21    akin to what I did with the traffic, the website
22    traffic.  It's the number of people that it
23    possibly could have been disseminated to.  It's --
24    don't know, can't say for sure whether a
25    particular person saw a particular Tweet.
```

Exhibit 2, Page 249

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1          A.   Okay.
 2          Q.   So, but to put it slightly differently,
 3    the mere fact that I'm -- I was -- I'm not, but if
 4    I were, a follower of Elon Musk on Twitter doesn't
 5    mean that I'm going to get some notification on my
 6    device or when I log onto Twitter that immediately
 7    says, Hey, Elon Musk has issued the following
 8    Tweets, and here they are.  Is that right?
 9               MR. GRUNBERG:  Objection, form.  And you
10    know what, I'll let you answer and then we're
11    going to take a break.
12          A.   The -- in that particular scenario
13    someone could either see the entire stream that --
14    not only Mr. Musk, but everybody they were
15    following, his Tweets would be with -- meshed with
16    other people.  Or if people could go directly to
17    his Twitter page and see all his Tweets.  I mean,
18    those would be two -- the two primary ways of
19    seeing what he has Tweeted.  Either something that
20    is just passive where you don't have to do
21    anything, or something you'd go and actively seek
22    something else.
23               MR. SCHWARTZ:  Okay.  Counsel wants to
24    take a break, so let's go off the record.
25               THE VIDEOGRAPHER:  Going off the record.
```

Exhibit 2, Page 250

BERNARD J.JANSEN, PHD

November 04, 2019

```
1    The time is now 4:39 p.m.
2           (Recess)
3           THE VIDEOGRAPHER:  We are back on the
4    record.  The time is now 4:49 p.m.
5    BY MR. SCHWARTZ:
6        Q.  Okay.  I want to finish this up quickly,
7    and I think I can ask you one question now that
8    might close this up very quickly.  You're not
9    offering any opinion testimony or any testimony in
10   this case as to the number of Twitter followers of
11   Mr. Musk who actually read any of his Tweets about
12   Mr. Unsworth, correct?
13       A.  I've not been asked to do that, no.
14       Q.  And I think in your report you report on
15   the number of people who interacted with his
16   Tweets, right?
17       A.  I mention that in the report, yes.
18       Q.  And that's about 3362 people?
19       A.  Without looking at the report, I -- is
20   there a particular paragraph is?
21       Q.  No, I don't have that.
22       A.  I don't know that number.
23       Q.  My last topic -- and I really do want to
24   get you out of here -- is just to understand what
25   you can tell me about how Google arranges
```

Exhibit 2, Page 251

BERNARD J.JANSEN, PHD

November 04, 2019

```
 1   searches.  So when you were doing the searches you
 2   ran, can you tell me, for example, one thing:
 3   Does Google place more recently published stories
 4   ahead of older stories?
 5        A.  The -- it's a proprietary algorithm so I
 6   don't know for sure, but the general analysis that
 7   has been done, especially in news articles that
 8   the most recent ones will be -- that's one of the
 9   factors they use in ranking the results.
10        Q.  Do you know any other factors that Google
11   takes into account in ranking or prioritizing
12   which links or stories come up ahead of others?
13        A.  Yes.
14        Q.  What are they?
15        A.  I've been told there's 201, so I will
16   cancel my flight.
17        Q.  No, I don't want you to do that.  Just
18   maybe one or two of the more significant ones.
19        A.  Sure.  The credibility of the site, so --
20        Q.  Okay.  And the other?
21        A.  Another one would be the number of
22   perhaps links that point to that particular
23   article or that particular site.  They use those
24   as anchor texts.
25        Q.  And is it correct that the results that
```

Exhibit 2, Page 252

# EXHIBIT 3

 USA           Feedimo

📅 September 05, 2018

## Elon Musk Calls Thai Cave Diver Hero A 'Child Rapist' As He Escalates Baseless Feud


DEFENDANT'S EXHIBIT
152
11-4-19

🔊 'I f**king hope he sues me.'




Master Emerging
Master Your Ma
GIGAOM
START YOUR FREE 60
GIGABRIEF

Tech entrepreneur Elon Musk has intensified his baseless attacks against a British diver who helped coordinate the rescue of 12 boys and their football coach from a flooded cave in Thailand by branding him a "child rapist" in an email to a reporter.

Vernon Unsworth is credited for playing a leading role in the rescue, which saw the young football players saved by navigating dark and tight passageways filled with muddy water and strong currents, as well as oxygen-depleted air.

In July Musk lashed out at Unsworth for ridiculing a mini-submarine he had commissioned for the rescue effort and branding him a "pedo". Musk followed up by apologising profusely when the 63-year-old said he was considering legal action over his unsubstantiated remarks.



