# EXHIBIT 6

9/24/2019                                   How Accurate Are Website Traffic Estimators? | Screaming Frog

# Scre🐸mingfrog

- About
  - Our Team
  - Our Story
  - Careers
  - Clients
- Services
  - Search Engine Marketing
  - Search Engine Optimisation
  - Pay Per Click Management
  - Social Media Marketing
  - Technical SEO Audit
  - Content Marketing
  - Digital PR
  - Link Building
  - Conversion Rate Optimisation
  - Analytics Consultancy
- Our Work
- Log File Analyser
  - Download
  - User Guide
  - FAQ
  - Support
  - Pricing
  - Buy & Renew
- SEO Spider
  - Download
  - User Guide
  - FAQ
  - Training
  - Support
  - Pricing
  - Buy & Renew
- Blog
- Contact
- Log In

- Home
- About
  - About Overview
  - Our Team
  - Our Story
  - Careers
  - Clients
- Services
  - Services Overview
  - Search Engine Marketing
  - Search Engine Optimisation (SEO)
  - PPC (Pay Per Click) Management Agency
  - Social Media Marketing
  - Content Marketing
  - Digital PR
  - Link Building
  - Conversion Rate Optimisation
  - Analytics Consultancy
- Our Work
- Log File Analyser
  - Log File Analyser Overview



DEFENDANT'S
EXHIBIT
120
11-7-19
PENGAD 800-631-6989

Exhibit 6, Page 264

- User Guide
  - FAQ
  - Support
  - Pricing
  - Buy & Renew
- SEO Spider
  - SEO Spider Overview
  - User Guide
  - FAQ
  - Training
  - Support
  - Pricing
  - Buy & Renew
- Blog
- Contact

# How Accurate Are Website Traffic Estimators?

Patrick Langridge

Posted 13 June, 2016 by Patrick Langridge in SEO

## How Accurate Are Website Traffic Estimators?

-  email
-  facebook
-  twitter

If you've worked at an agency for any significant amount of time, and particularly if you've been involved in forecasting, proposals or client pitches, you've likely been asked at least one of (or a combination or amalgamation of) the following questions:

1. 1) How much traffic can I expect to receive?
2. 2) How long until I see X amount of organic visits?
3. 3) What traffic will I receive from X investment?
4. 4) What organic opportunity is available within our industry?
5. 5) How much traffic do my competitors receive?

Forecasting is notoriously difficult, and done badly can be misleading or even damaging. There is a myriad of assumptions, caveats and uncontrollable factors that can mean that any predictions are nothing more than a ~~finger in the air~~ educated estimation. Organic forecasting is difficult enough to do, that writing about and explaining it would give me sleepless nights (Kirsty Hulse wrote a better post than I ever could on the subject), so I decided to focus on questions 4 and 5 of those listed above.

Imagine this very realistic (or even familiar) scenario; a client wants to know how much traffic their competitor receives, what the potential size and opportunity of their vertical is, and how to fulfil that potential by increasing visibility and acquiring more traffic. Before being able to accurately and insightfully answer the trickier final point there, it would be useful to know what you're competing against. Assuming you don't have access to your client's competitors' analytics data, it would be useful to get an idea of their organic performance, and ideally have confidence that the data you're looking at is at best solid.

Exhibit 6, Page 265

9/24/2019                        How Accurate Are Website Traffic Estimators? | Screaming Frog

## Traffic Overview ⓘ



There are a number of really great visibility tools we use at Screaming Frog (Searchmetrics and Sistrix to name a couple of favourites), but these tools choose not to speculate on traffic, instead estimating visibility based on ranking position and keyword volume/value (which doesn't necessarily correlate to traffic). There are a number of traffic estimator tools which obviously do speculate on traffic, as well as some well-known SEO tools that have functionality or components within their suites that do the same, which got us wondering a few things;

- How accurate are traffic estimator tools?
- Do they generally under or overestimate traffic?
- Are there types of websites where their estimations are more accurate than others?
- Are there potential reasons behind this under/overestimation?
- Are there potential learnings for search marketers?

## The Test

We wanted to put their accuracy to the test, so here's what we did:

1) We took organic visit data for a range of 25 websites we have access to via Google Analytics, for the months of February, March and April 2016 (January can often be an outlier for many websites, so we just selected the most recent 3-month period of relative stability). We looked exclusively at *UK organic traffic only* (generally, but not exclusively the 25 sites selected are primarily UK focused, but some target multiple territories or even worldwide), because some of the traffic estimator tools segment traffic by region, and don't always cover every territory. Similarly, not all the tools we used in the test deal especially well with subdomains, so we selected root domains in our analysis.

2) While we can't disclose the websites selected, to ensure as even a test as possible within what is a fairly small sample size, we specifically selected sites that covered a range of verticals, target audiences and purposes (more on that breakdown to come). For the same reason, we also selected sites that covered a range of different traffic levels, from those which receive millions of organic visits each month, to those with just hundreds of visits. We hoped this varied selection might show trends where certain tools are more or less accurate at estimating certain types of websites' traffic levels.

3) We analysed these 25 websites using 3 tools – SimilarWeb, Ahrefs and SEMrush. We recorded organic traffic estimate numbers for each of the 25 websites, focusing on exclusively UK traffic to match up with our GA data.

4) We measured actual traffic against estimated traffic for each of the 3 tools. We measured this in a number of different ways –

a. Visits difference for each site using each tool.
b. Percentage of visits difference for each site using each tool.
c. Overall visits difference for each tool.
d. Percentage of visits difference for each tool.
e. Average percentage difference for each tool.

## Predictions

Exhibit 6, Page 266

Before sharing the results I'll share my one real prediction; the tools would almost certainly underestimate organic traffic. This is because these traffic estimator tools have limited indexes and only track a certain amount of keywords, so can't possibly expect to completely accurately estimate traffic. Most don't handle the long tail well as they simply don't have the keyword bandwidth to do so. Furthermore, the tools, much like standard forecasting CTR modelling, also assume visit numbers by ranking position of keyword volume – they *don't* consider keyword intent, brand vs non-brand, Google answer boxes, 9-pack & 7-pack results, the Knowledge Graph etc.

## The Data

### SEMrush

| | SEMrush | | | |
|---|---|---|---|---|
| | SEMrush Estimate | Actual GA Traffic | Difference | Difference |
| Charity 1 | 6407226 | 8871393 | -2464167 | -28% |
| Health | 885244 | 1404088 | -518844 | -37% |
| Entertainment | 333394 | 533141 | -199747 | -37% |
| Energy | 27171 | 192003 | -164832 | -86% |
| Ecommerce 3 | 218220 | 341746 | -123526 | -36% |
| Insurance 3 | 27110 | 141264 | -114154 | -81% |
| Ecommerce 6 | 361455 | 453497 | -92042 | -20% |
| Gaming 2 | 148466 | 219792 | -71326 | -32% |
| Ecommerce 5 | 47448 | 110610 | -63162 | -57% |
| Services 1 | 10176 | 58551 | -48375 | -83% |
| Gaming 1 | 89466 | 132506 | -43040 | -32% |
| Ecommerce 2 | 31236 | 68798 | -37562 | -55% |
| Ecommerce 1 | 20448 | 52729 | -32281 | -61% |
| Charity 2 | 73785 | 105150 | -31365 | -30% |
| Travel 3 | 6615 | 37889 | -31274 | -83% |
| Finance | 297860 | 327845 | -29985 | -9% |
| Insurance 2 | 17154 | 34401 | -17247 | -50% |
| Services 1 | 5828 | 21568 | -15740 | -73% |
| Services 2 | 2496 | 15417 | -12921 | -84% |
| Insurance 1 | 4344 | 9536 | -5192 | -54% |
| Travel 2 | 2555 | 7035 | -4480 | -64% |
| B2B Products | 4681 | 7444 | -2763 | -37% |
| Ecommerce 7 | 30450 | 29203 | 1247 | 4% |
| Ecommerce 4 | 31270 | 23351 | 7919 | 34% |
| Travel 1 | 409316 | 276454 | 132862 | 48% |
| TOTAL | 9493414 | 13475411 | -3981997 | -30% |
| AVERAGE | | | -159280 | -42% |

