L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Ste. 2040
Atlanta, Georgia 30309
404-891-1402; 404-506-9111 (fax)

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
mwood@wshllp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

Attorneys for Plaintiff Vernon Unsworth

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048-SVW (JC)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S FIRST AND SECOND MOTIONS TO COMPEL**<br><br>Hearing Date:     Nov. 12, 2019<br>Time:                   9:30 a.m.<br>Courtroom:         750<br>Pretrial Conference: Nov. 25, 2019<br>Trial Date:           Dec. 3, 2019 |

Comes now, Plaintiff Vernon Unsworth, and provides notice to this Honorable Court that the parties have reached a mutually agreed resolution to Plaintiff's Motion to Compel [Dkt. 84, 89] and Plaintiff's Second Motion to Compel [Dkt. 86, 90], and Plaintiff thus withdraws his First and Second Motions to Compel discovery from Defendant Elon Musk set for hearing on Tuesday, November 12, 2019, at 9:30 a.m.

Respectfully submitted this 11th day of November, 2019.

**L. LIN WOOD, P.C.**
By: */s/L. Lin Wood*
L. Lin Wood
*Attorneys for Plaintiff Vernon Unsworth*