L. LIN WOOD, P.C.
L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (*pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Ste. 2040
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (*pro hac vice*)
mwood@wshllp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

Attorneys for Plaintiff VERNON UNSWORTH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>　　　Defendant. | Case No. 2:18-cv-08048-SVW (JCx)<br>Judge: Hon. Stephen V. Wilson<br><br>**PLAINTIFF VERNON UNSWORTH'S NON-OPPOSITION RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF HIS CELL PHONE REPLACEMENT**<br><br>Pretrial Conference: Nov. 25, 2019<br>Hearing Date:　　n/a<br>Time:　　　　　　n/a<br>Courtroom:　　　n/a |

|   |   |
|---|---|
| 1 | During this litigation, Defendant Elon Musk had represented that he destroyed his cell phone earlier this year and that there was no remaining record of his cell phone, raising the prospect of relevance of, and sanctions regarding, spoliation. This matter was briefed at length in the Second Joint Stipulation on Plaintiff's Motion to Compel [Dkt. 86] and Plaintiff's Supplemental Memorandum in Support of Plaintiff's Second Motion to Compel [Dkt. 90]. Unsworth's briefing on the issue establishes the varying positions Musk has taken in this litigation regarding the existence of his cell phone and whether a backup existed and had been properly searched. When the parties conferred regarding the instant Motion in Limine (No. 2), Musk represented that he had conducted a search of his now existent electronic record for his cell phone, and he subsequently produced text messages on November 6, 2019. Thereafter, the parties reached an additional agreement resolving Plaintiff's Second Motion to Compel on this issue. [*See* Dkt. 102]. Accordingly, Plaintiff no longer opposes the relief sought in the instant Motion in Limine based upon circumstances arising after the parties' meet and confer regarding its filing. |

Dated:  November 11, 2019        L. LIN WOOD, P.C.

By: */s/L. Lin Wood*
L. Lin Wood
***Attorneys for Plaintiff Vernon Unsworth***