# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08048-SVW-JC | Date | November 11, 2019 |
|---|---|---|---|
| Title | Vernon Unsworth v. Elon Musk | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| none | | none |

**Proceedings:**   (IN CHAMBERS)

**ORDER VACATING HEARING ON MOTIONS TO COMPEL (DOCKET NOS. 84, 86)**

In light of plaintiff's filing of a Notice of Withdrawal of Plaintiff's First and Second Motions to Compel this date, the previously scheduled November 12, 2019 hearing thereon is vacated. No appearance by counsel is necessary.[1]

---

[1] While the Court always welcomes resolution of matters without court intervention, the Court would greatly appreciate it if, in the future, counsel exhausted their efforts to do so before the eve of the hearing date so as to minimize the unnecessary – and here not insignificant – expenditure of the Court's time and resources.