L. LIN WOOD, P.C.
L. Lin Wood (*pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (*pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (*pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (*pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Ste. 2040
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (*pro hac vice*)
mwood@wshllp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

Attorneys for Plaintiff VERNON UNSWORTH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>　　　Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>　　　Defendant. | Case No. 2:18-cv-08048-SVW (JCx)<br>Judge: Hon. Stephen V. Wilson<br><br>**PLAINTIFF VERNON UNSWORTH'S NOTICE OF WITHDRAWAL OF ERIC ROSE AS AN EXPERT WITNESS**<br><br>Pretrial Conference: Nov. 25, 2019<br>Hearing Date:　　　n/a<br>Time:　　　　　　　n/a<br>Courtroom:　　　　n/a |

1  In his Rule 26(a)(2)(B) Expert Disclosures, Plaintiff identified Eric W. Rose as one of his expert witnesses. Plaintiff has now determined that it is not necessary to introduce Mr. Rose's expert testimony at trial to establish actual and/or presumed damages in this case and therefore withdraws his identification of Mr. Rose as an expert witness who will testify at trial.

Defendant's Motion in Limine No. 4 to exclude the expert opinion of Mr. Rose (Doc. 100) is therefore moot.[1]

Dated:  November 13, 2019        L. LIN WOOD, P.C.

By: */s/L. Lin Wood*
L. Lin Wood
**Attorneys for Plaintiff Vernon Unsworth**

---

[1] Although Plaintiff does not concede the points raised in Defendant's motion, the withdrawal of Mr. Rose as a testifying expert negates the need for any opposition to that motion as it has now been rendered moot.

1