| | |
|---|---|
|1| |
|2| |
|3| |
|4| |
|5| |
|6| |
|7| |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERNON UNSWORTH, | Case No. 2:18-cv-08048 |
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| vs. | |
| ELON MUSK, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE TRIAL SUBPOENA DUCES TECUM TO VERNON UNSWORTH** |
| Defendant. | |

# **[PROPOSED] ORDER**

Defendant Elon Musk's Motion to Enforce the Trial Subpoena Duces Tecum to Vernon Unsworth, came for hearing before the Court on November 25, 2019. After full consideration of all moving and opposition documents, the declaration in support thereof, the Court's record and file in this matter, and the arguments of counsel,

**IT IS HEREBY ORDERED** as follows:

Defendant's Motion to Enforce the Trial Subpoena Duces Tecum to Vernon Unsworth is **GRANTED.**

The Court hereby **ORDERS** that, Plaintiff Vernon Unsworth shall produce those materials requested by the Trial Subpoena Duces Tecum on or before November 29, 2019.

Dated: November ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge