# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH<br><br>v.  Plaintiff(s)<br><br>ELON MUSK<br><br>Defendant(s). | CASE NUMBER<br>2:18-cv-08048<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

THOMPSON, ELLYDE   of   QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   51 MADISON AVENUE
212-849-7000     212-849-7100   22ND FLOOR
*Telephone Number*   *Fax Number*   NEW YORK, NY 10010
ELLYDETHOMPSON@QUINNEMANUEL.COM
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
ELON MUSK

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
LIFRAK, MICHAEL   of   QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   865 SOUTH FIGUEROA STREET, 10TH FLOOR
210846   213-443-3675   213-443-3100   LOS ANGELES, CA 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
michaellifrak@quinnemanuel.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   11/18/2019

*[signature]*
**STEPHEN V. WILSON, U.S. District Judge**