1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>      Plaintiff,<br><br>  vs.<br><br>ELON MUSK,<br><br>      Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO QUASH TRIAL SUBPOENA DUCES TECUM TO ELON MUSK** |

# [PROPOSED] ORDER

Defendant Elon Musk's Motion to Quash the Trial Subpoena Duces Tecum served on him, came for hearing before the Court on November 25, 2019. After full consideration of all moving and opposition documents, the declaration in support thereof, the Court's record and file in this matter, and the arguments of counsel,

**IT IS HEREBY ORDERED** as follows:

Defendant's Motion to Quash the Trial Subpoena Duces Tecum to Elon Musk is **GRANTED.**

Dated: November ___, 2019

_____
Honorable Stephen V. Wilson
United States District Court Judge