# EXHIBIT 21



# abcnews.go.com

your trusted source for breaking news, analysis, exclusive interviews, headlines, and videos at abcnews.com

**Related Mobile Apps:**
▷ Google Play

| Global Rank | Country Rank | Category Rank |
|---|---|---|
| #1,521 | #322 🇺🇸 United States | #223 News and Media |

## Website Audience

**Total Visits**
Apr 2019 - Jun 2019 🌐 World

**124.7M**
↑ 1.68% from last month



**Device Distribution**
Apr 2019 - Jun 2019 🌐 World


48.48 %
51.52 %



| | |
|---|---|
| Monthly Visits | 41.58M |
| Monthly Unique Visitors | |
| Avg. Visit Duration | 00:03:37 |
| Pages / Visit | 2.07 |
| Bounce Rate | 68.06% |

## Visits Over Time
Apr 2019 - Jun 2019, All Traffic

8/5/2019                                          Website Performance

Geography

Exhibit 21, Page 106   JANSEN06408



Exhibit 21, Page 107   JANSEN06409

8/5/2019 Website Performance



Exhibit 21, Page 108   JANSEN06410



# EXHIBIT 22

8/11/2019 Website Performance





# cbsnews.com



watch cbsn the live news stream from cbs news and get the latest, breaking news headlines of the day for national news and world news today.

**Related Mobile Apps:**



| Global Rank | #977 | Country Rank 🇺🇸 United States | #205 | Category Rank News and Media | #148 |

## Website Audience

**Total Visits**
May 2019 - Jul 2019 🌐 Worl

**160.3M**
↑ 10.44% from last month

**Device Distribution**
May 2019 - Jul 2019 🌐 Wor



🖥 48.98 %
📱 51.02 %

| Monthly Visits | 53.46M |
| Monthly Unique Visitors | |
| Avg. Visit Duration | 00:01:54 |
| Pages / Visit | 2.38 |
| Bounce Rate | 75.88% |

8/11/2019                                    Website Performance

# Geography

Exhibit 22, Page 111   JANSEN07178







Exhibit 22, Page 114   JANSEN07181