QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (admitted *pro hac vice*)
  alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
  michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
  jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>             Plaintiff,<br><br>      vs.<br><br>ELON MUSK,<br><br>             Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**DEFENDANT ELON MUSK'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Complaint Filed: September 17, 2018<br>Trial Date: December 3, 2019<br><br>Hearing Date:  November 25, 2019<br>Time:                3:00 p.m.<br>Courtroom:       10A |

Defendant Elon Musk respectfully submits the following voir dire questions for the Court's consideration:

1. Do you hold a strong opinion, whether negative or positive, about Elon Musk?
2. Some of the evidence of this case will contain swear words or harsh language. Will the use of such words or language affect your ability to be fair and impartial?
3. Do you hold a strong opinion, whether negative or positive, about somebody who is a billionaire?
4. Do you have any personal ties to, or have you spent considerable time in, Thailand, the United Kingdom, or South Africa?

Please include the following question as a follow-up to the Court's voir dire regarding the criminal background of any potential juror:

5. Have you, or any close friend or family member, ever been accused of wrongdoing or criminal conduct?

Please including the following question among the biographical information requested from each potential juror:

6. From which source or sources do you get your news?

DATED: November 21, 2019

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Alex Spiro

Alex Spiro (admitted *pro hac vice*)
*Attorneys for Defendant Elon Musk*