# EXHIBIT A



Kevin Beaumont @GossiTheDog · 19m

Here's Elon Musk calling a NY Times journalist a pedophile.

> Elon Musk @elonmusk
> Replying to @elonmusk @zeynep
>
> You know what, don't bother showing the video. We will make one of the mini-sub/pod going all the way to Cave 5 no problemo. Sorry pedo guy, you really did ask for it.

💬 5   🔁 8   ♡ 25



Kevin Beaumont @GossiTheDog · 13m

Oh, sorry, he's calling the guy who found the children a pedo. Real classy, @elonmusk.



> Elon Musk @elonmusk
>
> Replying to @zeynep
>
> Never saw this British expat guy who lives in Thailand (sus) at any point when we were in the caves. Only people in

💬 3   🔁 5   ♡ 29



Elon Musk @elonmusk    [Following]

Replying to @GossiTheDog

Bet ya a signed dollar it's true

9:11 AM - 15 Jul 2018

💬 8    🔁 9    ♡ 46