UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-08048-SVW-JC | Date | November 25, 2019 |
|---|---|---|---|
| Title | Vernon Unsworth v. Elon Musk | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Maria Bustillos | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

R. Christopher Chatham
G. Taylor Wilson
Jonathan D. Grunberg
Lin Wood
Nicole J. Wade
Matthew Wood

Attorneys Present for Defendants:

Alexander Spiro
Michael T. Lifrak
Robert M. Schwartz
William Price

**Proceedings:**   PRETRIAL CONFERENCE
[95] MOTION IN LIMINE to Exclude Evidence filed by Plaintiff
[96] MOTION IN LIMINE (#1) to Exclude Unrelated tweets and SEC settlement filed by Defendant
[97] MOTION IN LIMINE (#2) to Exclude Evidence of Cell Phone Replacement filed by Defendant
[98] MOTION IN LIMINE (#3) to Exclude Evidence of Press Leaks filed by Defendant
[101] MOTION IN LIMINE (#5) to Exclude the Expert Opinion of Dr. Bernard J. Jansen filed by Defendant
[118] MOTION to Enforce Trial Subpoena To Vernon Unsworth filed by Defendant
[126] MOTION to Quash Trial Subpoena for Elon Musk filed by Defendant

   Case called.  Attorneys state their appearances.  Oral argument was heard.  The parties are ordered to return November 26, 2019 at 10:00 a.m. for further argument.

|  | 1 | : | 26 |
|---|---|---|---|
| | Initials of Preparer | | PMC |