UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08048-SVW-JC | Date | November 26, 2019 |
|---|---|---|---|
| Title | Vernon Unsworth v. Elon Musk | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Maria Bustillos | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| R. Christopher Chatham | Alexander Spiro |
| G. Taylor Wilson | Michael T. Lifrak |
| Jonathan D. Grunberg | Robert M. Schwartz |
| Lin Wood | William Price |
| Nicole J. Wade | |
| Matthew Wood | |

**Proceedings:**    PRETRIAL CONFERENCE
[95] MOTION IN LIMINE to Exclude Evidence filed by Plaintiff
[96] MOTION IN LIMINE (#1) to Exclude Unrelated tweets and SEC settlement filed by Defendant
[97] MOTION IN LIMINE (#2) to Exclude Evidence of Cell Phone Replacement filed by Defendant
[98] MOTION IN LIMINE (#3) to Exclude Evidence of Press Leaks filed by Defendant
[101] MOTION IN LIMINE (#5) to Exclude the Expert Opinion of Dr. Bernard J. Jansen filed by Defendant
[118] MOTION to Enforce Trial Subpoena To Vernon Unsworth filed by Defendant
[126] MOTION to Quash Trial Subpoena for Elon Musk filed by Defendant

   Case called.  Attorneys state their appearances.  Further argument was heard. Order to issue. A final pretrial conference is ordered for December 2, 2019 at 2:30 p.m..

|  | 1 | : | 26 |
|---|---|---|---|
| | Initials of Preparer | | PMC |