L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Ste. 2040
Atlanta, Georgia 30309
404-891-1402; 404-506-9111 (fax)

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
mwood@wshllp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

Attorneys for Plaintiff Vernon Unsworth

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048-SVW (JC)<br><br>**PLAINTIFF VERNON UNSWORTH'S FINAL TRIAL WITNESS LIST**<br><br>Trial Date:          Dec. 3, 2019 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), the Local Rules, and the Scheduling Order [Doc. 54 Ex. A] as amended [Doc. 55, 69, 83], Plaintiff Vernon Unsworth hereby files his final trial witness list.

Plaintiff intends to call the following witnesses live or by deposition[1] as indicated:

1. Vernon Unsworth
2. Elon Musk
3. Jared Birchall
4. Vanessa Unsworth (by video deposition)
5. Dr. Bernard "Jim" Jansen

Plaintiff may call the following witnesses live or by deposition designations as indicated:

1. Martin Ellis*
2. Richard William Stanton MBE GM*
3. Woranan ("Tik") Ratrawiphukkun* (by video deposition)
4. Sam Teller*
5. Chris Bowman*
6. David Arnold* (by video deposition)
7. Steven Davis* (by video deposition)
8. Armor Harris* (by video deposition)

Plaintiff reserves the right to call any witness identified on Defendant's witness list, to call custodians of records if needed to overcome any objection or secure admission of documentary evidence, and to amend this witness list to add additional witnesses that may become necessary, either for rebuttal or other purposes.

---

[1] Plaintiff will serve and file an index of the portions of the depositions offered, stating the pages and lines offered, objections, and the grounds for objections as required at the time of lodging under L.R. 32-1 as required by L.R. 16-2.7(c).

1

Dated:  December 2, 2019    **L. LIN WOOD, P.C.**
By: */s/L. Lin Wood*
L. Lin Wood
*Attorneys for Plaintiff Vernon Unsworth*