L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan D. Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Ste. 2040
Atlanta, Georgia 30309
404-891-1402; 404-506-9111 (fax)

WEISBART SPRINGER HAYES, LLP
Matt C. Wood (admitted *pro hac vice*)
mwood@wshllp.com
212 Lavaca Street, Ste. 200
Austin, TX 78701
512-652-5780
512-682-2074 (fax)

CHATHAM LAW GROUP
Robert Christopher Chatham
chris@chathamfirm.com
CA State Bar No. 240972
3109 W. Temple St.
Los Angeles, CA 90026
213-277-1800

Attorneys for Plaintiff Vernon Unsworth

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>    Defendant. | Case No. 2:18-cv-08048-SVW (JC)<br><br>**PLAINTIFF VERNON UNSWORTH'S L.R. 16-2.7(c) INDEX OF DEPOSITIONS OFFERED**<br><br>Trial Date:     Dec. 3, 2019 |

Plaintiff Vernon Unsworth, pursuant to L.R. 16-2.7(c) files, his Index of Depositions Offered:

## Exhibit A – Deposition Designations for Vanessa Unsworth

| Start P:L | End P:L | Objections |
|---|---|---|
| 5:20 | 5:22 | |
| 6:20 | 10:13 | |
| 11:6 | 11:17 | |
| 13:18 | 14:21 | 13:18 – 14:10 – Irrelevant |
| 17:8 | 17:22 | 17:16 – 17:22 – Irrelevant, bolstering<br>17:16-17:22 – Irrelevant, FRE 403, 404 (mention of child rapist and child bride) |
| 21:11 | 23:6 | 21:11 – 22: 5 – Irrelevant, bolstering<br>22:16 – 23:6 – Irrelevant, bolstering, form |
| 24:14 | 28:19 | 24:14 – 28:19 – Irrelevant, bolstering, form |
| 32:14 | 32:21 | 32:14-32:21 – Irrelevant, FRE 403, 404 (mention of child rapist and child bride) |
| 92:16 | 93:18 | |

## Counter Designations for Vanessa Unsworth

Plaintiff reserves the right to play the below portion of this deposition at the time the witness' testimony is presented at trial.

| Start P:L | End P:L | Objections |
|---|---|---|
| 60:19 | 60:23 | Incomplete (no question); relevance; FRE 403 |
| 73:3 | 74:19 | Foundation; relevance; calls for speculation; FRE 403 |
| 76:6 | 78:15 | Relevance; FRE 403 |

## Exhibit B – Deposition Designations for David Arnold

| Start P:L | End P:L | Objections |
|-----------|---------|------------|
| 8:11 | 8:13 | |
| 9:3 | 9:21 | |
| 10:7 | 10:15 | |
| 45:3 | 45:21 | |

**Exhibit C - Deposition Designations for Woranan ("Tik") Ratrawiphukkun**

| Start P:L | End P:L | Objections |
|---|---|---|
| 5:22 | 8:15 | |
| 9:23 | 16:22 | |
| 17:2 | 18:25 | 18:11 – 18:25 – Irrelevant, bolstering |
| 19:14 | 20:9 | |
| 23:13 | 24:3 | |
| 32:4 | 32:15 | 32:8-32:15 – Irrelevant, FRE 403, 404 (mentions child rapist and child bride). |
| 33:17 | 33:19 | |
| 35:9 | 36:4 | |
| 65:6 | 67:23 | 67:6 – 11 – Hearsay |

**Counter Designations for Woranan ("Tik") Ratrawiphukkun**

Plaintiff reserves the right to play the below portion of this deposition at the time of the witness' testimony is presented at trial.

| Start P:L | End P:L | Objections |
|---|---|---|
| 103:13 | 104:10 | Foundation |

3

## Exhibit D – Deposition Designations for Steven Davis

| Start P:L | End P:L | Objections |
|---|---|---|
| 7:9 | 8:1 | 7:11 – 8:1 – Irrelevant |
| 10:2 | 11:14 | |
| 13:6 | 15:24 | |
| 43:7 | 43:16 | 43:7 – 9 – Move to strike |
| 49:16 | 50:12 | Move to strike, colloquy, irrelevant |
| 51:11 | 53:6 | 51:23 – 52:10 – Move to strike, colloquy, irrelevant<br>52:18 – 53:6 – Move to strike , irrelevant |
| 67:12 | 70:9 | 70:1 – 9 – Form |
| 81:3 | 88:24 | 81:15 – 82:21 – Move to strike, colloquy, irrelevant<br>84:4 – 18 – Move to strike, colloquy, irrelevant |
| 93:10 | 102:12 | 93:14 – 15 (first sentence) – Move to strike, irrelevant<br>102: 8 – 12 – Move to strike, irrelevant |
| 103:5 | 125:18 | 104:8 – 13 – Form<br>105: 7 – 106:8 – Form<br>110:14 – 112:11 – Move to strike, irrelevant<br>121:16 – 122:22 – Move to strike, irrelevant, calls for speculation, colloquy |
| 129:16 | 143:25 | 129:16 – 138:16 – Irrelevant, form |
| 149:8 | 152:24 | 150:17 – 19 – Move to strike, irrelevant |
| 156:14 | 161:12 | |
| 161:19 | 167:23 | 161:19 – 162:1 – Move to strike, irrelevant |
| 168:19 | 170:22 | 169:1 – 7 – Move to strike, irrelevant |

**Exhibit E – Deposition Designations for Armor Harris**

| Start P:L | End P:L | Objections |
|---|---|---|
| 6:12 | 6:14 | |
| 8:10 | 10:13 | |
| 10:19 | 13:10 | |
| 21:23 | 24:8 | |
| 24:22 | 26:10 | |
| 27:17 | 28:15 | |
| 29:18 | 31:21 | |
| 33:5 | 37:13 | |
| 39:18 | 40:14 | 40:6 – 14 – Move to strike, irrelevant |
| 58:9 | 59:12 | |
| 68:20 | 70:5 | |
| 74:22 | 76:19 | |
| 111:5 | 113:21 | |
| 121:19 | 129:13 | |
| 129:14 | 135:22 | |
| 137:19 | 141:14 | |
| 153:13 | 157:21 | |
| 163:5 | 163:18 | |

Dated: December 2, 2019    **L. LIN WOOD, P.C.**

By: */s/L. Lin Wood*
L. Lin Wood
*Attorneys for Plaintiff Vernon Unsworth*