UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:18-cv-08048-SVW-JC |
| Title: | Vernon Unsworth v. Elon Musk |
| Date | December 3, 2019 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz/Lori Stanton | Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| R.C. Chatham, G.T. Wilson, J.D. Grunberg, L.L. Wood, N.J. Wade | A. Spiro, M.T. Lifrak, R.M. Schwartz, W. Price, E. Thompson |

_____ Day Court Trial     First Day Jury Trial

_____ One day trial:    X  Begun (1st day);    X  Held & Continued;    _____ Completed by jury verdict/submitted to court.

✓ The Jury is impaneled and sworn.
✓ Opening statements made by    Plaintiff and Defendant
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.    _____ denied.    _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to    December 4, 2019 9:00 A.M.    for further trial/further jury deliberation.
_____ Other:

                                                                                    6 : 40
                                                        Initials of Deputy Clerk    PMC/LS

cc: