UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:18-cv-08048-SVW |
| Title: | Vernon Unsworth v. Elon Musk |
| Date | December 4, 2019 |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz/Lori Stanton | Anne Kielwasser; Laura Elias |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| R. Christopher Chatham;  G. Taylor Wilson; Jonathan D. Grunberg; L. Lin Wood | Alexander Spiro; Michael T. Lifrak; Robert M. Schwartz; |

_____ Day Court Trial       2nd Day Jury Trial

_____ One day trial:    _____ Begun (1st day);   X  Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
_____ Plaintiff(s) rest.    _____ Defendant(s) rest.
_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.
_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.
_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.
_____ Jury polled.    _____ Polling waived.
_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.
_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).
_____ Case submitted.    _____ Briefs to be filed by
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   December 5, 2019 at 9:00 a.m.   for further trial/further jury deliberation.
_____ Other:

7 : 40

Initials of Deputy Clerk   PMC/LS

cc: