

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 18-08048 SVW (JCx) |
| Title: | Vernon Unsworth v. Elon Musk |
| Date | December 6, 2019 |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz/Lori Stanton | Anne Kielwasser (AM); Laura Elias (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

**Attorneys Present for Plaintiff(s):**
L. Lin Wood; G. Taylor Wilson; Nicole Jennings Wade; Matt Wood

**Attorneys Present for Defendants:**
Alexander Spiro; Robert M. Schwartz; William Price; Ellyde Thompson; Michael T. Lifrak

_____ Day Court Trial    4th Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   **X** Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
____ Witnesses called, sworn and testified.   ____ Exhibits Identified   ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ____ Jury resumes deliberations.
✓ Jury Verdict in favor of   ____ plaintiff(s)   ✓ defendant(s) is read and filed.
____ Jury polled.   ✓ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by _____
____ Motion to dismiss by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is   ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
____ Other: _____

                                                              5  :  45
                                          Initials of Deputy Clerk   PMC/LS

cc: