UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Vernon Unsworth, | ) | CASE NO.: 2:18-cv-08048-SVW-JC |
| Plaintiff | ) ) ) | VERDICT<br>REDACTED AS TO FOREPERSON'S NAME |
| vs. | ) ) | |
| Elon Musk, | ) ) | |
| Defendant. | ) ) | |

WE THE JURY in the above-entitled action find as follows:

Select one of the following two options:

1. In Plaintiff's action for libel per se, we the jury find in favor of:

   _____          \_\_\_\_X\_\_\_\_\_
   Plaintiff              Defendant

   If you found in favor of the Plaintiff above, proceed to question 2. If you found in favor of the Defendant, stop here, answer no further questions, and have the presiding juror sign and date this form.

/ / /
/ / /
/ / /

## ACTUAL DAMAGES

2. What are Mr. Unsworth's actual damages?

$_____

Even if Mr. Unsworth has not proved any actual damages, answer the next question.

## ASSUMED DAMAGES

3. What are the damages you award Mr. Unsworth for the assumed harm? To award assumed damages, you must award at least a nominal sum.

$_____

If you awarded *any* damages (including a nominal sum) for questions 2 or 3, proceed to question 4. If not, stop here, answer no further questions, and have the presiding juror sign and date this form.

## PUNITIVE DAMAGES

4. What amount, if any, do you award as punitive damages against Mr. Musk?

$_____

Stop here, and have the presiding juror sign and date this form.

DATE: 12/04/19

*Signature:*

*Print Name of Presiding Juror:*

-2-