UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No.   CV 18-08048-SVW (JCx)

Title:   Vernon Unsworth v. Elon Musk

Date: 12/06/19
Time: 2:22 pm

**JURY NOTE NUMBER** __1__     REDACTED AS TO FOREPERSON'S NAME

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

DATE: 12/06/19         SIGNED:   FOREPERSON OF THE JURY