NAME & ADDRESS

[Clerk stamp: DEC 2019 CENTRAL DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vernon Unsworth,<br><br>PLAINTIFF(S)<br>v.<br><br>Elon Musk,<br><br>DEFENDANT(S) | CASE NUMBER:<br>2:18-CV-08048-SVW-JC<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joc_____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

12-4-19
Date

Counsel for: ☒Plaintiff ☐Defendant ☐ Vernon Unsworth

[Signature]     404-822-2285
Signature        Telephone Number

12-4-19
Date

Counsel for: ☐Plaintiff ☒Defendant ☐ Elon Musk

[Signature]
Signature        Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

12-6-19
Date

Clerk, U.S. District Court

By [signature]
     Deputy Clerk