FILED
CLERK, U.S. DISTRICT COURT

DEC - 6 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VERNON UNSWORTH, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:18-cv-08048-SVW |
| v. | |
| ELON MUSK, | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable Stephen V. Wilson, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Vernon Unsworth

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Elon Musk

recover of the plaintiff(s) its costs of action, taxed in the sum of to be determined by motion.

Clerk, U. S. District Court

Dated: 12/6/19

By _____
Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record