QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
Alex B. Spiro (admitted *pro hac vice*)
   alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
   robertschwartz@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
   michaellifrak@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
   jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*

L. LIN WOOD, P.C.
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402
Facsimile: (404) 506-9111

*Attorneys for Plaintiff Vernon Unsworth*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH,<br><br>      Plaintiff,<br><br>vs.<br><br>ELON MUSK,<br><br>      Defendant. | Case No. 2:18-cv-08048<br><br>Judge: Hon. Stephen V. Wilson<br><br>**JOINT STIPULATION FOR ORDER OF FINAL JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure 54 and 58, Plaintiff Vernon Unsworth and Defendant Elon Musk (the "parties") hereby stipulate and the Court orders as follows:

WHEREAS Plaintiff Vernon Unsworth filed this action against Defendant Elon Musk on September 18, 2018 (the "action");

WHEREAS a jury trial commenced on December 3, 2019 in the above-entitled Court;

WHEREAS after hearing the evidence and arguments of counsel the jury was duly instructed by the Court, and the cause was submitted to the jury;

WHEREAS the jury deliberated and thereafter returned to Court with its verdict in favor of Defendant Elon Musk on December 6, 2019;

WHEREAS the parties have agreed to bear their own costs;

WHEREAS the parties have agreed to forego any appeals or other challenges related to the action;

WHEREAS the parties desire to have final judgment entered in the action, and have agreed to fully and finally resolve any and all claims, whether at law or in equity, whether known or unknown, that the parties may have against each other;

The Parties THEREFORE, request the Court ORDER, ADJUDGE, AND DECREE the following:

1. Final judgment is hereby entered in favor of Defendant Musk.  Plaintiff Unsworth shall have and recover nothing by reason of his complaint against Defendant Musk.
2. Each party shall bear his own costs associated with this action.
3. Neither party shall seek to appeal or otherwise challenge any issue arising from or relating to the action.
4. The parties fully and finally release any claims whether at law or in equity, whether known or unknown, that the parties may have against each other.

IT IS SO STIPULATED.

Dated:  December 9, 2019        Respectfully submitted,

L. LIN WOOD, P.C.

By: */s/ L. Lin Wood*
L. Lin Wood (admitted *pro hac vice*)
lwood@linwoodlaw.com
Nicole J. Wade (admitted *pro hac vice*)
nwade@linwoodlaw.com
Jonathan Grunberg (admitted *pro hac vice*)
jgrunberg@linwoodlaw.com
G. Taylor Wilson (admitted *pro hac vice*)
twilson@linwoodlaw.com
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309
Telephone: (404) 891-1402
Facsimile: (404) 506-9111

CHATHAM LAW GROUP
Robert Christopher Chatham
State Bar No. 240972
chris@chathamfirm.com
3109 W. Temple St.
Los Angeles, CA 90026
Telephone: (213) 277-1800

WEISBART SPRINGER HAYES LLP
Matt C Wood (admitted *pro hac vice*)
mwood@wshllp.com
212 Lavaca Street Suite 200
Austin, TX 78701
Telephone: (512) 652-5780
Facsimile: (512) 682-2074

*Attorneys for Plaintiff Vernon Unsworth*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Alex B. Spiro*
Alex B. Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Jeanine M. Zalduendo (Bar No. 243374)
jeaninezalduendo@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

*Attorneys for Defendant Elon Musk*