1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON UNSWORTH, | Case No. 2:18-cv-08048 |
|       Plaintiff, | Judge: Hon. Stephen V. Wilson |
|     vs. | **[JOINTLY PROPOSED] ORDER OF FINAL JUDGMENT** |
| ELON MUSK, | |
|       Defendant. | |

Currently before the Court is a Joint Stipulation for Final Judgment, filed by Plaintiff Vernon Unsworth and Defendant Elon Musk (collectively, the "Parties").

The Court, having read and considered the Joint Stipulation for Final Judgment **GRANTS** the Joint Stipulation,

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Final judgment is hereby entered in favor of Defendant Musk.  Plaintiff Unsworth shall have and recover nothing by reason of his complaint against Defendant Musk.

2. Each party shall bear his own costs associated with this action.

3. Neither party shall seek to appeal or otherwise challenge any issue arising from or relating to the action.

4. The parties fully and finally release any claims whether at law or in equity, whether known or unknown, that the parties may have against each other.

IT IS SO ORDERED

Dated: _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

[JOINTLY PROPOSED] ORDER OF FINAL JUDGMENT