UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-08048-SVW-JC | Date | December 2, 2019 |
| Title | Vernon Unsworth v. Elon Musk | | |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | Maria Bustillos | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:
R Christopher Chatham
G Taylor Wilson
Jonathan D Grunberg
L Lin Wood
Nicole Jennings Wade

Attorneys Present for Defendants:
Alexander Spiro
Michael T Lifrak
Robert M Schwartz
William Price
Ellyde Thompson

**Proceedings:**   FINAL PRETRIAL CONFERENCE

Conference held.  The Court orders that the case will proceed to trial as scheduled.

                                                                                                1 : 17

Initials of Preparer   PMC