```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                           ---

 4         HONORABLE STEPHEN V. WILSON, JUDGE PRESIDING

 5                           ---

 6

 7

 8    VERNON UNSWORTH,                    )
                                         )
 9                                       )
                                         )
10                    Plaintiffs,        )
                                         )No. CV 18-8048
11            VS                         )
                                         )
12    ELON MUSK,                         )
                                         )
13                                       )
                      Defendant.         )
14    _____)

15

16             Reporter's Transcript of Proceedings
                   JURY TRIAL - DAY TWO
17                    MORNING SESSION
                  Los Angeles, California
18             WEDNESDAY, DECEMBER 4, 2019

19

20

21

22

23          ANNE KIELWASSER, CRR, RPR, CSR
            Federal Official Court Reporter
24          350 WEST 1ST Street, Room 4455
            Los Angeles, California 90012
25             Telephone: (213) 894-2969
               anne.kielwasser@gmail.com
```

```
1                    A P P E A R A N C E S

2

3

     ON BEHALF OF THE PLAINTIFF:
4
     L Lin Wood
5    L Lin Wood PC
     1201 West Peachtree Street NW
6    Atlanta, GA 30309
     404-891-1402
7    Fax: 404-506-9111
     E-mail: Lwood@linwoodlaw.com
8
     Matt C Wood
9    Weisbart Springer Hayes LLP
     212 Lavaca Street Suite 200
10   Austin, TX 78701
     512-652-5780
11   Fax: 512-682-2074
     E-mail: Mwood@wshllp.com
12
     G Taylor Wilson
13   L Lin Wood PC
     1180 West Peachtree Street
14   Atlanta, GA 30309
     404-891-1402
15   Fax: 404-506-9111
     E-mail: Twilson@linwoodlaw.com
16
     R Christopher Chatham
17   Chatham Law Group
     3109 West Temple Avenue
18   Los Angeles, CA 90026
     213-277-1800
19   E-mail: Chris@chathamfirm.com

20   Jonathan D Grunberg
     L Lin Wood PC
21   1180 West Peachtree Street
     Atlanta, GA 30309
22   404-891-1402
     Fax: 404-506-9111
23   E-mail: Jgrunberg@linwoodlaw.com

24

25     (APPEARANCES CONTINUED ON NEXT PAGE)
```

```
1                   A P P E A R A N C E S

2

     ON BEHALF OF THE PLAINTIFF:
3

4    Nicole Jennings Wade
     L Lin Wood PC
5    1880 West Peachtree Street
     Atlanta, GA 30309
6    404-891-1402
     Fax: 404-506-9111
7    E-mail: Nwade@linwoodlaw.com

8

     ON BEHALF OF THE DEFENDANT:
9

     Alexander Spiro
10   Quinn Emanuel Urquhart and Sullivan LLP
     51 Madison Avenue 22nd Floor
11   New York, NY 10010
     212-849-7000
12   Fax: 212-849-7100
     E-mail: Alexspiro@quinnemanuel.com
13

     Michael T Lifrak
14   Quinn Emanuel Urquhart and Sullivan LLP
     865 South Figueroa Street 10th Floor
15   Los Angeles, CA 90017
     213-443-3675
16   Fax: 213-443-3100
     E-mail: Michaellifrak@quinnemanuel.com
17

     Robert M Schwartz
18   Quinn Emanuel Urquhart and Sullivan LLP
     865 South Figueroa Street 10th Floor
19   Los Angeles, CA 90017
     213-443-3675
20   Fax: 213-443-3100
     E-mail: Robertschwartz@quinnemanuel.com
21

     William C Price
22   Quinn Emanuel Urquhart and Sullivan LLP
     865 South Figueroa Street 10th Floor
23   Los Angeles, CA 90017-2543
     213-443-3000
24   Fax: 213-443-3100
     E-mail: Williamprice@quinnemanuel.com
25

     (Appearances continued on next page)
```

```
1                      A P P E A R A N C E S

2      ON BEHALF OF THE DEFENDANT:

3
       Ellyde R Thompson
4      Quinn Emanuel Urquhart and Sullivan LLP
       51 Madison Avenue 22nd Floor
5      New York, NY 10010
       212-849-7000
6      Fax: 212-849-7100
       E-mail: Ellydethompson@quinnemanuel.com
7

8      Jeanine Zalduendo
       Quinn Emanuel Urquhart and Sullivan LLP
9      865 South Figueroa Street 10th Floor
       Los Angeles, CA 90017-2543
10     213-443-3000
       Fax: 213-443-3100
11     Jeaninezalduendo@quinnemanuel.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                            **INDEX**

2     **WITNESS:**                                        **PAGE:**

3
          DEFENDANT **ELON MUSK,** PREVIOUSLY SWORN              8
4         DIRECT EXAMINATION BY MR. SPIRO                        9
          RECROSS-EXAMINATION BY MR. WOOD                       41
5         WITNESS, **JARED J. BIRCHALL,** SWORN                 71
          DIRECT EXAMINATION BY MR. WOOD                        71
6
                              * * * * *
7
                            **EXHIBITS**
8
      Exhibit No. 529 admitted into evidence.            9
9
      Exhibit No. 563 admitted into evidence.           10
10
      Exhibit No. 336 received in evidence              10
11
      Exhibit No. 645 received in evidence              10
12
      Exhibit No. 674 received in evidence              11
13
      Exhibit No. 15 received in evidence               12
14    Exhibit No. 548 received in evidence              16

15    Exhibit Nos. 587 and 588 received in evidence     16

16    Exhibit No. 597 admitted into evidence.           17

17    Exhibit Nos. 579 admitted into evidence.          18

18    Exhibit No. 596 received into evidence            19

19    Exhibit No. 656 received in evidence              34

20    Exhibit No. 933 received in evidence              36

21    Exhibit No. 688 received in evidence              37

22    Exhibit Nos. 252, 262, 269, 270, 271 and 263      45
      admitted into evidence.
23    Exhibit No. 232 received in evidence              62

24    Exhibit No. 36 received in evidence               74
      Exhibit No. 66 received in evidence               82
25    Exhibit No. 72 received in evidence               85

                  UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | WEDNESDAY, DECEMBER 4, 2019                    9:00 A.M. |
| 2 | ~ ~ ~ |
| 3 | JURY TRIAL - DAY TWO |
| 4 | MORNING SESSION ONLY |
| 08:55:09  5 | ~ ~ ~ |
| 09:11:04  6 | **THE COURT:**  Good morning, everyone. |
| 09:11:05  7 | Before the jury comes back, I did consider |
| 09:11:10  8 | the defendant's motion regarding the use of the deposition as |
| 09:11:21  9 | argued yesterday, and unfortunately, there was such an |
| 09:11:26 10 | avalanche of pleadings filed on Monday, to be frank, your |
| 09:11:32 11 | argument got lost among all your other arguments.  We didn't |
| 09:11:37 12 | give it as much of an examination as we should have. |
| 09:11:43 13 | But we have now, and I think your argument |
| 09:11:46 14 | has merit, and I think there is an effort by the plaintiff to |
| 09:11:57 15 | go beyond the pretrial order in the sense that the Court made |
| 09:12:03 16 | it clear that the BuzzFeed article is not the subject of |
| 09:12:10 17 | defamation in the case.  And I'm forewarning the plaintiff |
| 09:12:20 18 | that when it comes to final argument, if there is an effort |
| 09:12:25 19 | at blurring, it will be my obligation to straighten it out. |
| 09:12:32 20 | And I'll be listening very carefully. |
| 09:12:35 21 | But I haven't had a complete opportunity to |
| 09:12:38 22 | look at your motion, and if ultimately it is with merit, I |
| 09:12:46 23 | will consider a motion to strike. |
| 09:12:50 24 | **MR. SPIRO:**  Thank you, Your Honor. |
| 09:12:51 25 | **THE COURT:**  That's all I want to say about that |

| | | |
|---|---|---|
| 09:12:53 | 1 | now.  Nothing further.  Nothing further. |
| 09:12:57 | 2 | **MR. WOOD:**  Not on that point, Your Honor. |
| 09:12:59 | 3 | **THE COURT:**  You got up, and I don't want any |
| 09:13:01 | 4 | comment further at this point. |
| 09:13:02 | 5 | Now, the other point I want to make, because |
| 09:13:05 | 6 | we are in the examination of Mr. Musk, is that -- when we get |
| 09:13:16 | 7 | to recross, recross doesn't open the floodgates once again. |
| 09:13:22 | 8 | We spent -- I think he started testifying at 1:00 o'clock or |
| 09:13:28 | 9 | thereabouts on -- yesterday, finished at 5:00, it was a full |
| 09:13:33 | 10 | afternoon.  I'm not setting time limits, but there are |
| 09:13:38 | 11 | limits. |
| 09:13:39 | 12 | So, when Mr. Spiro finishes his direct |
| 09:13:52 | 13 | examination, as I said, there can be recross, but the recross |
| 09:13:55 | 14 | only relates to any new matters that Mr. Spiro raised or any |
| 09:14:02 | 15 | matters that need some amplification. |
| 09:14:06 | 16 | There may have -- there may be that matter |
| 09:14:11 | 17 | that you brought to my attention at the end of your |
| 09:14:16 | 18 | cross-examination that I said you could raise, escapes me |
| 09:14:22 | 19 | right now, but it's a limited matter. |
| 09:14:25 | 20 | So, I'm going to bring the jury in here. |
| 09:14:29 | 21 | Let's get to it, make some progress. |
| 09:14:32 | 22 | **MR. WOOD:**  Your Honor, I have an issue on a |
| 09:14:34 | 23 | different subject matter I want to bring up with you before |
| 09:14:36 | 24 | the jury comes in. |
| 09:14:37 | 25 | **THE COURT:**  What is it? |

| | | |
|---|---|---|
| 09:14:38 | 1 | **MR. WOOD:**  I want to make a proffer about the |
| 09:14:42 | 2 | Judge's sustaining the objection to the question about |
| 09:14:45 | 3 | whether Tesla would hire a pedophile.  I believe that I can |
| 09:14:55 | 4 | make a proffer for the record, and then the Judge -- you will |
| 09:14:55 | 5 | say "yes" or "no," and then I'll move on, but I need to make |
| 09:14:56 | 6 | a record on it before he steps down. |
| 09:14:58 | 7 | **THE COURT:**  Don't make it now, because the jury |
| 09:15:00 | 8 | will come back.  I will give you a full opportunity at the |
| 09:15:03 | 9 | next recess to make that proffer. |
| 09:15:05 | 10 | You may be seated. |
| 09:15:06 | 11 | Bring the jury in. |
| 09:16:26 | 12 | We can take appearances. |
| 09:16:27 | 13 | Can I state for the record, just to avoid the |
| 09:16:31 | 14 | niceties, the parties are present with counsel? |
| 09:16:35 | 15 | **MR. SPIRO:**  Yes, Your Honor. |
| 09:16:37 | 16 | **THE COURT:**  Everyone agree?  Okay, done. |
| 09:17:07 | 17 | (Following proceedings were held in the presence |
| 09:17:10 | 18 | of the jury.) |
| 09:17:10 | 19 | **THE COURT:**  Good morning, members of the jury. |
| 09:17:15 | 20 | Thank you very much for making a special effort on a nasty |
| 09:17:18 | 21 | morning to get here on time.  I noticed that you all were |
| 09:17:21 | 22 | here on time, and everyone appreciates that. |
| 09:17:23 | 23 | We're ready to resume. |
| 09:17:26 | 24 | **MR. SPIRO:**  Thank you. |
| 09:17:26 | 25 | DEFENDANT, **ELON MUSK**, PREVIOUSLY SWORN |

| | | |
|---|---|---|
| 09:17:26 | 1 | DIRECT EXAMINATION |
| 09:17:26 | 2 | BY MR. SPIRO: |
| 09:17:29 | 3 | Q.    Good morning, Mr. Musk. |
| 09:17:30 | 4 | A.    Good morning. |
| 09:17:31 | 5 | Q.    When we left off, we were talking about how you became |
| 09:17:35 | 6 | involved in the rescue operation in Thailand. |
| 09:17:40 | 7 | Can I ask you, did the Thai authorities know |
| 09:17:42 | 8 | you were coming to help? |
| 09:17:44 | 9 | A.    Yes. |
| 09:17:44 | 10 | MR. SPIRO:  And I would at this time have the |
| 09:17:47 | 11 | witness take a look at 529. |
| 09:18:02 | 12 | THE WITNESS:  Shall I look in this book? |
| 09:18:02 | 13 | BY MR. SPIRO: |
| 09:18:05 | 14 | Q.    Yes. |
| 09:18:07 | 15 | A.    Okay. |
| 09:18:08 | 16 | MR. WOOD:  No objections. |
| 09:18:09 | 17 | MR. SPIRO:  And we would offer that with no |
| 09:18:11 | 18 | objection from the plaintiff. |
| 09:18:14 | 19 | THE COURT:  Received. |
| 09:18:15 | 20 | (Exhibit No. 529 admitted into evidence.) |
| 09:18:15 | 21 | BY MR. SPIRO: |
| 09:18:16 | 22 | Q.    563, if you could take a look, Mr. Musk? |
| 09:18:21 | 23 | A.    Yes.  529 and 563. |
| 09:18:27 | 24 | MR. WOOD:  No objection. |
| 09:18:27 | 25 | MR. SPIRO:  There is no objection from plaintiff. |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 09:18:29 | 1 | **THE COURT:**  Received. |
| 09:18:30 | 2 | (Exhibit No. 563 admitted into evidence.) |
| 09:18:30 | 3 | BY MR. SPIRO: |
| 09:18:31 | 4 | Q.    And if you could look, Mr. Musk, at 336? |
| 09:18:40 | 5 | **MR. WOOD:**  No objection. |
| 09:18:46 | 6 | **MR. SPIRO:**  We would offer 336.  No objection. |
| 09:18:50 | 7 | **THE COURT:**  Received. |
| 09:18:51 | 8 | (Exhibit No. 336 received in evidence.) |
| 09:18:53 | 9 | BY MR. SPIRO: |
| 09:18:53 | 10 | Q.    And then, after you were done assisting in any way you |
| 09:18:57 | 11 | could with the rescue operation, can you take a look at -- |
| 09:19:01 | 12 | Well, did you receive thanks from the |
| 09:19:03 | 13 | government of Thailand? |
| 09:19:05 | 14 | A.    Yes. |
| 09:19:05 | 15 | Q.    Can you take a look at 645? |
| 09:19:13 | 16 | A.    Yes. |
| 09:19:15 | 17 | **MR. SPIRO:**  With no objection from plaintiff, I |
| 09:19:18 | 18 | would offer that. |
| 09:19:29 | 19 | **THE COURT:**  Don't put it on the screen until there |
| 09:19:32 | 20 | is a -- |
| 09:19:32 | 21 | **MR. SPIRO:**  I think it was offered without |
| 09:19:33 | 22 | objection. |
| 09:19:34 | 23 | **THE COURT:**  All right, then, it's received. |
| 09:19:36 | 24 | (Exhibit No. 645 received in evidence.) |
| 09:19:37 | 25 | **MR. SPIRO:**  And 674. |

| | | |
|---|---|---|
| 09:19:41 | 1 | BY MR. SPIRO: |
| 09:19:41 | 2 | Q.     If you could take a look, Mr. Musk? |
| 09:19:44 | 3 | A.     Yes. |
| 09:19:45 | 4 |       **MR. WOOD:**  No objection. |
| 09:19:46 | 5 |       **THE COURT:**  Received. |
| 09:19:47 | 6 |       (Exhibit No. 674 received in evidence.) |
| 09:19:48 | 7 | BY MR. SPIRO: |
| 09:19:48 | 8 | Q.     If we could put that briefly up on the screen. |
| 09:19:57 | 9 |       Now, do you -- |
| 09:20:02 | 10 |       Can you just tell us briefly who on the |
| 09:20:04 | 11 | ground in Thailand you were in touch with, either by name or |
| 09:20:08 | 12 | designation? |
| 09:20:09 | 13 | A.     We were in touch with a lot of people, but primarily |
| 09:20:14 | 14 | Rick Stanton. |
| 09:20:16 | 15 |       **MR. SPIRO:**  And then I would ask that 15, I |
| 09:20:18 | 16 | believe, we agreed yesterday that was coming in, be put up on |
| 09:20:23 | 17 | the screen. |
| 09:20:27 | 18 |       (Discussion off the record.) |
| 09:20:38 | 19 |       **MR. WOOD:**  I have one issue with that document, |
| 09:20:40 | 20 | Your Honor. |
| 09:20:40 | 21 |       **THE COURT:**  Is there an objection? |
| 09:20:41 | 22 |       **MR. WOOD:**  Yes, there is. |
| 09:20:43 | 23 |       **THE COURT:**  One moment.  Let me look at it. |
| 09:21:19 | 24 |       **MR. SPIRO:**  Your Honor, there is -- we've reached |
| 09:21:20 | 25 | an agreement, if it's okay with the Court.  I'm not going to |

12

| | |
|---|---|
| 09:21:23 | 1 |
| 09:21:26 | 2 |
| 09:21:28 | 3 |
| 09:21:31 | 4 |
| 09:21:32 | 5 |
| 09:21:35 | 6 |
| 09:21:38 | 7 |
| 09:21:39 | 8 |
| 09:21:40 | 9 |
| 09:21:43 | 10 |
| 09:21:48 | 11 |
| 09:22:12 | 12 |
| 09:22:12 | 13 |
| 09:22:13 | 14 |
| 09:22:16 | 15 |
| 09:22:33 | 16 |
| 09:22:36 | 17 |
| 09:22:37 | 18 |
| 09:22:42 | 19 |
| 09:22:46 | 20 |
| 09:22:47 | 21 |
| 09:23:07 | 22 |
| 09:23:09 | 23 |
| 09:23:12 | 24 |
| 09:23:15 | 25 |

1    show one page on it, and then I would just the witness a

2    couple of questions, and we can address --

3              THE COURT:  Which page are you not going to show?

4              MR. SPIRO:  The first page.

5              THE COURT:  Okay.  It's received except the first

6    page.

7              (Exhibit No. 15 received in evidence.)

8    BY MR. SPIRO:

9    Q.    If we could go to the last page, not the first page.

10             MR. WOOD:  Your Honor, there is -- they're

11   displaying something.

12             (Discussion held off the record.)

13   BY MR. SPIRO:

14   Q.    So, if we could go to the page before this, that's up

15   on the screen.  Not -- not that page.

16             Okay.  So, we're going to do this by Bates

17   number just so it's easier.

18             THE COURT:  We're now at Exhibit 15, and the

19   exhibit has numbered pages at the bottom.  So, which page are

20   you referring to?

21             MR. SPIRO:  So, we're going to --

22             If we could --

23             (Discussion off the record.)

24             MR. SPIRO:  I think we've solved the technical

25   issue that plaintiff requested.

| | | |
|---|---|---|
| 09:23:17 | 1 | BY MR. SPIRO: |
| 09:23:18 | 2 | Q.     So, at the bottom of 15-7 -- |
| 09:23:33 | 3 | Are you there, Mr. Musk?  Where Richard |
| 09:23:36 | 4 | Stanton e-mails you on the 8th of July. |
| 09:23:39 | 5 | A.     Yes. |
| 09:23:40 | 6 | Q.     And can you read what Mr. Stanton wrote to you? |
| 09:23:42 | 7 | A.     "It is absolutely worth continuing with the |
| 09:23:44 | 8 | development of this system in as timely manner as possible -- |
| 09:23:50 | 9 | as feasible.  If the rain holds out, it may well be used." |
| 09:23:55 | 10 | Q.     At the time he sent that e-mail, did you understand |
| 09:23:58 | 11 | what his role was in the rescue? |
| 09:24:00 | 12 | A.     I understood that he was the lead of the rescue team. |
| 09:24:08 | 13 | Q.     If you could turn now to 15-3, again, at the bottom of |
| 09:24:27 | 14 | the page. |
| 09:24:36 | 15 | A.     Yes. |
| 09:24:36 | 16 | Q.     And can you read what you wrote to Mr. Stanton on the |
| 09:24:42 | 17 | 7th of July? |
| 09:24:44 | 18 | A.     I said:  "Okay, building both a pressure resistant |
| 09:24:52 | 19 | aluminium tube and a dry rubber cocoon.  Baseline requirement |
| 09:24:58 | 20 | is that whether the person is passed out or having a panic |
| 09:25:03 | 21 | attack, it will still be fine. |
| 09:25:04 | 22 | "Also no stray hoses that can get caught or |
| 09:25:07 | 23 | anything or pulled out.  Basically, a straightjacket with an |
| 09:25:11 | 24 | air feed.  Is this roughly the right direction?" |
| 09:25:15 | 25 | Q.     And if we could go to the 15-2, again, just the bottom |

09:25:20 1   of the page.

09:25:21 2   A.      From "good speaking"?

09:25:24 3   Q.      Yes, your e-mail on July the 7th.

09:25:27 4   A.      On July 7.  "Good speaking.  Earlier today I asked the

09:25:31 5   SpaceX space suit team to build a kid-size dry cocoon with

09:25:38 6   air tank in the nose that slowly breathes the air.  75-minute

7   capability."

8           **COURT REPORTER:**  Would you slow down, please.

9           **THE WITNESS:**  Im sorry.  Okay.

10   BY MR. SPIRO:

11   Q.      Especially on the technical words.

09:25:41 12   A.      Absolutely.  "Good Speaking.  Earlier today, I asked

09:25:48 13   the SpaceX space suit team to build a kid-size dry cocoon

09:25:54 14   with an air tank in the nose that slowly breathes air"

09:25:59 15   parentheses "(75-minute capability) and a vent in the rear.

09:26:03 16           "As a fallback safety, there is a reg"

09:26:06 17   meaning a regulator "in the pod that Ts off the air tank."

09:26:11 18   It's a T joint is what it means.

09:26:15 19           "Usable envelope is 5-foot by 1.5-foot with a

09:26:20 20   roughly cigar shape (as you mentioned.)"

09:26:25 21   Q.      If you could turn to 15-5, July 7th e-mail from Rick

09:26:37 22   Stanton to you.

09:26:38 23   A.      Yes.

09:26:39 24   Q.      Can you first read your e-mail and then Mr. Stanton's

09:26:43 25   response.  So, you're reading your e-mail at 10:56 -- again,

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 09:26:50 | 1 | the time stamps are obviously a bunch of different time |
| 09:26:54 | 2 | zones, but that timestamp, 10:56.  That -- and your e-mail |
| 09:26:59 | 3 | before that is at 16:13.  So you can read your e-mail and |
| 09:27:01 | 4 | then Mr. Stanton's response? |
| 09:27:02 | 5 | A.    Okay.  "Would it be possible to send me video segments |
| 09:27:08 | 6 | or several pictures of most difficult sections?  This will be |
| 09:27:12 | 7 | extremely helpful." |
| 09:27:13 | 8 | Q.    And what was his reply? |
| 09:27:15 | 9 | A.    "We don't have this.  It won't mean anything without |
| 09:27:19 | 10 | scale.  If you make a capsule which tightly encloses a |
| 09:27:25 | 11 | 15-year-old boy and no bigger, it will fit through." |
| 09:27:34 | 12 | Q.    And then, just so the jury understands, were there |
| 09:27:39 | 13 | multiple pods or mini subs or just one? |
| 09:27:46 | 14 | A.    There was one rigid, and we also made a flexible |
| 09:27:52 | 15 | submersible as a fallback measure. |
| 09:27:54 | 16 | Q.    And I want you to turn to 15-3, the July 7th e-mail |
| 09:28:04 | 17 | from Rick Stanton.  Did Mr. Stanton indicate to you in this |
| 09:28:13 | 18 | e-mail which mini sub he preferred or he suggested? |
| 09:28:19 | 19 | A.    Yes.  He was unequivocal that he wanted a rigid |
| 09:28:24 | 20 | submersible.  His e-mail is:  "I'm not sure about the rubber |
| 09:28:30 | 21 | cocoon as it would transmit pressure onto the child.  Rigid |
| 09:28:36 | 22 | is better.  Plus 02 as a breathing gas rather than air." |
| 09:28:49 | 23 |         I should say, it was my understanding that he |
| 09:28:52 | 24 | had the best understanding of a cave system since he was the |
| 09:28:56 | 25 | one who found the kids.  That's why I'm all the way there. |

| | | |
|---|---|---|
| 09:29:01 | 1 | (Discussion held off the record.) |
| 09:29:01 | 2 | **MR. WOOD:**  I object on Rule 802.  Hearsay. |
| 09:29:20 | 3 | **THE COURT:**  Wait, 15-3? |
| 09:29:23 | 4 | **MR. SPIRO:**  No, no, we're talking about -- |
| 09:29:25 | 5 | **THE COURT:**  You can't keep talking to each other, |
| 09:29:30 | 6 | I mean, that's not the protocol. |
| 09:29:31 | 7 | Offer an exhibit, get a stipulation; and if |
| 09:29:33 | 8 | there isn't any, I'll rule. |
| 09:29:41 | 9 | **MR. SPIRO:**  We would offer at this time 548 and -- |
| 09:29:49 | 10 | 548. |
| 09:30:18 | 11 | **MR. WOOD:**  Objection.  Rule of evidence -- |
| 09:30:21 | 12 | **THE COURT:**  54 -- and what was the other one, 549 |
| 09:30:25 | 13 | did you say? |
| 09:30:26 | 14 | **MR. SPIRO:**  It's just 548 at this time. |
| 09:30:29 | 15 | **THE COURT:**  What's the objection? |
| 09:30:30 | 16 | **MR. WOOD:**  I'm sorry, 548 no objection. |
| 09:30:33 | 17 | **THE COURT:**  548 is in evidence. |
| 09:30:35 | 18 | (Exhibit No. 548 received in evidence.) |
| 09:30:39 | 19 | **MR. SPIRO:**  And then I would offer 587 and 588. |
| 09:30:58 | 20 | **THE COURT:**  I don't have anything in my book for |
| 09:31:02 | 21 | 587 and -- 588 I do have. |
| 09:31:07 | 22 | **MR. WOOD:**  No objection, Your Honor. |
| 09:31:09 | 23 | **THE COURT:**  One moment.  They're received. |
| 09:31:11 | 24 | **(**Exhibit Nos. 587 and 588 received in evidence.**)** |
| 09:31:12 | 25 | **MR. SPIRO:**  At this time I'm asking for the |

| | | |
|---|---|---|
| 09:31:18 | 1 | exhibit -- the video to be played, quickly. |
| 09:31:20 | 2 | **THE COURT:**  You can on do that. |
| 09:32:13 | 3 | (Videotape viewed.) |
| 09:33:00 | 4 | BY MR. SPIRO: |
| 09:33:01 | 5 | Q.    Mr. Musk, was that a video of your engineers and the |
| 09:33:05 | 6 | team testing the pod? |
| 09:33:14 | 7 | A.    Yes. |
| 09:33:14 | 8 | Q.    If you could take a look at Exhibit 597. |
| 09:33:27 | 9 | A.    Yes. |
| 09:33:27 | 10 | Q.    Is that a tweet you sent following your visit into the |
| 09:33:37 | 11 | cave? |
| 09:33:38 | 12 | A.    Yes. |
| 09:33:38 | 13 | Q.    And that's an accurate photograph of that tweet? |
| 09:33:43 | 14 | A.    Yes.  At the time I was not -- but yes. |
| 09:33:48 | 15 | **MR. SPIRO:**  I would offer 597. |
| 09:33:51 | 16 | **THE COURT:**  Received. |
| 09:33:52 | 17 | (Exhibit No. 597 admitted into evidence.) |
| 09:33:52 | 18 | BY MR. SPIRO: |
| 09:33:52 | 19 | Q.    Can you just read that for the jury. |
| 09:33:54 | 20 | And if you could put that up on the screen. |
| 09:33:58 | 21 | A.    "Just returned from Cave 3.  Mini sub is ready if |
| 09:34:03 | 22 | needed.  It is made of bracket parts and named Wild Boars |
| 09:34:08 | 23 | after kids' score team.  Leaving here in case it may be |
| 09:34:12 | 24 | useful" -- meaning leaving it here in case it may be useful |
| 09:34:17 | 25 | in the future.  "Thailand is so beautiful." |

| 09:34:23 | 1 | Q. | And then I'm going to ask you to take a look at 579. |

Q.    And then I'm going to ask you to take a look at 579.

A.    Okay.

Q.    Do you recognize that?

A.    Yes.

Q.    And what is that?

A.    They're my tweet there, but it says:  "Thanks, but we've not done anything useful yet.  It is all other people."

            MR. WOOD:  No objection.

            MR. SPIRO:  That's in evidence, if it's okay with the Court?

            THE COURT:  It's in evidence.

            (Exhibit Nos. 579 admitted into evidence.)

BY MR. SPIRO:

Q.    I was just asking you --

A.    Should I read it?

Q.    Read it, please.

A.    "Thanks, but we've not done anything useful yet.  It is all other people."

Q.    And if you could take a look at 596?

A.    Yes.

Q.    And can you tell us what that is?

A.    Both tweets or just the highlighted one?

Q.    Both tweets.

A.    Okay.  "Continue to be amazed by the bravery, resilience and tenacity of the kids and diving team in

| | |
|---|---|
| 09:35:46 | 1 |
| 09:35:51 | 2 |
| 09:35:56 | 3 |
| 09:35:58 | 4 |
| 09:36:01 | 5 |
| 09:36:02 | 6 |
| 09:36:04 | 7 |
| 09:36:04 | 8 |
| 09:36:04 | 9 |
| 09:36:04 | 10 |
| 09:36:07 | 11 |
| 09:36:08 | 12 |
| 09:36:13 | 13 |
| 09:36:17 | 14 |
| 09:36:23 | 15 |
| 09:36:24 | 16 |
| 09:36:25 | 17 |
| 09:36:30 | 18 |
| 09:36:34 | 19 |
| 09:36:38 | 20 |
| 09:36:40 | 21 |
| 09:36:42 | 22 |
| 09:36:44 | 23 |
| 09:36:44 | 24 |
| 09:36:47 | 25 |

Thailand.  Human character at its best."  And the next tweet
is:  "Great news that they made it out safely.
Congratulations to an outstanding rescue team."

Q.     And are these accurate tweets?

A.     Yes.

          **MR. SPIRO:**  We would offer that.

          **THE COURT:**  Received.

          (Exhibit No. 596 received into evidence.)

BY MR. SPIRO:

Q.     When you left Thailand, did any of your engineers
remain behind?

A.     Yes, we have probably about 20, 25 engineers remained.

Q.     And now that we've taken a look at your tweets, did
you try to take credit in any way, shape or form for the
rescue operation?

A.     No, not at all.

Q.     Now, you were asked some questions yesterday, and I'm
going to sort of divide this into categories so you can
follow.  I'm going to refer to -- when there's people looking
for the kids in the cave, the search, and when they're trying
to extract the kids by driving in and saving them, the
rescue.  Just to make it simple.  Do you understand?

A.     Yes.

Q.     Okay.  How many people did you understand were
involved in the search of the children, approximately, if you

| | | |
|---|---|---|
| 09:36:50 | 1 | can? |
| 09:36:50 | 2 | A.    It seemed like hundreds. |
| 09:36:52 | 3 | Q.    And how many people did you understand were involved |
| 09:36:55 | 4 | in the actual dive or rescue?  If you have an understanding. |
| 09:37:02 | 5 | A.    You mean the actual divers?  Or how many went in the |
| 09:37:06 | 6 | cave -- how many divers went in the cave? |
| 09:37:09 | 7 | Q.    I'm talking about the divers that -- I'm talking abut |
| 09:37:12 | 8 | the divers, the people that dove under water, saved the kids |
| 09:37:17 | 9 | and extracted them out. |
| 09:37:17 | 10 | A.    Okay.  I think at the beginning it was very small, |
| 09:37:20 | 11 | like, two to four people.  I think Rick Stanton may have been |
| 09:37:24 | 12 | one of the guys, found the kids at the far side of the cave, |
| 09:37:29 | 13 | and then the dive rescue team got a lot bigger after that.  I |
| 09:37:36 | 14 | think it may have been, like, in terms of actual divers, a |
| 09:37:41 | 15 | dozen or so?  I'm not certain of the exact number.  I think |
| 09:37:45 | 16 | there -- I think they're -- |
| 09:37:46 | 17 | I'm not clear on the exact number.  Maybe 10 |
| 09:37:48 | 18 | to 20, by the end. |
| 09:37:50 | 19 | Q.    And was it your understanding at any point later, you |
| 09:37:54 | 20 | already testified that when the CNN interview happens and the |
| 09:37:57 | 21 | tweet and response happens, you didn't know who Mr. Unsworth |
| 09:38:03 | 22 | was.  Do you have an understanding now of which role Mr. |
| 09:38:07 | 23 | Unsworth was involved in? |
| 09:38:10 | 24 | A.    It's not -- I don't have a clear understanding, but it |
| 09:38:14 | 25 | sounds like he helped coordinate the British divers coming to |

| | | |
|---|---|---|
| 09:38:21 | 1 | Thailand.  That's my understanding. |
| 09:38:27 | 2 | Q.      Was he a diver? |
| 09:38:31 | 3 | A.      No. |
| 09:38:31 | 4 | Q.      Now, you also received some questions about whether or |
| 09:38:36 | 5 | not there was some criticisms of you or questions raised |
| 09:38:40 | 6 | about the genuineness of your efforts in Thailand.  Do you |
| 09:38:45 | 7 | recall those questions? |
| 09:38:46 | 8 | A.      Yes. |
| 09:38:47 | 9 | Q.      Okay.  Are you criticized frequently, Mr. Musk? |
| 09:38:54 | 10 | A.      All the time. |
| 09:38:55 | 11 | Q.      What was different in your mind about -- |
| 09:38:57 | 12 | Well, can you sort of describe at that point |
| 09:39:00 | 13 | what you believed the criticism was or how prolific it was? |
| 09:39:05 | 14 | I'm saying separate from what Mr. Unsworth did on CNN. |
| 09:39:11 | 15 | A.      I mean, there was some claims in the media that the |
| 09:39:19 | 16 | attempts to help were disingenuous and that maybe doing work |
| 09:39:25 | 17 | or something like that. |
| 09:39:26 | 18 | Q.      What was different -- or what about Mr. Unsworth's |
| 09:39:32 | 19 | interview upset you? |
| 09:39:35 | 20 | A.      Well, he denigrated the efforts of -- of my team.  And |
| 09:39:41 | 21 | there are a lot of people who worked day and night to be |
| 09:39:47 | 22 | helpful, even when they knew that the probability of being |
| 09:39:52 | 23 | helpful was low, and that they cancelled their obligations, |
| 09:39:58 | 24 | you know, left their families behind, just worked day and |
| 09:40:02 | 25 | night to try to be helpful, and he denigrated their efforts |

| | |
|---|---|
| 09:40:06 | 1 |
| 09:40:08 | 2 |
| 09:40:13 | 3 |
| 09:40:16 | 4 |
| 09:40:21 | 5 |
| 09:40:26 | 6 |
| 09:40:30 | 7 |
| 09:40:31 | 8 |
| 09:40:34 | 9 |
| 09:40:38 | 10 |
| 09:40:41 | 11 |
| 09:40:43 | 12 |
| 09:40:44 | 13 |
| 09:40:48 | 14 |
| 09:40:50 | 15 |
| 09:40:50 | 16 |
| 09:40:52 | 17 |
| 09:40:59 | 18 |
| 09:41:04 | 19 |
| 09:41:19 | 20 |
| 09:41:23 | 21 |
| 09:41:24 | 22 |
| 09:41:29 | 23 |
| 09:41:32 | 24 |
| 09:41:34 | 25 |

1  in a way that was completely inappropriate and wrong.

2  Q.    Can you explain that a little bit more?  In terms of

3  the words he used and how you responded to them?

4  A.    Well, he said that it wouldn't work, whereas, we had

5  been told by Rick Stanton, the guy who had actually been on

6  the dive team, the lead diver, that it would work.  So that

7  appeared to be a false statement.

8            He also said that we were thrown out of the

9  cave, the cave system, which was also a lie.

10  Q.    And what about the manner in which he conducted at the

11  interview?

12  A.    He was --

13            **MR. WOOD:**  Objection as leading.

14            **THE COURT:**  Overruled.

15  BY MR. SPIRO:

16  Q.    You may continue, Mr. Musk.

17  A.    He was extremely rude and contemptuous.

18  Q.    Now, if we could put up the tweets, which is Exhibit

19  19.  So, now, I understand that this is an exhibit in this

20  case, but how quickly, can you tell the jury, did you delete

21  these tweets?

22  A.    Within hours of publishing them.

23  Q.    Did you delete them as soon as you knew that the media

24  was covering this?

25  A.    Yes.  Well, and -- yes, yes, and -- yeah.  A lot of

09:41:41  1   people said that, you know, probably you shouldn't write

09:41:44  2   that.  So, I deleted it.

09:41:48  3   Q.    And can you just -- just in your own words, just take

09:41:52  4   the jury through what you tweeted here?

09:41:55  5   A.    Sure.  I mean, rather than read it --

09:41:58  6   Q.    Let me ask you this.  Why don't you --

09:42:01  7               Yeah, if you could read the first sentence in

09:42:04  8   the way that you meant it.

09:42:06  9   A.    Okay.  Yeah, I'd say this was -- I was -- it was a

09:42:19  10  very much an off-the-cuff response.  "Never saw this British

09:42:24  11  expat guy who lives in Thailand (sus) at any point when we

09:42:30  12  were in the caves."

09:42:30  13  Q.    Let me stop you there.

09:42:30  14  A.    Okay.

09:42:36  15  Q.    The first sentence is:  "Never" -- the first clause

09:42:37  16  is:  "Never saw this British expat guy."

09:42:41  17  A.    Yes.

09:42:41  18  Q.    Do you claim in any of these tweets that you knew a

09:42:47  19  lot about the expat guy?

09:42:51  20  A.    Never heard of him before.  I thought he was just some

09:42:57  21  random expat guy living in Thailand.

09:43:01  22  Q.    And then do you use shorthand in this?

09:43:08  23  A.    Yes.

09:43:09  24  Q.    What does "ob" mean?

09:43:13  25  A.    "Obviously."

| | | |
|---|---|---|
| 09:43:19 | 1 | Q.     Do you write:  "I challenge this dude"? |
| 09:43:27 | 2 | A.     Yeah.  "I challenge this dude to a show a final rescue |
| 09:43:31 | 3 | video." |
| 09:43:31 | 4 | Q.     Do you yet again give credit to others? |
| 09:43:35 | 5 | A.     Yes.  In fact, this was -- |
| 09:43:38 | 6 |               Really the pump and generator team deserve |
| 09:43:44 | 7 | immense credit here.  This rescue would not have happened |
| 09:43:48 | 8 | without that.  And nobody talks about them. |
| 09:43:51 | 9 | Q.     What is:  "No problemo" mean? |
| 09:44:00 | 10 | A.     That's a phrase that Bart Simpson uses in the |
| 09:44:03 | 11 | Simpsons.  I use it as a, sort of, joking phrase, "no |
| 09:44:09 | 12 | problemo." |
| 09:44:09 | 13 | Q.     What is -- |
| 09:44:09 | 14 | A.     It's supposed to be cool, I suppose. |
| 09:44:13 | 15 | Q.     What does that mean, though? |
| 09:44:16 | 16 |               **MR. WOOD:**  Objection, Your Honor. |
| 09:44:18 | 17 |               **THE COURT:**  Overruled. |
| 09:44:18 | 18 |               **THE WITNESS:**  It means "no problem."  It's -- it's |
| 09:44:20 | 19 | a, I guess, like, it's sort of joking way of saying:  Yeah -- |
| 09:44:29 | 20 | yeah, I mean, you know, it would be easy, no problem. |
| 09:44:33 | 21 | BY MR. SPIRO: |
| 09:44:36 | 22 | Q.     And what does:  "You really did ask for it" mean? |
| 09:44:43 | 23 | A.     Well, he -- "You really did ask for it" means that -- |
| 09:44:48 | 24 | it was referring to an unprovoked attack on my team, and me |
| 09:44:57 | 25 | with a bunch of false statements, saying the sub wouldn't |

| | | |
|---|---|---|
| 09:45:02 | 1 | work and that we were thrown out of the cave. |
| 09:45:06 | 2 | So, you know, he was rude and insulting, and |
| 09:45:10 | 3 | so, you know, I insulted him back.  Just regrettable, but -- |
| 09:45:19 | 4 | Q.    And just so that everyone is clear, are you -- did you |
| 09:45:23 | 5 | sue Mr. Unsworth about any of his rude or inappropriate or |
| 09:45:29 | 6 | lie comments? |
| 09:45:30 | 7 | A.    No. |
| 09:45:36 | 8 | Q.    And then -- |
| 09:45:39 | 9 | We have the wrong version, but just for |
| 09:45:41 | 10 | simplicity's sake, the:  "Bet you a signed dollar it's true" |
| 09:45:47 | 11 | what does that mean? |
| 09:45:47 | 12 | MR. WOOD:  Objection.  Relevance, state of mind. |
| 09:45:51 | 13 | THE COURT:  Overruled. |
| 09:45:52 | 14 | BY MR. SPIRO: |
| 09:45:52 | 15 | Q.    Can you just explain to the jury what:  "Bet you a |
| 09:45:54 | 16 | signed dollar it's true" means? |
| 09:45:56 | 17 | A.    It just means that might be true, might not be true. |
| 09:46:02 | 18 | It's obviously a low-stakes wager.  It's not -- certainly |
| 09:46:06 | 19 | not -- it -- it means, you know, it's not impossible. |
| 09:46:10 | 20 | Q.    And you're not actually making a bet there, are you, |
| 09:46:15 | 21 | Mr. Musk? |
| 09:46:16 | 22 | A.    No. |
| 09:46:19 | 23 | Q.    And did you also delete that tweet immediately? |
| 09:46:25 | 24 | A.    Yes. |
| 09:46:25 | 25 | Q.    Now -- |

| | | |
|---|---|---|
| 09:46:27 | 1 | A.     I mean, it's kind of like somebody says they're going |
| 09:46:30 | 2 | to Colorado a lot.  It's possible, they have -- could have |
| 09:46:35 | 3 | gone for weed, you know.  Maybe.  Not -- not if they come |
| 09:46:41 | 4 | from California, though. |
| 09:46:45 | 5 | Q.     Can you just tell the jury, just to have some sense, |
| 09:46:47 | 6 | about how long it took you to write those tweets? |
| 09:46:50 | 7 | A.     Just minutes. |
| 09:46:51 | 8 | Q.     And approximately how many tweets at the time were you |
| 09:46:54 | 9 | writing a month?  If you have any idea?  Can you estimate? |
| 09:46:57 | 10 | A.     I don't know, maybe a hundred -- a hundred or 200. |
| 09:47:02 | 11 | Q.     And just stepping aside from tweets for a second.  Can |
| 09:47:06 | 12 | you just give the jury a sense of your -- just in a couple of |
| 09:47:13 | 13 | sentences how busy your schedule is or just what your |
| 09:47:20 | 14 | day-to-day is like? |
| 09:47:21 | 15 | A.     Yeah.  It's very extreme work schedule, it's usually, |
| 09:47:25 | 16 | like, 80 to 100 hours a week on SpaceX and Tesla primarily. |
| 09:47:31 | 17 | It's a very difficult work schedule.  Wouldn't recommend it. |
| 09:47:35 | 18 | Umm, yeah. |
| 09:47:36 | 19 | Q.     How many companies are you in charge of at this point? |
| 09:47:42 | 20 | A.     Well, the hour -- in SpaceX and Tesla, and I'm also |
| 09:47:48 | 21 | the chief engineer of SpaceX, so I lead the design of the |
| 09:47:52 | 22 | rockets and the design of the cars.  But that's like 95 |
| 09:47:57 | 23 | percent of my time.  Oren Company and Neuralink are -- |
| 09:48:03 | 24 | they're very small companies, and I don't have, really, a |
| 09:48:07 | 25 | strong day-to-day role there. |

| | | |
|---|---|---|
| 09:48:08 | 1 | Q.    Now, Mr. Musk, when you were writing these tweets, |
| 09:48:12 | 2 | were you accusing Mr. Unsworth of the crime of pedophilia? |
| 09:48:18 | 3 | A.    Absolutely not. |
| 09:48:19 | 4 | Q.    Do you even use Mr. Unsworth's name in these tweets? |
| 09:48:25 | 5 | A.    No. |
| 09:48:25 | 6 | Q.    You were asked a bunch of questions yesterday about |
| 09:48:29 | 7 | when the first time you explained that this was an insult. |
| 09:48:34 | 8 | Was it obvious to you from the moment you said it that it was |
| 09:48:37 | 9 | an assault? |
| 09:48:38 | 10 | A.    I thought it was very obviously just an insult. |
| 09:48:41 | 11 | Q.    And did other questions were -- |
| 09:48:44 | 12 |          The first time you ever publicly said what |
| 09:48:48 | 13 | these tweets meant to you was not until your deposition. |
| 09:48:52 | 14 | Remember some questions about that? |
| 09:48:54 | 15 | A.    Yes. |
| 09:48:54 | 16 | Q.    Well, did you ever have a press conference about the |
| 09:48:59 | 17 | tweets? |
| 09:48:59 | 18 | A.    No. |
| 09:48:59 | 19 | Q.    Did you ever issue, you know, a statement about the |
| 09:49:02 | 20 | tweets, other than the apology we talked about? |
| 09:49:05 | 21 | A.    No. |
| 09:49:06 | 22 | Q.    Did you give interviews on CNN about the tweets? |
| 09:49:09 | 23 | A.    No. |
| 09:49:09 | 24 | Q.    Okay.  When was the first time you were ever asked |
| 09:49:12 | 25 | what you meant by the tweets? |

| | |
|---|---|
| 09:49:14 | 1 |
| 09:49:16 | 2 |
| 09:49:18 | 3 |
| 09:49:23 | 4 |
| 09:49:25 | 5 |
| 09:49:31 | 6 |
| 09:49:33 | 7 |
| 09:49:36 | 8 |
| 09:49:39 | 9 |
| 09:49:40 | 10 |
| 09:49:42 | 11 |
| 09:49:45 | 12 |
| 09:49:52 | 13 |
| 09:49:54 | 14 |
| 09:49:55 | 15 |
| 09:49:57 | 16 |
| 09:50:00 | 17 |
| 09:50:06 | 18 |
| 09:50:09 | 19 |
| 09:50:12 | 20 |
| 09:50:18 | 21 |
| 09:50:19 | 22 |
| 09:50:22 | 23 |
| 09:50:32 | 24 |
| 09:50:35 | 25 |

A.      At the deposition.

Q.      And what did you say then?

A.      I said it was meant as an insult in response to his insults.

Q.      You were asked some questions about --

                You don't call --

                Is it correct that you don't call Mr. Unsworth a pedophile?

A.      That is correct.

Q.      And what -- what is a pedophile in your mind?

A.      A pedophile could be someone -- well, it could be either someone how has a state of mind of -- of a pedophile or the crime itself.

Q.      So, focusing on --

                When you say the state of mind --

A.      It's possible that somebody could be a pedophile but not act upon it; meaning, they could have an unhealthy interest in children but not act upon it.

Q.      Okay.  And did you ever -- just to be very specific -- did you ever accuse Mr. Unsworth of the act or crime of pedophilia?

A.      No.

Q.      You were asked a question about the Cora article that you posted in your apology tweet.

A.      Yes.

| | | |
|---|---|---|
| 09:50:35 | 1 | Q.     Why did you post that article? |
| 09:50:37 | 2 | A.     It was a -- mostly accurate recounting of the events |
| 09:50:43 | 3 | of the -- of what happened in Thailand and what the team had |
| 09:50:48 | 4 | done to aid in the rescue. |
| 09:50:51 | 5 | Q.     And why were you concerned about the team? |
| 09:50:55 | 6 | A.     Well, they'd put a lot of blood, sweat and tears into |
| 09:51:00 | 7 | trying to help out, and we got nothing but criticism for it. |
| 09:51:04 | 8 | Q.     And what do you mean when you say "unreasonable |
| 09:51:08 | 9 | grief"? |
| 09:51:09 | 10 | A.     Well, my -- my comments caused grief to -- to a lot of |
| 09:51:15 | 11 | people, that -- it -- it was definitely hurtful to my team. |
| 09:51:25 | 12 | And, you know, obviously hurtful to Mr. Unsworth.  It was -- |
| 09:51:31 | 13 | it was -- it was not helpful, I mean, just goes to show that, |
| 09:51:37 | 14 | you know, some -- |
| 09:51:38 | 15 | It's kind of like, you know, my mom used to |
| 09:51:41 | 16 | say:  If somebody insults you, just let -- let it go. |
| 09:51:41 | 17 | Don't -- you know... |
| 09:51:48 | 18 | **MR. SPIRO:**  I'm going to show the witness or ask |
| 09:51:49 | 19 | that the witness look at Exhibit 25.  It should be in your |
| 09:51:57 | 20 | binder. |
| 09:51:57 | 21 | BY MR. SPIRO: |
| 09:52:03 | 22 | Q.     Right around this time in mid July, was the media |
| 09:52:08 | 23 | reporting that Mr. Unsworth was planning to sue you? |
| 09:52:13 | 24 | **MR. WOOD:**  Objection. |
| 09:52:14 | 25 | **THE WITNESS:**  I'm sorry, I don't have 25. |

| | | |
|---|---|---|
| 09:52:16 | 1 | BY MR. SPIRO: |
| 09:52:17 | 2 | Q.     Forget 25. |
| 09:52:18 | 3 | A.     Okay. |
| 09:52:18 | 4 | **MR. WOOD:**  Objection.  Leading. |
| 09:52:19 | 5 | BY MR. SPIRO: |
| 09:52:20 | 6 | Q.     Did you know whether or not Mr. Unsworth was planning |
| 09:52:22 | 7 | to sue you in the middle of July? |
| 09:52:24 | 8 | A.     Yes.  He said so on CNN, I believe, or on some radio |
| 09:52:30 | 9 | news channel. |
| 09:52:31 | 10 | Q.     Were there articles that came out about Mr. Unsworth's |
| 09:52:34 | 11 | intent to sue you? |
| 09:52:35 | 12 | A.     Yes. |
| 09:52:36 | 13 | Q.     Can you look at Exhibit 25?  If you don't -- |
| 09:52:42 | 14 | A.     Should I -- I'm not sure I have it.  I'm at 24. |
| 09:52:46 | 15 | Q.     I can pass up a copy.  Not through the well, of |
| 09:52:51 | 16 | course. |
| 09:52:51 | 17 | A.     Twenty-four? |
| 09:52:56 | 18 | **COURT CLERK:**  Counsel, you said Exhibit 25? |
| 09:52:59 | 19 | **THE WITNESS:**  I have 24 and 26.  Umm, yeah, |
| 09:53:18 | 20 | unfortunately, not 25. |
| 09:53:20 | 21 | **COURT CLERK:**  There is no 25. |
| 09:53:28 | 22 | **THE COURT:**  Well, 25 appears to be the Guardian |
| 09:53:31 | 23 | article; is that right? |
| 09:53:34 | 24 | **MR. SPIRO:**  Yes. |
| 09:53:34 | 25 | BY MR. SPIRO: |

| | | |
|---|---|---|
| 09:53:34 | 1 | Q.     Do you remember -- |
| 09:53:34 | 2 |                 Let me come back to this. |
| 09:53:36 | 3 |                 Do you remember a specific article the |
| 09:53:38 | 4 | Guardian wrote, or do you not -- |
| 09:53:40 | 5 | A.     Yeah, I remember the Guardian writing some article |
| 09:53:46 | 6 | saying that Mr. Unsworth was going to sue me.  And there |
| 09:53:48 | 7 | were, I think, quite a few articles, yeah. |
| 09:53:51 | 8 | Q.     I'm going to ask, while we gather the Guardian |
| 09:53:56 | 9 | article, if you could take a look at Exhibit 630.  If you |
| 09:54:11 | 10 | could look at the bigger binder. |
| 09:54:13 | 11 | A.     Yes, I got it. |
| 09:54:14 | 12 | Q.     Were people talking about the fact that Mr. Unsworth |
| 09:54:19 | 13 | was going to sue you on social media? |
| 09:54:22 | 14 | A.     Yes. |
| 09:54:30 | 15 |         MR. WOOD:  We do have an objection. |
| 09:54:31 | 16 |         MR. SPIRO:  This is something that maybe we could |
| 09:54:33 | 17 | visit at the break. |
| 09:54:33 | 18 | BY MR. SPIRO: |
| 09:54:35 | 19 | Q.     But is -- is it fair to say that 6 -- Exhibit 630, |
| 09:54:39 | 20 | without reading it, it's not in evidence -- but just to put a |
| 09:54:42 | 21 | pin on it, the -- is an example of an individual talking |
| 09:54:48 | 22 | about the fact that you're likely to be sued, and linking to |
| 09:54:51 | 23 | an article?  Without telling us who it was. |
| 09:54:53 | 24 |         MR. WOOD:  Objection, Your Honor.  He's trying to |
| 09:54:56 | 25 | get the exhibit information in. |

UNITED STATES DISTRICT COURT

|          |    |                                                      |
|----------|----|------------------------------------------------------|
| 09:54:57 | 1  | **THE COURT:**  I think --                          |
| 09:54:57 | 2  | The objection will be sustained.  We can take       |
| 09:55:01 | 3  | it up later.                                         |
| 09:55:03 | 4  | BY MR. SPIRO:                                         |
| 09:55:03 | 5  | Q.    Now, just to keep the timeline straight, we're going |
| 09:55:28 | 6  | to put up the calendar.                              |
| 09:55:33 | 7  | **THE COURT:**  All right, just for demonstrative   |
| 09:55:35 | 8  | purposes.                                            |
| 09:55:35 | 9  | **MR. SPIRO:**  Basing on my direct.  I'm not very  |
| 09:55:38 | 10 | mobile right now.                                    |
| 09:55:39 | 11 | But the jury is familiar hopefully with the         |
| 09:55:42 | 12 | month of July.                                       |
| 09:55:58 | 13 | BY MR. SPIRO:                                         |
| 09:55:59 | 14 | Q.    All right.  So, if we can take a look and put up on |
| 09:56:03 | 15 | the screen 62, that is in evidence.                  |
| 09:56:14 | 16 | And I'm going to clear my -- okay.                   |
| 09:56:21 | 17 | We talked about the tweets on the 15th, Mr.         |
| 09:56:30 | 18 | Musk?                                                |
| 09:56:30 | 19 | A.    Yes.                                           |
| 09:56:30 | 20 | Q.    And the apology, right in the middle of July, and we |
| 09:56:35 | 21 | spoke about some of the media attention.             |
| 09:56:37 | 22 | When did, as you understand it, James Howard         |
| 09:56:41 | 23 | reach out to your office?  If you know?              |
| 09:56:43 | 24 | A.    Yes, he reached out shortly after the tweets.  |
| 09:56:48 | 25 | Q.    Okay.  And do you know when, Mr. Musk, in August, your |

| | |
|---|---|
| 09:57:06 | 1 |
| 09:57:16 | 2 |
| 09:57:20 | 3 |
| 09:57:25 | 4 |
| 09:57:28 | 5 |
| 09:57:30 | 6 |
| 09:57:33 | 7 |
| 09:57:41 | 8 |
| 09:57:45 | 9 |
| 09:57:52 | 10 |

09:57:06  1    office began communicating with Mr. Howard?

09:57:16  2    A.    I -- I'm not sure of the exact date, but I think it

09:57:20  3    was -- it would have been perhaps mid August or thereabouts.

09:57:25  4    I'm not sure actually when --

09:57:28  5              I don't know when that day would have -- but

09:57:30  6    my understanding is mid August.

09:57:33  7    Q.    And so, fair to say, on the 18th, 19th, 20th of July,

09:57:41  8    23rd of July, despite the media reports about the lawsuit,

09:57:45  9    you did not reach out to Mr. Howard.  Is that accurate?

09:57:52  10   A.    That's correct.

09:57:53  11   Q.    Was anything that Mr. Howard told Mr. Birchall, who

09:58:01  12   repeated some of it to you, was it -- was it in your mind on

09:58:06  13   July 15th, back in time?

09:58:09  14             **MR. WOOD:**  Objection, Your Honor.  That goes to

09:58:11  15   the substance of what Mr. Howard said, which is not what we

09:58:14  16   put into evidence for.  State of mind.

09:58:16  17             **THE COURT:**  I thought the question was what

09:58:19  18   Birchall said Howard said to Birchall.

09:58:23  19             Was that the way you framed the question?

09:58:26  20             **MR. SPIRO:**  Yes, Your Honor.

09:58:27  21             **THE COURT:**  The objection is overruled.

09:58:28  22   BY MR. SPIRO:

09:58:29  23   Q.    So, was any of the stuff, to put it another way, that

09:58:30  24   you learned later in August, was it in your mind somehow on

09:58:34  25   July 15th when you sent that tweet?

| | | |
|---|---|---|
| 09:58:38 | 1 | A.      No. |
| 09:58:38 | 2 | Q.      Would that even be possible? |
| 09:58:40 | 3 | A.      No, it's impossible. |
| 09:58:52 | 4 | Q.      Now, just so the jury understands, you were asked some |
| 09:58:57 | 5 | questions about Jared Birchall and what his roles were at the |
| 09:59:01 | 6 | various companies.  Can you just explain to the jury what his |
| 09:59:05 | 7 | role is? |
| 09:59:05 | 8 | A.      He manages my family office. |
| 09:59:08 | 9 | Q.      Okay.  Does he serve as the CEO or any active role in |
| 09:59:13 | 10 | any company? |
| 09:59:13 | 11 | A.      No. |
| 09:59:14 | 12 | Q.      And when you say he manages your family office, can |
| 09:59:17 | 13 | you just explain -- |
| 09:59:20 | 14 | Strike that. |
| 09:59:20 | 15 | If you could take a look at 656 -- |
| 09:59:36 | 16 | A.      Yes. |
| 09:59:36 | 17 | **MR. WOOD:**  I have an objection to 656. |
| 09:59:40 | 18 | **THE COURT:**  Let me see it. |
| 09:59:40 | 19 | **MR. WOOD:**  I'll withdraw that objection, Your |
| 09:59:50 | 20 | Honor. |
| 09:59:52 | 21 | **THE COURT:**  656 is received if you're offering it. |
| 09:59:55 | 22 | **MR. SPIRO:**  Yes, Your Honor. |
| 09:59:56 | 23 | **THE COURT:**  It's received. |
| 09:59:57 | 24 | (Exhibit No. 656 received in evidence.) |
| 10:00:13 | 25 | BY MR. SPIRO: |

| | | |
|---|---|---|
| 10:00:13 | 1 | Q.    Is there any doubt in your mind that when you hired or |
| 10:00:17 | 2 | when Mr. Birchall hired Mr. Howard, the investigator, that |
| 10:00:20 | 3 | you were facing likely imminent lawsuit? |
| 10:00:25 | 4 | A.    Yes. |
| 10:00:27 | 5 | Q.    Let me -- |
| 10:00:29 | 6 | The question was not a good one. |
| 10:00:33 | 7 | Are you certain that when you hired |
| 10:00:36 | 8 | Mr. Howard, the investigator, that you were aware that you |
| 10:00:40 | 9 | were facing an imminent lawsuit? |
| 10:00:47 | 10 | A.    Yes.  It was in response to the imminent lawsuit that |
| 10:00:51 | 11 | he was engaged. |
| 10:00:53 | 12 | Q.    When you say in later July -- later August:  "It's |
| 10:01:10 | 13 | strange he hasn't sued me, and that he was offered free legal |
| 10:01:15 | 14 | services."  Do you remember that tweet? |
| 10:01:17 | 15 | A.    Yes. |
| 10:01:17 | 16 | Q.    When you said that tweet, were you already receiving |
| 10:01:21 | 17 | information from Mr. Birchall, from Mr. Howard, back to you? |
| 10:01:25 | 18 | A.    Sorry, what date is that? |
| 10:01:28 | 19 | Q.    August 28? |
| 10:01:29 | 20 | A.    Yes, I received some information from Mr. Birchall |
| 10:01:34 | 21 | that sounded very -- sounded like potentially that there was |
| 10:01:39 | 22 | some bad things going on. |
| 10:01:43 | 23 | Q.    And in that tweet you indicate:  "He was offered free |
| 10:01:50 | 24 | legal services."  Right? |
| 10:01:52 | 25 | A.    Yes. |

