| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | TRANSCRIPT ORDER FORM Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)* | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. Contact Person for this Order | Jill Belack | 2a. Contact Phone Number | 484-270-1463 | 3a. Contact E-mail Address | jbelack@ktmc.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Eric Zagar | 2b. Attorney Phone Number | 610-667-7706 | 3b. Attorney E-mail Address | ezagar@ktmc.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Jill Belack, Paralegal
Kessler, Topaz, Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

| 5. Name & Role of Party Represented | N/A |
|---|---|
| 6. Case Name | Unsworth v. Tesla |
| 7a. District Court Case Number | 2:18cv8048 |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Anne Kielwasser

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal ☐ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/2019 | Wilson | Full Transcript from Trial | ● | ○ | ○ | ○ | ○ | ○ | ● 03/23/2020 | ORDINARY (30-day) |
| 12/05/2019 | Wilson | Full Transcript from Trial | ● | ○ | ○ | ○ | ○ | ○ | ● 03/23/2020 | ORDINARY (30-day) |
| 12/06/2019 | Wilson | Full Transcript from Trial | ● | ○ | ○ | ○ | ○ | ○ | ● 03/23/2020 | ORDINARY (30-day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*
n/a

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: December 30, 2019   Signature: s/ Eric L. Zagar

G-120 (06/18)