This week Buzzfeed published two new emails from Musk in which he groundlessly called the

### Related Stories

 Four-metre king cobra wrestled from sewer in Thailand

 Drag Race UK: Alan Carr And His Pithy Putdowns Are Already Everyone's Favourite Things About The Show

 30 Spectacular Hotel Pools Around The World

 How Elon Musk is trying to explain away his 'pedo guy' insult in court

 Elon Musk Claims Branding Hero Diver A 'Pedo Guy' Did Not Mean He Was Accusing Him Of Paedophilia

 Six elephants die in Thai waterfall while trying to save each other from 'Hell's Abyss'

 Drag Race UK: Alan Carr's Pithy Putdowns Are Everyone's Favourite Thing About The Show

 The Apprentice 2019 Contestants Revealed: Meet The Candidates Who Will Face Lord Sugar

 Male model arrested in widely publicized Thai sex case

 Half of the 147 tigers rescued from Thai temple have died

Exhibit 3, Page 253

10/31/2019                Elon Musk Calls Thai Cave Diver Hero A 'Child Rapist' As He Escalates Baseless Feud - feedimo





order to obtain a "child bride who was about 12 years old at the time."

Unsworth's lawyer told the Guardian in an email that his client was now proceeding with legal action. He said: "Elon Musk's campaign of publishing vile and false accusations against Mr Unsworth is inexcusable. Musk hopes to be sued and he deserves to be sued. He will be."

Musk had earlier emailed Buzzfeed to say: "I suggest that you call people you know in Thailand, find out what's actually going on and stop defending child rapists, you fucking asshole… As for this alleged threat of a lawsuit, which magically appeared when I raised the issue (nothing was sent or raised beforehand), I fucking hope he sues me."

Non-Party Mr. Mac 🙃 @RMac18 · Sep 4, 2018
Elon Musk sent me an email last week. In it, he accused a British cave rescuer of being "a child rapist" who took a "12-year-old bride." He didn't provide any evidence of those claims.

He also called me a "fucking asshole."buzzfeednews.com/article/ryanma…






In New Email, Elon Musk Accuses Cave Rescuer Of Bei…
In an email to BuzzFeed News, Tesla CEO Elon Musk accused a Thai cave rescuer of moving to Thailand to take a
buzzfeednews.com

Non-Party Mr. Mac 🙃 @RMac18

This was his first email to me after I asked him twice for comment on a legal threat from the rescuer's lawyer.

He prefaced the email with "off the record" though I did not agree to that condition. Off the record is a two-party agreement.








2,761   2:09 PM - Sep 4, 2018

925 people are talking about this

Buzzfeed said: "It is unclear why Musk believes the allegations against Unsworth or what evidence he has to support them. Musk did not provide proof of his claims to Buzzfeed News, and Buzzfeed News could not verify any of the claims after reporting on Unsworth's background."

It had looked as if the feud was over in July when in a reply to a Twitter user who shared an article about the fall-out, Musk said: "As this well-written article suggests, my words were spoken in anger after Mr Unsworth said several untruths and suggested I engage in a sexual act with the mini-sub, which had been built as an act of kindness and according to the specifications from the dive team leader.

USA        Feedimo

Latest News


Sonny Bill Williams departs as he arrived: dividing opinion like no other All Black | Matt McIlraith

Is Carabao Cup the world's best tournament? – Football Weekly Extra

Rassie Erasmus says winning World Cup can help heal divisions in South Africa

Rudy Giuliani reportedly brought his locked iPhone to an Apple store after being named Trump's cybersecurity adviser

'The Witcher' Showrunner Talks Magic, Monsters and Sex as Trailer Drops (EXCLUSIVE)

Battle of the sexes: why this year's Oscars will be a gender war

Rain Phoenix on her new album River: 'My brother has been my guiding light'

This Halloween, Spare A Thought For Teachers Who Are Often The Targets Of Intimidation

Exclusive: How Lebanon's Hariri defied Hezbollah

Elizabeth Warren's Untenable Plans

Leaders


Donald Trump
45th President of the United States of America


Mike Pence
Vice President of the United States

Exhibit 3, Page 254

10/31/2019                    Elon Musk Calls Thai Cave Diver Hero A 'Child Rapist' As He Escalates Baseless Feud - feedimo

🇺🇸 USA              📶 Feedimo

alone."

HuffPost UK has contacted Tesla and Musk for comment.