### SimilarWeb

How Accurate Are Website Traffic Estimators? | Screaming Frog

| SimilarWeb | | | | |
|---|---|---|---|---|
| | SimilarWeb Estimate | Actual GA Traffic | Difference | Difference |
| Health | 679000 | 1404088 | -725088 | -52% |
| Ecommerce 6 | 228000 | 453497 | -225497 | -50% |
| Finance | 170700 | 327845 | -157145 | -48% |
| Gaming 2 | 104000 | 219792 | -115792 | -53% |
| Travel 1 | 173000 | 276454 | -103454 | -37% |
| Insurance 3 | 95000 | 141264 | -46264 | -33% |
| Ecommerce 3 | 308000 | 341746 | -33746 | -10% |
| Energy | 159838 | 192003 | -32165 | -17% |
| Travel 3 | 17000 | 37889 | -20889 | -55% |
| Charity 2 | 88000 | 105150 | -17150 | -16% |
| Insurance 2 | 24000 | 34401 | -10401 | -30% |
| Ecommerce 4 | 15500 | 23351 | -7851 | -34% |
| Services 1 | 19000 | 21568 | -2568 | -12% |
| Ecommerce 7 | 28000 | 29203 | -1203 | -4% |
| Travel 2 | 6600 | 7035 | -435 | -6% |
| Services 1 | 59260 | 58551 | 709 | 1% |
| Services 2 | 17500 | 15417 | 2083 | 14% |
| Ecommerce 5 | 114000 | 110610 | 3390 | 3% |
| Insurance 1 | 14900 | 9536 | 5364 | 56% |
| B2B Products | 17000 | 7444 | 9556 | 128% |
| Ecommerce 1 | 68872 | 52729 | 16143 | 31% |
| Ecommerce 2 | 96000 | 68798 | 27202 | 40% |
| Gaming 1 | 263000 | 132506 | 130494 | 98% |
| Entertainment | 909000 | 533141 | 375859 | 70% |
| Charity 1 | 12099000 | 8871393 | 3227607 | 36% |
| TOTAL | 15774170 | 13475411 | 2298759 | 17% |
| AVERAGE | | | 91950 | 1% |

## Ahrefs

| Ahrefs | | | | |
|---|---|---|---|---|
| | Ahrefs Estimate | Actual GA Traffic | Difference | Difference |
| Health | 446373 | 1404088 | -957715 | -68% |
| Charity 1 | 8130144 | 8871393 | -741249 | -8% |
| Energy | 10842 | 192003 | -181161 | -94% |
| Ecommerce 3 | 204801 | 341746 | -136945 | -40% |
| Finance | 255672 | 327845 | -72173 | -22% |
| Ecommerce 5 | 53529 | 110610 | -57081 | -52% |
| Gaming 2 | 172443 | 219792 | -47349 | -22% |
| Gaming 1 | 86565 | 132506 | -45941 | -35% |
| Ecommerce 1 | 17505 | 52729 | -35224 | -67% |
| Ecommerce 2 | 33837 | 68798 | -34961 | -51% |
| Entertainment | 501219 | 533141 | -31922 | -6% |
| Insurance 3 | 110430 | 141264 | -30834 | -22% |
| Travel 3 | 8598 | 37889 | -29291 | -77% |
| Services 1 | 29703 | 58551 | -28848 | -49% |
| Insurance 2 | 13227 | 34401 | -21174 | -62% |
| Charity 2 | 89364 | 105150 | -15786 | -15% |
| Services 1 | 9555 | 21568 | -12013 | -56% |
| Services 2 | 5475 | 15417 | -9942 | -64% |
| Ecommerce 6 | 445449 | 453497 | -8048 | -2% |
| Insurance 1 | 4467 | 9536 | -5069 | -53% |
| Travel 2 | 2619 | 7035 | -4416 | -63% |
| B2B Products | 4311 | 7444 | -3133 | -42% |
| Ecommerce 7 | 27702 | 29203 | -1501 | -5% |
| Ecommerce 4 | 25380 | 23351 | 2029 | 9% |
| Travel 1 | 474609 | 276454 | 198155 | 72% |
| TOTAL | 11163819 | 13475411 | -2311592 | -17% |
| AVERAGE | | | -92464 | -36% |

Exhibit 6, Page 268

You can access the data here.

## The Results

- Overall the most accurate tool analysed was SimilarWeb which on average overestimated organic traffic by 1%. It overestimated total visit numbers by 17%, estimating 15.7m visits for the 25 websites, compared to the 13.4m actual. SimilarWeb was the only tool to generally overestimate traffic. Ahrefs was the next most accurate, underestimating total traffic for all sites by 17% (11.1m estimated visits compared to 13.4m actual visits), and on average underestimating traffic by 36% percent. We found SEMrush to be the least accurate tool, underestimating total traffic for all sites by 30% (9.4m estimated visits compare d to 13.4m actual visits), and on average underestimating traffic by 42%.
- The site with the highest actual traffic ('Charity 1', 8.8m actual visits) was wildly differently estimated by the three tools; SimilarWeb – 12m estimated visits (+36%), Ahrefs – 8.1m estimated visits (-8%), SEMrush – 6.4m estimated visits (-37%). Generally speaking, Ahrefs was the most accurate tool for estimating traffic of high traffic websites.
- The most underestimated websites for each tool were: 'Charity 1' by SEMrush (2.4m visits difference), 'Health' by SimilarWeb (725k visits difference), and 'Health' by Ahrefs (957k visits difference). The largest percentage underestimation was 'Energy' by Ahrefs, which underestimated traffic by 94%. The most overestimated websites for each tool were: 'Travel 1' by SEMrush (132k visits difference), 'Charity 1' by SimilarWeb (3m visits difference), and 'Travel 1' by Ahrefs (198k visits difference). The largest percentage overestimation was 'B2B Products' by SimilarWeb, which overestimated traffic by 128%.

## Further Analysis

- All three tools significantly underestimated traffic to 'Health', all by at least 500k visits. This site receives a lot of traffic from longer tail location specific phrases, most of which won't likely have been picked up by the tools. Generally, the most accurately estimated sites were e-commerce, but there were many more of this type of site than any other. The most accurately estimated site across all three tools was 'Ecommerce 7', on average just 2% under actual traffic levels.
- 'Travel 1' was significantly overestimated by Ahrefs and SEMrush, by 72% and 48% respectively. Anecdotally, the site in question competes well for visibility in very competitive search results that are dominated by big brands, but they themselves are not an established brand at all. This high overestimation confirms that despite good visibility, the site in question isn't getting sufficient clicks from the search results, due in part to a lack of brand presence.
- Generally, sites with lower traffic levels were less accurately estimated. There were three sites with under 10k organic visits ('Insurance 1', 'Travel 2' and 'B2B Products'), and almost every estimation by each tool was at least 40% incorrect (either over or under). Only SimilarWeb got close to estimating traffic for 'Travel 2', underestimating by 6%.

## Final Thoughts

Our test is by no means a thorough mathematical or scientific experiment, merely a quick test to try and gauge the accuracy of such tools. There are a number of ways we could improve or increase our test, including but not limited to:

- Increase the number of traffic estimator tools analysed.
- Increase the number of websites analysed.
- Use more precise analytical data (GA numbers tend to always come with a pinch of salt).
- Use an even number of website type (or analyse just a single vertical and website type).
- Increase the number of territories to US, Europe or worldwide.

Our rather limited test is just the tip of the iceberg, but has hopefully shown that all traffic estimators have strengths and weaknesses, and their level of accuracy can vary quite considerably.

## Related Posts:

1. How To Get More Accurate Search Volume Data In Google Keyword Planner
2. Negative SEO – Should You Monitor Your Backlinks?
3. Welcome To The New Screaming Frog Website

Exhibit 6, Page 269



[Patrick Langridge](#)

Patrick is Head of SEO at **Screaming Frog**, leading a team of talented search marketers and content specialists to deliver best in class technical SEO, creative content and cutting edge digital PR for our clients. Away from the office you might find Patrick playing guitar in his band or complaining about his beloved Arsenal Football Club.