```
10:01:52   1   Q.    The fact that he was offered legal services was on
10:01:56   2   your mind.
10:01:56   3   A.    Yes.
10:02:07   4   Q.    Right around that same time you were shown --
10:02:11   5          MR. SPIRO:  And I'm going to show the witness now,
10:02:21   6   69 -- 933.
10:02:29   7          MR. WOOD:  No objection.
10:02:31   8          THE COURT:  Received.
10:02:32   9          (Exhibit No. 933 received in evidence.)
10:02:35  10   BY MR. SPIRO:
10:02:35  11   Q.    And if you could just look at the top.
10:02:38  12              When you write:  "The reporter.  Off the
10:02:42  13   record."  What does that mean?
10:02:44  14   A.    "Off the record" means not for publication.
10:02:47  15          MR. WOOD:  Objection, Your Honor.
10:02:49  16          THE COURT:  Overruled.
10:02:53  17          THE WITNESS:  It just means not for publication,
10:02:57  18   in any way.
10:02:58  19   BY MR. SPIRO:
10:03:00  20   Q.    And at this point, did you believe the information
10:03:04  21   that you put in this e-mail was information you received from
10:03:09  22   Mr. Howard to Mr. Birchall?
10:03:11  23   A.    Yes.
10:03:11  24   Q.    Is all the information you put in this e-mail
10:03:16  25   consistent with the information you believe, again, from
```

| | | |
|---|---|---|
| 10:03:19 | 1 | Mr. Howard to Mr. Birchall to you? |
| 10:03:21 | 2 | A.     Yes. |
| 10:03:22 | 3 | Q.     If we can go to the prior e-mails.  Let's go down to |
| 10:03:28 | 4 | the beginning. |
| 10:03:33 | 5 | Okay.  So, August 29th, you get the first |
| 10:03:37 | 6 | e-mail.  Do you see that? |
| 10:03:39 | 7 | A.     Yes. |
| 10:03:39 | 8 | Q.     Okay.  If we can go down, and you respond.  And then |
| 10:03:50 | 9 | August 29th, again, and he writes:  "Actually, he prefers to |
| 10:03:59 | 10 | be called a spelunker, and we've confirmed that he actually |
| 10:04:05 | 11 | does do cave diving." |
| 10:04:10 | 12 | Go up. |
| 10:04:11 | 13 | And any messages you -- |
| 10:04:12 | 14 | You don't respond, right?  August 29? |
| 10:04:14 | 15 | A.     Correct.  Yes. |
| 10:04:16 | 16 | Q.     And does he follow up here again? |
| 10:04:19 | 17 | A.     Yes. |
| 10:04:19 | 18 | MR. SPIRO:  And then I'm going to show the witness |
| 10:04:25 | 19 | 688. |
| 10:04:27 | 20 | MR. WOOD:  No objection. |
| 10:04:42 | 21 | THE COURT:  Received. |
| 10:04:43 | 22 | (Exhibit No. 688 received in evidence.) |
| 10:04:46 | 23 | MR. SPIRO:  Can you put 688 up on the board?  This |
| 10:04:51 | 24 | is not 688. |
| 10:04:51 | 25 | (Discussion held off the record.) |

UNITED STATES DISTRICT COURT

10:05:03  1          **MR. SPIRO:**  I'm being told my underlining is not

10:05:06  2   very good.  So, I'll do it one more time.

10:05:12  3   BY MR. SPIRO:

10:05:13  4   Q.     One more time.  Let me ask you this, Mr. Musk.  When

10:05:16  5   you were on -- when Mr. Lin was examining you, Lin Wood,

10:05:23  6   excuse me, Mr. Wood was examining you, did he show you this

10:05:27  7   e-mail?

10:05:28  8   A.     I don't recall.  I don't think so.

10:05:38  9   Q.     On the same day did you also send this e-mail to the

10:05:43  10  reporter?

10:05:44  11  A.     Yes.

10:05:45  12  Q.     And what does that e-mail say?

10:05:48  13  A.     This is -- this is on background, which means just,

10:05:53  14  not for attribution, but it's just -- these are the facts

10:05:56  15  that should be cleared up.  So, this -- this can be

10:06:00  16  published, but it just -- I don't want them having me -- as a

10:06:03  17  quote.  It's just information on background.  So -- as

10:06:08  18  opposed to the other e-mail, which was not for publication.

10:06:15  19  These facts could be used in publication.

10:06:18  20              Should I read the e-mail or --

10:06:20  21  Q.     It's in evidence.  I don't think we need to do that at

10:06:24  22  this time.

10:06:24  23  A.     Okay.

10:06:25  24  Q.     Subsequent to August 30th, okay, at some point in

10:06:30  25  September --

UNITED STATES DISTRICT COURT

10:06:32  1          Remember, we're going to go chronologically,

10:06:34  2  right?  So, now we're in September.

10:06:36  3  A.    Yes.

10:06:36  4  Q.    At a later point in time, did you come to have

10:06:42  5  concerns about the reliability of Mr. Howard?

10:06:44  6  A.    Yes.

10:06:44  7  Q.    Okay.  And as you sit here today, all this information

10:06:49  8  that you had --

10:06:51  9          Again, in July 15, did you know anything

10:06:54  10  about Mr. Unsworth?

10:06:55  11  A.    Nothing.

10:06:56  12  Q.    Late August, did you believe you knew something about

10:07:00  13  Mr. Unsworth?

10:07:00  14  A.    Yes.

10:07:01  15  Q.    Now, we're in September.  At that point in time in

10:07:06  16  September, did you -- in your own mind -- did you begin to

10:07:12  17  have concerns about the reliability of Mr. Howard?

10:07:14  18  A.    Yes.

10:07:15  19  Q.    And did eventually you instruct Mr. Birchall to

10:07:20  20  withdraw and have no further contact with him?

10:07:22  21  A.    Yes.

10:07:25  22  Q.    You were asked a lot of questions about --

10:07:34  23          Mr. Wood asked you a bunch of questions

10:07:36  24  about, you know:  "Mr. Unsworth separated from his wife.  He

10:07:39  25  met his companion Tik in a coffee shop."

| | | |
|---|---|---|
| 10:07:45 | 1 | Do you remember those questions? |
| 10:07:45 | 2 | A.     Yes. |
| 10:07:46 | 3 | Q.     Okay.  As you sit here today, you don't know.  Right? |
| 10:07:49 | 4 | A.     I don't know for -- I don't know if those are -- if |
| 10:07:52 | 5 | that's actually true or not. |
| 10:07:53 | 6 | Q.     Right.  You still, as you sit here today, you don't |
| 10:07:56 | 7 | know -- you don't have any information about the personal |
| 10:08:00 | 8 | background of Mr. Unsworth? |
| 10:08:02 | 9 | A.     I mean, I've heard people say some things, but I do |
| 10:08:06 | 10 | not know if those things are true or not. |
| 10:08:10 | 11 | MR. SPIRO:  Just a moment, Your Honor. |
| 10:08:24 | 12 | (Discussion off the record.) |
| 10:08:24 | 13 | BY MR. SPIRO: |
| 10:08:25 | 14 | Q.     And just -- finally, the apologies you've made to Mr. |
| 10:08:37 | 15 | Unsworth, you apologized right after the tweets? |
| 10:08:41 | 16 | A.     Yes. |
| 10:08:41 | 17 | Q.     You apologized at his deposition? |
| 10:08:43 | 18 | A.     Yes. |
| 10:08:44 | 19 | Q.     You apologized yesterday in court? |
| 10:08:46 | 20 | A.     Yes. |
| 10:08:46 | 21 | Q.     Are those genuine apologies? |
| 10:08:52 | 22 | A.     Yes. |
| 10:08:53 | 23 | MR. SPIRO:  I have nothing further. |
| 10:08:54 | 24 | THE COURT:  Recross. |
| 10:08:55 | 25 | MR. SPIRO:  With those issues, of course, we can |

| | | |
|---|---|---|
| 10:08:58 | 1 | address -- |
| 10:08:59 | 2 | **THE COURT:**  Yes. |
| 10:09:01 | 3 | **MR. WOOD:**  May I proceed, Your Honor? |
| 10:09:03 | 4 | **THE COURT:**  Yes. |
| 10:09:08 | 5 | RECROSS-EXAMINATION |
| 10:09:08 | 6 | BY MR. WOOD: |
| 10:09:09 | 7 | Q.    Mr. Musk, if would you turn to 201. |
| 10:09:12 | 8 | If you could put it on the screen for me. |
| 10:09:15 | 9 | A.    Sorry.  Do you mean -- of the large -- |
| 10:09:20 | 10 | Q.    In the notebook of exhibits. |
| 10:09:23 | 11 | I'm sorry, he needs to have a trial exhibit |
| 10:09:26 | 12 | notebook. |
| 10:09:29 | 13 | **THE COURT:**  Is 201 in evidence? |
| 10:09:31 | 14 | **MR. WOOD:**  It is, but I wanted him to look at it. |
| 10:09:33 | 15 | **COURT CLERK:**  It came in yesterday. |
| 10:09:35 | 16 | **THE COURT:**  I see.  He can look at it on the |
| 10:09:37 | 17 | screen. |
| 10:09:37 | 18 | **THE WITNESS:**  Yeah, sure. |
| 10:09:38 | 19 | BY MR. WOOD: |
| 10:09:39 | 20 | Q.    I want to make sure to pull it up on the screen. |
| 10:09:41 | 21 | A.    Sure. |
| 10:09:53 | 22 | Q.    When you just testified that your apologies were |
| 10:09:57 | 23 | genuine, you were talking about, including the apology that |
| 10:10:03 | 24 | you put on Twitter on or about July 17th or 18th, true? |
| 10:10:12 | 25 | A.    That was the first of the three apologies, yes. |

| | |
|---|---|
| 10:10:19 | 1 |
| 10:10:24 | 2 |
| 10:10:25 | 3 |
| 10:10:25 | 4 |
| 10:10:27 | 5 |
| 10:10:31 | 6 |
| 10:10:32 | 7 |
| 10:10:38 | 8 |
| 10:10:47 | 9 |
| 10:10:50 | 10 |

Q.    You wanted Mr. Unsworth to know that you were sorry, true?

A.    Yes.

Q.    How was he going to know that?

A.    Well, where I said I apologized to Mr. Unsworth and to the company representatives later.

Q.    Mr. Musk, do you have any evidence or knowledge to suggest that Vern Unsworth was ever on Twitter?

A.    I don't, but anything that I say on Twitter, most things that I say on Twitter will generally get some press awareness.

Q.    So, if you wanted --

       Mr. Unsworth, in what he stated in his interview about your tube, did not state it on Twitter, did he?

A.    No, he's -- he stated it on a CNN interview.

Q.    So, there is obviously a disconnect, potentially, between whether Mr. Unsworth would even see the apology, given that he does not have a Twitter account, and he did not have it in July of 2018?

A.    I think that's unlikely as there are -- as was shown, my original insult that was reported, and the apology was also reported.  So, I mean, if I -- if I write something on Twitter, it will get reported, generally.

Q.    So, you expected with both the "pedo guy" tweet on

| | |
|---|---|
| 10:12:05 | 1 |

Twitter, you knew at the time you made it then, and you
expected at the time you made the apology that your tweets
were going to get widespread publicity.  True?

A.     They're going to get some publicity, yeah.

Q.     Well, more publicity than they would get in terms of
just the Twitter world, true?

A.     Yes.

Q.     You expected they would get publicity beyond the
people on Twitter, true?

A.     Yes.

Q.     Both with respect to the apology -- you made that
assumption, right?

A.     Yes.

Q.     That Mr. Unsworth would find out about it on media
reports outside of Twitter, right?

A.     Yeah, since the original -- my insult response to Mr.
Unsworth's insults and lies were -- was on Twitter, it seemed
appropriate that the apology should also be on Twitter.  It's
the same -- if that would make sense.  I think it would be
odd if the insults was on Twitter, and then the apology was
in a completely different medium.

Q.     "Mr. Unsworth, what you said was an insult about the
tube on CNN."  That was not published by Mr. Unsworth on
Twitter by Mr. Unsworth.

A.     Not by Mr. Unsworth, no, but by others.

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 10:13:31 | 1 | Q.    Right.  If there was a Twitter brawl involving you and |
| 10:13:35 | 2 | some other individual on Twitter over your "pedo guy" |
| 10:13:43 | 3 | comments, it would not have been a brawl on Twitter that Mr. |
| 10:13:47 | 4 | Unsworth ever engaged in.  He was not on Twitter.  Right? |
| 10:13:50 | 5 | MR. SPIRO:  Objection.  Form.  Assumes facts.  He |
| 10:13:54 | 6 | said he doesn't know whether he's on Twitter. |
| 10:13:56 | 7 | MR. WOOD:  There will be testimony he was not, |
| 10:13:58 | 8 | Your Honor. |
| 10:13:59 | 9 | THE COURT:  Well, let that come in if it's going |
| 10:14:02 | 10 | to be presented.  But I'll sustain the objection. |
| 10:14:04 | 11 | MR. WOOD:  May I have just a moment, Your Honor? |
| 10:14:16 | 12 | THE COURT:  Yes. |
| 10:14:56 | 13 | BY MR. WOOD: |
| 10:14:56 | 14 | Q.    You went over with Mr. Spiro some of the e-mails and a |
| 10:15:01 | 15 | video related to the development of the mini submarine, |
| 10:15:08 | 16 | right? |
| 10:15:09 | 17 | A.    Yes. |
| 10:15:11 | 18 | MR. WOOD:  I'm going to ask the witness to look at |
| 10:15:19 | 19 | Exhibit 252, 262, 269, 270, 271 and 263. |
| 10:15:55 | 20 | That's why I'm asking him to look so he can |
| 10:15:58 | 21 | object if he wants to. |
| 10:16:11 | 22 | (Discussion off the record.) |
| 10:16:26 | 23 | MR. SPIRO:  Your Honor, I understand that's a long |
| 10:16:28 | 24 | series of different tweets.  If it's the words of Mr. Musk in |
| 10:16:32 | 25 | and around that time, that, we have no objection to that. |

| | | |
|---|---|---|
| 10:16:35 | 1 | **THE COURT:** Well, all I can do is respond to an |
| 10:16:42 | 2 | objection or a stipulation. |
| 10:16:44 | 3 | Are you agreeing that these documents as |
| 10:16:49 | 4 | cited by counsel can be in evidence? |
| 10:16:51 | 5 | **MR. SPIRO:** As for the statements of Mr. Musk, |
| 10:16:53 | 6 | yes. |
| 10:16:53 | 7 | **THE COURT:** All right, then, received for that |
| 10:16:55 | 8 | purpose. |
| 10:15:21 | 9 | (Exhibit Nos. 252, 262, 269, 270, 271 and 263 |
| 10:17:03 | 10 | admitted into evidence.) |
| 10:17:03 | 11 | **THE WITNESS:** So -- a lot of numbers. Are we on |
| 10:17:05 | 12 | the screen or which -- |
| 10:17:09 | 13 | BY MR. WOOD: |
| 10:17:11 | 14 | Q. We'll go through them one at a time and let you look |
| 10:17:14 | 15 | at them. |
| 10:17:14 | 16 | A. Yes. |
| 10:17:15 | 17 | Q. Do you remember tweeting 252? |
| 10:17:20 | 18 | A. Yes. |
| 10:17:20 | 19 | Q. And then, if you would, continue with that grid. Do |
| 10:17:34 | 20 | you remember tweeting that second page in front of you? |
| 10:17:38 | 21 | A. Yeah. |
| 10:17:38 | 22 | Q. And then the next page. Do you remember tweeting |
| 10:17:45 | 23 | these tweets on July the 10th, July the 8th, July the 11th? |
| 10:17:54 | 24 | A. Not sure -- I mean, yeah -- |
| 10:17:57 | 25 | I don't remember every tweet. There are |

| | |
|---|---|
| 10:17:58 | 1 |
| 10:18:02 | 2 |
| 10:18:03 | 3 |
| 10:18:10 | 4 |
| 10:18:15 | 5 |
| 10:18:20 | 6 |
| 10:18:20 | 7 |
| 10:18:24 | 8 |
| 10:18:27 | 9 |
| 10:18:28 | 10 |
| 10:18:33 | 11 |
| 10:18:39 | 12 |
| 10:18:40 | 13 |
| 10:18:44 | 14 |
| 10:18:50 | 15 |
| 10:18:52 | 16 |
| 10:18:52 | 17 |
| 10:18:56 | 18 |
| 10:18:58 | 19 |
| 10:19:00 | 20 |
| 10:19:05 | 21 |
| 10:19:07 | 22 |
| 10:19:11 | 23 |
| 10:19:14 | 24 |
| 10:19:16 | 25 |

thousands of tweets.  But if you show them, then, sure, like it helps to recall them.

Q.      And then the next page, of 252, those are your tweets on July the 8th?  One or more being maybe July the 10th and July the 11th.  Those are the tweets that you posted, true?

A.      Yeah.

Q.      Same thing with the next page, tweets of July the 11th and 10th?

A.      Yeah.

Q.      Same thing with the next page, tweets of July 11, July 10, you tweeted those on those dates?

A.      Yes.

Q.      Same thing with respect to the tweets on the last page of 252, July 8, 10, and 11, those are your tweets made on those dates?

A.      Yes.

Q.      And in all of those, you're essentially tweeting about the development of the tube, right?

A.      Not all of them.

Q.      A number of them were about the development of the tube.  True?

A.      You seem to be listing just the -- all the tweets that I've made of those times.  Some of it was related to the tube, some of it was not.

Q.      And then if you'd look at 262, first page, those

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 10:19:24 | 1 |
| 10:19:27 | 2 |
| 10:19:30 | 3 |
| 10:19:31 | 4 |
| 10:19:37 | 5 |
| 10:19:40 | 6 |
| 10:19:44 | 7 |
| 10:19:44 | 8 |
| 10:19:50 | 9 |
| 10:19:54 | 10 |

1    tweets related to your development of the tube on July the

2    7th, and --

3    A.     Yeah.

4    Q.     Yeah, that's July the 7th.  And the next page more

5    tweets related to the development of the tube on July the 7th

6    that you posted.  True?

7    A.     Yes.

8    Q.     And the next page, tweets that you posted on July the

9    7th, again, related to your efforts to develop -- build,

10   create, develop the tube, true?

11   A.     Yes.

12   Q.     And the next page, again July 7th, tweets related to

13   your being involved in building the tube, true?

14   A.     Yes.  I was looking for feedback from the public to

15   see if there's any improvements they could suggest.

16   Q.     Thank you.  Right now I'm just asking you, did you

17   make these tweets?

18   A.     Yes.

19   Q.     Did you make the tweets on the next page --

20   A.     Yes.

21   Q.     -- on July the 7th.  Those are your tweets about the

22   tube?

23   A.     Yes.

24   Q.     And the next page?

25   A.     I mean, I tweet a lot.  In general.

48