Angela Merkel
Chancellor of Germany

Emmanuel Macron
President of France

Justin Trudeau
Prime Minister of Canada

Nancy Pelosi
Speaker of the United States House of
Representatives

Barack Obama
44th U.S. President

Theresa May
Member of Parliament of the United Kingdom

Vladimir Putin
Russian President

Shinzō Abe
Prime Minister of Japan

Exhibit 3, Page 255

# EXHIBIT 4

9/24/2019                          If You're Calling Someone a 'Pedo' on Twitter, Elon Musk, It's Time to Take a Long, Hard Look at Your Life | Inc.com



Sign up for the **Inc. This Morning** newsletter                                                    ✕

EMAIL ADDRESS                                                                    SIGN UP


LEAD

# If You're Calling Someone a 'Pedo' on Twitter, Elon Musk, It's Time to Take a Long, Hard Look at Your Life

I give you the same advice I gave the people who attacked you last week. Stop and think before you tweet again.

in  f  🐦

By Bill Murphy Jr.  www.billmurphyjr.com  🐦 @BillMurphyJr



GETTY IMAGES

*(Update: Enough about Elon Musk. I'd now read about these unsung heroes of the Thai cave rescue.)*

Last week, people were criticizing Elon Musk for quickly building a "mini-submarine" to try to help the Wild Boars soccer team rescue in Thailand.

The sub wasn't needed in the end, of course, but it was crazy for people to attack him over it. And I was quick to defend him.

DEFENDANT'S
EXHIBIT
153
7/4-19

Exhibit 4, Page 256

Today, however, it's Musk who's blatantly, flagrantly in the wrong. I have the same advice for him: Take a long, hard look at your life.

Here's what happened.

## "Sorry pedo guy"

Vernon Unsworth, a British man living in Thailand who was part of the rescue effort and is credited with convincing the Thai and British governments to send three of the world's best cave divers to the rescue scene, joined in the criticism of Musk.

In a CNN interview, he called the mini-sub a "PR stunt" that had "absolutely no chance of working," and said Musk could "stick his submarine where it hurts."

Musk hit back hard, reportedly at first arguing about the merits of his kid-sized submarine, but quickly turning ad hominem.

"We will make one of the mini-sub/pod going all the way to Cave 5 no problemo. Sorry pedo guy, you really did ask for it," Musk reportedly tweeted. (The entire exchange has now been deleted.)

Other Twitter users pushed him to back up his charge, to which Mush tweeted: "Bet ya a signed dollar it's true."

## What's the upside?

How is this wrong? Let me count the ways.

It's wrong because obviously you don't go around calling people pedophiles (or "pedos") without proof. Even then, I'd probably do it sparingly.

And it's also wrong because there is literally no upside here.

The universe of people who were paying attention to this kerfuffle was shrinking by the minute. And Musk had already won the argument when he released emails he'd had with Dick Stanton, one of the two civilian divers who'd led the tactical rescue effort.

I truly don't understand why he'd bother to engage. This isn't like five years ago, if you recall, when the *New York Times* gave a bad review to the Model S, and Musk responded to it point by point.

Exhibit 4, Page 257

I mean, if Elon Musk were hit by a bus tomorrow, he'd leave behind a truly great legacy of entrepreneurship. Unsworth, for all his involvement in the Thailand rescue, is still pretty much unknown.

Or at least he was until Musk decided to engage and make a totally baseless accusation.

## Are you Steve Jobs or Henry Ford?

I don't know why Musk seems to have such a thin skin and such a need for attention. I suppose it's likely entwined with all the things that make him successful.

But at 47 years old, he needs to decide to take control of his ego and display a little bit of emotional intelligence.

I think he needs to decide whether he wants to be the Steve Jobs or the Henry Ford of his generation. Both men were visionaries--both hard-driving, bend-the-universe leaders.

Jobs is remembered now as a brilliant innovator and leader, but frankly kind of a jerk--somebody who could be brutal or even cruel to the people he worked with, but who did so in furtherance of futuristic goals. He's largely held up as a positive example.

Ford, on the other hand, is remembered as an industrial age genius--but he's also highly controversial for some of his way-out-there beliefs and actions.

We can start with the kind of virulent anti-Semitism he displayed, which led Adolf Hitler to praise him before World War II, and leaves him now unable to even get his name placed on a memorial bridge in a small Florida town.

Nobody's accusing Musk of anything like that now. He's a fascinating figure with world-class ambition, drive, and success.

But stunts like this "pedo" tweet display a dark side and impetuousness that can be really troubling. And that's a problem worth engineering a solution for.

PUBLISHED ON: JUL 16, 2018

Like this column? Sign up to subscribe to email alerts and you'll never miss a post.
*The opinions expressed here by Inc.com columnists are their own, not those of Inc.com.*

## More from Inc.

Exhibit 4, Page 258

Want to Recruit the Best? The U.S. Army Is Doing This. (But You Should Probably Do the Opposite)



Walmart Just Revealed the Surprising Way Customers Reacted After a Big Change at 2,700 Walmart Stores. (Did You Know They Were Doing This?)