**31 Comments**

Dixon Jones 3 years ago

Interesting. It would also be interesting to report the standard deviation between the three sets. This would help to understand the spread of inaccuracy. The data to do that is on all in the article, but as the data is in image form, it's a ball ache to turn it back into data. Any chance of doing that?

Reply

Patrick Langridge 3 years ago

Cheers Dixon. Have updated the post to include a link to the data (https://docs.google.com/spreadsheets/d/1GeGsD5p7s57kMIOs8aFwgYNWZxnfRAV3eNs8o7rUy64/edit#gid=0) which was even more of a ball ache to try and embed!

Reply

Tony Spencer 3 years ago

I love this analysis though I do wish you had thrown in one more competitor to SimilarWeb since they are collecting much different data than SEMRush and Ahrefs: Compete.com.

Since SimilarWeb and Compete are direct competitors and run rather expensive API's it would be nice to know which horse to pick for that real user data.

Reply

Patrick Langridge 3 years ago

Thanks Tony! Hadn't heard of Compete.com but it looks really cool. I'll investigate!

Reply

CM 2 years ago

From the compete.com website:

Thank you from the Compete team

As of December 31, 2016, Compete.com and the Compete PRO platform have been shut down. It has been an honor and pleasure to serve you over the past 15 years and we thank you for your patronage. It's our sincere hope that our data and services have helped you to grow your business.

Thank you for your support, The Compete team

Reply

Juan Gonzalez 3 years ago

Hi Dixon, Hi Patrick,

thank you very much for this useful data Patrick!

If my calculations are correct, then the standard deviations are as follows: SEMrush 26%, SimilarWeb 30%, Ahrefs 23%. Is it correct?

Greetings from Germany to the UK and I hope to see you again, soon.

Juan

Reply

Patrick Langridge 3 years ago

Thanks Juan, that looks correct to me!

Exhibit 6, Page 271

Cheers,
Patrick

Reply

Pavel Matveev 3 years ago

Hi Patrick,

My Name is Pavel, i'm Product Owner at SEMRush.
Thank you for your research, it definitely gave us some food for thought. We are constantly working on improving quality of
our product.

But, to be honest, results, which you got within this research are prove that it's incorrect to operate by absolute numbers
which all of tools are provide.
The main purposes of such tools are: See trends, compare performance, spy on competitors' strategies.
So,
– The data should be considered as a snapshot of a constantly changing environment.
– if you compare two competing websites – then their relative performance  can be judged very accurately.

Best regards,
Pavel

Reply

Patrick Langridge 3 years ago

Hi Pavel,

Thanks for your feedback. Completely agree with you, as mentioned in the post it was my expectation that absolute
numbers wouldn't match, this was just a test to see how close each tool was.

Thanks,
Patrick

Reply

Arnoud 3 years ago

Very interesting research!

These are indeed questions we get a lot from current and new SEO clients and are quite difficult to answer. This method and
the use of these tools make it a bit more easy and mostly more reliable to predict traffic opportunity.

Like you mention, this is just tip of the iceberg and further research would be nice. Though I also hear from experts that
Similarweb is the best for this purpose.

Cheers,
Arnoud

Exhibit 6, Page 272

Reply

Jhon 3 years ago

There is a another traffic estimator worth mentioning: http://www.visitorsdetective.com/ I use it on a daily basis..

Reply

Andrew 3 years ago

Patrick, great insight!
So, what would you recommend to use in the end? SimilarWeb, Semrush, Ahrefs?
Is it only for organic traffic? Are there any good tools for all traffic?

Thanks!

Reply

Patrick Langridge 3 years ago

Thanks Andrew! We found that SimilarWeb is on average the most accurate, but all had varying degrees of accuracy across the board! Short answer; take them all with a big pinch of salt ;)

Reply

Theodor 3 years ago

Great test Patrick! You made me go and test out all three tools against Google Analytics for the three websites I manage, I also used WordPress stats. The websites are for SMBs that operate in specific niches so they don't get tons of traffic. The differences were almost 50% for Ahrefs and SW, while SEM Rush gave no results (which I attribute to the small amount of traffic for the websites). WordPress stats were the same as GA.

Reply

Patrick Langridge 2 years ago

Thanks Theodor, interesting to hear about your experience and comparisons too!

Reply

Ulrik Sandholt 2 years ago

I think it is an interesting analysis which verifies that these tools are largely useless. I do not care if the average is within a 20% accuracy, but if I can relay on whether it eatimates one website accurately ornot. With any of these tools I have no clue whether it is -50% or +100%, which means it is useless. That I see agencies and other companies out there using these tools for anything is beyond me. What is the value in a number that is completely wrong to anyone, but someone who charge money to find it?

Reply

Patrick Langridge 2 years ago

Thanks Ulrik! I agree that it's frustrating that the tools aren't always super accurate, but to be fair to them, they don't claim to be exactly accurate in terms of these measurements. They are principally to show trends and patterns, to give users a rough overview of site performance. I agree though, that in some cases the seem to be way off!

Reply

Macalyn 2 years ago

These "Metrics" and or "analytical" oriented sites are useless! None of them are accurate! I tried about 4 different kinds and one said my site was down in traffic, another said it was up in traffic, one said that my traffic was about 22K per month, another said it's 1.6k, then the other said it's 5000. I mean which is it?! The insights from within my Bigcommerce website, seem the most accurate with my google analytics..so I feel that Google Analytics is my best bet for checking how my most popular landing pages are doing, it even tells me where people click the most. All these other sites are useless. Why do we have so many of these sites now? Probably because anytime we feel the info is false, we look to another that will give us the answer, don't get me started on Alexa..

Reply

Sinoun 2 years ago

I know I'm a little late here, but thank you for this! I've been pulling out my hair trying to figure out the best tool. I'll have to give SimilarWeb a try. Thanks!

Reply

Taiwo 2 years ago

Exhibit 6, Page 274

Great article. The last few days I have been trying to find out traffic from different sites using SEMRush and SimilarWeb and it seems that results from SEMRush is under estimated and from SimilarWeb it is way over estimated . No doubt, it's all a crapshoot and we just have to roll the dice on which tool we think we benefit us the most.

Reply

Kim Sanderhoff 2 years ago

To me the average value has no real value. Let's take Similarweb for instance. So by adding up the negatives and positives you end up getting 1%. But in fact overestimating is just as bad as underestimating. I would be much more interested in the delta values. From my calculations Similarweb on average was wrong by 37% (unless I made a typo when putting it in my calculator).

Reply

Patrick Langridge 2 years ago

Thanks for that Kim, really useful. Looking forward to your own study on this, do let me know when it goes live.

Reply

Kim Sanderhoff 2 years ago

There's no need for a new study. I'm not discrediting the work you put behind this either. I'm simply pointing out that the average value alone is not very helpful. If one were to only look at the average values, he would conclude that Similarweb is roughly 40 times more accurate than Semrush, which really isn't the case.

Based on your numbers the delta values are: Semrush = 48.6% Similarweb = 37.4% Ahrefs = 42.2%.

Reply

CM 2 years ago

Thank you for putting these data together as is as interesting to have a reflection on real results and estimated ones. Nonetheless, it is statistical nonsense to calculate an average percentage of wrong. Important considerations like "is estimated traffic accuracy linked to higher or lower traffic of a site" are missing.

And be aware of, for the individual website it makes a huge difference if it is 50 % over or under reported. This may make or brake a biz.

Reply

Exhibit 6, Page 275

9/24/2019                          How Accurate Are Website Traffic Estimators? | Screaming Frog

Bartosz Góralewicz 2 years ago

Great article Patrick! One thing that I would improve is methodology. If SimilarWeb is usually wrong by ~30 – 130% we
can't say that it's accuracy is 1%. I think that once you consult somebody with a background in methodology/statistics, you
will see results that are even more interesting.