```
10:20:39   1    Q.     I'm just talking about the amount of tweets you did

10:20:42   2    regarding your development of the tube from July the 7th to

10:20:46   3    July the 11th.  That's what I'm asking you about.

10:20:49   4                And then look at 269.  Again, that's a tweet

10:21:01   5    that you posted on July the 8th about the tube?

10:21:05   6    A.     Yes.

10:21:06   7    Q.     270.  And I apologize, Mr. Musk, there is a picture

10:21:17   8    there.  Did you post a video, the one that you showed in

10:21:20   9    court, or is that just a photograph from the video?

10:21:23   10   A.     I believe that's the video that was shown.

10:21:25   11   Q.     So, you -- the video that was shown in court today

10:21:29   12   about the efforts to go from one end of the swimming pool to

10:21:33   13   the other with a person in it, that your counsel played in

10:21:38   14   court today.

10:21:39   15   A.     Yes.

10:21:39   16   Q.     You posted that video in its entirety on your Twitter

10:21:43   17   page on July the 8th; am I right?

10:21:46   18   A.     Yes.  As I mentioned, I was looking for feedback from

10:21:52   19   the public as to how we might improve the design.

10:21:57   20   Q.     So, you were hoping to get this -- significant input

10:22:01   21   from the public to help you build this tube in time to save

10:22:05   22   the boys?  Is that what you're telling me?