Google and Apple Each Spent Years on a Plan to Dominate This $152 Billion Industry. (The War Starts Next Week)



She Was a Top Google Engineer. Now She Has an Urgent Warning About Something Most People Never Think Of



## Sponsored Business Content

dianomi

# EXHIBIT 5

**TECHNOLOGY**

# The Internet Is Mostly Bots

More than half of web traffic comes from automated programs—many of them malicious.

**ADRIENNE LAFRANCE**   JAN 31, 2017

DEFENDANT'S
EXHIBIT
147
11-7-19
PENGAD 800-631-6989



ISSEI KATO / REUTERS

Look around you, people of the internet. The bots. They're *everywhere*.

Most website visitors aren't humans, but are instead bots—or, programs built to do automated tasks. They are the worker bees of the internet, and also the henchmen. Some bots help refresh your Facebook feed or figure out how to rank Google search results; other bots impersonate humans and carry out devastating DDoS attacks.

Overall, bots—good and bad—are responsible for 52 percent of web traffic, according to a new report by the security firm Imperva, which issues an annual assessment of bot activity online. The 52-percent stat is significant because it represents a tip of the scales since last year's report, which found human traffic had overtaken bot traffic for the first time since at least 2012, when Imperva began tracking bot activity online. Now, the latest survey, which is based on an analysis of nearly 17 billion website visits from across 100,000 domains, shows bots are back

on top. Not only that, but harmful bots have the edge over helper bots, which were responsible for 29 percent and 23 percent of all web traffic, respectively.

"The most alarming statistic in this report is also the most persistent trend it observes," writes Igal Zeifman, Imperva's marketing director, in a blog post about the research. "For the past five years, every third website visitor was an attack bot."

Put another way: More than 94 percent of the 100,000 domains included in the report experienced at least one bot attack over the 90-day period in Imperva's study.

Websites that are less popular with humans—as measured by traffic—tended to attract more visits from bots. "Simply put," Zeifman wrote, "good bots will crawl your website and bad bots will try to hack it regardless of how popular it is with the human folk. They will even keep visiting a domain in absence of all human traffic."

Though bots are interested in websites even when humans are not, bot activity tends to mirror human behavior online. For instance, the most active helper-bot online is what's known as a "feed fetcher," and it's the kind of bot that helps refresh a person's Facebook feed on the site's mobile app. Facebook's feed fetcher, by itself, accounted for 4.4 percent of all website traffic, according to the report— which is perhaps stunning, but not altogether surprising. Facebook is a behemoth, and its bot traffic illustrates as much.

Overall, Feed fetchers accounted for more than 12 percent of web traffic last year. Search engine bots, commercial data-extracting spiders, and website monitoring bots are among the other helpful bots you're likely to encounter online. (That is, if you consider the collection of your personal data for advertising purposes to be helpful.)

Data-grabbing bots do their work invisibly, while other bots are easier to spot. In fact, bots and people bump into one another often. Spambots show up in comment sections and Twitter bots clog people's timelines with everything from marketing, to political campaigning, to social activism, to utter nonsense. These sorts of bots aren't always pleasant, but they aren't outright dangerous.

For the real villains, we turn to impersonator bots used for DDoS attacks. They accounted for about 24 percent of overall web traffic last year. Top offenders in this category included Nitol malware, a bot called Cyclone meant to mimic Google's

good search-ranking bots, and Mirai malware—a virus that caused <u>mass internet disruptions</u> in the United States in October.

Other bad bots to contend with include unauthorized-data-scrapers, spambots, and scavengers seeking security vulnerabilities to exploit. Together, they made up about 5 percent of web traffic.

And even though the internet is already mostly bots, we're only just beginning to see the Bot Age take shape. <u>According to the market-research firm CB Insights,</u> more than a dozen venture-capital-backed bot startups raised their first round of funding last year.

The Dangers of the Deep Web

▷    0:00  /  0:00

*We want to hear what you think about this article. <u>Submit a letter</u> to the editor or write to letters@theatlantic.com.*

**MARK THE NEWS AS READ**

Get a roundup of the most important and intriguing stories from around the world, delivered to your inbox every weekday.

| Enter your email | Sign Up |

# THE VALUE OF GOOD JOURNALISM

Subscribe and support our coverage of the ideas that matter – with up to 78% savings.

**SUBSCRIBE >**

ABOUT

CONTACT

PODCASTS

SUBSCRIPTION

FOLLOW

Privacy Policy     Advertising Guidelines     Terms Conditions     Responsible Disclosure     U.S. Edition     World Edition     Site Map

TheAtlantic.com Copyright (c) 2019 by The Atlantic Monthly Group. All Rights Reserved.

Exhibit 5, Page 263