Reply

Pawel Sokolowski 2 years ago

Thanks Patric.

Found this article during research for traffic prediction methodology. I would say all these data sources are similar.

I calculate average error margin based on Your data and here are the results:
SEMRush 48%, SimilarWeb 37% and Ahrefs 42%.

According to small data sample is difficult to predict how accurate these metrics are, but You can use GA benchmark to
know a little more about averages for vertical and compare this data with external sources.

Great work on comparison table, thanks.

Reply

Martin Khu 7 months ago

Interesting and thanks for sharing Patrick! But do you know that even GA would not be the best source for us to know the
actual traffic. Since they always over showcase the "actual visits" to a higher number compare to the actual visits from our
web server end..

Reply

Patrick Langridge 7 months ago

Thanks Martin! Yeah that's correct, obviously GA will also sample data so never completely accurate.

Reply

Bryce 5 months ago

Exhibit 6, Page 276



Hi Patrick,

Thanks for diving into this topic. It's worth noting that with SEMrush and Ahrefs it's not possible to get estimates without giving up some of your personal information or starting a free trial. Similarweb will give 6 months for free but it is nearly impossible to get an account for longer durations (and incredibly expensive if you are lucky enough to be chosen).

Website IQ (https://www.websiteiq.com/) offers 9 months of free website traffic estimates (desktop only) without signing up for anything (really free). The site has 8 years of traffic data that is available with an inexpensive subscription.

Reply

Steve 4 months ago

Hi Patrick,

the averages maths doesn't checkout, as both overestimates and underestimates are inaccuracies. By simply calculating the average you are cancelling negative inaccuracies with positive inaccuracies. Looking at similar web, it's NOT the case that the tool is only 1% inaccurate on average.

For example Similarweb was 1% accurate only 1/25 times. Which means it is inaccurate 96% of the time. To compare accuracy, in this case, I'd have thought to use the mode vs. the mean. I'm sure someone else (probably more advanced in statistics! can offer a better insight).

Thank you for uploading the raw data! Looking at the tables, it shows that all the platforms are talking utter nonsense!

Steve

Reply

Guillaume 4 months ago

Thank you for the study, surprisingly there's not a lot of those out there.
From my experience, those tools are best use to benchmark similar competitors and are not as interesting once you start comparing traffic across audience segments (localization/industries/etc).

Reply

**Leave A Comment.**

Your message

Name (required)          Email (required)          Website address                    Submit Comment



Exhibit 6, Page 277



Search

## Categories

- Events

  17

- News

  6

- PPC

  20

- Screaming Frog

  6

- Screaming Frog SEO Spider

  43

- SEO

  35

- Screaming Frog Log File Analyser

  4

## Popular Posts

- The brightonSEO Crawling Clinic

- How to Scrape Google Search Features Using XPath

- The Do's and Don'ts of Chasing for a Link

- Reviving Retired Search Console Reports

- Screaming Frog SEO Spider Update – Version 11.0

### Get in touch

For an in-depth proposal on our services, complete our contact form to request a proposal. We'll get back to you asap.

Contact us

## Services

- Search Engine Marketing
- Search Engine Optimisation
- Pay Per Click
- Social Media
- Technical SEO Audit

Exhibit 6, Page 278

How Accurate Are Website Traffic Estimators? | Screaming Frog

- Content Marketing
- Link Building
- Digital PR
- Conversion Rate Optimisation
- Analytics Consultancy

## Latest Posts

- The brightonSEO Crawling Clinic
- How to Scrape Google Search Features Using XPath
- The Do's and Don'ts of Chasing for a Link

## Latest Guides

- How To Find Broken Links
- XML Sitemap Generator
- Web Scraping
- AdWords History Timeline

## Contact Us

- Screaming Frog Ltd
- 6 Greys Road, Henley-on-Thames,
- Oxfordshire, RG9 1RY. UK

- +44 (0)1491 415070
- +44 (0)1491 578134
- info@screamingfrog.co.uk
- support@screamingfrog.co.uk

## About Us

Screaming Frog is a search marketing agency drawing on years of experience from within the world of digital marketing.

Disclaimer & Privacy Policy

 Looking for something?

© Copyright 2019 Screaming Frog Ltd

Company no. 07277243 / VAT no. 995 3157 78









Exhibit 6, Page 279

How Accurate Are Website Traffic Estimators? | Screaming Frog



Exhibit 6, Page 280

# EXHIBIT 7



*Brought to you by Ahrefs (https://ahrefs.com/), a data-driven marketing toolset powered by a huge index of backlinks, keywords and content*



**CASE STUDIES (HTTPS://AHREFS.COM/BLOG/CATEGORY/CASE-STUDIES/)**

(https://ahrefs.com/blog/website-traffic/)

# Find Out How Much Traffic a Website Gets: 3 Ways Compared

Joshua Hardwick (https://ahrefs.com/blog/author/joshua-hardwick/)        August 16, 2018

1.5K shares        21 Comments (https://ahrefs.com/blog/website-traffic/#disqus_thread)

Do you want to see how much traffic a website gets? There are a few different ways to do this.

Before I get to those, though, here's an important point:

If you own the website, there's no need to estimate. You can install Google Analytics (https://analytics.google.com/analytics/web/) (for free) and see close to exact traffic numbers.

DEFENDANT'S EXHIBIT
151
11-4-19
PENGAD 800-631-6989

🐦 225        f 1259        in

9/24/2019                                          Find Out How Much Traffic a Website Gets: 3 Ways Compared



Ahrefs' blog growth (https://ahrefs.com/blog/increase-blog-traffic/), via Google Analytics

**SIDENOTE.** Server log file analysis can provide even more data about your traffic, as explained in this article (http://www.analyticsmarket.com/blog/google-analytics-vs-log-files).

But as you're reading this article, I'll hazard a guess that you don't own the website in question, right?

You're probably trying to guess how much traffic your competitor gets, and it's unlikely that they'll share their Google Analytics with you.

In this post, I'll run through **three** ways to get traffic estimates for any website.

# Method 1. Use a traffic estimation tool

There are two types of traffic estimation tools:

1. **Tools that estimate total traffic:** Visitors to your website can come from all kinds of places: search engines; forums; social media; etc. These tools estimate the total amount of traffic from *all* sources.

🐦 225                                    f 1259                                    in

Exhibit 7, Page 282

2. **Tools that estimate only organic traffic**: Most websites get a good chunk of their traffic from search engines like Google; this is called "organic traffic." Estimates from these tools don't take into account traffic from any other sources (e.g., social media) besides organic traffic.

Let's explore each of these in more detail.

# 1. Find out how much traffic a website gets in total

Here at Ahrefs, we tried all the leading **total** traffic estimation tools and did a few small internal experiments to find out which was most accurate, and SimilarWeb (https://www.similarweb.com/) won.

SimilarWeb shows a bunch of traffic-related stats, including:

Total visits;
Pages per visit;
Average visit duration;
Bounce rate

**SIDENOTE.** Learn more about how Similarweb defines and calculates these metrics here (https://support.similarweb.com/hc/en-us/articles/212999769-Total-Visits), here (https://support.similarweb.com/hc/en-us/articles/360000802405-Pages-Visit), here (https://support.similarweb.com/hc/en-us/articles/115000501485-Avg-Visit-Duration) and here (https://support.similarweb.com/hc/en-us/articles/115000501625-Bounce-Rate).

Here are the traffic estimates for *ahrefs.com* as of July 2018:



🐦 225               f 1259               in

Exhibit 7, Page 283

Strangely, it doesn't provide pageview estimates. But these can be reverse engineered by multiplying *total visits* by *pages per visit* (for us, this would be 5.63M * 7.5 = 42.23M pageviews).

Free users can also view monthly traffic estimations for up to six months on an interactive graph.



Paying subscribers can see this data for up to two years.

All traffic estimates include both mobile and desktop traffic, and you can segment by device category if you're a paying subscriber.