10:22:07   23   A.     Yeah.  I frequently solicit feedback from the public

10:22:12   24   on many things, the Tesla car design, even some of the rocket

10:22:17   25   stuff.
```

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 10:22:18 | 1 | There are some pretty smart people out there, |
| 10:22:21 | 2 | and they have some good feedback.  In fact, I would say, |
| 10:22:32 | 3 | like, we've incorporated quite a lot of public feedback from |
| 10:22:38 | 4 | Twitter into Tesla vehicle design. |
| 10:22:49 | 5 | Q.    So, would you agree with me that appearing from |
| 10:22:53 | 6 | Twitter that between the 7th and 9th, 10th of July, you were |
| 10:23:04 | 7 | tweeting extensively about your efforts regarding the tube -- |
| 10:23:09 | 8 | I understand that you tell us it was to get input from the |
| 10:23:11 | 9 | public.  I understand that. |
| 10:23:12 | 10 | A.    Yes. |
| 10:23:12 | 11 | Q.    But you were tweeting extensively to get out to the |
| 10:23:18 | 12 | public all of your efforts in SpaceX efforts to build the |
| 10:23:22 | 13 | tube.  True? |
| 10:23:25 | 14 | A.    Yes, I was trying to get feedback from the public as |
| 10:23:28 | 15 | to how we might improve the design. |
| 10:23:31 | 16 | Q.    And you were tweeting extensively for that purpose, |
| 10:23:34 | 17 | right? |
| 10:23:35 | 18 | A.    Yes.  As I said, I do this in general for many things |
| 10:23:43 | 19 | that we're working on, work on SpaceX and Tesla.  It's great |
| 10:23:48 | 20 | to get feedback from the public. |
| 10:23:50 | 21 | Q.    And you gave in response to Mr. Spiro your |
| 10:23:54 | 22 | understanding of what "pedophilia" is or what it refers to, |
| 10:23:58 | 23 | on direct, right? |
| 10:24:01 | 24 | A.    Upon me -- |
| 10:24:02 | 25 | Q.    He asked you about your understanding of what |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 10:24:05 | 1 | "pedophilia" was. |
| 10:24:07 | 2 | A.     Yes. |
| 10:24:07 | 3 | Q.     And if you'll remind me, please, and the jury, what |
| 10:24:10 | 4 | did you say it was? |
| 10:24:11 | 5 | A.     It could be either a state of mind -- |
| 10:24:17 | 6 |                  It could be either a crime or a state of |
| 10:24:19 | 7 | mind.  Those -- yeah. |
| 10:24:21 | 8 | Q.     So, you're saying that either -- as you understood, |
| 10:24:24 | 9 | "pedophilia" -- "pedophile," that carries with it, in your |
| 10:24:31 | 10 | view, potential acts the person may commit.  Right? |
| 10:24:38 | 11 | A.     It's what -- it's one of the possibilities. |
| 10:24:41 | 12 | Q.     I'm sorry. |
| 10:24:42 | 13 | A.     Yeah, either -- it just literally means "love of |
| 10:24:47 | 14 | children." |
| 10:24:47 | 15 | Q.     Right.  But your testimony is, it can either be |
| 10:24:50 | 16 | demonstrated through actions or thoughts.  True? |
| 10:24:54 | 17 | A.     Yes. |
| 10:24:55 | 18 | Q.     Would sexual relations with a child who's a minor be |
| 10:25:04 | 19 | the act of a pedophile as you define it or understand it? |
| 10:25:09 | 20 | A.     Yes. |
| 10:25:09 | 21 | Q.     That would make that person, as a pedophile, in |
| 10:25:18 | 22 | effect, be a child rapist.  Right? |
| 10:25:20 | 23 | A.     Effectively, they would be committing statutory rape, |
| 10:25:27 | 24 | yes. |
| 10:25:27 | 25 | Q.     And if under your understanding of "pedophile," if an |

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 10:25:36 | 1 | individual married a minor child, that would be an act of |
| 10:25:40 | 2 | pedophilia, true? |
| 10:25:43 | 3 | A.    Well, strictly speaking, they would have to have |
| 10:25:47 | 4 | sexual relations with -- with someone who's a minor.  I |
| 10:25:55 | 5 | think -- yeah.  If somebody marries a 12-year-old, I think |
| 10:26:00 | 6 | that's -- that's probably pedophilia, yes. |
| 10:26:04 | 7 | Q.    And if someone, under your understanding of |
| 10:26:07 | 8 | "pedophilia," if someone lives in an area known for child sex |
| 10:26:19 | 9 | trafficking, that's not an act of pedophilia, true? |
| 10:26:28 | 10 | A.    True. |
| 10:26:28 | 11 | Q.    That might suggest, though, that if someone lives in |
| 10:26:31 | 12 | an area of child -- near child sex trafficking, that that |
| 10:26:36 | 13 | person has the thoughts that you described of a pedophile, |
| 10:26:41 | 14 | true? |
| 10:26:41 | 15 |          MR. SPIRO:  Objection to the form.  I don't |
| 10:26:43 | 16 | understand the question. |
| 10:26:46 | 17 |          THE COURT:  Overruled. |
| 10:26:46 | 18 |          THE WITNESS:  It's possible. |
| 10:27:12 | 19 | BY MR. WOOD: |
| 10:27:12 | 20 | Q.    Am I correct, in your discussion of "pedophilia," that |
| 10:27:17 | 21 | "pedo guy" and "pedo," you see is basically the same |
| 10:27:22 | 22 | equivalency as an insult. |
| 10:27:23 | 23 |          MR. SPIRO:  Objection.  Mischaracterizes the |
| 10:27:25 | 24 | testimony. |
| 10:27:26 | 25 |          THE COURT:  Well, he's asking a question.  He can |

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 10:27:28 | 1 |
| 10:27:33 | 2 |
| 10:27:39 | 3 |
| 10:27:45 | 4 |

10:27:28  1   ask the question.  We can get an answer.

10:27:33  2            **THE WITNESS:**  I think "pedo guy" is more flippant

10:27:39  3   and off-the-cuff and is less significant than "pedo."

10:27:45  4   BY MR. WOOD:

10:27:45  5   Q.    In what way?

10:27:46  6   A.    I mean, if you add "guy" to something, it's just --

10:27:51  7   it's less serious.

10:27:52  8   Q.    Serious about what issue?

10:27:54  9   A.    I mean, it -- it's just -- it's -- you know, it's a --

10:28:01  10  it is not -- it is more obviously just an insult, as if you

10:28:06  11  said, like, that, you know, "mother effer," you know, that's

10:28:13  12  like, you don't literally mean incest.

10:28:16  13  Q.    Do you feel --

10:28:20  14  A.    Like "that -- that mother effer guy," "MF guy," that

10:28:26  15  is obviously obviously more flippant, you know?  It's not --

10:28:33  16  it's not -- it's just not as serious accusation.

10:28:36  17            I mean, I want to be clear.  I did not accuse

10:28:40  18  Mr. Unsworth of being a pedophile.

10:28:43  19  Q.    Mr. Musk, are you saying that "pedo guy" is a more

10:28:51  20  flippant way of expressing "pedo"?

10:28:54  21  A.    It's just obviously an insult.  No one -- no one took

10:28:59  22  that to mean "pedophile."

10:29:03  23            **MR. WOOD:**  Move to strike that, Your Honor.

10:29:05  24            **THE COURT:**  All right.  It's stricken.

10:29:08  25            **MR. WOOD:**  Thank you.  And the jury be asked to

| | | |
|---|---|---|
| 10:29:10 | 1 | disregard it. |
| 10:29:11 | 2 | THE COURT:  The jury will follow my instructions. |
| 10:29:22 | 3 | MR. WOOD:  Thank you. |
| 10:29:22 | 4 | BY MR. WOOD: |
| 10:29:22 | 5 | Q.    So, "pedo" and "pedo guy" are not essentially |
| 10:29:27 | 6 | equivalent, of the same thing, one more flippant, one more |
| 10:29:27 | 7 | serious. |
| 10:29:27 | 8 | A.    They're both flippant.  One is more flippant than the |
| 10:29:31 | 9 | other. |
| 10:29:31 | 10 | Q.    So, if somebody says: *Hey, you're a pedo.*  That would |
| 10:29:37 | 11 | be saying less flippantly than saying: *Hey, you're a pedo* |
| 10:29:37 | 12 | *guy.* |
| 10:29:42 | 13 | Is that what you're telling me? |
| 10:29:43 | 14 | MR. SPIRO:  Objection.  Form and also calls for |
| 10:29:45 | 15 | speculation. |
| 10:29:47 | 16 | THE COURT:  He's probing.  I mean, this is -- I |
| 10:29:49 | 17 | told the jury questions are not evidence, but this is |
| 10:29:54 | 18 | cross-examination, and the questioner is allowed to use that |
| 10:29:59 | 19 | form of question.  That's the way cross-examination goes. |
| 10:30:03 | 20 | So, overruled. |
| 10:30:09 | 21 | BY MR. WOOD: |
| 10:30:09 | 22 | Q.    Can you answer the question? |
| 10:30:10 | 23 | A.    I'm not clear on what your question was.  But "pedo" |
| 10:30:16 | 24 | and "pedo guy" both, in my view, are insults, just meaning |
| 10:30:24 | 25 | "creepy old man."  "Pedo guy" is more flippant than "pedo." |

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 10:30:29 | 1 |
| 10:30:33 | 2 |
| 10:30:37 | 3 |
| 10:30:37 | 4 |
| 10:30:49 | 5 |
| 10:30:51 | 6 |
| 10:30:55 | 7 |
| 10:31:00 | 8 |
| 10:31:05 | 9 |
| 10:31:06 | 10 |
| 10:31:12 | 11 |
| 10:31:16 | 12 |
| 10:31:19 | 13 |
| 10:31:22 | 14 |
| 10:31:25 | 15 |
| 10:31:29 | 16 |
| 10:31:34 | 17 |
| 10:31:41 | 18 |
| 10:31:48 | 19 |
| 10:31:56 | 20 |
| 10:32:01 | 21 |
| 10:32:02 | 22 |
| 10:32:26 | 23 |
| 10:32:42 | 24 |
| 10:32:44 | 25 |

1   **MR. WOOD:**  If I may step away, Your Honor, for a

2   moment from the podium to look at the realtime feed?

3          **THE COURT:**  Yes.

4   BY MR. WOOD:

5   Q.    I just want to be clear, Mr. Musk, this is the

6   question that I was asking:  "So, if somebody says:  'Hey,

7   you're a pedo,' that would be saying less flippantly than if

8   they had said:  'Hey, you're a pedo guy.'  Is that what

9   you're telling us?"

10  A.    I think both "pedo" and "pedo guy" are flippant.

11  "Pedo guy" is more flippant than "pedo."  I think especially

12  in the context of which I used it in the tweet.

13  Q.    Because that's the key to how -- the context you used

14  it in the tweet, true?  In your mind.

15  A.    In the tweet it was obviously a flippant insult in

16  response to his insult, and no one interpreted that as

17  being -- meaning pedophile.

18  Q.    And is your testimony that "pedo guy" is quite

19  commonly known in the English speaking world as being an

20  insult of "creepy old man in looks and appearance."  Is that

21  your testimony?

22  A.    That's my belief, yes.

23  Q.    Would you look at Exhibit 92?

24          **MR. SPIRO:**  Your Honor, we have objections to this

25  exhibit.

| | | |
|---|---|---|
| 10:32:44 | 1 | **THE COURT:**  Let me get it and look at it. |
| 10:32:46 | 2 | **MR. SPIRO:**  Of course. |
| 10:35:06 | 3 | **THE COURT:**  Let me ask a question.  In this |
| 10:35:10 | 4 | exhibit, 92, and this is for the witness, if the witness has |
| 10:35:19 | 5 | looked at it, are these exhibits, tweets, whatever they are, |
| 10:35:30 | 6 | something that the witness saw at the times and dates posted |
| 10:35:38 | 7 | on the -- on tweets?  Maybe -- |
| 10:35:49 | 8 | **MR. WOOD:**  These are actually media articles, Your |
| 10:35:53 | 9 | Honor. |
| 10:35:53 | 10 | **THE COURT:**  Whatever they are.  The question is: |
| 10:35:58 | 11 | Were these things that the witness read or -- |
| 10:36:11 | 12 | **THE WITNESS:**  No. |
| 10:36:14 | 13 | **THE COURT:**  And so the answer is no.  That was a |
| 10:36:17 | 14 | foundational question. |
| 10:36:20 | 15 | On that basis, I'll sustain the objection. |
| 10:36:22 | 16 | But you can ask further questions along those lines. |
| 10:36:26 | 17 | **MR. WOOD:**  Thank you, Your Honor. |
| 10:36:27 | 18 | BY MR. WOOD: |
| 10:36:28 | 19 | Q.    Mr. Musk, based on your testimony about the |
| 10:36:33 | 20 | understanding in the English speaking world about "pedo guy" |
| 10:36:39 | 21 | meaning "creepy old man in looks and appearance." |
| 10:36:44 | 22 | A.    Uh-huh, yes. |
| 10:36:45 | 23 | Q.    Are you familiar -- or do you know how the media in |
| 10:36:49 | 24 | the United Kingdom reported on that tweet, "pedo guy"? |
| 10:36:56 | 25 | A.    Best of my recollection, the reporting was universally |

| | |
|---|---|
| 10:37:05 | 1 |
| 10:37:09 | 2 |
| 10:37:14 | 3 |
| 10:37:18 | 4 |
| 10:37:20 | 5 |
| 10:37:20 | 6 |
| 10:37:22 | 7 |
| 10:37:25 | 8 |
| 10:37:31 | 9 |
| 10:37:33 | 10 |
| 10:37:36 | 11 |
| 10:37:40 | 12 |
| 10:37:42 | 13 |
| 10:37:45 | 14 |
| 10:37:50 | 15 |
| 10:37:58 | 16 |
| 10:38:00 | 17 |
| 10:38:03 | 18 |
| 10:38:09 | 19 |
| 10:38:14 | 20 |
| 10:38:15 | 21 |
| 10:38:17 | 22 |
| 10:38:19 | 23 |
| 10:38:22 | 24 |
| 10:38:32 | 25 |

1  that I had insulted Mr. Unsworth, but not that he was

2  actually a pedophile, and nobody thought that.

3  Q.    The reporting was almost universal that the insults

4  you made --

5          THE COURT:  Well, let's get a foundation here.

6          MR. WOOD:  I'll restate it.

7          THE COURT:  In other words, we're talking about --

8  this is all relating to the timeframe, and I'm not the jury,

9  so, I'm just getting a point of reference here.

10          It seems to me we're talking about the

11  timeframe between July 15 and July 17, correct?

12          MR. WOOD:  Yes, Your Honor.

13          THE COURT:  So, if we're talking about that

14  timeframe, the foundational question has to be not what he

15  knows now but what he knew then.  And so the jury could

16  determine whether that's relevant or not.

17          I'm just trying to get to a point of

18  reference.  So, the question is -- the way your question

19  should be framed is with that timeline in mind.

20          MR. WOOD:  Thank you, Your Honor.

21          THE COURT:  At least that's my view.

22  BY MR. WOOD:

23  Q.    In the timeframe between July the 15th and July the

24  17th, did you know that the media in the United Kingdom was

25  reporting that your insult of "pedo guy" was an insult that

| | | |
|---|---|---|
| 10:38:38 | 1 | Mr. Unsworth was a pedophile? |
| 10:38:44 | 2 | **MR. SPIRO:**  Objection to form.  Assumes facts. |
| 10:38:47 | 3 | **THE COURT:**  Well, did he know at the time?  It's |
| 10:38:52 | 4 | asking for his state of mind.  At the time.  So, as far as |
| 10:38:57 | 5 | the question goes, I'll allow the question. |
| 10:39:02 | 6 | **THE WITNESS:**  No.  The -- |
| 10:39:06 | 7 | Yeah, so, the -- all the press that I read, |
| 10:39:11 | 8 | including the British press, interpreted what I said as an |
| 10:39:16 | 9 | insult and not that Mr. Unsworth was actually a pedophile. |
| 10:39:21 | 10 | This was interpreted -- |
| 10:39:23 | 11 | And the press was universally negative |
| 10:39:25 | 12 | against me and in support of Mr. Unsworth. |
| 10:39:29 | 13 | BY MR. WOOD: |
| 10:39:29 | 14 | Q.    So, you're now telling us that you did know what the |
| 10:39:32 | 15 | press was reporting -- |
| 10:39:33 | 16 | **THE COURT:**  When you say "now" -- |
| 10:39:35 | 17 | Don't use the word "now," because it's |
| 10:39:37 | 18 | argumentative.  Just ask him a question. |
| 10:39:39 | 19 | BY MR. WOOD: |
| 10:39:41 | 20 | Q.    Between July the 15th and July the 17th, did you know |
| 10:39:46 | 21 | what the press in the United Kingdom was saying about "pedo |
| 10:39:55 | 22 | guy"? |
| 10:39:55 | 23 | A.    My recollection of all the press at the time was that |
| 10:40:00 | 24 | the -- they correctly interpreted what I said as being an |
| 10:40:05 | 25 | insult, not an actual accusation of pedophilia. |

| | |
|---|---|
| 10:40:10 | 1 |
| 10:40:13 | 2 |
| 10:40:23 | 3 |
| 10:40:29 | 4 |
| 10:40:35 | 5 |
| 10:40:39 | 6 |
| 10:40:44 | 7 |
| 10:40:47 | 8 |
| 10:40:52 | 9 |
| 10:40:58 | 10 |
| 10:41:00 | 11 |
| 10:41:03 | 12 |
| 10:41:07 | 13 |
| 10:41:09 | 14 |
| 10:41:09 | 15 |
| 10:41:17 | 16 |
| 10:41:20 | 17 |
| 10:41:23 | 18 |
| 10:41:26 | 19 |
| 10:41:29 | 20 |
| 10:41:35 | 21 |
| 10:41:39 | 22 |
| 10:41:41 | 23 |
| 10:41:45 | 24 |
| 10:41:46 | 25 |

Q.    Same question with respect to the press at the time, July the 15th, July 17th in Finland, Sweden and Denmark.

A.    Well, I -- I admittedly -- I do not read Scandinavian press.  I don't speak Finnish, Swedish or Norwegian.

Q.    How about -- the same question between the July 15 and July the 17th in terms of what was being reported in the Netherlands and Belgium.

A.    I -- I don't know what was reported in Netherlands and Belgium.  I do not speak Dutch or Flemish.

Q.    Same question with respect to July the 15th or July the 17, about what the media was reporting about "pedo guy" in Switzerland and Austria.

A.    I mean -- no.

        THE COURT:  Let's not go through the globe.  I mean --

        What languages do you speak, Mr. Musk?

        THE WITNESS:  Well, I speak a little Spanish and a little French and a little German.

        THE COURT:  I'll allow you to go through the Caribbean and South America, and maybe the German part of Switzerland and Germany.

        MR. WOOD:  Let me try this, if I might, Your Honor.  Now, given the witness' testimony, I re-tender into evidence Exhibit 92.  I think I've laid the foundation.

        THE COURT:  The objection is sustained.

| | |
|---|---|
| 10:42:07 | 1 |
| 10:42:07 | 2 |
| 10:43:06 | 3 |
| 10:43:08 | 4 |
| 10:43:24 | 5 |
| 10:43:28 | 6 |
| 10:43:32 | 7 |
| 10:43:32 | 8 |
| 10:43:34 | 9 |
| 10:43:38 | 10 |
| 10:43:38 | 11 |
| 10:43:40 | 12 |
| 10:43:45 | 13 |
| 10:43:48 | 14 |
| 10:44:08 | 15 |
| 10:44:33 | 16 |
| 10:44:34 | 17 |
| 10:44:38 | 18 |
| 10:44:44 | 19 |
| 10:44:49 | 20 |
| 10:45:05 | 21 |
| 10:45:08 | 22 |
| 10:45:13 | 23 |
| 10:45:15 | 24 |
| 10:45:18 | 25 |

BY MR. WOOD:

Q.     Would you look at Exhibit 212, Mr. Musk?

        **MR. WOOD:**  Your Honor, I tender in evidence Exhibit 212 with an exclusion from that exhibit of any Google Alerts that are not related to the July 15 tweets.  And with those exclusions, I tender into evidence, on behalf of the plaintiff.

        **THE COURT:**  All right, let's --

        **MR. SPIRO:**  There is an objection.

        **THE COURT:**  What did you say?

        **MR. SPIRO:**  There will be an objection.

        **THE COURT:**  Let's take the morning recess for 10 or 12 minutes, okay?

        **COURT CLERK:**  All rise.

        (Following proceedings held outside the presence of the jury.)

        **THE COURT:**  What is the relevance of Exhibit 212?

        **MR. WOOD:**  It is a Google Alerts sent directly to Elon Musk, alerting him that there were media report on July the 16th, stating that he called Mr. Unsworth a pedophile.

        **THE COURT:**  I see.  It's part of the presentation from the plaintiff that the apology was the result of pressure and not genuine.

        **MR. WOOD:**  That, and the interpretation in the English speaking world was that "pedo guy" meant "pedophile"

| | |
|---|---|
| 10:45:25 | 1 |

not "creepy old man in manner and appearance."

      THE COURT:  Well, I don't see the -- the relevance of the tweet for that purpose.  He's just saying "pedo," and --

      What's your objection?  If that -- just that first paragraph on Exhibit 212 is offered, and everything thereafter is not.

      MR. SPIRO:  The problem is one of relevance, that you have discussed with Mr. Wood; but it's also foundational, and -- it's very misleading under 403.

      THE COURT:  Well, I mean, the foundational objection has to be examined.  I mean, he has to ask him: Did he see this -- did he -- tell him to look at Exhibit 212, look at the first tweet, and then ask him whether he saw that tweet before July 17th, the apology.  And if he says he did, then, to me, it would be admissible.  If he does -- if he says he doesn't, then it wouldn't be, and the rest of it is not admissible.

      MR. SPIRO:  I have two responses to that.  The first is, the reason Mr. Wood --

      The Court gave a different reason than Mr. Wood's reason.  The Court's reason was:  Well, if he saw it, and that his apology wasn't genuine.  Mr. Wood's stated reason, I think he sort of half adopted that, but his stated reason was to show what the people in the English language

| | | |
|---|---|---|
| 10:47:07 | 1 | said.  Right?  It just -- |
| 10:47:10 | 2 | THE COURT:  Yeah, but I mean all -- |
| 10:47:12 | 3 | MR. SPIRO:  But as, Your Honor -- sorry. |
| 10:47:15 | 4 | THE COURT:  But I mean, all the tweet says, unless |
| 10:47:18 | 5 | I'm misreading it is, it doesn't use the word "pedophile." |
| 10:47:26 | 6 | Just keeps saying "pedo." |
| 10:47:26 | 7 | MR. WOOD:  Do you have Exhibit 212 -- |
| 10:47:26 | 8 | MR. SPIRO:  Well -- |
| 10:47:29 | 9 | THE COURT:  Wait a second.  I'm looking at 212, |
| 10:47:31 | 10 | I'm looking at Bates stamp 854.  What else should I be |
| 10:47:35 | 11 | looking at? |
| 10:47:37 | 12 | MR. WOOD:  You're looking at the correct part of |
| 10:47:39 | 13 | the document.  That is a Google -- |
| 10:47:42 | 14 | THE COURT:  I missed the -- the headline.  Yeah. |
| 10:47:48 | 15 | And -- and -- |
| 10:47:57 | 16 | So, restate your objection. |
| 10:47:58 | 17 | MR. SPIRO:  Sure.  So, now that the Court is |
| 10:48:01 | 18 | focused on -- |
| 10:48:02 | 19 | THE COURT:  And it is the -- it is the opinion of |
| 10:48:04 | 20 | someone from -- |
| 10:48:09 | 21 | You know, I don't know all these -- I hate to |
| 10:48:18 | 22 | admit my lack of -- of being current, but what is V-O-X? |
| 10:48:31 | 23 | MR. WOOD:  Vox is a news media online around the |
| 10:48:36 | 24 | country and the world. |
| 10:48:36 | 25 | THE COURT:  So, somebody at Vox wrote this thing, |

10:48:40  1    somebody we don't know about.

10:48:40  2                    **MR. SPIRO:**  Right.

10:48:46  3                    **THE COURT:**  And they put the headline up there.

10:48:48  4    Now, the body of it doesn't contain any further description

10:48:51  5    of "pedophile."  It's just -- the body just has "pedo."  And

10:48:57  6    some unknown person has concluded and headlined that "pedo"

10:49:04  7    means "pedophile."

10:49:06  8                      So, is there an objection?

10:49:07  9                    **MR. SPIRO:**  Of course, yes, Your Honor.

10:49:09  10                   **THE COURT:**  Sustained.  Okay.  We're in recess.

10:50:07  11                   (Recess taken.)

11:11:41  12                   (Following proceedings were held in the presence

11:11:51  13   of the jury.)

11:11:51  14                   **THE COURT:**  You may proceed.

11:11:53  15                   **MR. WOOD:**  Thank you, Your Honor.

11:11:54  16   BY MR. WOOD:

11:11:55  17   Q.    Mr. Musk, would you look at Exhibit 232 in the trial

11:12:01  18   notebook?

11:12:17  19   A.    Yes.

11:12:18  20   Q.    Is that your tweet of July the 11th, 2018?

11:12:26  21   A.    Yes.

11:12:28  22                   **MR. WOOD:**  I move to tender Exhibit 232 into

11:12:31  23   evidence, Your Honor.

11:12:39  24                   **THE COURT:**  Received.

11:12:41  25                   (Exhibit No. 232 received in evidence.)

| | | |
|---|---|---|
| 11:12:41 | 1 | BY MR. WOOD: |
| 11:12:42 | 2 | Q.     On July the 11th, Mr. Musk, in your tweet, you were |
| 11:12:49 | 3 | reacting to the criticisms of YouTube.   True? |
| 11:12:53 | 4 | A.     Yes. |
| 11:12:54 | 5 | Q.     And you said:  "This reaction has shaken my opinion of |
| 11:13:02 | 6 | many people." |
| 11:13:05 | 7 | A.     Yes. |
| 11:13:06 | 8 | Q.     If you would look at Exhibit 90. |
| 11:13:06 | 9 | A.     Ninety. |
| 11:13:53 | 10 | Q.     Exhibit 90. |
| 11:13:53 | 11 | **MR. SPIRO:**  There is an objection to this exhibit. |
| 11:13:53 | 12 | **THE COURT:**  No objection. |
| 11:13:53 | 13 | **MR. SPIRO:**  There is an objection. |
| 11:13:57 | 14 | **THE COURT:**  So, lay a foundation.  I mean, along |
| 11:14:01 | 15 | the lines that we discussed. |
| 11:14:02 | 16 | **MR. SPIRO:**  It would be an additional objection, |
| 11:14:04 | 17 | and 403 and other objections we would have. |
| 11:14:06 | 18 | **THE COURT:**  Just let me look at it. |
| 11:14:06 | 19 | BY MR. WOOD: |
| 11:14:08 | 20 | Q.     Mr. Musk -- |
| 11:14:11 | 21 | **THE COURT:**  One moment. |
| 11:14:12 | 22 | **MR. SPIRO:**  Hearsay, in addition. |
| 11:14:16 | 23 | BY MR. WOOD: |
| 11:14:17 | 24 | Q.     Mr. Musk -- |
| 11:14:19 | 25 | **THE COURT:**  One second. |

| | | |
|---|---|---|
| 11:14:20 | 1 | **MR. WOOD:**  Oh, I'm sorry. |
| 11:14:52 | 2 | **THE COURT:**  Can the parties answer my question |
| 11:14:54 | 3 | without controversy?  Can you do that? |
| 11:14:59 | 4 | Who is Sam Teller? |
| 11:15:03 | 5 | **MR. WOOD:**  The de facto chief of staff, as he |
| 11:15:06 | 6 | testified to, for like, four or five years, for Mr. Musk. |
| 11:15:10 | 7 | **THE COURT:**  Approach the sidebar. |
| 11:15:27 | 8 | (Sidebar conference.) |
| 11:15:40 | 9 | **THE COURT:**  My impression is, as a starting point, |
| 11:15:47 | 10 | that it goes to the genuineness of the apology. |
| 11:15:51 | 11 | **MR. SPIRO:**  That's what the Court has said a |
| 11:15:53 | 12 | couple of times.  I would just say this, one is, it's |
| 11:15:56 | 13 | obviously ranked, it's obviously ranked like textbook |
| 11:16:00 | 14 | hearsay.  It's from a subject line that says:  "From, ah, |
| 11:16:04 | 15 | another person, and then it's in quotes in the person. |
| 11:16:08 | 16 | **THE COURT:**  It's not being offered for the truth |
| 11:16:09 | 17 | of -- |
| 11:16:12 | 18 | It's being offered for what his state of mind |
| 11:16:13 | 19 | is. |
| 11:16:15 | 20 | **MR. SPIRO:**  Right.  But then it has all of this |
| 11:16:18 | 21 | prejudicial, misleading, confusing and unbelievably |
| 11:16:23 | 22 | prejudicial information. |
| 11:16:25 | 23 | **THE COURT:**  Just one moment. |
| 11:16:26 | 24 | **MR. SPIRO:**  Yeah. |
| 11:16:44 | 25 | I have one further comment. |

| | | |
|---|---|---|
| 11:16:59 | 1 | **THE COURT:**  Yeah. |
| 11:17:00 | 2 | **MR. SPIRO:**  I mean, I can come up with |
| 11:17:02 | 3 | many quotes, like:  "To dump Tesla."  "Losing major backers." |
| 11:17:07 | 4 | "$10 million worth of stock."  "How much suffering went to |
| 11:17:08 | 5 | this person?"  "A really big bet for me."  "Suffering to that |
| 11:17:11 | 6 | person." |
| 11:17:12 | 7 | Talking about yet again third parties.  He's |
| 11:17:14 | 8 | already testified -- |
| 11:17:15 | 9 | **THE COURT:**  I got that. |
| 11:17:20 | 10 | **MR. SPIRO:**  May I just say one last thing? |
| 11:17:20 | 11 | **THE COURT:**  Yes. |
| 11:17:23 | 12 | **MR. SPIRO:**  He's already testified that he was |
| 11:17:24 | 13 | under pressure to change the apology because he was upset. |
| 11:17:27 | 14 | It has very little probative value to what he's already |
| 11:17:32 | 15 | said -- |
| 11:17:33 | 16 | **THE COURT:**  How about some questions from you |
| 11:17:43 | 17 | about whether after July 15, he was -- |
| 11:18:02 | 18 | Whether he was getting some feedback from |
| 11:18:07 | 19 | persons in his company, that the -- the publicity about the |
| 11:18:12 | 20 | tweet was causing some harm to the business.  You asked that |
| 11:18:20 | 21 | question -- |
| 11:18:20 | 22 | **MR. WOOD:**  No, not -- |
| 11:18:21 | 23 | **MR. SPIRO:**  I understand it's close to -- he |
| 11:18:24 | 24 | doesn't understand the rules of evidence.  He's going to just |
| 11:18:26 | 25 | start reading. |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 11:18:28 | 1 | **MR. WOOD:** I'm not -- |
| 11:18:28 | 2 | **MR. SPIRO:** He's going to -- |
| 11:18:31 | 3 | He still has it in front of him. He's going |
| 11:18:33 | 4 | to move it. |
| 11:18:35 | 5 | **MR. WOOD:** Ask him to move it. |
| 11:18:38 | 6 | (In open court.) |
| 11:18:40 | 7 | **THE COURT:** Close the book. |
| 11:18:52 | 8 | **MR. WOOD:** May I proceed? |
| 11:18:53 | 9 | **THE COURT:** Yes. |
| 11:18:54 | 10 | **MR. WOOD:** Thank you. |
| 11:18:55 | 11 | BY MR. WOOD: |
| 11:18:56 | 12 | Q. Mr. Musk, between the time of the publication in |
| 11:19:03 | 13 | Twitter of the statement "pedo guy," before your publication |
| 11:19:08 | 14 | on Twitter of the apology -- |
| 11:19:12 | 15 | You know what timeframe we're talking about |
| 11:19:14 | 16 | now? |
| 11:19:15 | 17 | A. Yeah, a few days. |
| 11:19:17 | 18 | Q. During that time period, sir, did anyone connected |
| 11:19:23 | 19 | with your company ever inform you that the "pedo guy" tweet |
| 11:19:32 | 20 | was creating issues in terms of its impact on Tesla stock? |
| 11:19:40 | 21 | **MR. SPIRO:** Objection, to "impact on stock." The |
| 11:19:42 | 22 | rest of it -- |
| 11:19:44 | 23 | **THE COURT:** He can ask the question that way. He |
| 11:19:46 | 24 | can answer "yes" or "no." |
| 11:19:50 | 25 | **THE WITNESS:** I did receive some concerned notes |

| | |
|---|---|
| 11:19:53 | 1 |
| 11:19:57 | 2 |
| 11:20:00 | 3 |
| 11:20:05 | 4 |
| 11:20:05 | 5 |
| 11:20:13 | 6 |
| 11:20:14 | 7 |
| 11:20:19 | 8 |
| 11:20:26 | 9 |
| 11:20:29 | 10 |
| 11:20:35 | 11 |
| 11:20:46 | 12 |
| 11:20:48 | 13 |
| 11:20:51 | 14 |
| 11:20:54 | 15 |
| 11:20:55 | 16 |
| 11:20:56 | 17 |
| 11:21:00 | 18 |
| 11:21:06 | 19 |
| 11:21:13 | 20 |
| 11:21:16 | 21 |
| 11:21:17 | 22 |
| 11:21:17 | 23 |
| 11:21:23 | 24 |
| 11:21:28 | 25 |

1  from shareholders.  But it's a publically traded company.  So

2  the stock prices, I would say, no, at any given point in

3  time.

4  BY MR. WOOD:

5  Q.    Just a couple more, Mr. Musk.

6            Do you acknowledge that even if you delete a

7  tweet, that the tweet remains available for others to tweet

8  or publish if they have taken a screen shot of your tweet?

9  A.    Yes.

10  Q.    You testified that you had never been asked before

11  your deposition about pedophilia.  Is that your testimony?

12  In connection --

13  A.    I'm not sure, if I -- I'm not sure --

14            Are you asking if I've been asked about

15  pedophilia in general or --

16            Can you --

17  Q.    About the "pedo guy" tweet.  Had you been asked about

18  pedophilia, related to the tweet about Mr. Unsworth, by

19  anyone before your deposition in August of 28, 2019?

20            **MR. SPIRO:**  Objection.  By anyone?  By counsel?

21  It's too vague.

22            **MR. WOOD:**  I'm sorry.  I'll rephrase it.

23  BY MR. WOOD:

24  Q.    Had you ever been asked by any member of the media or

25  on Twitter in relationship to your statement of "pedo guy"

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 11:21:35 | 1 | about whether you were referring to pedophilia, before your |
| 11:21:43 | 2 | deposition? |
| 11:21:44 | 3 | A.    It's possible that that occurred on Twitter, |
| 11:21:46 | 4 | somewhere. |
| 11:21:55 | 5 | Q.    You testified that you attended Stanford to start your |
| 11:22:14 | 6 | graduates studies.  True? |
| 11:22:16 | 7 | A.    I started there for two days. |
| 11:22:18 | 8 | Q.    Two days.  Thank you. |
| 11:22:19 | 9 | My last question -- |
| 11:22:20 | 10 | I did not ask you this earlier in your |
| 11:22:23 | 11 | examination.  At the present time, today, would you give the |
| 11:22:32 | 12 | jury your best estimate as to your net worth? |
| 11:22:42 | 13 | **MR. SPIRO:**  Objection.  Outside the scope. |
| 11:22:45 | 14 | **THE COURT:**  Well -- |
| 11:22:45 | 15 | **MR. SPIRO:**  I didn't ask him questions about that. |
| 11:22:47 | 16 | **THE COURT:**  It is outside the scope, but I'll |
| 11:22:50 | 17 | allow him to reopen for that brief purpose. |
| 11:22:53 | 18 | I mean, we all know what the answer is going |
| 11:22:58 | 19 | to be, right? |
| 11:22:58 | 20 | **MR. SPIRO:**  I do, Judge. |
| 11:22:59 | 21 | **THE COURT:**  I mean, you know, so, let's have it so |
| 11:23:03 | 22 | everybody can write a headline tomorrow, okay?  They're all |
| 11:23:09 | 23 | anxious, you know.  We all know the answer, don't we? |
| 11:23:12 | 24 | **MR. SPIRO:**  We do, so I'll sit down. |
| 11:23:16 | 25 | **THE COURT:**  All right. |

| | | |
|---|---|---|
| 11:23:16 | 1 | So, tell him what the answer is. |
| 11:23:17 | 2 | **THE WITNESS:**  I own stock in SpaceX and Tesla.  I |
| 11:23:22 | 3 | have debt against that stock.  I don't have -- |
| 11:23:27 | 4 | So many people think that I have a lot of |
| 11:23:30 | 5 | cash.  I actually don't.  I have Tesla stock, SpaceX stock |
| 11:23:35 | 6 | and then debt against that stock.  And that value fluctuates |
| 11:23:39 | 7 | on a daily basis. |
| 11:23:40 | 8 | BY MR. WOOD: |
| 11:23:41 | 9 | Q.    Between what range at present? |
| 11:23:42 | 10 | A.    I actually don't know. |
| 11:23:43 | 11 | Q.    Do you -- do you believe that it's at least at or |
| 11:23:49 | 12 | possibly above, from your testimony in the deposition, of a |
| 11:23:52 | 13 | net worth of around $20 billion? |
| 11:24:00 | 14 | A.    I think with my SpaceX stock and Tesla stock combined, |
| 11:24:03 | 15 | it would probably amount to something like that. |
| 11:24:06 | 16 | **MR. WOOD:**  Those are all the questions I have of |
| 11:24:06 | 17 | Mr. Musk on behalf of the plaintiff. |
| 11:24:06 | 18 | Thank you, Your Honor. |
| 11:24:08 | 19 | **THE COURT:**  Any redirect? |
| 11:24:09 | 20 | **MR. SPIRO:**  No, Your Honor. |
| 11:24:11 | 21 | **THE COURT:**  Thank you, Mr. Musk. |
| 11:24:15 | 22 | **THE DEFENDANT:**  Thank you. |
| 11:24:19 | 23 | **THE COURT:**  All right, who's the next witness? |
| 11:24:27 | 24 | **MR. WILSON:**  Your Honor, the plaintiff would call |
| 11:24:29 | 25 | Mr. David Arnold by video deposition. |

| | | |
|---|---|---|
| 11:24:33 | 1 | **MR. SPIRO:**  We have to approach on this just |
| 11:24:35 | 2 | because of some logistics and depo designations and |
| 11:24:38 | 3 | objection. |
| 11:24:39 | 4 | **MR. LIFRAK:**  There is one objection to the |
| 11:24:40 | 5 | exhibit, Your Honor. |
| 11:24:46 | 6 | **THE COURT:**  Is there someone else that we can call |
| 11:24:48 | 7 | before the lunch who is not subject of discussions, just to |
| 11:24:51 | 8 | keep things going? |
| 11:24:54 | 9 | I mean, let's try and use up 35 minutes, and |
| 11:24:57 | 10 | then we'll save the lunch hour for discussion. |
| 11:25:01 | 11 | **MR. WOOD:**  I can do that, Your Honor, with |
| 11:25:03 | 12 | Mr. Birchall. |
| 11:25:04 | 13 | **THE COURT:**  Okay, let's get to Mr. Birchall. |
| 11:25:08 | 14 | **MR. WOOD:**  So, at this time, Your Honor, we'd call |
| 11:25:12 | 15 | Jared Birchall. |
| 11:26:03 | 16 | **COURT CLERK:**  Please raise your right hand. |
| 11:26:06 | 17 | Do you swear or affirm that the testimony |
| 11:26:06 | 18 | you're about to give in the case now before this Court will |
| 11:26:06 | 19 | be the truth, the whole truth and nothing but the truth, so |
| 11:26:15 | 20 | help you God? |
| 11:26:15 | 21 | **THE WITNESS:**  Yes. |
| 11:26:16 | 22 | **COURT CLERK:**  Please be seated. |
| 11:26:22 | 23 | Can you state your full name, and also spell |
| 11:26:24 | 24 | your full name for the record. |
| 11:26:27 | 25 | **THE WITNESS:**  Full name is Jared John Birchall. |

| 11:26:30 | 1 | J-A-R-E-D, J-O-H-N, B-I-R-C-H-A-L-L. |

2    WITNESS, **JARED J. BIRCHALL,** SWORN

3    DIRECT EXAMINATION

4    BY MR. WOOD:

5    Q.    Mr. Birchall, we met at your deposition.

6    A.    Yes.

7    Q.    Nice to see you again.

8         Could you give the jury the benefit of just a

9    summary of your background -- I don't want to go from high

10   school or college, but just in terms of your business

11   background and how you worked with Mr. Musk or any of his

12   companies.

13   A.    Sure.  So, upon graduation from college, I was hired

14   into the field of finance, and 17, 18 years into that career

15   was referred to Mr. Musk when he was looking to form a family

16   office.  A common acquaintance had referred me to him that

17   led to interviews, and approximately four years ago I was

18   hired to manage his family office.

19   Q.    And you have served in that capacity the last four

20   years up until today?

21   A.    Correct.

22   Q.    You still serve in that capacity.

23         And what -- your -- your background before

24   that was in basically investment community?

25   A.    Correct.  Wealth management primarily.

| | | |
|---|---|---|
| 11:27:51 | 1 | Q.     For who? |
| 11:27:52 | 2 | A.     Well, I was working at Morgan Stanley. |
| 11:27:56 | 3 | Q.     And you are, and at all times in July and August and |
| 11:28:06 | 4 | September of 2018, you were working under the control of Mr. |
| 11:28:14 | 5 | Musk as his agent and employee, true? |
| 11:28:17 | 6 | A.     True. |
| 11:28:18 | 7 | MR. LIFRAK:  Objection.  Calls for a legal |
| 11:28:20 | 8 | conclusion. |
| 11:28:25 | 9 | THE COURT:  I don't understand the objection. |
| 11:28:27 | 10 | What was the objection? |
| 11:28:28 | 11 | MR. LIFRAK:  Calls for a legal conclusion, he |
| 11:28:31 | 12 | asked -- |
| 11:28:33 | 13 | THE COURT:  If he's an employee -- |
| 11:28:34 | 14 | MR. LIFRAK:  He was the agent. |
| 11:28:36 | 15 | THE COURT:  Oh, agent.  I missed that.  I don't |
| 11:28:40 | 16 | know, "agent" is a term of art and a legal conclusion.  He |
| 11:28:45 | 17 | is -- |
| 11:28:45 | 18 | You are an employee, correct? |
| 11:28:48 | 19 | THE WITNESS:  I am an employee. |
| 11:28:50 | 20 | THE COURT:  All right, leave the agency alone for |
| 11:28:53 | 21 | a while. |
| 11:28:54 | 22 | MR. WOOD:  Do I need to restate the question, Your |
| 11:28:57 | 23 | Honor? |
| 11:28:57 | 24 | THE COURT:  He's an employee of Mr. Musk. |
| 11:28:58 | 25 | BY MR. WOOD: |

| | | |
|---|---|---|
| 11:28:58 | 1 | Q.    And during that time period as an employee of Mr. |
| 11:29:01 | 2 | Musk, you recognize that Mr. Musk would tell you what to do |
| 11:29:06 | 3 | or not to do because you were to follow the orders of the |
| 11:29:09 | 4 | boss, Mr. Musk.   True? |
| 11:29:11 | 5 | A.    I mean, there's certainly times when he would |
| 11:29:16 | 6 | specifically direct me to do things, though, he expected me |
| 11:29:22 | 7 | to act on my own during much of time as well. |
| 11:29:26 | 8 | Q.    Yes.  But during that entire time while you may act on |
| 11:29:30 | 9 | things alone, if Mr. Musk gave you an instruction on what to |
| 11:29:34 | 10 | do or not to do, as his employee, you understood that you |
| 11:29:38 | 11 | were to follow the orders of Mr. Musk, true? |
| 11:29:40 | 12 | A.    True. |
| 11:29:46 | 13 | Q.    Could you look, if you would -- |
| 11:29:48 | 14 |        You're new to the courtroom.  There is a |
| 11:29:51 | 15 | binder of exhibits.  I'd like you to look at Exhibit 36. |
| 11:30:16 | 16 | A.    Exhibit 36. |
| 11:30:17 | 17 | Q.    Exhibit 36. |
| 11:30:39 | 18 | A.    I see Exhibit 36 -- is that -- |
| 11:30:39 | 19 |        **MR. SPIRO:**  There are other binders. |
| 11:30:40 | 20 |        **THE WITNESS:**  Oh.  Am I in the right binder here? |
| 11:30:44 | 21 | Oh, this is Elon Musk Cross-Examination.  I think, another |
| 11:30:57 | 22 | place -- |
| 11:30:59 | 23 |        **COURT CLERK:**  Exhibit 36 is placed before the |
| 11:31:01 | 24 | witness. |
| 11:31:01 | 25 |        **THE WITNESS:**  I'm looking at it. |

74

| | | |
|---|---|---|
| 11:31:01 | 1 | BY MR. WOOD: |
| 11:31:10 | 2 | Q.    Is that a true and correct copy of a nondisclosure |
| 11:31:13 | 3 | agreement between James Howard or Jupiter Investigations and |
| 11:31:24 | 4 | Excession LLC, that you executed on behalf of Excession LLC? |
| 11:31:35 | 5 | A.    Yes, it is. |
| 11:31:49 | 6 | **MR. WOOD:**  Would you pull that up? |
| 11:31:49 | 7 | (Exhibit published.) |
| 11:31:50 | 8 | **THE COURT:**  It's not in evidence yet. |
| 11:31:51 | 9 | **MR. WOOD:**  Oh, I'm sorry.  Ask to admit Exhibit 36 |
| 11:31:55 | 10 | into evidence, Your Honor. |
| 11:31:55 | 11 | **MR. LIFRAK:**  No objection. |
| 11:31:56 | 12 | **THE COURT:**  Received. |
| 11:31:57 | 13 | (Exhibit No. 36 received in evidence.) |
| 11:32:00 | 14 | BY MR. WOOD: |
| 11:32:00 | 15 | Q.    At the top of that exhibit is an e-mail, right? |
| 11:32:03 | 16 | A.    Yes. |
| 11:32:04 | 17 | Q.    Where you are sending back to Mr. Howard a signed copy |
| 11:32:12 | 18 | of the agreement, the nondisclosure agreement.  Correct? |
| 11:32:17 | 19 | A.    Correct. |
| 11:32:17 | 20 | Q.    And you sent the e-mail from JaredBirchall@gmail.com |
| 11:32:30 | 21 | on behalf of James Brickhouse, true? |
| 11:32:36 | 22 | A.    I see that. |
| 11:32:36 | 23 | Q.    It's there? |
| 11:32:37 | 24 | A.    It is. |
| 11:32:38 | 25 | Q.    You didn't sign the nondisclosure agreement under the |

| | | |
|---|---|---|
| 11:32:41 | 1 | name of James Brickhouse, did you? |
| 11:32:45 | 2 | A.    No. |
| 11:32:45 | 3 | Q.    Because you recognize it needed the official signature |
| 11:32:49 | 4 | of the office manager to be enforceable, true? |
| 11:32:52 | 5 | A.    Sure, yeah, yes. |
| 11:33:13 | 6 | Q.    And looking down to the e-mail that you were |
| 11:33:15 | 7 | responding to when you sent the e-mail to Mr. Howard, he had |
| 11:33:23 | 8 | sent you an e-mail in which he stated:  "The UK end it -- |
| 11:33:23 | 9 |       (Discussion held off the record.) |
| 11:33:23 | 10 | BY MR. WOOD: |
| 11:33:46 | 11 | Q.    "The UK end it quite straightforward.  But if there |
| 11:33:50 | 12 | are any skeletons in the cupboard, they are more likely to be |
| 11:33:56 | 13 | in Thailand which is where I will center the investigation." |
| 11:34:00 | 14 |           He wrote you that in his e-mail, didn't he? |
| 11:34:03 | 15 | A.    Yes. |
| 11:34:20 | 16 | Q.    If you look at the first paragraph of the |
| 11:34:23 | 17 | nondisclosure agreement, under the portion "confidentiality," |
| 11:34:31 | 18 | without going through all of the different individuals, would |
| 11:34:35 | 19 | you agree that the purpose of the nondisclosure agreement was |
| 11:34:40 | 20 | to prevent Mr. Howard from conveying to any third party any |
| 11:34:46 | 21 | information about Mr. Musk, his family, his friends, his |
| 11:34:52 | 22 | business associates, or his, in effect, companies? |
| 11:34:57 | 23 | A.    Yes. |
| 11:34:58 | 24 | Q.    Had you -- had you ever -- |
| 11:35:11 | 25 |           I didn't ask this.  You hired Mr. Howard for |

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 11:35:15 | 1 |
| 11:35:19 | 2 |
| 11:35:24 | 3 |
| 11:35:30 | 4 |
| 11:35:32 | 5 |
| 11:35:32 | 6 |
| 11:35:35 | 7 |
| 11:35:38 | 8 |
| 11:35:38 | 9 |
| 11:35:42 | 10 |
| 11:35:50 | 11 |
| 11:35:54 | 12 |
| 11:35:54 | 13 |
| 11:35:56 | 14 |
| 11:35:58 | 15 |
| 11:36:05 | 16 |
| 11:36:13 | 17 |
| 11:36:19 | 18 |
| 11:36:24 | 19 |
| 11:36:27 | 20 |
| 11:36:29 | 21 |
| 11:36:31 | 22 |
| 11:36:38 | 23 |
| 11:36:39 | 24 |
| 11:36:41 | 25 |

Excession on August the 15th, 2018.   True?

A.      Yeah, I think it was formalized on the 16th, but yes.

Q.      But the agreement was struck on the 15th, formalized on the 16, right?

A.      Yes.

Q.      And you were asked by Mr. Musk to be in charge of the Howard -- I'll call it the Howard investigation, true?

A.      True.

Q.      Prior to that date, in any of your work experience, had you ever been in charge of an investigation such as the one that you were asked to be in charge of over James Howard?

A.      No.

Q.      Never happened before.

A.      Never.

Q.      Am I right that other than your return of the MDA, executed by you, Jared Birchall, that every communication thereafter between you and Mr. Howard was undertaken solely under the name of Jim Brickhouse?

A.      Thereafter, the intention was, yes, though there was one e-mail that was not.

Q.      Which one was that?

A.      There was an e-mail that I mistakenly sent from my personal name.

Q.      And you recognized after you realized you've done it -- it was a mistake, you intended to send it under the

UNITED STATES DISTRICT COURT

| 11:36:44 | 1 | name of Jim Brickhouse, right? |
| 11:36:48 | 2 | A.      I did. |
| 11:36:48 | 3 | Q.      And I believe you tell us -- |
| 11:36:51 | 4 |         You came up with the name Jim Brickhouse. |
| 11:36:55 | 5 | A.      I did. |
| 11:36:56 | 6 | Q.      Not Mr. Musk. |
| 11:36:58 | 7 | A.      True. |
| 11:36:58 | 8 | Q.      Was he aware that you were using an pseudonym or I |
| 11:37:02 | 9 | guess a fake name to deal with Howard? |
| 11:37:05 | 10 | A.      No. |
| 11:37:05 | 11 | Q.      You did it to, in your own judgment, as head of the |
| 11:37:09 | 12 | investigation of -- conducted by Howard, you wanted to |
| 11:37:13 | 13 | distance Mr. Howard's investigation from Elon Musk, true? |
| 11:37:22 | 14 | A.      True.  That was part of the reason. |
| 11:37:25 | 15 | Q.      What other part was there other than that? |
| 11:37:26 | 16 | A.      Well, the center of everything I do is focused on |
| 11:37:29 | 17 | confidentiality and privacy, and this was -- I'd used this |
| 11:37:35 | 18 | alias for other matters involving his personal travel with |
| 11:37:39 | 19 | his boys, involving the purchase of the web domain names, |
| 11:37:43 | 20 | among other things, helping a Libyan refugee, and I figured |
| 11:37:47 | 21 | that this was among those things that I should take extra |
| 11:37:51 | 22 | discretion with. |
| 11:37:54 | 23 | Q.      To protect the interest of Mr. Musk and his family and |
| 11:37:59 | 24 | his corporations, true? |
| 11:38:01 | 25 | A.      True. |

11:38:04  1    Q.    So, you'd use "Jim Brickhouse," in other similar

11:38:08  2    matters.  How did you come up with the name Jim Brickhouse?

11:38:12  3    A.    I don't recall.

11:38:13  4    Q.    But what you do recall is that with respect to

11:38:17  5    Mr. Howard, despite the one mistake you indicated and e-mail

11:38:20  6    sent from your personal account, that you wanted James Howard

11:38:24  7    to, in his state of mind, I guess, you wanted to have him

11:38:29  8    believe that he was dealing with two different people, Jared

11:38:36  9    Birchall that signed the agreement and somebody named Jim

11:38:40  10   Brickhouse who was conducting the communications on the

11:38:43  11   investigation on behalf of Mr. Musk, right?

11:38:46  12   A.    Correct.  My initial call to him was as Jared

11:38:51  13   Birchall.  The agreement was signed as Jared Birchall, and

11:38:54  14   thereafter the correspondence was meant to be in the name of

11:38:58  15   James Brickhouse.

11:38:59  16   Q.    So, Mr. Howard would believe that there was a second

11:39:03  17   individual involved named James Brickhouse.

11:39:07  18   A.    Yes.

11:39:07  19   Q.    Even though the truth is, it was you and

11:39:09  20   Mr. Brickhouse one and the same person, true?

11:39:13  21   A.    True.

11:39:14  22   Q.    At the time you formerly retained Mr. Howard on behalf

11:39:20  23   of Mr. Musk, the family corporation, what did you know about

11:39:27  24   his prior investigative experience?

11:39:33  25   A.    Well, the request to reach out to Mr. Howard was given

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 11:39:39 | 1 |
| 11:39:48 | 2 |
| 11:39:51 | 3 |
| 11:39:54 | 4 |
| 11:39:57 | 5 |
| 11:40:02 | 6 |
| 11:40:06 | 7 |
| 11:40:09 | 8 |
| 11:40:47 | 9 |
| 11:40:52 | 10 |
| 11:41:11 | 11 |
| 11:41:14 | 12 |
| 11:41:19 | 13 |
| 11:41:21 | 14 |
| 11:41:22 | 15 |
| 11:41:27 | 16 |
| 11:41:33 | 17 |
| 11:41:38 | 18 |
| 11:41:39 | 19 |
| 11:41:41 | 20 |
| 11:41:43 | 21 |
| 11:41:55 | 22 |
| 11:41:55 | 23 |
| 11:42:01 | 24 |
| 11:42:05 | 25 |

1  to me from a trusted colleague, Mr. Sam Teller.  He came to

2  me with the name and number, asked me to reach out to him,

3  indicating that Mr. Howard had reached out with information.

4              I then did call Mr. Howard, and he shared

5  that he had prior experience working with British Special

6  Forces, that he had worked for other high net worth

7  individuals, that he had worked on other high level events

8  throughout the world, and seemed to be a valid investigator.

9  Q.    I might ask you to look at Exhibit 62 either on the

10 screen or in the notebook, Mr. Birchall.

11             When you just -- when you just referred to

12 the information about looking into Mr. Howard that you

13 received from Sam Teller, right?

14 A.     Correct.

15 Q.    Okay, you got this e-mail from Mr. Teller inquiring

16 about James Howard that contains Mr. Howard's initial or one

17 of his initial attempts to reach out to Mr. Musk, did you --

18 A.     No.

19             **MR. LIFRAK:**  Objection.  No foundation.

20             **THE COURT:**  Let me have the question again, I'm

21 sorry, I missed that.  What was the question?

22 BY MR. WOOD:

23 Q.    Did Mr. Teller or anyone at SpaceX or Tesla or Mr.

24 Musk, office, provide you with the e-mail from Mr. Howard of

25 July 17th, that he had sent to -- I'm going to mess this up

```
11:42:15   1    -- Reyna Ortiz?