Scroll down, and the report shows some more useful traffic-related stats such as *traffic by countries (desktop only)…*



**SIDENOTE.** Free users can only see stats for the top 5 countries that drive the highest percentage of traffic.    🐦 225                            f 1259                                    in

Exhibit 7, Page 284

*... traffic sources (direct, referrals, search, etc)...*



*... top referring sites (this is useful when building links (https://ahrefs.com/blog/link-building/) or looking for guest post opportunities (https://ahrefs.com/blog/guest-blogging/) that will bring referral traffic!)...*



*... and top 5 organic keywords...*

🐦 225                    f 1259                    in

Exhibit 7, Page 285

9/24/2019                                          Find Out How Much Traffic a Website Gets: 3 Ways Compared



## Where does the data come from?

To understand the reliability of this data, it's vital that we know where it comes from.

Here's what SimilarWeb has to say (https://www.similarweb.com/ourdata) on the matter:

> Our data comes from 4 main sources:
>
> A panel of monitored devices, currently the largest in the industry;
>
> Local internet service providers (ISPs) located in many different countries;
>
> Our web crawlers that scan every public website to create a highly accurate map of the digital world;
>
> Hundreds of thousands of direct measurement sources from websites and apps that are connected to us directly."

Translation: SimilarWeb get their data from a variety of sources which collect anonymized information about users' online activity.

They don't say how big their coverage is, but they don't get information from everyone in the world. So their data is derived from a relatively small sample of the "online population."

🐦 225                                   f 1259                                   in

Exhibit 7, Page 286

## Is the data accurate?

Let's test it. Here's what we did:

1. Took a sample of 116 websites from Flippa;
2. Pulled **total** unique visitors and pageviews from Similarweb for all 116 sites;
3. Compared them.

**SIDENOTE.** We only used websites from Flippa that were at least one year old and had verified traffic (https://support.flippa.com/hc/en-us/articles/202470444-How-Can-I-Verify-my-Traffic-Stats-).

Here's what we found:

SimilarWeb overestimated **total unique visitors** for 91.67% of the websites.

SimilarWeb overestimated **total unique visitors** by 308.81% on average;

SimilarWeb overestimated **total pageviews** for 70.83% of the websites;

SimilarWeb overestimated **total pageviews** by 210.58% on average.

To summarise, SimilarWeb tends to drastically overestimate actual unique visitors and pageviews, according to our testing. But it doesn't always overestimate things; it underestimates unique visitors roughly 1/12th of the time, and pageviews between ⅓ and ¼ of the time.

But here's a critical point:

**SimilarWeb only showed estimates for roughly ⅓ of the sites we tested.**

For the other ⅘, here's what we saw:



No data. Nada.

If you're wondering why this happened, it's probably due to the size of the sites we tested. All of them were relatively small sites from Flippa.

You'll remember that SimilarWeb calculates their estimates based on data from a small subset of the entire online population. So if they don't show traffic estimates for a particular site, it's because not enough people in the subset from which they derive their data have visited the website in question.

That's why SimilarWeb tends to have less or no data on smaller sites.

To prove this, we looked at whether or not SimilarWeb gave estimates for the top 100 sites in the world (https://ahrefs.com/ahrefs-top), according to Ahrefs Rank (https://ahrefs.com/blog/seo-metrics/#section3). SimilarWeb gave estimates for *all* of them.

Back to the data:

Because SimilarWeb only gave traffic estimates for roughly ⅓ of sites, all our findings are based on a sample size of just 24 websites. This is admittedly rather small.

You should, therefore, take our findings with a massive pinch of salt.

## 2. Find out how much traffic a website gets from search engines

It's true that there are a few organic traffic estimation tools on the market. But we're clearly biased towards our tool (Ahrefs (https://ahrefs.com/)) and convinced that it has the best quality data.

Here are the traffic-related estimates we give you:

> Estimated monthly visits from Google (worldwide);
> Estimated traffic value (i.e., the equivalent cost of monthly organic traffic for the website or URL if bought via PPC);
> Estimated number of keywords (in the top 100) that the website ranks for in Google.

Let's look at the traffic estimates in Ahrefs for *ahrefs.com (how meta!)*, as of July 2018:

🐦 225                              f 1259                              in



You can see that *ahrefs.com* gets an estimated 270,000 monthly visitors from Google.

This is a "live" traffic estimate, meaning that it's a "rolling average." It gets adjusted each time we update the pool of keywords for which the website ranks in our database. Because of this, traffic estimates can vary slightly from day to day. This number includes both desktop and mobile traffic.

## DO YOU WANT TO SEE TRAFFIC ESTIMATES FOR A SUBSECTION OF A WEBSITE?

Just paste any subdomain or subfolder (e.g., *ahrefs.com/blog* or *blog.ahrefs.com*) into Site Explorer (https://ahrefs.com/site-explorer). Select the "Prefix" option from the drop-down.



For example, if you enter *ahrefs.com/blog*, you see the total sum of search traffic across all pages within the "/blog/" folder, like so:



If you want to look at the traffic to each page within this folder, use the **Top Pages** report. It will show a list of pages sorted by traffic (from high to low).

🐦 225                          f 1259                          in

Exhibit 7, Page 289

**Top Pages**

Position ▾ Volume ▾ KD ▾ CPC ▾ Traffic ▾ Word count ▾

All countries | United States ▾ | 190 results | Export

| # | Traffic | Value | Keywords | RD | Page URL | Top keyword | Its volume | Pos. |
|---|---|---|---|---|---|---|---|---|
| 1 | 14,929 | $85,878 | 1,058 ▾ | 62 | ahrefs.com/blog/website-traffic/ ▾ | website traffic | 13,000 | 2 |
| 2 | 9,556 | $43,233 | 651 ▾ | 20 | ahrefs.com/blog/free-keyword-research-tools/ ▾ | keyword search | 10,000 | 3 |
| 3 | 5,865 | $19,735 | 1,501 ▾ | 25 | ahrefs.com/blog/submit-website-to-search-engines/ ▾ | submit website to search engines | 1,800 | 3 |
| 4 | 4,471 | $8,546 | 1,572 ▾ | 62 | ahrefs.com/blog/top-google-searches/ ▾ | most searched words | 2,700 | 5 |
| 5 | 2,506 | $4,599 | 929 ▾ | 73 | ahrefs.com/blog/how-to-use-google-trends-for-keyword-research/ ▾ | how to use google trends | 1,800 | 1 |

But this is global traffic. Click the **Organic Search** tab on the **Overview** report, and you will see traffic broken down by 170 countries.

**SIDENOTE.** Just hit “Show more” to reveal the full list of 170 countries.

You’ll also notice that we plot historic organic traffic estimates on a graph. This shows daily organic traffic estimates for as far back as mid-2015. It’s fully interactive too. Just roll over the graph to see estimated traffic stats for any date over the years.

225 1259 in

9/24/2019                                 Find Out How Much Traffic a Website Gets: 3 Ways Compared

**Organic traffic**  259,635 /month



Want to see this graph filtered for a specific country? You can do that.

Here it is filtered to show only traffic estimates for the United Kingdom:



**Organic traffic**  18,788 /month

But wait, there's more: go to the **Organic keywords** report, and we'll show all the keywords driving traffic to the site, starting with those driving the most traffic (https://ahrefs.com/blog/how-to-drive-traffic-to-your-website/).



Bottomline: Ahrefs kicks back tons of data for almost any website or URL. But how?

## Where does the data come from?

Ahrefs' estimates are based on ranking data from our database (https://ahrefs.com/big-data) of 6.1 BILLION keywords.

This database is updated monthly, including the search volume estimates (check out a few fun search stats from last month here (https://ahrefs.com/blog/top-google-searches/))

Here's what we do to calculate traffic estimates in a nutshell:

1. Take all the keywords for which a website ranks;
2. Check monthly search volume, ranking position, and click-through rate for each keyword (across 170 countries);
3. Estimate how much traffic the site gets from each keyword;
4. Sum up these numbers to estimate the total organic traffic a site receives.

You can learn more about exactly how we calculate this number here (https://help.ahrefs.com/ahrefs-terminology/site-explorer/how-accurate-is-ahrefs-organic-traffic-metric-and-how-do-we-calculate-it).