11:42:18   2    A.      No.

11:42:41   3            MR. WOOD:  May I step away for just a moment, Your

11:42:44   4    Honor?

11:42:44   5            THE COURT:  Yes.

11:42:45   6            (Discussion off the record.)

11:42:48   7            MR. WOOD:  Your Honor, if you would indulge me

11:42:50   8    moment, Mr. Wilson is going to find a number for me.

11:42:50   9            THE COURT:  All right.

11:43:48  10            MR. WOOD:  And I'll try to move along if you'll

11:43:50  11    get that number for me.

11:43:53  12            I'll move on and come back to get that

11:43:57  13    number.

11:43:59  14    BY MR. WOOD:

11:44:00  15    Q.      Mr. Birchall, you will tell us that Mr. Musk was

11:44:06  16    informed of your hiring of James Howard, true?

11:44:11  17    A.      Yes, I believe so.  I don't recall the moment, but

11:44:14  18    yes, I would have at some point.  But I didn't know that.

11:44:25  19    Q.      I'm going to try to go off memory for a minute.

11:44:29  20    A.      Okay.

11:44:29  21    Q.      Mr. Howard had sent an e-mail offering his services to

11:44:34  22    an Elon Musk e-mail address, and he stated that he had been

11:44:41  23    involved in the past with UK Special Forces, right?

11:44:46  24    A.      He did.