## Is this data accurate?

Let's test it. Here's what we did:

1. Took that same sample of 116 websites from Flippa (all of which showed verified global organic search traffic numbers);
2. Pulled **organic** traffic numbers from Ahrefs for all 116 websites;
3. Compared them.

Here's what we found:

Ahrefs underestimated **organic unique visitors** for 74.14% of the websites.

Ahrefs underestimated **organic unique visitors** by 38.08% on average;

Ahrefs underestimated **organic pageviews** for 90.52% of the websites;

Ahrefs underestimated **organic pageviews** by 52.04% on average.

🐦 225                              f 1259                              in

Exhibit 7, Page 292

To summarise, Ahrefs tends to underestimate organic unique visitors and pageviews, according to our testing. But it doesn't always underestimates things; it overestimates organic unique visitors roughly 1/4th of the time, and organic pageviews roughly 1/10th of the time.

**SIDENOTE.** By the way, these findings are based on a larger sample size than our SimilarWeb data, because Ahrefs showed estimates for *all* 116 of the sites we tested. *(Remember that SimilarWeb only gave estimated for roughly ⅙ of them?)*

But why does Ahrefs tend to underestimate traffic anyhow?

It's because we can only estimate traffic from the 6.1 BILLION keywords we have in our database (https://ahrefs.com/big-data). Sound like a lot? It is, we have the biggest database of all similar tools on the market.

But even a database of 6.1B keywords isn't enough to hold every possible search query that one could type into Google. That would be impossible.

For example, a lot of people perform super long-tail searches (https://ahrefs.com/blog/long-tail-keywords/)…

show me the best list of protein powders in the world please Google           🔍

… which we don't have in our database and, therefore, can't estimate the traffic from.

This is how all organic traffic estimation tools work, so we're not alone here. They all tend to underestimate traffic. The degree to which this happens comes down to the size of their keywords database; the bigger it is, the more accurate their traffic estimations will be.

This is why it matters that we (Ahrefs) have the biggest keywords database on the market.

It's also worth noting that no-one has totally accurate search volume estimations (https://ahrefs.com/blog/keyword-traffic-estimation/), not even Google. This is another reason that our estimates tend to be underestimations.

## Which tool is best for comparing multiple sites?

Sometimes, it's not so much about estimating traffic with insane precision, but rather being able to **compare the relative popularity of two or more sites**.

🐦 225                              f 1259                                    in

For example, imagine that you have a list of one hundred outreach (https://ahrefs.com/blog/outreach/) prospects, and you want to prioritize your outreach efforts starting with the sites that receive the most traffic.

In this case, you want to compare the sites to each other and rank them in order of traffic.

So which tool is best for doing this?

To learn that, we'll run a Spearman correlation (https://geographyfieldwork.com/SpearmansRank.htm) on our data.

Here are the results for SimilarWeb:

| Actual "Unique visitors" VS SimilarWeb Total visits | Actual "Pageviews" VS SimilarWeb "PageViews" |
|---|---|
| 0.713 | 0.779 |

… and Ahrefs:

| Actual "Unique organic visitors" VS Ahrefs "Global" organic traffic | Actual "Organic Pageviews" VS Ahrefs "Global" organic traffic |
|---|---|
| 0.767 | 0.784 |

Confused?

Here's what a Spearman correlation shows:

> *Spearman's Rank correlation coefficient is a technique which can be used to summarise the strength and direction (negative or positive) of a relationship between two variables. The result will always be between 1 and minus 1. Rank the two data sets.*

Even more confused? Let me explain (with examples).

We're looking at the correlation between two sets of data: the "real" traffic numbers (set #1) and the estimated traffic (set #2). If the numbers **positively** correlate in any way, the Spearman correlation will be between zero and 1. If they **negatively** correlate, it will be between zero and -1.

f 1259                    in

9/24/2019                                          Find Out How Much Traffic a Website Gets: 3 Ways Compared

So, the closer the correlation is to 1, the more of a positive correlation there is between the two data sets.

Let's assume we have three websites with the following *actual* traffic...

**Site1** — 100
**Site2** — 5,000
**Site3** — 40,000

... and Ahrefs reports the following traffic estimates...

**Site1** — 50
**Site2** — 2,000
**Site3** — 10,000

... that would be a perfect positive correlation of 1. *(The "rank" of the corresponding numbers in each dataset have a perfect positive correlation with each other)*

But if Ahrefs estimated the traffic stats as follows...

**Site1** — 10,000
**Site2** — 2,000
**Site3** — 50

... that would be a perfect negative correlation of -1. *(The "rank" of the corresponding numbers in each dataset have a perfect negative positive correlation with each other)*

So basically, the higher the correlation, the better the tool is for comparing two or more sites.

Looking at the Spearman correlation data above, you can see that both Ahrefs and SimilarWeb have a strong positive correlation with "real" traffic. But Ahrefs does trump SimilarWeb, marginally.

This means that should you use our Batch Analysis tool (https://ahrefs.com/batch-analysis) to obtain domain-level traffic estimates for a bunch of outreach prospects, then sort by traffic (high to low)...

🐦 **225**                              f **1259**                              in

Exhibit 7, Page 295

9/24/2019                         Find Out How Much Traffic a Website Gets: 3 Ways Compared

**Domain/URL**

Organic search

| Target | Mode | IP | Keywords | Traffic ↓ |
|---|---|---|---|---|
| blog.hubspot.com ▾ | domain | 104.17.134.180 | 2,049,056 | 3,736,152 |
| neilpatel.com ▾ | domain | 35.227.83.123 | 853,654 | 1,056,707 |
| searchengineland.com ▾ | domain | NOT VISITED BY AHREFSBOT YET | 884,585 | 990,360 |
| moz.com ▾ | domain | 104.16.124.208 | 653,717 | 975,780 |
| blog.hootsuite.com ▾ | domain | 143.204.47.128 | 560,904 | 722,956 |
| blog.feedspot.com ▾ | domain | NOT VISITED BY AHREFSBOT YET | 489,248 | 535,936 |
| support.squarespace.com ▾ | domain | 104.16.53.111 | 648,402 | 323,322 |
| kinsta.com ▾ | domain | 107.178.240.207 | 233,307 | 305,796 |
| gooyaabitemplates.com ▾ | domain | 74.124.197.192 | 25,570 | 281,445 |
| themeisle.com ▾ | domain | 52.6.22.199 | 173,582 | 248,823 |
| ahrefs.com ▾ | domain | 151.80.39.61 | 80,449 | 246,945 |
| yoast.com ▾ | domain | 104.24.48.6 | 155,427 | 130,728 |
| backlinko.com ▾ | domain | 172.104.25.71 | 97,462 | 102,692 |

...this is likely to be a pretty good judge of the relative popularity of these sites.

## So which traffic estimation tool should you use?

It's important to note that each of these tools do different things.

SimilarWeb estimates **total** traffic, whereas Ahrefs estimates **organic** (i.e., Google) traffic.

One of the unique benefits of SimilarWeb is that you can see where the majority of traffic to a website is coming from (e.g., organic search, social, etc.):



https://ahrefs.com/blog/website-traffic/

Exhibit 7, Page 296

You can see, for example, that *thewirecutter.com* gets roughly 2/3 of its traffic from search engines, according to SimilarWeb.

Which brings us to a cool point:

If you see that a site gets a lot of traffic from organic search in SimilarWeb, you can use Ahrefs to dig deeper and better understand that traffic.

For example, in the case of *thewirecutter.com*, Ahrefs can show how organic traffic has grown over the past 3+ years...



**Organic traffic** 4,912,017 /month

... or every single one of the 3.1 MILLION keywords it ranks for...



... or the pages responsible for bringing the most organic traffic to the site...

𝕏 225          f 1259          in

9/24/2019                                      Find Out How Much Traffic a Website Gets: 3 Ways Compared



… and a whole lot more (https://ahrefs.com/blog/how-to-use-ahrefs/)!

But enough bragging! ☺ Let's talk briefly about pricing.