11:44:47  25    Q.      He said in his e-mail that he had in the past worked
```

| | | |
|---|---|---|
| 11:44:52 | 1 | for Paul Allen who was obviously one of the founders or |
| 11:44:58 | 2 | principal owners of Microsoft? |
| 11:45:03 | 3 | A.    Yes. |
| 11:45:03 | 4 | Q.    He said that he had been involved in the past working |
| 11:45:08 | 5 | for George Soros, right? |
| 11:45:13 | 6 | A.    Correct. |
| 11:45:14 | 7 | Q.    And you essentially looked at that information from |
| 11:45:17 | 8 | Mr. Howard and you accepted it as, essentially, true, and |
| 11:45:23 | 9 | qualified him to conduct the investigation, true? |
| 11:45:26 | 10 | A.    That information was -- most of the information |
| 11:45:33 | 11 | regarding those matters were provided to me in phone |
| 11:45:36 | 12 | conversations with Mr. Howard; and after Sam Teller, trusted |
| 11:45:40 | 13 | colleague, brought me his name and number, Mr. Howard |
| 11:45:44 | 14 | provided a credible background, I did trust that he was a |
| 11:45:47 | 15 | qualified investigator, yes. |
| 11:45:48 | 16 | Q.    And just one other question on that subject.  You |
| 11:45:51 | 17 | accepted it, but you will tell us that you did not try to |
| 11:45:55 | 18 | reach out to the Paul Allen family or to the Soros family or |
| 11:46:01 | 19 | to anybody in the UK to find out if it was in fact true; am I |
| 11:46:06 | 20 | right? |
| 11:46:06 | 21 | A.    I did not reach out to those individuals. |
| 11:46:08 | 22 | Q.    May I have the exhibit number? |
| 11:46:15 | 23 | Would you look at Exhibit 66, please, sir? |
| 11:46:19 | 24 | **MR. WOOD:**  If it is not, we'll put it in evidence. |
| 11:46:19 | 25 | BY MR. WOOD: |

| | | |
|---|---|---|
| 11:46:38 | 1 | Q.    Do you have Exhibit 66 in front of you? |
| 11:46:42 | 2 | A.    Yes, I do. |
| 11:47:05 | 3 | Q.    Is Exhibit 66 a true and correct copy of an e-mail |
| 11:47:09 | 4 | exchange between you under the name of James Brickhouse and |
| 11:47:16 | 5 | Mr. Howard? |
| 11:47:18 | 6 | A.    Yes, I believe so. |
| 11:47:21 | 7 | MR. WOOD:  I tender Exhibit 66 into evidence on |
| 11:47:24 | 8 | behalf of the plaintiffs, Your Honor. |
| 11:47:27 | 9 | MR. LIFRAK:  No objection. |
| 11:47:28 | 10 | THE COURT:  Received. |
| 11:47:30 | 11 | (Exhibit No. 66 received in evidence.) |
| 11:47:45 | 12 | BY MR. WOOD: |
| 11:47:45 | 13 | Q.    On August the 28th of 2018, in your e-mail to Mr. |
| 11:47:55 | 14 | Howard, you stated:  "We would like to immediately move |
| 11:48:02 | 15 | forward with 'leaking' this information to the UK press. |
| 11:48:09 | 16 | Obviously must be done very carefully." |
| 11:48:13 | 17 | Have I read that correctly? |
| 11:48:14 | 18 | A.    You have. |
| 11:48:15 | 19 | Q.    And because Mr. Howard knew that he working on behalf |
| 11:48:18 | 20 | of Mr. Musk, the use of "we," you were referring to yourself, |
| 11:48:22 | 21 | Mr. Brickhouse, and Elon Musk.  True? |
| 11:48:26 | 22 | A.    Yes, it was a collected "we." |
| 11:48:33 | 23 | Q.    And then if you look beyond that, you suggested in |
| 11:48:37 | 24 | your e-mail what, in fact, you all, felt should be the |
| 11:48:43 | 25 | information leaked to the UK press about Mr. Unsworth.  True? |

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 11:48:52 | 1 | A.    Not to be leaked to the press but to be provided to |
| 11:48:55 | 2 | the press to encourage investigative journalism. |
| 11:49:03 | 3 | Q.    And what you were asking to look at in your line of |
| 11:49:06 | 4 | thinking is contained in the next five bullet points. |
| 11:49:11 | 5 | A.    Yes. |
| 11:49:11 | 6 | Q.    The idea being that Thailand was the world capital of |
| 11:49:15 | 7 | pedophilia, right? |
| 11:49:17 | 8 | A.    Yes. |
| 11:49:17 | 9 | Q.    And Mr. Unsworth supposedly had frequented Thailand |
| 11:49:22 | 10 | since the 1980s. |
| 11:49:25 | 11 | A.    Yes. |
| 11:49:26 | 12 | Q.    Leading to the divorce to his wife in the United |
| 11:49:32 | 13 | Kingdom, right? |
| 11:49:33 | 14 | A.    Yes. |
| 11:49:35 | 15 | Q.    That under the guise of cave exploration, albeit, |
| 11:49:42 | 16 | creative, because of the amazing extensive caving systems in |
| 11:49:48 | 17 | Thailand, around the world, not just in Thailand, you said: |
| 11:49:52 | 18 | "Even the most ardent supporter of Thai food doesn't eat Thai |
| 11:49:57 | 19 | food every day."  Right? |
| 11:49:59 | 20 | A.    Correct. |
| 11:49:59 | 21 | Q.    And then you said:  "He eventually" -- and it doesn't |
| 11:50:07 | 22 | say -- "eventually woman 30 years his minor, whom he met |
| 11:50:12 | 23 | while she was a teenager."  Right? |
| 11:50:16 | 24 | A.    Yes. |
| 11:50:16 | 25 | Q.    And then you had the last bullet point:  "He had been |

UNITED STATES DISTRICT COURT

| | |
|---|---|
| 11:50:20 | 1 |
| 11:50:24 | 2 |
| 11:50:28 | 3 |
| 11:50:35 | 4 |
| 11:50:36 | 5 |
| 11:50:41 | 6 |
| 11:50:49 | 7 |
| 11:50:49 | 8 |
| 11:50:55 | 9 |
| 11:51:01 | 10 |
| 11:51:05 | 11 |
| 11:51:10 | 12 |
| 11:51:11 | 13 |
| 11:51:13 | 14 |
| 11:51:20 | 15 |
| 11:51:20 | 16 |
| 11:51:25 | 17 |
| 11:51:28 | 18 |
| 11:51:30 | 19 |
| 11:51:32 | 20 |
| 11:51:36 | 21 |
| 11:51:40 | 22 |
| 11:51:44 | 23 |
| 11:51:46 | 24 |
| 11:51:49 | 25 |

going to Thailand for decades before marrying her.  She wasn't the first girl he met, and definitely not the first teenager he interacted with."  Right?

A.      Yes.

Q.      And then you said to him:  "Share the facts.  And as you said, that should be enough for a story."  Right?

A.      Yes.

Q.      At that time, on August the 28th, you knew that -- your words, not mine -- absolutely none of the information that Mr. Howard had provided to you had been verified or confirmed as accurate and true.  Isn't that right?

A.      Incorrect.

Q.      Tell me how what's incorrect?

A.      I believed him to be a credible investigator, and he had provided a lot of information.  These were some high-level bullet points based on my understanding of the information he had provided.

I clearly said:  Share these facts.  I understood these things to be facts and encouraged in my request to him was to share facts, which he then did, slightly modified some of these bullet points and did share under the directive of sharing facts.  So, I indeed believed that this was correct information.

Q.      "Correct information," meaning correct, that he had provided you in some form that information, but you did not

| | |
|---|---|
| 11:51:59 | 1 |
| 11:52:03 | 2 |
| 11:52:08 | 3 |
| 11:52:09 | 4 |
| 11:52:11 | 5 |
| 11:52:17 | 6 |
| 11:52:45 | 7 |
| 11:52:45 | 8 |
| 11:52:47 | 9 |
| 11:52:48 | 10 |
| 11:52:52 | 11 |
| 11:52:57 | 12 |
| 11:52:58 | 13 |
| 11:53:15 | 14 |
| 11:53:18 | 15 |
| 11:53:48 | 16 |
| 11:53:49 | 17 |
| 11:54:04 | 18 |
| 11:54:12 | 19 |
| 11:54:15 | 20 |
| 11:54:18 | 21 |
| 11:54:19 | 22 |
| 11:54:20 | 23 |
| 11:54:37 | 24 |
| 11:54:38 | 25 |

know whether it was correct and accurate in the sense of
whether it was actually true and correct as to Vernon
Unsworth.  True?

A.    I believed that it was true and correct.  He was a
professional investigator.  This was his wheelhouse, and I
was relying upon him to do his job.

        MR. WOOD:  May I have one second, Your Honor, to
get an exhibit number.

                I'm getting those exhibit numbers, Judge.
Thank you for bearing with me.  If I get those, I'll be able
to conclude, I believe, the examination of Mr. Birchall after
I get these two exhibits into evidence.

BY MR. WOOD:

Q.    Would you take a look, please, at -- in the trial
notebook, not on the screen -- Exhibit 72?

A.    I have it.

Q.    Is 72 a true and correct copy of an e-mail exchange
between you and Mr. Howard?

A.    Yes, I believe so.

        MR. WOOD:  I tender Exhibit 72 into evidence on
behalf of the plaintiff.

        THE COURT:  Received.

            (Exhibit No. 72 received in evidence.)

BY MR. WOOD:

Q.    And if you would now look, Mr. Birchall, at Exhibit

| | |
|---|---|
| 11:54:48 | 1 | 67. |
| 11:55:06 | 2 | Have you had a chance to look at Exhibit 67? |
| 11:55:09 | 3 | A.    Yes, I have it here in front of me. |
| 11:55:20 | 4 | Q.    Exhibit 67, does that represent true and correct |
| 11:55:25 | 5 | copies of text exchanges that you had with Mr. Howard between |
| 11:55:30 | 6 | August the 24th and October the 2nd of 2018? |
| 11:55:36 | 7 | MR. LIFRAK:  Objection, Your Honor.  Some of these |
| 11:55:39 | 8 | text messages go past the end of August and would violate the |
| 11:55:46 | 9 | Court's rulings. |
| 11:55:47 | 10 | THE COURT:  Well, then, if that's the only |
| 11:55:49 | 11 | objection, I'll sustain the objection up to that date. |
| 11:55:54 | 12 | MR. LIFRAK:  No, it's not -- it's the content of |
| 11:55:56 | 13 | them -- |
| 11:55:57 | 14 | THE COURT:  I understand -- |
| 11:55:59 | 15 | MR. LIFRAK:  Could we approach.  It's on an issue |
| 11:56:00 | 16 | that we discussed before? |
| 11:56:00 | 17 | THE COURT:  All right, you can approach. |
| 11:56:27 | 18 | (Sidebar conference.) |
| 11:56:27 | 19 | MR. WOOD:  Judge, I'll withdraw that portion of |
| 11:56:29 | 20 | it.  It goes past September the 1st. |
| 11:56:34 | 21 | THE COURT:  There seems to be a more basic |
| 11:56:36 | 22 | objection. |
| 11:56:38 | 23 | MR. SPIRO:  There's tons of information in |
| 11:56:40 | 24 | there -- |
| 11:56:41 | 25 | THE COURT:  Here is what I'm missing.  It seems to |

11:56:44  1    me that Birchall was of the state of mind of what he did

11:56:56  2    isn't relevant.  I mean, unless it was communicated to Musk,

11:57:02  3    and so that was some of the central positioning of the

11:57:10  4    defense.

11:57:10  5              MR. SPIRO:  Hundred percent.

11:57:11  6              THE COURT:  I didn't hear an objection until now.

11:57:14  7              MR. SPIRO:  Well, again, we're trying to walk the

11:57:17  8    line between --

11:57:18  9              THE COURT:  I know, but -- but that's my view.

11:57:21  10   And unless there is -- unless there is -- the questions that

11:57:27  11   might be relevant, okay, are not what Birchall communicated

11:57:31  12   to Howard but what Birchall may or may not have said to Musk.

11:57:37  13             MR. SPIRO:  So, then we don't think --

11:57:39  14             THE COURT:  I sustained the objection.

11:58:49  15             (In open court.)

11:58:49  16   BY MR. WOOD:

11:59:16  17   Q.    Would you look at 72 that is in evidence.

11:59:18  18             Can you pull that up, please?

11:59:40  19             Mr. Birchall, on August the 25th of 2018, you

11:59:52  20   informed Mr. Howard in your role as the head of the

11:59:58  21   investigation for Mr. Musk that upon a successful

12:00:05  22   confirmation of a nefarious behavior by Mr. Unsworth that he

12:00:13  23   would receive an additional $10,000 bonus, true?

12:00:19  24   A.    True.

12:00:19  25   Q.    And when you communicated that to Mr. Howard on August

12:00:24   1   the 25th, you finished by saying:  "Timing is important, as

12:00:31   2   you know.  Preferably in the next 36 to 48 hours."  Right?

12:00:42   3   A.     Yes.

12:00:49   4   Q.     On October the 2nd, you informed Mr. Howard -- October

12:00:58   5   the 2nd, 2018, you informed Mr. Howard to go back and review

12:01:03   6   the information he had provided, aside from the initial

12:01:08   7   input, and you told him:  "You've just about given us

12:01:13   8   nothing, and you have given exactly nothing verified."  True?

12:01:19   9   A.     True.  I wrote that.

12:01:21   10          MR. WOOD:  That completes the examination of Mr.

12:01:25   11   Birchall on behalf of Vernon Unsworth, Your Honor.

12:01:29   12          THE COURT:  Lawyers, the court reporter says you

12:01:31   13   have to identify themselves.  There are so many lawyers here.

12:01:35   14   Just say, you know, who you are, I mean.  If it's someone

12:01:44   15   other than.

12:01:55   16          MR. LIFRAK:  Michael Lifrak.

12:01:57   17              Your Honor, would it be possible to take a

12:01:58   18   lunch break?  I think I could cut it down.

12:02:02   19          THE COURT:  What time is it now?

12:02:06   20          COURT CLERK:  A couple of minutes after noon.

12:02:08   21          THE COURT:  Oh, it is.  All right, we'll take the

12:02:13   22   lunch break.

12:02:14   23              I may have a couple of things to take up with

12:02:16   24   the lawyers.  So, how about if I give you until 1:15?  Is

12:02:23   25   that okay?  All right.  Thank you.

| | | |
|---|---|---|
| 12:03:01 | 1 | (Following proceedings held outside the presence |
| 12:03:01 | 2 | of the jury.) |
| 12:03:01 | 3 | **THE COURT:** So, what should I be thinking about |
| 12:03:04 | 4 | instead of eating lunch today? What problems are on the |
| 12:03:10 | 5 | horizon? I know there is the witnesses that we mentioned |
| 12:03:14 | 6 | yesterday, if I remember their names -- |
| 12:03:20 | 7 | **MR. WOOD:** Mr. Stanton and Mr. Ellis. |
| 12:03:22 | 8 | And here is the issue arising from that |
| 12:03:24 | 9 | discussion. Upon reflexion last night, in terms of how to |
| 12:03:31 | 10 | proceed, in light of the objection and the Court's stated |
| 12:03:35 | 11 | comments, which were legitimate, we decided not to bring |
| 12:03:40 | 12 | Martin Ellis. We're only going to bring Rick Stanton. |
| 12:03:44 | 13 | The problem that created is a gap in the |
| 12:03:47 | 14 | witness. I had planned to use tomorrow Sam Teller, who is |
| 12:03:50 | 15 | under subpoena. And now when I finish my case, I still need |
| 12:03:55 | 16 | Sam Teller. |
| 12:03:56 | 17 | Mr. Spiro has said that he doesn't want us -- |
| 12:04:02 | 18 | and I understand -- he doesn't want us to use him by |
| 12:04:06 | 19 | deposition. He wants us to bring him live. And so that |
| 12:04:10 | 20 | would require his agreement, and he's given it, and with the |
| 12:04:13 | 21 | Court's approval, that I be allowed to take Sam Teller out of |
| 12:04:18 | 22 | order. In other words, not rest my case but keep it open |
| 12:04:22 | 23 | until tomorrow, I can examine Mr. Teller. |
| 12:04:26 | 24 | **THE COURT:** All right. |
| 12:04:27 | 25 | **MR. SPIRO:** Not an issue. |

| | | |
|---|---|---|
| 12:04:29 | 1 | **MR. WOOD:**  I'm sorry? |
| 12:04:30 | 2 | **THE COURT:**  So, that's agreed upon. |
| 12:04:33 | 3 | **MR. WOOD:**  With your approval. |
| 12:04:35 | 4 | **THE COURT:**  Yes. |
| 12:04:35 | 5 | **MR. WOOD:**  The only other issue, and it can be |
| 12:04:38 | 6 | done now that Mr. Musk is gone, it's not a matter of going |
| 12:04:41 | 7 | back to him, but I would like an opportunity, Your Honor, |
| 12:04:44 | 8 | before -- |
| 12:04:47 | 9 | At the time period that you believe is |
| 12:04:50 | 10 | appropriate, I have a very brief proffer of evidence to make. |
| 12:04:52 | 11 | **THE COURT:**  I want you to have that opportunity, |
| 12:04:54 | 12 | and I thought you wanted to make a proffer regarding the |
| 12:05:00 | 13 | question to Mr. Musk:  Would he hire someone who's a |
| 12:05:09 | 14 | pedophile? |
| 12:05:09 | 15 | Is that the subject? |
| 12:05:12 | 16 | **MR. WOOD:**  It is, and that question, and one more |
| 12:05:16 | 17 | that I wanted to make a proffer, because it's relevant to the |
| 12:05:17 | 18 | issue of damage. |
| 12:05:18 | 19 | **THE COURT:**  All right, then, why don't you, if you |
| 12:05:20 | 20 | can, make that complete proffer now if you wish. |
| 12:05:23 | 21 | **MR. WOOD:**  Thank you, Your Honor. |
| 12:05:25 | 22 | I proffer that Mr. Musk in response to the |
| 12:05:28 | 23 | question of:  *Would you hire a pedophile at Tesla?*  Would |
| 12:05:34 | 24 | testify:  *No, under no circumstances.* |
| 12:05:37 | 25 | I would then ask him whether Tesla or any |

| | |
|---|---|
| 12:05:40 | 1 |
| 12:05:44 | 2 |
| 12:05:55 | 3 |
| 12:05:59 | 4 |
| 12:06:05 | 5 |
| 12:06:15 | 6 |
| 12:06:18 | 7 |
| 12:06:22 | 8 |
| 12:06:27 | 9 |
| 12:06:27 | 10 |
| 12:06:33 | 11 |
| 12:06:40 | 12 |
| 12:06:42 | 13 |
| 12:06:43 | 14 |
| 12:06:46 | 15 |
| 12:06:49 | 16 |
| 12:06:52 | 17 |
| 12:06:55 | 18 |
| 12:06:59 | 19 |
| 12:07:04 | 20 |
| 12:07:05 | 21 |
| 12:07:07 | 22 |
| 12:07:09 | 23 |
| 12:07:12 | 24 |
| 12:07:17 | 25 |

other corporation that he's in charge of would hire as an
employee an individual to whom Mr. Musk or his company had
received information from a reliable source that the person
under consideration had been accused or there were rumors
that the person was a pedophile?  And I believe he would say:
*I would not hire him until the company verified whether the*
*rumors or accusations were true or not, because we would not*
*want anyone in our companies to be working with a potential*
*pedophile.*

That I believe goes to damage as well as Mr.
Musk's state of mind as to the impact of "pedo" or
"pedophilia" upon Mr. Unsworth.

That concludes my proffer, Your Honor.

**MR. SPIRO:**  Just very briefly.  Three things:  One
is, they're not seeking business damages, they're not seeking
loss of jobs, that's not one of the damages they're seeking,
so it becomes wholly irrelevant.

Second is, even if they were, it's a 701, 702
issue.  He's not any sort of expert on --

**THE COURT:**  Who's "he"?

**MR. SPIRO:**  "He" meaning Mr. Musk.  On the
hirability of a person in that circumstance.

And then third is, it's just misleading
because it blurs this sort of fact/opinion distinction, and
we would have been going back and forth, even if he had asked

UNITED STATES DISTRICT COURT

12:07:21  1    that question for 30 minutes of:  *Okay, well, if you knew*

12:07:23  2    *someone for a fact was committing the crime of pedophilia, of*

12:07:28  3    *course you wouldn't hire them.*  And no one is going to argue

12:07:28  4    otherwise to the jury.

12:07:30  5              But if someone had been called an insult of

12:07:32  6    pedophilia, have been referred to as "pedo guy, would you

12:07:35  7    still hire them?  And he would have said yes.

12:07:37  8              And so we've moved the ball not one inch.

12:07:43  9         **THE COURT:**  I would see you, let's say 1:05, okay?

12:07:50  10        **MR. WOOD:**  Yes, Your Honor.

12:07:51  11        **COURT CLERK:**  All rise.

12              (Noon recess.)

13              (Reporters switched.)

14                       ~ ~ ~

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9

10   /S/Anne Kielwasser
                                          12/04/2019
11   Anne Kielwasser, CSR, RPR            Date
     Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## $

**$10** [1] - 65:3
**$10,000** [1] - 87:22
**$20** [1] - 69:12

## '

**'hey** [2] - 54:5, 54:7
**'leaking'** [1] - 82:14

## /

**/S/Anne** [1] - 93:10

## 0

**02** [1] - 15:22

## 1

**1.5-foot** [1] - 14:19
**10** [7] - 5:9, 5:10, 5:11, 20:17, 46:10, 46:13, 59:11
**100** [1] - 26:16
**10010** [2] - 3:11, 4:5
**10:56** [2] - 14:25, 15:2
**10th** [8] - 3:14, 3:18, 3:22, 4:9, 45:22, 46:3, 46:7, 49:5
**11** [3] - 5:12, 46:9, 46:13
**1180** [2] - 2:13, 2:21
**11th** [6] - 45:22, 46:4, 46:6, 48:2, 62:19, 63:1
**12** [2] - 5:13, 59:12
**12-year-old** [1] - 51:4
**12/04/2019** [1] - 93:10
**1201** [1] - 2:5
**15** [9] - 5:13, 11:15, 12:7, 12:18, 39:8, 56:10, 58:4, 59:4, 65:16
**15-2** [1] - 13:25
**15-3** [3] - 13:13, 15:16, 16:3
**15-5** [1] - 14:21
**15-7** [1] - 13:2
**15-year-old** [1] - 15:11
**15th** [9] - 32:16, 33:12, 33:24, 56:22, 57:19, 58:1, 58:9, 75:25, 76:2
**16** [3] - 5:14, 5:15,

76:3
**16:13** [1] - 15:3
**16th** [2] - 59:19, 76:1
**17** [4] - 5:16, 56:10, 58:10, 71:13
**17th** [7] - 41:23, 56:23, 57:19, 58:1, 58:5, 60:14, 79:24
**18** [2] - 5:17, 71:13
**18-8048** [1] - 1:10
**1880** [1] - 3:5
**18th** [2] - 33:6, 41:23
**19** [2] - 5:18, 22:19
**1980s** [1] - 83:9
**19th** [1] - 33:6
**1:00** [1] - 7:8
**1:05** [1] - 92:8
**1:15** [1] - 88:23
**1ST** [1] - 1:24
**1st** [1] - 86:19

## 2

**20** [2] - 19:12, 20:18
**200** [2] - 2:9, 26:10
**201** [2] - 41:6, 41:12
**2018** [8] - 42:19, 62:19, 72:3, 75:25, 82:12, 86:5, 87:18, 88:4
**2019** [3] - 1:18, 6:1, 67:18
**20th** [1] - 33:6
**212** [8] - 2:9, 59:1, 59:3, 59:16, 60:5, 60:12, 61:6, 61:8
**212-849-7000** [2] - 3:11, 4:5
**212-849-7100** [2] - 3:12, 4:6
**213** [1] - 1:25
**213-277-1800** [1] - 2:18
**213-443-3000** [2] - 3:23, 4:10
**213-443-3100** [4] - 3:16, 3:20, 3:24, 4:10
**213-443-3675** [2] - 3:15, 3:19
**22nd** [2] - 3:10, 4:4
**232** [4] - 5:23, 62:16, 62:21, 62:24
**23rd** [1] - 33:7
**24** [2] - 30:13, 30:18
**24th** [1] - 86:5
**25** [9] - 19:12, 29:18, 29:24, 30:1, 30:12, 30:17, 30:19, 30:20,

30:21
**252** [6] - 5:22, 44:18, 45:8, 45:16, 46:2, 46:13
**25th** [2] - 87:18, 87:25
**26** [1] - 30:18
**262** [4] - 5:22, 44:18, 45:8, 46:24
**263** [3] - 5:22, 44:18, 45:8
**269** [4] - 5:22, 44:18, 45:8, 48:3
**270** [4] - 5:22, 44:18, 45:8, 48:6
**271** [3] - 5:22, 44:18, 45:8
**28** [2] - 35:18, 67:18
**28th** [2] - 82:12, 84:7
**29** [1] - 37:13
**29th** [2] - 37:4, 37:8
**2nd** [3] - 86:5, 88:3, 88:4

## 3

**3** [1] - 17:21
**30** [2] - 83:21, 91:25
**30309** [4] - 2:6, 2:14, 2:21, 3:5
**30th** [1] - 38:23
**3109** [1] - 2:17
**336** [4] - 5:10, 10:4, 10:6, 10:8
**34** [1] - 5:19
**35** [1] - 70:8
**350** [1] - 1:24
**36** [10] - 5:20, 5:24, 73:14, 73:15, 73:16, 73:17, 73:22, 74:8, 74:12, 88:1
**37** [1] - 5:21

## 4

**4** [2] - 1:18, 6:1
**403** [2] - 60:9, 63:16
**404-506-9111** [4] - 2:7, 2:15, 2:22, 3:6
**404-891-1402** [4] - 2:6, 2:14, 2:22, 3:6
**41** [1] - 5:4
**4455** [1] - 1:24
**45** [1] - 5:22
**48** [1] - 88:1

## 5

**5-foot** [1] - 14:19

**51** [2] - 3:10, 4:4
**512-652-5780** [1] - 2:10
**512-682-2074** [1] - 2:11
**529** [4] - 5:8, 9:11, 9:20, 9:23
**54** [1] - 16:12
**548** [7] - 5:14, 16:9, 16:10, 16:14, 16:16, 16:17, 16:18
**549** [1] - 16:12
**563** [4] - 5:9, 9:22, 9:23, 10:2
**579** [3] - 5:17, 18:1, 18:12
**587** [4] - 5:15, 16:19, 16:21, 16:24
**588** [4] - 5:15, 16:19, 16:21, 16:24
**596** [3] - 5:18, 18:19, 19:8
**597** [4] - 5:16, 17:8, 17:15, 17:17
**5:00** [1] - 7:9

## 6

**6** [1] - 31:18
**62** [3] - 5:23, 32:14, 79:8
**630** [2] - 31:8, 31:18
**645** [3] - 5:11, 10:15, 10:24
**656** [5] - 5:19, 34:14, 34:16, 34:20, 34:23
**66** [6] - 5:24, 81:22, 81:25, 82:2, 82:6, 82:10
**67** [3] - 85:25, 86:1, 86:3
**674** [3] - 5:12, 10:25, 11:6
**688** [5] - 5:21, 37:18, 37:21, 37:22, 37:23
**69** [1] - 36:5

## 7

**7** [1] - 14:4
**701** [1] - 91:17
**702** [1] - 91:17
**71** [2] - 5:5, 5:5
**72** [6] - 5:25, 85:14, 85:16, 85:19, 85:22, 87:16
**74** [1] - 5:24
**75-minute** [2] - 14:6,

14:15
**78701** [1] - 2:10
**7th** [12] - 13:17, 14:3, 14:21, 15:16, 47:1, 47:3, 47:4, 47:8, 47:11, 47:20, 48:1, 49:5

## 8

**8** [2] - 5:3, 46:13
**80** [1] - 26:16
**802** [1] - 16:2
**82** [1] - 5:24
**85** [1] - 5:25
**854** [1] - 61:9
**865** [4] - 3:14, 3:18, 3:22, 4:9
**894-2969** [1] - 1:25
**8th** [5] - 13:4, 45:22, 46:3, 48:4, 48:16

## 9

**9** [2] - 5:4, 5:8
**90** [2] - 63:7, 63:9
**90012** [1] - 1:24
**90017** [2] - 3:15, 3:19
**90017-2543** [2] - 3:23, 4:9
**90026** [1] - 2:18
**92** [3] - 54:22, 55:3, 58:23
**933** [3] - 5:20, 36:5, 36:8
**95** [1] - 26:22
**9:00** [1] - 6:1
**9th** [1] - 49:5

## A

**A.M** [1] - 6:1
**able** [1] - 85:9
**absolutely** [4] - 13:7, 14:12, 27:3, 84:8
**abut** [1] - 20:7
**accepted** [2] - 81:7, 81:16
**account** [2] - 42:18, 78:5
**accurate** [6] - 17:13, 19:4, 29:2, 33:8, 84:10, 84:25
**accusation** [2] - 52:15, 57:24
**accusations** [1] - 91:6
**accuse** [2] - 28:20, 52:16

accused [1] - 91:3
accusing [1] - 27:2
acknowledge [1] - 67:5
acquaintance [1] - 71:15
act [8] - 28:17, 28:18, 28:20, 50:18, 50:25, 51:8, 73:6, 73:7
actions [2] - 50:15
active [1] - 34:8
acts [1] - 50:9
actual [4] - 20:4, 20:5, 20:14, 57:24
add [1] - 52:5
addition [1] - 63:21
additional [2] - 63:15, 87:22
address [3] - 12:2, 40:25, 80:21
admissible [2] - 60:15, 60:17
admit [2] - 61:21, 74:8
admitted [10] - 5:8, 5:9, 5:16, 5:17, 5:22, 9:20, 10:2, 17:17, 18:12, 45:9
admittedly [1] - 58:2
adopted [1] - 60:23
affirm [1] - 70:16
afternoon [1] - 7:10
agency [1] - 72:19
agent [4] - 72:4, 72:13, 72:14, 72:15
ago [1] - 71:16
agree [3] - 8:16, 49:4, 75:18
agreed [2] - 11:16, 90:1
agreeing [1] - 45:2
agreement [11] - 11:25, 74:2, 74:17, 74:24, 75:16, 75:18, 76:2, 78:8, 78:12, 89:19
aid [1] - 29:3
air [7] - 13:24, 14:6, 14:14, 14:17, 15:22
albeit [1] - 83:14
alerting [1] - 59:18
Alerts [2] - 59:4, 59:17
Alexander [1] - 3:9
alexspiro@ quinnemanuel.com [1] - 3:12
alias [1] - 77:17
Allen [2] - 80:25, 81:17
allow [3] - 57:4, 58:18, 68:16

allowed [2] - 53:17, 89:20
almost [1] - 56:2
alone [2] - 72:19, 73:8
aluminium [1] - 13:19
amazed [1] - 18:24
amazing [1] - 83:15
America [1] - 58:19
amount [2] - 47:25, 69:14
amplification [1] - 7:15
Angeles [7] - 1:17, 1:24, 2:18, 3:15, 3:19, 3:23, 4:9
Anne [1] - 93:11
ANNE [1] - 1:23
anne.kielwasser@ gmail.com [1] - 1:25
answer [5] - 51:25, 53:21, 55:12, 64:1, 66:23, 68:17, 68:22, 68:25
anxious [1] - 68:22
apologies [4] - 40:13, 40:20, 41:21, 41:24
apologize [1] - 48:6
apologized [4] - 40:14, 40:16, 40:18, 42:4
apology [16] - 27:20, 28:24, 32:19, 41:22, 42:17, 42:21, 43:1, 43:10, 43:17, 43:19, 59:21, 60:14, 60:22, 64:9, 65:12, 66:13
appearance [3] - 54:19, 55:20, 59:25
appearances [1] - 8:12
APPEARANCES [1] - 2:25
Appearances [1] - 3:25
appeared [1] - 22:7
appearing [1] - 49:4
appreciates [1] - 8:22
approach [4] - 64:6, 69:25, 86:14, 86:16
appropriate [2] - 43:17, 90:9
approval [2] - 89:20, 90:2
ardent [1] - 83:17
area [2] - 51:7, 51:11
argue [1] - 92:2
argued [1] - 6:9
argument [3] - 6:11, 6:13, 6:18
argumentative [1] -

57:17
arguments [1] - 6:11
arising [1] - 89:7
Arnold [1] - 69:24
art [1] - 72:15
article [8] - 6:16, 28:23, 29:1, 30:22, 31:2, 31:4, 31:8, 31:22
articles [3] - 30:9, 31:6, 55:7
aside [2] - 26:11, 88:5
assault [1] - 27:9
assisting [1] - 10:10
associates [1] - 75:21
assumes [2] - 44:4, 57:1
assumption [1] - 43:11
Atlanta [4] - 2:6, 2:14, 2:21, 3:5
attack [2] - 13:21, 24:24
attempts [2] - 21:16, 79:16
attended [1] - 68:4
attention [2] - 7:17, 32:20
attribution [1] - 38:13
August [20] - 32:24, 33:2, 33:5, 33:23, 35:11, 35:18, 37:4, 37:8, 37:13, 38:23, 39:11, 67:18, 72:2, 75:25, 82:12, 84:7, 86:5, 86:7, 87:18, 87:24
Austin [1] - 2:10
Austria [1] - 58:11
authorities [1] - 9:7
available [1] - 67:6
avalanche [1] - 6:10
Avenue [3] - 2:17, 3:10, 4:4
avoid [1] - 8:13
aware [2] - 35:7, 77:7
awareness [1] - 42:10

# B

B-I-R-C-H-A-L-L [1] - 70:25
backers [1] - 65:2
background [7] - 38:12, 38:16, 40:7, 71:8, 71:10, 71:22, 81:13
bad [1] - 35:21
ball [1] - 92:7

Bart [1] - 24:10
based [2] - 55:18, 84:15
baseline [1] - 13:19
basic [1] - 86:20
basing [1] - 32:8
basis [2] - 55:14, 69:6
Bates [2] - 12:16, 61:9
bearing [1] - 85:9
beautiful [1] - 17:25
became [1] - 9:5
becomes [1] - 91:16
began [1] - 32:25
begin [1] - 39:15
beginning [2] - 20:10, 37:3
BEHALF [4] - 2:3, 3:2, 3:8, 4:2
behalf [10] - 59:5, 69:16, 74:3, 74:20, 78:10, 78:21, 82:7, 82:18, 85:20, 88:10
behavior [1] - 87:21
behind [2] - 19:11, 21:24
Belgium [2] - 58:6, 58:8
belief [1] - 54:21
benefit [1] - 71:7
best [4] - 15:24, 19:1, 55:24, 68:11
bet [4] - 25:10, 25:15, 25:20, 65:4
better [1] - 15:22
between [14] - 42:17, 49:5, 56:10, 56:22, 57:19, 58:4, 66:11, 69:8, 74:2, 76:16, 82:3, 85:17, 86:4, 87:7
beyond [3] - 6:15, 43:7, 82:22
big [1] - 65:4
bigger [3] - 15:11, 20:13, 31:9
billion [1] - 69:12
binder [4] - 29:19, 31:9, 73:14, 73:19
binders [1] - 73:18
BIRCHALL [2] - 5:5, 71:1
Birchall [38] - 33:10, 33:17, 34:4, 35:1, 35:16, 35:19, 36:21, 36:25, 39:18, 70:11, 70:12, 70:14, 70:24, 71:4, 76:15, 78:8, 78:12, 79:9, 80:14, 85:10, 85:24, 86:25, 87:10, 87:11, 87:18,

88:10
bit [1] - 22:2
blood [1] - 29:6
blurring [1] - 6:19
blurs [1] - 91:23
board [1] - 37:22
Boars [1] - 17:22
body [2] - 62:3, 62:4
bonus [1] - 87:22
book [3] - 9:12, 16:20, 66:6
boss [1] - 73:3
bottom [4] - 12:19, 13:2, 13:13, 13:25
boy [1] - 15:11
boys [2] - 48:21, 77:18
bracket [1] - 17:22
bravery [1] - 18:24
brawl [2] - 43:25, 44:2
break [3] - 31:16, 88:17, 88:21
breathes [2] - 14:6, 14:14
breathing [1] - 15:22
Brickhouse [13] - 74:20, 74:25, 76:17, 76:25, 77:3, 77:25, 78:1, 78:9, 78:14, 78:16, 78:19, 82:3, 82:20
brief [2] - 68:16, 90:9
briefly [3] - 11:8, 11:10, 91:13
bring [6] - 7:20, 7:23, 8:11, 89:10, 89:11, 89:18
British [5] - 20:25, 23:10, 23:16, 57:7, 79:4
brought [2] - 7:17, 81:12
build [5] - 14:5, 14:13, 47:8, 48:20, 49:11
building [2] - 13:18, 47:12
bullet [4] - 83:3, 83:24, 84:15, 84:20
bunch [4] - 15:1, 24:25, 27:6, 39:22
business [4] - 65:19, 71:9, 75:21, 91:14
busy [1] - 26:13
BuzzFeed [1] - 6:16
BY [68] - 5:4, 5:4, 5:5, 9:2, 9:13, 9:21, 10:3, 10:9, 11:1, 11:7, 12:8, 12:13, 13:1, 14:10, 17:4, 17:18, 18:13, 19:9, 22:15, 24:21, 25:14, 29:20,

29:25, 30:4, 30:24, 31:17, 32:3, 32:12, 33:21, 34:24, 36:9, 36:18, 38:2, 40:12, 41:5, 41:18, 44:12, 45:12, 51:18, 52:3, 53:3, 53:20, 54:3, 55:17, 56:21, 57:12, 57:18, 58:25, 62:15, 62:25, 63:18, 63:22, 66:10, 67:3, 67:22, 69:7, 71:3, 72:24, 73:25, 74:13, 75:9, 79:21, 80:13, 81:24, 82:11, 85:12, 85:23, 87:15