SimilarWeb don't publish pricing information on their website (https://www.similarweb.com/corp/pricing/). But this Quora thread (https://www.quora.com/What-is-the-price-of-the-SimilarWeb-PRO-package) puts their cheapest plan (which gives you access to only 6 months worth of traffic data) at $199/month.

That's double the cost of our lowest plan (https://ahrefs.com/pricing). We also have a 7-day trial (https://ahrefs.com/pricing), whereas SimilarWeb offers no such thing.

But before you make a decision, let's take a look at a couple of other ways to find out how much traffic a website gets.

# Method 2. Look for an "advertise with us" page

Most bloggers receive so many *"I'm interested in advertising on your site; how much traffic does it get?"* emails that it makes sense to publish this information on a publicly accessible advertising page.

Here's one such page from *geekwire.com*:

𝕏 225                                      𝖿 1259                                      in

Exhibit 7, Page 298



## Reach

- >2M page views per month
- >1.2M unique visitors per month
- >67,000 followers on Facebook, Twitter & LinkedIn
- Events average >800 attendees

It states their monthly unique visitors, pageviews, and some other useful information (e.g., social stats). It's not just the big sites that do this, either; I've seen a lot of individual bloggers with similar pages.

But how do you find these pages anyhow?

The easiest way is with the following Google search (https://ahrefs.com/blog/google-advanced-search-operators/):

```
site:website.com advertise with us
```

Nine times out of 10, if they have such a page, it will be the first result.



Not seeing traffic stats on the advertising page? See if there's a link to a "media pack;" a lot of sites include their traffic stats here.

🐦 225                              f 1259                                        in

Exhibit 7, Page 299



9/24/2019          Find Out How Much Traffic a Website Gets: 3 Ways Compared

🔒 Secure | https://i▮▮▮▮ ▮▮ ▮/public/documents/nrpt-media-pack.pdf    ☆

## Site Statistics

- 850 current members
- 40,000 monthly searches for a PT
- 300,000 monthly page impressions

Still, this tactic doesn't always work for three simple reasons:

1. Not all websites have "advertise with us" pages;
2. Traffic stats aren't always published on them;
3. Traffic numbers aren't always up-to-date

If you do find an "advertise with us" page with traffic stats, always try to check if they're up to date.

Most websites will list when they were last updated…

### Statistics As Of March 2017

- Monthly Sessions: 858,651
- Monthly Page Views: 1,437,790
- Email Subscribers: 24,000
- Google Domain Authority: 43
- Page Authority: 52
- Alexa Rank: 77,584
- Alexa Rank USA: 18,304

example from TravelFashionGirl.com (http://travelfashiongirl.com/advertise/)

… but some don't.

For example, the traffic stats shown on the *geekwire.com* advertising page haven't been updated for at least a year.

🐦 225        f 1259        in

Exhibit 7, Page 300

9/24/2019         Find Out How Much Traffic a Website Gets: 3 Ways Compared

If the website hasn't updated their traffic stats recently (or simply fails to give a "last updated" date), don't trust the numbers; they're unlikely to be accurate.

# Method 3. Ask!

If you want to know accurate, up-to-date traffic statistics for a website, you'll need to get in touch (https://ahrefs.com/blog/find-email-address/) with the owner and ask them directly.

But most bloggers aren't going to give out that information to a complete stranger, right?

You'd be surprised. Many bloggers are perfectly willing to share this data with those with a genuine reason for asking, such as:

1. You're interested in buying their website.
2. You want to advertise on their site;

Here's an example email that I've used in the past when trying to find out traffic statistics:



**SIDENOTE.** We don't advise sending emails like this unless you're genuinely looking for advertising opportunities. Don't waste people's time!

Like I said, most bloggers will be happy to share up-to-date traffic numbers with genuine advertisers. Many will even screenshot Google Analytics data as proof.

While this method is typically the most reliable way to decipher traffic stats, it's not 100% foolproof. Here's why:

**Some bloggers/webmasters will fabricate traffic stats** in order to sell advertising;

**Not everyone has Google Analytics installed.** Many will rely on less than accurate analytics platforms (e.g., WordPress plugins) for their data;

**Google Analytics can be easily misinstalled, meaning that data isn't always accurate.** If reported traffic sounds too high, try checking their website for duplicate GA code. Alternatively, ask them what their bounce rate is; a super-low bounce rate is often a good indicator of duplicate GA code.

So even if do reach out to the blogger and get those elusive traffic stats, we would still recommend verifying their legitimacy with third-party tools.

# Here are a few more tips for estimating website traffic...

Estimated traffic stats are a good starting point, but you can tell a lot about the popularity of a website by manually checking a few things, such as:

# of comments on their posts (on average);
# of YouTube video views;
# of social shares;
Engagement levels on their fan pages (i.e., Facebook page, Twitter, etc.)

If you take a look at the Ahrefs blog (https://ahrefs.com/blog/), for example, you'll see that virtually every blog post has a good number of comments.

CONTENT MARKETING

## 9 Free Ways to Promote Your Website (And How to Execute Them)

 Rebekah Bek    July 19, 2018    | 36 Comments |

LOCAL SEO

## Local SEO: A Simple (But Complete) Guide

 Joshua Hardwick    July 13, 2018   | 48 Comments |

🐦 225                         f 1259                         in

Find Out How Much Traffic a Website Gets: 3 Ways Compared

Most readers don't bother leaving a comment, no matter how great the content happens to be. So a blog that receives a consistently high number of comments will almost certainly be getting a significant amount of traffic.

**SIDENOTE.** I'd also recommend checking the quality of comments when using this tactic; sometimes high comment counts are due to a site being spammed.

"Social shares" can be another indication of high traffic.

For example, if we check the **Top Content** report for *ahrefs.com* in Site Explorer (https://ahrefs.com/site-explorer), we can see that most of the posts on Ahrefs' blog receive tons of social shares.

### Top Content

Search in results

162 results

| # | Page | RD | 🐦 | f | ▶ | Total | SP ↓ | Published |
|---|------|----|----|---|---|-------|------|-----------|
| 1 | 75 Actionable SEO Tips (That Work Like A Charm in 2018)<br>🔒 ahrefs.com/blog/seo-tips/ ▼ Joshua Hardwick | 258 | 1.3K | 6.1K | 1.8K | 9.2K | 1.8K | 16 Dec '15 |
| 2 | How To Do Keyword Research for SEO - Ahrefs' Guide<br>🔒 ahrefs.com/blog/keyword-research/ ▼ Tim Soulo | 482 | 534 | 3.6K | 1.7K | 5.9K | 1.7K | 19 Jan '16 |
| 3 | How long does it take to rank in Google? (A study by Ahrefs)<br>🔒 ahrefs.com/blog/how-long-does-it-take-to-rank/ ▼<br>Tim Soulo | 557 | 1.4K | 6.3K | 27 | 7.7K | 1.4K | 6 Feb '17 |
| 4 | Ecommerce SEO: A Simple (But Complete) Guide for 2018<br>🔒 ahrefs.com/blog/ecommerce-seo/ ▼ Rehul Haymes | 113 | 248 | 1.9K | 843 | 3K | 843 | 23 Feb '16 |
| 5 | Local SEO: A Simple (But Complete) Guide<br>🔒 ahrefs.com/blog/local-seo/ ▼ Joshua Hardwick | 96 | 662 | 1K | 24 | 1.7K | 662 | 10 Dec '15 |

And finally, there's YouTube...

All our videos on YouTube (https://www.youtube.com/channel/UCWquNQV8Y0_defMKnGKrFOQ/videos?flow=grid&sort=p&view=0) have hundreds or thousands of views.

🐦 225                    f 1259                    in

Exhibit 7, Page 303



If this amount of people are watching our YouTube videos, well, it's probably safe to say that a fair few are visiting our site too.

# Final thoughts

Traffic estimation tools aren't perfect. However, they do offer by far the quickest way to estimate traffic to sites you don't own.

If you need accurate numbers, you'll have to ask directly; there are no two ways about it.

Do you know of any other reliable ways to estimate/find website traffic stats? Let us know.