**C**

**CA** [5] - 2:18, 3:15, 3:19, 3:23, 4:9
**calendar** [1] - 32:5
**CALIFORNIA** [1] - 1:2
**California** [3] - 1:17, 1:24, 26:4
**cancelled** [1] - 21:23
**capability** [2] - 14:7, 14:15
**capacity** [2] - 71:18, 71:21
**capital** [1] - 83:5
**capsule** [1] - 15:10
**car** [1] - 48:23
**career** [1] - 71:13
**carefully** [2] - 6:20, 82:15
**Caribbean** [1] - 58:19
**carries** [1] - 50:8
**cars** [1] - 26:22
**case** [7] - 6:17, 17:23, 17:24, 22:20, 70:17, 89:14, 89:21
**cash** [1] - 69:4
**categories** [1] - 19:18
**caught** [1] - 13:22
**caused** [1] - 29:10
**causing** [1] - 65:19
**cave** [11] - 15:24, 17:11, 19:20, 20:6, 20:12, 22:9, 25:1, 37:10, 83:14
**Cave** [1] - 17:21
**caves** [1] - 23:12
**caving** [1] - 83:15
**center** [2] - 75:12, 77:15
**CENTRAL** [1] - 1:2
**central** [1] - 87:2
**CEO** [1] - 34:8

**certain** [2] - 20:15, 35:6
**certainly** [2] - 25:18, 73:4
**certify** [1] - 93:2
**challenge** [2] - 24:1, 24:2
**chance** [1] - 86:1
**change** [1] - 65:12
**channel** [1] - 30:8
**character** [1] - 19:1
**charge** [5] - 26:19, 76:5, 76:9, 76:10, 90:25
**charged** [1] - 93:5
**Chatham** [2] - 2:16, 2:17
**chief** [2] - 26:21, 64:4
**child** [7] - 15:21, 50:17, 50:21, 50:25, 51:7, 51:11
**children** [3] - 19:25, 28:18, 50:13
**chris@chathamfirm. com** [1] - 2:19
**Christopher** [1] - 2:16
**chronologically** [1] - 38:25
**cigar** [1] - 14:20
**circuit** [1] - 93:5
**circumstance** [1] - 91:21
**circumstances** [1] - 90:23
**cited** [1] - 45:3
**claim** [1] - 23:18
**claims** [1] - 21:15
**clause** [1] - 23:15
**clear** [8] - 6:16, 20:17, 20:24, 25:4, 32:15, 52:16, 53:22, 54:4
**cleared** [1] - 38:14
**clearly** [1] - 84:17
**CLERK** [9] - 30:17, 30:20, 41:14, 59:13, 70:15, 70:21, 73:22, 88:19, 92:10
**close** [2] - 65:22, 66:6
**CNN** [6] - 20:20, 21:14, 27:22, 30:7, 42:15, 43:22
**cocoon** [4] - 13:19, 14:5, 14:13, 15:21
**coffee** [1] - 39:24
**colleague** [2] - 78:25, 81:12
**collected** [1] - 82:21
**college** [2] - 71:9, 71:12
**Colorado** [1] - 26:2

**combined** [1] - 69:13
**coming** [3] - 9:8, 11:16, 20:25
**comment** [2] - 7:4, 64:24
**comments** [4] - 25:6, 29:10, 44:2, 89:10
**commit** [1] - 50:9
**committing** [2] - 50:22, 92:1
**common** [1] - 71:15
**commonly** [1] - 54:18
**communicated** [3] - 87:1, 87:10, 87:24
**communicating** [1] - 32:25
**communication** [1] - 76:15
**communications** [1] - 78:9
**community** [1] - 71:23
**companies** [6] - 26:19, 26:24, 34:5, 71:11, 75:21, 91:7
**companion** [1] - 39:24
**company** [7] - 34:9, 42:5, 65:18, 66:18, 66:25, 91:1, 91:5
**Company** [1] - 26:23
**complete** [2] - 6:21, 90:19
**completely** [2] - 22:1, 43:20
**completes** [1] - 88:9
**concerned** [2] - 29:5, 66:24
**concerns** [2] - 39:4, 39:16
**conclude** [1] - 85:10
**concluded** [1] - 62:5
**concludes** [1] - 91:12
**conclusion** [3] - 72:7, 72:10, 72:15
**conduct** [1] - 81:8
**conducted** [2] - 22:10, 77:11
**conducting** [1] - 78:9
**conference** [4] - 27:16, 64:7, 86:17, 93:7
**confidentiality** [2] - 75:16, 77:16
**confirmation** [1] - 87:21
**confirmed** [2] - 37:9, 84:10
**conformance** [1] - 93:6
**confusing** [1] - 64:20
**congratulations** [1] -

19:3
**connected** [1] - 66:17
**connection** [1] - 67:11
**consider** [2] - 6:7, 6:23
**consideration** [1] - 91:3
**consistent** [1] - 36:24
**contact** [1] - 39:19
**contain** [1] - 62:3
**contained** [1] - 83:3
**contains** [1] - 79:15
**contemptuous** [1] - 22:17
**content** [1] - 86:11
**context** [2] - 54:11, 54:12
**continue** [3] - 18:24, 22:16, 45:18
**continued** [1] - 3:25
**CONTINUED** [1] - 2:25
**continuing** [1] - 13:7
**control** [1] - 72:3
**controversy** [1] - 64:2
**conversations** [1] - 81:11
**conveying** [1] - 75:19
**cool** [1] - 24:14
**coordinate** [1] - 20:25
**copies** [1] - 86:4
**copy** [5] - 30:14, 74:1, 74:16, 82:2, 85:16
**CORA** [1] - 28:23
**corporation** [2] - 78:22, 90:25
**corporations** [1] - 77:23
**Correct** [1] - 37:14
**correct** [26] - 28:7, 28:9, 33:9, 51:19, 56:10, 61:11, 71:20, 71:24, 72:17, 74:1, 74:17, 74:18, 78:11, 79:13, 81:5, 82:2, 83:19, 84:22, 84:23, 84:25, 85:1, 85:3, 85:16, 86:3, 93:2
**correctly** [2] - 57:23, 82:16
**correspondence** [1] - 78:13
**counsel** [5] - 8:14, 30:17, 45:3, 48:12, 67:19
**country** [1] - 61:23
**couple** [6] - 12:2, 26:12, 64:11, 67:4, 88:19, 88:22
**course** [5] - 30:15, 40:24, 55:1, 62:8,

92:2
**court** [7] - 40:18, 48:8, 48:10, 48:13, 66:5, 87:14, 88:11
**COURT** [156] - 1:1, 6:6, 6:25, 7:3, 7:25, 8:7, 8:16, 8:19, 9:19, 10:1, 10:7, 10:19, 10:23, 11:5, 11:21, 11:23, 12:3, 12:5, 12:18, 14:8, 16:3, 16:5, 16:12, 16:15, 16:17, 16:20, 16:23, 17:2, 17:16, 18:11, 19:7, 22:14, 24:17, 25:13, 30:17, 30:20, 30:21, 31:25, 32:6, 33:16, 33:20, 34:17, 34:20, 34:22, 36:7, 36:15, 37:20, 40:23, 41:1, 41:3, 41:12, 41:14, 44:25, 45:6, 51:16, 51:24, 52:23, 53:1, 53:15, 54:2, 54:25, 55:2, 55:9, 55:12, 56:4, 56:6, 56:12, 56:20, 57:2, 57:15, 58:13, 58:18, 58:24, 59:7, 59:9, 59:11, 59:13, 59:16, 59:20, 60:1, 60:10, 61:1, 61:3, 61:8, 61:13, 61:18, 61:24, 62:2, 62:9, 62:13, 62:23, 63:11, 63:13, 63:17, 63:20, 63:24, 64:1, 64:6, 64:8, 64:15, 64:22, 64:25, 65:8, 65:10, 65:15, 66:6, 66:8, 66:22, 68:13, 68:15, 68:20, 68:24, 69:18, 69:20, 69:22, 70:5, 70:12, 70:15, 70:21, 72:8, 72:12, 72:14, 72:19, 72:23, 73:22, 74:7, 74:11, 79:19, 80:4, 80:8, 82:9, 85:21, 86:9, 86:13, 86:16, 86:20, 86:24, 87:5, 87:8, 87:13, 88:11, 88:18, 88:19, 88:20, 89:2, 89:23, 90:1, 90:3, 90:10, 90:18, 91:19, 92:8, 92:10
**Court** [9] - 1:23, 6:15, 11:25, 18:10, 60:20, 61:16, 64:10, 70:17, 93:11
**Court's** [4] - 60:21,

86:8, 89:9, 89:20
**courtroom** [1] - 73:13
**covering** [1] - 22:24
**create** [1] - 47:9
**created** [1] - 89:12
**creating** [1] - 66:19
**creative** [1] - 83:15
**credible** [2] - 81:13, 84:13
**credit** [3] - 19:14, 24:4, 24:7
**creepy** [4] - 53:24, 54:19, 55:20, 59:25
**crime** [5] - 27:2, 28:13, 28:20, 50:5, 92:1
**criticism** [2] - 21:13, 29:7
**criticisms** [2] - 21:5, 63:2
**criticized** [1] - 21:9
**Cross** [1] - 73:20
**cross** [3] - 7:18, 53:17, 53:18
**Cross-Examination** [1] - 73:20
**cross-examination** [3] - 7:18, 53:17, 53:18
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 93:11
**cuff** [2] - 23:10, 52:2
**cupboard** [1] - 75:11
**current** [1] - 61:21
**cut** [1] - 88:17
**CV** [1] - 1:10

# D

**daily** [1] - 69:6
**damage** [2] - 90:17, 91:9
**damages** [2] - 91:14, 91:15
**Date** [1] - 93:11
**date** [4] - 33:1, 35:17, 76:8, 86:10
**dates** [3] - 46:10, 46:14, 55:5
**David** [1] - 69:24
**DAY** [2] - 1:16, 6:3
**day-to-day** [2] - 26:14, 26:25
**days** [3] - 66:16, 68:6, 68:7
**de** [1] - 64:4
**deal** [1] - 77:8
**dealing** [1] - 78:7
**debt** [2] - 69:2, 69:5
**decades** [1] - 83:25

**DECEMBER** [2] - 1:18, 6:1
**decided** [1] - 89:10
**defamation** [1] - 6:17
**defendant** [1] - 1:13
**DEFENDANT** [5] - 3:8, 4:2, 5:3, 8:25, 69:21
**defendant's** [1] - 6:8
**defense** [1] - 87:3
**define** [1] - 50:18
**definitely** [2] - 29:11, 84:1
**delete** [4] - 22:20, 22:23, 25:23, 67:5
**deleted** [1] - 23:2
**demonstrated** [1] - 50:15
**demonstrative** [1] - 32:6
**denigrated** [2] - 21:20, 21:25
**Denmark** [1] - 58:1
**depo** [1] - 70:1
**deposit** [1] - 93:6
**deposition** [11] - 6:8, 27:13, 28:1, 40:16, 67:10, 67:18, 68:1, 69:11, 69:24, 71:4, 89:18
**describe** [1] - 21:12
**described** [1] - 51:12
**description** [1] - 62:3
**deserve** [1] - 24:6
**design** [6] - 26:21, 26:22, 48:18, 48:23, 49:3, 49:14
**designation** [1] - 11:12
**designations** [1] - 70:1
**despite** [2] - 33:7, 78:4
**determine** [1] - 56:15
**develop** [2] - 47:8, 47:9
**development** [7] - 13:8, 44:14, 46:17, 46:19, 46:25, 47:4, 48:1
**different** [9] - 7:23, 15:1, 21:11, 21:18, 43:20, 44:23, 60:20, 75:17, 78:7
**difficult** [2] - 15:6, 26:17
**DIRECT** [4] - 5:4, 5:5, 9:1, 71:2
**direct** [4] - 7:12, 32:8, 49:22, 73:5
**direction** [1] - 13:24

**directive** [1] - 84:21
**directly** [1] - 59:17
**disconnect** [1] - 42:16
**discretion** [1] - 77:21
**discussed** [3] - 60:8, 63:14, 86:15
**discussion** [3] - 51:19, 70:9, 89:8
**Discussion** [9] - 11:18, 12:12, 12:23, 16:1, 37:24, 40:11, 44:21, 75:8, 80:5
**discussions** [1] - 70:6
**disingenuous** [1] - 21:16
**displaying** [1] - 12:11
**disregard** [1] - 52:25
**distance** [1] - 77:12
**distinction** [1] - 91:23
**DISTRICT** [2] - 1:1, 1:2
**dive** [3] - 20:4, 20:13, 22:6
**diver** [1] - 21:2, 22:6
**divers** [6] - 20:5, 20:6, 20:7, 20:8, 20:14, 20:25
**divide** [1] - 19:18
**diving** [2] - 18:25, 37:10
**divorce** [1] - 83:11
**document** [2] - 11:19, 61:12
**documents** [1] - 45:2
**dollar** [2] - 25:10, 25:16
**domain** [1] - 77:18
**done** [8] - 8:16, 10:10, 18:7, 18:17, 29:3, 76:23, 82:15, 90:5
**doubt** [1] - 34:25
**dove** [1] - 20:8
**down** [7] - 8:6, 14:8, 37:2, 37:7, 68:23, 75:5, 88:17
**dozen** [1] - 20:15
**driving** [1] - 19:21
**dry** [3] - 13:19, 14:5, 14:13
**dude** [2] - 24:1, 24:2
**dump** [1] - 65:2
**during** [6] - 66:17, 72:25, 73:6, 73:7
**Dutch** [1] - 58:8

# E

**e-mail** [47] - 2:7, 2:11, 2:15, 2:19, 2:23, 3:7, 3:12, 3:16, 3:20,

3:24, 4:6, 13:10, 14:3, 14:21, 14:24, 14:25, 15:2, 15:3, 15:16, 15:18, 15:20, 36:20, 36:23, 37:5, 38:6, 38:8, 38:11, 38:17, 38:19, 74:14, 74:19, 75:5, 75:6, 75:7, 75:13, 76:19, 76:21, 78:4, 79:14, 79:23, 80:20, 80:21, 80:24, 82:2, 82:12, 82:23, 85:16
**e-mails** [3] - 13:4, 37:2, 44:13
**easier** [1] - 12:17
**easy** [1] - 24:20
**eat** [1] - 83:17
**eating** [1] - 89:3
**effect** [2] - 50:21, 75:21
**effectively** [1] - 50:22
**effer** [2] - 52:10, 52:13
**effort** [5] - 6:14, 6:18, 8:20
**efforts** [8] - 21:6, 21:20, 21:25, 47:8, 48:11, 49:6, 49:11
**either** [8] - 11:11, 28:12, 50:4, 50:5, 50:7, 50:12, 50:14, 79:8
**Ellis** [2] - 89:6, 89:11
**Ellyde** [1] - 4:3
**ellydethompson@quinnemanuel.com** [1] - 4:6
**Elon** [5] - 59:18, 73:20, 77:12, 80:21, 82:20
**ELON** [3] - 1:12, 5:3, 8:25
**Emanuel** [6] - 3:10, 3:14, 3:18, 3:22, 4:4, 4:8
**employee** [8] - 72:4, 72:12, 72:17, 72:18, 72:23, 72:25, 73:9, 91:1
**encloses** [1] - 15:10
**encourage** [1] - 83:1
**encouraged** [1] - 84:18
**end** [6] - 7:17, 20:18, 48:11, 75:7, 75:10, 86:7
**enforceable** [1] - 75:3
**engaged** [2] - 35:10, 44:3
**engineer** [1] - 26:21

**engineers** [3] - 17:5, 19:10, 19:12
**English** [4] - 54:18, 55:19, 59:24, 60:24
**entire** [1] - 73:7
**entirety** [1] - 48:15
**envelope** [1] - 14:19
**equivalency** [1] - 51:21
**equivalent** [1] - 53:5
**escapes** [1] - 7:18
**especially** [2] - 14:11, 54:10
**essentially** [4] - 46:16, 53:4, 81:6, 81:7
**estimate** [2] - 26:9, 68:11
**events** [2] - 29:2, 79:6
**eventually** [3] - 39:18, 83:20, 83:21
**evidence** [63] - 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 5:24, 5:25, 9:20, 10:2, 10:8, 10:24, 11:6, 12:7, 16:11, 16:17, 16:18, 16:24, 17:17, 18:9, 18:11, 18:12, 19:8, 31:19, 32:14, 33:15, 34:23, 36:8, 37:21, 38:20, 41:12, 42:6, 45:3, 45:9, 53:16, 58:23, 59:2, 59:5, 62:22, 62:24, 65:23, 74:7, 74:9, 74:12, 81:23, 82:6, 82:10, 85:11, 85:19, 85:22, 87:16, 90:9
**exact** [3] - 20:15, 20:17, 33:1
**exactly** [1] - 88:7
**examination** [9] - 6:12, 7:6, 7:13, 7:18, 53:17, 53:18, 68:10, 85:10, 88:9
**Examination** [1] - 73:20
**EXAMINATION** [6] - 5:4, 5:4, 5:5, 9:1, 41:4, 71:2
**examine** [1] - 89:22
**examined** [1] - 60:11
**examining** [2] - 38:4, 38:5
**example** [1] - 31:20
**except** [1] - 12:5

**Excession** [3] - 74:3, 75:25
**exchange** [2] - 82:3, 85:16
**exchanges** [1] - 86:4
**exclusion** [1] - 59:3
**exclusions** [1] - 59:5
**excuse** [1] - 38:5
**executed** [2] - 74:3, 76:15
**Exhibit** [75] - 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:24, 5:24, 5:25, 9:20, 10:2, 10:8, 10:24, 11:6, 12:7, 12:18, 16:18, 16:24, 17:8, 17:17, 18:12, 19:8, 22:18, 29:18, 30:12, 30:17, 31:8, 31:18, 34:23, 36:8, 37:21, 44:18, 45:8, 54:22, 58:23, 59:1, 59:3, 59:16, 60:5, 60:12, 61:6, 62:16, 62:21, 62:24, 63:7, 73:14, 73:15, 73:16, 73:17, 73:22, 74:6, 74:8, 74:12, 79:8, 81:22, 81:25, 82:2, 82:6, 82:10, 85:14, 85:19, 85:22, 85:24, 86:1, 86:3
**exhibit** [16] - 12:19, 16:7, 17:1, 22:19, 31:24, 41:10, 54:24, 55:3, 59:3, 63:9, 63:10, 70:4, 74:14, 81:21, 85:7, 85:8
**exhibits** [4] - 41:9, 55:4, 73:14, 85:11
**EXHIBITS** [1] - 5:7
**expat** [4] - 23:11, 23:16, 23:19, 23:21
**expected** [4] - 42:24, 43:1, 43:7, 73:5
**experience** [2] - 76:8, 78:23, 79:4
**expert** [1] - 91:18
**explain** [4] - 22:2, 25:15, 34:5, 34:12
**explained** [1] - 27:7
**exploration** [1] - 83:14
**expressing** [1] - 52:19
**extensive** [1] - 83:15
**extensively** [3] - 49:6, 49:10, 49:15

**extra** [1] - 77:20
**extract** [1] - 19:21
**extracted** [1] - 20:9
**extreme** [1] - 26:15
**extremely** [2] - 15:7, 22:17

## F

**facing** [2] - 35:2, 35:8
**fact** [8] - 24:5, 31:11, 31:21, 35:25, 49:1, 81:18, 82:23, 92:1
**fact/opinion** [1] - 91:23
**facto** [1] - 64:4
**facts** [9] - 38:13, 38:18, 44:4, 57:1, 84:4, 84:17, 84:18, 84:19, 84:21
**fair** [2] - 31:18, 33:6
**fake** [1] - 77:8
**fallback** [2] - 14:16, 15:15
**false** [2] - 22:7, 24:25
**familiar** [2] - 32:10, 55:22
**families** [1] - 21:24
**family** [9] - 34:7, 34:11, 71:14, 71:17, 75:20, 77:22, 78:22, 81:17
**far** [2] - 20:12, 57:3
**Fax** [11] - 2:7, 2:11, 2:15, 2:22, 3:6, 3:12, 3:16, 3:20, 3:24, 4:6, 4:10
**feasible** [1] - 13:9
**Federal** [1] - 1:23
**fee** [1] - 93:5
**feed** [2] - 13:24, 54:1
**feedback** [8] - 47:13, 48:17, 48:22, 49:1, 49:2, 49:13, 49:19, 65:17
**fees** [1] - 93:5
**felt** [1] - 82:23
**few** [2] - 31:6, 66:16
**field** [1] - 71:13
**Figueroa** [4] - 3:14, 3:18, 3:22, 4:9
**figured** [1] - 77:19
**filed** [1] - 6:10
**final** [2] - 6:18, 24:2
**finally** [1] - 40:13
**finance** [1] - 71:13
**fine** [1] - 13:21
**finish** [1] - 89:14
**finished** [2] - 7:9,

87:25
**finishes** [1] - 7:12
**Finland** [1] - 58:1
**Finnish** [1] - 58:3
**first** [19] - 12:4, 12:5, 12:9, 14:24, 23:7, 23:15, 27:7, 27:12, 27:24, 37:4, 41:24, 46:24, 60:5, 60:13, 60:19, 75:15, 84:1
**fit** [1] - 15:11
**five** [2] - 64:5, 83:3
**Flemish** [1] - 58:1
**flexible** [1] - 15:14
**flippant** [10] - 52:1, 52:14, 52:19, 53:5, 53:7, 53:24, 54:9, 54:10, 54:14
**flippantly** [2] - 53:10, 54:6
**floodgates** [1] - 7:7
**Floor** [6] - 3:10, 3:14, 3:18, 3:22, 4:4, 4:9
**fluctuates** [1] - 69:5
**focused** [2] - 61:17, 77:15
**focusing** [1] - 28:14
**follow** [5] - 19:19, 37:15, 53:1, 73:2, 73:10
**Following** [2] - 59:14, 88:25
**following** [3] - 8:17, 17:10, 62:11
**food** [2] - 83:17, 83:18
**Forces** [1] - 79:5, 80:22
**foregoing** [1] - 93:2
**forewarning** [1] - 6:17
**forget** [1] - 30:1
**form** [8] - 19:14, 44:4, 51:14, 53:13, 53:18, 57:1, 71:14, 84:24
**formalized** [2] - 76:1, 76:2
**formerly** [1] - 78:21
**forth** [1] - 91:24
**forward** [1] - 82:14
**foundation** [4] - 56:4, 58:23, 63:13, 79:18
**foundational** [4] - 55:13, 56:13, 60:8, 60:10
**founders** [1] - 80:25
**four** [5] - 20:11, 30:16, 64:5, 71:16, 71:18
**framed** [2] - 33:18, 56:18
**frank** [1] - 6:10
**free** [2] - 35:12, 35:22

**French** [1] - 58:17
**frequented** [1] - 83:8
**frequently** [2] - 21:9, 48:22
**friends** [1] - 75:20
**front** [4] - 45:19, 66:2, 81:25, 86:2
**full** [5] - 7:9, 8:8, 70:22, 70:23, 70:24
**future** [1] - 17:25

## G

**GA** [4] - 2:6, 2:14, 2:21, 3:5
**gap** [1] - 89:12
**gas** [1] - 15:22
**gather** [1] - 31:7
**general** [3] - 47:24, 49:17, 67:14
**generally** [2] - 42:9, 42:23
**generator** [1] - 24:6
**genuine** [4] - 40:20, 41:22, 59:22, 60:22
**genuineness** [2] - 21:6, 64:9
**George** [1] - 81:4
**German** [2] - 58:17, 58:19
**Germany** [1] - 58:20
**girl** [1] - 84:1
**given** [7] - 42:18, 58:22, 67:1, 78:24, 88:6, 88:7, 89:19
**globe** [1] - 58:13
**God** [1] - 70:19
**Google** [3] - 59:3, 59:17, 61:12
**government** [1] - 10:13
**graduates** [1] - 68:5
**graduation** [1] - 71:12
**great** [2] - 19:2, 49:18
**grid** [1] - 45:18
**grief** [2] - 29:9, 29:10
**ground** [1] - 11:11
**Group** [1] - 2:17
**Grunberg** [1] - 2:20
**Guardian** [4] - 30:21, 31:3, 31:4, 31:7
**guess** [2] - 24:19, 77:8, 78:6
**guise** [1] - 83:14
**guy** [32] - 22:5, 23:11, 23:16, 23:19, 23:21, 42:24, 44:1, 51:20, 52:1, 52:5, 52:13, 52:18, 53:4, 53:11,

53:23, 53:24, 54:7, 54:9, 54:10, 54:17, 55:19, 55:23, 56:24, 57:21, 58:10, 59:24, 66:12, 66:18, 67:16, 67:24, 92:5
**guys** [1] - 20:12

## H

**half** [1] - 60:23
**hand** [1] - 70:15
**harm** [1] - 65:19
**hate** [1] - 61:20
**Hayes** [1] - 2:9
**head** [2] - 77:10, 87:19
**headline** [3] - 61:13, 62:2, 68:21
**headlined** [1] - 62:5
**hear** [1] - 87:5
**heard** [2] - 23:20, 40:8
**hearsay** [3] - 16:2, 63:21, 64:13
**held** [8] - 8:17, 12:12, 16:1, 37:24, 59:14, 62:11, 75:8, 88:25
**help** [5] - 9:8, 21:16, 29:7, 48:20, 70:19
**helped** [1] - 20:25
**helpful** [5] - 15:7, 21:22, 21:23, 21:25, 29:13
**helping** [1] - 77:19
**helps** [1] - 46:1
**hereby** [1] - 93:2
**high** [4] - 71:8, 79:5, 79:6, 84:15
**high-level** [1] - 84:15
**highlighted** [1] - 18:22
**hirability** [1] - 91:21
**hire** [7] - 8:3, 90:12, 90:22, 90:25, 91:5, 92:2, 92:6
**hired** [6] - 34:25, 35:1, 35:6, 71:12, 71:17, 75:24
**hiring** [1] - 80:15
**holds** [1] - 13:9
**Honor** [52] - 6:24, 7:2, 7:22, 8:15, 11:20, 11:24, 12:10, 16:22, 24:16, 31:23, 33:13, 33:19, 34:19, 34:21, 36:14, 40:10, 41:2, 44:7, 44:10, 44:22, 52:22, 53:25, 54:23, 55:8, 55:16, 56:11, 56:19, 58:22, 59:2, 61:2, 62:8, 62:14,

62:22, 69:17, 69:19, 69:23, 70:4, 70:10, 70:13, 72:22, 74:9, 80:3, 80:6, 82:7, 85:6, 86:6, 88:10, 88:16, 90:6, 90:20, 91:12, 92:9
**HONORABLE** [1] - 1:4
**hopefully** [1] - 32:10
**hoping** [1] - 48:19
**horizon** [1] - 89:4
**hoses** [1] - 13:22
**hour** [2] - 26:20, 70:9
**hours** [3] - 22:22, 26:16, 88:1
**Howard** [50] - 32:21, 32:25, 33:8, 33:10, 33:14, 33:17, 35:1, 35:7, 35:16, 36:21, 36:25, 39:4, 39:16, 74:2, 74:16, 75:6, 75:19, 75:24, 76:6, 76:10, 76:16, 77:8, 77:11, 78:4, 78:5, 78:15, 78:21, 78:24, 79:2, 79:3, 79:11, 79:15, 79:23, 80:15, 80:20, 81:7, 81:11, 81:12, 82:4, 82:13, 82:18, 84:9, 85:17, 86:4, 87:11, 87:19, 87:24, 88:3, 88:4
**Howard's** [2] - 77:12, 79:15
**human** [1] - 19:1
**hundred** [2] - 26:10, 87:4
**hundreds** [1] - 20:2
**hurtful** [2] - 29:11, 29:12

**I**

**idea** [2] - 26:9, 83:5
**identify** [1] - 88:12
**immediately** [2] - 25:23, 82:13
**immense** [1] - 24:7
**imminent** [3] - 35:2, 35:8, 35:9
**impact** [3] - 66:19, 66:20, 91:10
**important** [1] - 87:25
**impossible** [2] - 25:19, 34:2
**impression** [1] - 64:8
**improve** [2] - 48:18, 49:14
**improvements** [1] -

47:14
**inappropriate** [2] - 22:1, 25:5
**incest** [1] - 52:11
**inch** [1] - 92:7
**including** [2] - 41:22, 57:7
**incorporated** [1] - 49:2
**incorrect** [2] - 84:11, 84:12
**indeed** [1] - 84:21
**INDEX** [1] - 5:1
**indicate** [2] - 15:17, 35:22
**indicated** [1] - 78:4
**indicating** [1] - 79:2
**individual** [5] - 31:20, 44:1, 50:25, 78:16, 91:1
**individuals** [3] - 75:17, 79:6, 81:20
**indulge** [1] - 80:6
**inform** [1] - 66:18
**information** [28] - 31:24, 35:16, 35:19, 36:19, 36:20, 36:23, 36:24, 38:16, 39:6, 40:6, 64:21, 75:20, 79:2, 79:11, 81:6, 81:9, 82:14, 82:24, 84:8, 84:14, 84:16, 84:22, 84:23, 84:24, 86:22, 88:5, 91:2
**informed** [4] - 80:15, 87:19, 88:3, 88:4
**initial** [4] - 78:11, 79:15, 79:16, 88:5
**input** [3] - 48:19, 49:7, 88:6
**inquiring** [1] - 79:14
**instead** [1] - 89:3
**instruct** [1] - 39:18
**instruction** [1] - 73:8
**instructions** [1] - 53:1
**insult** [17] - 27:7, 27:10, 28:3, 42:21, 43:15, 43:21, 51:21, 52:9, 52:20, 54:14, 54:15, 54:19, 56:24, 57:8, 57:24, 92:4
**insulted** [2] - 25:3, 55:25
**insulting** [1] - 25:2
**insults** [6] - 28:4, 29:15, 43:16, 43:19, 53:23, 56:2
**intended** [1] - 76:24
**intent** [1] - 30:10
**intention** [1] - 76:18

**interacted** [1] - 84:2
**interest** [2] - 28:18, 77:22
**interpretation** [1] - 59:23
**interpreted** [4] - 54:15, 57:7, 57:9, 57:23
**interview** [5] - 20:20, 21:19, 22:11, 42:13, 42:15
**interviews** [2] - 27:22, 71:16
**investigation** [8] - 75:12, 76:6, 76:9, 77:11, 77:12, 78:10, 81:8, 87:20
**Investigations** [1] - 74:2
**investigative** [2] - 78:23, 83:1
**investigator** [6] - 35:1, 35:7, 79:7, 81:14, 84:13, 85:4
**investment** [1] - 71:23
**involved** [8] - 9:6, 19:25, 20:3, 20:23, 47:12, 78:16, 80:22, 81:3
**involving** [3] - 43:25, 77:17, 77:18
**irrelevant** [1] - 91:16
**issue** [1] - 7:22, 11:19, 12:25, 27:19, 52:7, 86:14, 89:7, 89:24, 90:4, 90:17, 91:18
**issues** [2] - 40:24, 66:19
**itself** [1] - 28:13

**J**

**James** [11] - 32:21, 74:2, 74:20, 74:25, 76:10, 78:5, 78:14, 78:16, 79:15, 80:15, 82:3
**Jared** [7] - 34:4, 70:14, 70:24, 76:15, 78:7, 78:11, 78:12
**JARED** [3] - 5:5, 70:25, 71:1
**JaredBirchall@ gmail.com** [1] - 74:19
**Jeanine** [1] - 4:8
**jeaninezalduendo@ quinnemanuel.com**

[1] - 4:11
**Jennings** [1] - 3:4
**jgrunberg@ linwoodlaw.com** [1] - 2:23
**Jim** [6] - 76:17, 76:25, 77:3, 77:25, 78:1, 78:8
**job** [1] - 85:5
**jobs** [1] - 91:15
**John** [1] - 70:24
**JOHN** [1] - 70:25
**joint** [1] - 14:18
**joking** [2] - 24:11, 24:19
**Jonathan** [1] - 2:20
**journalism** [1] - 83:1
**JUDGE** [1] - 1:4
**Judge** [3] - 8:4, 68:19, 85:8
**judge** [1] - 86:18
**Judge's** [1] - 8:2
**judgment** [1] - 77:10
**judicial** [1] - 93:7
**July** [59] - 13:4, 13:17, 14:3, 14:4, 14:21, 15:16, 29:21, 30:6, 32:11, 32:19, 33:6, 33:7, 33:12, 33:24, 35:11, 39:8, 41:23, 42:19, 45:22, 46:3, 46:4, 46:6, 46:9, 46:13, 46:25, 47:3, 47:4, 47:7, 47:11, 47:20, 48:1, 48:2, 48:4, 48:16, 49:5, 56:10, 56:22, 57:19, 58:1, 58:4, 58:5, 58:9, 59:4, 59:18, 60:14, 62:19, 63:1, 65:16, 72:2, 79:24
**Jupiter** [1] - 74:2
**jury** [29] - 6:7, 7:20, 7:24, 8:7, 8:11, 8:18, 8:19, 15:12, 17:19, 22:20, 23:4, 25:15, 26:5, 26:12, 32:10, 34:3, 34:5, 50:2, 52:24, 53:1, 53:16, 56:7, 56:14, 59:15, 62:12, 68:11, 71:7, 89:1, 92:3
**JURY** [2] - 1:16, 6:3

**K**

**keep** [4] - 16:5, 32:4, 70:7, 89:21
**keeps** [1] - 61:5

**key** [1] - 54:12
**kid** [2] - 14:5, 14:13
**kids** [6] - 15:25, 18:25, 19:20, 19:21, 20:8, 20:12
**kids'** [1] - 17:23
**KIELWASSER** [1] - 1:23
**Kielwasser** [2] - 93:10, 93:11
**kind** [2] - 26:1, 29:14
**Kingdom** [4] - 55:23, 56:23, 57:20, 83:12
**know..** [1] - 29:16
**knowledge** [1] - 42:6
**known** [2] - 51:7, 54:18
**knows** [1] - 56:14

**L**

**lack** [1] - 61:21
**laid** [1] - 58:23
**language** [1] - 60:24
**languages** [1] - 58:15
**large** [1] - 41:8
**last** [7] - 12:9, 46:12, 65:9, 68:8, 71:18, 83:24, 89:8
**late** [1] - 39:11
**Lavaca** [1] - 2:9
**Law** [1] - 2:17
**lawsuit** [4] - 33:7, 35:2, 35:8, 35:9
**lawyers** [3] - 88:11, 88:12, 88:23
**lay** [1] - 63:13
**lead** [3] - 13:12, 22:6, 26:21
**leading** [3] - 22:13, 30:3, 83:11
**leaked** [2] - 82:24, 82:25
**learned** [1] - 33:23
**least** [2] - 56:20, 69:10
**leave** [1] - 72:19
**leaving** [2] - 17:23, 17:24
**led** [1] - 71:16
**left** [3] - 9:5, 19:10, 21:24
**legal** [6] - 35:12, 35:23, 35:25, 72:6, 72:10, 72:15
**legitimate** [1] - 89:10
**less** [5] - 52:2, 52:6, 53:10, 54:6, 93:5
**level** [2] - 79:6, 84:15
**Libyan** [1] - 77:19

**lie** [2] - 22:9, 25:6
**lies** [1] - 43:16
**LIFRAK** [11] - 70:3, 72:6, 72:10, 72:13, 74:10, 79:18, 82:8, 86:6, 86:11, 86:14, 88:15
**Lifrak** [2] - 3:13, 88:15
**light** [1] - 89:9
**likely** [3] - 31:21, 35:2, 75:11
**limited** [1] - 7:19
**limits** [2] - 7:10, 7:11
**Lin** [7] - 2:4, 2:5, 2:13, 2:20, 3:4, 38:4
**line** [3] - 64:13, 83:2, 87:7
**lines** [2] - 55:15, 63:14
**linking** [1] - 31:21
**listening** [1] - 6:20
**listing** [1] - 46:21
**literally** [2] - 50:12, 52:11
**live** [1] - 89:18
**lives** [3] - 23:11, 51:7, 51:10
**living** [1] - 23:21
**LLC** [2] - 74:3
**LLP** [7] - 2:9, 3:10, 3:14, 3:18, 3:22, 4:4, 4:8
**logistics** [1] - 70:1
**look** [47] - 6:22, 9:11, 9:12, 9:22, 10:4, 10:11, 10:15, 11:2, 11:23, 17:8, 18:1, 18:19, 19:13, 29:18, 30:12, 31:8, 31:9, 32:13, 34:14, 36:10, 41:13, 41:15, 44:17, 44:19, 45:13, 46:24, 48:3, 54:1, 54:22, 54:25, 59:1, 60:12, 60:13, 62:16, 63:7, 63:17, 73:12, 73:14, 75:15, 79:8, 81:22, 82:22, 83:2, 85:13, 85:24, 86:1, 87:16
**looked** [2] - 55:4, 81:6
**looking** [11] - 19:19, 47:13, 48:17, 61:8, 61:9, 61:10, 61:11, 71:14, 73:24, 75:5, 79:11
**looks** [2] - 54:19, 55:20
**Los** [7] - 1:17, 1:24, 2:18, 3:15, 3:19, 3:23, 4:9
**losing** [1] - 65:2

**loss** [1] - 91:15
**lost** [1] - 6:11
**love** [1] - 50:12
**low** [2] - 21:23, 25:18
**low-stakes** [1] - 25:18
**lunch** [5] - 70:6, 70:9, 88:17, 88:21, 89:3
**lwood@linwoodlaw. com** [1] - 2:7

## M

**Madison** [2] - 3:10, 4:4
**mail** [47] - 2:7, 2:11, 2:15, 2:19, 2:23, 3:7, 3:12, 3:16, 3:20, 3:24, 4:6, 13:10, 14:3, 14:21, 14:24, 14:25, 15:2, 15:3, 15:16, 15:18, 15:20, 36:20, 36:23, 37:5, 38:6, 38:8, 38:11, 38:17, 38:19, 74:14, 74:19, 75:5, 75:6, 75:7, 75:13, 76:19, 76:21, 78:4, 79:14, 79:23, 80:20, 80:21, 80:24, 82:2, 82:12, 82:23, 85:16
**mails** [3] - 13:4, 37:2, 44:13
**major** [1] - 65:2
**man** [4] - 53:24, 54:19, 55:20, 59:25
**manage** [1] - 71:17
**management** [1] - 71:24
**manager** [1] - 75:3
**manages** [2] - 34:7, 34:11
**manner** [3] - 13:8, 22:10, 59:25
**married** [1] - 50:25
**marries** [1] - 51:4
**marrying** [1] - 83:25
**Martin** [1] - 89:11
**Matt** [1] - 2:8
**matter** [5] - 7:16, 7:19, 7:23, 90:5, 93:4
**matters** [5] - 7:14, 7:15, 77:17, 78:1, 81:10
**MDA** [1] - 76:14
**mean** [40] - 15:9, 16:6, 20:5, 21:15, 23:5, 23:24, 24:9, 24:15, 24:20, 24:22, 25:11, 26:1, 29:8, 29:13,

36:12, 40:8, 41:8, 42:22, 45:23, 47:24, 52:5, 52:8, 52:11, 52:16, 52:21, 53:15, 58:12, 58:14, 60:10, 60:11, 61:1, 61:3, 63:13, 65:1, 68:17, 68:20, 70:8, 73:4, 87:1, 88:13
**meaning** [8] - 14:17, 17:24, 28:17, 53:23, 54:16, 55:20, 84:23, 91:20
**means** [11] - 14:18, 24:18, 24:23, 25:16, 25:17, 25:19, 36:13, 36:16, 38:12, 50:12, 62:6
**meant** [6] - 23:8, 27:13, 27:25, 28:3, 59:24, 78:13
**measure** [1] - 15:15
**media** [14] - 21:15, 22:23, 29:21, 31:12, 32:20, 33:7, 43:13, 55:7, 55:22, 56:23, 58:10, 59:18, 61:22, 67:23
**medium** [1] - 43:20
**member** [1] - 67:23
**members** [1] - 8:19
**memory** [1] - 80:18
**mentioned** [3] - 14:20, 48:17, 89:4
**merit** [2] - 6:14, 6:22
**mess** [1] - 79:24
**messages** [2] - 37:12, 86:7
**met** [4] - 39:24, 71:4, 83:21, 84:1
**MF** [1] - 52:13
**Michael** [2] - 3:13, 88:15
**michaellifrak@ quinnemanuel.com** [1] - 3:16
**Microsoft** [1] - 81:1
**mid** [3] - 29:21, 33:2, 33:5
**middle** [2] - 30:6, 30:12
**might** [8] - 25:17, 48:18, 49:14, 51:10, 58:21, 79:8, 87:10
**million** [1] - 65:3
**mind** [20] - 21:11, 25:12, 28:10, 28:12, 28:15, 33:11, 33:15, 33:23, 34:25, 36:1, 39:15, 50:4, 50:6,

54:13, 56:18, 57:3, 64:17, 78:6, 86:25, 90:10
**mine** [1] - 84:8
**mini** [4] - 15:13, 15:18, 17:21, 44:14
**minor** [4] - 50:17, 50:25, 51:3, 83:21
**minute** [1] - 80:18
**minutes** [5] - 26:7, 59:12, 70:8, 88:19, 91:25
**mischaracterizes** [1] - 51:22
**misleading** [3] - 60:9, 64:20, 91:22
**misreading** [1] - 61:4
**missed** [3] - 61:13, 72:14, 79:20
**missing** [1] - 86:24
**mistake** [2] - 76:24, 78:4
**mistakenly** [1] - 76:21
**mobile** [1] - 32:9
**modified** [1] - 84:20
**mom** [1] - 29:14
**moment** [11] - 11:23, 16:23, 27:8, 40:10, 44:10, 54:1, 63:20, 64:22, 80:2, 80:7, 80:16
**Monday** [1] - 6:10
**month** [2] - 26:9, 32:11
**Morgan** [1] - 72:1
**MORNING** [2] - 1:17, 6:4
**morning** [6] - 6:6, 8:19, 8:21, 9:3, 9:4, 59:11
**most** [4] - 15:6, 42:8, 81:9, 83:17
**mostly** [1] - 29:2
**mother** [2] - 52:10, 52:13
**motion** [3] - 6:8, 6:22, 6:23
**move** [8] - 8:5, 52:22, 62:21, 66:3, 66:4, 80:9, 80:11, 82:13
**moved** [1] - 92:7
**MR** [243] - 5:4, 5:4, 5:5, 6:24, 7:2, 7:22, 8:1, 8:15, 8:24, 9:2, 9:10, 9:13, 9:16, 9:17, 9:21, 9:24, 9:25, 10:3, 10:5, 10:6, 10:9, 10:17, 10:21, 10:25, 11:1, 11:4, 11:7, 11:15,

11:19, 11:22, 11:24, 12:4, 12:8, 12:10, 12:13, 12:21, 12:24, 13:1, 14:10, 16:2, 16:4, 16:9, 16:11, 16:14, 16:16, 16:19, 16:22, 16:25, 17:4, 17:15, 17:18, 18:8, 18:9, 18:13, 19:6, 19:9, 22:13, 22:15, 24:16, 24:21, 25:12, 25:14, 29:17, 29:20, 29:23, 29:25, 30:3, 30:4, 30:23, 30:24, 31:14, 31:15, 31:17, 31:23, 32:3, 32:8, 32:12, 33:13, 33:19, 33:21, 34:16, 34:18, 34:21, 34:24, 36:4, 36:6, 36:9, 36:14, 36:18, 37:17, 37:19, 37:22, 37:25, 38:2, 40:10, 40:12, 40:22, 40:24, 41:2, 41:5, 41:13, 41:18, 44:4, 44:6, 44:10, 44:12, 44:17, 44:22, 45:4, 45:12, 51:14, 51:18, 51:22, 52:3, 52:22, 52:24, 53:2, 53:3, 53:13, 53:20, 53:25, 54:3, 54:23, 55:1, 55:7, 55:16, 55:17, 56:5, 56:11, 56:19, 56:21, 57:1, 57:12, 57:18, 58:21, 58:25, 59:2, 59:8, 59:10, 59:17, 59:23, 60:7, 60:18, 61:2, 61:6, 61:7, 61:11, 61:16, 61:22, 62:1, 62:8, 62:14, 62:15, 62:21, 62:25, 63:10, 63:12, 63:15, 63:18, 63:21, 63:22, 63:25, 64:4, 64:10, 64:19, 64:23, 65:1, 65:9, 65:11, 65:21, 65:22, 65:25, 66:1, 66:4, 66:7, 66:9, 66:10, 66:20, 67:3, 67:19, 67:21, 67:22, 68:12, 68:14, 68:19, 68:23, 69:7, 69:15, 69:19, 69:23, 69:25, 70:3, 70:10, 70:13, 71:3, 72:6, 72:10, 72:13, 72:21, 72:24, 73:18, 73:25, 74:5, 74:8, 74:10, 74:13, 75:9, 79:18, 79:21, 80:2, 80:6,

80:9, 80:13, 81:23, 81:24, 82:6, 82:8, 82:11, 85:6, 85:12, 85:19, 85:23, 86:6, 86:11, 86:14, 86:18, 86:22, 87:4, 87:6, 87:12, 87:15, 88:9, 88:15, 89:6, 89:24, 89:25, 90:2, 90:4, 90:15, 90:20, 91:13, 91:20, 92:9