Article by:

## Joshua Hardwick

(https://ahrefs.com/blog/author/joshua-hardwick/)
Head of Content @ Ahrefs (or, in plain English, I'm the guy responsible for ensuring that every blog post we publish is EPIC).

Founder @ The SEO Project (http://www.theseoproject.org).

(https://twitter.com/JoshuaCHardwick)

🐦 225                          f 1259                          in

9/24/2019                                   Find Out How Much Traffic a Website Gets: 3 Ways Compared

## Article stats

| | |
|---|---|
| Twitter | 225 |
| Facebook | 1259 |
| | |
| Referring domains | 98 |
| Organic traffic | 16057 |

Data from Content Explorer tool.
(https://ahrefs.com/content-
explorer/results/all/score_desc?
field=url&topic=https%3A%2F%2Fahrefs.com%2Fblog%2Fwebsite-
traffic%2F)

---

**21 Comments**   **Ahrefs Blog**                                         **Login**  ▾

♡ **Recommend** 3             **Tweet**   f **Share**              Sort by Best ▾

   Join the discussion…

**LOG IN WITH**            **OR SIGN UP WITH DISQUS** ⑦

                          Name

 **Aleksandar Ivanisevic** • a year ago
Great article, Joshua.

My experience is similar. Working with hundreds websites, I found that Ahrefs underestimates organic traffic even by 90% comparing to GA, Search Console and Kissmetrics. But most of time Ahrefs underestimates website traffic by 40-50%.

But still, it is No. 1 tool to uncover data from yours and competitor traffic.

Similarweb is good to compare traffic sources and that's it.

Maybe, for fairly analysis, it's worth-to-try comparing Ahrefs and Semrush. My favorite is still Ahrefs but I could be more equal.
40 ∧   ∨  • Reply • Share ›

**Deborah Kay** • a year ago
Great guide! FYI I paid ~10K USD a year for SimilarWeb PRO in 2016! Discontinued because it was too expensive and too inaccurate. Will explore Ahref soon!
29 ∧   ∨  • Reply • Share ›

 **Sean Juan** ➜ Deborah Kay • a year ago
AHREFs is my swiss army tool for pre-sales, sales, and strategy. They are continuously improving and well worth the money. Which is actually CHEAP IMHO for what you can do

9/24/2019                                    Find Out How Much Traffic a Website Gets: 3 Ways Compared

with it.
∧  ∨  •  Reply  •  Share ›


**Joshua Hardwick**  Mod  → Sean Juan • a year ago

<3
∧  ∨  •  Reply  •  Share ›


**Joshua Hardwick**  Mod  → Deborah Kay • a year ago

wow, $10k/year ain't cheap!! we're here whenever you're ready to give us a shot ;)
∧  ∨  •  Reply  •  Share ›


**Rohit Mewada** • a year ago

Awesome Guide.

27  ∧  ∨  •  Reply  •  Share ›


**Joshua Hardwick**  Mod  → Rohit Mewada • a year ago

thanks, Rohit! :)
∧  ∨  •  Reply  •  Share ›


**RankWatch** • a year ago

**@Joshua Hardwick** Awesome Guide! Always love reading your content.

I have always preferred using SimilarWeb for attaining the traffic stats and found the data to be averagely accurate and useful.

Great Content! Waiting to read more by you :)

6  ∧  ∨  •  Reply  •  Share ›


**Vijay Lathiya** • a year ago

Website Traffic Estimation!!

your article is on Prevailing Content as your every article are.

I would like to add Alexa here. because I found cushy statistical information about Traffic with Alexa.

Thanks, Joshua and Team! :)

2  ∧  ∨  •  Reply  •  Share ›


**Joshua Hardwick**  Mod  → Vijay Lathiya • a year ago

thanks, Vijay! we actually tested Alexa a couple of years ago and found that it wasn't as good as Similarweb, hence the reason we left it out. It really does depend on your sample though - there are of course times where Alexa will be more accurate than Similarweb, and vice-versa.
∧  ∨  •  Reply  •  Share ›


**Max Strategy** • a year ago

im sorry but i think its more like a promotional content rather than informational.

1  ∧  ∨  •  Reply  •  Share ›


**getivan.com** • 3 days ago

Self-Promotion should be the last thing you do, and this entire post is basically self-promotion.
No actual insight into how traffic is measured by a third-party, and that's the whole point.

Exhibit 7, Page 306

Find Out How Much Traffic a Website Gets: 3 Ways Compared

You didn't even mention competitors, or give reasons to use your product over others. Low Quality Content.

∧ ∨ • Reply • Share ›



**poonam** • 4 months ago

Interesting article, Joshua.

Good research. Very helpful

∧ ∨ • Reply • Share ›



**Naval kishor oraon** • 5 months ago

Thanks for this.. i really need this.

∧ ∨ • Reply • Share ›



**William Finck** • 7 months ago

Google Analytics is absolutely horrible, relying on Javascript it undercounts site traffic tremendously. My DNS provider and my servers tell a far different story, and Similarweb is always closer than Google.

∧ ∨ • Reply • Share ›



**Sebastien Ichedadene** • a year ago

Thanks Ahrefs for the read.

∧ ∨ • Reply • Share ›



**ShrtFly** • a year ago

Thank you for awesome guide :)

∧ ∨ • Reply • Share ›



**Brent R** • a year ago

Ahrefs, it's the first site I go to in the morning and the last before leaving the office.

∧ ∨ • Reply • Share ›



**Sean Juan** • a year ago

"Google Analytics can be easily misinstalled, meaning that data isn't always accurate. "

I was wondering why I tend to see duplicated Google Analytics IDs...and high bounce rates. That's right on par AHREFS!

∧ ∨ • Reply • Share ›



**Joshua Hardwick** Mod → Sean Juan • a year ago

yep, kind of wonder how many sites this affects... maybe another study is in order :)

∧ ∨ • Reply • Share ›

Search the blog...

**Main Tools**                                    **Other Tools**



**Fabby Web** → Joshua Hardwick • 2 months ago

Ahrefs is awesome and best tool for any website analytics... recommended. Sucessful website using this tool

Site Explorer
(https://ahrefs.com/site-explorer)

Keywords Explorer
(https://ahrefs.com/keywords-

Backlink Checker
(https://ahrefs.com/backlink-

🐦 225        ∧ ∨ • Reply • Share ›



✉ Subscribe   Ⓓ Add Disqus to your siteAdd DisqusAdd   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

**Pick a Language**

English

(https://ahrefs.com/keywords-explorer)

Content Explorer
(https://ahrefs.com/content-explorer)

Site Audit
(https://ahrefs.com/site-audit)

Rank Tracker
(https://ahrefs.com/rank-tracker)

(https://ahrefs.com/backlink-checker)

Keyword Rank Checker
(https://ahrefs.com/keyword-rank-checker)

Broken Link Checker
(https://ahrefs.com/broken-link-checker)

SERP Checker
(https://ahrefs.com/serp-checker)

## Best of the Ahrefs Blog

SEO Basics (5 Steps) (https://ahrefs.com/blog/seo-basics/)

Keyword Research Guide (https://ahrefs.com/blog/keyword-research/)

Long-Tail Keywords Guide (https://ahrefs.com/blog/long-tail-keywords/)

Complete Link Building Guide (https://ahrefs.com/blog/link-building/)

On-Page SEO (Actionable Guide) (https://ahrefs.com/blog/on-page-seo/)

75 Actionable SEO Tips (https://ahrefs.com/blog/seo-tips/)

Blogger Outreach Guide (https://ahrefs.com/blog/blogger-outreach/)

## Get Notified of New Articles

Leave your email to get our weekly newsletter.

Enter your email                              SUBSCRIBE

© 2019 Ahrefs Pte Ltd. (/)

🐦 225                          f 1259                          in

Exhibit 7, Page 308

Exhibit 7, Page 309

Find Out How Much Traffic a Website Gets: 3 Ways Compared

Exhibit 7, Page 310

Find Out How Much Traffic a Website Gets: 3 Ways Compared

Exhibit 7, Page 311