**multiple** [1] - 15:13
**MUSK** [3] - 1:12, 5:3, 8:25
**Musk** [65] - 7:6, 9:3, 9:22, 10:4, 11:2, 13:3, 17:5, 21:9, 22:16, 25:21, 27:1, 32:17, 32:24, 38:3, 41:6, 42:6, 44:23, 45:4, 48:6, 52:18, 54:4, 55:18, 58:15, 59:1, 59:18, 62:16, 63:1, 63:19, 63:23, 64:5, 66:11, 67:4, 69:16, 69:20, 71:10, 71:14, 72:4, 72:23, 73:1, 73:3, 73:8, 73:10, 73:20, 75:20, 76:5, 77:5, 77:12, 77:22, 78:10, 78:22, 79:16, 79:23, 80:14, 80:21, 82:19, 82:20, 87:1, 87:11, 87:20, 90:5, 90:12, 90:21, 91:1, 91:20
**Musk's** [1] - 91:10
**must** [1] - 82:15
**mwood@wshllp. com** [1] - 2:11

# N

**name** [16] - 11:11, 27:4, 70:22, 70:23, 70:24, 74:25, 76:17, 76:22, 76:25, 77:3, 77:8, 78:1, 78:13, 79:1, 81:12, 82:3
**named** [3] - 17:22, 78:8, 78:16
**names** [2] - 77:18, 89:5
**nasty** [1] - 8:20
**near** [1] - 51:11
**need** [5] - 7:15, 8:5, 38:20, 72:21, 89:14
**needed** [2] - 17:22, 75:2
**needs** [1] - 41:10

**nefarious** [1] - 87:21
**negative** [1] - 57:10
**net** [3] - 68:11, 69:12, 79:5
**Netherlands** [2] - 58:6, 58:7
**Neuralink** [1] - 26:23
**never** [7] - 23:10, 23:15, 23:16, 23:20, 67:9, 76:12, 76:13
**new** [2] - 7:14, 73:13
**New** [2] - 3:11, 4:5
**news** [3] - 19:2, 30:8, 61:22
**NEXT** [1] - 2:25
**next** [15] - 3:25, 8:9, 19:1, 45:21, 46:2, 46:6, 46:9, 47:3, 47:7, 47:11, 47:18, 47:23, 69:22, 83:3, 88:1
**nice** [1] - 71:6
**niceties** [1] - 8:14
**Nicole** [1] - 3:4
**night** [3] - 21:21, 21:25, 89:8
**ninety** [1] - 63:8
**nobody** [2] - 24:8, 56:1
**nondisclosure** [5] - 74:1, 74:17, 74:24, 75:16, 75:18
**none** [1] - 84:8
**noon** [2] - 88:19, 92:11
**Norwegian** [1] - 58:3
**Nos** [6] - 5:15, 5:17, 5:22, 16:24, 18:12, 45:8
**nose** [2] - 14:6, 14:14
**notebook** [5] - 41:9, 41:11, 62:17, 79:9, 85:14
**notes** [1] - 66:24
**nothing** [8] - 7:1, 29:7, 39:10, 40:22, 70:18, 88:7
**noticed** [1] - 8:21
**number** [11] - 12:17, 20:15, 20:17, 46:19, 79:1, 80:7, 80:10, 80:12, 81:12, 81:21, 85:7
**numbered** [1] - 12:19
**numbers** [2] - 45:10, 85:8
**NW** [1] - 2:5
**nwade@linwoodlaw. com** [1] - 3:7
**NY** [2] - 3:11, 4:5

# O

**o'clock** [1] - 7:8
**ob** [1] - 23:24
**object** [2] - 16:2, 44:20
**Objection** [1] - 57:1
**objection** [67] - 8:2, 9:18, 9:24, 9:25, 10:5, 10:6, 10:17, 10:22, 11:4, 11:21, 16:11, 16:15, 16:16, 16:22, 18:8, 22:13, 24:16, 25:12, 29:23, 30:3, 31:14, 31:23, 32:1, 33:13, 33:20, 34:16, 34:18, 36:6, 36:14, 37:19, 44:4, 44:9, 44:24, 45:1, 51:14, 51:22, 53:13, 55:14, 58:24, 59:8, 59:10, 60:4, 60:11, 61:15, 62:7, 63:10, 63:11, 63:12, 63:15, 66:20, 67:19, 68:12, 70:2, 70:3, 72:6, 72:8, 72:9, 74:10, 79:18, 82:8, 86:6, 86:10, 86:21, 87:5, 87:13, 89:9
**objections** [3] - 9:16, 54:23, 63:16
**obligation** [1] - 6:19
**obligations** [1] - 21:23
**obvious** [1] - 27:8
**obviously** [15] - 15:1, 23:25, 25:18, 27:10, 29:12, 42:16, 52:9, 52:14, 52:20, 54:14, 64:12, 80:25, 82:15
**occurred** [1] - 68:2
**October** [3] - 86:5, 88:3
**odd** [1] - 43:19
**OF** [5] - 1:2, 2:3, 3:2, 3:8, 4:2
**off-the-cuff** [2] - 23:10, 52:2
**offer** [8] - 9:17, 10:6, 10:18, 16:7, 16:9, 16:19, 17:15, 19:6
**offered** [7] - 10:21, 35:12, 35:22, 35:25, 60:5, 64:15, 64:17
**offering** [2] - 34:20, 80:20
**office** [8] - 32:22, 32:25, 34:7, 34:11, 71:15, 71:17, 75:3,

79:23
**official** [2] - 75:2, 93:11
**Official** [1] - 1:23
**old** [4] - 53:24, 54:19, 55:20, 59:25
**ON** [5] - 2:3, 2:25, 3:2, 3:8, 4:2
**once** [1] - 7:7
**one** [46] - 11:19, 11:23, 12:1, 15:13, 15:14, 15:25, 16:12, 16:23, 18:22, 20:12, 35:5, 38:1, 38:3, 45:13, 46:3, 48:7, 48:11, 50:10, 52:20, 53:5, 53:7, 54:15, 60:7, 63:20, 63:24, 64:11, 64:22, 64:24, 65:9, 70:3, 76:10, 76:19, 76:20, 78:4, 78:19, 79:15, 80:25, 81:15, 85:6, 90:15, 91:13, 91:15, 92:2, 92:7
**online** [1] - 61:22
**ONLY** [1] - 6:4
**open** [4] - 7:7, 66:5, 87:14, 89:21
**operation** [3] - 9:6, 10:11, 19:15
**opinion** [2] - 61:18, 63:4
**opportunity** [4] - 6:21, 8:8, 90:6, 90:10
**opposed** [1] - 38:17
**order** [2] - 6:15, 89:21
**orders** [2] - 73:2, 73:10
**Oren** [1] - 26:23
**original** [2] - 42:21, 43:15
**Ortiz** [1] - 79:25
**otherwise** [1] - 92:3
**outside** [5] - 43:14, 59:14, 68:12, 68:15, 88:25
**outstanding** [1] - 19:3
**overruled** [7] - 22:14, 24:17, 25:13, 33:20, 36:15, 51:16, 53:19
**own** [5] - 23:3, 39:15, 69:1, 73:6, 77:10
**owners** [1] - 81:1

# P

**PAGE** [2] - 2:25, 5:2
**page** [25] - 3:25, 12:1,

12:3, 12:4, 12:6, 12:9, 12:14, 12:15, 12:19, 13:14, 14:1, 45:19, 45:21, 46:2, 46:6, 46:9, 46:12, 46:24, 47:3, 47:7, 47:11, 47:18, 47:23, 48:16
**pages** [1] - 12:19
**panic** [1] - 13:20
**paragraph** [2] - 60:5, 75:15
**parentheses** [1] - 14:15
**part** [5] - 58:19, 59:20, 61:11, 77:13, 77:14
**parties** [3] - 8:14, 64:1, 65:6
**parts** [1] - 17:22
**party** [1] - 75:19
**pass** [1] - 30:14
**passed** [1] - 13:20
**past** [5] - 80:22, 80:24, 81:3, 86:7, 86:19
**Paul** [2] - 80:25, 81:17
**PC** [4] - 2:5, 2:13, 2:20, 3:4
**Peachtree** [4] - 2:5, 2:13, 2:21, 3:5
**pedo** [39] - 42:24, 44:1, 51:20, 52:1, 52:2, 52:18, 52:19, 53:4, 53:9, 53:10, 53:22, 53:23, 53:24, 54:6, 54:7, 54:9, 54:10, 54:17, 55:19, 55:23, 56:24, 57:20, 58:10, 59:24, 60:2, 61:5, 62:4, 62:5, 66:12, 66:18, 67:16, 67:24, 91:10, 92:5
**pedophile** [26] - 8:3, 28:8, 28:10, 28:11, 28:12, 28:16, 50:8, 50:18, 50:20, 50:24, 51:12, 52:17, 52:21, 54:16, 56:1, 56:25, 57:8, 59:19, 59:24, 61:4, 62:4, 62:6, 90:13, 90:22, 91:4, 91:8
**pedophilia** [19] - 27:2, 28:21, 49:21, 49:25, 50:8, 51:1, 51:5, 51:7, 51:8, 51:19, 57:24, 67:10, 67:14, 67:17, 67:25, 83:6, 91:11, 92:1, 92:5
**people** [19] - 11:13, 18:7, 18:18, 19:19,

19:24, 20:3, 20:8, 20:11, 21:21, 23:1, 29:11, 31:11, 40:8, 43:8, 48:25, 60:24, 63:5, 69:3, 78:7
**percent** [2] - 26:23, 87:4
**perhaps** [1] - 33:2
**period** [3] - 66:17, 72:25, 90:8
**person** [14] - 13:20, 48:12, 50:9, 50:20, 51:12, 62:5, 64:14, 65:4, 65:5, 78:19, 91:2, 91:4, 91:21
**personal** [4] - 40:6, 76:22, 77:17, 78:5
**persons** [1] - 65:18
**phone** [1] - 81:10
**photograph** [2] - 17:13, 48:8
**phrase** [2] - 24:10, 24:11
**picture** [1] - 48:6
**pictures** [1] - 15:6
**pin** [1] - 31:20
**place** [1] - 73:21
**placed** [1] - 73:22
**plaintiff** [11] - 6:14, 6:17, 9:18, 9:25, 10:17, 12:25, 59:6, 59:21, 69:16, 69:23, 85:20
**PLAINTIFF** [2] - 2:3, 3:2
**plaintiffs** [2] - 1:10, 82:7
**planned** [1] - 89:13
**planning** [2] - 29:22, 30:5
**played** [2] - 17:1, 48:12
**pleadings** [1] - 6:10
**plus** [1] - 15:22
**pod** [2] - 14:17, 17:6
**podium** [1] - 54:1
**pods** [1] - 15:13
**point** [17] - 7:2, 7:4, 7:5, 20:19, 21:12, 23:11, 26:19, 36:19, 38:23, 39:3, 39:14, 56:8, 56:16, 64:8, 67:1, 80:17, 83:24
**points** [3] - 83:3, 84:15, 84:20
**pool** [1] - 48:11
**portion** [2] - 75:16, 86:18
**positioning** [1] - 87:2
**possibilities** [1] -

50:10
**possible** [8] - 13:8, 15:5, 26:2, 28:16, 34:1, 51:17, 68:2, 88:16
**possibly** [1] - 69:11
**post** [2] - 29:1, 48:7
**posted** [7] - 28:24, 46:4, 47:5, 47:7, 48:4, 48:15, 55:5
**potential** [2] - 50:9, 91:7
**potentially** [2] - 35:20, 42:16
**preferably** [1] - 88:1
**preferred** [1] - 15:18
**prefers** [1] - 37:8
**prejudicial** [2] - 64:20, 64:21
**presence** [4] - 8:17, 59:14, 62:11, 88:25
**present** [3] - 8:14, 68:10, 69:8
**presentation** [1] - 59:20
**presented** [1] - 44:9
**PRESIDING** [1] - 1:4
**press** [14] - 27:16, 42:9, 57:6, 57:7, 57:10, 57:14, 57:20, 57:22, 57:25, 58:3, 82:14, 82:24, 82:25, 83:1
**pressure** [4] - 13:18, 15:21, 59:22, 65:12
**pretrial** [1] - 6:15
**pretty** [1] - 48:25
**prevent** [1] - 75:19
**PREVIOUSLY** [2] - 5:3, 8:25
**Price** [1] - 3:21
**prices** [1] - 67:1
**primarily** [3] - 11:13, 26:16, 71:24
**principal** [1] - 81:1
**privacy** [1] - 77:16
**probability** [1] - 21:22
**probative** [1] - 65:13
**probing** [1] - 53:15
**problem** [4] - 24:18, 24:20, 60:7, 89:12
**problemo** [2] - 24:9, 24:12
**problems** [1] - 89:3
**proceed** [4] - 41:2, 62:13, 66:7, 89:9
**Proceedings** [1] - 1:16
**proceedings** [5] - 8:17, 59:14, 62:11,

88:25, 93:3
**professional** [1] - 85:4
**proffer** [9] - 8:1, 8:4, 8:9, 90:9, 90:11, 90:16, 90:19, 90:21, 91:12
**progress** [1] - 7:21
**prolific** [1] - 21:13
**protect** [1] - 77:22
**protocol** [1] - 16:6
**provide** [1] - 79:23
**provided** [8] - 81:10, 81:13, 82:25, 84:9, 84:14, 84:16, 84:24, 88:5
**pseudonym** [1] - 77:7
**public** [9] - 47:13, 48:18, 48:20, 48:22, 49:2, 49:8, 49:11, 49:13, 49:19
**publically** [1] - 66:25
**publication** [6] - 36:13, 36:16, 38:17, 38:18, 66:11, 66:12
**publicity** [5] - 43:2, 43:3, 43:4, 43:7, 65:18
**publicly** [1] - 27:12
**publish** [1] - 67:7
**published** [3] - 38:15, 43:22, 74:6
**publishing** [1] - 22:22
**pull** [3] - 41:19, 74:5, 87:17
**pulled** [1] - 13:23
**pump** [1] - 24:6
**purchase** [1] - 77:18
**purpose** [5] - 45:7, 49:15, 60:2, 68:16, 75:18
**purposes** [1] - 32:7
**put** [18] - 10:19, 11:8, 11:16, 17:20, 22:18, 29:6, 31:19, 32:5, 32:13, 33:15, 33:22, 36:20, 36:23, 37:22, 41:7, 41:23, 62:2, 81:23

**Q**

**qualified** [2] - 81:8, 81:14
**questioner** [1] - 53:17
**questions** [19] - 12:2, 19:17, 21:4, 21:5, 21:7, 27:6, 27:11, 27:14, 28:5, 34:4, 39:21, 39:22, 39:25,

53:16, 55:15, 65:15, 68:14, 69:15, 87:9
**quickly** [2] - 17:1, 22:20
**Quinn** [6] - 3:10, 3:14, 3:18, 3:22, 4:4, 4:8
**quite** [4] - 31:6, 49:2, 54:17, 75:10
**quote** [1] - 38:16
**quotes** [2] - 64:14, 65:2

**R**

**radio** [1] - 30:7
**rain** [1] - 13:9
**raise** [2] - 7:18, 70:15
**raised** [2] - 7:14, 21:5
**random** [1] - 23:21
**range** [1] - 69:8
**ranked** [2] - 64:12
**rape** [1] - 50:22
**rapist** [1] - 50:21
**rather** [2] - 15:22, 23:5
**re** [1] - 58:22
**re-tender** [1] - 58:22
**reach** [7] - 32:22, 33:8, 78:24, 79:1, 79:16, 81:17, 81:20
**reached** [1] - 11:24, 32:23, 79:2
**reacting** [1] - 63:2
**reaction** [1] - 63:4
**read** [14] - 13:6, 13:16, 14:24, 15:3, 17:19, 18:15, 18:16, 23:5, 23:7, 38:19, 55:10, 57:6, 58:2, 82:16
**reading** [4] - 14:25, 31:19, 65:24
**ready** [2] - 8:23, 17:21
**realized** [1] - 76:23
**really** [5] - 24:6, 24:22, 24:23, 26:24, 65:4
**realtime** [1] - 54:1
**rear** [1] - 14:15
**reason** [7] - 60:19, 60:20, 60:21, 60:23, 60:24, 77:13
**receive** [3] - 10:12, 66:24, 87:22
**received** [51] - 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:18, 5:19, 5:20, 5:21, 5:23, 5:24, 5:24, 5:25, 9:19, 10:1, 10:7, 10:8, 10:23, 10:24, 11:5, 11:6,

12:5, 12:7, 16:18, 16:23, 16:24, 17:16, 19:7, 19:8, 21:4, 34:20, 34:22, 34:23, 35:19, 36:7, 36:8, 36:20, 37:20, 37:21, 45:6, 62:23, 62:24, 74:11, 74:12, 79:12, 82:9, 82:10, 85:21, 85:22, 91:2
**receiving** [1] - 35:15
**Recess** [1] - 62:10
**recess** [4] - 8:25, 84:9, 59:11, 62:9, 92:11
**recognize** [3] - 18:3, 73:1, 75:2
**recognized** [1] - 76:23
**recollection** [2] - 55:24, 57:22
**recommend** [1] - 26:17
**record** [15] - 8:4, 8:6, 8:13, 11:18, 12:12, 12:23, 16:1, 36:12, 36:13, 37:24, 40:11, 44:21, 70:23, 75:8, 80:5
**recorded** [1] - 93:3
**recounting** [1] - 29:2
**recross** [6] - 7:7, 7:13, 40:23, 41:4
**RECROSS** [1] - 5:4
**rRECROSS-EXAMINATION** [1] - 41:4
**RECROSS-EXAMINATION** [1] - 5:4
**redirect** [1] - 69:18
**reduction** [1] - 93:6
**refer** [1] - 19:19
**reference** [2] - 56:8, 56:17
**referred** [4] - 71:14, 71:15, 79:10, 92:5
**referring** [4] - 12:20, 24:24, 67:25, 82:19
**refers** [1] - 49:21
**reflexion** [1] - 89:8
**refugee** [1] - 77:19
**reg** [1] - 14:16
**regarding** [5] - 6:8, 48:1, 49:6, 81:10, 90:11
**regrettable** [1] - 25:3
**regulations** [1] - 93:7
**regulator** [1] - 14:17
**related** [8] - 44:14, 46:22, 46:25, 47:4, 47:8, 47:11, 59:4,

67:17
**relates** [1] - 7:14
**relating** [1] - 56:7
**relations** [2] - 50:17, 51:3
**relationship** [1] - 67:24
**relevance** [4] - 25:12, 59:16, 60:1, 60:7
**relevant** [4] - 56:15, 87:1, 87:10, 90:16
**reliability** [2] - 39:4, 39:16
**reliable** [1] - 91:2
**relying** [1] - 85:5
**remain** [1] - 19:11
**remained** [1] - 19:12
**remains** [1] - 67:6
**remember** [12] - 27:14, 30:25, 31:2, 31:4, 35:13, 38:25, 39:25, 45:16, 45:19, 45:21, 45:24, 89:5
**remind** [1] - 50:2
**reopen** [1] - 68:16
**repeated** [1] - 33:11
**rephrase** [1] - 67:21
**reply** [1] - 15:8
**report** [1] - 59:18
**reported** [6] - 42:21, 42:22, 42:23, 55:23, 58:5, 58:7
**Reporter** [2] - 1:23, 93:11
**reporter** [3] - 36:11, 38:9, 88:11
**REPORTER** [1] - 14:8
**Reporter's** [1] - 1:16
**reporters** [1] - 92:12
**reporting** [6] - 29:22, 55:24, 56:2, 56:24, 57:14, 58:10
**reports** [2] - 33:7, 43:14
**represent** [1] - 86:3
**representatives** [1] - 42:5
**request** [2] - 78:24, 84:19
**requested** [1] - 12:25
**require** [1] - 89:19
**requirement** [1] - 13:19
**rescue** [12] - 9:6, 10:11, 13:11, 13:12, 19:3, 19:15, 19:22, 20:4, 20:13, 24:2, 24:7, 29:4
**resilience** [1] - 18:25
**resistant** [1] - 13:18

**respect** [5] - 43:10, 46:12, 57:25, 58:9, 78:3
**respond** [3] - 37:7, 37:13, 44:25
**responded** [1] - 22:3
**responding** [1] - 75:6
**response** [10] - 14:25, 15:4, 20:21, 23:10, 28:3, 35:9, 43:15, 49:20, 54:15, 90:21
**responses** [1] - 60:18
**rest** [3] - 60:16, 66:21, 89:21
**restate** [3] - 56:5, 61:15, 72:21
**result** [1] - 59:21
**resume** [1] - 8:23
**retained** [1] - 78:21
**return** [1] - 76:14
**returned** [1] - 17:21
**review** [1] - 88:4
**Reyna** [1] - 79:25
**Richard** [1] - 13:3
**Rick** [6] - 11:14, 14:21, 15:17, 20:11, 22:5, 89:11
**rigid** [3] - 15:14, 15:19, 15:21
**rise** [2] - 59:13, 92:10
**Robert** [1] - 3:17
**robertschwartz@ quinnemanuel.com** [1] - 3:20
**rocket** [1] - 48:23
**rockets** [1] - 26:22
**role** [6] - 13:11, 20:22, 26:25, 34:6, 34:8, 87:19
**roles** [1] - 34:4
**Room** [1] - 1:24
**roughly** [1] - 13:24, 14:20
**RPR** [2] - 1:23, 93:11
**rubber** [2] - 13:19, 15:20
**rude** [3] - 22:17, 25:2, 25:5
**Rule** [1] - 16:2
**rule** [2] - 16:8, 16:11
**rules** [1] - 65:23
**rulings** [1] - 86:8
**rumors** [2] - 91:3, 91:6

**S**

**safely** [1] - 19:2
**safety** [1] - 14:16
**sake** [1] - 25:10

**Sam** [7] - 64:3, 78:25, 79:12, 81:11, 89:13, 89:15, 89:20
**save** [2] - 48:20, 70:9
**saved** [1] - 20:8
**saving** [1] - 19:21
**saw** [5] - 23:10, 23:16, 55:5, 60:13, 60:21
**scale** [1] - 15:10
**Scandinavian** [1] - 58:2
**schedule** [3] - 26:13, 26:15, 26:17
**school** [1] - 71:9
**Schwartz** [1] - 3:17
**scope** [2] - 68:12, 68:15
**score** [1] - 17:23
**screen** [13] - 10:19, 11:8, 11:17, 12:15, 17:20, 32:14, 41:7, 41:16, 41:19, 45:11, 67:7, 79:9, 85:14
**search** [2] - 19:20, 19:25
**seated** [2] - 8:10, 70:21
**second** [7] - 26:11, 45:19, 61:8, 63:24, 78:15, 85:6, 91:17
**sections** [1] - 15:6
**see** [13] - 34:17, 37:5, 41:15, 42:17, 47:14, 51:20, 59:20, 60:1, 60:12, 71:6, 73:17, 74:21, 92:8
**seeking** [3] - 91:14, 91:15
**seem** [1] - 46:21
**segments** [1] - 15:5
**send** [3] - 15:5, 38:8, 76:24
**sending** [1] - 74:16
**sense** [5] - 6:15, 26:5, 26:12, 43:18, 84:25
**sent** [11] - 13:10, 17:10, 33:24, 59:17, 74:19, 75:6, 75:7, 76:21, 78:5, 79:24, 80:20
**sentence** [2] - 23:7, 23:15
**sentences** [1] - 26:13
**separate** [1] - 21:14
**separated** [1] - 39:23
**September** [6] - 38:24, 39:1, 39:14, 39:15, 72:3, 86:19
**series** [1] - 44:23
**serious** [4] - 52:6,

52:7, 52:15, 53:6
**serve** [2] - 34:8, 71:21
**served** [1] - 71:18
**services** [4] - 35:13, 35:23, 35:25, 80:20
**SESSION** [2] - 1:17, 6:4
**setting** [1] - 7:10
**several** [1] - 15:6
**sex** [2] - 51:7, 51:11
**sexual** [2] - 50:17, 51:3
**shaken** [1] - 63:4
**shall** [1] - 9:12
**shape** [2] - 14:20, 19:14
**share** [4] - 84:4, 84:17, 84:19, 84:20
**shared** [1] - 79:3
**shareholders** [1] - 66:25
**sharing** [1] - 84:21
**shop** [1] - 39:24
**shorthand** [1] - 23:22
**shortly** [1] - 32:23
**shot** [1] - 67:7
**show** [10] - 12:1, 12:3, 24:2, 29:13, 29:17, 36:4, 37:17, 38:5, 45:25, 60:24
**showed** [1] - 48:7
**shown** [4] - 36:3, 42:20, 48:9, 48:10
**side** [1] - 20:12
**sidebar** [1] - 64:6
**Sidebar** [2] - 64:7, 86:17
**sign** [1] - 74:24
**signature** [1] - 75:2
**signed** [5] - 25:10, 25:16, 74:16, 78:8, 78:12
**significant** [2] - 48:19, 52:2
**similar** [1] - 77:25
**simple** [1] - 19:22
**simplicity's** [1] - 25:10
**Simpson** [1] - 24:10
**Simpsons** [1] - 24:11
**sit** [4] - 39:6, 40:2, 40:5, 68:23
**size** [2] - 14:5, 14:13
**skeletons** [1] - 75:11
**slightly** [1] - 84:20
**slow** [1] - 14:8
**slowly** [2] - 14:6, 14:14
**small** [2] - 20:10, 26:24

**smart** [1] - 48:25
**social** [1] - 31:12
**solely** [1] - 76:16
**solicit** [1] - 48:22
**solved** [1] - 12:24
**someone** [12] - 28:11, 28:12, 51:3, 51:6, 51:7, 51:10, 61:19, 70:5, 88:13, 90:12, 92:1, 92:4
**somewhere** [1] - 68:3
**soon** [1] - 22:23
**Soros** [2] - 81:4, 81:17
**sorry** [14] - 14:9, 16:16, 29:24, 35:17, 41:8, 41:10, 41:25, 50:11, 61:2, 63:25, 67:21, 74:8, 79:20, 89:25
**sort** [7] - 19:18, 21:12, 24:11, 24:19, 60:23, 91:18, 91:23
**sound** [2] - 35:20
**sounds** [1] - 20:25
**source** [1] - 91:2
**South** [5] - 3:14, 3:18, 3:22, 4:9, 58:19
**space** [2] - 14:5, 14:13
**SpaceX** [11] - 14:5, 14:13, 26:16, 26:20, 26:21, 49:11, 49:18, 69:1, 69:4, 69:13, 79:22
**Spanish** [1] - 58:16
**speaking** [6] - 14:2, 14:4, 51:2, 54:18, 55:19, 59:24
**Speaking** [1] - 14:12
**special** [1] - 8:20
**Special** [2] - 79:4, 80:22
**specific** [2] - 28:19, 31:2
**specifically** [1] - 73:5
**speculation** [1] - 53:14
**spell** [1] - 70:22
**spelunker** [1] - 37:9
**spent** [1] - 7:8
**Spiro** [6] - 3:9, 7:12, 7:14, 44:13, 49:20, 89:16
**SPIRO** [114] - 5:4, 6:24, 8:15, 8:24, 9:2, 9:10, 9:13, 9:17, 9:21, 9:25, 10:3, 10:6, 10:9, 10:17, 10:21, 10:25, 11:1, 11:7, 11:15, 11:24, 12:4, 12:8, 12:13,

12:21, 12:24, 13:1, 14:10, 16:4, 16:9, 16:14, 16:19, 16:25, 17:4, 17:15, 17:18, 18:9, 18:13, 19:6, 19:9, 22:15, 24:21, 25:14, 29:17, 29:20, 29:25, 30:4, 30:23, 30:24, 31:15, 31:17, 32:3, 32:8, 32:12, 33:19, 33:21, 34:21, 34:24, 36:4, 36:9, 36:18, 37:17, 37:22, 37:25, 38:2, 40:10, 40:12, 40:22, 40:24, 44:4, 44:22, 45:4, 51:14, 51:22, 53:13, 54:23, 55:1, 57:1, 59:8, 59:10, 60:7, 60:18, 61:2, 61:7, 61:16, 62:1, 62:8, 63:10, 63:12, 63:15, 63:21, 64:10, 64:19, 64:23, 65:1, 65:9, 65:11, 65:22, 66:1, 66:20, 67:19, 68:12, 68:14, 68:19, 68:23, 69:19, 69:25, 73:18, 86:22, 87:4, 87:6, 87:12, 89:24, 91:13, 91:20
**Springer** [1] - 2:9
**staff** [1] - 64:4
**stakes** [1] - 25:18
**stamp** [1] - 61:9
**stamps** [1] - 15:1
**Stanford** [1] - 68:4
**Stanley** [1] - 72:1
**Stanton** [11] - 11:14, 13:4, 13:6, 13:16, 14:22, 15:17, 20:11, 22:5, 89:6, 89:11
**Stanton's** [2] - 14:24, 15:4
**start** [2] - 65:24, 68:4
**started** [2] - 7:8, 68:6
**starting** [1] - 64:8
**state** [14] - 8:13, 25:12, 28:12, 28:15, 33:15, 42:13, 50:4, 50:5, 57:3, 64:17, 70:22, 78:6, 86:25, 91:10
**statement** [4] - 22:7, 27:19, 66:12, 67:24
**statements** [2] - 24:25, 45:4
**states** [1] - 93:7
**STATES** [1] - 1:1
**stating** [1] - 59:19

**statutory** [1] - 50:22
**stenographically** [1] - 93:3
**step** [2] - 53:25, 80:2
**STEPHEN** [1] - 1:4
**stepping** [1] - 26:11
**steps** [1] - 8:6
**still** [6] - 13:21, 40:5, 66:2, 71:21, 89:14, 92:6
**stipulation** [2] - 16:7, 45:1
**stock** [11] - 65:3, 66:19, 66:20, 67:1, 69:1, 69:2, 69:4, 69:5, 69:13
**stop** [1] - 23:13
**story** [1] - 84:5
**straight** [1] - 32:4
**straighten** [1] - 6:19
**straightforward** [1] - 75:10
**straightjacket** [1] - 13:23
**strange** [1] - 35:12
**stray** [1] - 13:22
**Street** [10] - 1:24, 2:5, 2:9, 2:13, 2:21, 3:5, 3:14, 3:18, 3:22, 4:9
**stricken** [1] - 52:23
**strictly** [1] - 51:2
**strike** [3] - 6:23, 34:13, 52:22
**strong** [1] - 26:25
**struck** [1] - 76:2
**studies** [1] - 68:5
**stuff** [2] - 33:22, 48:24
**sub** [3] - 15:18, 17:21, 24:25
**subject** [6] - 6:16, 7:23, 64:13, 70:6, 81:15, 90:14
**submarine** [1] - 44:14
**submersible** [2] - 15:15, 15:20
**subpoena** [1] - 89:14
**subs** [1] - 15:13
**subsequent** [1] - 38:23
**substance** [1] - 33:14
**successful** [1] - 87:20
**sue** [6] - 25:5, 29:22, 30:6, 30:10, 31:5, 31:12
**sued** [2] - 31:21, 35:12
**suffering** [2] - 65:3, 65:4
**suggest** [3] - 42:7, 47:14, 51:10
**suggested** [2] - 15:18,

82:22
**suit** [2] - 14:5, 14:13
**Suite** [1] - 2:9
**Sullivan** [6] - 3:10, 3:14, 3:18, 3:22, 4:4, 4:8
**summary** [1] - 71:8
**support** [1] - 57:11
**supporter** [1] - 83:17
**suppose** [1] - 24:14
**supposed** [1] - 24:14
**supposedly** [1] - 83:8
**sus** [1] - 23:11
**sustain** [3] - 44:9, 55:14, 86:10
**sustained** [4] - 32:1, 58:24, 62:9, 87:13
**sustaining** [1] - 8:2
**swear** [1] - 70:16
**sweat** [1] - 29:6
**Sweden** [1] - 58:1
**Swedish** [1] - 58:3
**swimming** [1] - 48:11
**switched** [1] - 92:12
**Switzerland** [2] - 58:11, 58:20
**SWORN** [4] - 5:3, 5:5, 8:25, 71:1
**system** [3] - 13:8, 15:24, 22:9
**systems** [1] - 83:15

## T

**talks** [1] - 24:8
**tank** [3] - 14:6, 14:14, 14:17
**Taylor** [1] - 2:12
**team** [15] - 13:12, 14:5, 14:13, 17:6, 17:23, 18:25, 19:3, 20:13, 21:20, 22:6, 24:6, 24:24, 29:3, 29:5, 29:11
**tears** [1] - 29:6
**technical** [2] - 12:24, 14:11
**teenager** [2] - 83:22, 84:2
**telephone** [1] - 1:25
**Teller** [8] - 64:3, 78:25, 79:12, 81:11, 89:13, 89:15, 89:20, 89:22
**teller** [2] - 79:14, 79:22
**Temple** [1] - 2:17
**tenacity** [1] - 18:25
**tender** [6] - 58:22, 59:2, 59:5, 62:21,

82:6, 85:19
**term** [1] - 72:15
**terms** [7] - 20:14, 22:2, 43:4, 58:5, 66:19, 71:9, 89:8
**Tesla** [14] - 8:3, 26:16, 26:20, 48:23, 49:3, 49:18, 65:2, 66:19, 69:1, 69:4, 69:13, 79:22, 90:22, 90:24
**testified** [7] - 20:20, 41:21, 64:5, 65:7, 65:11, 67:9, 68:4
**testify** [1] - 90:23
**testifying** [1] - 7:8
**testimony** [10] - 44:6, 50:14, 51:23, 54:17, 54:20, 55:18, 58:22, 67:10, 69:11, 70:16
**testing** [1] - 17:6
**text** [2] - 86:4, 86:7
**textbook** [1] - 64:12
**Thai** [3] - 9:7, 83:17
**Thailand** [17] - 9:6, 10:13, 11:11, 17:25, 19:1, 19:10, 21:1, 21:6, 23:11, 23:21, 29:3, 75:12, 83:5, 83:8, 83:16, 83:25
**THE** [170] - 2:3, 3:2, 3:8, 4:2, 6:6, 6:25, 7:3, 7:25, 8:7, 8:16, 8:19, 9:12, 9:19, 10:1, 10:7, 10:19, 10:23, 11:5, 11:21, 11:23, 12:3, 12:5, 12:18, 14:9, 16:3, 16:5, 16:12, 16:15, 16:17, 16:20, 16:23, 17:2, 17:16, 18:11, 19:7, 22:14, 24:17, 24:18, 25:13, 29:24, 30:18, 30:21, 31:25, 32:6, 33:16, 33:20, 34:17, 34:20, 34:22, 36:7, 36:15, 36:16, 37:20, 40:23, 41:1, 41:3, 41:12, 41:15, 41:17, 44:8, 44:11, 44:25, 45:6, 45:10, 51:16, 51:17, 51:24, 52:1, 52:23, 53:1, 53:15, 54:2, 54:25, 55:2, 55:9, 55:11, 55:12, 56:4, 56:6, 56:12, 56:20, 57:2, 57:5, 57:15, 58:13, 58:16, 58:18, 58:24, 59:7, 59:9, 59:11, 59:16, 59:20, 60:1,

60:10, 61:1, 61:3, 61:8, 61:13, 61:18, 61:24, 62:2, 62:9, 62:13, 62:23, 63:11, 63:13, 63:17, 63:20, 63:24, 64:1, 64:6, 64:8, 64:15, 64:22, 64:25, 65:6, 65:10, 65:15, 66:6, 66:8, 66:22, 66:24, 68:13, 68:15, 68:20, 68:24, 69:1, 69:18, 69:20, 69:21, 69:22, 70:5, 70:12, 70:20, 70:24, 72:8, 72:12, 72:14, 72:18, 72:19, 72:23, 73:19, 73:24, 74:7, 74:11, 79:19, 80:4, 80:8, 82:9, 85:21, 86:9, 86:13, 86:16, 86:20, 86:24, 87:5, 87:8, 87:13, 88:11, 88:18, 88:20, 89:2, 89:23, 90:1, 90:3, 90:10, 90:18, 91:19, 92:8
**themselves** [1] - 88:12
**thereabouts** [2] - 7:9, 33:2
**thereafter** [4] - 60:6, 76:16, 76:18, 78:13
**thinking** [2] - 83:3, 89:2
**third** [3] - 65:6, 75:19, 91:22
**Thompson** [1] - 4:3
**thoughts** [2] - 50:15, 51:12
**thousands** [1] - 45:25
**three** [2] - 41:24, 91:13
**throughout** [1] - 79:7
**thrown** [2] - 22:8, 25:1
**tightly** [1] - 15:10
**Tik** [1] - 39:24
**timeframe** [5] - 56:7, 56:10, 56:13, 56:22, 66:14
**timeline** [2] - 32:4, 56:18
**timely** [1] - 13:8
**timestamp** [1] - 15:2
**timing** [1] - 87:25
**today** [10] - 14:4, 14:12, 39:6, 40:2, 40:5, 48:10, 48:13, 68:10, 71:19, 89:3
**tomorrow** [3] - 68:21, 89:13, 89:22
**tons** [1] - 86:22

**took** [2] - 26:6, 52:20
**top** [2] - 36:10, 74:14
**touch** [2] - 11:11, 11:13
**traded** [1] - 66:25
**trafficking** [2] - 51:8, 51:11
**Transcript** [1] - 1:16
**transcript** [2] - 93:3, 93:5
**transmit** [1] - 15:21
**travel** [1] - 77:17
**trial** [3] - 41:10, 62:16, 85:13
**TRIAL** [2] - 1:16, 6:3
**true** [52] - 25:10, 25:16, 25:17, 40:4, 40:9, 41:23, 42:1, 43:2, 43:5, 43:8, 46:4, 46:20, 47:5, 47:9, 47:12, 49:12, 50:15, 51:1, 51:8, 51:13, 54:13, 63:2, 68:5, 72:4, 73:3, 73:10, 74:1, 74:20, 75:3, 75:25, 76:6, 77:12, 77:23, 78:19, 80:15, 81:7, 81:8, 81:18, 82:2, 82:20, 82:24, 84:10, 85:1, 85:2, 85:3, 85:16, 86:3, 87:22, 88:7, 91:6, 93:2
**True** [10] - 51:9, 72:5, 73:11, 76:7, 77:6, 77:13, 77:24, 78:20, 87:23, 88:8
**trust** [1] - 81:13
**trusted** [2] - 78:25, 81:11
**truth** [5] - 64:15, 70:18, 78:18
**try** [7] - 19:14, 21:25, 58:21, 70:8, 80:9, 80:18, 81:16
**trying** [6] - 19:20, 29:7, 31:23, 49:13, 56:16, 87:6
**Ts** [1] - 14:17
**tube** [16] - 13:19, 42:13, 43:22, 46:17, 46:20, 46:23, 46:25, 47:4, 47:9, 47:12, 47:21, 48:1, 48:4, 48:20, 49:6, 49:12
**turn** [4] - 13:13, 14:21, 15:16, 41:6
**tweet** [33] - 17:10, 17:13, 18:6, 19:1, 20:21, 25:23, 28:24,

33:24, 35:13, 35:15, 35:22, 42:24, 45:24, 47:24, 48:3, 54:11, 54:13, 54:14, 55:23, 60:2, 60:13, 60:14, 61:3, 62:19, 63:1, 65:19, 66:18, 67:6, 67:7, 67:16, 67:17
**tweeted** [2] - 23:4, 46:10
**tweeting** [7] - 45:16, 45:19, 45:21, 46:16, 49:6, 49:10, 49:15
**tweets** [42] - 18:22, 18:23, 19:4, 19:13, 22:18, 22:21, 23:18, 26:6, 26:8, 26:11, 27:1, 27:4, 27:13, 27:17, 27:20, 27:22, 27:25, 32:16, 32:23, 40:14, 43:1, 44:23, 45:22, 45:25, 46:2, 46:4, 46:6, 46:9, 46:12, 46:13, 46:21, 46:25, 47:4, 47:7, 47:11, 47:16, 47:18, 47:20, 47:25, 55:4, 55:6, 59:4
**twenty** [1] - 30:16
**twenty-four** [1] - 30:16
**twilson@ linwoodlaw.com** [1] - 2:15
**Twitter** [27] - 41:23, 42:7, 42:8, 42:9, 42:13, 42:18, 42:23, 42:25, 43:5, 43:8, 43:14, 43:16, 43:17, 43:19, 43:23, 43:25, 44:1, 44:2, 44:3, 44:5, 48:15, 49:3, 49:5, 66:12, 66:13, 67:24, 68:2
**two** [6] - 20:11, 60:18, 68:6, 68:7, 78:7, 85:11
**TWO** [2] - 1:16, 6:3
**TX** [1] - 2:10

## U

**UK** [6] - 75:7, 75:10, 80:22, 81:18, 82:14, 82:24
**ultimately** [1] - 6:22
**umm** [2] - 26:18, 30:18
**unbelievably** [1] - 64:20
**under** [16] - 20:8,

50:24, 51:6, 60:9, 65:12, 72:3, 74:24, 75:16, 76:17, 76:24, 82:3, 83:14, 84:21, 89:14, 90:23, 91:3
**underlining** [1] - 37:25
**understood** [4] - 13:12, 50:7, 73:9, 84:18
**undertaken** [1] - 76:16
**unequivocal** [1] - 15:19
**unfortunately** [2] - 6:9, 30:19
**unhealthy** [1] - 28:17
**United** [4] - 55:23, 56:23, 57:20, 83:11
**UNITED** [1] - 1:1
**united** [1] - 93:7
**universal** [1] - 56:2
**universally** [2] - 55:24, 57:10
**unknown** [1] - 62:5
**unless** [4] - 61:3, 87:1, 87:9
**unlikely** [1] - 42:20
**unprovoked** [1] - 24:24
**unreasonable** [1] - 29:8
**Unsworth** [41] - 20:21, 20:23, 21:14, 25:5, 27:2, 28:8, 28:20, 29:12, 29:22, 30:5, 31:5, 31:11, 39:9, 39:12, 39:23, 40:7, 40:14, 41:25, 42:4, 42:7, 42:12, 42:17, 43:13, 43:21, 43:22, 43:23, 43:24, 44:3, 52:17, 55:25, 56:25, 57:8, 57:11, 59:19, 67:17, 82:24, 83:8, 85:2, 87:21, 88:10, 91:11
**UNSWORTH** [1] - 1:8
**Unsworth's** [4] - 21:18, 27:4, 30:9, 43:16
**up** [27] - 7:3, 7:23, 11:8, 11:16, 12:14, 17:20, 22:18, 30:14, 32:2, 32:5, 32:13, 37:11, 37:15, 37:22, 38:14, 41:19, 62:2, 65:1, 70:8, 71:19, 74:5, 77:3, 78:1, 79:24, 86:10, 87:17, 88:22

**upset** [2] - 21:19, 65:12
**Urquhart** [6] - 3:10, 3:14, 3:18, 3:22, 4:4, 4:8
**usable** [1] - 14:19
**useful** [4] - 17:24, 18:7, 18:17
**uses** [1] - 24:10

## V

**vague** [1] - 67:20
**valid** [1] - 79:7
**value** [2] - 65:13, 69:5
**various** [1] - 34:5
**vehicle** [1] - 49:3
**vent** [1] - 14:15
**verified** [3] - 84:9, 88:7, 91:5
**Vern** [1] - 42:7
**Vernon** [2] - 85:1, 88:10
**VERNON** [1] - 1:8
**version** [1] - 25:9
**video** [11] - 15:5, 17:1, 17:5, 24:3, 44:14, 48:7, 48:8, 48:9, 48:10, 48:15, 69:24
**Videotape** [1] - 17:3
**view** [4] - 50:9, 53:23, 56:20, 87:8
**viewed** [1] - 17:3
**violate** [1] - 86:7
**visit** [2] - 17:10, 31:16
**VOX** [1] - 61:21
**Vox** [2] - 61:22, 61:24
**vS** [1] - 1:11

## W

**Wade** [1] - 3:4
**wager** [1] - 25:18
**wait** [2] - 16:3, 61:8
**walk** [1] - 87:6
**wants** [2] - 44:20, 89:18
**water** [1] - 20:8
**wealth** [1] - 71:24
**web** [1] - 77:18
**WEDNESDAY** [2] - 1:18, 6:1
**weed** [1] - 26:3
**week** [1] - 26:16
**Weisbart** [1] - 2:9
**WEST** [1] - 1:24
**West** [5] - 2:5, 2:13, 2:17, 2:21, 3:5

**wheelhouse** [1] - 85:4
**whereas** [1] - 22:4
**whole** [1] - 70:18
**wholly** [1] - 91:16
**widespread** [1] - 43:2
**wife** [2] - 39:23, 83:11
**Wild** [1] - 17:22
**William** [1] - 3:21
**williamprice@ quinnemanuel.com** [1] - 3:24
**WILSON** [2] - 1:4, 69:23
**Wilson** [2] - 2:12, 80:7
**wish** [1] - 90:19
**withdraw** [3] - 34:18, 39:19, 86:18
**WITNESS** [23] - 5:2, 5:5, 9:12, 14:9, 24:18, 29:24, 30:18, 36:16, 41:17, 45:10, 51:17, 52:1, 55:11, 57:5, 58:16, 66:24, 69:1, 70:20, 70:24, 71:1, 72:18, 73:19, 73:24
**witness** [14] - 9:11, 12:1, 29:17, 29:18, 36:4, 37:17, 44:17, 55:3, 55:5, 55:10, 69:22, 73:23, 89:13
**witness'** [1] - 58:22
**witnesses** [1] - 89:4
**woman** [1] - 83:21
**Wood** [7] - 2:4, 2:5, 2:8, 2:13, 2:20, 3:4, 38:4
**wood** [4] - 38:5, 39:22, 60:8, 60:19
**WOOD** [117] - 5:4, 5:5, 7:2, 7:22, 8:1, 9:16, 9:24, 10:5, 11:4, 11:19, 11:22, 12:10, 16:2, 16:11, 16:16, 16:22, 18:8, 22:13, 24:16, 25:12, 29:23, 30:3, 31:14, 31:23, 33:13, 34:16, 34:18, 36:6, 36:14, 37:19, 41:2, 41:5, 41:13, 41:18, 44:6, 44:10, 44:12, 44:17, 45:12, 51:18, 52:3, 52:22, 52:24, 53:2, 53:3, 53:20, 53:25, 54:3, 55:7, 55:16, 55:17, 56:5, 56:11, 56:19, 56:21, 57:12, 57:18, 58:21, 58:25, 59:2, 59:17, 59:23, 61:6,

61:11, 61:22, 62:14,
62:15, 62:21, 62:25,
63:18, 63:22, 63:25,
64:4, 65:21, 65:25,
66:4, 66:7, 66:9,
66:10, 67:3, 67:21,
67:22, 69:7, 69:15,
70:10, 70:13, 71:3,
72:21, 72:24, 73:25,
74:5, 74:8, 74:13,
75:9, 79:21, 80:2,
80:6, 80:9, 80:13,
81:23, 81:24, 82:6,
82:11, 85:6, 85:12,
85:19, 85:23, 86:18,
87:15, 88:9, 89:6,
89:25, 90:2, 90:4,
90:15, 90:20, 92:9
**wood's** [2] - 60:21,
60:22
**word** [2] - 57:16, 61:4
**words** [7] - 14:11,
22:3, 23:3, 44:23,
56:6, 84:8, 89:21
**world** [8] - 43:5,
54:18, 55:19, 59:24,
61:23, 79:7, 83:5,
83:16
**worth** [5] - 13:7, 65:3,
68:11, 69:12, 79:5
**write** [6] - 23:1, 24:1,
26:6, 36:11, 42:22,
68:21
**writes** [1] - 37:8
**writing** [3] - 26:9,
27:1, 31:4
**wrote** [6] - 13:6,
13:16, 31:3, 61:24,
75:13, 88:8

## Y

**years** [5] - 64:5, 71:13,
71:16, 71:19, 83:21
**yesterday** [8] - 6:9,
7:9, 11:16, 19:17,
27:6, 40:18, 41:14,
89:5
**York** [2] - 3:11, 4:5
**yourself** [1] - 82:19
**YouTube** [1] - 63:2

## Z

**Zalduendo** [1] - 4:8
**zones** [1] - 15:2